IN THE COUNTY COURT OF THE
NINTH JUDICIAL CIRCUIT OF FLORIDA
ORANGE COUNTY, FLORIDA

# CIVIL COVER SHEET

I. CASE STYLE

Plaintiff  Mirabilis Venture, Inc. and Nexia Strategy Corporation

Case # 07-CA-13191  #37

Judge _____

VS

Defendant  Palaxar Group, LLC, et al

II. TYPE OF CASE       (Place an X in one box only. If the case fits more than one type of case, select the most definitive.)

| DOMESTIC RELATIONS | TORTS | OTHER CIVIL |
|---|---|---|
| ☐ Simplified dissolution | ☐ Professional malpractice | ☒ Contracts |
| ☐ Dissolution | ☐ Products liability | ☐ Condominium |
| ☐ Support – IV-D | ☐ Auto negligence | ☐ Non-Monetary |
| ☐ Support – Non IV-D | ☐ Other negligence | ☐ Real property/ Mortgage foreclosure |
| ☐ URESA – IV-D | | ☐ Eviction |
| ☐ URESA – Non IV-D | | ☐ PIP |
| ☐ Domestic violence | | |
| ☐ Other domestic relations | | |

III. IS JURY TRIAL DEMANDED IN COMPLAINT?

☒ Yes
☐ No

DATE  10/12/07

SIGNATURE OF ATTORNEY OR PARTY INITIATING ACTION

COMPOSITE EX. A

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO.: 07-CA-13191
No. 37

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1-8.

    Defendants.

## NOTICE OF TAKING DEPOSTION OF DEFENDANT, EDITH BROADHEAD

**PLEASE TAKE NOTICE** that on December 3, 2007 at 9:30 am, counsel for Plaintiffs, Mirabilis Ventures, Inc. and Nexia Strategy Corporation, will take the deposition of Defendant, Edith Broadhead ("Broadhead"), at the offices of Goldberg Bates, PLLC, 3660 Maguire Boulevard, Suite 102, Orlando, Florida 32803, upon oral examination pursuant to the Florida Civil Rules of Procedure, before a court reporter duly authorized by law to take depositions. Said deposition is to be taken for discovery purposes, for use as evidence at trial, or both.

Pursuant to the provisions of Rule 1.310 of the Florida Rules of Civil Procedure, Broadhead is to testify regarding the allegations of Plaintiffs' Complaint in this action as they pertain to Broadhead.

Dated October 12th, 2007.

1

931243.1

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

_____
By: Counsel

**Counsel:**

Aaron C. Bates, Esq.
Florida Bar No. 011749
Goldberg Bates, PLLC
3660 Maguire Boulevard
Suite 102
Orlando, FL 32803
Telephone: (407) 893-3776
Facsimile: (407) 893-3779
abates@goldbergbates.com

J. Russell Campbell
Florida Bar No. 901423
Balch & Bingham LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-80100
Facsimile: (205) 226-8798
rcampbell@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon the following by the methods indicated below on this the 12th day of October, 2007:

(Certified Mail)
LeClair Ryan
ATTN: Gary D. LeClair
951 East Byrd Street
Riverfront Plaza East Tower
Richmond, Virginia 23219
**Registered Agent for Palaxar Group LLC for Service of Process**

2

(Certified Mail)
LeClair Ryan
ATTN: Gary D. LeClair
951 East Byrd Street
Riverfront Plaza East Tower
Richmond, Virginia 23219
**Registered Agent for Palaxar Holdings LLC for Service of Process**

(Personal)
Edith Curry a/k/a Edith Broadhead
11916 Brookmeade Court
Glen Allen, Virginia 23059-5416
**Individually and as President of Palaxar**

(Personal)
Frank Hailstones
10 Abercorn Clo
South Croydon
CR2 8TG

_____
Of Counsel

3

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO.: 07-CA-13191
No. 37

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1-8.

    Defendants.

## NOTICE OF TAKING DEPOSTION OF DEFENDANT, FRANK HAILSTONES

**PLEASE TAKE NOTICE** that on December 4, 2007 at 9:30 am, counsel for Plaintiffs, Mirabilis Ventures, Inc. and Nexia Strategy Corporation, will take the deposition of Defendant, Frank Hailstones ("Hailstones"), at the offices of Goldberg Bates, PLLC, 3660 Maguire Boulevard, Suite 102, Orlando, Florida 32803, upon oral examination pursuant to the Florida Civil Rules of Procedure, before a court reporter duly authorized by law to take depositions. Said deposition is to be taken for discovery purposes, for use as evidence at trial, or both.

Pursuant to the provisions of Rule 1.310 of the Florida Rules of Civil Procedure, Hailstones is to testify regarding the allegations of Plaintiffs' Complaint in this action as they pertain to Hailstones.

Dated October 12th, 2007.

931243.1

1

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

_____

By: Counsel

**Counsel:**

Aaron C. Bates, Esq.
Florida Bar No. 011749
Goldberg Bates, PLLC
3660 Maguire Boulevard
Suite 102
Orlando, FL 32803
Telephone: (407) 893-3776
Facsimile: (407) 893-3779
abates@goldbergbates.com

J. Russell Campbell
Florida Bar No. 901423
Balch & Bingham LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-80100
Facsimile: (205) 226-8798
rcampbell@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon the following by the methods indicated below on this the 12th day of October, 2007:

(Certified Mail)
LeClair Ryan
ATTN: Gary D. LeClair
951 East Byrd Street
Riverfront Plaza East Tower
Richmond, Virginia 23219
**Registered Agent for Palaxar Group LLC for Service of Process**

2

(Certified Mail)
LeClair Ryan
ATTN: Gary D. LeClair
951 East Byrd Street
Riverfront Plaza East Tower
Richmond, Virginia 23219
**Registered Agent for Palaxar Holdings LLC for Service of Process**

(Personal)
Edith Curry a/k/a Edith Broadhead
11916 Brookmeade Court
Glen Allen, Virginia 23059-5416
**Individually and as President of Palaxar**

(Personal)
Frank Hailstones
10 Abercorn Clo
South Croydon
CR2 8TG

_____
Of Counsel

3