UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and ) Case No.:
NEXIA STRATEGY CORPORATION, )
) 6:07-CV-1788-28KRS
Plaintiffs, )
-vs- )
)
PALAXAR GROUP, LLC; )
PALAXAR HOLDINGS, LLC; )
FRANK HAILSTONES; EDITH CURRY )
a/k/a EDITH BROADHEAD; and )
FICTITIOUS DEFENDANT 1; )
FICTITIOUS DEFENDANT 2; )
FICTITIOUS DEFENDANT 3; )
FICTITIOUS DEFENDANT 4; )
FICTITIOUS DEFENDANT 5; )
FICTITIOUS DEFENDANT 6; )
FICTITIOUS DEFENDANT 7; )
FICTITIOUS DEFENDANT 8, )
)
Defendants. )
_____)

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

COME NOW Defendants FRANK HAILSTONES, EDITH CURRY, a/k/a EDITH BROADHEAD, PALAXAR GROUP, LLC, and PALAXAR HOLDINGS, LLC, by and through their undersigned attorneys, and hereby give notice to this Court that they have complied with 28 U.S.C. § 1446(d) by giving written notice to Plaintiffs and filing with the Clerk of the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida, a Notice of Filing of Notice of Removal of Action.

184501.doc

Respectfully submitted,

| | |
|---|---|
| Craig S. Warkol, Esquire<br>Craig.warkol@bgllp.com<br>**BRACEWELL & GIULIANI LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 508-6100<br>Facsimile: (212) 9383850<br>Attorneys for Defendant Frank<br>Hailstones | **LITCHFORD & CHRISTOPHER**<br>Professional Association<br>Bank of America Center<br>390 North Orange Avenue<br>Post Office Box 1549<br>Orlando, FL 32802<br>Telephone: (407) 422-6600<br>Telecopier: (407) 841-0325<br>Attorneys for Defendant Frank Hailstones<br><br>By: _/s/ Donald E. Christopher_<br>Donald E. Christopher, Trial Counsel<br>Florida Bar No. 250831<br>dchristopher@litchfordchristopher.com<br>Christine M. Ho<br>Florida Bar No. 844853<br>cho@litchfordchristopher.com |
| Martin R. Raskin, Esquire<br>Florida Bar No. 315206<br>mraskin@raskinlaw.com<br>**RASKIN & RASKIN, P.A.**<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, FL 33133<br>Telephone: (305) 444-3400<br>Telecopier: (305) 445-0266<br>Attorneys for Defendants Curry, Palaxar<br>Group, LLC, and Palaxar Holdings, LLC | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Compliance with 28 U.S.C. § 1446(d) has been furnished by U.S. Mail on November 9, 2007 to:

| | |
|---|---|
| Aaron C. Bates, Esq.<br>Goldberg Bates, PLLC<br>3660 Maguire Blvd., Ste. 102<br>Orlando, FL 32803 | J. Russell Campbell, Esq.<br>Balch & Bingham LLP<br>P.O. Box 306<br>Birmingham, AL 35201 |

_/s/ Donald E. Christopher_