UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and <br> NEXIA STRATEGY CORPORATION, <br><br> Plaintiffs, <br> -vs- <br><br> PALAXAR GROUP, LLC; <br> PALAXAR HOLDINGS, LLC; <br> FRANK HAILSTONES; EDITH CURRY <br> a/k/a EDITH BROADHEAD; and <br> FICTITIOUS DEFENDANT 1; <br> FICTITIOUS DEFENDANT 2; <br> FICTITIOUS DEFENDANT 3; <br> FICTITIOUS DEFENDANT 4; <br> FICTITIOUS DEFENDANT 5; <br> FICTITIOUS DEFENDANT 6; <br> FICTITIOUS DEFENDANT 7; <br> FICTITIOUS DEFENDANT 8. <br><br> Defendants. | Case No.: 6:07-CV-1788-28KRS |

## NOTICE OF FILING DECLARATION OF EDITH CURRY

COME NOW Defendants FRANK HAILSTONES, EDITH CURRY, a/k/a EDITH BROADHEAD, PALAXAR GROUP, LLC, and PALAXAR HOLDINGS, LLC, by and through their undersigned attorneys, and hereby give notice of the filing of the original declaration of Edith Curry with the Clerk of the above-styled Court in support of their Notice of Removal.

|  |  |
|---|---|
| | Respectfully submitted, |
| Craig S. Warkol, Esquire | **LITCHFORD & CHRISTOPHER** |
| Craig.warkol@bgllp.com | Professional Association |
| **BRACEWELL & GIULIANI LLP** | Bank of America Center |
| 1177 Avenue of the Americas | 390 North Orange Avenue |
| New York, New York 10036 | Post Office Box 1549 |
| Telephone: (212) 508-6100 | Orlando, FL 32802 |
| Facsimile: (212) 9383850 | Telephone: (407) 422-6600 |
| Attorneys for Defendant Frank Hailstones | Telecopier: (407) 841-0325 |
| | Attorneys for Defendant Frank Hailstones |
| | By: /s/ Donald E. Christopher |
| Martin R. Raskin, Esquire | Donald E. Christopher, Trial Counsel |
| Florida Bar No. 315206 | Florida Bar No. 250831 |
| mraskin@raskinlaw.com | dchristopher@litchfordchristopher.com |
| **RASKIN & RASKIN, P.A.** | Christine M. Ho |
| 2601 South Bayshore Drive | Florida Bar No. 844853 |
| Suite 725 | cho@litchfordchristopher.com |
| Miami, FL 33133 | |
| Telephone: (305) 444-3400 | |
| Telecopier: (305) 445-0266 | |
| Attorneys for Defendants Curry, Palaxar Group, LLC, and Palaxar Holdings, LLC | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Declaration of Edith Curry has been furnished by U.S. Mail on November 9, 2007 to:

| | |
|---|---|
| Aaron C. Bates, Esq. | J. Russell Campbell, Esq. |
| Goldberg Bates, PLLC | Balch & Bingham LLP |
| 3660 Maguire Blvd., Ste. 102 | P.O. Box 306 |
| Orlando, FL 32803 | Birmingham, AL 35201 |
| | /s/ Donald E. Christopher |

2

184583.doc

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, <br><br> Plaintiffs, <br> -vs- <br><br> PALAXAR GROUP, LLC; <br> PALAXAR HOLDINGS, LLC; <br> FRANK HAILSTONES; EDITH CURRY <br> a/k/a EDITH BROADHEAD; and <br> FICTITIOUS DEFENDANT 1; <br> FICTITIOUS DEFENDANT 2; <br> FICTITIOUS DEFENDANT 3; <br> FICTITIOUS DEFENDANT 4; <br> FICTITIOUS DEFENDANT 5; <br> FICTITIOUS DEFENDANT 6; <br> FICTITIOUS DEFENDANT 7; <br> FICTITIOUS DEFENDANT 8, <br><br> Defendants. | Case No.: _____ |

## DECLARATION OF EDITH CURRY IN SUPPORT OF NOTICE OF REMOVAL

STATE OF VIRGINIA   )
COUNTY OF HENRICO  )

I, EDITH CURRY, pursuant to Title 28 U.S.C. Section 1746, hereby declare as follows:

1. My name is Edith Curry. I am over the age of 21 and fully competent to testify in these proceedings.

2. I make this Declaration in support of the notice of removal to federal court filed by me, Palaxar Group, LLC, Palaxar Holdings, LLC and Frank Hailstones.

3. Except as otherwise noted, all of the facts set forth in this Declaration are known to me personally and, if called as a witness, I would testify competently to them.

4. I am a citizen of the State of Virginia.

5. I am the founding and managing member of Defendants Palaxar Group, LLC and Palaxar Holdings, LLC, both of which are limited liability companies organized under the laws of Virginia.

6. The only members of Palaxar Group, LLC and Palaxar Holdings, LLC are Terrence Chu and me. We are both citizens of Virginia.

7. None of the members of Defendants Palaxar Group, LLC and Palaxar Holdings, LLC are citizens of the State of Florida or the State of Nevada.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of November 2007, at Glen Allen, Virginia

_____
Edith Curry