# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>    Plaintiffs,<br><br>-vs-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>FICTITIOUS DEFENDANT 1;<br>FICTITIOUS DEFENDANT 2;<br>FICTITIOUS DEFENDANT 3;<br>FICTITIOUS DEFENDANT 4;<br>FICTITIOUS DEFENDANT 5;<br>FICTITIOUS DEFENDANT 6;<br>FICTITIOUS DEFENDANT 7;<br>FICTITIOUS DEFENDANT 8,<br><br>    Defendants. | Case No.:  6:07-CV-1788-ORL-28-KRS |

## AGREED MOTION FOR EXTENSION OF TIME

COME NOW Defendants FRANK HAILSTONES ("HAILSTONES"), EDITH CURRY a/k/a EDITH BROADHEAD ("CURRY"), PALAXAR GROUP, LLC, and PALAXAR HOLDINGS, LLC, by and through their undersigned attorneys, and file this, their Agreed Motion for Extension of Time, and in support thereof state the following:

1. On or about October 12, 2007, Plaintiffs MIRABILIS VENTURES, INC. ("MIRABILIS") and NEXIA STRATEGY CORPORATION ("NEXIA") commenced an action against Defendants PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, HAILSTONES,

and CURRY, together with "Fictitious Defendants 1 through 8," by filing their Complaint in the Circuit Court of the Ninth Judicial Circuit in Orange County, Florida, Case No. 07-CA-13191 (the "State Court Action").

2.      In the State Court Action, Plaintiffs have asserted claims for Breach of Contract, Breach of Fiduciary Duty, Misappropriation of Trade Secrets and Confidential Information pursuant to Florida's Uniform Trade Secrets Act, Fla. Stat. § 688.001 et seq., Conversion, Injunctive Relief, and Unjust Enrichment.

3.      On October 15, 2007, Defendants HAILSTONES and CURRY first received, by personal service, a copy of the Summons and Complaint for the state court action.  The Palaxar entities were served by mail on or about October 15, 2007, as well.

4.      In the state court action, by agreement of all parties, the original time for filing responsive pleadings by the defendants was extended to November 26, 2007.

5.      A Notice of Removal to this court was filed today, November 9, 2007.

6.      Because of the logistical problems arising from the fact that the defendants are foreign residents (United Kingdom and Virginia), and because of the seriousness and complexity of the factual issues raised by the Complaint, counsel require the additional time to respond that was agreed to in the state proceeding.  Accordingly, defendants request that the Court approve the prior agreement of the parties and allow all defendants to file their answer or other responsive pleadings on or before November 26, 2007.

7.      Pursuant to Local Rule 3.01 (g), counsel has conferred with Aaron Bates, attorney for plaintiffs, who has no objection to the Court granting the relief requested.

WHEREFORE, Defendants FRANK HAILSTONES, EDITH CURRY, a/k/a EDITH BROADHEAD, PALAXAR GROUP, LLC, and PALAXAR HOLDINGS, LLC, request an extension of time until November 26, 2007 to respond to the complaint.

Respectfully submitted,

Craig S. Warkol, Esquire
**BRACEWELL & GIULIANI LLP**
1177 Avenue of the Americas
New York, N.Y. 10036
Telephone: (212) 508-6100
Facsimile: (212) 938-3850
Craig.warkol@bgllp.com
Attorneys for Defendant Frank Hailstones

/s/ Martin R. Raskin
MARTIN R. RASKIN, Trial Counsel
Florida Bar No. 315206
**RASKIN & RASKIN, P.A.**
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com
Attorneys for Defendant Curry,
Palaxar Group, LLC and Palaxar Holdings,
LLC

/s/ Donald E. Christopher
Donald E. Christopher, Trial Counsel
Florida Bar No. 250831
Christine M. Ho
Florida Bar No. 844853
**LITCHFORD & CHRISTOPHER**
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
Telephone: (407) 422-6600
Facsimile:: (407) 841-0325
dchristopher@litchfordchristopher.com
cho@litchfordchristopher.com
Attorneys for Frank Hailstones

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail and/or electronic mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/  Martin R. Raskin
MARTIN R. RASKIN