UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,

       Plaintiffs,                    CASE NO.   6:07-cv-1788-Orl-28KRS

v.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; AND
FICTITIOUS DEFENDANT 3;
FICTITIOUS DEFENDANT 4;
FICTITIOUS DEFENDAN5 5;
FICTITIOUS DEFENDANT 6;
FICTITIOUS DEFENDANT 7;
FICTITIOUS DEFENDANT 8.

       Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

     Defendants PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; and EDITH CURRY a/k/a EDITH BROADHEAD ("Palaxar Defendants")do hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

     1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- 1 -


1.  Raskin & Raskin, P.A. (Counsel for Palaxar Defendants)
2.  Martin R. Raskin (Counsel for Palaxar Defendants)
3.  Jane S. Raskin (Counsel for Palaxar Defendants)
4.  Edith Curry a/k/a Edith Broadhead (Defendant)
5.  Hahn Loeser & Parks LLP (Counsel for Palaxar Defendants)
6.  Kathleen Havener (Counsel for Palaxar Defendants)
7.  Palaxar Group, LLC (Defendant)
8.  Palaxar Holdings, LLC (Defendant)
9.  Terrence Chu (Member of Board of Directors, Palaxar Group, LLC, Palaxar Holdings, LLC)
10. Mirabilis Ventures, INC. (Plaintiff)
11. Nexia Strategy Corporation (Plaintiff)
12. Goldberg Bates, PLLC (Counsel for Plaintiffs)
13. Aaron C. Bates, Esq. (Counsel for Plaintiffs)
14. Scott M. Goldberg, Esq. (Counsel for Plaintiffs)
15. Balch & Bingham LLP (Counsel for Plaintiffs)
16. J. Russell Campbell, Esq. (Counsel for Plaintiffs)
17. Litchford & Christopher, P.A. (Counsel for Frank Hailstones)
18. Donald Christopher, Esq. (Counsel for Frank Hailstones)
19. Christine Ho, Esq. (Counsel for Frank Hailstones)
20. Bracewell & Guliani, LLP (Counsel for Frank Hailstones)
21. Craig Warkol, Esq. (Counsel for Frank Hailstones)
22. Kenneth A. Caruso, Esq. (Counsel for Frank Hailstones)
23. Frank Amodeo (Class A shareholder of Mirabilis Ventures)
24. AQMI Strategy

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None of which we are presently aware.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None of which we are presently aware.

4.) the name of each victim (individual and corporate), including every person who may be entitled to restitution:

    None of which we are presently aware.

5.) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

December 4, 2007

                                  Respectfully submitted,

                                  RASKIN & RASKIN, P.A.
                                  Counsel for Defendant
                                  2601 S. Bayshore Drive
                                  Suite 725
                                  Miami, Florida 33133-3772
                                  Telephone: 305/ 444-3400
                                  Facsimile: 305/445-0266

                        By:    /s/ Martin R. Raskin
                              MARTIN R. RASKIN
                              Florida Bar No. 315206

                        By:    /s/ Jane Serene Raskin
                              JANE SERENE RASKIN
                              Florida Bar No. 848689

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail and/or electronic mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Martin R. Raskin
MARTIN R. RASKIN