**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

v.                                 **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1-8.**

    **Defendants.**

_____

## PLAINTIFFS CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Mirabilis Ventures, Inc. ("Mirabilis") and Nexia Strategy Corporation ("Nexia") (hereinafter collectively referred to as "Plaintiffs"), by and through their undersigned attorneys, hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

    1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to the party:

        1.     Edith Curry a/k/a Edith Broadhead (Defendant)

        2.     Frank Hailstones (Defendant)

3. Palaxar Group, LLC (Defendant)

4. Palaxar Holdings, LLC (Defendant)

5. Raskin & Raskin, P.A. (Counsel for Palaxar Defendants)

6. Martin E. Raskin (Counsel for Palaxar Defendants)

7. Jane S. Raskin (Counsel for Palaxar Defendants)

8. Hahn Loeser & Parks LLP (Counsel for Palaxar Defendants)

9. Kathleen Hanover (Counsel for Palaxar Defendants)

10. Litchford & Christopher, P.A. (Counsel for Frank Hailstones)

11. Donald Christopher (Counsel for Frank Hailstones)

12. Christine Ho (Counsel for Frank Hailstones)

13. Bracewell & Guliani, LLP (Counsel for Frank Hailstones)

14. Craig Warkol (Counsel for Frank Hailstones)

15. Kenneth Caruso (Counsel for Frank Hailstones)

16. Mirabilis Ventures, Inc. (Plaintiff)

17. Nexia Strategy Corporation (Plaintiff)

18. Goldberg Bates, PLLC (Counsel for Plaintiffs)

19. Aaron C. Bates (Counsel for Plaintiffs)

20. Balch & Bingham, LLP (Counsel for Plaintiffs)

21. J. Russell Campbell (Counsel for Plaintiffs)

22. AQMI Strategy Corporation

23. Titanium Technologies, Inc.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

Plaintiffs are not presently aware of any such entities.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or if no creditors' committee the 20 largest unsecured creditors):

Plaintiffs are not presently aware of any such entity.

4.) The name of each victim (individual and corporate), including every person who may be entitled to restitution:

1) Mirabilis Ventures, Inc.

2) Nexia Strategy Corporation

3) United States Department of Treasury

5.) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 4th day of December 2007.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

s/ Aaron C. Bates_____
By: Counsel

**Counsel:**

Aaron C. Bates, Esq.
Goldberg Bates, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL  32803
Telephone: (407) 893-3776
Facsimile: (407) 893- 3779
abates@goldbergbates.com

944445.1

3

J. Russell Campbell
Florida Bar No. 901423
Balch & Bingham LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-80100
Facsimile: (205) 226-8798
rcampbell@balch.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 4th, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                s/ Aaron C. Bates_____
                Aaron C. Bates

## SERVICE LIST

Martin R. Raskin
Jane Serene Raskin
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida  33133
mraskin@raskinlaw.com

**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC**

Donald E. Christopher
Christine M. Ho
LITCHFORD & CHRISTOPHER
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida  32802
dchristopher@litchfordchristopher.com
cho@litchfordchristopher.com

and

Craig S. Warkol
BRACEWELL & GIULIANI LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Craig.warkol@bgllp.com

**Attorneys for Frank Hailstones**