IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.                         **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1-8.

      Defendants.

---

## NOTICE OF FILING PLAINTIFFS' PAPERS AND AFFIDAVITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Come now Plaintiffs Mirabilis Ventures, Inc. ("Mirabilis") and Nexia Strategy Corporation ("Nexia") (collectively "Plaintiffs") by and through their undersigned counsel, in accordance with the Court's December 31, 2007 Order, and give notice that Plaintiffs are today filing and serving on all counsel the Affidavit of Jodi Jaiman in Support of Plaintiffs' Motion for Preliminary Injunction, and the papers attached to that affidavit as Exhibits One through Nine. Plaintiffs will rely upon this affidavit and these papers; arguments of counsel at oral argument; all pleadings on file including, without limitation, the Amended Complaint and the Motion for Preliminary Injunction; Plaintiffs' concurrently filed Motion for Expedited Discovery and Leave to Supplement and Legal Memorandum in Support Thereof; and any additional documents, pleadings or arguments Plaintiffs are granted leave to file in support of Plaintiffs' Motion for Preliminary Injunction.

Dated this the 4<u>th</u> day of January, 2008.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

s/ Aaron C. Bates
By: Counsel

**Counsel:**

Aaron C. Bates, Esq.
GOLDBERG BATES, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL  32803
Telephone: (407) 893-3776
Facsimile: (407) 893- 3779
abates@goldbergbates.com

J. Russell Campbell
Florida Bar No. 901423
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 251-80100
Facsimile:  (205) 226-8798
rcampbell@balch.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Aaron C. Bates
Russ Campbell

2

## SERVICE LIST

Martin R. Raskin
Jane Serene Raskin
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
mraskin@raskinlaw.com

**Attorneys for Edith Curry, Palaxar Group
LLC, and Palaxar Holdings LLC**

Donald E. Christopher
Christine M. Ho
LITCHFORD & CHRISTOPHER
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
dchristopher@litchfordchristopher.com
cho@litchfordchristopher.com

and

Craig S. Warkol
BRACEWELL & GIULIANI LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Craig.warkol@bgllp.com

**Attorneys for Frank Hailstones**

949346.1