# EXHIBIT 1

MVI/Palaxar - PI
001

## WRITTEN ACTION OF THE SHAREHOLDERS
## OF
## NEXIA STRATEGY CORPORATION

### December 13, 2006

The undersigned, being and constituting all of the Shareholders of **NEXIA STRATEGY CORPORATION**, a Florida corporation (the "Corporation"), pursuant to Florida Statutes, and on this the 13th day of December, 2006, do hereby consent to the following actions to be taken without a meeting of the Shareholders of this Corporation:

**WHEREAS**, the Shareholders wish to correct prior resolutions and ratify actions taken by the Board of Directors and Officers of the Corporation prior to the date of these resolutions.

**NOW, THEREFORE:**

**BE IT RESOLVED**, that except as otherwise set forth herein, the Shareholders do hereby ratify and approve and effectuate all actions taken by the Board of Directors and Officers of the Corporation from the date of inception through December 13, 2006; and be it,

**FURTHER RESOLVED**, that the Shareholders confirm and ratify the following corporate events, corrections and transactions:

1.  The Shareholders do hereby acknowledge that the "Minutes of the First Meeting of the Incorporator of Nexia Strategy Corporation", dated April 20, 2005, contains certain mistakes, and that in fact Mr. Lawrence Haber was the incorporator of the Corporation, not Frank Amodeo, pursuant to the Articles of Incorporation of the Corporation. Edith Curry mistakenly did not sign the Minutes; although consented to the actions thereat. Furthermore, Frank Amodeo was elected to the Corporation's Board of Directors by the incorporator to serve on the Board of Directors together with Mr. Haber.

2.  The Shareholders do hereby acknowledge that the "Minutes of the First Meeting of the Board of Directors of Nexia Strategy Corporation", dated April 20, 2005, contains certain mistakes, and that Frank Amodeo was not the sole director of the Corporation, and that in fact both Mr. Amodeo and Mr. Haber were the only two (2) directors of the Corporation. Additionally, the date on page 6 of these meeting minutes should be April 20, 2005, and not April 20, 2003 which was a mistake. Furthermore, although the Waiver of Notice of the First Meeting of the Board of Directors of Nexia Strategy Corporation is not contained in the corporate book, all of the directors consented to the actions taken thereat.

3.  The Shareholders do hereby acknowledge that the "Bylaws of Nexia Strategy Corporation", dated April 18, 2005, should state under Section 3.11 that the initial number of directors shall be Two (2). Furthermore, it is acknowledged that the correct date for the execution of the bylaws should be April 20, 2005.

4.  The Shareholders acknowledge that Mr. Amodeo was the sole shareholder of One Thousand (1,000) shares of common stock of the Corporation, which represented One Hundred Percent (100%) of all issued and outstanding shares of common stock of the Corporation, as of April 20, 2005.

MVI/Palaxar - P1
002

5. The Shareholders acknowledge, confirm and ratify the Stock Purchase Agreement which was executed on June 30, 2005, by and between Frank Amodeo and Mirabilis Ventures, Inc., a Nevada corporation, whereby Mr. Amodeo sold all of his stock in the Corporation to Mirabilis Ventures, Inc., entitling Mirabilis Ventures, Inc. to One Hundred Percent (100%) of all issued and outstanding shares of common stock of the Corporation, as of June 30, 2005. Furthermore, on this date, Mr. Amodeo was removed as an officer of the Corporation and as a director of the Corporation, leaving only one sole director, Lawrence Haber.

6. The Shareholders acknowledge, confirm and ratify the cancellation of Stock Certificate Number 1, which was issued to Frank Amodeo on April 20, 2005 for One Thousand Shares (1,000) shares of common stock, and further do hereby acknowledge, confirm and ratify the issuance of Stock Certificate Number 2 to Mirabilis Ventures, Inc. on June 30, 2005 for One Thousand Shares (1,000) shares of common stock of the Corporation.

7. The Shareholders acknowledge, confirm and ratify the change of address for the Corporation to 111 North Orange Avenue, Suite 2000, Orlando, Florida 32801, which was mailed off to the Florida Secretary of State on October 19, 2006.

8. The Shareholders acknowledge, confirm, adopt and ratify the removal of Edie Curry, Dr. Robert Pollack and Dan Myers as officers of the Corporation, and the addition of Frank Hailstones as President, Secretary and Treasurer and Esta Tanenbaum as Vice President of the Corporation pursuant to the Articles of Amendment which were filed with the Florida Secretary of State on October 27, 2006.

and be it,

**FURTHER RESOLVED**, the Shareholders do hereby agree to, and authorize, the removal of Lawrence Haber as director of the Corporation; and be it,

**FURTHER RESOLVED**, that the Shareholders do hereby authorize and appoint the following persons to serve on the Board of Directors of the Corporation commencing immediately and continuing thereafter until such time as their successors have been nominated, qualified, and elected:

Fernando Simo
Frank Hailstones
Laurie Holtz

and be it,

**FURTHER RESOLVED**, that any one of the directors, or any officer, of this Corporation be and they hereby are each and all authorized and directed in the name, and on behalf, of this Corporation to carry out and fulfill the purposes and intent of the Resolutions contained herein including, but not limited to, the documents and instruments set forth in these Resolutions.

Execution of this certificate by the undersigned, constituting all of the Shareholders of the Corporation, waives any requirement of a formal annual meeting or formal notice to conduct the business referred to herein.

MVI/Palaxar - PI
003

This written consent may be executed in one or more identical counterparts and shall be effective upon execution of counterparts by unanimous consent of the Shareholders of the Corporation.

Dated: December 13, 2006

SHAREHOLDERS:

Signature: _____

Mirabilis Ventures, Inc., a Nevada corporation
By:      Fernando Simo
Its:      President

## NEXIA STRATEGY CORPORATION

## MEETING OF THE BOARD OF DIRECTORS

### December 21, 2006

A meeting of the Board of Directors of Nexia Strategy Corporation, a Florida corporation (the "Corporation"), was held at 111 N. Orange Avenue, Suite 2000, Orlando, Florida 32801 on December 21, 2006, at 10:00 am.  All of the directors were present, having waived notice of the meeting.  Frank Hailstones acted as Chairman of the meeting.

The Chairman called the meeting to order and announced that this meeting was held pursuant to written waiver of notice and consent to the holding of this meeting.  The waiver and consent was presented to this meeting and, on a motion duly made, seconded, and unanimously carried, was made a part of the records and ordered inserted in the Corporation's Corporate Book immediately preceding the records of this meeting.

Upon motion duly made, seconded and approved by the Board of Directors, the following resolutions were unanimously adopted, ratified and approved:

RESOLVED, that the Board of Directors do hereby ratify and adopt the following Shareholders' resolutions made pursuant to the "Written Actions of the Shareholders" dated December 13, 2006:

The confirmation and ratification of the change of address for the Corporation to 111 North Orange Avenue, Suite 2000, Orlando, Florida 32801, which was mailed off to the Florida Secretary of State on October 19, 2006.

The confirmation and ratification of the removal of Edie Curry, Dr. Robert Pollack and Dan Myers as officers of the Corporation, and the addition of Frank Hailstones as President, Secretary and Treasurer and Esta Tanenbaum as Vice President of the Corporation pursuant to the Articles of Amendment which were filed with the Florida Secretary of State on October 27, 2006, which are also hereby ratified and confirmed.

and be It;

FURTHER RESOLVED, that the Board of Directors do hereby agree to, and authorize, the removal of Frank Hailstones as Secretary and Treasurer of the Corporation, and furthermore, the Board of Directors do hereby authorize and appoint the following persons to serve as, and continue to serve as, officers of the Corporation commencing immediately and continuing thereafter until such time as their successors have been nominated, qualified, and elected:

Frank Hailstones        – President and CEO
Esta Tanenbaum        – Vice President and Secretary
William F. Walsh        – Treasurer

and be It;

MVI/Palaxar - P1
005

**FURTHER RESOLVED,** that the Board of Directors do hereby authorize and approve that, effective immediately, Paul Glover and Daniel Myers shall be removed as signatories on any and all bank accounts opened on behalf of, and in the name of, the Corporation, and be it;

**FURTHER RESOLVED,** that the Board of Directors do hereby agree that, effective immediately, Fernando Simo and William F. Walsh shall be authorized and appointed as signatories together with Frank Hailstones, on any and all bank accounts opened on behalf of, and in the name of, the Corporation, and be it;

**FURTHER RESOLVED,** that the directors or any of the officers of the Corporation, are hereby authorized and directed to take any and all such actions and to execute and deliver any and all such additional agreements, documents and instruments as they may deem necessary and appropriate to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 10:30 am.

**DIRECTORS:**

Signature:
Name: Frank Hailstones
Its:    Chairman, Director

Signature:
Name: Laurie Holtz
Its:    Director

Signature:
Name: Fernando Simo
Its:    Director

MVI/Palaxar - PI
006

## NEXIA STRATEGY CORPORATION

### WAIVER AND CONSENT OF NOTICE OF
### MEETING OF THE BOARD OF DIRECTORS

The undersigned, constituting all of the directors of Nexia Strategy Corporation, do hereby waive notice and call of the time, place and purpose of the Meeting of the Board of Directors and hereby consent that the time and place for holding said meeting shall be 10:00 am on the 21st day of December, 2006, at 111 North Orange Avenue, Suite 2000, Orlando, Florida 32801, and do hereby further consent to all actions taken thereat.

