# EXHIBIT 3

MVI/Palaxar - PI
098

# Summary of Nexia Certification Investment

This document contains a summary of the expenses incurred and paid by Mirabilis Ventures, Inc. and its subsidiaries, for the development and creation of Nexia Certification, based upon the available accounting records kept in the ordinary course of business of Mirabilis Ventures, Inc.

**Total Funds to Nexia Certification: 1,561,292.10**

## Rec'd from Nexia Strategy Corp.

| Data Source | Type | Num | Date | Name | Original Amount | Memo | Account | Split |
|---|---|---|---|---|---|---|---|---|
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1277 | 01/12/2006 | Alexander Walton | 2,278.64 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1299 | 01/31/2006 | Alexander Walton | 534.39 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1326 | 02/15/2006 | Alexander Walton | 72.90 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1540 | 11/17/2006 | Alexander Walton | 57.95 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1327 | 02/15/2006 | Association of Certified Fraud Examiners | 3,300.00 | Conference Fee | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1368 | 03/10/2006 | Association of Certified Fraud Examiners | 725.00 | Conference Fee | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1536 | 11/02/2006 | Association of Certified Fraud Examiners | 1,790.00 | Conference Fee | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Check | 1467 | 09/28/2006 | Brian S. Fischer | 335.00 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1495 | 08/07/2006 | Brian S. Fischer | 190.09 | June Exp Report | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1505 | 08/14/2006 | Brian S. Fischer | 167.75 | July Exp Rep | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1528 | 10/18/2006 | Brian S. Fischer | 537.71 | July Exp Rep | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Check | 01-11 | 01/12/2006 | Capital One | 1,040.40 | Richmond Office Expenses | 1010 · Bank of America | -SPLIT- |
| Nexia QB Disbursement Dwnld | Check | 2-13 | 02/13/2006 | Capital One | 808.00 | Richmond Office Expenses | 1010 · Bank of America | 7200 · Office Expense |
| Nexia QB Disbursement Dwnld | Check | 3-3 | 03/03/2006 | Capital One | 222.42 | Richmond Office Expenses | 1010 · Bank of America | 7200 · Office Expense |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 3-3a | 03/03/2006 | Capital One | 247.48 | Richmond Office Expenses | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Check | | 04/30/2006 | Capital One | 476.15 | Richmond Office Expenses | 1010 · Bank of America | 7200 · Office Expense |
| Nexia QB Disbursement Dwnld | Check | | 08/15/2006 | Capital One | 837.29 | Richmond Office Expenses | 1010 · Bank of America | 7200 · Office Expense |
