# EXHIBIT  6

MVI/Palaxar - PI
250



David J. Muzilla
Patent Agent

Phone: 330.864.5550
Fax: 330.864.7986
E-Mail: djmuzilla@hahnlaw.com

November 20, 2006

Edith L. Curry
Nexia Strategy Corporation
111 North Orange Avenue
20th Floor
Orlando, FL 32801

**Re:     U.S. Patent Application Serial No. 11/536,084
(Continuation-in-Part of U.S. Application No. 11/424,086)
Title:  METHODS OF DETERRING, DETECTING, AND MITIGATING FRAUD
BY MONITORING BEHAVIORS AND ACTIVITIES OF AN INDIVIDUAL
AND/OR INDIVIDUALS WITHIN AN ORGANIZATION
Our File: 201860.00005**

Dear Ms. Curry:

Further to our September 29, 2006 letter, we have now received the Official Filing Receipt as well as the Notice to File Missing Parts in the above-identified patent application that was filed on September 28, 2006. The serial number of the case is given above.   Please record this serial number for your records.

In order to complete the filing requirements for this application, a Declaration needs to be filed, and the filing and surcharge fees of $4,130 must be paid, by the deadline of **December 16, 2006** to avoid extension fees.  Please review the enclosed Declaration/Power of Attorney form and if you have no questions, please have the inventors sign and date the form where indicated, then return the document, along with your check for the fees, to my attention for filing with the U.S. Patent and Trademark Office.

Please do not hesitate to contact me if you have any questions or comments regarding this or any other matter.

Sincerely,

David J. Muzilla

jag
Enclosures

MVI/Palaxar - PI
251

OCT 1 8 2006

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPL. NO. | FILING OR 371 (c) DATE | ART UNIT | FIL FEE REC'D | ATTY.DOCKET NO | DRAWINGS | TOT CLMS | IND CLMS |
|-----------|------------------------|----------|---------------|----------------|----------|----------|----------|
| 11/536,084 | 09/28/2006 | 2876 | 0.00 | 201860.00005 | 4 | 80 | 3 |

21324
HAHN LOESER & PARKS, LLP
One GOJO Plaza
Suite 300
AKRON, OH 44311-1076

**CONFIRMATION NO. 8504**

**FILING RECEIPT**

*OC000000020832210*

Date Mailed: 10/16/2006

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please mail to the Commissioner for Patents P.O. Box 1450 Alexandria Va 22313-1450. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).

Applicant(s)

Edith L. CURRY, Glen Allen, VA;
Frank HAILSTONES, Orlando, FL;
Michael A. DEMENT, Williamsburg, VA;
Laurie S. HOLTZ, Miami Beach, FL;


Power of Attorney: None


Domestic Priority data as claimed by applicant

This application is a CIP of 11/424,086 06/14/2006

Foreign Applications

If Required, Foreign Filing License Granted: 10/13/2006

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is US11/536,084

Projected Publication Date: To Be Determined - pending completion of Missing Parts

Non-Publication Request: No

Early Publication Request: No

Title

METHODS OF DETERRING, DETECTING, AND MITIGATING FRAUD BY MONITORING
BEHAVIORS AND ACTIVITIES OF AN INDIVIDUAL AND/OR INDIVIDUALS WITHIN AN
ORGANIZATION

Preliminary Class

235

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no
effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in
a specific country or in regional patent offices. Applicants may wish to consider the filing of an international
application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same
effect as a regular national patent application in each PCT-member country. The PCT process simplifies the
filing of patent applications on the same invention in member countries, but does not result in a grant of "an
international patent" and does not eliminate the need of applicants to file additional documents and fees in
countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an
application for patent in that country in accordance with its particular laws. Since the laws of many countries differ
in various respects from the patent law of the United States, applicants are advised to seek guidance from
specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO
must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent
application serves as a request for a foreign filing license. The application's filing receipt contains further
information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the
section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign
patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it
can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may
wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce
initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual
property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement
issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

