# EXHIBIT  7

MVI/Palaxar - PJ
276

## Shane Williams

| | |
|---|---|
| **From:** | Marty Flynn |
| **Sent:** | Friday, March 03, 2006 8:35 AM |
| **To:** | Edie Curry; Tessah Ivey |
| **Cc:** | Frank Hailstones (M) |
| **Subject:** | RE: Richmond Task Assignments |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Hello Edie,

A survey was sent out by Frank Hailstones through Shane seeking information about what you have been working on to help Frank Hailstones address these type of questions efficiently. I'll forward it to you in case you were not on the list.

In general, all operations decisions, and who what when, questions will be handled by the operations team lead by Frank Hailstones. Common Paymaster will handle the administrative side of assigning people to projects, but once assigned, the operations manages the process.

I'll answer these questions as best I can and defer the rest to Frank Hailstones.

**From:** Edie Curry
**Sent:** Thursday, March 02, 2006 9:56 PM
**To:** Tessah Ivey; Marty Flynn
**Cc:** Frank Hailstones (M)
**Subject:** RE: Richmond Task Assignments

Folks:

From whom do I seek responses? Tessah or Marty? Please let me know so I don't crowd your Inbox with unnecessary emails! I didn't receive any daily reporting forms; are those forthcoming? Please mark the past two days, Wednesday and Thursday as sick days although I have worked 4.6 hours today, but not during normal work hours. I couldn't find guidance in the employee handbook so please advise if I have missed it. An e-mail was sent out by Frank Hailstones further explaining who should report and letting us know that forms would follow. In the meantime report as you have in the past or whatever is most efficient. I'll forward the e-mail.

Also, what is the status of the Solution Collections? Defer to F2. I have received no information about that assignment, is it forthcoming and from whom shall I expect it? Did you get the information from Charlie Brady? I received the information on Mr. Brady, Mr. Carney is picking up his laptop. As far as I am concerned, that will close out the situation. I apologize I did not communicate that with you, I was already working on it through F2 when I received your e-mail and communicated the resolution to him. Do you have everything you need for your files, or is there something else I can provide to close out that situation?

I assume all the folks here in Richmond are exempt, but if not, please let me know. I never received a copy of their signed employment contracts to know for sure. Or, do they all report through Marty and I need not be involved? Defer to F2.

Also, because there was not a brochure for Nexia Strategy Corporation, I developed one to give Smithfield Foods. Frank Hailstones saw it and approved it since it was designed for a specific client. Should I send that to Woody for additional consideration? Defer to F2.

The Procuri contract is to be terminated. Shall I send the file to Mr. Berman to send the cancellation letter or perhaps Scott or Chad? I am not sure who would handle that, we have time though, it's paid through August. Shall we cancel it sooner or use it as long as possible? Defer to F2

MVI/Palaxar - PI
277

The Gibraltar gentlemen report to whom? How do I task them when we need something for the Nexia Certification process, i.e., white paper review, strategy sessions, etc.? What is the proper chain of command? Defer to F2

Incidentally, you do realize that Nexia Strategy owns the patent for Nexia Certification and the three inventors are Edie Curry, Frank Hailstones and Mike Dement. It was Mike's concept to underwrite the product which gave it the perfect platform to launch this idea. F2

Folks here are asking if they can assist in each other's tasks or must Catherine be purely Absolute Packaging and Dale be purely Tireflys, etc. The conversation around "suing" and "picketing" has them wanting to be cautious concerning boundaries. Please clarify. We've looked in the employee handbook and could not find specific guidance. F2

Thanks!

Thanks Edie!

Marty

> ----Original Message----
> **From:** Tessah Ivey
> **Sent:** Tuesday, February 28, 2006 12:52 PM
> **To:** Edie Curry
> **Subject:** RE: Richmond Task Assignments
>
>
> Solutions Collection is a new project that Bank of America is signing off on. You are the best Nexialist to handle this project.
>
> This e-mail contains **PRIVILEGED AND CONFIDENTIAL** information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records. Thank you for your cooperation.

**From:** Edie Curry
**Sent:** Tuesday, February 28, 2006 12:45 PM
**To:** Tessah Ivey
**Subject:** RE: Richmond Task Assignments

What is Solution Collections?

> --—Original Message---
> **From:** Tessah Ivey
> **Sent:** Tuesday, February 28, 2006 12:42 PM
> **To:** Edie Curry
> **Subject:** Richmond Task Assignments
>
> Hello Edie,
>
> Here are the assignments for the personnel in Richmond, VA:
>
> Edie:
> 1. Solution Collections
> 2. Nexia Certification

3.  Manufacturing Consolidation (Cushing)
4.  Richmond Region Development
5.  Advantis Contract

Katherine King- Absolute Packaging

Dale Mitchell- Tire Flys

Lori Eberhardt- Nexia/Mirabilis Admin

Mike Dement- Smithfield Contract and other sales
No more involvement in Certification –not one second until sales have been
completed and collections made on the above. Report directly to Archer only.

