IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.                                                     CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1-8.

    Defendants.

## PLAINTIFFS' MOTION TO SHORTEN DEFENDANTS' TIME TO RESPOND TO MOTION FOR EXPEDITED DISCOVERY

Plaintiffs Mirabilis Ventures, Inc. ("Mirabilis") and Nexia Strategy Corporation ("Nexia") (sometimes referred to collectively as "Plaintiffs"), by and through their undersigned attorneys, file this Motion to Shorten Defendants' Time to Respond to Plaintiffs' Motion for Expedited Discovery, and in support state as follows:

    1.    Pursuant to the Court's Order entered on December 31, 2007, Plaintiffs were required to serve and file all papers and affidavits on January 4, 2008, upon which Plaintiffs intend to rely upon at the hearing on their Motion for Preliminary Injunction on January 25, 2008. The Order further requires Defendants Edith Curry, Frank Hailstones, Palaxar Group, LLC, and Palaxar Holdings, LLC (collectively "Defendants") to file and serve any briefs, affidavits, or other evidence in opposition to Plaintiff's motion on or before January 15, 2008.

2. In compliance with the Court's Order, on or about January 4, 2008, Plaintiffs served and filed all papers and affidavits which they intend to rely upon at the hearing on their Motion for Preliminary Injunction.

3. Contemporaneous therewith, Plaintiffs served their Opposed Motion for Expedited Discovery and Leave to Supplement (the "Motion for Expedited Discovery") which requests that this Court require Defendants to fully respond to Plaintiffs' limited paper discovery requests (served on January 4, 2008 and attached to the Motion for Expedited Discovery as "Exhibit A") on or before 5:00 p.m. on January 15, 2007.

4. Plaintiffs move this Court to shorten Defendants' time to respond to the Motion for Expedited Discovery from January 18, 2008, to on or before 5:00 p.m. on January 11, 2008.

5. Pursuant to Local Rule 3.01(b), Defendants currently have until January 18, 2008 to respond to the Motion for Expedited Discovery, three (3) days after the requested date for expedited discovery responses.

6. A district court is entitled to broad discretion in managing pretrial discovery matters. Klay v. All Defendants, 425 F. 3d 977, 981 (11th. Cir 2005).

7. Not requiring Defendants to respond before the time prescribed by Local Rule 3.01(b) would render Plaintiffs' request moot and hamper their ability to fully prepare for the hearing. Moreover, requiring Defendants to respond within five (5) business days to the Motion for Expedited Discovery they opposed would not prejudice them in any way.

8. Pursuant to Local Rule 3.01(g), counsel for Plaintiffs has attempted to contact counsel for Frank Hailstones, Edith Curry, and Palaxar Group LLC and Palaxar Holdings LLC by telephone and e-mail to confer regarding the relief sought herein and have been unable to

reach them. Undersigned counsel will promptly supplement this certification once counsel for the Defendants have made their position on the requested relief known.

WHEREFORE Plaintiffs respectfully request this Court grant their Motion to Shorten Defendants' Time to Respond to Plaintiffs' Motion for Expedited Discovery and require Defendants to respond on or before 5:00 p.m. on January 11, 2008.

Dates this 8th day of January, 2008.

MIRABILIS VENTURES, INC. and<br>
NEXIA STRATEGY CORPORATION,<br><br>
s/ Aaron C. Bates<br>
By: Counsel

**Counsel:**

Aaron C. Bates, Esq.
GOLDBERG BATES, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL 32803
Telephone: (407) 893-3776
Facsimile: (407) 893- 3779
abates@goldbergbates.com

J. Russell Campbell
Florida Bar No. 901423
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-80100
Facsimile: (205) 226-8798
rcampbell@balch.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

4

        s/ Aaron C. Bates
        Aaron C. Bates

## SERVICE LIST

Martin R. Raskin
Jane Serene Raskin
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
mraskin@raskinlaw.com

**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC**

Donald E. Christopher
Christine M. Ho
LITCHFORD & CHRISTOPHER
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
dchristopher@litchfordchristopher.com
cho@litchfordchristopher.com

and

Craig S. Warkol
BRACEWELL & GIULIANI LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Craig.warkol@bgllp.com

**Attorneys for Frank Hailstones**