UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>Plaintiffs,<br>-vs-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH<br>CURRY a/k/a EDITH BROADHEAD;<br>and FICTITIOUS DEFENDANT 1;<br>FICTITIOUS DEFENDANT 2;<br>FICTITIOUS DEFENDANT 3;<br>FICTITIOUS DEFENDANT 4;<br>FICTITIOUS DEFENDANT 5;<br>FICTITIOUS DEFENDANT 6;<br>FICTITIOUS DEFENDANT 7;<br>FICTITIOUS DEFENDANT 8,<br><br>Defendants. | CASE NO.: 6:07-CV-1788-ORL-28-KRS |

**NOTICE OF SERVICE OF DEFENDANTS' MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
AND SUPPORTING AFFIDAVITS**

Defendants PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, and EDITH CURRY, a/k/a EDITH BROADHEAD (collectively "Defendants"), by and through their respective undersigned attorneys, hereby gives notice that on January 15, 2008, Defendants served their Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction and Eight Supporting Affidavits on counsel for Plaintiffs. Defendants await further order of this Court concerning Defendants' Joint Motion for Enlargement of Page Limitation and Time in which to File their Joint Memorandum of Law in Opposition to Plaintiffs' Motion for

192109.doc

Preliminary Injunction and Supporting Affidavits before filing said documents with the Clerk of Court.

Respectfully submitted,

**RASKIN & RASKIN, P.A.**
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
Attorneys for Defendants Edith Curry,
Palaxar Group, LLC and Palaxar Holdings, LLC

By: /s/ Martin R. Raskin
    MARTIN R. RASKIN, Trial Counsel
    Florida Bar No. 315206
    mraskin@raskinlaw.com
    JANE SERENE RASKIN
    Florida Bar No. 848689
    jraskin@raskinlaw.com

Craig S. Warkol, Esquire
BRACEWELL & GIULIANI LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Telephone: (212) 508-6100
Facsimile: (212) 938-3850
Craig.warkol@bgllp.com
Attorneys for Defendant Frank Hailstones

**LITCHFORD & CHRISTOPHER**
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
Telephone: (407) 422-6600
Telecopier: (407) 841-0325
Attorneys for Defendant Frank Hailstones

By: /s/ Donald E. Christopher
    Donald E. Christopher, Trial Counsel
    Florida Bar No. 250831
    dchristopher@litchfordchristopher.com
    Christine M. Ho
    Florida Bar No. 844853
    cho@litchfordchristopher.com

192109.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2008, I electronically filed the foregoing Notice of Service of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction and Supporting Affidavits with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aaron C. Bates, Esquire
abates@goldbergbates.com

J. Russell Campbell, Esquire
rcampbell@balch.com

/s/ Donald E. Christopher

192109.doc