UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and )
NEXIA STRATEGY CORPORATION, )
                                                  )
           Plaintiffs, )
-vs- )
                                                  ) Case No.: 6:07-CV-1788-ORL-28-
PALAXAR GROUP, LLC; ) KRS
PALAXAR HOLDINGS, LLC; )
FRANK HAILSTONES; EDITH CURRY )
a/k/a EDITH BROADHEAD; and )
FICTITIOUS DEFENDANT 1; )
FICTITIOUS DEFENDANT 2; )
FICTITIOUS DEFENDANT 3; )
FICTITIOUS DEFENDANT 4; )
FICTITIOUS DEFENDANT 5; )
FICTITIOUS DEFENDANT 6; )
FICTITIOUS DEFENDANT 7; )
FICTITIOUS DEFENDANT 8, )
                                                )
           Defendants. )
_____)

## AFFIDAVIT OF LAURIE HOLTZ

I, LAURIE HOLTZ, having been duly sworn according to law, hereby depose and say:

1. I am over the age of 21 and fully competent to testify in these proceedings.

2. I have practiced as a certified public accountant in Florida since 1958. Specializing in investigative accounting, I have often provided litigation consulting services and appeared as an expert witness in state, federal and bankruptcy courts throughout the country. My clients have included receivers, lawyers, trustees, corporate clients ranging in size from sole proprietors to major corporations, and state and federal government agencies including the FDIC, SEC, FBI and RTC, among others. For most of 2006, I was Chairman of the Board of Directors of Mirabilis Ventures, Inc. ("Mirabilis").



EXHIBIT D

**No Personal Knowledge**

3. To the best of my knowledge and understanding <u>Frank Amadeo was the controlling shareholder of Mirabilis and maintained exclusive personal control over the affairs of Mirabilis and its subsidiaries including Nexia Strategy Corporation.</u> Furthermore, he was the controlling shareholder of Aqmi Strategy, which corporation had a consulting agreement with Mirabilis. He was personally paid substantial amounts from both Aqmi and Mirabilis. Entities controlled by Amodeo provided the funds to Mirabilis which funds uses were controlled by Amodeo.

4. As the former Chairman of the Board of Mirabilis, I was -- and am -- very familiar with the facts surrounding Nexia Certification. In fact, I participated in the discussions and negotiations which led to Edith Curry's separation agreement from Mirabilis and the assignment of Nexia Certification to her and the other inventors (including me) at the time of her separation.[1] These issues were discussed at length over the course of several months by me, Ms. Curry, Frank Amodeo, Frank Hailstones (the President of Mirabilis), Richard Berman (Mirabilis' counsel) and others. The terms of the separation agreement and assignments were agreed to by all involved. The arms-length negotiations which led to Ms. Curry's separation agreement (Exhibit "A") and the assignment of Nexia Certification (Exhibits "B" and "C") were conducted in good faith and were <u>generally known to the other members of the Board of Directors. Exhibit "A"</u> **Mental Operation** is a true copy of the separation agreement between Ms. Curry and Mirabilis. Exhibits "B" and "C" are true copies of the assignments of Nexia Certification by Mirabilis to Ms. Curry.

---

[1] The other inventors (including me) subsequently transferred their interests in Nexia Certification to Edith Curry.

5. The minutes of the Mirabilis directors' meetings on December 28, 2006 and January 17, 2007, copies of which have been filed as part of Exhibit 1 of the exhibits filed by Plaintiffs in support of their Motion for Preliminary Injunction, evidence a transaction that demonstrates the extent of Frank Amodeo's control. Specifically, the minutes of the December 28th Mirabilis board of directors meeting record my concerns that Frank Amodeo had not yet relinquished control over Mirabilis to its professional business managers and independent board of directors and that the board must take steps to make it happen. The minutes also indicate that the details regarding substantial transactions involving the sale of PEO assets were not known to the board.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
LAURIE HOLTZ

SWORN TO AND SUBSCRIBED before me this 10th day of January 2008.

_____
Signature of Notary Public

Personally Known _____     Type of I.D. _____

My Commission Expires:

Notary Public State of Florida
Ana M Gutierrez
My Commission DD680698
Expires 08/22/2011