# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC. and )
NEXIA STRATEGY CORPORATION, )
)
)
Plaintiffs, )
)
-vs- ) CASE NO.: 6:07-CV-1788-ORL-28-KRS
)
PALAXAR GROUP, LLC; )
PALAXAR HOLDINGS, LLC; )
FRANK HAILSTONES; EDITH )
CURRY a/k/a EDITH BROADHEAD; )
and FICTITIOUS DEFENDANT 1; )
FICTITIOUS DEFENDANT 2; )
FICTITIOUS DEFENDANT 3; )
FICTITIOUS DEFENDANT 4; )
FICTITIOUS DEFENDANT 5; )
FICTITIOUS DEFENDANT 6; )
FICTITIOUS DEFENDANT 7; )
FICTITIOUS DEFENDANT 8 )
)
)
Defendants. )
)

## AFFIDAVIT OF HANNAH P. MAXWELL

STATE OF __VA__ }
}    ss:
COUNTY OF Henrico }

Hannah P. Maxwell, being duly sworn, deposes and says:

1.    I am over the age of 21 years and competent to make the statements contained herein.

2.    I was employed by Common Paymaster Corporation ("CPC") from November, 2005 through August , 2006.



EXHIBIT
F

3.      During the time I was employed by CPC, I was assigned to work

directly for various entities owned by Mirabilis Ventures, Inc. ("MVI"), including Theory

3, Inc.

**No Personal
Knowledge**

4.      Upon information and belief, all of my time during the period that

I was employed by CPC was billed to Theory 3, Inc. or certain other projects, none of

which included Nexia Certification.

**Based on Hearsay**

5.      On February 28, 2006 I was received the directive from Frank

Amodeo on a company-wide conference call that all employees in Richmond were to

work only on specific matters for their assigned companies and could not provide help to

employees at other affiliated companies. This was followed-up by hourly then weekly

timesheet submissions to Mirabilis.

6.      Around April of 2006, Jodi Jaiman visited Richmond where I

maintained an office.  Upon information and belief, she was aware of how I was tasked

by CPC to work solely for Theory 3, Inc.

**No Personal
Knowledge**

**Mental Operation**

7.      At no time while I was employed by CPC was I aware of being

assigned to work for Nexia Strategy on any project involving Nexia Certification, nor did

I perform any work for Nexia Certification.

FURTHER AFFIANT SAYETH NAUGHT.

Hannah P. Maxwell

On this 14th day of January 2008, before me personally appeared Hannah P. Maxwell, known to me to be the person executing the foregoing, and stated that foregoing is true and correct to the best of her knowledge, information, and belief.

_____  Notary Public