UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and )
NEXIA STRATEGY CORPORATION, )
)
Plaintiffs, )
-vs- ) CASE NO.: 6:07-CV-1788-ORL-28-KRS
)
PALAXAR GROUP, LLC; )
PALAXAR HOLDINGS, LLC; )
FRANK HAILSTONES; EDITH )
CURRY a/k/a EDITH BROADHEAD; )
and FICTITIOUS DEFENDANT 1; )
FICTITIOUS DEFENDANT 2; )
FICTITIOUS DEFENDANT 3; )
FICTITIOUS DEFENDANT 4; )
FICTITIOUS DEFENDANT 5; )
FICTITIOUS DEFENDANT 6; )
FICTITIOUS DEFENDANT 7; )
FICTITIOUS DEFENDANT 8 )
)
Defendants. )
)

### AFFIDAVIT OF DALE MITCHELL

STATE OF __VA__ }
} ss:
COUNTY OF __HENRICO__ }

Dale Mitchell, being duly sworn, deposes and says:

1. I am over the age of 21 years and competent to make the statements contained herein.

2. I was employed by Common Paymaster Corporation ("CPC") from __6-2005__ through __8__, 2006.



3. During the time I was employed by CPC, I was assigned to work directly for various entities owned by Mirabilis Ventures, Inc. ("MVI"), including Theory 3, Inc.   **No Personal Knowledge**

4. Upon information and belief, all of my time during the period that I was employed by CPC was billed to Theory 3, Inc. or certain other projects, none of which included Nexia Certification.

5. At the company-wide, mandatory conference call February 28, 2006, Frank Amodeo informed us all that employees in Richmond were to work only on specific projects for their assigned companies and could not provide help to employees at other affiliated companies. Further, CPC would be putting our 'specific tasks' in our paychecks every two weeks and we were to work on only those "or people would die." I then had to complete hourly time sheets and fax them directly to Frank Amodeo who would write comments on them and fax them back.   **Hearsay**

6. Around April of 2006, Jodi Jaiman visited Richmond where I maintained an office. Upon information and belief, she was aware of how I was tasked by CPC to work solely for Theory 3, Inc.   **Mental Operation**

**No Personal Knowledge**

7. At no time while I was employed by CPC was I aware of being assigned to work for Nexia Strategy or on any project involving Nexia Certification, nor did I perform any work for Nexia Strategy or Nexia Certification.

FURTHER AFFIANT SAYETH NAUGHT.

_____  Dale Mitchell

On this _14th_ day of January 2008, before me personally appeared Dale Mitchell, known to me to be the person executing the foregoing, and stated that foregoing is true and correct to the best of her knowledge, information, and belief.

_____  Notary Public

County/City of _Richmond_
Commonwealth/State of _Virginia_
The foregoing instrument was acknowledged before me this _14th_ day of _January_, _2008_, by _Dale Mitchell_
(name of person seeking acknowledgment)
_Pearl G. Langhorne_
Notary Public
My commission expires: _2/28/2010_



Commonwealth of Virginia
Pearl G. Langhorne- Notary Public
Commission No. 147389
My Commission Expires 2/28/2010