UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

           Plaintiffs,

-vs-                                      Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

           Defendants.

## ORDER

This cause is before the Court on the following motion:

| MOTION: | UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (Doc. No. 18) |
|---|---|
| FILED: | December 6, 2007 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. Plaintiffs shall file their First Amended Complaint as a separate docket entry no later than January 24, 2008. | |

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. No. 9)** |
| **FILED:** | November 21, 2007 |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice** to re-filing after the filing of the Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of January, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party