UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

            Plaintiffs,

-vs-                                    Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

            Defendants.

## ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' OPPOSED MOTION FOR EXPEDITED DISCOVERY AND LEAVE TO SUPPLEMENT (Doc. No. 25)** |
| **FILED:** | January 4, 2008 |
| **THEREON** it is **ORDERED** that the motion is **DENIED.** | |

DONE and ORDERED in Chambers, Orlando, Florida this 22 day of January, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party