## Frank Hailstones

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | 26 September 2006 17:03 |
| **To:** | Edie Curry |
| **Cc:** | 'lholtz@rachfin.com' |
| **Subject:** | FW: E Curry Disengagement 15 October |
| **Importance:** | High |

Edie

As discussed this morning, these are the notes that RB prepared following on from the meeting with Laurie and Frank.

Let me have your thoughts please, including the other points you wish to put forward for discussion as part of the disengagement deal so we can hopefully move this process forward to resolution.

Regards

Frank

### Richard Berman Notes of Discussions re. Edie Curry Disengagement

Following represents a discussion that Laurie and I had with F-1 concerning a proposal for separation with Edie which includes the granting to her of rights to Nexia Certification:

1.   All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2.   As compensation for the foregoing, Edie shall only be responsible to compensate Mirabilis with the sum of $2.5M to be paid from future profits from the Nexia Certification program

3.   Nexia Strategy shall work with the Nexia Certification program and the profits from this joint venture shall be shared

4.   Edie shall retain all of her Mirabilis Stock subject to the same terms and limitations as other Mirabilis shareholders

5.   Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to the company in the future, on mutually agreeable terms

6.   Edie shall resign from all offices and directorships that she may hold in any Mirabilis Entity; all obligations of Mirabilis, Common Paymaster or any other affiliate of Mirabilis to her pursuant to her Employment Agreement(s) shall be null void and of no further force and effect. (May have to expand after reviewing Employment Agreements)

7.   The foregoing shall not impact Tom Broadhead in any manner whose Employment Agreement shall remain in full force and effect in accordance with its terms and who shall also retain all right title and interest in and to his stock in Mirabilis on the same terms and limitations as other shareholders in said entity

**Frank Hailstones**

| | |
|---|---|
| **From:** | Richard E. Berman [reb@bermankean.com] |
| **Sent:** | 28 September 2006 00:02 |
| **To:** | Frank Hailstones (M) |
| **Subject:** | Edie |

On the offer that I sent you yesterday, it should have included interest at the usual Mirabilis rate on the $2.5 offer until paid.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**Frank Hailstones**

| | |
|---|---|
| **From:** | Richard E. Berman [reb@bermankean.com] |
| **Sent:** | 04 October 2006 17:31 |
| **To:** | Frank Hailstones (M) |
| **Cc:** | lholtz@rachlin.com |
| **Subject:** | Edie Curry |

This is a reaffirmation of the offer to be made to Edie after extensive discussion with Frank and Laurie.

1.    All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2.    As compensation for the foregoing, Edie and any new entity that she may form for the purpose of advancing Nexia Certification shall execute a Note payable to a charitable foundation to be formed by Mirabilis in the amount of $2.5M with interest at prime + 2% which shall accrue from the date of execution until paid. Payment of the Note shall be made to the charitable foundation to be formed from future revenues derived (%of gross sales) from the Nexia Certification program

3.    Nexia Strategy shall work with the Nexia Certification program and the profits from this joint venture shall be shared

4.    Edie shall retain all of her Mirabilis Stock subject to the same terms and limitations as other Mirabilis shareholders

5.    Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms.

6.    Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

7.    All obligations of Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement that Edie has shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities. The covenants and restrictions of the employment agreement(s) as applied to Edie, except for Nexia Strategy, shall remain in full force and effect in accordance with their terms.

8.    All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign to them at least 25 hours per week of billable time. These employees shall be permitted to provide assistance to Edie on the Nexia Certification program after completion of their assigned duties to Mr. Hailstones.

9.    The foregoing shall not impact Tom Broadhead in any manner whose Employment Agreement shall remain in full force and effect in accordance with its terms and who shall also retain all right title and interest in and to his stock in Mirabilis on the same terms and limitations as other shareholders in said entity

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste. 2800
Fort Lauderdale, FL 33309
(954) 735-3636   Fax: (954) 735-3636

## Frank Hailstones

**From:**      Frank Hailstones (M)
**Sent:**      05 October 2006 23:19
**To:**        Edie Curry
**Subject:** FW: Edie Curry

Edie

This is what we have from the latest round of discussions. I will call you later to discuss

Frank

---

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** Wednesday, October 04, 2006 12:31 PM
**To:** Frank Hailstones (M)
**Cc:** lholtz@rachlin.com
**Subject:** Edie Curry

This is a reaffirmation of the offer to be made to Edie after extensive discussion with Frank and Laurie.

1.      All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2.      As compensation for the foregoing, Edie and any new entity that she may form for the purpose of advancing Nexia Certification shall execute a Note payable to a charitable foundation to be formed by Mirabilis in the amount of $2.5M with interest at prime + 2% which shall accrue from the date of execution until paid.  Payment of the Note shall be made to the charitable foundation to be formed from future revenues derived (% of gross sales) from the Nexia Certification program

3.      Nexia Strategy shall work with the Nexia Certification program and the profits from this joint venture shall be shared

4.      Edie shall retain all of her Mirabilis Stock subject to the same terms and limitations as other Mirabilis shareholders

5.      Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms.

6.      Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

7.      All obligations of Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement that Edie has shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities. The covenants and restrictions of the employment agreement(s) as applied to Edie, except for Nexia Strategy, shall remain in full force and effect in accordance with their terms.

8.      All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign to them at least 25 hours per week of billable time. These employees shall be permitted to provide  assistance to Edie on the Nexia Certification program after completion of their assigned duties to Mr. Hailstones.

9.      The foregoing shall not impact Tom Broadhead in any manner whose Employment Agreement shall remain in full force and effect in accordance with its terms and who shall also retain all right title and interest in and to his stock in Mirabilis on the same terms and limitations as other shareholders in said entity

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste. 2800
Fort Lauderdale, FL 33309
(954) 735-3636   Fax: (954) 735-3636

## Frank Hailstones

| | |
|---|---|
| **From:** | Edie Curry |
| **Sent:** | 06 October 2006 00:23 |
| **To:** | Frank Hailstones (M) |
| **Cc:** | 'reb@bermankean.com'; 'lholtz@rachlin.com' |
| **Subject:** | RE: FW: Edie Curry |

Gentlemen:

You neglected to address the Brookmeade note of $304k, the President stock of $2m and how the $2.5m was derived. This proposal indicates a serious lack of understanding about the product and your proposal, once again, makes it virtually impossible to market.

Please advise. I would like to understand the ultimate goal. It appears that the goal is to kill it. Simply state that and let's move on.

If the goal is to destroy me physically and emotionally, personally and professionally, you have already done that as well. Congratulations. I have never experienced such treatment personally or professionally. And that's saying something.

Also please forward all employment agreements I have signed. I am confused about your assertions.
Thank you.

-----Original Message-----
From:    Frank Hailstones (M)
Sent: Thu Oct 05 18:19:10 2006
To:   Edie Curry
Subject:    FW: Edie Curry

Edie

This is what we have from the latest round of discussions. I will call you later to discuss

Frank

---

From: Richard E. Berman [mailto:reb@bermankean.com]
Sent: Wednesday, October 04, 2006 12:31 PM
To: Frank Hailstones (M)
Cc: lholtz@rachlin.com
Subject: Edie Curry

This is a reaffirmation of the offer to be made to Edie after extensive discussion with Frank  and Laurie.

1.           All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2.           As compensation for the foregoing, Edie and any new entity that she may form for the purpose of advancing Nexia Certification shall execute a Note payable to a charitable foundation to be formed by Mirabilis in the amount of $2.5M with interest at prime + 2% which shall accrue from the date of execution until paid.

1

Payment of the Note shall be made to the charitable foundation to be formed from future revenues derived (%of gross sales) from the Nexia Certification program

3.          Nexia Strategy shall work with the Nexia Certification program and the profits from this joint venture shall be shared

4.          Edie shall retain all of her Mirabilis Stock subject to the same terms and limitations as other Mirabilis shareholders .

5.          Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms.

6.          Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

7.          All obligations of Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement that Edie has shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities.  The covenants and restrictions of the employment agreement(s) as applied to Edie, except for Nexia Strategy, shall remain in full force and effect in accordance with their terms.

8.          All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign to them at least 25 hours per week of billable time. These employees shall be permitted to provide  assistance to Edie on the Nexia Certification program after  completion of their assigned duties to Mr. Hailstones.

9.          The foregoing shall not impact Tom Broadhead in any manner whose Employment Agreement shall remain in full force and effect in accordance with its terms and who shall also retain all right title and interest in and to his stock in Mirabilis on the same terms and limitations as other shareholders in said entity

Richard E. Berman, Esq.

Berman, Kean & Riguera, P.A.

2101 W. Commercial Blvd., Ste. 2800

Fort Lauderdale, FL 33309

(954) 735-3636   Fax: (954) 735-3636

**Frank Hailstones**

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | 06 October 2006 20:46 |
| **To:** | 'Richard E. Berman' |
| **Cc:** | lholtz@rachlin.com |
| **Subject:** | RE: Richmond Nexia Staff |

Richard / Laurie

I have been on and off the phone today to try to reach some form of acceptable base to move forward on negotiations, despite the rhetoric in Edie's emails. She is clearly very stressed about this and this is how it manifests itself.

Notwithstanding that, I want to do everything I can to protect the investment in time blood sweat and tears in NC so far having come this far.

I just got off the phone with Tom as well to try and mediate some form of response with constructive suggestions to what are clearly some key issues

Can we arrange a time to talk before Monday please?

Let me know what suits

Thanks

Frank

---

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** Friday, October 06, 2006 2:43 PM
**To:** Frank Hailstones (M)
**Subject:** RE: Richmond Nexia Staff

I have their contracts and they are not that specific and are not being let go.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
**(954) 735-0000  Fax: (954) 735-3636**
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

---

**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** Friday, October 06, 2006 1:46 PM
**To:** Richard E. Berman; lholtz@rachlin.com

**Subject:** RE: Richmond Nexia Staff

We need to arrange a concall soon as. Edie is adamant that Mirabilis / Nexia anyone associated with MVI cannot be part of the NC solution nor the consulling which goes with it, particularly in financial services area as a result of both regulation AND the heightened procedures adopted by companies in who they are dealing with

Given what appears to be a major stumbling block to a deal, and that a 15 October 'flip' to Newco is now most unlikely, I have spoken with the Richmond staff and told them that pro tem from Monday next they will now be available again to Nexia  for operational consulting

I told each of them where we were with Nexia Certification (i.e. a hiatus) and consequently Mirabilis would no longer fund time on it until/unless we get a resolution

Consequently, we would be finding them consulting projects

I want to ensure we avoid any potential employment litigation here – it was mentioned to me by more than 1 of them that they were hired for 'something else' other than general consultingi.e. Richmond call center etc which never materialized.

Although it was not used in a threatening manner, I want to ensure we have thought this through if we do not intend to let them go (although most likely they will go in the short term)

Have you seen their employment contracts?

