## Edie Curry

**From:** Edie Curry
**Sent:** Thursday, June 08, 2006 10:20 PM
**To:** lholtz@rachlin.com
**Subject:** FW:
**Attachments:** Frank Amodeo Update.ppt

Let's try this again!

---

**From:** Edie Curry
**Sent:** Thursday, June 08, 2006 5:17 PM
**To:** 'lholtz@rachlin.com'
**Subject:**

10/17/2007

**Exhibit "A"**

# The launch timing of the Nexia Certification PR is upon us

- Conversations with Insurance Companies need to begin the week of June 12

- It is imperative the Certification Program publicly launches in the next 60 days
  - Driven by growing interest and government calendar – Mark Warner (D) and George Allen (R) areTalking about "an anti-fraud product" they are initiating in Virginia
  - Article by Pete Gulaska (former Editor BusinessWeek) beginning in two weeks – interview being set up with Laurie Holtz

- In order to meet aggressive PR timelines we need to mobilize



**Immediate Needs**
- Officially hire PR Firm
- Finalize Certification Company Name
- Legal Incorporation
- Patent Applications
- Full Engagement of Howard Timm

**Preplanning & Production**
- Company Materials
- Executive Overviews
- White Papers

**Competitive Analysis**
- Exhaustive Competitive Analysis
- Certification Vetting (UVA and VCU panels)

**Introduction Rollout**
- Government Meetings – both Federal and State
- Industry Announcements
- Grand Opening Event
- Press Releases
- Feature Articles

*Next 5 Business Days*

*EMC² PR Plan*

# Continuum Structure and Components



# We have retained Gary Leclaire to assist with Incorporation and need to address standard, procedural sections

## Funding

| | Funding Type | Interest Rate | Mirabilis[1] Ownership[2] Of Continuum |
|---|---|---|---|
| $AA million | Equity | NA | DD% |
| $BB million | Debt (line of credit) | CC% | NA |
| $XX million | | | |

1 - Would give Frank the flexibility to distribute ownership
2 - All owners must pass director criteria for regulated companies and Nexia Certification

## Governance

- Stock Classes
- General Valuation, Transfer, Vesting and Selling of Ownership
- Voting Rights
- Board make-up (5 members)