UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and NEXIA
CORPORATION,

    Plaintiffs,

-vs-                                                Case No. 6:07-cv-1788-Orl-28GJK

PALAXAR GROUP, LLC; PALAXAR
HOLIDNGS, LLC; FRANK HAILSTONES;
EDITH CURRY a/k/a EDITH BROADHEAD;
and FICTITIOUS DEFENDANTS 1-8.

    Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motions:

| MOTION: | MOTION FOR ADMISSION PRO HAC VICE (Doc. No. 34) |
|---|---|
| FILED: | January 22, 2008 |

The motion to appear *pro hac vice* of Kathleen Havener, Esq. is **GRANTED**, provided that local counsel Martin R. Raskin, Esq., as indicated in the motion, fully assumes all responsibilities set forth in Local Rule 2.02(a)(1), including responsibility for trial in default of the non-resident attorney.

Counsel appearing *pro hac vice* shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." If counsel outside the Middle District of Florida is unable

to take the training class offered by the Clerk's Office, counsel must take the tutorial offered on the website before using the system.

**DONE** and **ORDERED** in Orlando, Florida on January 24, 2008.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE