IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.       CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

---

## UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

Plaintiffs Mirabilis Ventures, Inc. ("Mirabilis") and Nexia Strategy Corporation ("Nexia") (sometimes referred to collectively as "Plaintiffs"), by and through their undersigned attorneys, file this unopposed motion for leave to amend their complaint pursuant to Fed. R. Civ. P. 15, such that they may file their Second Amended Complaint (attached hereto as Exhibit A). As grounds for this motion, Plaintiffs state:

1.     Plaintiffs filed the original complaint on October 22, 2007, seeking damages and injunctive relief against Defendants for breach of contract, breach of fiduciary duty, misappropriation of trade secrets, conversion and unjust enrichment.

2.     On or about November 9, 2007, Defendants filed a Notice of Removal to the United States District Court, Middle District of Florida, asserting that this Court has jurisdiction over the subject matter of Plaintiffs' Complaint pursuant to 28 U.S.C. § 1332.

3.  On December 6, 2007, Plaintiffs filed their Unopposed Motion for Leave to File First Amended Complaint and Incorporated Memorandum of Law in Support Thereof.

4.  Pursuant to this Court's Case Management and Scheduling Order entered on January 16, 2008, all motions to Add Parties or to Amend Pleading are to be filed on or before February 11, 2008.

5.  According to the affidavit of Terence Chu which was filed by Defendants on January 15, 2008, in support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction, Terence Chu is the founding member of previously named defendants Palaxar Group LLC and Palaxar Holdings LLC. According to Mr. Chu's affidavit, he was "solely responsible for organizing and establishing Palaxar." Furthermore, according to Mr. Chu's affidavit, he has "managed the ongoing operations of Palaxar" since Palaxar's formation.

6.  Based on Mr. Chu's affidavit, Plaintiffs now timely seek to amend their First Amended Complaint by the filing of the attached Second Amended Complaint to include claims against Terence Chu, founding and current member of Palaxar Group LLC and Palaxar Holdings LLC.

7.  A party may amend its pleading by leave of court and "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a); *accord Foman v. Davis*, 371 U.S. 178 (1962).

8.  Factors that should be considered by the court in determining whether to grant leave to amend include (1) the merits of the proposed amendment, (2) whether there will be any prejudice to the opposing party, (3) timeliness, (4) whether the motion is brought in good faith, and (5) the motivation for bringing the motion at the particular time. *Radisson Hotels Int'l, Inc. v. Amelia Investments Inc.*, No. 91-970-CIV-T-17A, 1992 WL 167051, at *2 (M.D. Fla. July 6,

1992). But, "[t]he most important consideration in a court's determination of whether to grant leave to amend under Rule 15 is whether there will be any prejudice to opposing party." *Id.*

9. This Second Amended Complaint does not revise the First Amended Complaint as it relates to the previously named Defendants. The Second Amended Complaint simply adds Terence Chu as a named defendant and incorporates allegations made in the First Amended Complaint.

10. This motion is timely and properly filed pursuant to Fed. R. Civ. P. 15 and this Court's Case Management and Scheduling Order.

11. Because Chu is a founding member of previously named defendants Palaxar Group LLC and Palaxar Holdings LLC, and has already submitted an affidavit attesting to such facts in this case, and the allegations in the First Amended Complaint are not amended as to the previously named Defendants, no prejudice shall result from allowing this amendment.

12. Pursuant to Local Rule 3.01(g), the undersigned counsel for Plaintiffs has conferred with opposing counsel and they do not oppose the relief sought herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully move this Honorable Court to grant this Motion for leave to file Plaintiffs' Second Amended Complaint, attached hereto as Exhibit A.

                          MIRABILIS VENTURES, INC. and
                          NEXIA STRATEGY CORPORATION,

                          s/ Aaron C. Bates
                          By: Counsel

**Counsel:**

Aaron C. Bates, Esq.
GOLDBERG BATES, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard

Suite 102
Orlando, FL 32803
Telephone: (407) 893-3776
Facsimile: (407) 893-3779
abates@goldbergbates.com

J. Russell Campbell
Florida Bar No. 901423
Allen M. Estes (admitted *pro hac vice*)
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-80100
Facsimile: (205) 226-8798
rcampbell@balch.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                s/ Aaron C. Bates
                                Aaron C. Bates

## SERVICE LIST

Martin R. Raskin
Jane Serene Raskin
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
mraskin@raskinlaw.com

**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC**

Kathleen Havener
HAHN LOESER + PARKS LLP
200 Public Square, Suite 3300
Cleveland, Ohio 44114

and

Craig S. Warkol
BRACEWELL & GIULIANI LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Craig.warkol@bgllp.com

**Attorneys for Frank Hailstones**

955831.1

5