## TERMINATION OF EMPLOYMENT AGREEMENT AND RELEASE

This TERMINATION OF EMPLOYMENT AGREEMENT AND RELEASE ("Agreement") is entered into as of January 31, 2007, by and between MIRABILIS VENTURES INCORPORATED (the "Company") and **Frank Hailstones** (the "Employee"). Company and Employee are hereinafter collectively referred to as the "Parties."

### BACKGROUND

A. On October 1 2005, Company and Employee entered into an employment agreement ("Employment Agreement") pursuant to which Employee was employed as Senior Strategist at the Orlando, Florida, offices of the Company.

B. As of January 31 2007, the Company eliminated Employee's position with the Company.

**NOW, THEREFORE**, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound, agreed to the terms as follows:

1. **Termination of Employment Agreement.** The Employment Agreement with the Company shall terminate as of the close of business on January 31, 2007 (the "Separation Date").

2. **Benefits.** In consideration for the Employee's agreement to be bound by the terms of this Agreement and the surviving provisions of the Employment Agreement the Employee shall be entitled to receive from the Company the payments and benefits set forth on subparagraphs (i) through (iv) of this **Section 2**.

    (i) The Company agrees to pay the Employee severance pay in the amount equal to three-months of the yearly compensation, subject to customary withholding obligations. Payments shall be made on the Company's regular payment dates;

    (ii) The Company will continue to provide the benefit coverage for three (3) months from the Separation Date through April 30 2007;

    (iii) In return for any claims regarding bonus or deal commissions, the Company will return to Employee Axena Inc., after the liquidation and post distribution to Axena Inc. stockholders of all of the FoxT stock acquired as part of the asset sale of Axena Inc to FoxT, together with its equity interest in the Axena Inc subsidiary companies, including the MVI ownership interest in Axena UK

    (iv) Employee shall retain his stock in Mirabilis Ventures

3. **Obligations.** In consideration for the Company's agreement to be bound by the terms of this Agreement the Employee shall do all of the following:

    (i) Employee shall provide to Company, within two business days, all documents and items of any nature or description, including computer files, that pertain to actual or potential customers or leads that Employee

  developed or obtained during employment, any phase or aspect of Company's operations, any phase or aspect of Company's future operations or plans, and any other items, lists, documents, or the like, that in any way may pertain to Company's business; and

 (ii) Employee shall observe full confidentiality with respect to all confidential matters relating to the Company and its affiliated companies and shall not in any manner disclose any confidential information, or use such information to his own benefit.

4. **Mutual Release.**

 (a) **Release by the Employee.**

  (i) Except as set forth herein, nothing herein shall be deemed to release any of the Employee's rights under this Agreement or under the Employment Agreement.

  (iii) The Employee represents that the Company has advised him to consult with an attorney of his choosing prior to signing this Agreement. The Employee further represents that he understands and agrees that he has the right and has in fact reviewed this Agreement, and, specifically, the Release, with an attorney of the Employee's choice. The Employee further represents that he understands and agrees that the Company is under no obligation to offer him this Agreement, and that the Employee is under no obligation to consent to the Release, and that he has entered into this Agreement freely and voluntarily.

 (b) **Release by the Company.**

  i. Employee shall be indemnified by Mirabilis Ventures, Inc. from and against any claims that may be brought against him as a result of him serving as an officer and director of the Mirabilis and/or its affiliates, which claims were covered by the D & O policy.

  ii. Except as set forth herein, nothing herein shall be deemed to release any of the obligations set forth in this Agreement.

**BY SIGNING BELOW AND INITIALING THE BOTTOM OF EACH OF THE PRECEDING TWO (2) PAGES, THE PARTIES AGREE TO THE TERMS AND CONDITIONS HEREOF.**

| COMPANY: | EMPLOYEE: |
|---|---|
| **Mirabilis Ventures Inc.** a Nevada corporation | |
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Print Title: _____ | Social Security Number: _____ |