# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:07-CV-1788-ORL-28-GJK

Plaintiff:
**Mirablis Ventures, Inc.; et al.,**

vs.

Defendant:
**Palaxar Holdings, LLC; et al.,**

For:
Raskin & Raskin, P.A.
2601 South Bayshore Dr.
Suite 725
Miami, FL  33133

Received by ATTORNEYS LEGAL SERVICES, INC. on the 14th day of February, 2008 at 4:18 pm to be served on FRANK AMODEO, 614 Lake Ave., Orlando, FL 32801.

I, Anthony Ko, being duly sworn, depose and say that on the 28th day of February, 2008 at 6:52 pm, I:

**SUBSTITUTE** served by delivering a true copy of the **THIRD PARTY SUMMONS and JOINT ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT, COUNTERCLAIMS, AND THIRD PARTY CLAIMS** with the date and hour of service endorsed thereon by me, to: **LOUIE AMODEO** as **CO-TENANT** at the address of: **1311 Hoffner Ave., Orlando, FL 32806**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
Home at 614 Lake Ave., Orlando, FL 32803 is vacant and a City of Orlando Code Violation notice is posted here.

I certify that I am a Special Process Server, Sheriff appointed, in Orange County, Florida, pursuant to FS 48.021, and that I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

KAREN C. BRAUN
MY COMMISSION # DD742852
EXPIRES December 17, 2011
(407) 398-0153   FloridaNotaryService.com

Anthony Ko
SPS #M7949

Subscribed and Sworn to before me on the 3rd day of March, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

ATTORNEYS LEGAL SERVICES, INC.
112 East Concord Street
Orlando, FL 32801
(800) 275-8908

Our Job Serial Number: 2008002099

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2t