# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:07-CV-1788-ORL-28-GJK

Plaintiff:
**Mirablis Ventures, Inc.; et al.,**

vs.

Defendant:
**Palaxar Holdings, LLC; et al.,**

For:
Raskin & Raskin, P.A.
2601 South Bayshore Dr.
Suite 725
Miami, FL 33133

Received by ATTORNEYS LEGAL SERVICES, INC. on the 14th day of February, 2008 at 4:18 pm to be served on AQMI STRATEGY CORPORATION C/O HENDRY, STONER, CALANDRINO & BROWN, P.A., REGISTERED AGENT, 20 N. Orange Ave., Suite 600, Orlando, FL 32801.

I, David J. Biddle, being duly sworn, depose and say that on the 20th day of February, 2008 at 10:55 am, I:

served a **REGISTERED AGENT** by delivering a true copy of the **THIRD PARTY SUMMONS and JOINT ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT, COUNTERCLAIMS, AND THIRD PARTY CLAIMS** with the date and hour of service endorsed thereon by me, to: **AUTUMN LORD** as **Registered Agent** at the address of: **20 N. Orange Ave., Suite 600, Orlando, FL 32801** on behalf of **AQMI STRATEGY CORPORATION**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am a Special Process Server, Sheriff appointed, in Orange County, Florida, pursuant to FS 48.021, and that I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.



KAREN C. BRAUN
MY COMMISSION # DD742852
EXPIRES December 17, 2011
(407) 398-0153   FloridaNotaryService.com

Subscribed and Sworn to before me on the 21st day of February, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
David J. Biddle
9092

ATTORNEYS LEGAL SERVICES, INC.
112 East Concord Street
Orlando, FL 32801
(800) 275-8908

Our Job Serial Number: 2008002098

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2t