# EXHIBIT A

4

**From:** Mark Bernet
**Sent:** Monday, March 12, 2007 3:01 PM
**To:** Frank Hailstones
**Cc:** Scott Goldberg; Matthew Mokwa; Aaron Bates
**Subject:** RE: AEM controlling person license
Frank:

It's good to year from you, I hope you are doing well.

The question you ask, of course, is not the proper question. One response to your question, I am told, is "Yes. AEM is current on all of its payroll tax obligations." That answer assumes that AEM owns a book of business worth roughly $100 to 120 million. However, there is an argument that AEM owned a different book of business, acquired from Presidion Solutions VII and Paradyme, and that payroll taxes were not paid on that particular book of business. It is clear that AEM managed the second book of business through at least 12/31/2006, and that it utilized its own bank accounts, insured the employees on its workers compensation policies, and otherwise appeared to exert control that is consistent with ownership. On the other hand, there are no written documents that vest title to the second book of business in AEM. I am told that neither AEM, nor Presidion Solutions VII nor Paradyme paid any withholding taxes on this book of business for Q3 & Q4 2006. Since January 1, 2007, AEM, I am told, is paying to the IRS the withholding taxes that accrue on its own book and on the second book, except that, it may be a day or two behind.

Frank -- I have been with the company since December 1, and have managed to figure out the issues identified above. I am certain you understand the implications. Is it possible for you to talk to me, as part of my investigation, as to how Mirabilis's board of directors or officers permitted $80 million to be transferred from AEM's bank accounts during Q3 & Q4 2006? It had to be known to the board and the officers that Mirabilis was not generating sufficient revenues to cover the enormous sums that were invested in Axena, Fox Technologies, Nexia, Tire Flies, etc., and yet the board continued to authorize or allow such expenditures. I appreciate that these are troubling questions, but I need to know the answers.

I am out of the office today, but will be back tomorrow. Please call me at your convenience.

Mark J. Bernet
General Counsel
Mirabilis Ventures, Inc.
200 S. Orange Avenue, 28th Floor
Orlando, Florida  32801
Telephone:  (407) 454-5173
Email:  mbernet@mirabilisventures.com

---

**From:** Frank Hailstones
**Sent:** Fri 3/9/2007 12:52 PM
**To:** mbernet@mirabilisventures.com
**Subject:** Fwd: AEM controlling person license

Mark

Since I left MVI on 31 January, I have been attempting to get confirmation re AEM taxes position to confirm earlier statements that they were not delinquent pre my relinquishing AEM CP position

After several emails and no confirmation from Yaniv Amar (whom I was directed to by Matt Mokwa) I got this email last week from Matt

I called Toni Frank's secretary and asked for Frank to call me back to discuss but have heard nothing

I need to progress this. Please advise

Regards

Frank