# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of FLORIDA

Case Number: 6:07-CA-1788-ORL-28-KRS

**MIRABILIS VENTURES, INC. AND NEXIA STRATEGY CORPORATION**
**PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK**
**HAILSTONES; EDITH CURRY A/K/A EDITH BROADHEAD; AND**
**TERENCE CHU**

For: Aaron Bates
GOLDBERG BATES, PLLC

Received by ANDREWS AGENCY on the 25th day of February, 2008 at 5:34 pm to be served on **MR. TERENCE CHU, 5637 COUNTRY HILLS LANE L, GLEN ALLEN, VA 23059-5424.** I, KENNETH V. CONDREY, being duly sworn, depose and say that on the 29th day of FEB., 2008 at 3:50 P.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, SECOND AMENDED COMPLAINT, EXHIBITS** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(✓) SUBSTITUTE SERVICE: By serving WENDY CHU as WIFE OF TERENCE CHU.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 3RD day of MARCH, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**ANDREWS AGENCY**
709 Brookhaven Drive
Orlando, FL 32803
(407) 649-2085

Our Job Serial Number: 2008010060



KAREN L. RICE
NOTARY PUBLIC- VIRGINIA
CHESTERFIELD COUNTY
MY COMMISSION EXPIRES: 10-31-09
REGISTRATION #355099

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n