

# EXHIBIT LIST

___ Government   ___ Plaintiff   ___ Defendant   ___ Court

**Case No.**  6:07-CV-1788-ORL-28-GJK
**Style:**  Mirabilis Ventures, Inc. and Nexia Strategy Corporation, v. Palaxar Group, LLC et al.
Page 1 of 2

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| A | | | | | Affidavit of Edith Curry |
| A-1 | | | | | Shareholders Agreement |
| A-2 | | | | | Affidavit of Mirabilis Ventures |
| A-3 | | | | | e-mail on 7/27/2006 |
| A-4 | | | | | Nexia/Strategy Sheet |
| A-5 | | | | | e-mail 10/5/2006 |
| A-6 | | | | | Minutes of Sp. Jt. Meeting |
| B | | | | | Affidavit of Frank Hailstones |
| B-1 | | | | | e-mail on 10/11/2006 |
| C | | | | | Affidavit of Laurie Holtz |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

___ Government  ___ Plaintiff  ___ Defendant  ___ Court

Case No.  6:07-CV-1788-ORL-28-GJK
Style:    Mirabilis Ventures, Inc. and Nexia Strategy Corporation v. Palaxar, LLC, et al.
Page 2 of 2

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| C-1 | | | | | Personal Financial Statement of Frank L. Amodeo |
| C-2 | | | | | Letter of Mirabilis dated 7/17/2006 |
| C-3 | | | | | Index re: Frank Amodeo |
| C-4 | | | | | e-mail on 3/31/2006 |
| D | | | | | Transcript on Proceedings on 1/25/2008 |
| E | | | | | Affidavit of Frank Hailstones |
| F | | | | | Affidavit of Edith Curry Broadhead |
| G | | | | | Bylaws of Nexia Strategy Corporation |
| H | | | | | Minutes of Special Meeting of the Board of Directors of Nexia Strategy Corporation |
| | | | | | |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.