**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION,

    Plaintiffs,                               CASE NO.:  6:07-CV-1788-ORL-28-GJK

vs.

PALAXAR GROUP, LLC;
PALAXAR GROUP HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY a/k/a
EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 though 8,

    Defendants/Third-Party Plaintiffs,

vs.

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION;

and

AQMI STRATEGY CORPORATION; et al.

    Third-Party Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT, AQMI**
**STRATEGY CORPORATION**

    Third Party Defendant, AQMI STRATEGY CORPORATION, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations,

publicly-traded companies that own 10% more of a party's stock, and all other identifiable legal entities related to a party:

    A.    Aaron Bates

    B.    Matthew Mokwa

    C.    Palaxar Group, LLC

    D.    Palaxar Holdings, LLC

    E.    Edith L. Curry

    F.    Frank Hailstones

    G.    Mirabilis Ventures, Inc.

    H.    Nexia Strategy Corporation

    I.    AQMI Strategy Corporation

    J.    Wellington Capital Group, Inc.

    K.    Yaniv Amar

    L.    Frank Amodeo

    M.    Robert Pollack

    N.    James V. Sadrianna

    O.    John Edwin Fisher (counsel for these third party defendants)

    P.    Chris Ballentine (counsel for these third party defendants)

    Q.    Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, P.A. (counsel for these third party defendants)

    R.    Martin R. Raskin (counsel for third party plaintiffs)

    S.    Jane Serene Raskin (counsel for third party plaintiffs)

    T.    Raskin & Raskin, P.A. (counsel for third party plaintiffs)

    U.    Kathleen B. Havener (counsel for third party plaintiffs)

    V.    Hahn Loeser & Parks, LLP (counsel for third party plaintiffs)

      W.    Darryl M. Bloodworth (counsel for third party defendant, Robert Pollack)

      X.    Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A. (counsel for third party defendant, Robert Pollack)

      Y.    L. Reed Bloodworth (counsel for third party defendant, Robert Pollack)

      Z.    John Russell Campbell (counsel for counterdefendant, Mirabilis Ventures, Inc. and Nexia Strategy Corporation)

      AA.    Balch & Bingham, LLP (counsel for counterdefendant, Mirabilis Ventures, Inc. and Nexia Strategy Corporation)

      BB.    Allen M. Estes (counsel for counterdefendant, Mirabilis Ventures, Inc. and Nexia Strategy Corporation)

      CC.    Jason H. Klein (counsel for third party defendant, AQMI Strategy Corporation)

      DD.    Shutts & Bowen, LLP (counsel for third party defendant, AQMI Strategy Corporation)

      EE.    Jack C. McElroy (counsel for third party defendant, AQMI Strategy Corporation)

      FF.    James Robert Lussier (counsel for third party defendant, Wellington Capital Group, Inc.)

      GG.    Mateer & Harbert, P.A. (counsel for third party defendant, Wellington Capital Group, Inc.)

      HH.    James E. Shepherd (counsel for third party defendant, Yaniv Amar)

      II.    Pohl & Short, P.A. (counsel for third party defendant, Yaniv Amar)

2. The name of every other entity whose public traded stock, equity, or debt may be substantially affected by the outcome of these proceedings:

    None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or if no creditors committee the twenty largest unsecured creditors):

    None known.

4.      The name of each victim (individual and corporate), including each person who may be entitled to restitution:

    None.

5.      I certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: April 7, 2008.

          **/s/ Jack C. McElroy**
          JACK C. McELROY, ESQ.
          Florida Bar No. 0818150
          jmcelroy@shutts.com
          JASON H. KLEIN, ESQ.
          Florida Bar No. 0016687
          jklein@shutts.com
          **SHUTTS & BOWEN, LLP**
          300 S. Orange Avenue, Suite 1000
          Orlando, Florida 32801
          Telephone: 407-423-3200
          Facsimile: 407-425-8316
          ATTORNEYS FOR THIRD PARTY
          DEFENDANT, AQMI STRATEGY
          CORPORATION

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system:

AARON C. BATES, ESQUIRE
Goldberg Bates, PLLC
3660 Maguire Boulevard, Suite 102
Orlando, Florida 32803
Telephone:    (407) 893-3776
Facsimile:    (407) 893-3779
E-mail: abates@goldbergbates.com
Attorney for Mirabilis Ventures, Inc. and Nexia Strategy Corporation

