IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC.** and
**NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                                   CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    Defendants.

v.

**MIRABILIS VENTURES, INC.** and
**NEXIA STRATEGY CORPORATION,**

and **THIRD PARTY DEFENDANTS:**

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA.**

**PLAINTIFFS / COUNTERCLAIM DEFENDANTS'**
**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS /**
**COUNTERCLAIM PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

    Plaintiffs / Counterclaim Defendants Mirabilis Ventures, Inc. ("Mirabilis") and Nexia Strategy Corporation ("Nexia"), by and through their undersigned attorneys, file the following Unopposed Motion to Extend Deadline to Respond to Defendants / Counterclaim Plaintiffs' Motion for Summary Judgment to May 20, 2008, and Incorporated Memorandum of Law.

966321.1

**Introduction and Summary**

On March 17, 2008, Defendants / Counterclaim Plaintiffs Edith Curry ("Curry") and Frank Hailstones ("Hailstones") filed their Joint Motion for Summary Judgment and Incorporated Memorandum of Law.  The current deadline for Mirabilis and Nexia's response to this Motion is *April 16, 2008*.  For the reasons set forth in the following memorandum of law, Mirabilis and Nexia respectfully move this Court to extend the deadline for their response to the Motion until May 20, 2008 so that discovery necessary to respond to the motion can be conducted.  Defendants do not oppose this Motion.

**Memorandum of Law**

It is axiomatic that summary judgment is appropriate only "after adequate time for discovery." Celotex Corp. v. Catrett, 477 U.S. 317, 322, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986).  Indeed, the Eleventh Circuit has stated squarely that a party opposing a motion for summary judgment has a right to "challenge…the factual materials submitted in support of the motion by conducting sufficient discovery so as to enable him to determine whether he can furnish opposing [factual materials and]…to utilize the discovery process to gain access to the requested materials." Snook v. Trust Co. of Ga., 859 F.2d 865, 870 (11th Cir. 1988)).  In such circumstances, a "non-moving party may move for a continuance to obtain further evidence where additional discovery would enable the non-movant to carry its burden on summary judgment." See FED. R. CIV. P. 56(f); Fitzpatrick v. City of Atlanta, 2 F.3d 1112, 1116 n. 3 (11th Cir. 1993). [1]

---

[1] Notably "the opposing party does not need to file an affidavit pursuant to Rule 56(f) in order to invoke the protection of that rule because 'the written representation by [the opposing party's] lawyer, an officer of the court, is in the spirit of Rule 56(f) under the circumstances.'" Clairmont v. Sun Terminals, Inc., 2007 WL 646563 *1 (S.D. Fla. 2007) (quoting Fernandez v. Bankers Nat'l Life Ins. Co., 906 F.2d 559, 570 (11th Cir. 1990)).

While Mirabilis and Nexia have made efforts to conduct discovery as expeditiously as possible in this matter, the reality is that the discovery process has only just begun. Paper discovery is ongoing, and the depositions of the defendants have just today been scheduled amongst the parties, but have not yet been held. Specifically, Mirabilis and Nexia have been working with counsel for Defendants Curry and Hailstones over the past several weeks to schedule their depositions at a time which fits into the schedules of the defendants and the eight law firms now involved in this case. At this time the parties have agreed that the defendants' depositions will be held on April 25, 2008 for Ms. Curry and May 6, 2008 for Mr. Hailstones.

As the procedural posture of this case stands currently, Mirabilis and Nexia will neither have the opportunity to conduct adequate discovery, nor use the fruits of their ongoing discovery efforts, in a response to Defendants' Motion for Summary Judgment. Specifically, Mirabilis and Nexia's second set of discovery requests are due from defendants on April 14, 2008, a scant *two days* prior to the current deadline for their response to Defendants' Motion for Summary Judgment. Additionally, while the depositions of Curry and Hailstones were previously scheduled for April 15-16, 2008, those dates did not work for Curry or Hailstones and so the depositions are now scheduled for April 25 and May 6, 2008 – after the current deadline to respond to the Motion for Summary Judgment. Both the written discovery and the original deposition dates were served *prior to* the filing of Defendants' Motion for Summary Judgment.

Mirabilis and Nexia respectfully request that they be allowed until May 20, 2008 to respond to Defendants' Motion for Summary Judgment and defendants have no opposition to such an extension of time. This extension is based specifically on Ms. Curry and Mr. Hailstone's depositions proceeding on April 25, 2008 and May 6, 2008 respectively.

## Conclusion

For the foregoing reasons, Mirabilis and Nexia respectfully request that the Court extend the deadline for their response to Defendants / Counterclaim Plaintiffs' Motion for Summary Judgment to May 20, 2008.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,


s/ Allen M. Estes_____
One of the Attorneys for
Plaintiffs / Counterclaim Defendants
Mirabilis Ventures, Inc. and
Nexia Strategy Corporation

Aaron C. Bates, Esq.
GOLDBERG BATES, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL  32803
Telephone: (407) 893-3776
Facsimile: (407) 893- 3779
abates@goldbergbates.com

J. Russell Campbell
Florida Bar No. 901423
Allen M. Estes (admitted *pro hac vice*)
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 251-80100
Facsimile:  (205) 226-8798
rcampbell@balch.com
aestes@balch.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                              s/ Allen M. Estes
                                              Allen M. Estes

## SERVICE LIST

Martin R. Raskin
Jane Serene Raskin
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida  33133
mraskin@raskinlaw.com

**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC**

Jack C. McElroy
Florida Bar No. 0818150
Jason H. Klein
Florida Bar No. 0016687
Shutts & Bowen, LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
**Attorneys for AQMI Strategy Corp.**

Frank Amodeo
614 Lake Avenue
Orlando, Florida 32801
**Third-Party Defendant**

James R. Lussier
Florida Bar Number 362735
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida  32802-2854
jlussier@mateerharbert.com
**Attorneys for Wellington Capital Group, Inc.**

Kathleen Havener
Attorney at Law, LLC
15511 Russell Rd.
Chagrin Falls, Ohio  44022

and

Craig S. Warkol
BRACEWELL & GIULIANI LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Craig.warkol@bgllp.com
**Attorneys for Frank Hailstones**

Terence Chu
5637 Country Hills Lane L
Glen Allen, Virginia  23059.5424
**Defendant**

Yaniv Amar
3475 Mystic Point Drive, TH #10
Aventura, Florida 33180
**Third-Party Defendant**

Robert Pollack
8767 The Esplanade #36
Orlando, Florida 32836
**Third-Party Defendant**

James Sadrianna
10025 Chatham Oaks Court
Orlando, Florida 32836
**Third-Party Defendant**