IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

     Plaintiffs,

v.                              CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

     Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

and THIRD PARTY DEFENDANTS:

AQMI STRATEGY CORPORATION,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

---

### PLAINTIFFS' MIRABILIS VENTURES INC. AND NEXIA STRATEGY CORP. MOTION TO STRIKE REPLY IN SUPPORT OF MOTION TO DISMISS OF TERENCE CHU

Plaintiffs Mirabilis Ventures, Inc. ("Mirabilis") and Nexia Strategy Corporation ("Nexia") (collectively referred to hereinafter as the "Plaintiffs"), by and through their undersigned attorneys, file the following Motion to Strike Reply in Support of Motion to Dismiss of Terence Chu ("Chu") and Incorporated Memorandum of Law.

1.      On or about March 19, 2008, Chu filed his Motion to Dismiss with Affidavit in Support (the "Motion to Dismiss") requesting that the Court dismiss the claims against Chu made by Plaintiffs in the Second Amended Complaint.

2.      On or about April 1, 2008, Plaintiffs filed their response to Chu's Motion to Dismiss.

3.      On or about April 14, 2008, Chu filed his reply to Plaintiffs' Response to the Motion to Dismiss ("Chu's Reply").

4.      A *pro se* party is subject to the same law and rules of court as a party who is represented by counsel, including adhering to the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida. *Steward v. Int'l Longshoreman's Ass'n, Local 1408*, No. 3:05-cv-1094, 2007 U.S. Dist. LEXIS 91985, *3 (M.D. Fla. Dec. 14, 2007).

5.      Pursuant to Local Rule 3.01(c), "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in [Local Rule 3.01] (a) and (b) unless the Court grants leave."

6.      Chu failed to seek leave from this Court as required by Local Rule 3:01(c) before filing Chu's Reply.

7.      As a result, Chu's Reply should be stricken from the record. *See Dawley v. NF Energy Saving Corp. of Am.*, No. 6:07-cv-872, 2008 U.S. Dist. LEXIS 166, *1-2, n.1 (M.D. Fla. Jan 2, 2008) ("Plaintiff's Reply is a violation of Local Rule 3.01(c), which provides that 'No party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave.['] Even though Plaintiff is proceeding pro se, he is required to comply with the Local Rules. Therefore, the Reply filed by the Plaintiff is stricken, and the Court will not consider the contents of Plaintiff's reply."); *See also Steward,* 2007 U.S. Dist. LEXIS 91985

at *7 ("If [a party] seeks any relief from, or action by, the Court, or seeks the entry of an order of any kind, [that party] must file a proper motion requesting such, which motion must <u>meet the requirements of all applicable rules, including the Local Rules</u>.") (emphasis added).

8.      Moreover, Chu has failed to comply with Local Rule 1.05(d).  Particularly, Chu has failed to provide Plaintiffs with a phone number where he can be reached during the course of the above-referenced case.

9.      As a result, pursuant to Local Rule 3.01(g), Plaintiffs have been unable to confer with Chu regarding the relief sought herein.  Undersigned counsel has sent a letter to Chu's address listed in the pleadings regarding this motion and will promptly supplement this certification once Chu has made his position on the requested relief known.

WHEREFORE, the plaintiffs, Mirabilis Ventures, Inc. and Nexia Strategy Corporation, respectfully request that the Court enter an order striking Terence Chu's reply to the response to the Motion to Dismiss and grant such further relief as the Court deems proper.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,


s/ Aaron C. Bates
By: Counsel

**Counsel:**

Aaron C. Bates, Esq.
BATES MOKWA, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL  32803
Telephone: (407) 893-3776
Facsimile: (407) 893- 3779
abates@batesmokwa.com

J. Russell Campbell
Florida Bar No. 901423
Allen M. Estes (admitted *pro hac vice*)
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 251-80100
Facsimile:  (205) 226-8798
rcampbell@balch.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Aaron C. Bates
Aaron C. Bates

## SERVICE LIST

| | |
|---|---|
| Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC** | Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Craig S. Warkol<br>BRACEWELL & GIULIANI LLP<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br>Craig.warkol@bgllp.com<br>**Attorneys for Frank Hailstones** |
| Jack C. McElroy<br>Florida Bar No. 0818150<br>Jason H. Klein<br>Florida Bar No. 0016687<br>Shutts & Bowen, LLP<br>300 S. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>**Attorneys for AQMI Strategy Corp.** | Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Virginia 23059.5424<br>**Defendant** |
| Frank Amodeo<br>614 Lake Avenue<br>Orlando, Florida 32801<br>**Third-Party Defendant** | James E. Shepherd, Esq.<br>Florida Bar No. 0947873<br>Pohl & Short, P.A.<br>280 W. Canton Avenue, Suite 410<br>P.O. Box 3208<br>Winter Park, Florida 32790<br>**Attorneys for Yaniv Amar** |
| John Edwin Fisher<br>Florida Bar Number 091677<br>Fisher Rushmer, Werrenrath, Dickson, Tulley, & Dunlap, P.A.<br>P.O. Box 712<br>Orlando, Florida 32802-0712<br>**Attorneys for Aaron Bates and Matthew Mokwa** | Darryl Bloodworth<br>Florida Bar Number 141258<br>L. Reed Bloodworth<br>Florida Bar Number 0718491<br>Dean, Mead, Egerton, Bloodworth, Capouano, & Bozarth, P.A.<br>P.O. Box 2346<br>Orlando, Florida 32802-2346<br>**Attorneys for Robert Pollack** |
| | James Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, Florida 32836<br>**Third-Party Defendant** |