**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION,

    Plaintiffs,                                          CASE NO.:  6:07-CV-1788-ORL-28-GJK

vs.

PALAXAR GROUP, LLC;
PALAXAR GROUP HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY a/k/a
EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 though 8,

    Defendants/Third-Party Plaintiffs,

vs.

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION;

and

AQMI STRATEGY CORPORATION; et al.

    Third-Party Defendants.
_____/

**WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE**

    Third-Party Defendant, AQMI STRATEGY CORPORATION, hereby requests that Cory L. Taylor, Esquire of the law firm of Shutts & Bowen LLP be substituted in the place and stead of Jason H. Klein, Esquire of the law firm of Shutts & Bowen LLP in the above-styled cause, and requests that Cory L. Taylor, Esquire be added to the electronic service list at ctaylor@shutts.com from this point forward.

                                      **/s/ Cory L. Taylor**
                                      JACK C. McELROY, ESQ.
                                      Florida Bar No. 0818150
                                      jmcelroy@shutts.com

        CORY L. TAYLOR, ESQ.
        Florida Bar No. 646377
        ctaylor@shutts.com
        **SHUTTS & BOWEN, LLP**
        300 S. Orange Avenue, Suite 1000
        Orlando, Florida 32801
        Telephone:  407-423-3200
        Facsimile:  407-425-8316
        ATTORNEYS FOR THIRD PARTY
        DEFENDANT, AQMI STRATEGY
        CORPORATION

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Aaron C. Bates, Esq.<br>abates@goldbergbates.com | J. Russell Campbell, Esq.<br>rcampbell@balch.com |
| Martin R. Raskin, Esq.<br>mraskin@raskinlaw.com | Kathleen B. Havener, Esq.<br>kbhavener@hahnlaw.com |

and by U.S. Mail, postage prepaid to Allen Estes, Esq., Balch & Bingham, LLP, P.O. Box 306, Birmingham, AL 35201

        **/s/ Cory L. Taylor**_____
        CORY L. TAYLOR, ESQ.
        Florida Bar No. 646377

2