UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

Plaintiffs,

-vs-	Case No. 6:07-cv-1788-Orl-28KRS

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

Defendants.

## ORDER

This cause is before the Court on its own initiative. Terence Chu filed a Reply (Doc. 105) without first seeking leave to do so as required by Local Rule 3.01(c). Accordingly, Mr. Chu's Reply is hereby **STRICKEN.**

Plaintiffs' Motion to Strike Reply In Support of Motion to Dismiss of Terence Chu is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of April, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party