# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC. and NEXIA
STRATEGY CORPORATION,

|                          |
|--------------------------|

Plaintiffs,

-vs-                                              Case No.  6:07-cv-1788-Orl-28GJK

PALAXAR GROUP, LLC; PALAXAR
HOLIDNGS, LLC; FRANK HAILSTONES;
EDITH CURRY a/k/a EDITH BROADHEAD;
and FICTITIOUS DEFENDANTS 1-8,

Defendants,

-vs-

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION,
and AQMI STRATEGY CORPORATION; et
al.

Third-Party Defendants.

_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

| MOTION: | AQMI STRATEGY CORPORATION'S MOTION FOR WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE  (Doc. No. 110) |
|---------|----------------------------------------------------------------------------------------------------------|
| FILED:  | April 17, 2008 |

THEREON it is ORDERED that the motion is DENIED without prejudice.

The Motion fails to certify compliance with Local Rules 2.01(a), 2.03(b), and 3.01(g), and, therefore, the Motion is denied without prejudice.  Counsel may file an amended motion within ten (10) days.

**DONE** and **ORDERED** at Orlando, Florida on April 30, 2008.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE