UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

          Plaintiffs,

-vs-                                        Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

          Defendants.
_____

## ORDER

This cause is before the Court on "Third-Party Defendant Robert Pollock's Motion to Dismiss The Third-Party Complaint" (Doc. 70), "Third-Party Defendant Robert Pollock's Motion to Dismiss The First Amended Third-Party Complaint" (Doc. 81), and Third Party Plaintiff Edith Curry's response (Doc. 87).

The first Third Party Complaint (Doc. 54) was superceded by the Amended Third Party Complaint (Doc. 59); accordingly, Third Party Defendant Robert Pollock's Motion to Dismiss Third Party Complaint (Doc. 70) is denied as moot.

The allegations of fraud against Third Party Defendant Robert Pollock contained in the Amended Third Party Complaint are insufficient and do not comply with the requirements of Federal Rule of Civil Procedure 9(b). Accordingly, Third Party Defendant Robert Pollock's Motion to Dismiss the First Amended Third Party Complaint is granted and the Amended

Third Party Complaint is dismissed without prejudice as to Third Party Defendant Robert Pollock. Third Party Plaintiff may file a Second Amended Third Party Complaint against Robert Pollock within twenty (20) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2nd___ day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party