UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

Plaintiffs,

-vs-                                                              Case No.  6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

Defendants.

## ORDER

This cause is before the Court on Third Party Defendant AQMI Strategy Corporation's ("AQMI") Motion to Dismiss Third Party Complaint (Do. 60)[1] and the Third Party Plaintiffs' response (Doc. 82).  The Court finding that Count 11 of the Amended Third Party Complaint contains "enough facts to state a claim to relief that is plausible on its face," Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1974 (2007), the Motion to Dismiss is **DENIED**.

Defendant AQMI shall file its Answer to the Amended Third Party Complaint within eleven (11) days from the date of this Order.

---

[1] AQMI's motion is directed to Doc. 54 Third Party Complaint, Count 10, paragraphs 122 and 124.  The Third Party Complaint (Doc. 54) was superceded by the Amended Third Party Complaint (Doc. 59).  Count 11, paragraphs 127 and 128, of the Amended Third Party Complaint contain the identical allegations as Count 10, paragraphs 122 and 124, of the Third Party Complaint.  Third Party Plaintiffs' response addresses Count 11 of the Amended Third Party Complaint.

DONE and ORDERED in Chambers, Orlando, Florida this \_\_2\_\_ day of May, 2008.

                                                                                  JOHN ANTOON II
                                                                                  United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party