**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION,

 Plaintiffs,       CASE NO.:  6:07-CV-1788-ORL-28-GJK

vs.

PALAXAR GROUP, LLC;
PALAXAR GROUP HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY a/k/a
EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 though 8,

 Defendants/Third-Party Plaintiffs,

vs.

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION;

and

AQMI STRATEGY CORPORATION; et al.

 Third-Party Defendants.
_____/

**UNOPPOSED AMENDED MOTION FOR WITHDRAWAL**
**OF APPEARANCE AND ENTRY OF APPEARANCE**

 Jason H. Klein and Cory L. Taylor hereby petition this Court for permission to withdraw Mr. Klein and substitute Ms. Taylor as counsel for AQMI STRATEGY CORPORATION ("AQMI") in the above-captioned matter, and in support thereof petitioners state as follows:

 1. Petitioner Jason H. Klein wishes to withdraw as counsel for AQMI.

 2. Pursuant to Rule 2.03(b), the undersigned have given the required notice of such withdrawal to AQMI and opposing counsel.

 3. AQMI has approved the withdrawal of Mr. Klein and wishes to substitute Ms. Taylor as its counsel in this matter.

2

4. Petitioner Cory L. Taylor wishes to enter her appearance on behalf of AQMI and certifies that she is a member in good standing of the Florida Bar and admitted to practice in the Middle District of Florida.

5. Pursuant to Rule 3.01(g), the undersigned have contacted opposing counsel, and opposing counsel have no objection to the relief sought herein.

WHEREFORE, petitioners Jason H. Klein and Cory L. Taylor pray that this Court will grant its Unopposed Amended Motion for Withdrawal of Appearance and Entry of Appearance and add Cory L. Taylor to the electronic service list with the address of ctaylor@shutts.com.

| | |
|---|---|
| **/s/ Jason H. Klein** | **/s/ Cory L. Taylor** |
| JASON H. KLEIN, ESQ. | JACK C. McELROY, ESQ. |
| Florida Bar No. 0016687 | Florida Bar No. 0818150 |
| Telephone: (407) 248-3857 | jmcelroy@shutts.com |
| Facsimile: (407) 370-5193 | CORY L. TAYLOR, ESQ. |
| | Florida Bar No. 646377 |
| | ctaylor@shutts.com |
| | **SHUTTS & BOWEN, LLP** |
| | 300 S. Orange Avenue, Suite 1000 |
| | Orlando, Florida 32801 |
| | Telephone: 407-423-3200 |
| | Facsimile: 407-425-8316 |
| | ATTORNEYS FOR THIRD PARTY DEFENDANT, AQMI STRATEGY CORPORATION |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Aaron C. Bates, Esq.<br>abates@goldbergbates.com | J. Russell Campbell, Esq.<br>rcampbell@balch.com |
| Martin R. Raskin, Esq.<br>mraskin@raskinlaw.com | Kathleen B. Havener, Esq.<br>kbhavener@hahnlaw.com |

and by U.S. Mail, postage prepaid to Allen Estes, Esq., Balch & Bingham, LLP, P.O. Box 306, Birmingham, AL 35201

        **/s/ Cory L. Taylor**
        CORY L. TAYLOR, ESQ.
        Florida Bar No. 646377