UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>          Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>          Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>          Counterclaim and Third<br>          Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-GJK |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO SEVER**

COME NOW Defendants/Counterclaimants/Third Party Plaintiffs FRANK HAILSTONES ("HAILSTONES"), EDITH CURRY a/k/a EDITH BROADHEAD ("CURRY"), PALAXAR GROUP, LLC, and PALAXAR HOLDINGS, LLC ("the Palaxar Defendants"), by and through their undersigned attorneys, and file this, their Unopposed Motion for Extension of Time to file a response to Plaintiffs/Counterclaim Defendants Mirabilis Ventures, Inc. and Nexia Strategy Corporation and Third-Party Defendants Yaniv Amar, Matthew S, Mokwa, and Aaron C. Bates ("the Counter and Third Party Defendants") Motion to Sever Counts 5, 6, 7, 8

and 9 of the First Amended Counterclaims and Third-Party Claims. In support of this motion, the Palaxar Defendants state:

1. On April 1, 2008, the Counter and Third Party Defendants filed their Motion to Sever Counts 5, 6, 7, 8 and 9 of the First Amended Counterclaims and Third-Party Claims. A response to that motion was originally due on April 15, 2008. Upon an agreed motions filed by the Palaxar Defendants, the Court extended the due date for the Palaxar Defendants' response to April 28, 2008 and again to May 9, 2008. By this unopposed motion the Palaxar Defendants, request an additional two weeks to respond to the Motion to Sever.

2. As explained in the Palaxar Defendants' earlier Motion for Extension of Time to Respond to Motion to Sever, the United States is conducting a criminal investigation which significantly overlaps some of the issues in this civil case. In that regard, the government has informed counsel for both sides that it intends to intervene in this matter to seek a stay of discovery during the pendency of its criminal investigation.[1] Counsel for the Palaxar Defendants have informed AUSA Randy Gold that they do not oppose the government's proposed motion to intervene and stay discovery. Counsel for Mirabilis and Nexia remain in discussions with the government to determine their position on the government's proposed motion for a stay and, pending those discussions, have suspended their outstanding discovery requests. Undersigned counsel is informed that counsel for Mirabilis and Nexia are meeting with the United States Attorney's Office early this week regarding this issue.

---

[1] It is counsel's understanding that the government's motion will be based in part on the concept that a litigant should not be allowed to make use of the liberal discovery procedures applicable to a civil case as a dodge to avoid the restrictions on criminal discovery and thereby obtain information he would not otherwise be entitled to for use in a criminal matter. *See Campbell v. Eastland*, 307 F.2d 478 (5th Cir. 1962); *Securities & Exch. Comm'n v. Chestman*, 861 F.2d 49, 50 (2d Cir.1988) ("The government ha[s] a discernible interest in intervening in order to prevent discovery in a civil case from being used to circumvent the more limited scope of discovery in [a related] criminal matter.").

3.      The position taken by Mirabilis and Nexia on the government's proposed motion will impact the Palaxar Defendants' decision whether to oppose or consent to the Motion to Sever, and, indeed, may moot the Motion to Sever. Therefore, the Palaxar Defendants request additional time before committing to a course of action on the Motion to Sever so as to enable counsel for Mirabilis and Nexia to respond to the government's concerns regarding the discovery in this case.

4.      Counsel has conferred with counsel for all the moving parties - Mirabilis, Nexia Strategy, Aaron Bates, Matthew Mokwa and Yaniv Amar - and they do not oppose the extension of time sought by this motion.

WHEREFORE, Defendants FRANK HAILSTONES, EDITH CURRY, a/k/a EDITH BROADHEAD, PALAXAR GROUP, LLC, and PALAXAR HOLDINGS, LLC, request an additional two week extension of time until May 23, 2008 to respond to the Motion to Sever.

Respectfully submitted,

KATHLEEN B. HAVENER
ATTORNEY AT LAW, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Telephone: 216-288-6009
Fax: 440-893-9326
Email: kbhavener@gmail.com

Attorney for Defendants Curry, Hailstones, Palaxar Group, LLC and Palaxar Holdings, LLC

/s/ Jane Serene Raskin
MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Defendant Curry, Palaxar Group, LLC and Palaxar Holdings, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2008, I electronically filed the foregoing Motion for Extension of Time to Respond to Motion to Sever with the Clerk of Court using the CM/ECF system which will send a notice of electric filing to the appropriate attorneys.

I further certify that on May 12, 2008, a copy of the foregoing has been furnished by U.S. Mail to:

Terence Chu
5637 Country Hills Lane
Glen Allen, VA 23059

Defendant

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836

Third Party Defendant

/s/ Jane Serene Raskin\_\_\_
JANE SERENE RASKIN