**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                     CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    Defendants,

v.

**AQMI STRATEGY CORPORATION,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**and JAMES SADRIANNA,**

    Third-Party Defendants.
_____

**PLAINTIFFS / COUNTERCLAIM DEFENDANTS'**
**OPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS /**
**COUNTERCLAIM PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs / Counterclaim Defendants Mirabilis Ventures, Inc. ("Mirabilis") and Nexia Strategy Corporation ("Nexia") (sometimes collectively referred to hereinafter as "Plaintiffs"), by and through their undersigned attorneys, file the following Opposed Motion to Extend Deadline to Respond to Defendants / Counterclaim Plaintiffs' Motion for Summary Judgment and Incorporated Memorandum of Law to August 19, 2008.  In support of their motion, Plaintiffs state as follows:

1

1.     On March 17, 2008, Defendants / Counterclaim Plaintiffs Palaxar Group, LLC, Palaxar Holdings, LLC (collectively "Palaxar"), Edith Curry ("Curry"), and Frank Hailstones ("Hailstones") (Palaxar, Curry and Hailstones shall sometimes be collectively referred to hereinafter as "Defendants") filed their Joint Motion for Summary Judgment and Incorporated Memorandum of Law.

2.     Plaintiffs previously filed an unopposed motion to extend the deadline to file a response to Defendants' Motion for Summary Judgment from April 16, 2008 until May 20, 2008, which was subsequently granted. See Docs. 99, 100.

3.     Before responding to Defendants' motion for summary judgment, Plaintiffs sought the opportunity to cross-examine the voluminous sworn testimony which has been presented by Defendants in support of their motion. In the Eleventh Circuit, a party opposing a motion for summary judgment has a right to "challenge…the factual materials submitted in support of the motion by conducting sufficient discovery so as to enable him to determine whether he can furnish opposing [factual materials and]…to utilize the discovery process to gain access to the requested materials." Snook v. Trust Co. of Ga., 859 F.2d 865, 870 (11th Cir. 1988). In such circumstances, a "non-moving party may move for a continuance to obtain further evidence where additional discovery would enable the non-movant to carry its burden on summary judgment." See FED. R. CIV. P. 56(f); Fitzpatrick v. City of Atlanta, 2 F.3d 1112, 1116 n. 3 (11th Cir. 1993).

4.     While Plaintiffs have made efforts to conduct discovery and achieve the above-stated ends, recent events have obstructed Plaintiffs' ability to do so.

5. In particular, and for the same reasons set forth in Defendants' Unopposed Motion for Extension of Time to Respond to Motion to Sever,[1] the claims at issue in this action – namely the alleged wrongdoings committed in 2006 while Curry and Hailstones were officers and directors of Mirabilis and Nexia – contain issues of material facts which potentially overlap with a federal criminal investigation which has been ongoing in the Middle District of Florida since late-2006.

6. The government has informed Plaintiffs that, unless the depositions of Hailstones and Curry are postponed, it will move to intervene and seek a stay of discovery in this action for the reason that these depositions will have an adverse impact on the criminal investigation.[2]

7. After consultation with the government, the Plaintiffs are amenable to the government's request and, accordingly, a reasonable stay of discovery so as to allow the criminal investigation adequate time to reach a conclusion.

8. In light of the foregoing, Plaintiffs respectfully request that they be allowed until August 19, 2008 to respond to Defendants' Motion for Summary Judgment. This request is made with an expectation that both Hailstones and Curry's depositions will be allowed to proceed unimpeded no later than July 29, 2008.

---

[1] See Doc. 128.

[2] The depositions of Curry and Hailstones were originally noticed for December 3 and 4, 2007. Due to Defendants' removal of this action to federal court, Curry and Hailstones informed Plaintiffs that they would not appear for the depositions until after the Court's entry of its Case Management Order. On March 11, 2008, Plaintiffs sought to schedule the aforementioned depositions for mid-to-late April. Instead of responding to the attempts to coordinate a mutually-acceptable time for the depositions of Curry and Hailstones, Defendants filed their motion for summary judgment on March 17, 2008 which contained over fifty (50) pages of affidavit testimony. Immediately after the filing of their motion, Plaintiffs noticed the depositions of Curry and Hailstones for April 15 and 16, 2008. Thereafter, Defendants notified Plaintiffs that Curry and Hailstones *would not* be appearing for these depositions as neither Hailstones nor Curry were available on these dates. Plaintiffs responded by stating that they would reschedule the depositions if Defendants agreed to consent to a request for extension of time to respond to the motion for summary judgment until thirty (30) days after the last deposition. In response, Curry and Hailstones agreed to be deposed on April 25 and May 6, 2008. Shortly thereafter, the government informed Plaintiffs of their objection to the scheduled depositions.

9. Pursuant to Local Rule 3.01(g), the undersigned certify that, with respect to the foregoing motion, they have conferred with counsel for Defendants and they do not consent to the relief sought herein.

WHEREFORE, Plaintiffs / Counterclaim Defendants Mirabilis Ventures, Inc. and Nexia Strategy Corporation respectfully request that the Court enter an order extending the deadline to respond to Defendants / Counterclaim Plaintiffs' Joint Motion for Summary Judgment and Incorporated Memorandum of Law from May 20, 2008 until August 19, 2008.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,


s/ Aaron C. Bates_____
One of the Attorneys for
Plaintiffs / Counterclaim Defendants
Mirabilis Ventures, Inc. and
Nexia Strategy Corporation

Aaron C. Bates, Esq.
BATES MOKWA, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL  32803
Telephone: (407) 893-3776
Facsimile: (407) 893- 3779
abates@batesmokwa.com

J. Russell Campbell
Florida Bar No. 901423
Allen M. Estes (admitted *pro hac vice*)
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 251-80100
Facsimile:  (205) 226-8798
rcampbell@balch.com
aestes@balch.com

4

5

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                                s/ Aaron C. Bates_____
                                                Aaron C. Bates

**SERVICE LIST**

| | |
|---|---|
| Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida  33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Jack C. McElroy<br>Florida Bar No. 0818150<br>Shutts & Bowen, LLP<br>300 S. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>**Attorneys for AQMI Strategy Corp.**<br><br>Frank Amodeo<br>614 Lake Avenue<br>Orlando, Florida 32801<br>**Third-Party Defendant**<br><br>John Edwin Fisher<br>Florida Bar Number 091677<br>Fisher Rushmer, Werrenrath, Dickson, Tulley, & Dunlap, P.A.<br>P.O. Box 712<br>Orlando, Florida 32802-0712<br>**Attorneys for Aaron Bates and Matthew Mokwa** | Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Craig S. Warkol<br>BRACEWELL & GIULIANI LLP<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br>Craig.warkol@bgllp.com<br>**Attorneys for Frank Hailstones**<br><br>Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Virginia  23059.5424<br>**Defendant**<br><br>James E. Shepherd, Esq.<br>Florida Bar No. 0947873<br>Pohl & Short, P.A.<br>280 W. Canton Avenue, Suite 410<br>P.O. Box 3208<br>Winter Park, Florida 32790<br>**Attorneys for Yaniv Amar**<br><br>James Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, Florida 32836<br>**Third-Party Defendant** |