# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION,

    Plaintiffs,                    CASE NO.: 6:07-CV-1788-ORL-28-GJK

vs.

PALAXAR GROUP, LLC;
PALAXAR GROUP HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY a/k/a
EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 though 8,

    Defendants/Third-Party Plaintiffs,

vs.

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION;

and

AQMI STRATEGY CORPORATION; et al.

    Third-Party Defendants.
_____/

## THIRD PARTY DEFENDANT AQMI STRATEGY CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Third Party Defendant AQMI Strategy Corporation ("AQMI"), by its undersigned counsel, Shutts & Bowen LLP, and pursuant to Fed. R. Civ. P. 6(b), moves for an extension of time through and including Tuesday, June 3, 2008 within which to file its Answer to the Amended Third Party Complaint. The grounds for this motion are set forth in the following memorandum.

## MEMORANDUM OF LAW

The Third Party Complaint (Doc. No. 54) was served on AQMI on February 20, 2008. AQMI filed its Motion to Dismiss Third Party Complaint on March 11, 2008 (Doc. No. 60), which motion was denied by this Court in an Order dated May 2, 2008. In the interim, the Third Party Complaint was superceded by the Amended Third Party Complaint (Doc. No. 59). The court stated in its May 2, 2008 Order (Doc. No. 121) that AQMI shall file its Answer to the Amended Third Party Complaint within eleven (11) days of the date of the Order. AQMI previously filed an unopposed motion to extend the deadline to file its Answer to the Third Party Complaint from Tuesday, May 13, 2008 until Tuesday, May 27, 2008, which was subsequently granted (Doc. Nos. 129, 131).

Undersigned counsel for AQMI has been informed that the United States of America will be moving to intervene so that it may seek a stay of discovery in this action. The reason for the stay is that ongoing civil discovery will have an adverse impact on a federal criminal investigation of Plaintiffs Mirabilis Ventures, Inc. and Nexia Strategy Corp. – including their officers and directors – which has been ongoing in the Middle District of Florida since late-2006. Due to the impending filing of the aforementioned motion and the press of AQMI's other deadlines and business, AQMI needs and requests until Tuesday, June 3, 2008 to Answer the Amended Third Party Complaint so that it may assess the impact of the government's motion on this action and, in particular, the claims raised against AQMI.

Under Fed. R. Civ. P. 6(b), the Court, in its discretion, may enlarge the period for taking required or allowed action if the request is made before the expiration of the originally prescribed period. Under the rule, reasonable enlargements of time when requested at the

appropriate time are liberally granted, especially when the parties are in agreement on the extension and no prejudice will be suffered.

Pursuant to Local Rule 3.01(g), counsel for AQMI has contacted opposing counsel regarding the issue raised herein, and opposing counsel has consented to the requested extension.

WHEREFORE, Third Party Defendant AQMI Strategy Corporation respectfully moves for an extension of time through and including Tuesday, June 3, 2008 to file its Answer to the Amended Third Party Complaint.

>  /s/ Cory L. Taylor_____
> JACK C. McELROY, ESQ.
> Florida Bar No. 0818150
> jmcelroy@shutts.com
> CORY L. TAYLOR, ESQ.
> Florida Bar No. 646377
> ctaylor@shutts.com
> **SHUTTS & BOWEN, LLP**
> 300 S. Orange Avenue, Suite 1000
> Orlando, Florida 32801
> Telephone:  407-423-3200
> Facsimile:  407-425-8316
> ATTORNEYS FOR THIRD PARTY
> DEFENDANT, AQMI STRATEGY
> CORPORATION

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May \_\_\_, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Aaron C. Bates, Esq. <br> abates@goldbergbates.com | J. Russell Campbell, Esq. <br> rcampbell@balch.com |
| Martin R. Raskin, Esq. <br> mraskin@raskinlaw.com | Kathleen B. Havener, Esq. <br> kbhavener@hahnlaw.com |

and by U.S. Mail, postage prepaid to Allen Estes, Esq., Balch & Bingham, LLP, P.O. Box 306, Birmingham, AL 35201.

                                        **/s/ Cory L. Taylor**
                                        CORY L. TAYLOR, ESQ.
                                        Florida Bar No. 646377

ORLDOCS 11204840 1