UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

Plaintiffs,

-vs-                                                          Case No. 6:07-cv-1788-Orl-28KRS

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

Defendants.

## ORDER

This cause is before the Court on the following motion:

| MOTION: | PLAINTIFFS/COUNTERCLAIM DEFENDANTS' OPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (Doc. No. 134) |
|---|---|
| FILED: | May 19, 2008 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this  27  day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party