UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

**Plaintiffs,**

-vs-                                                                                                  CASE NO. 6:07-cv-1788-Orl-28KRS

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

**Defendants.**
_____/

## SUGGESTION OF PENDENCY OF REORGANIZATION PROCEEDING

**COMES NOW** the Plaintiff, **MIRABILIS VENTURES, INC.**, a Nevada limited liability corporation, (the "Debtor"), by and through its undersigned attorneys, and suggests to this Court and all parties that this action is stayed as to the Debtor, pursuant to 11 U.S.C. § 362 by virtue of the pendency of proceedings for reorganization styled, *In Re: MIRABILIS VENTURES, INC.*, Case No. 6:08-bk-04327, which was filed on the 27th day of May 2008, in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

Further, 11 U.S.C. § 108(b) provides that if applicable non-bankruptcy law or an order entered in a non-bankruptcy proceeding fixes a period of time to file any pleading, demand, notice, or proof of loss, cure a default or perform any similar act, and such period has not expired before the date of filing the petition, the Trustee may file, cure or perform before the later of sixty (60) days after the Order for Relief.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

by Electronic transmission and/or U.S. First Class Mail, postage prepaid to the following:

| | |
|---|---|
| Aaron C. Bates<br>Bates Mokwa<br>3660 Maguire Blvd., Suite 102<br>Orlando, FL 32803<br>abates@batesmokwa.com<br>a/f Mirabilis Ventures, Inc.<br>a/f Nexia Strategy Corporation | Allen M. Estes<br>John Russel Campbell<br>Balch & Bingham, LLP<br>1901 Sixth Ave. N, Suite 1500<br>Birmingham, AL 35203<br>aestes@balch.com<br>rcampbell@balch.com<br>a/f Mirabilis Ventures, Inc.<br>a/f Nexia Strategy Corporation |
| Jane S. Raskin<br>Martin B. Raskin<br>Raskin & Rasking, PA<br>2601 S. Bayshore Drive, Suite 725<br>Miami, FL 33133<br>jrasking@raskinlaw.com<br>mraskin@raskinlaw.com<br>a/f Palaxar Group, LLC<br>a/f Palaxar Holdings, LLC<br>a/f Edith Curry a/k/a Edith Broadhead | Kathleen B. Havener<br>Kathleen B. Havener, Attorney at Law, LLC<br>15511 Russell Rd.<br>Chagrin Falls, OH 44022<br>kbhavener@gmail.com<br>a/f Palaxar Group, LLC<br>a/f Palaxar Holdings, LLC<br>a/f Frank Hailstones<br>a/f Edith Curry a/k/a Edith Broadhead |
| Christine M. Ho<br>Donald E. Christopher<br>Litchford & Christopher, PA<br>390 N. Orange Ave., Suite 2200<br>P.O. Box 1549<br>Orlando, FL 32802-1549<br>cho@litchfordchristopher.com<br>dchristopher@litchfordchristopher.com<br>a/f Frank Hailstones | James Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, FL 32836<br>(PRO SE) |
| Terence Chu<br>5637 Country Hills Lane<br>Glen Allen, VA 23059<br>(PRO SE) | Cory L. Taylor<br>Jack C. McElroy<br>Shutts & Bowen, LLP<br>300 S. Orange Ave., Suite 1000<br>PO Box 4956<br>Orlando, FL 32802-4956<br>ctaylor@shutts.com<br>jmcelroy@shutts.com<br>a/f AQMI Strategy Corporation |
| James Robert Lussier<br>Mateer & Harbert, PA<br>225 E. Robinson Street, Suite 600<br>PO Box 2854<br>Orlando, FL 32802-2854<br>jlussier@mateerharbert.com<br>a/f Wellington Capital Group, Inc. | James Everett Shepherd, V<br>Pohl & Short, PA<br>280 W. Canton Ave., Suite 310<br>PO Box 3208<br>Winter Park, FL 32790<br>shepherd@pohlshort.com<br>a/f Yaniv Amar |

| | |
|---|---|
| John Edwin Fisher<br>Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA<br>20 N. Orange Ave., Suite 1500<br>PO Box 712 Orlando, FL 32802-0712<br>jfisher@fisherlawfirm.com<br>a/f Matthew Mokwa<br>a/f Aaron Bates | Darryl M. Bloodworth<br>L. Reed Bloodworth<br>Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA<br>800 N. Magnolia Ave., Suite 1500<br>PO Box 2346<br>Orlando, FL 32802-2346<br>dbloodworth@deanmead.com<br>rbloodworth@deanmead.com<br>a/f Robert Pollack |

on this 29th day of May 2008.

/s/Elizabeth A. Green
Elizabeth A. Green, Esquire
Florida Bar No. 0600547
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave., Suite 600
P.O. Box 3353 (32802-3352)
Orlando, FL 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
Attorneys for Debtor