**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION,

    Plaintiffs,                      CASE NO.:  6:07-CV-1788-ORL-28-GJK

vs.

PALAXAR GROUP, LLC;
PALAXAR GROUP HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY a/k/a
EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 though 8,

    Defendants/Third-Party Plaintiffs,

vs.

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION;

and

AQMI STRATEGY CORPORATION; et al.

    Third-Party Defendants.
_____/

**NOTICE OF CORRECTED CERTIFICATE OF SERVICE**

Third Party Defendant AQMI Strategy Corporation ("AQMI"), by its undersigned counsel, Shutts & Bowen LLP, hereby certifies that a true and correct copy of the Answer to Amended Complaint and Counterclaim was served via regular U.S. Mail to:

    Terence Chu
    5637 Country Hills Lane
    Glen Allen, VA 23059

    James Sadrianna
    10025 Chatham Oaks Court
    Orlando, FL 32836

this 4th day of June, 2008.

    **/s/ Cory L. Taylor**_____
    JACK C. McELROY, ESQ.
    Florida Bar No. 0818150
    jmcelroy@shutts.com
    CORY L. TAYLOR, ESQ.
    Florida Bar No. 646377
    ctaylor@shutts.com
    **SHUTTS & BOWEN, LLP**
    300 S. Orange Avenue, Suite 1000
    Orlando, Florida 32801
    Telephone: 407-423-3200
    Facsimile: 407-425-8316
    ATTORNEYS FOR THIRD PARTY
    DEFENDANT, AQMI STRATEGY
    CORPORATION

ORLDOCS 11211902 1