# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

Plaintiffs,

-vs-                                                Case No.  6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

Defendants.

---

## ORDER

This cause is before the Court on the United States's Unopposed Motion to Intervene and Stay Discovery (Doc. 146). The United States seeks to intervene in order to seek a stay of discovery in this civil matter "until the resolution of the criminal investigation and/or prosecution of the Plaintiffs and/or their agents." (Id. at 1-2). The motion is well-taken and, as noted by its title, it is unopposed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The United States's Unopposed Motion to Intervene and Stay Discovery (Doc. 146) is **GRANTED**.

2. The United States is permitted to intervene in this case. Discovery in this matter is hereby **STAYED** pending further Order of this Court. The United States shall file a status

report within sixty (60) days of the date of this Order and every sixty days thereafter regarding the necessity vel non of a continued stay of discovery in this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____5_____ day of June, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party