UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

　　　　　　Plaintiffs,

-vs-　　　　　　　　　　　　　　　　　　　Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

　　　　　　Defendants.

## ORDER

Before the Court is the Suggestion of Pendency of Reorganization Proceeding (Doc. 143) filed by Plaintiff Mirabilis Ventures, Inc. ("Mirabilis"). Mirabilis advises the Court therein that it initiated reorganization proceedings in the bankruptcy court on May 27, 2008 and suggests that this matter is automatically stayed as to Mirabilis under 11 U.S.C. § 362. Defendants have filed a Response (Doc. 144), asserting that the automatic stay does not apply to actions initiated by a debtor – like the main case here – but acknowledging that the counterclaims against Mirabilis may be impacted by the automatic stay. (See id. at 2). The Court determines that this matter shall be stayed in its entirety.

Accordingly, it is **ORDERED** that this case is **STAYED** pending further Order of this Court. It is further **ORDERED** that Plaintiff Mirabilis shall file a status report regarding the

status of the bankruptcy proceedings within sixty (60) days of the date of this Order and every sixty days thereafter.

**DONE** and **ORDERED** in Orlando, Florida this 5 day of June, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party