**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

        Plaintiffs,

-vs-                              Case No. 6:07-cv-1788-Orl-28KRS

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

        Defendants.

## ORDER

On June 5, 2008, this matter was stayed pending further order of this Court (Doc. 151). Accordingly, all pending motions are denied as moot; they may be renewed after the stay is lifted. The Clerk is directed to administratively close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11 day of June, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party