UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>                    Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>                    Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>         Counterclaim and Third<br>         Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-GJK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**AFFIDAVIT OF TERENCE CHU IN**<br>**SUPPORT OF DEFENDANTS'**<br>**REQUEST FOR RECONSIDERATION**<br>**AND PARTIAL RELIEF FROM STAY** |

County of Henrico        }
                         }
Commonwealth of Virginia }

Terence Chu, being duly sworn, deposes and says:

1. I am over the age of 21 years and competent to make the statements contained herein.

2. I am a founding member of both Palaxar Group, LLC ("Group"), a limited liability company organized under the laws of the Commonwealth of Virginia on September 11, 2006 and Palaxar Holdings, LLC ("Holdings") a limited liability company

1

organized under the laws of the Commonwealth of Virginia on December 18, 2006, (hereinafter, collectively referred to as "Palaxar").

3. Since its formation, I have managed the ongoing operations of Palaxar, including but not limited to establishing/maintaining its bank accounts and financial records.

4. All of the funds contained in any Palaxar bank account consists of contributed capital from the founding members.

5. Since its inception in September of 2006, Palaxar has had no revenues, nor has it received any income or payment from any third party for services rendered.

6. The filing of the lawsuit made it more difficult to market Palaxar's anti-fraud product than it would have otherwise been because: (a) the ownership of the patent(s) is clouded in doubt; and (b) the accusations of theft directed at Ms. Curry. The continuation of the lawsuit continues to inhibit Palaxar's ability to develop, market and sell the anti-fraud product.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Terence Chu

On this the 17 day of June, 2008, before me personally appeared Terence Chu, known to me to be the person executing the foregoing, and stated under penalty of perjury that the foregoing is true and correct to the best of his information, knowledge and belief

_____
NOTARY PUBLIC     # 7044103

MY COMMISSION EXPIRES MAY 30, 2006

2