# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

    Plaintiffs,

-vs-                                                Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

    Defendants.
_____

## ORDER

This cause is before the Court on Defendants' Request for Reconsideration and Partial Relief from Stay (Doc. 153). Upon consideration, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants' Request for Reconsideration and Partial Relief from Stay (Doc. 153) is **GRANTED in part** and **DENIED in part** as set forth below.

2. The Request for Partial Relief from Stay is **GRANTED** insofar as it pertains to effectuating service of process on Third-Party Defendant Frank Amodeo. Defendants may effectuate such service.

3. The Request for Partial Relief from Stay is **DENIED** insofar as it seeks a ruling on Defendants' Motion for Summary Judgment, and the Request for Reconsideration of the Order staying this case in its entirety is **DENIED without prejudice**. Although Defendants

describe the summary judgment motion as "ripe and unopposed," in light of the sequence of events in this case – including the intervention by the Government and the stay of discovery – the Court will not rule on the summary judgment motion without, at a minimum, permitting the filing of a response by the debtor, Mirabilis. Discovery has been stayed at the request of the Government and with the consent of the parties. Thus, even if the Court stayed only part of the case at this time, Mirabilis could not yet conduct the depositions that it desires to take in response to Defendants' summary judgment motion and which the Court will allow once the discovery stay is lifted.[1] Defendants may refile their motion with regard to the stay of this case in its entirety once the discovery stay has been lifted.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7 day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

---

[1]The Court has not overlooked that it denied Mirabilis's second motion for an extension of time on May 28, 2008. (Order, Doc. 142).