# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:07-CV-1788-ORL-28-GJK

Plaintiff:
**Mirablis Ventures, Inc.; et al.,**

vs.

Defendant:
**Palaxar Holdings, LLC; et al.,**

For:
Raskin & Raskin, P.A.
2601 South Bayshore Dr.
Suite 725
Miami, FL 33133

Received by ATTORNEY'S LEGAL SERVICES, INC. on the 16th day of July, 2008 at 7:06 pm to be served on **FRANK AMODEO C/O HAVEY A. MOORE, PH.D., 101 E. Kennedy Blvd., Suite 3040, Tampa, FL 33602.**

I, Edward Lazo, do hereby affirm that on the **22nd day of July, 2008 at 4:05 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **ALIAS THIRD PARTY SUMMONS and JOINT ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT, COUNTERCLAIMS, AND THIRD PARTY CLAIMS** with the date and hour of service endorsed thereon by me, to: **Havey A. Moore** as **Designated To Accept** at the address of: **101 E. Kennedy Blvd., Suite 3040, Tampa, FL 33602**, who stated they are authorized to accept service for **FRANK AMODEO**, and informed said person of the contents therein, in compliance with state statutes.

### Additional Information pertaining to this Service:
Client called on 7-8-2008 and requested summons be served on a rush basis. Attempted on 7-18-2008 @ 4:05 pm but Dr. Moore was not in office and would not return until 7-22-2008.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Edward Lazo
C.P.S. 60-0536266

**ATTORNEY'S LEGAL SERVICES, INC.**
112 East Concord Street
Orlando, FL 32801
(407) 839-4644

Our Job Serial Number: 2008004611

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f