UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

    v.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES;
EDITH CURRY,
   a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants,

    v.                                                                         Case No. 6:07-cv-01788-Orl-28GJK

MIRABILIS VENTURES, INC. AND
NEXIA STRATEGY CORPORATION,
and THIRD PARTY DEFENDANTS:

AQMI STRATEGY CORPORATION;
WELLINGTON CAPITAL GROUP, INC;
YANIV AMAR; FRANK AMODEO;
AARON BATES; MATTHEW MOKWA;
ROBERT POLLACK;
JAMES SADRIANNA.

## UNITED STATES' STATUS REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to this Court's Order dated June 5, 2008, hereby files its status report concerning the stay of discovery granted in the instant case until the resolution of the criminal investigation and/or prosecution of the Plaintiffs and/or their agents.[1]

---

[1] On June 5, 2008, this Court also entered an Order staying the entire case pending further Order of this Court. Dkt. No. 151.

1.      The investigation referenced in the United States' Unopposed Motion to Intervene and Stay Discovery (Dkt. No. 146) is still ongoing. Additionally, Mirabilis Ventures, Inc., remains in proceedings before the bankruptcy court.  While the United States expects that one portion of the investigation will be concluded this month, the investigation of several other portions of the investigation remain ongoing and are expected to continue for several months.

2.      The United States submits that the stay of discovery remains warranted pending the completion of the criminal investigation and/or criminal prosecution.  The relevant factors referenced in United States' Unopposed Motion to Intervene and Stay Discovery (Dkt. No. 146) still militate in favor of the stay of discovery being continued.  Additionally, the pendency of the bankruptcy proceedings provide another reason for the stay remaining in effect.

WHEREFORE, the United States submits that the stay of discovery should remain in effect until further Order of this Court.

          Respectfully submitted,

          ROBERT E. O'NEILL
          United States Attorney

By:     *s/ I. Randall Gold*
      Assistant United States Attorney
      Deputy Chief, Orlando Division
      Florida Bar Number 0268062
      501 W. Church Street, Suite 300
      Orlando, Florida 32805
      Telephone:   407/648-7500
      Facsimile: 407/648-7643
      E-Mail:     randy.gold@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Martin R. Raskin, Esq.<br>Jane Serene Raskin, Esq.<br>2601 S. Bayshore Drive<br>Suite 725<br>Miami, Fl. 33133<br><br>Attorneys for Edith Curry,<br>Palaxar Group LLC, and<br>Palaxar Holdings LLC | Kathleen Havener, Esq.<br>200 Public Square<br>Suite 3300<br>Cleveland, Oh. 44114<br><br>and<br><br>Craig S. Warkol, Esq.<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br><br>Attorneys for Frank Hailstones |
| Aaron C. Bates, Esq.<br>3660 Maguire Blvd.<br>Suite 102<br>Orlando, Fl. 32803<br><br>and<br><br>J. Russell Campbell, Esq.<br>Allen M. Estes, Esq.<br>P.O. Box 306<br>Birmingham, Ala. 35201<br><br>Attorneys for Mirabilis Ventures, Inc.<br>and Nexia Strategy Corporation | John Edwin Fisher<br>Fisher, Rushmer, et al.<br>P.O. Box 712<br>Orlando, Florida 32802-0712<br><br>Attorney for Third Party Defendants<br>Aaron Bates and Matthew Mokwa |
| James E. Shepherd, Esq.<br>Pohl & Short<br>280 W. Canton Avenue<br>Suite 410<br>P.O. Box 3208<br>Winter Park, Florida 32790<br><br>Attorney for Yaniv Amar | Jack C. McElroy, Esq.<br>Shutts & Bowen, LLP<br>300 S. Orange Avenue<br>Suite 1000<br>Orlando, Florida 32801<br><br>Attorney for AQMI Strategy Corp. |

I hereby certify that on August 4, 2008, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

| | |
|---|---|
| Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Va. 23059 | James Sadrianna[2]<br>10025 Chatham Oaks Court<br>Orlando, Florida 32836 |
| Defendant | Third-Party Defendant |

*s/ I. Randall Gold*
I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division
Florida Bar No. 268062
501 W. Church Street - Suite 300
Orlando, Florida 32805
Telephone:  (407) 648-7500
Facsimile: (407) 648-7643
E-mail: randy.gold@usdoj.gov

---

[2] Although Mr. Sadrianna is pro se in this action, he is represented in the criminal investigation by Noel P. McDonell, Esq., Macfarlane Ferguson & McMullen One Tampa City Center, Suite 2000, P. O. Box 1531, Tampa, Florida 33602. A courtesy copy of this motion is being mailed to Ms. McDonell.