IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.                                      CASE NO.: 6:07-CV-01788-ORL-28-GKJ

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

and THIRD PARTY DEFENDANTS:

AQMI STRATEGY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

## PLAINTIFFS / COUNTERCLAIM DEFENDANTS STATUS REPORT

Plaintiffs / Counterclaim Defendants Mirabilis Ventures, Inc. ("Mirabilis") and Nexia Strategy Corporation ("Nexia"), by and through their undersigned attorneys, and pursuant to this Court's Order dated June 5, 2008, file the following status report:

    1.    Mirabilis filed its Suggestion of Bankruptcy with this Court on May 29, 2008.

    2.    On June 5, 2008, this Court entered an Order staying the civil matter pending further Order of this Court. The Order required Plaintiffs to file an update on the status of the bankruptcy proceedings within 60 days of the date of the Order and every sixty days thereafter.

986636.1

2

3. By subsequent Order dated June 11, 2008, this Court denied all pending motions as moot and directed the Clerk to administratively close this case.

4. While Mirabilis and Nexia believe their obligation to file this status report was likely terminated by this Court's Order dated June 11, 2008, in the instance that the obligation is not terminated, Mirabilis and Nexia submit this report.

5. This case is proceeding in the bankruptcy court in an orderly fashion. No resolution has been reached at this time.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,


s/ Allen M. Estes
One of the Attorneys for
Plaintiffs / Counterclaim Defendants
Mirabilis Ventures, Inc. and
Nexia Strategy Corporation

Aaron C. Bates, Esq.
GOLDBERG BATES, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL  32803
Telephone: (407) 893-3776
Facsimile: (407) 893- 3779
abates@goldbergbates.com

J. Russell Campbell
Florida Bar No. 901423
Allen M. Estes (admitted *pro hac vice*)
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 251-80100
Facsimile:  (205) 226-8798
rcampbell@balch.com
aestes@balch.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

> s/ Allen M. Estes
> Allen M. Estes

## SERVICE LIST

Martin R. Raskin
Jane Serene Raskin
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
mraskin@raskinlaw.com

**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC**

Jack C. McElroy
Florida Bar No. 0818150
Jason H. Klein
Florida Bar No. 0016687
Shutts & Bowen, LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801

**Attorneys for AQMI Strategy Corp.**

Frank Amodeo
614 Lake Avenue
Orlando, Florida 32801

**Third-Party Defendant**

James R. Lussier
Florida Bar Number 362735
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
jlussier@mateerharbert.com

**Attorneys for Wellington Capital Group, Inc.**

Kathleen Havener
Attorney at Law, LLC
15511 Russell Rd.
Chagrin Falls, Ohio 44022

and

Craig S. Warkol
BRACEWELL & GIULIANI LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Craig.warkol@bgllp.com

**Attorneys for Frank Hailstones**

Terence Chu
5637 Country Hills Lane L
Glen Allen, Virginia 23059.5424

**Defendant**

Yaniv Amar
3475 Mystic Point Drive, TH #10
Aventura, Florida 33180

**Third-Party Defendant**

Robert Pollack
8767 The Esplanade #36
Orlando, Florida 32836

**Third-Party Defendant**

James Sadrianna
10025 Chatham Oaks Court
Orlando, Florida 32836

**Third-Party Defendant**