**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION,

    Plaintiffs,                                CASE NO.:  6:07-CV-1788-ORL-28-GJK

vs.

PALAXAR GROUP, LLC;
PALAXAR GROUP HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY a/k/a
EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 though 8,

    Defendants/Third-Party Plaintiffs,

vs.

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION;

and

AQMI STRATEGY CORPORATION; et al.

    Third-Party Defendants.
_____/

**THIRD-PARTY DEFENDANT, AQMI STRATEGY CORPORATION'S**
**RENEWED UNOPPOSED MOTION TO WITHDRAW**

    The undersigned attorneys for the Third-Party Defendant, AQMI STRATEGY CORPORATION, INC. ("AQMI"), pursuant to Local Rule 2.03(b) of the Local Rules of the Middle District of Florida, respectfully move the Court to enter an Order permitting SHUTTS & BOWEN LLP and the undersigned attorneys to withdraw as local counsel for AQMI, and providing that SHUTTS & BOWEN LLP and the undersigned attorneys shall have no further obligations or responsibilities in connection with this action, and state to the Court as follows:

    1.    Irreconcilable differences have arisen between AQMI and its counsel.

2.      Because of the irreconcilable differences that exist between counsel and AQMI, undersigned counsel cannot continue to effectively represent AQMI in this proceeding and it is in AQMI's best interest and welfare that it retain other legal counsel for its representation.

3.      Pursuant to an Order dated October 29, 2008, the Court denied undersigned counsel's original Motion to Withdraw but stated that the Motion could be renewed after fifteen (15) days from the date of the Order or after substitute counsel made an appearance, which ever came first.  The fifteen (15) day time period expired on November 13, 2008.  Substitute counsel has not made an appearance.

4.      The undersigned counsel again advised AQMI of their intent to withdraw prior to the filing of this Motion and AQMI has now indicated that it objects to the relief requested herein.

WHEREFORE, Jack C. McElroy, Esq., Cory L. Taylor, Esq., and the law firm of Shutts & Bowen, LLP, respectfully request this Court enter an Order granting their Motion to Withdraw as counsel of record for the Third-Party Defendant, AQMI STRATEGY CORPORATION, in the above-captioned matter.

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Undersigned counsel has conferred with counsel for the Plaintiffs and counsel for the Defendants in this action, and represents that neither counsel for the Plaintiffs nor counsel for the Defendants have any objection to the withdrawal of counsel as requested herein.

DATED this 21st day of November, 2008.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Aaron C. Bates, Esq. | J. Russell Campbell, Esq. |
| abates@goldbergbates.com | rcampbell@balch.com |
| | |
| Martin R. Raskin, Esq. | Kathleen B. Havener, Esq. |
| mraskin@raskinlaw.com | kbhavener@hahnlaw.com |

and by U.S. Mail, postage prepaid to Allen Estes, Esq., Balch & Bingham, LLP, P.O. Box 306, Birmingham, AL 35201.

                                          **/s/ Cory L. Taylor**_____
                                          JACK C. McELROY, ESQ.
                                          Florida Bar No. 0818150
                                          jmcelroy@shutts.com
                                          CORY L. TAYLOR, ESQ.
                                          Florida Bar No. 646377
                                          ctaylor@shutts.com
                                          **SHUTTS & BOWEN, LLP**
                                          300 S. Orange Avenue, Suite 1000
                                          Orlando, Florida 32801
                                          Telephone:  407-423-3200
                                          Facsimile:  407-425-8316
                                          ATTORNEYS FOR THIRD PARTY
                                          DEFENDANT, AQMI STRATEGY
                                          CORPORATION

ORLDOCS 11329687 3