**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

       **Plaintiffs,**

-vs-               Case No. 6:07-cv-1788-Orl-28GJK

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

  **Defendants/Third Party Plaintiffs,**

-vs-

**MIRABILIS VENTURES, INC.,**
**NEXIA STRATEGY CORPORATION, and**
**AQMI STRATEGY CORPORATIONS,**

       **Third-Party Defendants,**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **THIRD-PARTY DEFENDANT, AQMI STRATEGY CORPORATION'S RENEWED UNOPPOSED MOTION TO WITHDRAW (Doc. No. 160)**
>
> **FILED:** November 21, 2008
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Cory L. Taylor, Esq. and Jack C. McElroy, Esq. ("Counsel"), counsel for Third-Party Defendant AQMI Strategy Corporation ("AQMI"), renew their motion to withdraw as counsel (the "Renewed Motion"). Doc. No. 160.  The prior motion to withdraw as counsel stated that AQMI did not oppose the motion.  Doc. No. 158.  However, the Court denied the motion pursuant to Local Rule 2.03(e) because a corporation may not appear *pro se.*  Doc. No. 159.  In the Renewed Motion, counsel states AQMI objects to counsels' withdrawal.  Doc. No. 160 at ¶ 4.  Thus, the Renewed Motion presents a contested matter that may require an evidentiary hearing.  However, this case was administratively closed on June 11, 2008.  Doc. No. 152.  Since the case is closed, the Court sees no need to reopen the case at this time to address the Renewed Motion.  Therefore, the Renewed Motion is DENIED.

**DONE** and **ORDERED** in Orlando, Florida on December 17, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Parties

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE