# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                             CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                     CHAPTER 11

              **Debtor.**                          Status Conference scheduled for
_____/                    Wednesday, June 4, 2008 at 11:00am

## SUMMARY OF CASE

**MIRABILIS VENTURES, INC.** ("MVI" or the "Debtor"), hereby files its Summary of Case and states as follows:

### I.     Description of the Debtor's Business.

1.     MVI is a Nevada corporation, which was established on October 28, 2004 when Stellar Industries, Inc., filed articles of amendment to change its name to Mirabilis Ventures, Inc.

2.     Prior to March 2007, MVI was a private equity company, which acquired companies that had a strategic fit into its unique business model. Acquired companies either fit into the four primary specialization categories – real estate, construction, chain store development, and human resources – or they provided necessary goods and services to the core companies. Since March 2007, MVI has been in a self-liquidation mode. MVI currently has approximately forty wholly-owned subsidiaries.

3.     On May 27, 2008, the directors of MVI added Michael E. Moecker as a Director, and, subsequently, the two existing directors of MVI resigned together with the President of MVI.

4.     By an Action of the Sole Director of MVI, dated May 27, 2008, Michael E. Moecker appointed R. W. Cuthill, Jr., as president of MVI until such time as he is

removed by the Court, the bankruptcy case is converted or dismissed, or a chapter 11 trustee is appointed.

## II. Locations of Debtor's Operations and Whether Leased or Owned

5. The Debtor's business operations were located at 3660 Maguire Blvd., Suite 103 Orlando, Florida on the date of the petition; they are now located at 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751.

## III. Reasons for Filing Chapter 11

6. The Chapter 11 filing comes primarily as a result of an *in rem* civil forfeiture action filed by the United States of America against certain assets MVI, which effectively caused the Debtor to be unable to pursue claims and litigation against various third parties. In an effort to preserve equity for all of its creditors and other potential creditors, the Debtor filed its voluntary petition on May 27, 2008.

7. There currently is no litigation by the United States of America against MVI, nor has there been any tax assessment or lien filed against MVI.

## IV. List of officers and directors and their salaries and benefits at the time of filing and during the 1 year prior to filing.

8. As of the Petition Date, R. W. Cuthill Jr., is President of the Debtor, and Michael E. Moecker is the sole director of the Debtor. Both will be compensated post-petition on an hourly basis. Mr. Cuthill's current rate is $350 per hour, and Mr. Moecker's current rate is $300 per hour. Neither Mr. Cuthill nor Mr. Moecker received prepetition compensation from the Debtor. Prior to May 27, 2008, Jodi Jaiman was the President, and Shane Williams and Jay Stollenwerk were directors.

### V. Amounts Owed to Various Classes of Creditors.

9. The United States of America may assert a claim for 941 tax liability in the approximate amount of $189,000,000.00.

10. AQMI Strategy Corporation and its affiliated entities may assert a security interest in the approximate amount of $40,000,000.00.

11. The Debtor has approximately $ 25,000,000.00 in unsecured debt. Some of the unsecured debt may be subject to objection.

### VI. General description and approximate value of the Debtor's current and fixed assets.

12. The Debtor has approximately $300.00 on hand. The Debtor may own notes receivable in the approximate amount of $40,000,000.00. The Debtor owns stock in the approximate amount of $3,000,000.00. The Debtor was pursuing and is evaluating litigation against various third parties, including former professionals of the Debtor, which could yield millions of dollars for the estate. In addition, the Debtor is continuing to investigate and evaluate assets and claims owned by it and its subsidiaries.

### VII. Number of employees and amounts of wages owed as of Petition Date.

13. As of the Petition Date, the Debtor has one employee, Mr. Cuthill, and Mr. Moecker is a contract employee, and there are no prepetition wages due.

### VIII. Anticipated emergency relief to be requested within 14 days from the Petition Date.

14. The Debtor intends to file several motions to employ accountants and to stay litigation in which MVI is a plaintiff or its subsidiaries are plaintiffs or defendants for a period of sixty days.

**RESPECTFULLY SUBMITTED** this 3rd day of June 2008

/s/ Elizabeth E.Green_____
Elizabeth E. Green, Esq.
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorney for the Debtors

4

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**                                              **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,**             **CHAPTER 11**

        **Debtor.**
_____/

**Certificate of Service**

    **I HEREBY CERTIFY** that a true and correct copy of the **SUMMARY OF CASE** has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Mirabilis Ventures, Inc., c/o Aaron Bates, Esq., Bates Mokwa, 3660 Maguire Blvd., Suite 102, Orlando, FL 32803; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, the 3rd day of June 2008.

                                              /s/Elizabeth A. Green
                                              Elizabeth A. Green, Esquire