# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and**
**NEXIA STRATEGY CORPORATION,**

         **Plaintiffs,**

-vs-                              **Case No. 6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC, PALAXAR**
**HOLDINGS, LLC, FRANK HAILSTONES,**
**EDITH CURRY, and FICTITIOUS**
**DEFENDANTS 1 THROUGH 8,**

         **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO APPOINT GUARDIAN AD LITEM (Doc. No. 165)**
>
> **FILED:** October 30, 2009
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for failure to comply with Local Rule 3.01(g).[1]

---

[1] Local Rule 3.01(g) provides:
> Before filing any motion in a civil case . . . the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised in the motion, and shall file with the motion a statement (1) certifying that moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion. <u>A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is</u>

A *pro se* defendant "is subject to the relevant law and rules of the court, including the Federal Rules of Civil Procedure." *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). If Mr. Amodeo chooses to continue *pro se*, he must abide by the Local Rules for the Middle District of Florida, the Federal Rules of Civil Procedure, and the applicable substantive law. For the foregoing reasons, the Motion is **DENIED** without prejudice.

**DONE** and **ORDERED** in Orlando, Florida on November 5, 2009.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

insufficient to satisfy the parties' obligations to confer. The moving party retains the duty to contact opposing counsel expeditiously after filing and to supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion.

*Id*. (emphasis added).