IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTRONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

Case No. 6:07-CV-1788-ORL-28-KRS

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

MIRABILIS VENTURES, INC. (the "Plaintiff"), by and through its undersigned counsel, hereby moves, pursuant to Local Rule 2.03 of the Local Rules for the United States District Court for the Middle District of Florida, for an order substituting Roy S. Kobert and Todd K. Norman of the law firm of Broad and Cassel ("Broad and Cassel") as its counsel in the above-referenced District Court proceeding, and, in support thereof, states as follows:

1.    The Plaintiff desires to substitute Broad and Cassel for Balch & Bingham, LLP, as

counsel of record for Plaintiff in this District Court proceeding.

2. Balch & Bingham, LLP, shall be relieved of any further responsibility for representation of the Plaintiff in this District Court proceeding.

3. All papers to be served upon counsel for the Plaintiff in this District Court proceeding shall be directed and transmitted to substituted counsel as follows:

> Roy S. Kobert
> rkobert@broadandcasse.com
> Todd K. Norman
> tnorman@broadandcassel.com
> Broad and Cassel
> 390 N. Orange Avenue, Suite 1400
> Orlando, FL 32801
> 407-839-4200 (Tel)
> 407-425-8377 (Fax)

4. The Plaintiff has conferred with all opposing parties represented by counsel and there is no objection to the requested relief.

WHEREFORE, the Plaintiff respectfully requests the entry of an order authorizing the Plaintiff to substitute Todd K. Norman and the law firm of Broad and Cassel, as its attorney in this District Court proceeding and for such other and further relief as is just and proper.

| | |
|---|---|
| /s/TODD K. NORMAN | /s/AARON CARTER BATES |
| Todd K. Norman | Aaron Carter Bates |
| Florida Bar No.: 62154 | Florida Bar: 11749 |
| **BROAD AND CASSEL** | 126 E. JEFFERSON STREET |
| Attorneys for Winter Park Construction | Orlando, FL 328011-1830 |
| 390 N. Orange Ave., Suite 1400 | Phone: 407-893-3776 |
| Orlando, FL 32801 | Fax: 407-893-3779 |
| Phone: 407-839-4200/ Fax: 407-425-8377 | abates@batesmokwa.com |
| tnorman@broadandcassel.com | |

4811-6139-6229.1
43582/0007 mw

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

/s/TODD K. NORMAN

Jennifer S. Eden/Elizabeth Green
Lathan Shuker Eden & Beaudine LLP
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, FL 32801-1684

John Russell Campbell
Balch & Bingham, LLP
Suite 1500
1901 Sixth Avenue N.
Birmingham, AL 35203

Jane S. Raskin/Martin Robert Raskin
Raskin & Raskin, PA
Suite 725
2601 S. Bayshore Dr.
Miami, FL 33133

Kathleen B. Havener
15511 Russell Rd.
Chagrin Falls, OH 44022

Chrstine M. Ho/Donald E. Christopher
Litchford & Christopher, PA
390 N. Orange Avenue, Suite 2200
PO Box 1549
Orlando, FL 32802-1549

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836

Terence Chu
5637 Country Hills Lane
Glen Allen, VA 23059

Cory L. Taylor/ Jack C. McElroy
Shutts & Bowe, LLP
300 S. Orange Avenue, Suite 1000
PO Box 4956
Orlando, FL  32802-4956

James Robert Lussier
Mateer & Harbert, PA
225 E. Robinson Street, Suite 600
PO Box 2854
Orlando, FL  32802-2854

James Everett Shpherd
Pohl & Short, PA
280 W. Canton Avenue, Ste 410
Winter Park, FL  32790

John Edwin Fisher
Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA
20 N. Orange Avenue, Suite 1500
PO Box 712
Orlando, FL  32802-0712

Frank Amodeo
614 Lake Avenue
Orlando, FL  32801

Craig S. Warkol
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY  10036

Yaniv Amar
3475 Mystic Point Dri

Robert Pollack
8767 The Esplanade #36
Orlando, FL  32836

4811-6139-6229.1
43582/0007 mw

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

/s/TODD K. NORMAN

Jennifer S. Eden/Elizabeth Green
Lathan Shuker Eden & Beaudine LLP
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, FL  32801-1684

John Russell Campbell
Balch & Bingham, LLP
Suite 1500
1901 Sixth Avenue N.
Birmingham, AL  35203

Jane S. Raskin/Martin Robert Raskin
Raskin & Raskin, PA
Suite 725
2601 S. Bayshore Dr.
Miami, FL  33133

Kathleen B. Havener
15511 Russell Rd.
Chagrin Falls, OH  44022

Chrstine M. Ho/Donald E. Christopher
Litchford & Christopher, PA
390 N. Orange Avenue, Suite 2200
PO Box 1549
Orlando, FL  32802-1549

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL  32836

Terence Chu
5637 Country Hills Lane
Glen Allen, VA  23059

3

4836-3150-3621.1
43582/0001 NCV mei

Cory L. Taylor/ Jack C. McElroy
Shutts & Bowe, LLP
300 S. Orange Avenue, Suite 1000
PO Box 4956
Orlando, FL 32802-4956

James Robert Lussier
Mateer & Harbert, PA
225 E. Robinson Street, Suite 600
PO Box 2854
Orlando, FL 32802-2854

James Everett Shpherd
Pohl & Short, PA
280 W. Canton Avenue, Ste 410
Winter Park, FL 32790

John Edwin Fisher
Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA
20 N. Orange Avenue, Suite 1500
PO Box 712
Orlando, FL 32802-0712

Frank Amodeo
614 Lake Avenue
Orlando, FL 32801

Craig S. Warkol
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Yaniv Amar
3475 Mystic Point Dri

Robert Pollack
8767 The Esplanade #36
Orlando, FL 32836

4