**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

-vs-                                                      **Case No. 6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and TERENCE CHU,**

    **Defendants.**
_____

**NOTICE OF HEARING**

    **TAKE NOTICE** that a Status Conference will be held before the Honorable John Antoon, United States District Judge, on **THURSDAY**, **DECEMBER 3, 2009** at **11:00 A.M.** in Courtroom #6B, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida, as requested in Defendants' Motion to Reinstate and For a Status Conference (Doc. No. 162). Counsel for all the parties and the Intervenor shall appear for the conference.

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on this 24th day of November, 2009.

                                                                     */s/ John Antoon II*
                                                                    JOHN ANTOON II
                                                                    United States District Judge

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**:  Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.