UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>              Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>              Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>              Counterclaim and Third<br>              Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 6:07-CV-1788-ORL-28-GJK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**DEFENDANT HAILSTONES' MOTION**<br>**TO RESET STATUS CONFERENCE** |

After conferring with other counsel, Defendant Frank Hailstones, hereby moves the Court to reset the date of the status conference currently scheduled for Thursday, December 3, 2009 to Wednesday, December 2, 2009. Mr. Hailstones' counsel is scheduled for oral argument in the Court of Appeals of Virginia at 10:00 a.m. on December 3, 2009 and therefore cannot be present for the status conference in this matter.

Having provided notice to all counsel of this conflict and enquired as to their availability, all respondents to our inquiry except Mr. Norman (co-counsel for Mirabilis) are available on Wednesday. December 2, 2009. We have been unable to agree on a date

1

2

in the very near term. Accordingly, we respectfully urge the Court to set another date and time for the status conference at the earliest time available to the Court.

                                                        Respectfully submitted,

Date: <u>November 24, 2009</u>            /s/ *Kathleen B. Havener*
                                                  KATHLEEN B. HAVENER
                                                 THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Defendants Curry, Hailstones, Palaxar Group, LLC and Palaxar Holdings, LLC

2

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 24, 2009 I electronically filed the foregoing Motion to Reset Status Conference with the Clerk of Court using the CM/ECF system which will send a notice of electric filing to counsel who are subscribed to the ECF system, and will provide notice to the pro se parties.

/s/ *Kathleen B. Havener*
KATHLEEN B. HAVENER