UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

        Plaintiffs,

-vs-                                                  Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and TERENCE CHU,

        Defendants.
_____

## AMENDED NOTICE OF HEARING

Defendant Hailstones' Motion to Reset Status Conference (Doc. 171) is **GRANTED. TAKE NOTICE** that the Status Conference scheduled before the Honorable John Antoon, United States District Judge, on **THURSDAY, DECEMBER 3, 2009** at **11:00 A.M.** is hereby **CANCELLED** and is **RESCHEDULED** to **WEDNESDAY, DECEMBER 2, 2009** at **9:30 A.M.** Counsel for all the parties and the Intervenor shall appear for the conference.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on this 25th day of November, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**: <u>Photo I.D.</u> is required to enter the United States Courthouse. Also, <u>cellular telephones</u> and <u>laptop computers</u> are prohibited in the Courthouse.