UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2009 NOV 30 PM 12: 41
DISTRICT COURT

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>Defendants,<br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>Counterclaim and Third<br>Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-KRS<br><br><br><br><br><br><br><br><br><br><br>**DEFENDANT CHUS' MOTION<br>TO PARTICIPATE TELEPHONICALLY** |

After conferring with other counsel, Defendant Terence Chu, Pro Se, hereby moves the Court to allow him to participate in the status conference currently scheduled at 9:30 AM on Wednesday, December 2, 2009, by telephone. Mr. Chu was previously scheduled to be traveling that day with his elderly parents and is unable to be physically present for the status conference in this matter. Having provided prior notice to all counsel of his request and having not received any objections, I respectfully request the Court grant this motion.

Respectfully submitted,

Date: November 27, 2009

*Terence Chu*
Terence Chu, Pro Se
5637 Country Hills Lane
Glen Allen, VA 23059
(804) 364-2158

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2009, I filed the foregoing Motion to Participate Telephonically with the Clerk of Court by overnight courier.

I further certify that on November 27, 2009, a copy of the foregoing has been furnished by U.S. Mail to the following:

Aaron C. Bates
Bates Mokwa, PLLC
126 E Jefferson St
Orlando, FL 32801

Counsel for Plaintiffs/Counterclaim
Defendants

Allen Estes
Balch & Bingham, LLP
Suite 2600
1901 Sixth Ave N
Birmingham, AL 35203

Counsel for Plaintiffs/Counterclaim
Defendants

Jack C. McElroy
Shutts and Bowen, LLP
300 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Counsel for Third Party Defendant AQMI
Strategy

Todd K. Norman
Broad and Cassel
390 N Orange Ave - Suite 1400
Orlando, FL 32801

Counsel for Plaintiffs/Counterclaim
Defendants

Kathleen Havener
Kathleen B. Havener, Attorney at Law, LLC
15511 Russell Rd
Chagrin Falls, OH 44022

Counsel for Defendants Curry, Hailstones,
Palaxar Group LLC, and Palaxar Holdings
LLC

Martin R. Raskin
Raskin & Raskin, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133

Counsel for Defendants Curry, Palaxar Group
LLC, and Palaxar Holdings LLC

I. Randall Gold
US Attorney's Office - FLM
Suite 300
501 W Church St
Orlando, FL 32805

Counsel for the United States of America

John Edwin Fisher
Fisher, Rushmer, Werrenrath, et al.
20 N Orange Ave - Ste 1500
PO Box 712
Orlando, FL 32802-0712

Counsel for Third Party Defendants Aaron
Bates and Matthew Mokwa

Frank L. Amodeo
F.C.C. - Low
PO Box 1031
Coleman, Florida 33521

Third Party Defendant
James Everett Shepherd, V
Pohl & Short, PA
280 W Canton Ave - Ste 410
PO Box 3208
Winter Park, FL 32790

Counsel for Third Party Defendant Yaniv Amar

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836

Third Party Defendant

_/s/ Terence Chu_
TERENCE CHU, PRO SE
5637 Country Hills Lane
Glen Allen, VA 23059
(804) 364-2158