## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

     **Plaintiffs,**

**v.**                                                    **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

     **Defendants,**

**v.**

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

     **Third-Party Defendants.**

_____

### UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Third-Party Defendants Matthew S. Mokwa and Aaron C. Bates (collectively "Defendants"), by and through their undersigned attorneys, pursuant to L.R. 2.03 file this motion for substitution of counsel seeking entry of an order substituting Kathleen Davies, Esq. ("Davies") as their counsel in the above-referenced proceeding.  In support of their motion, Defendants state as follows:

1.     Defendants desire to substitute Davies for John E. Fisher, Esq. and the law firm of Fisher Rushmer, Werrenrath, Dickson, Tulley, & Dunlap, P.A. ("Fisher Rushmer") as counsel of record for Defendants in this matter.

2.     Fisher Rushmer shall be relieved of any further responsibility in this proceeding.

3.     All further pleadings to be served in this matter shall be served upon Davies at the following address:

Kathleen Davies, Esq.
The Davies Law Firm, LLC
126 East Jefferson Street
Orlando, FL 32801
Telephone: 407-540-1010
Fax: 407-649-3038
E-mail: kdavies@thedavieslawfirm.com

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned certifies that, with respect to the foregoing motion, they have conferred with counsel for all parties and they consent to the relief sought herein.

WHEREFORE the Defendants respectfully request this Court enter an order substituting Kathleen Davies for John E. Fisher, Esq. and the law firm of Fisher Rushmer, Werrenrath, Dickson, Tulley, & Dunlap, P.A. as their counsel in this matter and for such further relief as the Court deems just and proper.

s/ John E. Fisher
John Edwin Fisher
Fisher Rushmer, Werrenrath, Dickson, Tulley,
& Dunlap, P.A.
P.O. Box 712
Orlando, FL 32802
Ph.: (407) 843-2111
Fax: (407) 422-1080

s/ Kathleen S. Davies
Kathleen Davies
The Davies Law Firm, LLC
126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 540-1010
Fax: (407) 649-3038

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Kathleen S. Davies
Kathleen Davies

### SERVICE LIST

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida  33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Jack C. McElroy<br>Florida Bar No. 0818150<br>Shutts & Bowen, LLP<br>300 S. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>**Attorneys for AQMI Strategy Corp.**<br><br>Frank Amodeo<br>614 Lake Avenue<br>Orlando, Florida 32801<br>**Third-Party Defendant** | Craig S. Warkol<br>BRACEWELL & GIULIANI LLP<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br>Craig.warkol@bgllp.com<br>**Attorneys for Frank Hailstones**<br><br>Todd K. Norman<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and Nexia Strategy Corp.**<br><br>Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Virginia  23059.5424<br>**Defendant**<br><br>James E. Shepherd, Esq.<br>Florida Bar No. 0947873<br>Pohl & Short, P.A.<br>280 W. Canton Avenue, Suite 410<br>P.O. Box 3208<br>Winter Park, Florida 32790<br>**Attorneys for Yaniv Amar**<br><br>James Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, Florida 32836<br>**Third-Party Defendant** |