IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

vs.

PALAXAR GROUP, LLC;
PALAXAR GROUP HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY a/k/a
EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 though 8,

    Defendants/Third-Party Plaintiffs,

vs.

MIRABILIS VENTURES, INC.,
NEXIA STRATEGY CORPORATION;

and

AQMI STRATEGY CORPORATION; et al.

    Third-Party Defendants.
_____/

CASE NO.: 6:07-CV-1788-ORL-28-GJK

## COUNSEL FOR THIRD-PARTY DEFENDANT AQMI STRATEGY CORPORATION'S SECOND RENEWED UNOPPOSED MOTION TO WITHDRAW

The undersigned attorney for the Third-Party Defendant, AQMI STRATEGY CORPORATION, INC. ("AQMI"), pursuant to Local Rule 2.03(b) of the Local Rules of the Middle District of Florida, respectfully moves the Court to enter an Order permitting SHUTTS & BOWEN LLP and the undersigned attorney to withdraw as local counsel for AQMI, and providing that SHUTTS & BOWEN LLP and the undersigned attorney shall have no further obligations or responsibilities in connection with this action, and states to the Court as follows:

1.     AQMI has been administratively dissolved and its President and only officer is incarcerated.

2.   Based on the foregoing, the undersigned counsel cannot continue to represent AQMI in this proceeding as he no longer has a client to represent in addition to the irreconcilable differences which existed prior to the administrative dissolution of AQMI.

3.   Pursuant to an Order dated October 29, 2008, the Court denied undersigned counsel's original Motion to Withdraw but stated that the Motion could be renewed after fifteen (15) days from the date of the Order or after substitute counsel made an appearance, which ever came first. The fifteen (15) day time period expired on November 13, 2008. Substitute counsel did not an appearance.

4.   The undersigned counsel filed a Renewed Motion to Withdraw and advised the Court that AQMI had indicated that it objected to the relief requested therein.

5.   On December 17, 2008, the Court entered an Order Denying the Renewed Motion to Withdraw advising that the matter may require an evidentiary hearing based on AQMI's objection but that the Court saw no reason to address the Renewed Motion since the case had administratively been closed. As such, the Court denied the Renewed Motion.

6.   The undersigned is now filing its Second Renewed Motion to Withdraw based on the fact that this case has become active again.

WHEREFORE, Jack C. McElroy, Esq. and the law firm of Shutts & Bowen, LLP, respectfully request this Court enter an Order granting their Second Renewed Motion to Withdraw as counsel of record for the Third-Party Defendant, AQMI STRATEGY CORPORATION, in the above-captioned matter.

### CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Undersigned counsel has conferred with counsel for the Plaintiffs and counsel for the Defendants in this action, and represents that neither counsel for the Plaintiffs nor counsel for the Defendants have any objection to the withdrawal of counsel as requested herein.

DATED this 2nd day of December, 2009.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ **Jack C. McElroy**
JACK C. McELROY, ESQ.
Florida Bar No. 0818150
jmcelroy@shutts.com
**SHUTTS & BOWEN, LLP**
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Telephone: 407-423-3200
Facsimile: 407-425-8316
ATTORNEYS FOR THIRD PARTY
DEFENDANT, AQMI STRATEGY
CORPORATION

ORLDOCS 11329687 4