IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

Case No. 6:07-CV-1788-ORL-28-KRS

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

### Notice of Taking Deposition

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition by oral examination of:

| NAME AND ADDRESS | DATE AND TIME | PLACE |
| --- | --- | --- |
| Frank Hailstones | Tuesday, January 12, 2010 at 9:00 a.m. | Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 |

Said deposition will be taken before a Court Reporter or any other Notary Public or other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the applicable Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF notice, e-mail or facsimile notice this 23rd day of December, 2009.

BROAD AND CASSEL
Attorneys for Comerica Bank
14th Floor
390 North Orange Avenue
Orlando, Florida 32801
PO Box 4961 (32802-4961)
Phone: (407) 839-4200
Fax: (407) 650-0927

By: /s/ Todd Norman
Todd Norman, Esquire
Florida Bar #: 62154
tnorman@broadandcassel.com

Jane S. Raskin/Martin Robert Raskin
Raskin & Raskin, PA
Suite 725
2601 S. Bayshore Dr.
Miami, FL 33133
jraskin@raskinlaw.com
mraskin@raskinlaw.com
(Counsel for Palaxar Group, LLC, Frank Hailstones & Edith Curry)

Kathleen B. Havener
15511 Russell Rd.
Chagrin Falls, OH 44022
kbhavener@gmail.com
(Counsel for Palaxar Group, LLC, Frank Hailstones & Edith Curry)

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836
jsadrianna@cfl.rr.com
(Pro Se)

Terence Chu
5637 Country Hills Lane
Glen Allen, VA 23059
(Pro Se)

Cory L. Taylor/ Jack C. McElroy
Shutts & Bowe, LLP
300 S. Orange Avenue, Suite 1000
PO Box 4956
Orlando, FL 32802-4956
ctaylor@shutts.com
jmcelroy@shutts.com
(Counsel for Aqmi Strategy Corporation)

James Robert Lussier
Mateer & Harbert, PA
225 E. Robinson Street, Suite 600
PO Box 2854
Orlando, FL 32802-2854
jlussier@mateerharbert.com
(Counsel for Wellington Capital Group, Inc.)

James Everett Shepherd
Pohl & Short, PA
280 W. Canton Avenue, Ste 410
Winter Park, FL 32790
shepherd@pohlshort.com
(Counsel for Yaniv Amar)

Kathleen Davies, Esquire
The Davies Law Firm
126 E. Jefferson Street
Orlando, FL 32801
KDavies@TheDaviesLawFirm.com
(Counsel for Aaron Bates and Matthew Mokwa)

Frank Amodeo
614 Lake Avenue
Orlando, FL 32801
(Pro Se)

Robert Pollack
8767 The Esplanade #36
Orlando, FL 32836
(Pro Se)

I. Randall Gold
U.S. Attorney's Office
Suite 300
501 W. Church Street
Orlando, FL 32805
randy.gold@usdoj.gov

c: Court Reporter – Dawn Roscher at roscher@cfl.rr.com