UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and )
NEXIA STRATEGY CORPORATION, )
)
)
        Plaintiffs, )
-vs.- )
)
)
PALAXAR GROUP, LLC; )
PALAXAR HOLDINGS, LLC; )   Case No. 6:07-CV-1788-ORL-28-GJK
FRANK HAILSTONES; EDITH CURRY )
a/k/a EDITH BROADHEAD; and )
TERENCE CHU, )
)
        Defendants, )
)
vs. )   **AFFIDAVIT OF KATHLEEN B.**
)   **HAVENER IN SUPPORT OF ENTRY OF**
MIRABILIS VENTURES, INC., et al. )   **DEFAULT JUDGMENT**
)
    Counterclaim and Third )
    Party Defendants. )
)
)

STATE OF OHIO        }
                         }
COUNTY OF CUYAHOGA }

I, Kathleen B. Havener, having been duly sworn, hereby state as follows:

1. I am over the age of twenty-one years and competent to testify to the matters addressed herein of my own personal knowledge.

2. On March 3, 2008, Edith L. Curry, Frank Amodeo, Palaxar Group LLC, and Palaxar Holdings LLC ("Counterclaim Plaintiffs") filed their Joint Answer and

1

Affirmative Defenses to the Amended Complaint and their Amended Third Party Complaint against Aqmi Strategy Corporation, Wellington Capital Group, Inc., Yaniv Amar, Frank Amodeo, Matthew Mokwa, Robert Pollack, Aaron Bates, James Sadrianna, and Amended Counterclaim against Mirabilis Ventures, Inc., Nexia Strategy Corporation.

3. Counterclaim Plaintiffs were unsuccessful in their efforts to serve Counterclaim Defendant Frank Amodeo (Mr. Amodeo) in the two months following their filing of the Countercomplaint.

4. By June 5, 2008, the date when the trial court stayed the case indefinitely, Mr. Amodeo had not been served, nor had he responded to the Counterclaims nor had any counsel entered an appearance on his behalf.

5. On July 7, 2008, the trial court partially granted the Counterclaim Plaintiffs' request for reconsideration of the Court's stay, allowing them to effect service on Mr. Amodeo by serving his appointed guardian, which service was accomplished on July 22, 2008.

6. On December 2, 2009, the trial court reinstated the case.

7. On December 3, 2009, the following day, Mr. Amodeo filed a voluminous "Statement of Facts" in the matter, which is not an answer or other responsive pleading.

8. Mr. Amodeo's answer or other responsive pleading should have been filed no later than December 23, 2009.

9. On January 19, 2010, via certified letter, the Counterclaim Defendants notified Mr. Amodeo of their intention to file the accompanying Application for Default Judgment.

10. On January 25, 2010, I verified via the U.S. Postal Service that the certified letter was delivered to Mr. Amodeo personally on December 22, 2010.

11. As of the date of this filing, Mr. Amodeo has not filed an answer or other responsive pleading to the Counterclaims.

12. Damages are not established as a "sum certain" at present but will be established at trial against the remaining Counterclaim Defendants at which time Counterclaim Plaintiffs anticipate that liability will be joint and several.

FURTHER AFFIANT SAYETH NOT.

*Kathleen B. Havener*
Kathleen B. Havener

On this 27 day of January 2010, before me personally appeared Kathleen B. Havener, known to me to be the person executing the foregoing, and stated that foregoing is true and correct to the best of her knowledge, information, and belief.

*[signature]*
Notary Public

My commission expires

GINA ANTHONY LANE
Notary Public, State of Ohio
My Commission Expires Oct. 24, 2012