UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,
                Plaintiffs,

-vs-                            CASE NO.: 6:07-CV-1788-ORL-28-GJK

PALAXAR GROUP, LLC
PALAXAR HOLDINGS, LLC:
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,     Defendants,

-vs-

MIRABILIS VENTURES, INC., et al.
      Counterclaim and Third
      Party Defendants.
_____/

## ANSWER, COUNTERCLAIMS, AND CROSSCLAIMS OF THE CROSSCLAIM, COUNTER CLAIM DEFENDANT FRANK L. AMODEO

Comes Now Frank L. Amodeo and files this general denial of each and every allegation in the complaint, cross complaint or counter claim of each and every party in this action.

Amodeo is forced to make this general denial because Amodeo has not been served; nor is Amodeo in possession of any of the pleadings in this action; except the Movant's request to lift stay and Defendant Chu's request to appear by telephone at a hearing.

Amodeo appears to have been served by delivery of pleadings to Amodeo's guardian while Amodeo was hospitalized.

Amodeo has not provided Amodeo with a copy of the pleading.

Nor has the State of Florida either removed Amodeo's legal infirmity or to the best of Amodeo's knowledge appointed a replacement guardian.

Amodeo believes pending before this Court is a motion for the appointment of guardian ad litem; however out of an abundance of caution and because of

certified mail received from Ms. Havener, regarding the lifting of the stay, on Friday, January 22, 2010, Amodeo is providing this comprehensive pleading as a stop gap measure to preserve any claims and rights Amodeo may have with regards to the various parties.

Again Amodeo denies any liability directly or indirectly as surety to any of the parties involved in this action.

## COUNTERCLAIMS CURRY

Further with regards to Edie Curry, Amodeo asserts claims of negligent conduct regarding Ms. Curry's advice to Amodeo with regards to the strategy involving the use of payroll taxes for other expenses, including but not limited to the advice that Mirabilis Ventures, Inc. or other entities as assignee of certain security interests had priority over the United States in payment.

Also with Ms. Curry in her role as coconsultant and subcontractor with regards to the due diligence utilized in the investigation of Presidion and the selection of professionals to collect, manage, and disburse the funds from various projects including the payroll taxes.

Finally, Curry is liable to Amodeo for contribution with regards to the unpaid payroll taxes.

## COUNTERCLAIM HAILSTONES

As to Hailstones, Amodeo brings this action regarding Hailstones advised that after Hailstones own personal review and the review of Hailstones own *professional* advisors that the business model was legal and Hailstones decision as Chief Executive Officer to continue the practice resulting in, essentially, vicarious liability of Amodeo of some amount greater than 80 million dollars.

Further Hailstones, like Curry, and any other person or entity part of this action who held the status of director, officer, manager, account signer, controlling person, or otherwise a responsible party under the tax code is liable to Amodeo in contribution for the unpaid payroll taxes.

## OTHER CROSS AND COUNTERCLAIMS

Amodeo to extent of personal injury or financial loss arising derivatively from Presidon Solutions, Inc., Paradyme, Inc., or Professional Benefits Solution, Inc: based on the intentional or negligent misconduct of any party or defendant, Amodeo herein asserts claim for breach of contract, negligent tort, intentional tort, and contribution.

To the extent conduct was a conspiracy to expropriate government funds while making Amodeo the proverbial "bumper" Amodeo brings the claim in conspiracy.

## DEFAMATION

If Amodeo is named as part of any defamation action or liability arising from the filing of this action, Amodeo denies such allegation in particular Amodeo was not involved in the drafting preparation of service of the complaint against Curry, Hailstones, or Palaxar.

Amodeo's involvement was limited to prefiling discussions with I. Randall Gold, Esq. and the United States Attorney's Office with regards to the filing of actions against the officers and directors of Mirabilis Ventures, Inc. and AEM, Inc. including Curry and Hailstones.

Thereafter Amodeo consulted with Gold regarding whether the government should stay the proceedings (December 2007, at the request of Attorney Don Christopher) Amodeo and Gold agreed the proceedings should not be stayed.

To extent of any claim of liability arising from this action Amodeo brings a cross claim against I. Randall Gold, Esq., other members of the U.S. Attorney's Office and the United States. (Amodeo recognizes some or all of these persons may have immunity defenses, but since Amodeo has only two days to prepare this and is without access to legal documents or evidence, Amodeo includes the claims to comply with the requirements of notice pleading).

## PROCEDURE

Although the State of Florida has not taken the steps to remove Amodeo's legal infirmity of incompetency.

The Bureau of Prisons has significantly lowered Amodeo's medication, to a safe level and a level without some of the more extreme side effects; as a result Amodeo is, currently embroiled either pro se or asserting pro se in variety of legal matters, including complying with an order of Justice Thomas to assist another inmate in preparing a brief in support of a pending petition for writ of certiorari, two briefs before the Eleventh Circuit Court of Appeals one with a January 29, 2010 deadline.

And a few dozen other actions before various appellate and district courts; therefore Amodeo would respectfully request if the Court intends Amodeo to proceed pro se, without appointment of a guardian ad litem; that the Court order the temporary guardian Harvey Moore, Ph.D. to provide Amodeo with all necessary documents and comply with the duties under Florida law of a guardian; whose tenure has terminated, but no replacement been appointed.

Also that the Court grants Amodeo until March 15, 2010 to amend this answer, counterclaim, and cross claims to include more specific assertions and claim. and such other and further relief as the Court deems appropriate and fair

Respectfully submitted this 24th day of January 2010.

## CERTIFICATE OF SERVICE

A copy of the Answer, Crossclaims, and Counterclaims of Frank L. Amodeo has been served this 24th day of January 2010 by the incarcerated Inmate Mailbox Rule which deems a document filed upon deposit in the prison mail box [recited for civil attorneys who may not be familiar with Rule ].

Because of the limited time in which to respond (3 days) the version filed is not properly edited, please excuse grammatical or typographic errors.

Service copies to other parties have been delayed since the copier is unavailable at Coleman-Low on Sunday and is currently out-of-service.

The rest of the parties will be served within 7 days.

/s/ Frank L. Amodeo