**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and**
**NEXIA STRATEGY CORPORATION,**

         **Plaintiffs,**

-vs-                                         **Case No.  6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC, PALAXAR**
**HOLDINGS, LLC, FRANK HAILSTONES,**
**EDITH CURRY, and FICTITIOUS**
**DEFENDANTS 1 THROUGH 8,**

         **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **THIRD PARTY PLAINTIFFS' APPLICATION TO THE CLERK FOR ENTRY OF DEFAULT AGAINST THIRD PARTY DEFENDANT FRANK AMODEO (Doc. No. 183)** |
| **FILED:** | **January 27, 2010** |

**THEREON** it is **ORDERED** that the motion is **DENIED**. On December 3, 2009, Third-Party Defendant Frank Amodeo filed a voluminous statement of facts. Doc. No. 179. While the document is not an answer, Mr. Amodeo has demonstrated his intent to defend this action. *See* Fed.R.Civ.P. 55(a).[1]

---

[1] The Court also notes that service of the motion was not appropriate. The Certificate of Service indicates that the Third-Party Plaintiffs only sent Mr. Amodeo a notice of electronic filing. Doc. No. 183. As a *pro se* party, Mr. Amodeo does not have access to the Court's electronic filing system.

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Parties

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

-2-