UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

Plaintiffs,

-vs-                                                                         Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

Defendants.

## ORDER

This cause is before the Court on a *sua sponte* review of the file. This case was stayed on June 5, 2008 (Doc. 151) and on June 11, 2008, all pending motions were denied as moot with instructions that they could be renewed after the stay was lifted (Doc. 152). The stay was lifted on December 2, 2009 (Doc. 178). If the parties wish to renew any of the motions that were pending as of the time of the stay, they shall do so no later than February 19, 2010.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_4\_\_\_ day of February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party