**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION, | ) | Case No.:  6:07-CV-1788-ORL-28-GJK |
| | ) | |
| Plaintiffs, | ) | |
| -vs.- | ) | |
| | ) | |
| PALAXAR GROUP, LLC; | ) | |
| PALAXAR HOLDINGS, LLC; | ) | |
| FRANK HAILSTONES; EDITH CURRY | ) | |
| a/k/a EDITH BROADHEAD; and | ) | |
| TERENCE CHU, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REINSTATEMENT OF** |
| | ) | **JOINT MOTION FOR SUMMARY** |
| MIRABILIS VENTURES, INC., et al. | ) | **JUDGMENT** |
| | ) | |
| Counterclaim and Third | ) | |
| Party Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to the Court's Order of February 4, 2010, Defendants Edith Curry, Frank Hailstones, Palaxar Group, LLC, and Palaxar Holdings, LLC hereby provide notice to the Court of reinstatement of their Joint Motion for Summary Judgment (Dkt. #75) previously filed March 17, 2008.

Respectfully submitted,


Date: <u>January 10, 2010</u>                 <u>/s/ *Kathleen B. Havener*____</u>
                                              KATHLEEN B. HAVENER
                                              THE HAVENER LAW FIRM, LLC
                                              15511 Russell Road
                                              Chagrin Falls, OH 44022
                                              Phone: 440-893-0188
                                              Cell: 216-288-6009
                                              Fax: 440-893-9326
                                              kbhavener@havenerlaw.com

                                              Attorney for Defendants Curry, Hailstones,
                                              Palaxar Group, LLC and Palaxar Holdings,
                                              LLC


                                              MARTIN R. RASKIN
                                              Florida Bar No. 315206
                                              JANE SERENE RASKIN
                                              Florida Bar No. 848689
                                              RASKIN & RASKIN, P.A.
                                              2601 South Bayshore Drive
                                              Suite 725
                                              Miami, Florida  33133
                                              Telephone: (305) 444-3400
                                              Facsimile: (305) 445-0266
                                              mraskin@raskinlaw.com

                                              Attorneys for Defendants Curry,
                                              Palaxar Group, LLC and Palaxar Holdings,
                                              LLC

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 10, 2010 I electronically filed the

foregoing Notice of Reinstatement of Joint Motion for Summary Judgment with the Clerk

of Court using the CM/ECF system which will send a notice of electric filing to counsel

who are subscribed to the ECF system, and I will provide notice to the pro se parties.


<u>/s/ *Kathleen B. Havener*</u>
KATHLEEN B. HAVENER