**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MIRABILIS VENTURES, INC. and <br> NEXIA STRATEGY CORPORATION, <br><br> Plaintiffs, <br> -vs- <br><br> PALAXAR GROUP, LLC; <br> PALAXAR HOLDINGS, LLC; <br> FRANK HAILSTONES; EDITH CURRY <br> a/k/a EDITH BROADHEAD; and <br> TERENCE CHU, <br><br> Defendants, <br><br> vs. <br><br> MIRABILIS VENTURES, INC., et al. <br><br> Counterclaim and <br> Third Party <br> Defendants. | Case No.: 6:07-CV-1788-ORL-28-GJK <br><br> JUDGE JOHN ANTOON II |

**REQUEST FOR RULING ON DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

On December 2, 2009, this Court reinstated the above-captioned matter. In a Minute Entry of the same date (Doc. 178), with respect to the Motion for Summary Judgment of Defendants Edith Curry, Frank Hailstones, Palaxar Group, LLC, and Palaxar Holdings, LLC (collectively "Defendants"), filed March 17, 2008, this Court further ordered as follows:

> Frank Hailstones and Edith Curry are to be deposed within the next 45 days. Plaintiffs' response to the motion for summary judgment is due within 30 days from the date of depositions.

The depositions of Edie Curry and Frank Hailstones were duly noticed (Doc. 181 and 182) and conducted on January 12 and 13, 2010, respectively. The 30th day following the date of the second deposition, that of Frank Hailstones, passed on February 12, 2010 with no Opposition to the Defendants' Motion of Summary Judgment being filed.[1]

Accordingly, Defendants respectfully request that their Motion for Summary Judgment be considered as ripe and unopposed.

Respectfully submitted,

Date: <u>February 13, 2010.</u>   /s/ Kathleen B. Havener
KATHLEEN B. HAVENER
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Defendants Curry,
Hailstones, Palaxar Group, LLC and
Palaxar Holdings, LLC

MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689

---

[1] On April 9, 2008, Mirabilis and Nexia filed their first (unopposed) motion to extend the time to respond to Defendants' Motion for Summary Judgment until May 20, 2008 (Dkt. 99), which the Court granted on April 11, 2008. (Dkt. 100). On April 19, 2008, on the day before their Opposition was due, Mirabilis and Nexia filed a second (opposed) motion to extend the time to respond to Defendants' Motion for Summary Judgment (Dkt. 139), which this Court denied by Order signed May 27, 2008. (Dkt. 141). The following day, May 28, 2008, Mirabilis filed its Suggestion of Stay due to Bankruptcy Proceedings instituted May 27, 2008. (Dkt 142.)

RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Defendant Curry,
Palaxar Group, LLC and Palaxar
Holdings, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2010, I electronically filed the foregoing Request for Ruling on Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send a notice of electric filing to counsel who are subscribed to the ECF system, and that I will provide notice via U.S. Mail to the pro se parties.

                                            /s/ Kathleen B. Havener\_\_\_\_
                                            KATHLEEN B. HAVENER

                                            Attorney for Defendants Hailstones, Curry, Palaxar Group, LLC, and Palaxar Holdings, LLC