# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and  
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;  
PALAXAR HOLDINGS, LLC;  
FRANK HAILSTONES; EDITH CURRY  
a/k/a EDITH BROADHEAD; and  
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and  
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,  
WELLINGTON CAPITAL GROUP, INC.,  
YANIV AMAR, FRANK AMODEO,  
AARON BATES, MATTHEW MOKWA,  
ROBERT POLLACK, JAMES SADRIANNA.

Case No. 6:07-CV-1788-ORL-28-KRS

## AFFIDAVIT OF R.W. CUTHILL JR.

STATE OF FLORIDA  
COUNTY OF ORANGE

R.W. Cuthill Jr., after first being duly sworn, states under oath *as* follows:

1.     My name is R. W. Cuthill, Jr. I am a forensic consultant and also have been appointed as a Bankruptcy Trustee, examiner, chief restructuring officer and other appointments in the Middle District of Florida. My offices are at 341 North Maitland Avenue, Suite 210, Maitland, FL 32751.

2. I am President of Mirabilis Ventures, Inc. ("Mirabilis"). I was employed as President on May 27, 2008. My job is to identify, recover and distribute the assets of Mirabilis during its Chapter 11 reorganization. Mirabilis filed Chapter 11 in the Middle District of Florida on May 27, 2008.

3. I am the custodian of records for Mirabilis and am familiar with corporate books, records and financial transactions of Mirabilis.

4. Mirabilis was an equity fund that invests in a variety of ventures. Nexia is a wholly owned subsidiary of Mirabilis which provided a broad range of general business consulting services.

5. Based upon Mirabilis' corporate books and records, Frank Amodeo was not an Officer or Director of Mirabilis. Attached as composite Exhibit "1" hereto are the corporate records listing the officers and directors of Mirabilis. I am the custodian of these records, they are maintained in the general course of Mirabilis' business and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

6. Based upon Mirabilis' corporate books and records, Frank Amodeo was not a common stockholder of Mirabilis. Frank Amodeo was a preferred stockholder and had less than 1% of the total shares outstanding. *See Composite Exhibit "1."* I am the custodian of these records, they are maintained in the general course of Mirabilis' business and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

7. Based upon my review of the corporate financials of Mirabilis and Nexia, Mirabilis and Nexia received no value for the Nexia Certification from Curry or Hailstones. The corporate books, records and financials do not reflect any payment or note for payment of any amount for the Nexia Certification. While the value is difficult to assess at this time, the corporate books and records demonstrate that Nexia spent several million dollars on business activities and the

Nexia certification is the only product revealed to me in these business records. Thus, the records support the calculation of $1.2 MM created by the prior President of Mirabilis for the Nexia certification. Exhibit "2" attached hereto. I am the custodian of these records, they are maintained in the general course of Mirabilis' business and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

8. Based upon my review of the corporate records of Mirabilis and Nexia, Presidion Solutions was doing the payroll for the Mirabilis related companies. In September 2005, Common Paymaster was created as a wholly own subsidiary of Mirabilis and took over the function of Presidion. Common Paymaster's sole function was to be a common paying utility for all Mirabilis related entities.

DATED this __12TH__ day of __FEBRUARY__, 2010.

_____
R.W. Cuthill Jr.

STATE OF FLORIDA

COUNTY OF ORANGE

Sworn and subscribed before me this _____ day of _____, 2010, by _____ as President of Mirabilis, who is personally known to me or has produced _____ as identification.

_____
Notary Signature
My Commission Expires:

# EXHIBIT 1