Date:   December 21, 2006

Signature:
Name: Frank Hailstones
Its:      Chairman, Director

Signature:
Name: Laurie Holtz
Its:      Director

Signature:
Name: Fernando Simo
Its:      Director

MVI/Palaxar - PI
007

## MINUTES OF SPECIAL MEETING OF
## THE BOARD OF DIRECTORS OF
## NEXIA STRATEGY CORPORATION

This special meeting of the Board of Directors of Nexia Strategy Corporation, a Florida corporation (the "Corporation"), was convened at 1:15 p.m. on October 11, 2007.

Present at the meeting was Jodi Jaiman, the Sole Director of the Corporation, which constituted all of the Directors of the Corporation.  All Directors have waived notice of the meeting, and such waiver has been made a part of these minutes.  Jodi Jaiman was appointed Chairman of the meeting.

The Chairman called the meeting to order and stated that all of the Directors were present for the conduct of business.

**NOW, THEREFORE,** upon motion duly made, seconded, and approved by the Board of Directors, the following resolutions were unanimously adopted:

**RESOLVED,** that the Board of Directors do hereby authorize and approve the reinstatement of the Corporation for the purpose of filing and maintaining lawsuits against third-parties to re-acquire and collect assets of the Corporation, and do hereby authorize the officers and directors to file the appropriate documents with the Florida Secretary of State effectuating this reinstatement; and be it,

**FURTHER RESOLVED,** that the Board of Directors do hereby acknowledge, authorize and approve the removal, and/or accept the resignations, of Frank Hailstones as President and CEO, Esta Tanenbaum as Vice President and Secretary, and Bill Walsh as Treasurer of the Corporation, as well as any and all other officers that may have been in office for the Corporation prior to the date of these resolutions, effective as of the date of this resolution or date of resignation (whichever is earlier); and be it,

**FURTHER RESOLVED,** that the Board of Directors do hereby adopt, ratify and approve the following individuals to serve as the officers of the Corporation with such appointment effective as of the date of this resolution, and continuing thereafter until such time as they have been removed, they have resigned, or their successors have been nominated, qualified, elected and/or appointed:

Jodi Jaiman        - President
Shane Williams     - Vice President
Jay Stollenwerk    - Treasurer and Secretary

and be it,

**FURTHER RESOLVED,** that the Board of Directors do hereby authorize and approve retaining the law firms of Goldberg Bates, PLLC and Balch & Bingham, LLP to pursue all

lawsuits and causes of action on behalf of, and available to, the Corporation against Palaxar Group, LLC and Palaxar Holdings, LLC and any of their respective subsidiaries and affiliates and Palaxar's officers, directors, employees, agents, or representatives as directed by the Corporation; and be it,

**FURTHER RESOLVED,** that the Board of Directors do hereby authorize and approve the removal of the current Registered Agent, if any, and do hereby authorize and appoint the law firm of Goldberg Bates, PLLC as Registered Agent of the Corporation, effective immediately; and be it,

**FURTHER RESOLVED,** that the Board of Directors do hereby expressly agree that the Corporation shall indemnify and hold Jodi Jaiman, Shane Williams and Jay Stollenwerk harmless from any and all actions, claims, liabilities and causes of actions of any kind or nature which may be asserted against them in connection with their services on behalf of the Corporation; and be it,

**FURTHER RESOLVED,** that any acting officer of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

There being no further business before the meeting, the meeting was adjourned at 1:30 p.m.

DIRECTOR:

By: Jodi Jaiman, Sole Director

## WAIVER OF NOTICE OF
## SPECIAL MEETING OF THE BOARD OF DIRECTORS OF
## NEXIA STRATEGY CORPORATION

The undersigned, constituting all of the Board of Directors of Nexia Strategy Corporation, a Florida corporation, do hereby waive notice and call of the time, place and purpose of the Special Meeting of the Board of Directors, and hereby consent that the time and place for holding said meeting shall be 1:15 p.m. on the 11th day of October, 2007, at 3660 Maguire Boulevard, Suite 103, Orlando, Florida, and do hereby further consent to all actions taken thereat.

**DIRECTOR:**

By: _____
Jodi Jaiman, Sole Director

MINUTES OF THE ANNUAL MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 12:12 p.m. on January 25, 2006.

Present at the meeting were Edie Curry (appearing by telephone), Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, and Bruce Walko, constituting all of the Directors of the Corporation. Chairman Walko headed the meeting and Tom Broadhead, acted as Secretary.  Also present was Philip S. Kaprow.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, it was:

RESOLVED, that Philip S. Kaprow shall act as the Secretary for the Board of Directors meeting on January 25, 2006 and shall be responsible for taking and accurately reporting the minutes.

The Secretary thereafter presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The Board of Directors then considered the presentment of resignations of several officers of Mirabilis Ventures, Inc., and the following motion was duly made, seconded and unanimously carried:

RESOLVED, that the Company accept the resignation of James V. Sadrianna, as President of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Robert Pollack, MD, as EVP-Strategy of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of James M. Vandevere as EVP-Operations of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Tom Broadhead as Secretary/General Counsel of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Daniel Myers as Treasurer of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Kevin Leonard as Controller of Mirabilis Ventures, Inc. effective January 25, 2006.

MVI/Palaxar - PI
011

BE IT FURTHER RESOLVED, that the Company accept the resignation of Horton Johnson as EVP-Corporate Development of Mirabilis Ventures, Inc. effective January 25, 2006.

Thereafter, the meeting was suspended pending the Shareholder's meeting of Mirabilis Ventures, Inc., which was scheduled for 4:00 pm on January 25, 2006. During the Shareholder's meeting, the Board of Directors was increased to six individuals, with Bruce Walko, Robert W. Pollack, MD, Jason Carlson, James V. Sadrianna, and Edie Curry continuing on the Board, as well as the addition of Frank Hailstones.

Immediately following the annual meeting of Shareholders, the Board of Directors re-convened at 7:46 pm on January 25, 2006.

Present at the reconvened meeting were Bruce Walko, Robert W. Pollack, MD, Jason Carlson, James V. Sadrianna, and Frank Hailstones, constituting a majority of the Directors of the Corporation. Absent from the meeting was Edie Curry. Chairman Walko headed the meeting and Philip S. Kaprow, a non-director, acted as Secretary.

The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Board of Directors welcomes the following Directors:

| | |
|---|---|
| Bruce Walko | James V. Sadrianna |
| Robert W. Pollack, MD | Frank Hailstones |
| Jason Carlson | Edie Curry |

BE IT FURTHER RESOLVED, that the Chairman of the Board shall be a non-voting member of the Board of Directors, other than in the event of a tie breaker. In the event of a tie-breaker, the Chairman shall cast the tie-breaking vote.

BE IT FURTHER RESOLVED, that the Board of Directors names Bruce Walko to be the Chairman of the Board until removed from office.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Company appoint the following officers of Mirabilis Ventures, Inc. to act in their respective capacities as set forth in the Bylaws of the Company until the earlier of the next annual meeting or removal from office:

| | |
|---|---|
| President: | Frank Hailstones |
| EVP-Operations: | Fernando Simo |

EVP-Secretary:      Richard E. Berman
EVP-Treasurer:      Paul Glover

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Board of Directors, in accordance with §3.17 of the Company Bylaws, create and establish the following five (5) committees:

Audit/Risk Committee, Compensation/Hiring Committee, Investment Committee, Executive Committee, and Global Development Committee

BE IT FURTHER RESOLVED, that the purpose of the Audit/Risk Committee shall be to examine compliance with corporate governance and auditing procedures as well as to review the risk and impact to the Company of each investment.

BE IT FURTHER RESOLVED, that the purpose of the Compensation/Hiring Committee shall be to examine the Hiring and Compensation policies and procedures as well as to review the ongoing compensation for employees of the Company and the Company's affiliates.

BE IT FURTHER RESOLVED, that the purpose of the Investment Committee shall be to examine the economic and integrative value of each of transaction to the Company as well as to determine whether or not the Company should ultimately fund a proposed investment.

BE IT FURTHER RESOLVED, that the purpose of the Executive Committee shall be to receive reports from the top-tiered management of the Company as well as to oversee the relationship of day to day operations in light of the long terms goals of the Company.

BE IT FURTHER RESOLVED, that the purpose of Global Development Committee shall be to address the global development and expansion of the Company.

BE IT FURTHER RESOLVED, that the following individuals be appointed as the respective Chairpersons of the committees:

Audit/Risk:              Edie Curry
Compensation/Hiring:     Larry Haber
Investment:              Robert Pollack, MD
Executive:               James V. Sadrianna
Global Development:      Hans Beyer

and that said Chairpersons serve until they are replaced by the Board or Directors or are otherwise removed from office.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that Mirabilis Ventures, Inc. engage the services of Berman, Kean, & Riguera, P.A. as general counsel and to serve as the Florida registered agent for Mirabilis Ventures, Inc. and each Mirabilis Ventures, Inc. affiliate or subsidiary entity.