| Nexia QB Disbursement Dwnld | Check | 1334 | 02/15/2006 | Desert Valley Aviation, Inc. | 52,500.00 | 1/19/06 11.6 hour flight to Monterey, CA (roundtrip) (Edie Curry & F. Hairstones) | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Check | | 04/07/2006 | Desert Valley Aviation, Inc. | 37,450.00 | 3/2/06 7.3 hour flight Ft. Lauderdale/Richmond (roundtrip) (McDaniels, Polk, Farrell) | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Check | 1530 | 10/18/2006 | Edith Curry | 14,563.01 | Expense Reports | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1509 | 09/15/2006 | Edith Curry Broadhead | 33,207.03 | Expense Reports | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1457 | 06/13/2006 | EMC2 | 7,500.00 | Invoice 1735 | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Check | 1322 | 02/13/2006 | Jack Walser | 6,000.00 | Consulting fees | 1010 · Bank of America | 6250 · Consulting Fees |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1544 | 11/17/2006 | Jack Walser | 349.11 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1446 | 05/26/2006 | Jacqueline Poliquin | 242.07 | Expense Reports | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1497 | 08/07/2006 | Jacqueline Poliquin | 208.82 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | | 06/01/2006 | Jodi Jaiman | 500.00 | Estimated travel costs to Richmond for Brandywine buildout | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1517 | 09/18/2006 | LeClair Ryan | 4,520.00 | Invoice Pmt | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1480 | 07/24/2006 | Mark Wickersham | 356.44 | Expense Reports | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1506 | 08/14/2006 | Mark Wickersham | 540.61 | Expense Reports | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1533 | 10/18/2006 | Mark Wickersham | 767.70 | Expense Reports | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1339 | 02/15/2006 | Michael Dement | 373.49 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1355 | 02/15/2006 | Michael Dement | 273.97 | Travel | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1364 | 02/25/2006 | Michael Dement | 126.09 | Travel 3/2 to 3/13/06 | 1010 · Bank of America | 7760 · Travel |
| Nexia QB Disbursement Dwnld | Check | 1401 | 03/24/2006 | Michael Dement | | | 1010 · Bank of America | -SPLIT- |
| Nexia QB Disbursement Dwnld | Check | 1422 | 04/24/2006 | Michael Dement | 260.47 | Travel | 1010 · Bank of America | 7760 · Travel |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1463 | 05/28/2006 | Scott Hannah | 611.39 | Travel | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Check | 1503 | 08/07/2006 | Scott Hannah | 597.45 | Expense Reports | 1010 · Bank of America | -SPLIT- |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1508 | 08/14/2006 | Scott Hannah | 1,295.00 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1293 | 01/19/2006 | Terry G Carney | 322.39 | Employee Expense Reimbursement | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Bill Pmt -Check | 1362 | 02/25/2006 | Terry G Carney | 346.98 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia QB Disbursement Dwnld | Check | 1392 | 03/16/2006 | Terry G Carney | 86.21 | | 1010 · Bank of America | 7760 · Travel |
| Nexia QB Disbursement Dwnld | Check | 1402 | 03/24/2006 | Terry G Carney | 518.21 | Expense Report 3/2 to 3/17/06 | 1010 · Bank of America | 7760 · Travel |
| Nexia QB Disbursement Dwnld | Check | | 05/01/2006 | Vance Felker | 500.00 | Estimated travel costs to Richmond for Brandywine buildout | 1010 · Bank of America | -SPLIT- |
| Total | | | | | 178,033.10 | | | |