---

## LICENSE FOR FOREIGN FILING UNDER
### Title 35, United States Code, Section 184
### Title 37, Code of Federal Regulations, 5.11 & 5.15

## GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING
LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where
the conditions for issuance of a license have been met, regardless of whether or not a license may be required as
set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier
license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The
date indicated is the effective date of the license, unless an earlier license of similar scope has been granted

under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign Assets Control, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

OCT 18 2006



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/536,084 | 09/28/2006 | Edith L. CURRY | 201860.00005 |

21324
HAHN LOESER & PARKS, LLP
One GOJO Plaza
Suite 300
AKRON, OH 44311-1076

CONFIRMATION NO. 8504
**FORMALITIES
LETTER**

Date Mailed: 10/16/2006

# NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

*Filing Date Granted*

## Items Required To Avoid Abandonment:

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 300 to complete the basic filing fee for a non-small entity. If appropriate, applicant may make a written assertion of entitlement to small entity status and pay the small entity filing fee (37 CFR 1.27).*

- The oath or declaration is missing. *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
  *Note: If a petition under 37 CFR 1.47 is being filed, an oath or declaration in compliance with 37 CFR 1.63 signed by all available joint inventors, or if no inventor is available by a party with sufficient proprietary interest, is required.*

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Additional claim fees of $3000 as a non-small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.
- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

## SUMMARY OF FEES DUE:

Total additional fee(s) required for this application is $4130 for a non-small entity

MVI/Palaxar - PI
255

- $300 Statutory basic filing fee.
- $130 Surcharge.

- The application search fee has not been paid. Applicant must submit $500 to complete the search fee.
- The application examination fee has not been paid. Applicant must submit $200 to complete the examination fee for a non-small entity.

- Total additional claim fee(s) for this application is $3000

  - $3000 for 60 total claims over 20.


Replies should be mailed to:    Mail Stop Missing Parts
                                Commissioner for Patents
                                P.O. Box 1450
                                Alexandria VA 22313-1450

---

*A copy of this notice __MUST__ be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382
PART 1 - ATTORNEY/APPLICANT COPY

Practitioner's Docket No. 201860.00005

*PATENT*

---

## COMBINED DECLARATION AND POWER OF ATTORNEY

(ORIGINAL, DESIGN, NATIONAL STAGE OF PCT, SUPPLEMENTAL, DIVISIONAL, CONTINUATION, OR C-I-P)

---

As a below named inventor, I hereby declare that:

### TYPE OF DECLARATION

This declaration is for a continuation-in-part (C-I-P) application.

### INVENTORSHIP IDENTIFICATION

My residence, post office address and citizenship are as stated below, next to my name. I believe that I am an original, first and joint inventor of the subject matter that is claimed, and for which a patent is sought on the invention entitled:

### TITLE OF INVENTION

METHODS OF DETERRING, DETECTING, AND MITIGATING FRAUD BY MONITORING BEHAVIORS AND ACTIVITIES OF AN INDIVIDUAL AND/OR INDIVIDUALS WITHIN AN ORGANIZATION

### SPECIFICATION IDENTIFICATION

The specification was filed on September 28, 2006, as Serial No. 11/536,084.

### ACKNOWLEDGMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information, which is material to patentability as defined in 37, Code of Federal Regulations, § 1.56, and which is material to the examination of this application, namely, information where there is a substantial likelihood that a reasonable Examiner would consider it important in deciding whether to allow the application to issue as a patent.