Tom Broadhead:

1.  Regulated Industries
2.  Empire Broker
3.  Titanium Technologies
4.  Absolute Packaging

Changes in assignment by direction of Common Paymaster only. Please acknowledge receipt
and understanding.

Thank you,

Marty Flynn


This e-mail contains PRIVILEGED AND CONFIDENTIAL information intended only
for the use of the addressee(s) named above. If you are not the intended recipient of this
e-mail, or the employee or agent responsible for delivering it to the intended recipient,
you are hereby notified that any dissemination or copying of this e-mail is strictly
prohibited. If you have received this e-mail in error, please notify us by reply e-mail and
delete this e-mail from your records. Thank you for your cooperation.

## James V Sadrianna

From:           Frank Hailstones (M)
Sent:           Wednesday, November 01, 2006 11:39 AM
To:             Edie Curry
Subject:        RE: Brokerage Fraud Methodology


Edie

Never came up in CONVERSATION during the discussions. I assumed that the $500k related to
time costs and legal fees but will FOLLOW-UP this end

SPEAK at 2pm

Frank

-----Original Message-----
From: Edie Curry
Sent: Wednesday, November 01, 2006 10:36 AM
To: Frank Hailstones (M); 'ecurry@comcast.com'
Subject: RE: Brokerage Fraud Methodology

I agree.  Great use of capitalization in your message.
By the way: why do the boys need to return their laptops?  I thought that was part of the
$500k.  Phones I understand laptops I don't.  Can you help?

-----Original Message-----
From: Frank Hailstones (M)
Sent: Wed Nov 01 10:30:34 2006
To:    ecurry@comcast.com
Cc:    Edie Curry
Subject:    Brokerage Fraud Methodology

Edie

Outline thoughts scribbled on the plane last night.

Few other observations:


*       We need to build out the Model from yesterday soon as - the GRID especially and the
ANALYSIS criteria
*       We need RESEARCH pulled together on any data out there which helps us create an initial
database profile
*       We need a good POWERPOINT slideshow ready pre Wachovia
*       Technology is KEY. I will speak to Max re FoxT involvement. They have software for Real
Time Transactions Monitoring and Automated Segregation of Duties, as well as the Axena
Compliance Manager. Apart from a license on TBD terms, I will check out his interest in a JV
on developing a product/content around the Brokerage Fraud solution
*       We need to work through our DIFFERENTIATORS a bit more; Certfication will be a key
INTEGRAL part of a solution so timing / readiness etc will be key as we take this product to
market
*       We need SPECIFIC fraud investigation experience on board - either TC or HB. Maybe
Forensic Pathways, but also maybe some of our existing security guys moving into HB and sub-
con back to Stratis (IF we have the right competencies / caliber of people)

1

MVI/Palaxar - PI
280

*     Meed to think through the role for DAN KOREM and a home for him
*     Also, need to think how best to engage LAURIE in the analysis - maybe Dan Korem researching Laurie's book if we give hiom the structure of our data needs?

Anyway, first cut

Thoughts?

Frank

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

MVI/Palaxar - P1
281

## Shane Williams

| | |
|---|---|
| From: | Edie Curry [edie.curry@palaxar.com] |
| Sent: | Thursday, November 30, 2006 9:56 AM |
| To: | 'Allen, E. G.'; Edie Curry; Tom Broadhead |
| Cc: | 'Terence Chu' |
| Subject: | RE: Invoices |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |

E.G.

Palaxar bills going to Mirabilis was a HUGE bad thing to have happen. Fortross does belong to Mirabilis but Palaxar never did. This was a really bad thing for us. Please advise how that happened.

Thanks,
Edie

---

From: Terence Chu [mailto:terence.chu@palaxar.com]
Sent: Thursday, November 30, 2006 9:51 AM
To: 'Allen, E. G.'; 'Edie Curry'; 'Tom Broadhead'
Cc: 'Edie Curry Palaxar'; 'Terence Chu'
Subject: RE: Invoices

E.G.,

Yes, please send me the Palaxar invoices:

5637 Country Hills Lane
Glen Allen, VA 23059

Thanks,

TC

Tom and Edie:

   Good day to you both – hope you had a great Thanksgiving holiday and that your holiday season is off to a good start. Now, that I have been nice and done my best to butter you up, let me get to the unpopular topic – our invoices! I wanted to ask you both about the invoices on your respective matters (Palaxar and Fortross). I was informed recently that our invoices to date have been sent to Mirabilis down in Florida. Apparently, the Mirabilis folks called and asked "to what department" these invoices should be sent. I have not yet been involved in sending out the bills, but I thought it best for me to follow-up with you on these. I would assume that these invoices (and all future invoices for Palaxar and Fortross) should not be sent to Mirabilis under any circumstances – I am not sure how that has happened so far. I will see to it that these and all future invoices get sent to more appropriate addresses – my thinking would be that the Palaxar invoices should be sent to Terry Chu and the Fortross invoices should be sent directly to Tom. Let me know if that makes sense and if you agree. If that is okay, I will get copies of the invoices sent out promptly.

Thanks again to you both. My best, E

E. G. Allen
Attorney at Law

7/26/2007

## James V Sadrianna

| | |
|---|---|
| From: | Frank Hailstones (M) |
| Sent: | Friday, December 01, 2006 6:05 PM |
| To: | Edie Curry |
| Subject: | RE: Forensic Pathways & Richmond Partnership |

Is the Pope catholic? Why do donuts have holes etc etc Tuesday 12 Dec best bet for me for week after next..

Hope it works

Jocky Mc Nugget

---

**From:** Edie Curry [mailto:ediecurry@comcast.net]
**Sent:** Friday, December 01, 2006 9:03 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Forensic Pathways & Richmond Partnership

Does a bear poop in the woods?

---

**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** Friday, December 01, 2006 8:54 AM
**To:** ediecurry@comcast.net
**Subject:** FW: Forensic Pathways & Richmond Partnership

Edie

You want me involved?

Frank

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Friday, December 01, 2006 8:37 AM
**To:** Edie Curry
**Cc:** Frank Hailstones (M); gwinter@grpva.com; Andrew Harfoot; Deb Leary
**Subject:** RE: Forensic Pathways & Richmond Partnership

Edie and Frank

We are coming to Richmond on the planned visit on 11 December and will be there for the whole week. Things are being coordinated by Andrew Harfoot in the UK and Gene Winter at the Richmond Partnership. I will get the NDA agreement sent over to you. Our discussions were very 'synergetic' and look forward to discussing them again and similar areas with you and Frank.

Do you want to discuss anything before we come over?

Thanks

Richard

---

**From:** Edie Curry [mailto:ecurry@tireflys.com]
**Sent:** 09 November 2006 19:40

1

MVI/Palaxar - P1
283

**To:** 'Gene Winter'; Richard Leary
**Subject:** RE: Forensic Pathways & Richmond Partnership

Dear Richard:

Thank you for reaching out to Gene. I sent the original email to forensic_pathways; it didn't come back as undeliverable so I thought it had reached you. I apologize for slipping a digit!

Frank Hailstones and I genuinely appreciated your time with us on the phone. Please let us know when you plan to make the trip across the pond and if there are any Non-Disclosure Agreements, etc., you need from us prior, please let me know directly. Once we have confirmed dates, we will schedule the other meetings accordingly.

Thank you again,
Edie Curry
804-335-1000 x455
804-852-1771 (c)
201 West 7th Street
Richmond, VA   23224

---

**From:** Gene Winter [mailto:gwinter@grpva.com]
**Sent:** Thursday, November 09, 2006 2:22 PM
**To:** ediecurry@comcast.net
**Subject:** FW: Forensic Pathways & Richmond Partnership

Here it is.

Gene

L. Gene Winter
Sr. Vice President
Greater Richmond Partnership, Inc.
901 E. Byrd Street, Suite 801
Richmond, Virginia 23219

Office:      804-643-3227
Mobile:     804-921-5487
Fax:          804-343-7167
Tool Free:  800-229-6332

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Thursday, November 09, 2006 8:20 AM
**To:** Gene Winter
**Cc:** Deb Leary; mweiss@co.hanover.va.us; 'Andrew Harfoot'
**Subject:** Forensic Pathways & Richmond Partnership

Dear Gene, Marc and Andrew

It was excellent to meet you and the team in Birmingham. We gained a valuable insight into what you are doing and how things could work out. We hope your meeting with the British and American Business Council went well and we wondered about linking up with them on this project. Any thoughts? Would it help?

Thanks for arranging the telephone conference call with Eddy Curry and her colleague. We spent a considerable amount of time on the call and covered some excellent ground. I cannot stress enough how important the synergy is that we found between ourselves. I was really very encouraged at the level and depth of the conversation as well as the common ground we could develop together.

I am awaiting an E Mail from Eddy and her colleague to set up the next stage of the communications and this is an import6ant feature of the trip to see you all in Richmond.

MVI/Palaxar - P1
284