Please advise

Frank

---

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** Friday, October 06, 2006 1:33 PM
**To:** lholtz@rachlin.com; Frank Hailstones (M)
**Subject:** FW: Questions

I guess that is a no interest.  Where does that leave us?

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000  Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

---

**From:** Edie Curry [mailto:ECurry@nexiastrategy.com]
**Sent:** Friday, October 06, 2006 7:28 AM
**To:** Frank Hailstones (M); lholtz@rachlin.com; Richard E. Berman
**Subject:** Questions

Gentlemen:

The certification product deals with the gathering, analyses and retnetion personal financial information, as such, the company would be designated as a financial services/credit bureau company and falls·under banking regulations. Therefore,no one with an integrity issue, i.e., felony for fraud or mishandling of funds can be anywhere in the span of control.

Exactly to my point, these negotions are taking place with Frank Amodeo, who asserts no "management decision ability" in Mirabilis. Yet, none of these negotions are taking place with Frank Halistones, President, Laurie Holtz, Chairman or Richard, General Council. We are not negotiating wiht Common Paymaster, our supposed employer, and every shred of documentation has Frank Amodeo's input, influence, decision, etc., all over it. This is exactly what Gary LeClair and Mark Watkins and Rick Fisher and every other industry expert warned against. While I don't disupte it is "Frank Amodeo's money" and he gets to call the shots, there are some federal rules and regulations which Frank Amodeo can not circumvent. Which is why the proposals on the table are just not viable, under any circumstance.

This is why this product should die on the vine. I would rather not launch it than do so under a guise of falsehoods and be exposed as a fraud for pretenting that Frank Amodeo is not calling the shots. He is, and certainly that is his right. But, given current laws and regulations, this product needs to just go away and let it go to someone who can legitimately pursue it without any cloud of suspicion or doubt.

I will call Mark Watkins today and take the appropriate actions as an inventor of this application.

Thank you,
Edie

## Frank Hailstones

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | 08 October 2006 17:29 |
| **To:** | Laurie Holtz (lholtz@rachlin.com); Richard Berman |
| **Subject:** | FW: Edie Curry |

Gents,

In preparation for our call later, here is my take on the current position and my thoughts on options to resolve this impasse

First of all, I am working on the basis that we are trying to reach a resolution which will be of benefit to both parties. Mirabilis has invested in this project ( the value of that investment being a point of contention) and I believe should recoup its investment in the same way as any other investment it makes.

If we don't reach a settlement Edie will leave and we will get nothing; she is key to making it work given that she has the algorithms, the contacts, the network which would be difficult if not impossible to replace

There would be a significant consulting revenue stream from Nexia Certification too which would be lost; Nexia Certification is the differentiator. Without it we would be offering just another suite of anti fraud products.

So, Mirabilis will lose both the value of its investment to date and a source of future revenue if we dont reach a deal.

With that in mind, let me set out what the issues are and what the options might look like

1 Compensation - $2.5m

Edie's issue here is that she does not understand where the 'number' came from. It does not represent cost, clearly.

| | |
|---|---|
| Edie Curry | $7,500 |
| Mark Wickersham | $5,500 |
| Tony Santilo | $5,000 |
| Scott Hannah | $5,000 |
| Jacquiline Poliquin | $3,500 |

Total Per Pay Period $26,500, with 40% Burden is $37,100.

Given that the 'team' joined in about March - say 7 months, 15 pay periods, if they were working on it full time from Day One which they were not, would represent a cost of $556,500. Add another (say) month time for me and 2 for Edie (pre March time) another (say) $50,000 and legal fees for patents etc and you get a round figure investment of some $600,000 tops.

Edie's calculation is as follows:

Wylie, Scott, Mark, Jacqueline and Tony were hired because there was a Mirabilis commitment to put a call center, insurance operations, regulated industries, and benefits administration in Richmond, all of which was still going on through June 30, 2006; the only "investment" Mirabilis made in the anti-fraud certification was as follows:
1. Salary - 3.5 months @ $75,000 per month (I am excluding Brian Fischer's salary charged to Continuum) $262,000 2. Expenses $15,000 3. Legal fees - for Patent - which also INCLUDE the front end Axena consulting piece $60,000

Total "Certification" out of pocket expenses, $337,500.

So, the investment is somewhere between $340k and $600k

If we had approached this as an investment, or it had been taken to a VC , what would the deal have looked like? We need to look at the amount invested and the risk premium

1

attached to it and work out the value to be returned

By the way, we already have a suggestion from Edie - $2m in Presidion stock and $500k

2  Independence from Mirabilis

This is the second major stumbling block. Edie is making the point that Nexia certification AND any associated consulting cannot be linked to Mirabilis in any shape or form.

According to Edie, the certification product deals with the gathering, analyses and retention of personal financial information, as such, the company would be designated as a financial services/credit bureau company and falls under banking regulations. Therefore,no one with an integrity issue, i.e., felony for fraud or mishandling of funds can be anywhere in the span of control.

Presumably Edie would go off and form Newco, completely independent of Mirabilis and so far as Nexia Certification is concerned would meet the independence requirement. So, not sure why the recipient of any sum we agree as compensation is now a Charity rather than Mirabilis. Why would Mirabilis shareholders not benefit? The compensation arrangement does not impact on Newco independence (unless Frank decided it should now go to Charity?)

However, a bigger issue relates to Nexia Consulting. Apparently, the independence requirement would exclude Nexia consulting with any body falling under Gramm Leach Billey because Nexia is owned/controlled By Mirabilis. Most of the revenues would come from consulting and could be considerable. So, if this is correct, how could we protect this revenue stream?

What if we set up a separate "independent" Newco Consulting company purely for this and covenant a % of its revenues to Mirabilis?. Mirabilis would be an investor and not a shareholder so meet the independence requirement

The current offer to Edie is that consulting revenues would be shared (50/50) so options to preserve the Mirabilis 50% would include

> Newco Nexia Consulting also takes on Consulting as well as Nexia
> Certification and covenants 50% of consulting revenues to Mirabilis.
> Mirabilis anti fraud consultants join Newco on a part-time (50% )
> basis and Mirabilis funds this plus other hires (as it would do if the
> consulting were delivered through Mirabilis direct) We set up Newco
> Consulting, independent of Mirabilis with MVI as an investor (future
> payroll) and covenant 50% of revenues back to Mirabilis

If the issue is ownership/independence of MVI I am sure we can come up with a structured solution which adresses this

3 Other Issues

The other stumbling block relates to Edie's disengagement itself and what she claims is owed to her. This was reflected in her first counter-offer and was linked to offest the $2.5m compensation

Specifically, she referenced 2 issues:

Presidion secured creditor renegotiation

Saved $6M in secured notes allowing acquisition to take place
Fee: 50% of savings ($2.8M)     Took $2M in Presidion stock on
Frank's promise to "make it right" - $500K note of which $304K is still unpaid
Edie has a secured UCC filing on the Brookmeade note and a contract and a promissory note. All properly executed.  None of which she claims were honored.

AEM, Inc. where John Burcham and Co was trying to buy it from Fred Sandlin to do an end-around on Frank.

Fee: 5% of value not paid

Again, apart from the point that she (might be) due monies and we would want to recognize and discharge any amounts due, I want to ensure that we factor these claims

2

into any disengagement deal and don't end up with potential litigation which could get messy So, irrespective of what happens with Nexia Certification, we need to bear in mind that these issues will not go away

Hopefully I have covered the main issues.

Speak later

Frank


CURRENT OFFER and COUNTER OFFER


Richard Berman Notes of Discussions re. Edie Curry Disengagement


Following represents a discussion that Laurie and I had with F-1 concerning a proposal for separation with Edie which includes the granting to her of rights to Nexia Certification:

$304,000 payment due 10/15 for balance of Brookmeade note

1.    All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2.    As compensation for the foregoing, Edie shall only be responsible to compensate Mirabilis with the sum of $2.5M to be paid from future profits from the Nexia Certification program
[Edie Curry] How was this number derived? Offset with the $2M in Presidion stock. Net due, $500K from profits not to exceed 5% of net profits for payment term.

3.    Nexia Strategy shall work with the Nexia Certification program and the profits from this joint venture shall be shared
[Edie Curry]  50% of gross revenue — JV is with FoxT, however you want to structure it with Fox and Nexia is your decision.

4.    Edie shall retain all of her Mirabilis Stock subject to the same terms and limitations as other Mirabilis shareholders
[Edie Curry] fine

5.    Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to the company in the future, on mutually agreeable terms
[Edie Curry] Fine

6.    Edie shall resign from all offices and directorships that she may hold in any Mirabilis Entity; all obligations of Mirabilis, Common Paymaster or any other affiliate of Mirabilis to her pursuant to her Employment Agreement(s) shall be null void and of no further force and effect. (May have to expand after reviewing Employment Agreements)
[Edie Curry] Fine

7.    The foregoing shall not impact Tom Broadhead in any manner whose Employment Agreement shall remain in full force and effect in accordance with its terms and who shall also retain all right title and interest in and to his stock in Mirabilis on the same terms and limitations as other shareholders in said entity
[Edie Curry] Interesting that this was even considered a topic. I can't legally contract for Tom's rights, one way or the other. InterestingRichard E. Berman, Esq.

Berman, Kean & Riguera, P.A.