KATHLEEN B. HAVENER, ESQUIRE
Hahn Loeser & Parks, LLP
200 Public Square, Suite 3300
Cleveland, Ohio 44114-2301
Telephone:    (216) 274-2297
Facsimile:    (216) 241-2824
E-mail:kbhavener@hahnlaw.com
Attorneys for Palaxar Group, LLC, Palaxar Holdings, LLC, Edith Curry, and Frank Hailstones

JOHN RUSSELL CAMPBELL, ESQUIRE
Balch & Bingham, LLP
1710 Sixth Avenue N
Birmingham, Alabama 35203-2015
Telephone:    (205) 226-3438
Facsimile    (205) 488-5859
E-mail:rcampbell@balch.com
Attorneys for Mirabilis Ventures, Inc. and Nexia Strategy Corporation

JANE S. RASKIN, ESQUIRE
Raskin & Raskin, P.A.
2601 South Bayshore Drive, Suite 600
Miami, Florida 33133
Telephone:    (305) 444-3400
Facsimile:    (305) 445-0266
E-mail:jraskin@raskinlaw.com
Attorneys for Palaxar Group, LLC, Palaxar Holdings, LLC and Edith Curry

ALLEN M. ESTES, ESQUIRE
Balch & Bingham, LLP
1710 Sixth Avenue N
Birmingham, Alabama 35203-2015
Telephone:    (205) 226-3438
Facsimile    (205) 488-5859
E-mail:aestes@balch.com
Attorneys for Mirabilis Ventures, Inc. and Nexia Strategy Corporation

MARTIN R. RASKIN, ESQUIRE
Raskin & Raskin, P.A.
2601 South Bayshore Drive, Suite 600
Miami, Florida 33133
Telephone:    (305) 444-3400
Facsimile:    (305) 445-0266
E-mail:mraskin@raskinlaw.com
Attorneys for Palaxar Group, LLC, Palaxar Holdings, LLC, and Edith Curry

JOHN EDWIN FISHER, ESQUIRE
Florida Bar No.: 091677
Fisher, Rushmer, Werrenrath,
Dickson, Talley & Dunlap, P. A.
Post Office Box 712
Orlando, Florida 32802-0712
Telephone:    (407) 843-2111

Facsimile: (407) 422-1080
E-mail: jfisher@fisherlawfirm.com
Lead Counsel for Third Party Defendants,
Aaron C. Bates and Matthew S. Mokwa

JAMES ROBERT LUSSIER, ESQUIRE
Mateer & Harbert, P.A.
225 E. Robinson Street; Suite 600
P.O. Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
Email: jlussier@mateerharbert.com
Attorneys for Wellington Capital Group, Inc.

L. REED BLOODWORTH, ESQUIRE
Dean, Mead, Egerton, Bloodworth, Capouano
& Bozarth, P.A.
800 N. Magnolia Avenue, Suite 1500
P.O. Box 2346
Orlando, Florida 32802-2346
Telephone: (407) 428-5115
Facsimile: (407) 423-1831
Email: rbloodworth@deanmead.com
Attorneys for Robert Pollack

DARRYL M. BLOODWORTH, ESQUIRE
Dean, Mead, Egerton, Bloodworth, Capouano
& Bozarth, P.A.
800 N. Magnolia Avenue, Suite 1500
P.O. Box 2346
Orlando, Florida 32802-2346
Telephone: (407) 841-1200
Facsimile: (407) 423-1831
Email: dbloodworth@deanmead.com
Attorneys for Robert Pollack

JAMES E. SHEPHERD, ESQUIRE
Pohl & Short, P.A.
280 W. Canton Avenue, Suite 410
Post Office Box 3208
Winter Park, Florida 32790
Telephone: (407) 647-7645
Facsimile: (407) 647-2314
Email: Shepherd@pohlshort.com
Attorneys for Yaniv Amar

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

FRANK AMODEO
614 Lake Avenue
Orlando, Florida 32801
Third Party Defendant

TERENCE CHU
5637 Country Hills Lane
Glen Allen, Virginia 23059-5424
Telephone: (804) 364-2158
Defendant

JAMES SADRIANNA
10025 Chatham Oaks Court
Orlando, Florida 32836
Third Party Defendant

/s/ Jack C. McElroy
**JACK C. McELROY, ESQUIRE**

ORLDOCS 11167773 1