BE IT FURTHER RESOLVED, that Mirabilis Ventures, Inc. on or before April 1, 2006 shall either enter into a long term contract with Berman, Kean, & Riguera, P.A. or in the alternative to identify alternate legal counsel for the provision of general counsel services to Mirabilis Ventures, Inc. and all affiliate and subsidiary entities.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that Mirabilis Ventures, Inc. hereby ratifies, affirms, and restates its contract with AQMI Strategy Corporation to provide consultant services on the Capital Genesis model on the terms and conditions previously agreed to between the parties.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that Mirabilis Ventures, Inc. as the sole shareholder of Common Paymaster Corporation, recommends to the Board of Directors of Common Paymaster Corporation to approve the Common Paymaster Corporation Handbook as well as the Common Paymaster Corporation Business Practices and Ethical Standards as it has been presented to the Board of Directors of Mirabilis Ventures, Inc.

BE IT FURTHER RESOLVED, that Mirabilis Ventures, Inc., as the sole shareholder of Common Paymaster Corporation, recommend to Common Paymaster Corporation that each employee of Common Paymaster Corporation be required to execute the Receipt and Acknowledgement page of the Common Paymaster Employment Manual and the Receipt and Acknowledgement portion of the Common Paymaster Corporation Business Practices and Ethical Standards on or before March 1, 2006.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Risk/Audit Committee is hereby directed to establish, on or before April 1, 2006, a standard operating procedure for the selection and retention of legal counsel in each region of the Company.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Compensation/Hiring Committee is hereby directed to establish, on or before April 1, 2006, all proposed changes to the Common Paymaster Employee Handbook and base pay and bonus compensation schedules.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the Company seek and enter into, on or before April 1, 2006, an agreement with an AQMI Strategy Corporation to act as a consultant for the award of discretionary bonuses.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the Executive Committee is hereby directed to establish, on or before April 1, 2006, a standard operating procedure and guidelines for the use of corporate assets and vehicles.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that as a matter of corporate policy, effective immediately, Mirabilis Ventures, Inc. shall not pay for relocation costs for newly hired employees.

**BE IT FURTHER RESOLVED**, that nothing in this resolution shall preclude Mirabilis Ventures, Inc. from paying for relocation costs associated with a temporary or permanent relocation for existing employees, the payment and amount of which shall be considered by the Executive Committee on a case by case basis.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that as a matter of corporate policy, effective immediately, upon a company being acquired by Mirabilis Ventures, Inc., there is to be no nepotism or preferential hiring of any form, including the hiring of relatives, particularly in the same reporting lines or chains of command.

**BE IT FURTHER RESOLVED**, that nothing in this resolution shall require Mirabilis Ventures, Inc. to enforce this policy to previously acquired companies.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that by April 1, 2006 budgets for Mirabilis Ventures, Inc. and each affiliate or subsidiary company shall be prepared for the remainder of fiscal year 2006.

**BE IT FURTHER RESOLVED**, that by July 1, 2006, a policy for a rolling 18 month budget shall be established for Mirabilis Ventures, Inc. and each affiliate or subsidiary company, and updated budgets of the same shall be provided to the Mirabilis Ventures, Inc. Board of Directors on a monthly basis.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that effective immediately, the hiring of a Managing Director must be ratified by the Board of Directors.

**BE IT FURTHER RESOLVED**, the Executive Committee can hire, on a conditional basis, a Managing Director. Said employment is conditioned upon ratification by the Board of Directors at the next regularly scheduled meeting of the Board of Directors.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the sale of all Presidion Corporation stock owned by Mirabilis Ventures, Inc. to Titanium Consulting Services, Inc., and the assumption and delegation of the Indemnification Agreement related thereto all be ratified and approved on the terms and conditions agreed upon between the parties.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that Mirabilis Ventures, Inc., as the sole shareholder of Common Paymaster Corporation, ratify the Employment Contract with all proposed amendments thereto approved.

**BE IT FURTHER RESOLVED**, that the Compensation/Hiring Committee is hereby charged with recommending approval of all future changes to the Employment Contract.

**BE IT FURTHER RESOLVED**, that the Executive Committee and with recommending approval for any exceptions or exception letters being sought by employees.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the following acquisitions undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year | Capital Contribution |
|---|---|---|
| A Very Private Eye, Inc. | 2/05 | $120,000.00 |
| AEM, Inc. | 7/05 | $125,000.00 |
| Allstaff Management, Inc.; Allstaff Personnel Management, Inc.; and Neighborly Services, Inc. | 12/05 | $975,000.00 |
| Axena, Inc. | 10/05 | $667,000.00 |

| | | |
|---|---|---|
| Benecomp National Corp.; Cadent Administrators, Inc.; and Community Health Solutions of America, LLC | 11/05 | $25,000.00 |
| Desert Valley Aviation, Inc. | 11/05 | Non-monetary consideration |
| Empire Global Strategies, Inc. | 12/05 | $301,000.00 |
| The New Florida Industrial Electric, Inc. | 9/05 | $5,000,000.00 |
| Global Vision Group Holdings, LLC | 6/05 | $100,000.00 |
| Inline Marketing Technology, Inc. | 1/06 | $219,161.74 |
| Ionic Services, Inc. | 4/05 | $500,000.00 |
| Kevin D. Munroe, PA | 10/05 | $275,000.00 |
| FLHP-MS, LLC | 11/05 | $2,000,000.00 |
| PowerCentric, Inc.; Provider Management Group, Inc.; and Provima, Inc. | 10/05 | $264,957.78 |
| RKT Constructors, Inc. | 12/05 | $3,000,000.00 |
| Security Imaging Systems, Inc. | 11/05 | $100,000.00 |
| Tactical Intelligence & Investigations, LLC | 1/06 | $200,000.00 |
| Theory3, Inc. | 8/05 | $312,500.00 |
| Two Wheel Tunes, Inc. | 1/06 | $1,000,000.00 |
| World Wrestling Legends, LLC | 12/05 | $50,000.00 |
| Felker Construction Services Corporation | 2/05 | $125,000.00 |
| PRB Design Studio, Inc. | 11/05 | $100.00 |

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

   **RESOLVED**, that the following are entities created by Mirabilis Ventures, Inc., the creation and maintenance of which are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year |
|---|---|
| Centro Executive Offices Corporation | 10/04 |
| Cerulean Graphics, Inc. | 09/05 |
| Digiteyes, Inc. | 10/05 |
| EarthSource, Inc. | 12/05 |
| Gibraltar Integrity Corporation | 12/05 |
| GMOFF, LLC | 01/06 |
| The Human Resource | |

| | |
|---|---|
| Enterprise Corporation | 09/05 |
| Information Systems, Inc. | 06/05 |
| Insurance Indemnity Investment, Inc. | 10/05 |
| Legend Holdings of America, Inc. | 06/05 |
| Nexia Strategy Corporation | 04/05 |
| Nexia Strategy, Ltd. | 12/05 |
| Pacific Atlantic STF Corporation | 12/05 |
| Pacific Atlantic Capital Corporation | 11/05 |
| Quasar Construction, Inc. | 10/05 |
| Siren Resources, Inc. | 11/04 |
| Synergy Technology Fabrication, LLC | 12/05 |
| Unex Corporation | 10/05 |
| Universal Analytics, Inc. | 11/05 |
| Ithor Capital, LLC | 12/05 |
| Hoth Holdings, LLC | 12/05 |
| ITHOR LIMITED, LLC | 12/05 |

Thereafter, the next meeting of the Board of Directors was scheduled for February 15, 2006 at 12:00 PM at 111 North Orange Avenue, 20th Floor, Orlando, Florida 32801.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned at 8:20 p.m.

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

MVI/Palaxar - PI
018

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as EVP-Corporate Relations of Mirabilis Ventures, Inc.

Very truly yours,

*Horton S. Johnson*

Horton "Woody" Johnson

MVI/Palaxar - PI
019

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as President of Mirabilis Ventures, Inc.

Very truly yours,

James V. Sadriana

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as EVP Operations of Mirabilis Ventures, Inc.

Very truly yours,

James M. Vandevere

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as EVP Strategy of Mirabilis Ventures, Inc.

Very truly yours,

Robert Pollack, MD

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as General Counsel of Mirabilis Ventures, Inc.

Very truly yours,

Tom Broadhead

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as Treasurer of Mirabilis Ventures, Inc.

Very truly yours,

Daniel Myers

MINUTES OF THE FEBRUARY 15, 2006 MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 12:25 p.m. on February 15, 2006.

Present at the meeting were Edie Curry (appearing by telephone), Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, and Frank Hailstones, consisting of all of the voting Directors of the Corporation. Also present was Philip S. Kaprow. Absent was Chairman Bruce Walko. James V. Sadrianna was asked to chair the meeting and Philip S. Kaprow acted as Secretary.

Chairman Sadrianna called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

The Secretary thereafter presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The minutes from the January 26, 2005 meeting were reviewed, and upon motion duly made, seconded and unanimously carried, the minutes were approved.