1

MVI/Palaxar - PI
099

## Rec'd from Mirabilis Ventures

| Data Source | Type | Num | Name | Date | Original Amount | Memo | Account | Split |
|---|---|---|---|---|---|---|---|---|
| MVI QB Disbursement dwnld | Check | 300 | Brandywine | 04/06/2006 | 32,585.51 | Richmond Lease | 1090 · Suntrust (Capital) | 7400 · Rents |
| MVI QB Disbursement dwnld | MVI Disburse | 10594 | Brandywine | 04/28/2006 | 32,585.51 | Rent | 1095 · Mirabilis - L/C Acct- BofA | 1160 · Due from Nexia Strategy |
| MVI QB Disbursement dwnld | MVI Disburse | 10686 | Brandywine | 06/02/2006 | 32,585.51 | | 1095 · Mirabilis - L/C Acct- BofA | 1160 · Due from Nexia Strategy |
| MVI QB Disbursement dwnld | MVI Disburse | 10782 | Brandywine | 06/29/2006 | 32,585.51 | July Rent | 1095 · Mirabilis - L/C Acct- BofA | 1160 · Due from Nexia Strategy |
| MVI Quickbooks | MVI Disburse | 10720 | LeClair Ryan Trust | 06/13/2006 | 576.35 | | 1095 · Mirabilis - L/C Acct- BofA | 2000 · Accounts Payable |
| MVI Quickbooks | MVI Disburse | 10758 | LeClair Ryan Trust | 06/21/2006 | 1,786.69 | | 1095 · Mirabilis - L/C Acct- BofA | 2000 · Accounts Payable |
| MVI Quickbooks | MVI Disburse | 10887 | LeClair Ryan Trust | 08/14/2006 | 3,007.49 | | 1095 · Mirabilis - L/C Acct- BofA | 2000 · Accounts Payable |
| MVI QB Disbursement dwnld | General Journal | KL8092006 | SunTrust | 08/09/2006 | 4,854.45 | Early withdrawal CD for Brandywine lease 625k and L/C Fee ST 27 th fl 250k | Suntrust CDs - Mirabilis - L/C Acct- BofA | 6180 · Bank Charges |
| MVI QB Disbursement dwnld | General Journal | KL6092006 | SunTrust | 06/09/2006 | 1,857.41 | Early withdrawal CD for Brandywine lease 625k | Suntrust CDs - Brandywine lease | 6180 · Bank Charges |
| MVI Quickbooks | Bill | 242942 | LeClair Ryan Trust | 06/05/2007 | 357.55 | 242942 | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 17059/254529 | LeClair Ryan Trust | 05/04/2007 | 221.22 | 17059/254529 | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 248524 | LeClair Ryan Trust | 02/06/2007 | 607.50 | 248524 | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 242943 | LeClair Ryan Trust | 12/31/2006 | 1,485.00 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 245406 | LeClair Ryan Trust | 12/07/2006 | 107.09 | 245406 | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 240731 | LeClair Ryan Trust | 10/19/2006 | 1,140.80 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 240735 | LeClair Ryan Trust | 10/19/2006 | 13,524.48 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 240729 | LeClair Ryan Trust | 10/05/2006 | 1,599.53 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 240730 | LeClair Ryan Trust | 10/05/2006 | 525.00 | 240730 | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 238469 | LeClair Ryan Trust | 09/08/2006 | 3,181.50 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 242969 | LeClair Ryan Trust | 11/10/2006 | 387.17 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 234415 | LeClair Ryan Trust | 07/27/2006 | 175.80 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 230442 | LeClair Ryan Trust | 05/26/2006 | 2,788.00 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| MVI Quickbooks | Bill | 228919 | LeClair Ryan Trust | 05/05/2006 | 1,786.69 | | 2000 · Accounts Payable | 7100 · Legal & Accounting |
| | | | | | 576.35 | | | |
| Total | | | | | 170,888.11 | | | |

## Compensation Rec'd

| Employee | Salary allocated to Nexia Cert. | Est. % of 2006 salary allocated to Nexia Cert. | Gross Wages (CPM) 2006 |
|---|---|---|---|
| Hailstones, Frank | 131,250.00 | 50% | 262,500.00 |
| Curry, Edith | 157,500.00 | 100% | 157,500.00 |
| Holtz, Laurie | 118,750.00 | 50% | 237,500.00 |
| King, Catherine | 17,092.31 | 50% | 34,184.61 |
| Mitchell, Dale | 22,500.00 | 50% | 45,000.00 |
| Nicoson, Greg D | 29,585.42 | 25% | 118,261.66 |
| Maxwell, Hannah | 29,461.05 | 100% | 29,461.05 |
| McNeill, Larry | 25,540.42 | 25% | 102,161.66 |
| Miller, Eric | 4,357.61 | 10% | 43,576.05 |
| Lantz, Jonathan | 4,063.00 | 25% | 16,251.98 |
| Carney, Terry G | 56,250.00 | 50% | 112,500.00 |
| Wickersham, Mark W | 120,072.74 | 100% | 120,072.74 |
| Santillo, Anthony | 95,685.17 | 100% | 95,685.17 |
| Polkum, Jaqueline | 57,130.56 | 100% | 57,130.56 |
| Hannah, Michael S | 101,884.30 | 100% | 101,884.30 |
| Broadhead, Tom | 77,205.83 | 50% | 154,411.66 |
| Dement, Mike | 125,000.00 | 100% | 125,000.00 |
| Walton, Alexander | 39,062.50 | 25% | 156,250.00 |
| Total | 1,212,370.89 | | 1,971,337.44 |