### CLAIM FOR BENEFIT OF EARLIER U.S./PCT APPLICATION(S) UNDER 35 U.S.C. 120

I hereby claim the benefit, under Title 35, United States Code, § 120, of any United States application(s) or PCT International application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information that is material to patentability as defined in 37, Code of Federal Regulations, § 1.56 that occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application. (37 C.F.R. § 1.63(e)).

| PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 USC 120: | | | | |
| U.S. APPLICATIONS | | | Status | |
| U.S. APPLICATIONS | U.S. FILING DATE | Patented | Pending | Abandoned |
| 1. 11/424,086 | 14 JUN 06 | | X | |

## POWER OF ATTORNEY

I hereby appoint the practitioner(s) associated with Customer Number 21324 to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

**SEND CORRESPONDENCE TO**

**CUSTOMER NUMBER 21324**
Hahn Loeser & Parks, LLP
One GOJO Plaza, Suite 300
Akron, OH  44311

**DIRECT TELEPHONE CALLS TO:**

David J. MUZILLA
330-864-5550

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

## SIGNATURE(S)

**Edith L. CURRY**

Inventor's signature _____
Date _____                          Country of Citizenship US
Residence        Glen Allen, VA
Post Office Address      11916 Brookmeade Court, Glen Allen, VA  23059

**Frank HAILSTONES**

Inventor's signature _____
Date _____                          Country of Citizenship US
Residence        Orlando, FL
Post Office Address      734 Lake Biscayne Way, Orlando, FL  32824

Michael A. DEMENT

Inventor's signature _____
Date _____    Country of Citizenship US
Residence      Williamsburg, VA
Post Office Address    3222 Derby Lane, Williamsburg, VA  23185


Laurie S. HOLTZ

Inventor's signature _____
Date _____    Country of Citizenship US
Residence      Miami Beach, FL
Post Office Address    1826 West 23rd Street, Sunset Island 3, Miami Beach, FL  33140

Declaration and Power of Attorney—page 3 of 3



David J. Muzilla
Patent Agent

Phone: 330.864.5550
Fax: 330.864.7986
E-Mail: djmuzilla@hahnlaw.com

November 27, 2006

Nexia Strategy Corporation
Ms. Edith L. Curry
111 North Orange Avenue
20th Floor
Orlando, Florida 32801

Re:     U.S. Patent Application Serial No. 11/536,084
        (Continuation-in-Part of U.S. Application No. 11/424,086)
        Title:  METHODS OF DETERRING, DETECTING, AND MITIGATING FRAUD
        BY MONITORING BEHAVIORS AND ACTIVITIES OF AN INDIVIDUAL
        AND/OR INDIVIDUALS WITHIN AN ORGANIZATION
        Our File: 201860.00005

Dear Ms. Curry:

Enclosed please find a copy of the Information Disclosure Statement which has now been filed in reference to the above application with the U. S. Patent and Trademark Office in compliance with the U.S. Patent and Trademark requirements under 37 CFR §1.97.

According to Patent Office Rules, it is necessary that an inventor, and others associated with the preparation and prosecution of a patent application, submit to the Patent Office any prior art references that might be relevant or material to the patentability of an invention. Failure to do so might cause any patent that may issue to be declared invalid. To comply with this requirement, please provide us with copies of prior patents, publications, or other publicly available information of which you are aware, if any, that may be relevant or material to the above-referenced invention.

We take this opportunity to remind you that a response to the Notice to File Missing Parts in this application is due on **December 16, 2006**. Please have the inventors sign and date the Declaration/Power of Attorney form enclosed with our November 20, 2006 letter and return the document to my attention for filing with the U.S. Patent and Trademark Office.

If you have any questions or comments regarding this matter, please do not hesitate to contact me.

Sincerely,

David J. Muzilla

jag
Enclosures

MVI/Palaxar - PI
260

Hahn Loeser & Parks        One GOJO Plaza  |  Suite 300  |  Akron, OH  |  44311-1076
                           phone 330.864.5550  |  fax 330.864.7986  |  www.hahnlaw.com