2101 W. Commercial Blvd., Ste. 2800

Fort Lauderdale, FL 33309

(954) 735-3636   Fax: (954) 735-3636

3

**Frank Hailstones**

**From:**    Edie Curry
**Sent:**    09 October 2006 15:25
**To:**      Frank Hailstones (M)
**Subject:** RE: Edie Curry

This is a reaffirmation of the offer to be made to Edie after extensive discussion with Frank and Laurie.
1.      All right, title and interest in and to the Nexia Certification program would be assigned to Edie
[Edie Curry] Agreed.
    2.      As compensation for the foregoing, Edie and any new entity that she may form for the
        purpose of advancing Nexia Certification shall execute a Note payable to a charitable
        foundation to be formed by Mirabilis in the amount of $2.5M with interest at prime + 2% which
        shall accrue from the date of execution until paid. Payment of the Note shall be made to the
        charitable foundation to be formed from future revenues derived (%of gross sales) from the
        Nexia Certification program[Edie Curry] .Any payments made to Mirabilis or its designee
        should be based on Mirabilis' "investment" in the Certification product to date. The
        investment appears to be primarily the salaries of myself, Scott Hannah, Mark Wickersham,
        Tony Santillo and Jaqueline Poliquin and legal fees and expenses directly related to the
        patenting of the Certification program. I don't have a total of all of these costs. However, for
        sake of discussion, let's assume salaries total $600,000 since january 2006 and legal fees
        and expenses total $150,000. I believe half of the salary expense should be allocated to
        Mirabilis for the fact that Tony, Mark, Scott and Jacqueline were hired to set up the office in
        Richmond an spent a large part of their time during the first 4.5 months trying to accomplish
        that and then unwinding that. That makes the total attributable to the Certification product
        $450,000. Based on what a venture capital firm might charge in interest or have for an
        expected return on its funds that were at risk for an average of 4.5 months, I suggest a 50%
        permium, so the total to be repayed should be $675,000. The actual amount can be adjusted
        based on the actual, reasonable and necessary figures Mirabilis is able to document (for
        example, a lot of the legal fees are still outstanding). This amount can be paid to a
        foundation, but it must be a 501 (c) (3) foundation jointly agreed upon by Mirabilis and me and
        must benefit children in the U.S.
    3.      Nexia Strategy shall work with the Nexia Certification program and the profits from this joint
        venture shall be shared[Edie Curry] .Sharing of profits with a consulting group is theoretically
        fine, but this product will be highly involved with financial/banking and insurance companies
        and regulations. Banks and their affiliates will also be a primary target for this product.
        Because of various banking and insurance regulations, including Gramm-Leach Bliley's
        security regulations, FDICIA, and the PATRIOT Act, this program cannot have any
        association with companies or individuals that have any history of fraud or other criminal
        activity. Even without such regulations, such an association would be fatal in the
        marketplace. Therefore, affiliates of Mirabilis cannot be involved with this product. If Nexia
        was spun off and did not have any shareholders or controlling parties with such a history, an
        alliance might be possible. Similarly, if Nexia consultants were to form a separate company
        that was not affiliated with Mirabilis and did not have any controlling shareholders or
        employees with a history of fraud or other criminal activity, there would be the possibility of an
        alliance (a consulting affiliate or subsidiary of Fox Technology might be a real possibility).
        However, I would prefer that this issue be dealt with separately outside of the agreement for
        the Certification.
    4.      Edie shall retain all of her Mirabilis Stock subject to the same terms and limitations as other
        Mirabilis shareholders
        [Edie Curry] Fine
    5.      Edie shall retain the right, as an independent contractor, to participate in transactions that
        she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually
        agreeable terms.
        [Edie Curry] Fine
    6.      Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its
        subsidiaries or affiliates.
        [Edie Curry] Fine
    7.      All obligations of Mirabilis, Common Paymaster or any other affiliate or subsidiary of
        Mirabilis pursuant to any employment agreement that Edie has shall be null, void and of no
        further force or effect and Edie shall execute a general release in favor of all such entities.
        [Edie Curry] Agree that my employment contract and all obligations shall be null and void.

Agree that I will execute a general release as to employment matters, but will want Mirabilis to indemnify me for any liability arising from my actions as an officer or Board member of Mirabilis. Release should not cover issues not relating to employment or duties as a Board member . The covenants and restrictions of the employment agreement(s) as applied to Edie, except for Nexia Strategy, shall remain in full force and effect in accordance with their terms.[Edie Curry] This contradicts first sentence and not sure what you are trying to accomplish here.

I would also like a promissory note from Mirabilis to pay me $2,300,000 over five years at 7% interest. I earned a fee of approximately $3,000,000 for negotiating Presidion's obligations with Bob Gaines and Fred Sandlin  Frank Amodeo requested that I take in the form of a note for $500,000 and stock supposedly worth $2,000,000 in lieu of that fee. I agreed to do this in good faith based on Frank's assertions that Frank was going to make things right. Frank's companies later acquired the assets of Presidion and stopped payment on the note and made the stock essentially valueless. While I might chalk this up to "that's the way it sometimes goes", the fact of the matter is that Mirabilis and its shareholders benefited directly from this at my expense. If I am being asked to pay something to Mirabilis to make things right, I should be able to expect similar treatment and believe I have a better claim to do so. I would also like an agreement that specifically states what I am entitled to be paid for bringing the AEM deal into Mirabilis.

8.   All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign to them at least 25 hours per week of billable time. These employees shall be permitted to provide  assistance to Edie on the Nexia Certification program after completion of their assigned duties to Mr. Hailstones. [Edie Curry] They should be offered the option to have their contracts voided since Mirabilis hired them to set up a call center/factoring group in Richmond.

9.   The foregoing shall not impact Tom Broadhead in any manner whose Employment Agreement shall remain in full force and effect in accordance with its terms and who shall also retain all right title and interest in and to his stock in Mirabilis on the same terms and limitations as other shareholders in said entity[Edie Curry] . Agreed

---

**From:** Frank Hailstones (M)
**Sent:** Thu 10/5/2006 6:19 PM
**To:** Edie Curry
**Subject:** FW: Edie Curry

Edie

This is what we have from the latest round of discussions. I will call you later to discuss

Frank

---

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** Wednesday, October 04, 2006 12:31 PM
**To:** Frank Hailstones (M)
**Cc:** lholtz@rachlin.com
**Subject:** Edie Curry

This is a reaffirmation of the offer to be made to Edie after extensive discussion with Frank  and Laurie.

1.   All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2.   As compensation for the foregoing, Edie and any new entity that she may form for the purpose of advancing Nexia Certification shall execute a Note payable to a charitable foundation to be formed by Mirabilis in the amount of $2.5M with interest at prime + 2% which shall accrue from the date of execution until paid.  Payment of the Note shall be made to the charitable foundation to be formed from future revenues derived (%of gross sales) from the Nexia Certification program

3.   Nexia Strategy shall work with the Nexia Certification program and the profits from this joint venture shall be shared

**Frank Hailstones**

**From:**    Richard E. Berman [reb@bermankean.com]
**Sent:**    09 October 2006 18:12
**To:**      Frank Hailstones (M); lholtz@rachlin.com
**Subject:** FW: Edie Curry

Please scroll down. My comments are in Capital Letters following those made by Edie.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Richard E. Berman
**Sent:** Monday, October 09, 2006 12:54 PM
**To:** Richard E. Berman
**Subject:** RE: Edie Curry

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** Monday, October 09, 2006 11:45 AM
**To:** lholtz@rachlin.com; Richard E. Berman
**Subject:** FW: Edie Curry

Latest

**From:** Edie Curry
**Sent:** Monday, October 09, 2006 10:25 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Edie Curry

This is a reaffirmation of the offer to be made to Edie after extensive discussion with Frank and Laurie.
All right, title and interest in and to the Nexia Certification program would be assigned to Edie
[Edie Curry] Agreed.

1.　　　As compensation for the foregoing, Edie and any new entity that she may form for the purpose of advancing Nexia Certification shall execute a Note payable to a charitable foundation to be formed by Mirabilis in the amount of $2.5M with interest at prime + 2% which shall accrue from the date of execution until paid.  Payment of the Note shall be made to the charitable foundation to be formed from future revenues derived (%of gross sales) from the Nexia Certification program[Edie Curry] .Any payments made to Mirabilis or its designee should be based on Mirabilis' "investment" in the Certification product to date.  The investment appears to be primarily the salaries of myself, Scott Hannah, Mark Wickersham, Tony Santillo and Jaqueline Poliquin and legal fees and expenses directly related to the patenting of the Certification program.  I don't have a total of all of these costs.  However, for sake of discussion, let's assume salaries total $600,000 since January 2006 and legal fees and expenses total $150,000.  I believe half of the salary expense should be allocated to Mirabilis for the fact that Tony, Mark, Scott and Jacqueline were hired to set up the office in Richmond an spent a large part of their time during the first 4.5 months trying to accomplish that and then unwinding that.  That makes the total attributable to the Certification program $450,000.  Based on what a venture capital firm might charge in interest or have for an expected return on its funds that were at risk for an average of 4.5 months, I suggest a 50% permium, so the total to be repayed should be $675,000.  The actual amount can be adjusted based on the actual, reasonable and necessary figures Mirabilis is able to document (for example, a lot of the legal fees are still outstanding).  This amount can be paid to a foundation, but it must be a 501 (c) (3) foundation jointly agreed upon by Mirabilis and me and must benefit children in the U.S.  NOT A MATTER OF COSTS.  ENABLES HER TO CREATE A SUCCESS OR EVERYONE LOSES.  IF THE 2.5m CAN'T BE PAID THEN IT MEANS THAT NEXIA STRATEGY HAD NO CHANCE OF SUCCESS.  THIS IS A CHANCE FOR HER TO BECOME VERY WEALTHY.  EITHER VERY GOOD OR WORTHLESS.  IT SHOULDN'T STAND IN THE WAY OF HER OPPORTUNITY TO SUCCEED.  IF SHE DOES NOT, IT COSTS HER NOTHING.  IF SHE DOES, THIS IS  A MEANINGLESS NUMBER.  HOWEVER, AFTER DISCUSSION AND JUXTAPOSITION OF SUMS OWED TO HER, SOME OF WHICH ARE DOCUMENTED, INCLUDING NOTE PAYMENT AND SEVERANCE PAY, A COMPLETE BREAK-CLEAN-BY BOTH PARTIES SEEMS REASONABLE.  THIS WOULD INCLUDE HER GIVING UP HER SHARES IN MIRABILIS AND ANY AFFILIATE, RESIGNING FROM ALL POSITIONS, ETC.  ALSO, IT WAS NOTED THAT SINCE SHE IS CONCERNED ABOUT MIRABLILS AFFILIATION, SHE IS BETTER OFF NOT BEING A SHAREHOLDER.

2.　　　Nexia Strategy shall work with the Nexia Certification program and the profits from this joint venture shall be shared[Edie Curry] .Sharing of profits with a consulting group is theoretically fine, but this product will be highly involved with financial/banking and insurance companies and regulations.  Banks and their affiliates will also be a primary target for this product.  Because of various banking and insurance regulations, including Gramm-Leach Bliley's security regulations, FDICIA, and the PATRIOT Act, this program cannot have any association with companies or individuals that have any history of fraud or other criminal activity.  Even without such regulations, such an association would be fatal in the marketplace.  Therefore, affiliates of Mirabilis cannot be involved with this product.  If Nexia was spun off and did not have any shareholders or controlling parties with such a history, an alliance might be possible.  Similarly, if Nexia consultants were to form a separate company that was not affiliated with Mirabilis and did not have any controlling shareholders or employees with a history of fraud or other criminal activity, there would be the possibility of an alliance (a consulting affiliate or subsidiary of Fox Technology might be a real possibility).  However, I would prefer that this issue be dealt with separately outside of the agreement for the Certification.  WE COULD SET UP NEXIA CONSULTING, A SEPARATE COMPANY AND  % OF NET PROFITS TO MIRABILIS.  STAND ALONE WITH PROFITS BACK TO MIRABILIS FOR LOAN AND BACK TO MIRABILIS.  THIS COULD BE DONE, BUT MAY INTERPLAY WITH CLEAN BREAK CONCEPT.