The Board of Directors then considered the presentment of committee members for approval, and the following motion was thereafter duly made, seconded and unanimously carried:

**RESOLVED,** that the Executive Committee shall consist of Frank Hailstones, Paul Glover, Richard Berman, and James V. Sadrianna.

**BE IT FURTHER RESOLVED,** that upon commencement of his employment with Mirabilis Ventures, Inc. that Fernando Simos shall also be a member of the Executive Committee.

**BE IT FURTHER RESOLVED,** that the Investment Committee shall consist of James Vandevere, James Sadrianna, Jason Carlson, Richard Berman, and Robert Pollack, MD.

**BE IT FURTHER RESOLVED,** that the Risk/Audit Committee shall consist of Edie Curry.

**BE IT FURTHER RESOLVED,** that the Compensation/Hiring Committee shall consist of Lawrence Haber and Tom Broadhead.

**BE IT FURTHER RESOLVED,** that the Global Development Committee shall consist of Hans Beyers and Linda Duncan.

**BE IT FURTHER RESOLVED,** that each committee shall provide, not more than seven days prior to each regularly scheduled board meeting a committee report which shall identify decisions which the committee requires from the board, issues to be advised on by the board, and

MVI/Palaxar - PI
025

requests for information from the board. Not more than two (2) days prior to each regularly scheduled board meeting, the board of directors shall determine which, if any, of the committee chairs shall be required to be present for the committee discussions at the board meeting.

Thereafter upon motion being duly made, seconded and unanimously carried, it was

RESOLVED, that the five classes of shares (A, B, P, T, and Z) as identified in the Shareholders Agreement, along with the rights and privileges associated thereto, are hereby re-ratified and affirmed.

BE IT FURTHER RESOLVED, that the officers are authorized to issue up to the authorized and outstanding number of shares as identified with the State of Nevada, and in accordance with the limits set forth in the Shareholder's Agreement, without further action by the Board.

BE IT FURTHER RESOLVED, that any third party may expressly rely on this resolution as a representation and warranty that Mirabilis Ventures, Inc. is authorized to issue stock in connection with transactions or other agreements being entered into by Mirabilis Ventures, Inc.

Thereafter upon motion being duly made, seconded and unanimously carried, it was

RESOLVED that the following acquisitions undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved

| Corporate Name | Month/Year | Capital Contribution |
|---|---|---|
| Absolute Packaging | 2/06 | Earnout NTE $765,000 |
| DVD Marketing Group, Inc. | 2/06 | $10,000 |

Thereafter upon motion being duly made, seconded and unanimously carried, it was

RESOLVED, that in addition to any other Board meetings which are scheduled from time to time, the Board of Directors shall meet, at a minimum on the following dates and in the following locations:

February 15, 2006    Orlando
May 19, 2006         Richmond
August 18, 2006      Minnesota
November 15, 2006    Orlando

Thereafter upon motion being duly made, seconded and unanimously carried, it was

RESOLVED, that the Board of Directors, in accordance with §3.17 of the Company Bylaws, create and establish the following committee:

MVI/Palaxar - PI
026

Consulting & Services Committee

**BE IT FURTHER RESOLVED**, that the purpose of the Consulting & Services Committee shall be to oversee the national and international development, roll out and performance of the Mirabilis Ventures, Inc. consulting practice, in particular:

1. Determine Risk Management procedures to protect Mirabilis Ventures, Inc. interests in accepting either or both consulting clients and projects
2. Approve Engagement Guidelines for consulting projects
3. Approve the Mirabilis Ventures, Inc. Consulting Business Plan and monitor performance against it
4. Monitor quality to Mirabilis Ventures, Inc. Quality Standards in executing consulting engagements through reports/ representations from Regional Offices
5. Approve participation and potential investment in new consulting products and solutions.

**BE IT FURTHER RESOLVED**, that Jason Carlson be appointed as the Chairperson of the Consulting & Servicing Committee, and that said Chairperson serve until replaced by the Board or Directors or is otherwise removed from office.

Thereafter, upon motion being duly made, seconded, and unanimously carried, it was

**RESOLVED**, that the actions taken by each director of Mirabilis Ventures, Inc. between January 25, 2006 and February 15, 2006 are hereby ratified and affirmed.

The Board of Directors thereafter discussed and scheduled the next Board of Director's meeting for March 23, 2006 from 12:00 p.m. until 2:00 p.m. at the Orlando Offices of the Corporation.

There being no further business, the Chairman adjourned the meeting at 1:04 p.m.

Respectfully submitted,

Philip S. Kenrow, Acting Secretary

Approved:

James V. Sadrianna, Acting Chairman

MVI/Palaxar - PI
027

WAIVER OF NOTICE OF THE 2-15-06 MEETING

OF THE BOARD OF DIRECTORS

OF

MIRABILIS VENTURES, INC.


The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the special meeting of the Board of Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on February 15, 2006 at Orlando, Florida at 12:00 p.m.


Bruce Walko, Chairman

Frank Hailstones, Director

Edie Curry, Director

Jason Garlson, Director

James V. Sadrianna, Chairman

Robert Pollack, MD, Director

## MIRABILIS VENTURES, INC.

## ACTION BY WRITTEN CONSENT
## IN LIEU OF BOARD OF DIRECTORS MEETING

On this the 13th day of March, 2006, pursuant to the authority of §607.0821 "Action by directors without a meeting" of the Florida Business Corporation Act, the undersigned, on behalf of all of directors of MIRABILIS VENTURES, INC., a Nevada corporation (the "Corporation"), in lieu of their annual meeting, do hereby affirmatively vote for, consent to, adopt and approve the following resolutions by written consent:

**BE IT RESOLVED**, that Dan Myers is authorized to open any and all Special Project banking accounts on behalf of the Corporation at any financial institution(s) in his sole discretion; and be it,

**RESOLVED**, that Dan Myers is hereby appointed as signatory on any and all Special Project banking accounts, which he opens for the Corporation; and be it,

**RESOLVED**, that Dan Myers shall provide written notice of the opening of such Special Project banking account to the President of the Corporation, or to at least one (1) board member of the Corporation, within twenty-four (24) hours after such account has been opened; and be it,

**FURTHER RESOLVED**, that Dan Myers is hereby authorized and directed in the name of, and on behalf of, this Corporation to take any and all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

Dated:  March 13, 2006.

DIRECTOR:

_____
Frank Hailstones, President and Director

MINUTES OF THE MARCH 23, 2006 MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 11:16 a.m. on March 23, 2006.

Present at the meeting were Edie Curry, Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, Bruce Walko, and Frank Hailstones constituting all of the Directors of the Corporation. Chairman Walko headed the meeting and, at the request of Chairman Walko, Philip S. Kaprow acted as Secretary.  Also present was Fernando Simo, Paul Glover, Alan Archer, Richard Berman, Frank Amodeo, Laurie Holtz, Shane Williams, Tom Broadhead, and Philip S. Kaprow.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, the Minutes from the February 15, 2006 Board of Director meeting were approved.

The board first reviewed the status of all committee work to be completed no later than April 1, 2006.

Thereafter, Frank Amodeo, guest speaker made a presentation to the Board of Directors on the subject of Corporate Governance, Acquisition, and Case Absolute Un-retractable Parameters.

Upon motion duly made, seconded and unanimously carried, the following resolution was carried:

RESOLVED, that on or before May 19, 2006, the Risk/Audit Committee present the board with proposed committee members and standard operating procedure for the selection and retention of legal counsel for each region of the Company;

BE IT FURTHER RESOLVED, that on or before May 19, 2006, the Compensation/Hiring Committee present the board with proposed changes to the Common Paymaster Employee Handbook and base pay and bonus compensation schedules;

BE IT FURTHER RESOLVED, that on or before May 19, 2006, the Executive Committee present the board with proposed standard operating procedure and guidelines for the use of corporate assets and vehicles;

BE IT FURTHER RESOLVED, that on or before May 19, 2006, the budgets for the remainder of fiscal year 2006 and a proposed rolling eighteen (18) month budget for Mirabilis Ventures, Inc. and each affiliate and subsidiary companies be presented to the board; and

BE IT FURTHER RESOLVED, that, on or before April 15, 2006 Mirabilis Ventures, Inc. shall either enter into a long-term contract with Berman, Kean, & Riguera, P.A. or in

MVI/Palaxar - PI
030

the alternative to identify alternate legal counsel for the provision of general counsel services to Mirabilis Ventures, Inc. and all affiliate and subsidiary companies, and that said contract shall be presented to the board on or before May 19, 2006 for ratification.

The Board then considered the membership of various committees.