PTO/SB/08a (08-03 )
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 11536084 |
| Filing Date | | 2006-09-28 |
| First Named Inventor | | Edith L. CURRY |
| Art Unit | | 2876 |
| Examiner Name | | Not yet assigned |
| Attorney Docket Number | | 201860.00005 |

| U.S.PATENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 6990454 | B2 | 2006-01-24 | McINTOSH | |
| | 2 | 6938021 | B2 | 2005-08-30 | SHEAR et al. | |
| | 3 | 6823068 | B1 | 2004-11-23 | SAMID | |
| | 4 | 6519571 | B1 | 2003-02-11 | GUHEEN et al. | |
| | 5 | 6112181 | | 2000-08-29 | SHEAR et al. | |
| | 6 | 5754938 | | 1998-05-19 | HERZ et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

| U.S.PATENT APPLICATION PUBLICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 11535084 |
| Filing Date | | 2006-09-28 |
| First Named Inventor | Edith L. CURRY | |
| Art Unit | | 2876 |
| Examiner Name | Not yet assigned | |
| Attorney Docket Number | | 201860.00005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 20060010047 | A1 | 2006-01-12 | MINOR | |
| 2 | 20060069685 | A1 | 2006-03-30 | DICKENS et al. | |
| 3 | 20060015764 | A1 | 2006-01-19 | OCKO et al. | |
| 4 | 20060004868 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 5 | 20060004847 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 6 | 20060004819 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 7 | 20060004818 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 8 | 20060004581 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 9 | 20050273430 | A1 | 2005-12-08 | PLIHA | |
| 10 | 20050228685 | A1 | 2005-10-13 | SCHUSTER et al. | |
| 11 | 20050216385 | A1 | 2005-09-29 | SCHNEIDER | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 11336084 |
|---|---|---|
| | Filing Date | 2006-09-28 |
| | First Named Inventor | Edith L. CURRY |
| | Art Unit | 2876 |
| | Examiner Name | Not yet assigned |
| | Attorney Docket Number | 201860.00005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | 20050209876 | A1 | 2005-09-22 | KENNIS et al. | |
| 13 | 20050203792 | A1 | 2005-09-15 | KUPPE et al. | |
| 14 | 20050197952 | A1 | 2005-09-08 | SHEA et al. | |
| 15 | 20050149527 | A1 | 2005-07-07 | BERLIN et al. | |
| 16 | 20050144135 | A1 | 2005-06-30 | JUAREZ et al. | |
| 17 | 20050131830 | A1 | 2005-06-16 | JUAREZ et al. | |
| 18 | 20050065941 | A1 | 2005-03-24 | DeANGELIS et al. | |
| 19 | 20050065904 | A1 | 2005-03-24 | DeANGELIS et al. | |
| 20 | 20050065807 | A1 | 2005-03-24 | DeANGELIS et al. | |
| 21 | 20040267680 | A1 | 2004-12-30 | GREENWOOD et al. | |
| 22 | 20040260834 | A1 | 2004-12-23 | KING et al. | |

<table>
<tr><td rowspan="7">INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99)</td><td colspan="2">Application Number</td><td colspan="2">11559064</td></tr>
</table>

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 11559064 |
| Filing Date | | 2006-09-28 |
| First Named Inventor | Edith L. CURRY | |
| Art Unit | | 2876 |
| Examiner Name | Not yet assigned | |
| Attorney Docket Number | | 201860.00005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23 | 20040181665 | A1 | 2004-09-16 | HOUSER | |
| | 24 | 20040019500 | A1 | 2004-01-29 | RUTH | |
| | 25 | 20060004719 | A1 | 2006-01-05 | LAWRENCE et al. | |
| | 26 | 20060002387 | A1 | 2006-01-05 | LAWRENCE et al. | |
| | 27 | 20050257267 | A1 | 2005-11-17 | WILLIAMS et al. | |
| | 28 | 20050182722 | A1 | 2005-08-18 | MEYER et al. | |
| | 29 | 20050044037 | A1 | 2005-02-24 | LAWRENCE et al. | |
| | 30 | 20050031120 | A1 | 2005-02-10 | SAMID | |
| | 31 | 20050015622 | A1 | 2005-01-20 | WILLIAMS et al. | |
| | 32 | 20040128186 | A1 | 2004-07-01 | BRESLIN et al. | |
| | 33 | 20040068431 | A1 | 2004-04-08 | SMITH et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 11536084 |
|---|---|---|
| | Filing Date | 2006-09-28 |
| | First Named Inventor | Edith L. CURRY |
| | Art Unit | 2876 |
| | Examiner Name | Not yet assigned |
| | Attorney Docket Number | 201860.00005 |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code² i | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials⁴ | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. ² Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). ³ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁴ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁵ Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 11535084 |
| | Filing Date | 2006-09-28 |
| | First Named Inventor | Edith L CURRY |
| | Art Unit | 2876 |
| | Examiner Name | Not yet assigned |
| | Attorney Docket Number | 201860.00005 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