3.　　　Edie shall retain all of her Mirabilis Stock subject to the same terms and limitations as other

Mirabilis shareholders
      [Edie Curry] Fine  FORFEITS ALL STOCK.
4.        Edie shall retain the right, as an independent contractor, to participate in transactions that
         she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually
         agreeable terms.
         [Edie Curry] Fine
5.        Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its
         subsidiaries or affiliates.
         [Edie Curry] Fine
6.        All obligations of Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis
         pursuant to any employment agreement that Edie has shall be null, void and of no further
         force or effect and Edie shall execute a general release in favor of all such entities. [Edie
         Curry] Agree that my employment contract and all obligations shall be null and void.  Agree
         that I will execute a general release as to employment matters, but will want Mirabilis to
         indemnify me for any liability arising from my actions as an officer or Board member of
         Mirabilis.  Release should not cover issues not relating to employment or duties as a Board
         member .  The covenants and restrictions of the employment agreement(s) as applied to
         Edie, except for Nexia Strategy, shall remain in full force and effect in accordance with their
         terms.[Edie Curry] This contradicts first sentence and not sure what you are trying to
         accomplish here.  BE SPECIFIC AS TO RESTRICTIONS.  THERE IS NOT A CONFLICT.
         THE INTENTION WAS THAT SHE WOULD NOT COMPLETE AND WOULD NOT SOLICIT
         EMPLOYEES AS PER HER AGREEMENT WITH COMMON PAYMASTER, BUT THAT SHE
         WOULD RELEASE MIRABILIS.  HER REQUEST TO EXCEPT MATTERS ON WHICH SHE
         WORKED AS AN OFFICER AND BOARD MEMBER IS APPROPRIATE AND IS COVERED
         BY D&O INSURANCE ALREADY IN PLACE.
7.                    I would also like a promissory note from Mirabilis to pay me $2,300,000 over five
         years at 7% interest.  I earned a fee of approximately $3,000,000 for negotiating Presidion's
         obligations with Bob Gaines and Fred Sandlin   Frank Amodeo requested that I take in the
         form of a note for $500,000 and stock supposedly worth $2,000,000 in lieu of that fee.  I
         agreed to do this in good faith based on Frank's assertions that Frank was going to make
         things right.  Frank's companies later acquired the assets of Presidion and stopped payment
         on the note and made the stock essentially valueless.  While I might chalk this up to "that's
         the way it sometimes goes", the fact of the matter is that Mirabilis and its shareholders
         benefited directly from this at my expense.  If I am being asked to pay something to Mirabilis
         to make things right, I should be able to expect similar treatment and believe I have a better
         claim to do so. I would also like an agreement that specifically states what I am entitled to be
         paid for bringing the AEM deal into Mirabilis.   FOUNDATION FOR BASIS OF FEE
         UNCERTAIN. WE RECOMMEND CLEAN BREAK.
8.        All existing Richmond employees shall remain employed under their current employment
         agreements with Common Paymaster and shall report to Frank Hailstones, who shall be
         responsible to assign to them at least 25 hours per week of billable time. These employees
         shall be permitted to provide  assistance to Edie on the Nexia Certification program after
          completion of their assigned duties to Mr. Hailstones. [Edie Curry] They should be offerred
         the option to have their contracts voided since Mirabilis hired them to set up a call
         center/factoring group in Richmond.   SEVERANCE ISSUES ONLY.  THEY CAN QUIT IF
         THEY WANT.  THAT OF EMPLOYMENT AND THEY ARE
         SUBJECT TO BEING RE-ASSIGNED.  IF THEY DON'T WANT TO WORK FOR COMMON
         PAYMASTER THEY CAN ALWAYS RESIGN THUS WE DO NOT HAVE TO GRANT THEM
         ANY NEW RIGHTS.
9.        The foregoing shall not impact Tom Broadhead in any manner whose Employment
         Agreement shall remain in full force and effect in accordance with its terms and who shall also
         retain all right title and interest in and to his stock in Mirabilis on the same terms and
         limitations as other shareholders in said entity[Edie Curry] . Agreed

---

**From:** Frank Hailstones (M)
**Sent:** Thu 10/5/2006 6:19 PM
**To:** Edie Curry
**Subject:** FW: Edie Curry

Edie

This is what we have from the latest round of discussions. I will call you later to discuss

Frank

---

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** Wednesday, October 04, 2006 12:31 PM
**To:** Frank Hailstones (M)
**Cc:** lholtz@rachlin.com
**Subject:** Edie Curry

This is a reaffirmation of the offer to be made to Edie after extensive discussion with Frank and Laurie.

1.   All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2.   As compensation for the foregoing, Edie and any new entity that she may form for the purpose of advancing Nexia Certification shall execute a Note payable to a charitable foundation to be formed by Mirabilis in the amount of $2.5M with interest at prime + 2% which shall accrue from the date of execution until paid. Payment of the Note shall be made to the charitable foundation to be formed from future revenues derived (%of gross sales) from the Nexia Certification program

3.   Nexia Strategy shall work with the Nexia Certification program and the profits from this joint venture shall be shared

4.   Edie shall retain all of her Mirabilis Stock subject to the same terms and limitations as other Mirabilis shareholders

5.   Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms.

6.   Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

7.   All obligations of Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement that Edie has shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities. The covenants and restrictions of the employment agreement(s) as applied to Edie, except for Nexia Strategy, shall remain in full force and effect in accordance with their terms.

8.   All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign to them at least 25 hours per week of billable time. These employees shall be permitted to provide assistance to Edie on the Nexia Certification program after completion of their assigned duties to Mr. Hailstones.

9.   The foregoing shall not impact Tom Broadhead in any manner whose Employment Agreement shall remain in full force and effect in accordance with its terms and who shall also retain all right title and interest in and to his stock in Mirabilis on the same terms and limitations as other shareholders in said entity

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste. 2800
Fort Lauderdale, FL 33309
(954) 735-3636   Fax: (954) 735-3636

## Frank Hailstones

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | 10 October 2006 20:43 |
| **To:** | 'Richard E. Berman'; lholtz@rachlin.com |
| **Subject:** | E Curry Offer |

**Attachments:** Doc41.doc

Richard / Laurie

Here is my cut at the offer post my discussion with Frank today

Essentially

1. He wants her to keep the Presidion stock
2. Agrees net/net that its almost a wash $$ wise but,he wants to recover the cost of the NC program - salaries and expenses; I estimate it might be $600k less circa $100k we would owe her in severance (say ($100k) = $500k
3. Agrees that we would form Nexia Newco Consulting
4. She gives up her MVI stock

I will call to chat over

Thanks

Frank

EDIE CURRY OFFER

This is a reaffirmation of the final offer to be made to Edie

1. All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2. As compensation for the foregoing, Edie and any new entity that she may create for the purpose of advancing Nexia Certification shall execute a Note payable to Mirabilis in the amount of $500K with interest at prime + 2% which shall accrue from the date of execution until paid. The $500k Note plus interest to be paid from future revenues -- either from Nexia Certification or the first $500k share of (Edie's Newco) consulting revenues (see 3 below) is the final amount owing to Edie Curry covering all claims/amounts due, other than current salary which terminates by agreement on October 15, 2006.

3. Nexia consultants will form a separate company that will not be affiliated with Mirabilis and not have any controlling shareholders or employees with a history of fraud or other criminal activity, for the specific purpose of working with the Nexia Certification program and the net profits from this joint venture shall be shared equally between the 2 organizations

4. Edie shall forfeit all right, title and interest in and to her Mirabilis Ventures, Inc. stock and shall execute an assignment separate from certificate assigning her stock back to the corporation.

5. Edie, as a former officer and director, shall remain covered by the D & O policy for any claims within the policy purview.

6. Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms.

7. Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

8. All obligations owed to Edie by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement, or any other written or oral agreement that Edie has with any such entity shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities. Notwithstanding the foregoing, the obligations of this agreement shall survive as shall the restrictions contained in the Common Paymaster employment agreement as to Edie as employee thereunder.

9. Edie shall retain her stock in Presidion Corporation.

10. All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign

to them at least 25 hours per week of billable time. These
employees shall be permitted to provide  assistance to Edie on the
Nexia Certification program after  completion of their assigned
duties to Mr. Hailstones.

11. Neither party shall disparage the other and shall agree upon a
    statement to be made to any third party who inquires as to why th

12. The foregoing shall not impact Tom Broadhead in any manner
    whose Employment Agreement shall remain in full force and effect
    in accordance with its terms and who shall also retain all right title
    and interest in and to his stock in Mirabilis on the same terms and
    limitations as other shareholders in said entity

**Frank Hailstones**

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | 11 October 2006 02:03 |
| **To:** | Richard E. Berman |
| **Subject:** | Edie Curry / Richmond |

**Attachments:** image002.jpg


image002.jpg (3
KB)

Richard

 I spoke with Laurie who was fine with the latest proposal; can I suggest you write up
my notes by way of a formal offer and run it past Frank. I will prime Edie re its
contents tonight

Frank Hailstones
CEO
111 N Orange Ave
Orlando
32801
407 517 7760 (Office)
407 592 5586 (Mobile)

1

**Frank Hailstones**

| | |
|---|---|
| From: | Frank Hailstones (M) |
| Sent: | 11 October 2006 09:54 |
| To: | Richard E. Berman; lholtz@rachlin.com |
| Subject: | RE: Edie Curry |

Richard

I am tavelling to day - Houston and San Fran

I spoke to Edie last night. Outlined the terms; she is waiting to see them in writing

Can you run past Frank and email them to her. I will then call and follow up

Thanks

Frank Hailstones
CEO
111 N Orange Ave
Orlando
32801
407 517 7760 (Office)
407 592 5586 (Mobile)


-----Original Message-----
From: Richard E. Berman [mailto:reb@bermankean.com]
Sent: Tue 10/10/2006 9:55 AM
To: Frank Hailstones (M); lholtz@rachlin.com
Subject: RE: Edie Curry

Will wait to hear from you.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to
whom, or entity to which, it is addressed and may contain confidential and/or
privileged material. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by reply
e-mail, destroy all copies of the original message, and do not disseminate it further.
If you are the intended recipient, but do not wish to receive communications through
this medium, please advise the sender immediately.


_____

From: Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
Sent: Monday, October 09, 2006 7:52 PM
To: Richard E. Berman; lholtz@rachlin.com
Subject: RE: Edie Curry


Did not get enough Irtime with Frank today to discuss
Am seeing him am so will pick up then
Told Edie we were working on it
Will let you know soon as
Thx

1

-----Original Message-----
From:    Richard E. Berman [mailto:reb@bermankean.com]
Sent:    Mon Oct 09 13:10:21 2006
To:      Frank Hailstones (M); lholtz@rachlin.com
Subject:       FW: Edie Curry

Please scroll down. My comments are in Capital Letters following those
made by Edie.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for
the person to whom, or entity to which, it is addressed and may contain
confidential and/or privileged material. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail, destroy all copies
of the original message, and do not disseminate it further. If you are
the intended recipient, but do not wish to receive communications
through this medium, please advise the sender immediately.