Upon motion duly made, seconded and unanimously approved, it was

**RESOLVED,** that the below committees of Mirabilis Ventures, Inc. are comprised of the following individuals and no other:

> Executive Committee:   Laurie Holtz, Frank Hailstones, James Sadrianna
> Audit/Risk Committee:  Richard Berman, Frank Hailstones, Edie Curry-Broadhead
> Compensation/Hiring Committee:  Larry Haber, Marty Flynn, Shane Cobb, Tom Broadhead
> Investment Committee:  Robert Pollack, MD, Tom Broadhead, Jason Carlson, Frank Hailstones, Paul Glover, Fernando Simo, Horton Johnson, Dan Myers, Richard Berman

**BE IT FURTHER RESOLVED,** that pursuant to the direction of the Class A Common Shareholders, subject to any preferred shareholders rights pursuant to the Company bylaws or shareholders agreement, that the following individuals shall comprise the Board of Directors, with their tenure commencing upon adjournment of this meeting:

> Laurie Holtz            Bruce Walko
> Richard Berman      Tom Broadhead
> Jason Carlson        Edie Curry-Broadhead
> James V. Sadrianna  Robert W Pollack, MD
> Frank Hailstones

**BE IT FURTHER RESOLVED,** that effective the adjournment of this meeting that Bruce Walko shall remain on the board, but shall yield his position as chairman to Laurie Holtz who shall thereafter be the new, full voting and participant chairman of the Board.

**BE IT FURTHER RESOLVED,** that effective the adjournment of this meeting, that Edie Curry-Broadhead shall become the Vice-Chair of Mirabilis Ventures, Inc.

The board next considered, and upon motion duly made, seconded, and unanimously approved the following:

**RESOLVED,** that the April 3, 2006 evening meeting by Frank Hailstones, is hereby authorized, ratified and approved;

**BE IT FURTHER RESOLVED,** that the April 7, 2006 Orlando Magic event is hereby authorized, ratified and approved;

MVI/Palaxar - PJ
031

**BE IT FURTHER RESOLVED,** that the development of a relationship with Continuum Enterprises as a preferred vendor provider is hereby authorized, ratified, and approved;

**BE IT FURTHER RESOLVED,** that the investment committee is authorized to commit $8,000,000 for acquisitions in April, 2006 and $8,000,000 for acquisitions in May, 2006, with the closings to take place on those acquisitions in subsequent months.

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED,** that the Consulting Agreement between AQMI Strategy Corporation and Mirabilis Ventures, Inc. for the consultation on discretionary bonuses is hereby ratified and approved.

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED,** that the following exception letters, tentatively approved by the Executive Committee are hereby ratified, affirmed, and approved:

| Date | Name |
|---|---|
| 1/25/06 | Fernando Simo |
| 1/27/06 | Jason Brownell |
| 1/31/06 | Michael Stanley |
| 2/13/06 | F.S. Winsett |
| 2/22/06 | Kellie Ledbetter |
| 2/22/06 | David Chaviers |
| 2/22/06 | Tom Hancock |
| 2/26/06 | Mark Lang |
| 2/25/06 | Lyle Gluck |
| 3/1/06 | Aaron Bates |
| 3/10/06 | Scott Fender |
| 3/15/06 | Steve Zadrick |
| 3/15/06 | Michael Hering |
| 3/18/06 | Sophie Kaye |
| 3/18/06 | Caprice LaCroix |
| 3/18/06 | Michael Miller |
| 3/18/06 | Daniel Mule |
| 3/18/06 | Sheri Pasqual |
| 3/18/06 | Carol Ruiz |
| 3/20/06 | Ronald Harrigan |
| 3/21/06 | James E. Abbott |
| 3/21/06 | Angelo J. Miceli |
| 3/22/06 | Jenny Freeman |
| 3/22/06 | Gregory Wolbers |
| 3/22/06 | Kelli M. Slaughter |

MVI/Palaxar - P1
032

| 3/22/06 | Nancy A. Adams |
|---------|----------------|

**BE IT FURTHER RESOLVED**, that future exception letters be approved by the Risk/Audit Committee and ratified by the Board of Directors.

Thereafter, the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED**, that the following are entities created by Mirabilis Ventures, Inc., the creation and maintenance of which are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year |
|----------------|------------|
| Centerpoint CS, LLC | 1/06 |
| Lake Suites Hotel, Inc. | 3/06 |
| Mirabilis Baseball, LLC | 1/06 |
| Common Paymaster III Corporation | 2/06 |
| Common Paymaster H Corporation | 3/06 |
| Investment Title Services, Inc. | 3/06 |
| Statim Satelite Corporation | 1/06 |

Thereafter the board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED**, that the following acquisitions and capital expenditures undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year | Capital Expenditure |
|----------------|------------|---------------------|
| Centerpoint CS, LLC | 3/06 | Non-monetary consideration |
| SecureSolutions, LLC | 3/06 | $940,000.00 |
| RF Scientific, Inc. | 3/06 | $350,000.00 |
| It's Your Move, Inc. | 3/06 | $20,000.00 |
| LTSS, LLC | 3/06 | $1,250,000.00 |
| Hancock Group, LLC | 2/06 | $2,500,000.00 |
| Auke Hempenius Enterprises, Inc. | 2/06 | $9,000.00 |
| 3801 Carolina Avenue | 3/06 | $171,512.78 |
| World Wrestling Legends, LLC | 2/06 | $200,000.00 |
| Nexia Strategy, LTD | 2/06 | $150,000.00 |
| Lake Ellen | 3/06 | $100,000.00 |
| Premier HR, Inc. | 2/06 | $600,000.00 |
| Hendricks | 2/06 | $2,347,196.39 |

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

MVI/Palaxar - PI 033

**RESOLVED,** that the Agreement between AQMI Strategy Corporation and Mirabilis Ventures, Inc. dated November 1, 2004 for consultation services, be restated and ratified.

Thereafter, the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED,** that the actions taken by each director of Mirabilis Ventures, Inc. between February 15, 2006 and March 23, 2006 are hereby ratified and approved.

Thereafter there was a presentation by the Acquisition Division regarding the status of all projects being currently considered for acquisition by the Company.

Thereafter there was a presentation by Laurie Holtz on the subject of Business Alignment and Control.

The next meeting of the Board of Directors was then scheduled for May 19, 2006 at 12:00 PM at a location to be determined not less than ten (10) days before the meeting.

There being no further business before the meeting, the meeting was adjourned at 1:13 p.m.

Respectfully submitted,

Philip S. Keprow, Acting Secretary

Approved:

Bruce Walko, Chairman

MVI/Palaxar - PI
034

WAIVER OF NOTICE OF THE 3-23-06 MEETING

OF THE BOARD OF DIRECTORS

OF

MIRABILIS VENTURES, INC.


The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the special meeting of the Board of Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on March 23, 2006 at Orlando, Florida at 11:00 a.m.


Bruce Walko, Chairman

Frank Hailstones, Director

Edie Curry, Director

Jason Carlson, Director

James V. Sadrianna, ~~Chairman~~

Robert Pollack, MD, Director

MINUTES OF THE MAY 19, 2006 MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 12:25 p.m. on May 19, 2006.

Present at the meeting were Chairman Laurie Holtz, Vice-Chair Edie Curry, Dr. Robert Pollack, James V. Sadrianna, Jason Carlson (via telephone), Bruce Walko, Frank Hailstones, Richard Berman, and Tom Broadhead   constituting all of the Directors of the Corporation. Chairman Holtz headed the meeting and, at the request of Chairman Holtz, Philip S. Kaprow acted as Secretary.   Also present were Fernando Simo, Frank Amodeo, Glenn Thompson, Linda Thompson, and Philip S. Kaprow.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, the Minutes from the March 23, 2006 Board of Director meeting were approved.

The Chairman then provided a report regarding the Nexia Certification Program.

Thereafter, Frank Amodeo, guest speaker made a presentation to the Board of Directors on the importance of performance in addition to loyalty as corporate factors in retention.

Thereafter progress on the projects which had May 19, 2006 deadlines were discussed, and upon motion duly made, seconded, the following resolution was unanimously carried:

RESOLVED, that at the next board meeting, the following committees shall give reports on their respective projects: Risk/Audit, Compensation/Hiring, Executive;

BE IT FURTHER RESOLVED, that the budget schedule shall be discussed as an agenda item for the next board meeting;

BE IT FURTHER RESOLVED, that copies of the contracts with Berman, Kean, & Riguera, P.A. shall be provided to the Board at the next board meeting, and that the Executive Committee prior to the board meeting shall convene, and if appropriate, recommend ratification of the contracts to the Board;

Thereafter the composition of the standing committees were discussed, and upon motion duly made, seconded, the following resolution was unanimously carried:

BE IT RESOLVED, that the Executive Committee shall add the following individuals to the Committee: Fernando Simo, Richard Berman, Edie Curry-Broadhead;

BE IT FURTHER RESOLVED, that the Investment Committee shall remove the

MVI/Palaxar - PI
036

following individuals from the Committee: Paul Glover, Dan Myers;

        BE IT FURTHER RESOLVED, that the Investment Committee shall add the following individuals to the Committee: Shane Williams, Jim Vandevere.

        Thereafter the board discussed the schedule for the issuance of shares and issuance of bonus monies, to be completed by the next Board Meeting.