OR

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ None

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /David J. Muzilla/ | Date (YYYY-MM-DD) | 2006-11-27 |
| Name/Print | David J. Muzilla | Registration Number | 50914 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.



David J. Muzilla
Patent Agent

Phone: 330.864.5550
Fax: 330.864.7986
E-Mail: djmuzilla@hahnlaw.com

November 27, 2006

Nexia Strategy Corporation
Ms. Edith L. Curry
111 North Orange Avenue
20th Floor
Orlando, Florida 32801

Re:    U.S. Patent Application Serial No. 11/463,678
       (Continuation-in-Part of U.S. Application No. 11/424,086)
       Title: METHODS OF MONITORING BEHAVIOR/ACTIVITY OF AN
       INDIVIDUAL ASSOCIATED WITH AN ORGANIZATION
       Our File: 201860.00004

Dear Ms. Curry:

Enclosed please find a copy of the Information Disclosure Statement which has now been filed
in reference to the above application with the U. S. Patent and Trademark Office in compliance
with the U.S. Patent and Trademark requirements under 37 CFR §1.97. According to Patent
Office Rules, it is necessary that an inventor, and others associated with the preparation and
prosecution of a patent application, submit to the Patent Office any prior art references that might
be relevant or material to the patentability of an invention. Failure to do so might cause any
patent that may issue to be declared invalid. To comply with this requirement, please provide us
with copies of prior patents, publications, or other publicly available information of which you
are aware, if any, that may be relevant or material to the above-referenced invention.

We take this opportunity to remind you that a response to the Notice to File Missing Parts in this
application was due on **November 20, 2006**. We are still able to respond to the Notice with
payment of extension fees. Please have the inventors sign and date the Declaration/Power of
Attorney form enclosed with our September 29, 2006 letter and return the document to my
attention for filing with the U.S. Patent and Trademark Office. The deadline for filing the
response with a one-month extension fee is **December 20, 2006**.

If you have any questions or comments regarding this matter, please do not hesitate to contact
me.

Sincerely,

David J. Muzilla

jag
Enclosures

MVI/Paloxar - P1
268

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | |
|---|---|
| Application Number | 11463678 |
| Filing Date | 2006-08-10 |
| First Named Inventor | Edith L. CURRY |
| Art Unit | 3624 |
| Examiner Name | Not yet assigned |
| Attorney Docket  Number | 201860.00004 |

| U.S.PATENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 6990454 | B2 | 2006-01-24 | McINTOSH | |
| | 2 | 6938021 | B2 | 2005-08-30 | SHEAR et al. | |
| | 3 | 6823068 | B1 | 2004-11-23 | SAMID | |
| | 4 | 6519571 | B1 | 2003-02-11 | GUHEEN et al. | |
| | 5 | 6112181 | | 2000-08-29 | SHEAR et al. | |
| | 6 | 5754938 | | 1998-05-19 | HERZ et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