_____

From: Richard E. Berman
Sent: Monday, October 09, 2006 12:54 PM
To: Richard E. Berman
Subject: RE: Edie Curry

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for
the person to whom, or entity to which, it is addressed and may contain
confidential and/or privileged material. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail, destroy all copies
of the original message, and do not disseminate it further. If you are
the intended recipient, but do not wish to receive communications
through this medium, please advise the sender immediately.

_____

From: Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
Sent: Monday, October 09, 2006 11:45 AM
To: lholtz@rachlin.com; Richard E. Berman
Subject: FW: Edie Curry

Latest

2

From: Edie Curry
Sent: Monday, October 09, 2006 10:25 AM
To: Frank Hailstones (M)
Subject: RE: Edie Curry


This is a reaffirmation of the offer to be made to Edie after extensive
discussion with Frank  and Laurie.

All right, title and interest in and to the Nexia Certification program
would be assigned to Edie
[Edie Curry] Agreed.

1.              As compensation for the foregoing, Edie and any new
entity that she may form for the purpose of advancing Nexia
Certification shall execute a Note payable to a charitable foundation to
be formed by Mirabilis in the amount of $2.5M with interest at prime +
2% which shall accrue from the date of execution until paid.  Payment of
the Note shall be made to the charitable foundation to be formed from
future revenues derived (%of gross sales) from the Nexia Certification
program[Edie Curry] .Any payments made to Mirabilis or its designee
should be based on Mirabilis' "investment" in the Certification product
to date.  The investment appears to be primarily the salaries of myself,
Scott Hannah, Mark Wickersham, Tony Santillo and Jaqueline Poliquin and
legal fees and expenses directly related to the patenting of the
Certification program.  I don't have a total of all of these costs.
However, for sake of discussion, let's assume salaries total $600,000
since january 2006 and legal fees and expenses total $150,000.  I
believe half of the salary expense should be allocated to Mirabilis for
the fact that Tony, Mark, Scott and Jacqueline were hired to set up the
office in Richmond an spent a large part of their time during the first
4.5 months trying to accomplish that and then unwinding that.  That
makes the total attributable to the Certification program $450,000.
Based on what a venture capital firm might charge in interest or have
for an expected return on its funds that were at risk for an average of
4.5 months, I suggest a 50% permium, so the total to be repayed should
be $675,000.  The actual amount can be adjusted based on the actual,
reasonable and necessary figures Mirabilis is able to document (for
example, a lot of the legal fees are still outstanding).  This amount
can be paid to a foundation, but it must be a 501 (c) (3) foundation
jointly agreed upon by Mirabilis and me and must benefit children in the
U.S.  NOT A MATTER OF COSTS.  ENABLES HER TO CREATE A SUCCESS OR
EVERYONE LOSES.  IF THE 2.5m CAN'T BE PAID THEN IT MEANS THAT NEXIA
STRATEGY HAD NO CHANCE OF SUCCESS.  THIS IS A CHANCE FOR HER TO BECOME
VERY WEALTHY.  EITHER VERY GOOD OR WORTHLESS.  IT SHOULDN'T STAND IN THE
WAY OF HER OPPORTUNITY TO SUCCEED.  IF SHE DOES NOT, IT COSTS HER
NOTHING.  IF SHE DOES, THIS IS A MEANINGLESS NUMBER.  HOWEVER, AFTER
DISCUSSION AND JUXTAPOSITION OF SUMS OWED TO HER, SOME OF WHICH ARE
DOCUMENTED, INCLUDING NOTE PAYMENT AND SEVERANCE PAY, A COMPLETE
BREAK-CLEAN-BY BOTH PARTIES SEEMS REASONABLE.  THIS WOULD INCLUDE HER
GIVING UP HER SHARES IN MIRABILIS AND ANY AFFILIATE, RESIGNING FROM ALL
POSITIONS, ETC.  ALSO, IT WAS NOTED THAT SINCE SHE IS CONCERNED ABOUT
MIRABLILS AFFILIATION, SHE IS BETTER OFF NOT BEING A SHAREHOLDER.

2.              Nexia Strategy shall work with the Nexia
Certification program and the profits from this joint venture shall be
shared[Edie Curry] .Sharing of profits with a consulting group is
theoretically fine, but this product will be highly involved with
financial/banking and insurance companies and regulations.  Banks and
their affiliates will also be a primary target for this product.
Because of various banking and insurance regulations, including
Gramm-Leach Bliley's security regulations, FDICIA, and the PATRIOT Act,
this program cannot have any association with companies or individuals
that have any history of fraud or other criminal activity.  Even without
such regulations, such an association would be fatal in the marketplace.
Therefore, affiliates of Mirabilis cannot be involved with this product.

3

If Nexia was spun off and did not have any shareholders or controlling
parties with such a history, an alliance might be possible.  Similarly,
if Nexia consultants were to form a separate company that was not
affiliated with Mirabilis and did not have any controlling shareholders
or employees with a history of fraud or other criminal activity, there
would be the possibility of an alliance (a consulting affiliate or
subsidiary of Fox Technology might be a real possibility).  However, I
would prefer that this issue be dealt with separately outside of the
agreement for the Certification.  WE COULD SET UP NEXIA CONSULTING, A
SEPARATE COMPANY AND  % OF NET PROFITS TO MIRABILIS.  STAND ALONE WITH
PROFITS BACK TO MIRABILIS FOR LOAN AND BACK TO MIRABILIS.  THIS COULD BE
DONE, BUT MAY INTERPLAY WITH CLEAN BREAK CONCEPT.

3.              Edie shall retain all of her Mirabilis Stock
subject to the same terms and limitations as other Mirabilis
shareholders
[Edie Curry] Fine  FORFEITS ALL STOCK.

4.              Edie shall retain the right, as an independent
contractor, to participate in transactions that she may bring to
Mirabilis or one of its affiliates or subsidiaries in the future, on
mutually agreeable terms.
[Edie Curry] Fine

5.              Edie shall resign from all offices and
directorships that she may hold in Mirabilis or any of its subsidiaries
or affiliates.
[Edie Curry] Fine

6.              All obligations of Mirabilis, Common Paymaster or
any other affiliate or subsidiary of Mirabilis pursuant to any
employment agreement that Edie has shall be null, void and of no further
force or effect and Edie shall execute a general release in favor of all
such entities.  [Edie Curry] Agree that my employment contract and all
obligations shall be null and void.  Agree that I will execute a general
release as to employment matters, but will want Mirabilis to indemnify
me for any liability arising from my actions as an officer or Board
member of Mirabilis.  Release should not cover issues not relating to
employment or duties as a Board member .   The covenants and
restrictions of the employment agreement(s) as applied to Edie, except
for Nexia Strategy, shall remain in full force and effect in accordance
with their terms.[Edie Curry] This contradicts first sentence and not
sure what you are trying to accomplish here.  BE SPECIFIC AS TO
RESTRICTIONS.  THERE IS NOT A CONFLICT. THE INTENTION WAS THAT SHE WOULD
NOT COMPLETE AND WOULD NOT SOLICIT EMPLOYEES AS PER HER AGREEMENT WITH
COMMON PAYMASTER, BUT THAT SHE WOULD RELEASE MIRABILIS.  HER REQUEST TO
EXCEPT MATTERS ON WHICH SHE WORKED AS AN OFFICER AND BOARD MEMBER IS
APPROPRIATE AND IS COVERED BY D& O INSURANCE ALREADY IN PLACE.

7.                      I would also like a promissory note from
Mirabilis to pay me $2,300,000 over five years at 7% interest.  I earned
a fee of approximately $3,000,000 for negotiating Presidion's
obligations with Bob Gaines and Fred Sandlin   Frank Amodeo requested
that I take in the form of a note for $500,000 and stock supposedly
worth $2,000,000 in lieu of that fee.  I agreed to do this in good faith
based on Frank's assertions that Frank was going to make things right.
Frank's companies later acquired the assets of Presidion and stopped
payment on the note and made the stock essentially valueless.  While I
might chalk this up to "that's the way it sometimes goes", the fact of
the matter is that Mirabilis and its shareholders benefited directly
from this at my expense.  If I am being asked to pay something to
Mirabilis to make things right, I should be able to expect similar
treatment and believe I have a better claim to do so. I would also like
an agreement that specifically states what I am entitled to be paid for
bringing the AEM deal into Mirabilis.   FOUNDATION FOR BASIS OF FEE
UNCERTAIN. WE RECOMMEND CLEAN BREAK.

8.              All existing Richmond employees shall remain
employed under their current employment agreements with Common Paymaster
and shall report to Frank Hailstones, who shall be responsible to assign

4

to them at least 25 hours per week of billable time. These employees
shall be permitted to provide  assistance to Edie on the Nexia
Certification program after  completion of their assigned duties to Mr.
Hailstones. [Edie Curry] They should be offerred the option to have
their contracts voided since Mirabilis hired them to set up a call
center/factoring group in Richmond.    SEVERANCE ISSUES ONLY.   THEY CAN
QUIT IF THEY WANT.   THE PROMISE IS FOR THAT OF EMPLOYMENT AND THEY ARE
SUBJECT TO BEING RE-ASSIGNED.   IF THEY DON'T WANT TO WORK FOR COMMON
PAYMASTER THEY CAN ALWAYS RESIGN THUS WE DO NOT HAVE TO GRANT THEM ANY
NEW RIGHTS.

9.              The foregoing shall not impact Tom Broadhead in any
manner whose Employment Agreement shall remain in full force and effect
in accordance with its terms and who shall also retain all right title
and interest in and to his stock in Mirabilis on the same terms and
limitations as other shareholders in said entity[Edie Curry] . Agreed

---

From: Frank Hailstones (M)
Sent: Thu 10/5/2006 6:19 PM
To: Edie Curry
Subject: FW: Edie Curry

Edie


This is what we have from the latest round of discussions. I will call
you later to discuss


Frank

---

From: Richard E. Berman [mailto:reb@bermankean.com]
Sent: Wednesday, October 04, 2006 12:31 PM
To: Frank Hailstones (M)
Cc: lholtz@rachlin.com
Subject: Edie Curry


This is a reaffirmation of the offer to be made to Edie after extensive
discussion with Frank  and Laurie.


1.              All right, title and interest in and to the Nexia
Certification program would be assigned to Edie

2.              As compensation for the foregoing, Edie and any new
entity that she may form for the purpose of advancing Nexia
Certification shall execute a Note payable to a charitable foundation to
be formed by Mirabilis in the amount of $2.5M with interest at prime +
2% which shall accrue from the date of execution until paid.  Payment of
the Note shall be made to the charitable foundation to be formed from
future revenues derived (%of gross sales) from the Nexia Certification
program

3.              Nexia Strategy shall work with the Nexia
Certification program and the profits from this joint venture shall be

shared

4.          Edie shall retain all of her Mirabilis Stock
subject to the same terms and limitations as other Mirabilis
shareholders

5.          Edie shall retain the right, as an independent
contractor, to participate in transactions that she may bring to
Mirabilis or one of its affiliates or subsidiaries in the future, on
mutually agreeable terms.