        Thereafter the board discussed acquisitions, new entities, exception letters, and directors actions, and upon motion duly made, seconded and unanimously carried:

        RESOLVED, that the following acquisitions undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year | Capital Contribution |
|---|---|---|
| It's Your Move | 3/06 | $20,000.00 |
| Venture Resources, Inc. | 3/06 | $500,000.00 |
| The Lieb Group, LLC | 3/06 | $463,933.14 |
| Winpar Hospitality Chattanooga, LLC | 3/06 | $3,100,000.00 |
| Carolina Avenue Building, Richmond | 5/06 | $1,400,000.00 |

        BE IT FURTHER RESOLVED, that the following are entities created by Mirabilis Ventures, Inc., the creation and maintenance of which are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year |
|---|---|
| CHS of America, Inc. | 3/06 |
| HR Remedies, Inc. | 4/06 |
| SIPS Team USA, Inc. | 4/06 |
| Kevin Munroe Consulting, LLC | 5/06 |

        BE IT FURTHER RESOLVED, that the following exception letters, tentatively approved by the Executive Committee are hereby ratified, affirmed, and approved:

| Name | Date |
|---|---|
| Robert E. Leib | 04/01/06 |
| Michael A O'Sullivan | 04/01/06 |
| Marc Plaisted | 04/01/06 |
| Laurie S. Holtz | 04/01/06 |
| Larry Childers | 04/06/06 |
| Tony Bruno | 04/12/06 |

MVI/Palaxar - PI
037

| Jeffrey Burns | 04/12/06 |
|---|---|
| Edgar Allen | 04/12/06 |
| Felix Alvardo | 04/18/06 |
| Kelly Tomeo | 04/19/06 |
| Angela West | 04/25/06 |
| Shane Cobb | 04/25/06 |
| Thomas M. Batchelor | 05/03/06 |
| Natalia Warren | 05/03/06 |
| Georges Vilches | 05/03/06 |
| Dr. Walter F. Smith Jr. | 05/05/06 |
| Charles Saba*** | 05/05/06 |
| Matthew Jennings | 05/11/06 |
| Gary E. Oksutcik*** | 05/14/06 |

\*\*\* still being negotiated

**BE IT FURTHER RESOLVED**, that the actions taken by each director of Mirabilis Ventures, Inc. between March 23, 2006 and May 19, 2006 are hereby ratified and affirmed.

The Board then discussed the merits of seeking an outside valuation of the shares of stock to determine (a) its currently stated value, (b) its actual value, and (c) reasonable expectations for a stock recipient. Richard Berman and Frank Hailstones volunteered to speak with an outside valuation firm and report back at the next meeting.

The next meeting of the Board of Directors was then scheduled for June 13, 2006.

There being no further business before the meeting, the meeting was adjourned at 2:31 p.m.

*After the meeting and prior to the completion of minutes, the Board of Directors canceled the June 13, 2006 meeting, and it will be rescheduled for July 2006, at a date, time, and location to be determined.*

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

Approved:

Laurie Holtz, Chairman

MVI/Palaxar - PI
038

WAIVER OF NOTICE OF THE 5-19-06 MEETING

OF THE BOARD OF DIRECTORS

OF

MIRABILIS VENTURES, INC.


The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the 5-19-06 meeting of the Board of Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on May 19, 2006 at Orlando, Florida at 12:00 p.m.


Laurie Holtz, Chairman

Frank Hailstones, Director

Edie Curry, Director

Jason Carlson, Director

James V. Sadrianna, Director

Robert Pollack, MD, Director

Richard E. Berman, Director

Bruce Walko, Director

Tom Broadhead, Director

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS
## MIRABILIS VENTURES, INC.
## IN LIEU OF A SPECIAL MEETING

The undersigned, being a Director of Mirabilis Ventures, Inc., a Nevada corporation (the "Company"), hereby makes the following written statement in lieu of holding a special meeting, pursuant to the terms of Nevada Law:

**RESOLVED**, that the following individual is appointed as sole representative on behalf of Mirabilis Ventures, Inc. to secure the building located at 3801 Carolina Ave., Richmond, VA:

Allen Archer

**FURTHER RESOLVED**, that any acting member of the Company be, and hereby is, authorized, empowered, and directed, in the name and on the behalf of the Company, to take such additional action and to execute and deliver such additional agreements, documents and instruments as he may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated: October 18, 2006

MIRABILIS VENTURES, INC.,
a Nevada corporation

James V. Sadrianna, Director

**MINUTES OF THE NOVEMBER 20, 2006**
**SPECIAL MEETING OF BOARD OF DIRECTORS OF**
**MIRABILIS VENTURES, INC.**

A special meeting of the Board of Directors of Mirabilis Ventures, Inc., a Florida corporation (the "Corporation"), was convened at 2:00 p.m. on November 20, 2006.

Present at the meeting were Chairman Laurie Holtz, James V. Sadrianna, Jason Carlson (via telephone), Frank Hailstones (via telephone), and Richard E. Berman, Esq. (via telephone), which constituted a quorum of the Directors of the Corporation. All directors have waived notice of the meeting. Also present were Fernando Simo (via telephone), William Walsh (via telephone), Frank L. Amodeo, Thomas A. Sadaka, Esq. and Scott M. Goldberg, Esq. Chairman Holtz headed the meeting and, at the request of Chairman Holtz, Scott M. Goldberg, Esq. acted as Secretary.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Thereafter, Mr. Amodeo, guest speaker and consultant to the Corporation, made a presentation to the Board of Directors on strategic recommendations for the election and removal of certain officers and directors of the Corporation to allow for the Corporation's continued growth and prosperity through next year. Mr. Amodeo also recommended that if the Board of Directors approves such removal and election of officers, that a transition period of at least thirty (30) days be implemented between the outgoing and incoming officers.

Furthermore, Mr. Amodeo recommended that the Corporation allow for a press release to be issued shortly after the authorization and appointment of the new officers to inform the general public of the new changes to the Corporations officers and Board of Directors.

**NOW, THEREFORE,** upon motion duly made, seconded, and approved by the Board of Directors, the following resolutions were unanimously adopted:

**RESOLVED,** that the Board of Directors authorize and appoint the following individuals as officers of the Company with such appointment effective as of the date of these resolutions on the date hereof and continuing thereafter until such time as their successors have been nominated, qualified, elected and/or appointed:

| | |
|---|---|
| Fernando Simo | CEO & President |
| William Walsh | CFO & Executive Vice President |
| Jason Carlson | COO & Executive Vice President |
| Richard E. Berman, Esq. | Secretary & Executive Vice President |

and be it;

**FURTHER RESOLVED,** that the officers listed above shall be transitioned into their new office position over the next thirty (30) days and that such officers shall serve as officers commencing on January 1, 2007; and be it,

MVI/Palaxar - P1
041

**FURTHER RESOLVED**, that Board of Directors shall present a list of recommended directors to the Shareholders at the Corporation's Shareholders' Meeting on December 15, 2006 for consideration, approval and appointment to the Board of Directors, which shall be composed of a nine (9) member board. On the proposed list of directors shall be the following individuals:

Fernando Simo
William Walsh
Jason Carlson
Richard E. Berman, Esq.
Frank Hailstones

In addition to the directors listed above, the Board of Directors will recommend that four (4) additional independent directors be appointed to the Board of Directors with Mr. Laurie Holtz to serve as one (1) of the independent directors (and continue to serve as Chairman) together with three (3) additional directors who shall be named by the Board of Directors prior to the Corporation's Shareholders' Meeting; and be it,

**FURTHER RESOLVED**, that the Board of Directors authorizes the Corporation to issue a press release informing the general public of the new officers and new Board of Directors as soon as possible; and be it,

**FURTHER RESOLVED**, that Fernando Simo, President, or any of the other officers of the Corporation, are hereby authorized and directed to take any and all such actions and to execute and deliver any and all such additional agreements, documents and instruments as they may deem necessary and appropriate to carry out the foregoing resolutions.

The next meeting of the Board of Directors was then scheduled for December 15, 2006.

There being no further business before the meeting, the meeting was adjourned at 2:30 p.m.

Respectfully submitted,

Scott M. Goldberg, Esq., Acting Secretary

Approved:

Laurie Holtz, Chairman

MVI/Palaxar - P1
042

## WAIVER OF NOTICE OF THE SPECIAL MEETING OF
## THE BOARD OF DIRECTORS OF MIRABILIS VENTURES, INC.

The undersigned, constituting a quorum of the directors of Mirabilis Ventures, Inc., do hereby waive notice and call of the time, place and purpose of the Special Meeting of the Board of Directors, and hereby consent that the time and place for holding said meeting shall be 2:00 p.m. on the 20th day of November 2006, at 111 North Orange Avenue, Suite 2000, Orlando, Florida 32801, and do hereby further consent to all actions taken thereat.

**DIRECTORS:**

By:    Laurie Holtz, Chairman

By:    James V. Sadrianna

By:    Richard E. Berman, Esq.

By:    Jason Carlson

By:    Frank Hailstones

## WAIVER OF NOTICE OF THE SPECIAL MEETING OF
## THE BOARD OF DIRECTORS OF MIRABILIS VENTURES, INC.

The undersigned, constituting a quorum of the directors of Mirabilis Ventures, Inc., do hereby waive notice and call of the time, place and purpose of the Special Meeting of the Board of Directors, and hereby consent that the time and place for holding said meeting shall be 2:00 p.m. on the 20th day of November 2006, at 111 North Orange Avenue, Suite 2000, Orlando, Florida 32801, and do hereby further consent to all actions taken thereat.