| U.S.PATENT APPLICATION PUBLICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 11463678 | |
| Filing Date | 2006-08-10 | |
| First Named Inventor | Edith L. CURRY | |
| Art Unit | 3624 | |
| Examiner Name | Not yet assigned | |
| Attorney Docket Number | 201880.00004 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 20060010047 | A1 | 2006-01-12 | MINOR | |
| 2 | 20060069685 | A1 | 2006-03-30 | DICKENS et al. | |
| 3 | 20060015764 | A1 | 2006-01-19 | OCKO et al. | |
| 4 | 20060004868 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 5 | 20060004847 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 6 | 20060004819 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 7 | 20060004818 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 8 | 20060004581 | A1 | 2006-01-05 | CLAUDATOS et al. | |
| 9 | 20050273430 | A1 | 2005-12-08 | PLIHA | |
| 10 | 20050228685 | A1 | 2005-10-13 | SCHUSTER et al. | |
| 11 | 20050216385 | A1 | 2005-09-29 | SCHNEIDER | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 11463678 |
| Filing Date | | 2006-08-10 |
| First Named Inventor | Edith L. CURRY | |
| Art Unit | | 3624 |
| Examiner Name | Not yet assigned | |
| Attorney Docket Number | | 201860.00004 |

| | 12 | 20050209876 | A1 | 2005-09-22 | KENNIS et al. | |
|---|---|---|---|---|---|---|
| | 13 | 20050203792 | A1 | 2005-09-15 | KUPPE et al. | |
| | 14 | 20050197952 | A1 | 2005-09-08 | SHEA et al. | |
| | 15 | 20050149527 | A1 | 2005-07-07 | BERLIN et al. | |
| | 16 | 20050144135 | A1 | 2005-06-30 | JUAREZ et al. | |
| | 17 | 20050131830 | A1 | 2005-06-16 | JUAREZ et al. | |
| | 18 | 20050085941 | A1 | 2005-03-24 | DeANGELIS et al. | |
| | 19 | 20050065904 | A1 | 2005-03-24 | DeANGELIS et al. | |
| | 20 | 20050065807 | A1 | 2005-03-24 | DeANGELIS et al. | |
| | 21 | 20040267660 | A1 | 2004-12-30 | GREENWOOD et al. | |
| | 22 | 20040260634 | A1 | 2004-12-23 | KING et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 11463678 | |
| Filing Date | 2006-08-10 | |
| First Named Inventor | Edith L. CURRY | |
| Art Unit | 3624 | |
| Examiner Name | Not yet assigned | |
| Attorney Docket Number | 201860.00004 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | 20040181665 | A1 | 2004-09-16 | HOUSER | |
| 24 | 20040019500 | A1 | 2004-01-29 | RUTH | |
| 25 | 20060004719 | A1 | 2006-01-05 | LAWRENCE et al. | |
| 26 | 20060002387 | A1 | 2006-01-05 | LAWRENCE et al. | |
| 27 | 20050257267 | A1 | 2005-11-17 | WILLIAMS et al. | |
| 28 | 20050182722 | A1 | 2005-08-18 | MEYER et al. | |
| 29 | 20050044037 | A1 | 2005-02-24 | LAWRENCE et al. | |
| 30 | 20050031120 | A1 | 2005-02-10 | SAMID | |
| 31 | 20050015622 | A1 | 2005-01-20 | WILLIAMS et al. | |
| 32 | 20040128186 | A1 | 2004-07-01 | BRESLIN et al. | |
| 33 | 20040068431 | A1 | 2004-04-08 | SMITH et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Filing Date | 2006-08-10 |
| | First Named Inventor | Edith L. CURRY |
| | Art Unit | 3624 |
| | Examiner Name | Not yet assigned |
| | Attorney Docket Number | 201860.00004 |

If you wish to add additional U.S. Published Application citation information please click the Add button.

**FOREIGN PATENT DOCUMENTS**

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 11483678 |
| --- | --- | --- |
| | Filing Date | 2006-08-10 |
| | First Named Inventor | Edith L. CURRY |
| | Art Unit | 3624 |
| | Examiner Name | Not yet assigned |
| | Attorney Docket Number | 201860.00004 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

OR

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ None

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /David J. Muzilla/ | Date (YYYY-MM-DD) | 2006-11-27 |
| --- | --- | --- | --- |
| Name/Print | David J. Muzilla | Registration Number | 50914 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.