6.          Edie shall resign from all offices and
directorships that she may hold in Mirabilis or any of its subsidiaries
or affiliates.

7.          All obligations of Mirabilis, Common Paymaster or
any other affiliate or subsidiary of Mirabilis pursuant to any
employment agreement that Edie has shall be null, void and of no further
force or effect and Edie shall execute a general release in favor of all
such entities.  The covenants and restrictions of the employment
agreement(s) as applied to Edie, except for Nexia Strategy, shall remain
in full force and effect in accordance with their terms.

8.          All existing Richmond employees shall remain
employed under their current employment agreements with Common Paymaster
and shall report to Frank Hailstones, who shall be responsible to assign
to them at least 25 hours per week of billable time. These employees
shall be permitted to provide  assistance to Edie on the Nexia
Certification program after  completion of their assigned duties to Mr.
Hailstones.

9.          The foregoing shall not impact Tom Broadhead in any
manner whose Employment Agreement shall remain in full force and effect
in accordance with its terms and who shall also retain all right title
and interest in and to his stock in Mirabilis on the same terms and
limitations as other shareholders in said entity

Richard E. Berman, Esq.

Berman, Kean & Riguera, P.A.

2101 W. Commercial Blvd., Ste. 2800

Fort Lauderdale, FL 33309

(954) 735-3636   Fax: (954) 735-3636

</HTML

## Frank Hailstones

**From:**    Richard E. Berman [reb@bermankean.com]
**Sent:**    11 October 2006 16:19
**To:**      Frank Hailstones (M)
**Subject:** RE: Edie Curry / Richmond

I concur that it is very fair and will provide such a writing.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** Tuesday, October 10, 2006 9:03 PM
**To:** Richard E. Berman
**Subject:** Edie Curry / Richmond

Richard

 I spoke with Laurie who was fine with the latest proposal;can I suggest you write up my notes by way of a formal offer and run it past Frank. I will prime Edie re its contents tonight

Frank Hailstones
CEO
111 N Orange Ave
Orlando
32801
407 517 7760 (Office)
407 592 5586 (Mobile)

## Frank Hailstones

| | |
|---|---|
| **From:** | Richard E. Berman [reb@bermankean.com] |
| **Sent:** | 11 October 2006 16:18 |
| **To:** | Frank Hailstones (M); lholtz@rachlin.com |

**Subject:** RE: Edie Curry

I believe it all to be fair.  I will review the terms with Frank.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** Wednesday, October 11, 2006 4:54 AM
**To:** Richard E. Berman; lholtz@rachlin.com
**Subject:** RE: Edie Curry

Richard

I am tavelling to day - Houston and San Fran

I spoke to Edie last night. Outlined the terms; she is waiting to see them in writing

Can you run past Frank and email them to her. I will then call and follow up

Thanks

Frank Hailstones
CEO
111 N Orange Ave
Orlando
32801
407 517 7760 (Office)
407 592 5586 (Mobile)

-----Original Message-----
From: Richard E. Berman [mailto:reb@bermankean.com]
Sent: Tue 10/10/2006 9:55 AM
To: Frank Hailstones (M); lholtz@rachlin.com
Subject: RE: Edie Curry

Will wait to hear from you.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for
the person to whom, or entity to which, it is addressed and may contain
confidential and/or privileged material. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail, destroy all copies
of the original message, and do not disseminate it further. If you are
the intended recipient, but do not wish to receive communications
through this medium, please advise the sender immediately.

---

From: Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
Sent: Monday, October 09, 2006 7:52 PM
To: Richard E. Berman; lholtz@rachlin.com
Subject: RE: Edie Curry


Did not get enough lrtime with Frank today to discuss
Am seeing him am so will pick up then
Told Edie we were working on it
Will let you know soon as
Thx

   -----Original Message-----
From:   Richard E. Berman [mailto:reb@bermankean.com]
Sent:   Mon Oct 09 13:10:21 2006
To:     Frank Hailstones (M); lholtz@rachlin.com
Subject:     FW: Edie Curry

Please scroll down. My comments are in Capital Letters following those
made by Edie.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for
the person to whom, or entity to which, it is addressed and may contain
confidential and/or privileged material. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail, destroy all copies
of the original message, and do not disseminate it further. If you are
the intended recipient, but do not wish to receive communications
through this medium, please advise the sender immediately.

---

From: Richard E. Berman
Sent: Monday, October 09, 2006 12:54 PM

To: Richard E. Berman
Subject: RE: Edie Curry


Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000  Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for
the person to whom, or entity to which, it is addressed and may contain
confidential and/or privileged material. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail, destroy all copies
of the original message, and do not disseminate it further. If you are
the intended recipient, but do not wish to receive communications
through this medium, please advise the sender immediately.

---

From: Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
Sent: Monday, October 09, 2006 11:45 AM
To: lholtz@rachlin.com; Richard E. Berman
Subject: FW: Edie Curry


Latest

---

From: Edie Curry
Sent: Monday, October 09, 2006 10:25 AM
To: Frank Hailstones (M)
Subject: RE: Edie Curry


This is a reaffirmation of the offer to be made to Edie after extensive
discussion with Frank  and Laurie.

All right, title and interest in and to the Nexia Certification program
would be assigned to Edie
[Edie Curry] Agreed.

1.          As compensation for the foregoing, Edie and any new
entity that she may form for the purpose of advancing Nexia
Certification shall execute a Note payable to a charitable foundation to
be formed by Mirabilis in the amount of $2.5M with interest at prime +
2% which shall accrue from the date of execution until paid.  Payment of
the Note shall be made to the charitable foundation to be formed from
future revenues derived (%of gross sales) from the Nexia Certification
program[Edie Curry] .Any payments made to Mirabilis or its designee
should be based on Mirabilis' "investment" in the Certification product
to date.  The investment appears to be primarily the salaries of myself,
Scott Hannah, Mark Wickersham, Tony Santillo and Jaqueline Poliquin and
legal fees and expenses directly related to the patenting of the

Certification program.  I don't have a total of all of these costs.
However, for sake of discussion, let's assume salaries total $600,000
since january 2006 and legal fees and expenses total $150,000.  I
believe half of the salary expense should be allocated to Mirabilis for
the fact that Tony, Mark, Scott and Jacqueline were hired to set up the
office in Richmond an spent a large part of their time during the first
4.5 months trying to accomplish that and then unwinding that.  That
makes the total attributable to the Certification program $450,000.
Based on what a venture capital firm might charge in interest or have
for an expected return on its funds that were at risk for an average of
4.5 months, I suggest a 50% permium, so the total to be repayed should
be $675,000.  The actual amount can be adjusted based on the actual,
reasonable and necessary figures Mirabilis is able to document (for
example, a lot of the legal fees are still outstanding).  This amount
can be paid to a foundation, but it must be a 501 (c) (3) foundation
jointly agreed upon by Mirabilis and me and must benefit children in the
U.S. NOT A MATTER OF COSTS.  ENABLES HER TO CREATE A SUCCESS OR
EVERYONE LOSES.  IF THE 2.5m CAN'T BE PAID THEN IT MEANS THAT NEXIA
STRATEGY HAD NO CHANCE OF SUCCESS.  THIS IS A CHANCE FOR HER TO BECOME
VERY WEALTHY.  EITHER VERY GOOD OR WORTHLESS.  IT SHOULDN'T STAND IN THE
WAY OF HER OPPORTUNITY TO SUCCEED.  IF SHE DOES NOT, IT COSTS HER
NOTHING.  IF SHE DOES, THIS IS A MEANINGLESS NUMBER.  HOWEVER, AFTER
DISCUSSION AND JUXTAPOSITION OF SUMS OWED TO HER, SOME OF WHICH ARE
DOCUMENTED, INCLUDING NOTE PAYMENT AND SEVERANCE PAY, A COMPLETE
BREAK-CLEAN-BY BOTH PARTIES SEEMS REASONABLE.  THIS WOULD INCLUDE HER
GIVING UP HER SHARES IN MIRABILIS AND ANY AFFILIATE, RESIGNING FROM ALL
POSITIONS, ETC.  ALSO, IT WAS NOTED THAT SINCE SHE IS CONCERNED ABOUT
MIRABLILS AFFILIATION, SHE IS BETTER OFF NOT BEING A SHAREHOLDER.

2.           Nexia Strategy shall work with the Nexia
Certification program and the profits from this joint venture shall be
shared[Edie Curry] .Sharing of profits with a consulting group is
theoretically fine, but this product will be highly involved with
financial/banking and insurance companies and regulations.  Banks and
their affiliates will also be a primary target for this product.
Because of various banking and insurance regulations, including
Gramm-Leach Bliley's security regulations, FDICIA, and the PATRIOT Act,
this program cannot have any association with companies or individuals
that have any history of fraud or other criminal activity.  Even without
such regulations, such an association would be fatal in the marketplace.
Therefore, affiliates of Mirabilis cannot be involved with this product.
If Nexia was spun off and did not have any shareholders or controlling
parties with such a history, an alliance might be possible.  Similarly,
if Nexia consultants were to form a separate company that was not
affiliated with Mirabilis and did not have any controlling shareholders
or employees with a history of fraud or other criminal activity, there
would be the possibility of an alliance (a consulting affiliate or
subsidiary of Fox Technology might be a real possibility).  However, I
would prefer that this issue be dealt with separately outside of the
agreement for the Certification.  WE COULD SET UP NEXIA CONSULTING, A
SEPARATE COMPANY AND % OF NET PROFITS TO MIRABILIS.  STAND ALONE WITH
PROFITS BACK TO MIRABILIS FOR LOAN AND BACK TO MIRABILIS.  THIS COULD BE
DONE, BUT MAY INTERPLAY WITH CLEAN BREAK CONCEPT.

3.           Edie shall retain all of her Mirabilis Stock
subject to the same terms and limitations as other Mirabilis
shareholders
[Edie Curry] Fine  FORFEITS ALL STOCK.

4.           Edie shall retain the right, as an independent
contractor, to participate in transactions that she may bring to
Mirabilis or one of its affiliates or subsidiaries in the future, on
mutually agreeable terms.
[Edie Curry] Fine

5.           Edie shall resign from all offices and

directorships that she may hold in Mirabilis or any of its subsidiaries
or affiliates.
[Edie Curry] Fine

6.          All obligations of Mirabilis, Common Paymaster or
any other affiliate or subsidiary of Mirabilis pursuant to any
employment agreement that Edie has shall be null, void and of no further
force or effect and Edie shall execute a general release in favor of all
such entities. [Edie Curry] Agree that my employment contract and all
obligations shall be null and void.  Agree that I will execute a general
release as to employment matters, but will want Mirabilis to indemnify
me for any liability arising from my actions as an officer or Board
member of Mirabilis.  Release should not cover issues not relating to
employment or duties as a Board member .  The covenants and
restrictions of the employment agreement(s) as applied to Edie, except
for Nexia Strategy, shall remain in full force and effect in accordance
with their terms.[Edie Curry] This contradicts first sentence and not
sure what you are trying to accomplish here. BE SPECIFIC AS TO
RESTRICTIONS. THERE IS NOT A CONFLICT. THE INTENTION WAS THAT SHE WOULD
NOT COMPLETE AND WOULD NOT SOLICIT EMPLOYEES AS PER HER AGREEMENT WITH
COMMON PAYMASTER, BUT THAT SHE WOULD RELEASE MIRABILIS. HER REQUEST TO
EXCEPT MATTERS ON WHICH SHE WORKED AS AN OFFICER AND BOARD MEMBER IS
APPROPRIATE AND IS COVERED BY D& O INSURANCE ALREADY IN PLACE.