**DIRECTORS:**

By: _____   Laurie Holtz, Chairman

By: _____   James V. Sadrianna

By: _____   Richard E. Berman, Esq.

By: _____   Jason Carlson

By: _____   Frank Hailstones

# MIRABILIS VENTURES, INC.
## A NEVADA CORPORATION

## UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS

The undersigned persons, constituting all of the members of the Board of Directors (the "Board") of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation"), hereby adopt the following written resolutions in accordance with NRS 78.035, 78.195 and 78.196.

### NOW, THEREFORE, BE IT HEREBY:

**RESOLVED**, that the Board hereby accepts the election thereof by the shareholders and authorizes the following persons to serve as Directors of the Company commencing January 1, 2007 and continuing thereafter until such time as their successors have been nominated, qualified, and appointed:

| | |
|---|---|
| Laurie Holtz | Chairman of the Board |
| Richard Berman | Director |
| Jason Carlson | Director |
| Frank Hailstones | Director |
| Fernando Simo | Director |
| Bill Walsh | Director |

and be it;

**RESOLVED**, that the Articles of Incorporation Article IV be amended as follows:

Mirabilis Ventures, Inc. (the "Company") has been authorized to issue seventy-five thousand (75,000) shares of Class A capital common stock ("Black Stock" or "Black Shares") with no par value, six million (6,000,000) shares of Class B preferred stock ("Green Stock" or "Green Shares") with no par value, one million (1,000,000) shares of Class P preferred stock ("Gold Stock" or "Gold Shares") with no par value, four hundred thousand (400,000) shares of Class T preferred stock ("Platinum Stock" or "Platinum Shares") with no par value, and twelve million (12,000,000) shares of Class Z preferred stock ("Blue Stock" or "Special Preferred Stock" or "Blue Shares") with no par value; (collectively, the "Shares"), and be it

### FURTHER RESOLVED,

IN WITNESS WHEREOF, the members of the Board of Directors of the Corporation have executed this Unanimous Written Consent of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation, effective as of the 15th day of December, 2006.

Laurie S. Holtz

Jason W. Carlson

Frank Hailstones

Robert Pollack

James V. Sadrianna

Richard Berman

Tom Broadhead

Bruce Walko

## MINUTES OF SPECIAL MEETING OF BOARD OF DIRECTORS
## OF MIRABILIS VENTURES, LLC, HELD ON DECEMBER 28, 2006

A Special Meeting of the Board of Directors was held at 11:00 a.m. EST on December 28, 2006. Present at the meeting in person were Chair Laurie Holtz, Director Richard Berman and Director Bill Walsh. Present by telephone were Director Frank Hailstones, Director Jason Carlson and Director Fernando Simo. Also present by invitation, by telephone, was the Company's General Counsel, Mark Bernet.

The Chair called the meeting to order. Notice was waived, the reading of the minutes of the last meeting of the Board was waived. Mr. Bernet acted as secretary for the meeting.

Mr. Bernet suggested the following agenda for the meeting:

•   A report from Mr. Walsh and Mr. Hailstones concerning their conversation of December 22, 2006, with Frank Amodeo, relating to the funding issues of the Company.

•   A discussion concerning a potential $9 million tax credit held by AEM, Inc., and Marty Flynn's request that a portion of that credit be used to pay delinquent taxes owed by SecureSolution.

•   A discussion concerning the issuance of "target" letters by the United States Attorney to Marty Flynn, Bob Palumbo, Bob Konicki, Dan Meiers and Bob Curry.

•   A discussion concerning the status of the sale of the PEO assets.

Mr. Holtz began the discussion concerning the sale of the PEOs. He raised some concern over the value of the assets, but he acknowledged that obtaining accurate valuations quickly is not possible, certainly not before the scheduled closing. He is concerned that there may be significant tax liabilities owed by the MVI PEOs, but the extent isn't known, although he acknowledged that most of the PEO assets being sold appear to be owned by the Wellington companies. Mr. Bernet reported that in his conversation with Mike Stanley prior to the Board's meeting, Stanley reported that he could not value the companies.

Holtz said that the PEO sales are another example of the control that Frank Amodeo has over MVI. Holtz said that Mr. Amodeo has always had control of MVI, but that he was to turn control of MVI over to professional business managers and an independent board of directors. So far, this has not happened, but the current Board needs to take steps to assure that it occurs.

Mr. Holtz acknowledged that the Board has previously approved the sale of the PEOs and that it cannot "undo" that authorization without subjecting the company to significant damage claims. On the other hand, the Board has not been advised of the status of the sales. Mr. Holtz believes that there should be no more surprises, and he

suggested that the Board should authorize its general counsel, Mr. Bernet, to investigate and ask detailed questions about not only the PEO sales but also about the other assets that are owned by MVI, and other deals in which MVI has been or is involved. Mr. Holtz reiterated that MVI should not seek to avoid the PEO sales, but that it must have its questions addressed.

Mr. Holtz then announced that, given the cash flow projections of the Company for 2007, he did not feel justified in accepting his $300,000 annual compensation, and he advised that he has submitted a letter to Mr. Walsh requesting that he not receive further compensation until he advises otherwise. For personal financial reasons, Mr. Holtz also tendered his 4,750 shares of MVI Green stock to Mr. Walsh, with the request that the shares be returned to the treasury of the company. Copies of Mr. Holtz's letters and of his stock certificate (the original of which was given to Mr. Walsh) are attached to these minutes. Mr. Berman also provided letters to Mr. Walsh advising (i) that he wished to receive no further compensation from the Company until further notice, (ii) that he resigned as the company's secretary, effective immediately; and (iii) that he tendered his 4,750 shares of MVI stock to the Company. Copies of Mr. Berman's letters and of his Stock Power of Attorney are attached to these minutes. Mr. Holtz noted that by virtue of these actions the Company would have at least $45,000 less in monthly obligations, some of which he suggested should be allocated to the senior employees. Mr. Walsh suggested that Mr. Bernet should be appointed as the new corporate secretary. Mr. Bernet said that he would let the Board know on 12/29/2006 if he will accept such an appointment.

Mr. Hailstones agreed that the Board must be involved in the sale of the assets of the PEOs it owns. There was a general discussion concerning whether the value of $21 million for those assets was fair. Mr. Holtz said that MVI must consider that the entire sale price of $220MM for the entire sale transaction (which includes the MVI PEO asset sales and the Presidion PEO asset sales) is a fair price, but that the sellers should agree to a post-losing "true-up" at which valuation issues would be addressed and corrected, if necessary.

The Board then resolved that it would direct Mr. Bernet to participate in the PEO sales to determine the structure and status, and to report back to the Board. Mr. Holtz emphasized again that he did not believe that the sale authority should be rescinded. The resolution passed unanimously.

Mr. Holtz and Mr. Berman then led a discussion concerning the Board's need for further information concerning its assets and the transactions in which it is involved. Mr. Holtz suggested that the Board should develop a list of questions to ask Mr. Amodeo.

Mr. Walsh then led a discussion concerning the meeting last week involving Mr. Walsh, Mr. Hailstones and Mr. Amodeo. Mr. Walsh stated that Mr. Amodeo agreed that after December 31, 2006, MVI will control all of its bank accounts, and that only MVI would be permitted to commit MVI to any transactions. Mr. Walsh told Mr. Amodeo that MVI has a cash need of approximately $17 million for 2007, in response to which Mr. Amodeo suggested that Titanium would retain SimDag until at least April 1, since most of its funding needs would be fulfilled by that time. Even with that adjustment,

MVI/Palaxar - PI
048

MVI will be at negative $2 million by Q12007, and negative $6 million by Q42007. Mr. Walsh said that Mr. Amodeo agreed to cover the cash shortfall for a 6 month period. Mr. Walsh also said that Mr. Amodeo had requested a meeting with Mr. Holtz, Mr. Berman and Mr. Walsh after the Board meeting was concluded.

Mr. Berman reported that he has $1.9 million in his law firm's trust account, relating to the Bella Costa transaction. Because SimDag will not become a part of MVI by the scheduled closing date of the Bella Costa deal, Mr. Berman requested directions with respect to those funds.

Mr. Simo inquired about the Lake Worth transaction. Mr. Walsh reported that he personally inspected the project and that he saw no value in the project. SimDag had intended to purchase the project for roughly 25 cents on the dollar. Again, if MVI does not acquire SimDag until 2Q2007, this transaction is not MVI's concern.

Mr. Holtz said the he would prefer that Mr. Bernet accompany him, Mr. Walsh and Mr. Berman to their meeting with Mr. Amodeo.

The meeting was adjourned at 1:00 pm.

Dated as of December 28, 2006.


Mark J. Bernet, Acting Secretary

3

### MINUTES OF THE JANUARY 17, 2007 SPECIAL MEETING
### OF THE BOARD OF DIRECTORS OF MIRABILIS VENTURES, INC.

AT A SPECIAL MEETING of the Board of Directors held on January 17, 2007:

Present in person were directors Fernando Simo, Bill Walsh, Frank Hailstones and Jason Carlson, present by telephone were directors Laurie Holtz and Richard Berman.

Also present as an invited guest was the Company's General Counsel, Mark Bernet.