7.          I would also like a promissory note from
Mirabilis to pay me $2,300,000 over five years at 7% interest.  I earned
a fee of approximately $3,000,000 for negotiating Presidion's
obligations with Bob Gaines and Fred Sandlin  Frank Amodeo requested
that I take in the form of a note for $500,000 and stock supposedly
worth $2,000,000 in lieu of that fee.  I agreed to do this in good faith
based on Frank's assertions that Frank was going to make things right.
Frank's companies later acquired the assets of Presidion and stopped
payment on the note and made the stock essentially valueless.  While I
might chalk this up to "that's the way it sometimes goes", the fact of
the matter is that Mirabilis and its shareholders benefited directly
from this at my expense.  If I am being asked to pay something to
Mirabilis to make things right, I should be able to expect similar
treatment and believe I have a better claim to do so. I would also like
an agreement that specifically states what I am entitled to be paid for
bringing the AEM deal into Mirabilis.  FOUNDATION FOR BASIS OF FEE
UNCERTAIN. WE RECOMMEND CLEAN BREAK.

8.          All existing Richmond employees shall remain
employed under their current employment agreements with Common Paymaster
and shall report to Frank Hailstones, who shall be responsible to assign
to them at least 25 hours per week of billable time. These employees
shall be permitted to provide  assistance to Edie on the Nexia
Certification program after  completion of their assigned duties to Mr.
Hailstones. [Edie Curry] They should be offerred the option to have
their contracts voided since Mirabilis hired them to set up a call
center/factoring group in Richmond.   SEVERANCE ISSUES ONLY.  THEY CAN
QUIT IF THEY WANT.   THE PROMISE IS FOR THAT OF EMPLOYMENT AND THEY ARE
SUBJECT TO BEING RE-ASSIGNED. IF THEY DON'T WANT TO WORK FOR COMMON
PAYMASTER THEY CAN ALWAYS RESIGN THUS WE DO NOT HAVE TO GRANT THEM ANY
NEW RIGHTS.

9.          The foregoing shall not impact Tom Broadhead in any
manner whose Employment Agreement shall remain in full force and effect
in accordance with its terms and who shall also retain all right title
and interest in and to his stock in Mirabilis on the same terms and
limitations as other shareholders in said entity[Edie Curry] . Agreed

From: Frank Hailstones (M)
Sent: Thu 10/5/2006 6:19 PM
To: Edie Curry
Subject: FW: Edie Curry

Edie


This is what we have from the latest round of discussions. I will call
you later to discuss


Frank


From: Richard E. Berman [mailto:reb@bermankean.com]
Sent: Wednesday, October 04, 2006 12:31 PM
To: Frank Hailstones (M)
Cc: lholtz@rachlin.com
Subject: Edie Curry


This is a reaffirmation of the offer to be made to Edie after extensive
discussion with Frank  and Laurie.


1.        All right, title and interest in and to the Nexia
Certification program would be assigned to Edie

2.        As compensation for the foregoing, Edie and any new
entity that she may form for the purpose of advancing Nexia
Certification shall execute a Note payable to a charitable foundation to
be formed by Mirabilis in the amount of $2.5M with interest at prime +
2% which shall accrue from the date of execution until paid.  Payment of
the Note shall be made to the charitable foundation to be formed from
future revenues derived (%of gross sales) from the Nexia Certification
program

3.        Nexia Strategy shall work with the Nexia
Certification program and the profits from this joint venture shall be
shared

4.        Edie shall retain all of her Mirabilis Stock
subject to the same terms and limitations as other Mirabilis
shareholders

5.        Edie shall retain the right, as an independent
contractor, to participate in transactions that she may bring to
Mirabilis or one of its affiliates or subsidiaries in the future, on
mutually agreeable terms.

6.        Edie shall resign from all offices and
directorships that she may hold in Mirabilis or any of its subsidiaries
or affiliates.

7.        All obligations of Mirabilis, Common Paymaster or
any other affiliate or subsidiary of Mirabilis pursuant to any

employment agreement that Edie has shall be null, void and of no further
force or effect and Edie shall execute a general release in favor of all
such entities. The covenants and restrictions of the employment
agreement(s) as applied to Edie, except for Nexia Strategy, shall remain
in full force and effect in accordance with their terms.

8.          All existing Richmond employees shall remain
employed under their current employment agreements with Common Paymaster
and shall report to Frank Hailstones, who shall be responsible to assign
to them at least 25 hours per week of billable time. These employees
shall be permitted to provide  assistance to Edie on the Nexia
Certification program after  completion of their assigned duties to Mr.
Hailstones.

9.          The foregoing shall not impact Tom Broadhead in any
manner whose Employment Agreement shall remain in full force and effect
in accordance with its terms and who shall also retain all right title
and interest in and to his stock in Mirabilis on the same terms and
limitations as other shareholders in said entity

Richard E. Berman, Esq.

Berman, Kean & Riguera, P.A.

2101 W. Commercial Blvd., Ste. 2800

Fort Lauderdale, FL 33309

(954) 735-3636  Fax: (954) 735-3636

</HTML

</HTML

**Frank Hailstones**

| | |
|---|---|
| **From:** | Richard E. Berman [reb@bermankean.com] |
| **Sent:** | 11 October 2006 22:58 |
| **To:** | Frank Hailstones (M); lholtz@rachlin.com |
| **Subject:** | Doc41.doc |
| **Importance:** | High |
| **Attachments:** | Doc41.doc |

Your thoughts and comments are invited.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

EDIE CURRY OFFER

This is a reaffirmation of the final offer to be made to Edie

1. All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2. As compensation for the foregoing, Edie and any new entity that she may create for the purpose of advancing Nexia Certification shall execute a Note payable to Mirabilis in the amount of $500K with interest at prime + 2% which shall accrue from the date of execution until paid.  The $500k Note plus interest to be paid from future revenues – either from Nexia Certification or the first $500k share of (Edie's Newco) consulting revenues (see 3 below) is the final amount owing to Edie Curry covering all claims/amounts due, other than current salary which terminates by agreement on October 15, 2006.

3. Nexia consultants will form a separate company that will not be affiliated with Mirabilis and not have any controlling shareholders or employees with a history of fraud or other criminal activity, for the specific purpose of working with the Nexia Certification program and the net profits from this joint venture shall be shared equally between the 2 organizations

4. Edie shall forfeit all right, title and interest in and to her Mirabilis Ventures, Inc. stock and shall execute an assignment separate from certificate assigning her stock back to the corporation.

5. Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms.

6. Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

7. All obligations owed to Edie by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement, or any other written or oral agreement that Edie has with any such entity shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities.  Notwithstanding the foregoing, the obligations of this agreement shall survive as shall the restrictions contained in the Common Paymaster employment agreement as to Edie as employee thereunder.

8. Edie shall retain her stock in Presidion Corporation.

9. All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign to them at least 25 hours per week of billable time. These employees shall be permitted to provide  assistance to Edie on the

Nexia Certification program after  completion of their assigned
duties to Mr. Hailstones.

10. Neither party shall disparage the other and shall agree upon a
statement to be made to any third party who inquires as to why th

11. The foregoing shall not impact Tom Broadhead in any manner
whose Employment Agreement shall remain in full force and effect
in accordance with its terms and who shall also retain all right title
and interest in and to his stock in Mirabilis on the same terms and
limitations as other shareholders in said entity

**Frank Hailstones**

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | 12 October 2006 13:33 |
| **To:** | 'Richard E. Berman' |
| **Subject:** | RE: Doc41.doc |

Richard
If you have cleardd it with Fl can we get it out now From you or me ?
Frank

    -----Original Message-----
From:       Richard E. Berman [mailto:reb@bermankean.com]
Sent: Wed Oct 11 17:56:02 2006
To:   Frank Hailstones (M); lholtz@rachlin.com
Subject:    Doc41.doc

Your thoughts and comments are invited.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000    Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to
whom, or entity to which, it is addressed and may contain confidential and/or
privileged material. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by reply
e-mail, destroy all copies of the original message, and do not disseminate it further.
If you are the intended recipient, but do not wish to receive communications through
this medium, please advise the sender immediately.

## Frank Hailstones

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | 12 October 2006 21:23 |
| **To:** | Edie Curry |
| **Subject:** | FW: E Curry Proposal |

**Attachments:** Doc41.doc

Edie

Just got this 'released'. Still in Palo Alto. Heading back tonight. Be at airport about 10PM EST if too late call me am

Hope you are well

Regards

*Frank*
immediately.

**EDIE CURRY OFFER**

This is a reaffirmation of the final offer to be made to Edie

1. All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2. As compensation for the foregoing, Edie and any new entity that she may create for the purpose of advancing Nexia Certification shall execute a Note payable to Mirabilis in the amount of $500K with interest at prime + 2% which shall accrue from the date of execution until paid. The $500k Note plus interest to be paid from future revenues – either from Nexia Certification or the first $500k share of (Edie's Newco) consulting revenues (see 3 below) is the final amount owing to Edie Curry covering all claims/amounts due, other than current salary which terminates by agreement on October 15, 2006.

3. Nexia consultants will form a separate company that will not be affiliated with Mirabilis and not have any controlling shareholders or employees with a history of fraud or other criminal activity, for the specific purpose of working with the Nexia Certification program and the net profits from this joint venture shall be shared equally between the 2 organizations

4. Edie shall forfeit all right, title and interest in and to her Mirabilis Ventures, Inc. stock and shall execute an assignment separate from certificate assigning her stock back to the corporation.

5. Edie, as a former officer and director, shall remain covered by the D & O policy for any claims within the policy purview.

6. Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms.

7. Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

8. All obligations owed to Edie by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement, or any other written or oral agreement that Edie has with any such entity shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities. Notwithstanding the foregoing, the obligations of this agreement shall survive as shall the restrictions contained in the Common Paymaster employment agreement as to Edie as employee thereunder.

9. Edie shall retain her stock in Presidion Corporation.

10. All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign

to them at least 25 hours per week of billable time. These
employees shall be permitted to provide  assistance to Edie on the
Nexia Certification program after  completion of their assigned
duties to Mr. Hailstones.