Mr. Holtz, as Chair, called the meeting to order. The Directors waived formal notice and also waived the reading of the minutes of the last meeting of the Board.

Mr. Simo explained that the original purpose of the meeting was to discuss the changed circumstances regarding the Board's prior resolution, passed in its December 14, 2006 meeting, authorizing the sale of certain PEO companies and/or assets. Mr. Simo summarized that the transaction that had been approved by the December 14, 2006 resolution was not the transaction that had occurred or that is in the process of occurring. Mr. Simo explained that AEM, Inc., a subsidiary of the Company, had acquired a substantial amount of PEO assets from a company known as BCA, Inc. (as opposed to AEM, Inc. selling its PEO assets to a company called PaySource, Inc., as had been contemplated earlier).

Mr. Bernet reported that he had not been able to locate any documents that implemented the particular transaction described by Mr. Simo, but that he also understood from his investigation that AEM had acquired PEO assets from BCA, and that AEM either owned or was at least managing over $600 million in PEO assets. Mr. Bernet said that he is not aware of the particulars of the reported transaction, but has been told by Frank Amodeo and others that under the transaction AEM will make significant payments to BCA for the benefit of the IRS, to be applied to the "legacy" tax obligations of the Paradyme, Presidion and SunShine Companies.

Mr. Simo stated that based on current estimates, AEM's current value is approximately $250 million and, after excluding $75 – 140 million as legacy tax debts (which would not be owed by AEM), there is significant value to the shareholders of the Company.

Mr. Hailstones said that as matters now stand, we cannot confirm that the transaction as explained has occurred (Mr. Bernet said that in his investigation he could not locate the particular documents). He therefore suggested that Mr.

Bernet investigate the matter further and then report back to the Board.   Mr. Bernet said that he is in the midst of an investigation of all of the PEO transactions but that he would focus on the particular transactions at issue.

Mr. Bernet explained that the transaction is in reality one in which the AEM board would need to act, and that the Company's Board would not be involved.

Mr. Simo then explained that the Board is increasingly concerned that it does not have control over its affairs. Mr. Holtz and Mr. Hailstones reminded the Board that they had prepared draft questions with the intention of having them presented to Mr. Amodeo, but that to date the questions have not been presented. Mr. Bernet noted that presenting the questions to Mr. Amodeo first would entail a lengthy meeting and then a substantial amount of time locating and reviewing the documents that Mr. Amodeo will reference in his responses. Mr. Hailstones noted that it is incumbent on the Board to at least attempt to identify all of its obligations (whether arising under employment agreements with Common Paymaster Corporation, guaranties, etc.) and then to try to deal with them. Mr. Bernet reported that to date he is simply responding to issues as they arise, and that the only way to attempt to assemble all of the obligations to which Mr. Hailstones referred would be to continue to attempt to investigate and locate. Mr. Bernet noted that the Directors should have no personal liability for any of the obligations of the Company.   Mr. Berman noted that the Company has D & O insurance, although it isn't clear that it would cover *ultra vires* actions by former officers and directors.   Mr. Hailstones said that he will re-send the list of questions he and Mr. Holtz had developed to Mr. Bernet, so that they can be put into a proper format, supplemented and then provided to Mr. Amodeo.

Mr. Simo said that Mr. Amodeo wants to meet with the Board on January 30, 2007, presumably to announce that he will exercise formal control over the company. He wants to meet with Mr. Holtz and Mr. Berman in advance of January 30.

Mark J. Bernet
Acting Secretary

Dated: January 17, 2007

MVI/Palaxar - PI
051

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## MIRABILIS VENTURES, INC., A NEVADA CORPORATION,
## IN LIEU OF A MEETING

The undersigned, constituting all of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), hereby make the following written statement pursuant to, and in accordance with, Nevada Law, in lieu of holding a meeting of the Board of Directors, and hereby adopt the following corporate actions:

RESOLVED, that the Board of Directors do hereby acknowledge and accept the resignations of Fernando Simo as President, William Walsh as Treasurer, and Richard E. Berman as Secretary of the Corporation effective as of the date of their resignation letters or as of the date of these resolutions, whichever is sooner, and be it;

FURTHER RESOLVED, that the Board of Directors appoint the following individuals to serve as officers of the Corporation commencing immediately on the date hereof and continuing thereafter until such time as their successors have been nominated, qualified, elected and/or appointed:

|                  |                          |
|------------------|--------------------------|
| Jodi Jaiman      | - President              |
| Shane Williams   | - Vice President         |
| Jay Stollenwerk  | - Secretary and Treasurer |

and be it;

FURTHER RESOLVED, that the Board of Directors do hereby authorize and approve the removal of Philip Kaprow as Registered Agent and do hereby appoint Mark J. Bernet as Registered Agent, effective immediately. In addition, Jay Stollenwerk, as Secretary, is hereby authorized to file the 2007 Florida Annual Report and amend the October 2006 Nevada Annual List filing on behalf of the Corporation to reflect the changes in officers, directors and Registered Agent, and be it;

FURTHER RESOLVED, that any acting officer of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed, in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated:  March 13, 2007; at 1:30 pm.

DIRECTORS:

_____
Fernando Simo, Director

_____
Shane Williams, Director

_____
Jay Stollenwerk,  Director

MVI/Palaxar - PI
052

# MIRABILIS VENTURES, INC.

## ACTION BY WRITTEN CONSENT
### IN LIEU OF A BOARD OF DIRECTORS MEETING

On this the 17th day of May, 2007, and pursuant to the authority of Nevada Statutes, the undersigned, constituting all of the Directors of MIRABILIS VENTURES, INC., a Nevada corporation (the "Corporation"), do hereby affirmatively vote for, consent to, adopt and approve the following resolutions by written consent in lieu of a Board of Directors meeting.

BE IT RESOLVED, that the Board of Directors do hereby authorize the removal of Dan Myers, and any other person who may be a signatory on any bank account of the Corporation prior to the date of these resolutions, as signatory on any and all bank accounts of the Corporation, effective immediately; and be it,

FURTHER RESOLVED, that the Board of Directors do hereby authorize, approve and appoint Jay Stollenwerk, Treasurer of the Corporation, as the only bank signatory on any and all bank accounts of the Corporation, and to take all such actions that he deems necessary in connection with the bank accounts of the Corporation, effective immediately; and be it,

FURTHER RESOLVED, that the Board of Directors do hereby authorize Jay Stollenwerk to open or close any and all banking accounts on behalf of the Corporation; and be it,

FURTHER RESOLVED, that the Board of Directors do hereby expressly agree that the Corporation shall indemnify and hold Jay Stollenwerk harmless from any and all actions, claims, liabilities and causes of actions of any kind or nature which may be asserted against Jay Stollenwerk in connection with his services on behalf of the Corporation; and be it,

FURTHER RESOLVED, that any of the officers and/or directors of the Corporation are hereby authorized and directed in the name of, and on behalf of, this Corporation to take any and all such actions as they shall deem necessary or advisable to carry out the foregoing resolutions.

Dated: May 17, 2007.

DIRECTORS:

By: _____
Jay Stollenwerk, Director

By: _____
Shane Williams, Director

## MIRABILIS VENTURES, INC.

## ACTION BY WRITTEN CONSENT
## IN LIEU OF A BOARD OF DIRECTORS MEETING

On this the 10th day of September, 2007, pursuant to the authority of the Nevada Revised Statutes, the undersigned, constituting all of the Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), do hereby affirmatively vote for, consent to, adopt and approve the following resolutions by written consent in lieu of a Board of Directors meeting.

**WHEREAS**, the Corporation purchased 100% of the issued and outstanding shares of common stock of North American Communications, Inc., a Utah corporation ("NACI") from Wellington Capital Group, Inc. the sole shareholder at that time, pursuant to that certain Stock Purchase Agreement dated August 31, 2006;

**WHEREAS**, the Board of Directors resolutions authorizing and approving the purchase of NACI at that time have been lost or misplaced;

**WHEREAS**, the Board of Directors now desire to execute the following resolutions authorizing that certain NACI Stock Purchase Agreement; and,

**NOW, THEREFORE:**

**BE IT RESOLVED**, that the form, terms and conditions of that certain Stock Purchase Agreement dated August 31, 2006 for the sale of 100% of the issued and outstanding shares of common stock of NACI, by and among the Corporation and Wellington Capital Group, Inc., and the transactions contemplated thereby, be and hereby is in all respects authorized, approved, ratified and adopted by the Board of Directors; and be it,

**FURTHER RESOLVED**, that the Board of Directors do hereby agree to modify and correct the prior Board of Directors resolutions dated May 4, 2007 as follows: the Board of Directors hereby remove Gary E. Oksutcik as the registered agent of the Corporation, effective immediately, and the Board of Directors shall appoint a new registered agent as soon as commercially reasonable after the date of these resolutions; and be it,

**FURTHER RESOLVED**, that any acting officer or director of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed, in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated: September 10, 2007.

**DIRECTORS:**

By: _____
       Shane Williams, Director

By: _____
       Jay Stollenwerk, Director

MVI - Action by Written Consent in Lieu of a Board of Directors Meeting – Sept. 10, 2007

Page 1 of 1

MVI/Palaxar - PI
054