11. Neither party shall disparage the other and shall agree upon a
statement to be made to any third party who inquires as to why th

12. The foregoing shall not impact Tom Broadhead in any manner
whose Employment Agreement shall remain in full force and effect
in accordance with its terms and who shall also retain all right title
and interest in and to his stock in Mirabilis on the same terms and
limitations as other shareholders in said entity

## Frank Hailstones

| | |
|---|---|
| **From:** | Edie Curry |
| **Sent:** | 12 October 2006 21:52 |
| **To:** | Frank Hailstones (M) |
| **Subject:** | FW: E Curry Proposal |

**Attachments:** proposal.doc

Changes underlined or as noted in paragraph a.

### EDIE CURRY OFFER

This is a reaffirmation of the final offer to be made to Edie

1. All right, title and interest in and to the Nexia Certification program would be assigned to Edie
   a. fine

2. As compensation for the foregoing, Edie and any new entity that she may create for the purpose of advancing Nexia Certification Newco, not me personally shall execute a Note payable to Mirabilis in the amount of $500K with interest at prime + 2% which shall accrue from the date of execution until paid. The $500k Note plus interest to be paid from future revenues -- either from Nexia Certification or the first $500k share of (Edie's Newco) consulting revenues (see 3 below) is the final amount owing to Edie Curry covering all claims/amounts due, other than current salary which terminates by agreement on October 15, 2006.
   a. I don't understand the statement "final amount owing to Edie Curry." What are you trying to say here?

3. Nexia consultants will form a separate company that will not be affiliated with Mirabilis and not have any controlling shareholders or employees with a history of fraud or other criminal activity, for the specific purpose of working with the Nexia Certification program and the _gross_ profits from this joint venture shall be shared equally between the 2 organizations

4. Edie shall forfeit all right, title and interest in and to her Presidion  stock and shall execute an assignment separate from certificate assigning her stock  to the corporation.
   a. Otherwise this conflicts with the commitments made to Mirabilis "tenured shareholders" and would have a chilling effect on all other tenured shareholders.

5. Edie shall receive a full waiver, as a former officer and director, shall remain covered by the D & O policy for any claims within the policy purview.

6. Edie shall retain the right, as an independent contractor, to  participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms.
   a. fine

7. Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.
   a. fine

8. All obligations owed to Edie by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement, or any other written or oral agreement that Edie has with any such entity shall be null, void and of no further force or effect and Edie shall execute a general

release in favor of all such entities.
    a. **Please produce these agreements first.**
    Notwithstanding the foregoing, the obligations of this agreement shall survive as shall the restrictions contained in the Common Paymaster employment agreement as to Edie as employee thereunder.
    b. **Huh? I don't understand your meaning or intent here.**

9.  Edie shall retain her stock in Mirabilis Ventures, Inc..

10. I can't negotiate for or on behalf of the Richmond employees. All existing Richmond employees shall remain employed under their current employment agreements with Common Paymaster and shall report to Frank Hailstones, who shall be responsible to assign to them at least 25 hours per week of billable time. These employees shall be permitted to provide assistance to Edie on the Nexia Certification program after completion of their assigned duties to Mr. Hailstones.

11. Neither party shall disparage the other and shall agree upon a statement to be made to any third party who inquires as to why.

    a.  fine and I shall have a good reference.

12. Again, I am not sure why this is included for the same reason I mention the Richmond employees. I am not authorized to negotiate for Tom. Why is this being included? The foregoing shall not impact Tom Broadhead in any manner whose Employment Agreement shall remain in full force and effect in accordance with its terms and who shall also retain all right title and interest in and to his stock in Mirabilis on the same terms and limitations as other shareholders in said entity

———Original Message———
**From:** Frank Hailstones (M)
**Sent:** Thursday, October 12, 2006 4:23 PM
**To:** Edie Curry
**Subject:** FW: E Curry Proposal

Edie

Just got this 'released'. Still in Palo Alto. Heading back tonight. Be at airport about 10PM EST if too late call me am

Hope you are well

Regards

*Frank*
immediately.

## Frank Hailstones

**From:** Frank Hailstones (M)
**Sent:** 15 October 2006 19:49
**To:** Edie Curry
**Subject:** RE: Hope everything is OK

Edie
I am thinking thro a few points.help me
Fl wants to recoup his cost of investment in NC which seems fair.are you opposed to
that? I thought 500k from future revs wsas fair Your issues are 3  the Note and the
Presidion stock and the MVI stock The latest offer includes you keeping Presidion I
think but giving up on MVI and the Note.
So is the main points at issue?
I am out doing domestics just now
Call you later
I really hope we can fix this so we can take this forward Frank

-----Original Message-----
**From:**     Edie Curry
**Sent:** Sun Oct 15 12:11:53 2006
**To:**  Frank Hailstones (M)
**Subject:**    RE: Hope everything is OK

You're it!!

-----Original Message-----
**From:**     Frank Hailstones (M)
**Sent:** Sun Oct 15 11:38:52 2006
**To:**  Edie Curry
**Subject:**    RE: Hope everything is OK

Back now if its any good

Frank Hailstones
CEO
111 N Orange Ave
Orlando
32801
407 517 7760 (Office)
407 592 5586 (Mobile)


-----Original Message-----
**From:** Edie Curry
**Sent:** Sun 10/15/2006 11:28 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Hope everything is OK

10:30 am or pm?

-----Original Message-----
**From:**     Frank Hailstones (M)
**Sent:** Sun Oct 15 08:09:04 2006
**To:**  Edie Curry
**Subject:**    RE: Hope everything is OK

Edie

when is a good time today? I am out until 10.30

Thx

Frank Hailstones
CEO
111 N Orange Ave

1

**Frank Hailstones**

| | |
|---|---|
| From: | Edie Curry |
| Sent: | 15 October 2006 20:25 |
| To: | Frank Hailstones (M) |
| Subject: | RE: Hope everything is OK . |

Of course that is fair.  His actual cost is no more than $500k.  I'll repay $500k.
That's it.  No surrender of anything else. If I surrender anything else there is a
substantial TAX impact which I can not afford.  Does anyone get that?
I will also share 50% of all consulting gross revenue, as long as Newco can perform to
standard.  I now have proof that 95 percent of the revenue is in the front end
consulting.  Which means I am still sending additional $$ into Mirabilis shareholders
beyond the cost of investment, right?
Why try to compete with Experian?   By the way, the boys' non-compete is only as to
Nexia Certification, not to consulting.  As long as there is no certification there is
no issue.


     -----Original Message-----
From:      Frank Hailstones (M)
Sent:  Sun Oct 15 14:49:12 2006
To:   Edie Curry
Subject:    RE: Hope everything is OK

Edie
I am thinking thro a few points.help me
F1 wants to recoup his cost of investment in NC which seems fair.are you opposed to
that? I thought 500k from future revs wsas faIr Your issues are 3  the Note and the
Presidion stock and the MVI stock The latest offer includes you keeping Presidion I
think but giving up on MVI and the Note.
So is the main points at issue?
I am out doing domestics just now
Call you later
I really hope we can fix this so we can take this forward Frank

     -----Original Message-----
From:        Edie Curry
Sent: Sun Oct 15 12:11:53 2006
To:    Frank Hailstones (M)
Subject:    RE: Hope everything is OK

You're it!!

     -----Original Message-----
From:      Frank Hailstones (M)
Sent: Sun Oct 15 11:38:52 2006
To:   Edie Curry
Subject:    RE: Hope everything is OK

Back now if its any good

Frank Hailstones
CEO
111 N Orange Ave
Orlando
32801
407 517 7760 (Office)
407 592 5586 (Mobile)


     -----Original Message-----
From: Edie Curry
Sent: Sun 10/15/2006 11:28 AM
To: Frank Hailstones (M)
Subject: RE: Hope everything is OK

1

10:30 am or pm?

-----Original Message-----
From:       Frank Hailstones (M)
Sent: Sun Oct 15 08:09:04 2006
To:   Edie Curry
Subject:    RE: Hope everything is OK

Edie

when is a good time today? I am out until 10.30

Thx

Frank Hailstones
CEO
111 N Orange Ave
Orlando
32801
407 517 7760 (Office)
407 592 5586 (Mobile)


-----Original Message-----
From: Edie Curry
Sent: Fri 10/13/2006 4:25 PM
To: Frank Hailstones (M)
Subject: RE: Hope everything is OK

Please call me as soon as...

-----Original Message-----
From:       Frank Hailstones (M)
Sent: Fri Oct 13 16:09:16 2006
To:   Edie Curry
Subject:    Hope everything is OK


Sent by GoodLink (www.good.com)
Frank

2

# Frank Hailstones

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | 15 October 2006 22:04 |
| **To:** | Edie Curry |
| **Subject:** | RE: Next Steps |

Edie

So what does that mean?. Looks like you are agreeing to the 'final offer' from Berman other than the 'net' part of $500k (what else is there - is it the Brookmeade note - $304k?) and you get to keep your MVI stock. Correct? Is there anything else?

If we get this bit sorted whats your thoughts on Newco?

Mine were:

1 We set up Newco pdq; I can probably use one of the Axena shells
2 We need to decide on shareholders - you / me / Laurie / Rama?
3 We draw up a Shareholders Agreement and Operating Agreement on costings / revenue sharing - thoughts on terms?
4 We need to determine ownership on methodology / IP contributed and developed
5 Are you setting up a separate Newco for Nexia Certification?

Ill call you when I get home to discuss

Frank


-----Original Message-----
From: Edie Curry
Sent: 10/15/2006 3:25 PM
To: Frank Hailstones (M)
Subject: RE: Hope everything is OK

Of course that is fair.  His actual cost is no more than $500k.  I'll repay $500k. That's it.  No surrender of anything else.  If I surrender anything else there is a substantial TAX impact which I can not afford.  Does anyone get that? I will also share 50% of all consulting gross revenue, as long as Newco can perform to standard.  I now have proof that 95 percent of the revenue is in the front end consulting.  Which means I am still sending additional $$ into Mirabilis shareholders beyond the cost of investment, right? Why try to compete with Experian?   By the way, the boys' non-compete is only as to Nexia Certification, not to consulting.  As long as there is no certification there is no issue.


-----Original Message-----
From:      Frank Hailstones (M)
Sent: Sun Oct 15 14:49:12 2006
To:   Edie Curry
Subject:   RE: Hope everything is OK

Edie
I am thinking thro a few points.help me
F1 wants to recoup his cost of investment in NC which seems fair.are you opposed to that? I thought 500k from future revs wsas faIr Your issues are 3  the Note and the Presidion stock and the MVI stock The latest offer includes you keeping Presidion I think but giving up on MVI and the Note.
So is the main points at issue?
I am out doing domestics just now
Call you later
I really hope we can fix this so we can take this forward Frank

-----Original Message-----
From:      Edie Curry

1