## MIRABILIS VENTURES, INC.
## ACTION OF DIRECTORS BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Bylaws, as amended (the "Bylaws"), of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting all of the Directors of the Corporation in office, do hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

**WHEREAS**, Michael Moecker has submitted a letter of resignation, dated October 27, 2009, resigning from his position as a director of the Company effective as of October 27, 2009 (the "Effective Date"); and

**WHEREAS**, the Board of Directors deems it to be in the best interest of the Corporation to accept the resignation of Michael Moecker, effective as of the Effective Date and to make certain arrangements for the smooth transition of the management of the Corporation upon the effectiveness of such resignation.

**NOW, THEREFORE, BE IT HEREBY RESOLVED**, that the resignation of Michael Moecker as a member of the Board of Directors of the Corporation, as evidenced by his letter of resignation to the Corporation, dated October 27, 2009, is hereby accepted as of the Effective Date set forth therein, and the Secretary of this Corporation is hereby instructed to notify Michael Moecker of the acceptance of his resignation as of such Effective Date; and be it

**FURTHER RESOLVED**, that the undersigned, acting pursuant to Section 3.11 of the Bylaws, and pursuant to Section 78.115 of the Nevada GCL, does hereby fix the number of directors of the Corporation at one (1), effective upon the effectiveness of the resignation of Michael Moecker on the Effective Date; and be it

**FURTHER RESOLVED**, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take such actions and to execute, deliver, file, certify and record such documents and instruments as may be deemed by them to be necessary, advisable or appropriate to implement the purposes of the foregoing resolutions, including the filing of any documents which the Corporation or its counsel deems to be necessary, advisable or appropriate, the authority for the taking of such actions and the execution and delivery of such documents and instruments to be conclusively evidenced thereby; and be it

**FURTHER RESOLVED**, that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand as of this 27th day of October, 2009.

_____
R.W. Cuthill, Jr.

# RESIGNATION OF DIRECTOR
## OF
## MIRABILIS VENTURES, INC.

I, MICHAEL MOECKER, hereby resign, effective October 27, 2009, as Director of Mirabilis Ventures, Inc. a foreign corporation, organized under the laws of the State of Nevada, document number F05000004040.

_____
MICHAEL MOECKER

U:\BKnapp\Client Work\Mirabilis Ventures\RESIGNATION OF DIRECTOR.doc

## MIRABILIS VENTURES, INC.
## ACTION OF SOLE DIRECTOR BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Articles of Incorporation of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting the Sole Director of the Corporation, does hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

**WHEREAS,** the Board of Directors deems it to be in the best interest of the Corporation to make certain changes related to the management of the Corporation.

**NOW, THEREFORE, BE IT HEREBY RESOLVED,** that the undersigned, acting pursuant to Section 3.11 of the Bylaws of the Corporation, as amended (the "Bylaws"), and pursuant to Section 78.115 of the Nevada GCL, does hereby fix the number of directors of the Corporation at two (2); and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.04 of the Bylaws and pursuant to Section 78.335 of the Nevada GCL, does hereby elect R. William Cuthill, Jr. to serve as the second director of the Corporation, to serve as such until the next election of directors, or until a successor has been selected and qualified or until his earlier death, resignation or removal; and be it

**FURTHER RESOLVED,** that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take such actions and to execute, deliver, file, certify and record such documents and instruments as may be deemed by them to be necessary, advisable or appropriate to implement the purposes of the foregoing resolutions, including the filing of any documents which the Corporation or its counsel deems to be necessary, advisable or appropriate, the authority for the taking of such actions and the execution and delivery of such documents and instruments to be conclusively evidenced thereby; and be it

**FURTHER RESOLVED,** that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand as of this 27th day of October, 2009.

_____
Michael Moecker


I hereby consent to serve as a Director of the Corporation effective as of October 27, 2009.

_____
R. William Cuthill, Jr.

# WRITTEN CONSENT OF
# THE SOLE DIRECTOR OF
# MIRABILIS VENTURES, INC. a Nevada Corporation

The undersigned, being the sole director of Mirabilis Ventures, Inc., a corporation organized under the laws of the State of Nevada (the "**Corporation**"), does hereby consent to the adoption of the following resolutions:

## Appointment of Secretary and Treasurer:

**WHEREAS**, the Sole Director recommends the appointment of R. William Cuthill, Jr. to serve as Secretary and Treasurer of the Corporation, commencing as of the date of this resolution and continuing until his successor has been duly appointed and qualified, or until his earlier resignation, removal from office or death.

**NOW THERFORE, BE IT RESOLVED**, that R. William Cuthill, Jr., be, and he hereby is appointed as Secretary and Treasurer of the Corporation, effective as of the date of this resolution, and continuing until his successor has been duly appointed and qualified, or until his earlier resignation, removal from office or death.

**IN WITNESS WHEREOF**, the undersigned has executed this Resolution as of the 23rd day of April, 2009.

_____
Michael Moecker
Sole Director

## ACTION BY SOLE DIRECTOR
## OF MIRABILIS VENTURES, INC.

### May 27, 2008

The undersigned, being the sole director of Mirabilis Ventures, Inc., a Nevada Corporation (the "Corporation"), does hereby affirmatively vote for, consent to, and adopt the following recitals and resolutions:

**WHEREAS**, the undersigned is the sole director of the Corporation; and

**WHEREAS**, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

**WHEREAS**, it is in the best interest of the Corporation for R. W. Cuthill, Jr. to be appointed president of the corporation.

**NOW, THEREFORE, BE IT RESOLVED,** that R. W. Cuthill, Jr. shall be appointed president of the Corporation; and

**BE IT FURTHER RESOLVED THAT** it is in the best interest of the Corporation to file for protection under chapter 11 of the United States Bankruptcy Code; and

**BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

**BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to appear in bankruptcy proceedings as necessary on behalf of the Corporation or to direct another representative to appear, and to otherwise do and perform all ordinary course acts and deeds and to execute and deliver all necessary documents on behalf of the

Corporation in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to employ Elizabeth A. Green, of the law firm of Latham, Shuker, Eden and Beaudine, LLP, to act as bankruptcy counsel to the corporation; and

**BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized to negotiate the terms of the plan of reorganization on behalf of the Corporation; and

**BE IT FURTHER RESOLVED THAT** during the duration of the Chapter 11, the directors shall not exercise their voting rights to remove R. W. Cuthill, Jr. as president, without express court order, as long as a Chapter 11 Trustee is not appointed in the case, the case is not dismissed, or the case is not converted to a Chapter 7 liquidation under the Bankruptcy Code.

**IN WITNESS WHEREOF**, the undersigned has hereunto set his hand as the sole director of the Company this 27th day of May 2008.

I AGREE:

_____
Michael E. Moecker, Director

## MIRABILIS VENTURES, INC.
## ACTION OF DIRECTORS BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Articles of Incorporation of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting all of the Directors of the Corporation in office, do hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

**WHEREAS,** the Board of Directors deems it to be in the best interest of the Corporation that the Bylaws of the Corporation (the "Original Bylaws") be amended as set forth below.

**WHEREAS,** the Board of Directors deems it to be in the best interest of the Corporation to make certain changes related to the management of the Corporation in accordance with such amendments.

**NOW, THEREFORE, BE IT HEREBY RESOLVED,** that Amendment No. 1 to the Bylaws in the form attached as Exhibit A hereto be, and it hereby is, authorized, confirmed and approved in all respects as an amendment to the Original Bylaws of the Corporation; and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.11 of the Original Bylaws, as newly amended by Amendment No. 1 attached as Exhibit A hereto and adopted herein (the "Amended Bylaws"), and pursuant to Section 78.115 of the Nevada GCL, do hereby fix the number of directors of the Corporation at three (3); and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.04 of the Amended Bylaws and pursuant to Section 78.335 of the Nevada GCL, hereby elect Michael E. Moecker to serve as the third director of the Corporation, to serve as such until the next election of directors, or until a successor has been selected and qualified or until his earlier death, resignation or removal; and be it

**FURTHER RESOLVED,** that any and all acts relating to the subject matter of the foregoing resolutions performed prior to the passage of the foregoing resolutions by any of the officers of the Corporation be, and they hereby are, ratified, authorized, confirmed and approved in all respects as acts on behalf of the Corporation; and be it

**FURTHER RESOLVED,** that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take such actions and to execute, deliver, file, certify and record such documents and instruments as may be deemed by them to be necessary, advisable or appropriate to implement the purposes of the foregoing resolutions, including the filing of any documents which the Corporation or its counsel deems to be necessary, advisable or appropriate, the authority for the taking of such actions and the execution and delivery of such documents and instruments to be conclusively evidenced thereby; and be it

**FURTHER RESOLVED,** that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of this 27th day of May, 2008.

_____
Shane Williams

_____
Jay Stollenwerk


I hereby consent to serve as a Director of the Corporation effective as of May 27, 2008.

_____
Michael E. Moecker

## MIRABILIS VENTURES, INC.
## ACTION OF DIRECTORS BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Bylaws of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting all of the Directors of the Corporation in office, do hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

**WHEREAS**, each of Shane Williams and Jay Stollenwerk has submitted a letter of resignation, dated May 27, 2008, resigning from his position as a director of the Company effective as of May 27, 2008 (the "Effective Date"); and

**WHEREAS**, the Board of Directors deems it to be in the best interest of the Corporation to accept the resignations of each of Shane Williams and Jay Stollenwerk, effective as of the Effective Date and to make certain arrangements for the smooth transition of the management of the Corporation upon the effectiveness of such resignations.

**NOW, THEREFORE, BE IT HEREBY RESOLVED,** that the resignation of Shane Williams as a member of the Board of Directors of the Corporation, as evidenced by his letter of resignation to the Corporation, dated May 27, 2008, is hereby accepted as of the Effective Date set forth therein, and the Secretary of this Corporation is hereby instructed to notify Shane Williams of the acceptance of his resignation as of such Effective Date; and be it

**FURTHER RESOLVED,** that the resignation of Jay Stollenwerk as a member of the Board of Directors of the Corporation, as evidenced by his letter of resignation to the Corporation, dated May 27, 2008, is hereby accepted as of the Effective Date set forth therein, and the Secretary of this Corporation is hereby instructed to notify Jay Stollenwerk of the acceptance of his resignation as of such Effective Date; and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.11 of the Bylaws, and pursuant to Section 78.115 of the Nevada GCL, do hereby fix the number of directors of the Corporation at one (1), effective upon the effectiveness of the resignation of Shane Williams and Jay Stollenwerk on the Effective Date; and be it

**FURTHER RESOLVED,** that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of this 27th day of May, 2008.

_____
Shane Williams

_____
Jay Stollenwerk

_____
Michael E. Moecker

EXHIBIT A

AMENDMENT NO. 1 TO THE
BYLAWS
OF
MIRABILIS VENTURES, INC. (the "CORPORATION")
ADOPTED BY WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF THE CORPORATION
DATED OCTOBER 1, 2005 ("THE ORIGINAL BYLAWS")

This Amendment was adopted by resolution of the Board of Directors of the Corporation as of the 27th day of May, 2008.

The Original Bylaws are hereby amended as follows:

1. Section 3.04 is hereby deleted in its entirety and replaced with the following:

"Section 3.04 VACANCIES.

(a) General Rule. Vacancies in the Board of Directors, including vacancies resulting from an increase in the number of directors, may be filled by a majority vote of the remaining members of the Board of Directors though less than a quorum, or by a sole remaining director, and each person so selected shall be a director to serve until the next election of directors, and until a successor has been selected and qualified or until his or her earlier death, resignation or removal.

(b) Action by resigned directors. When one or more directors resigns from the Board of Directors effective at a future date, the directors then in office, including those who have so resigned, shall have power by the applicable vote to fill the vacancies or modify the number of directors pursuant to Section 3.11 hereof, the vote thereon to take effect when the resignations become effective."

2. Section 3.08 is hereby deleted in its entirety and replaced with the following:

"Section 3.08 QUORUM AND VOTING. A majority of the directors in office shall constitute a quorum for the transaction of business. The act of a majority of the directors present at a meeting at which a quorum exists shall be the act of the Board of Directors."

3. Section 3.11 is hereby deleted in its entirety and replaced with the following:

"Section 3.11 <u>NUMBER OF DIRECTORS</u>. The Board of Directors shall consist of such number of directors, not more than five (5), as may be determined from time to time by resolution of the Board of Directors; provided, however, that the Board of Directors shall consist of not less than one (1) director and no decrease in the number of directors shall have the effect of shortening the term of an incumbent director."

4. The first paragraph of Section 3.14 is hereby deleted in its entirety and replaced with the following:

"Section 3.14 <u>ACTION WITHOUT A MEETING</u>. Any action required or permitted by the Articles of Incorporation, these Bylaws or applicable law to be taken at a Board of Directors meeting or a committee meeting, may be taken without a meeting if prior or subsequent to the action, a consent or consents thereto by all of the directors in office or all members of such committee is filed with the Secretary of the Corporation."

5. Section 9.02 is hereby deleted in its entirety and replaced with the following:

Section 9.02. <u>AMENDMENT OF BYLAWS</u>. These Bylaws may be amended or repealed, or new Bylaws may be adopted, either (i) by vote of the shareholders at any duly organized annual or special meeting of shareholders; provided, however, that any such amendment or repeal or adoption of new Bylaws shall require an eighty percent (80%) vote of all issued and outstanding shares, including, specifically, any amendment to the voting requirement in this Section 9.02(i); and, provided further, that no such amendment or repeal or adoption of new Bylaws shall be valid if the effect of the amendment, repeal or adoption would be violative of any Investor Agreement or Loan Agreement between Mirabilis Ventures, Inc. or its affiliates and the Corporation, or (ii) with respect to those matters which are not by statute reserved exclusively to the shareholders and regardless of whether the shareholders have previously adopted or approved the Bylaw being amended or repealed or replaced, by vote of a majority of the board of directors of the Corporation in office, at any regular or special meeting of directors. Any change in these Bylaws shall take effect when adopted unless otherwise provided in the resolution effecting the change.

6. Except as specifically modified in this Amendment No. 1, the Original Bylaws remain in full force and effect.



Shane Williams
150 E. Robinson St.
Unit #1812
Orlando, FL 32801


May 27, 2008


Mirabilis Ventures, Inc.
PO Box 4916
Orlando, FL 32802


To Whom It May Concern:

Please accept my resignation as Vice President of Mirabilis Ventures, Inc., effective Tuesday, May 27, 2008.


Sincerely,

*[signature: Shane Williams]*

Shane Williams
Vice President

Jay Stollenwerk
5009 Pelleport Avenue
Orlando, FL 32812

May 23, 2008

Mirabilis Ventures, Inc.
P.O. Box 4916
Orlando, FL 32801

To whom it may concern,

This letter serves as my notice of resignation effective May 27, 2008 from Mirabilis Ventures, Inc. as Director, Secretary, and Treasurer and signer on the Mirabilis Ventures, Inc. bank accounts.

Respectfully,

*[signature]*

Jay Stollenwerk


Jodi Jaiman
533 Tuten Trail
Orlando, FL  32828
May 27, 2008



Mirabilis Ventures, Inc.
PO Box 4916
Orlando, FL  32802


To whom it may concern:

Please accept my resignation as President of Mirabilis Ventures, Inc., effective Tuesday, May 27, 2008.


Sincerely,

*[signature: Jodi Jaiman]*
Jodi Jaiman
President


Copyright © 1998 by Ann Poe

# MIRABILIS VENTURES, INC.

## ACTION BY WRITTEN CONSENT
## IN LIEU OF A BOARD OF DIRECTORS MEETING

On this the 10th day of September, 2007, pursuant to the authority of the Nevada Revised Statutes, the undersigned, constituting all of the Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), do hereby affirmatively vote for, consent to, adopt and approve the following resolutions by written consent in lieu of a Board of Directors meeting.

**WHEREAS**, the Corporation purchased 100% of the issued and outstanding shares of common stock of North American Communications, Inc., a Utah corporation ("NACI") from Wellington Capital Group, Inc. the sole shareholder at that time, pursuant to that certain Stock Purchase Agreement dated August 31, 2006;

**WHEREAS**, the Board of Directors resolutions authorizing and approving the purchase of NACI at that time have been lost or misplaced;

**WHEREAS**, the Board of Directors now desire to execute the following resolutions authorizing that certain NACI Stock Purchase Agreement; and,

**NOW, THEREFORE:**

**BE IT RESOLVED**, that the form, terms and conditions of that certain Stock Purchase Agreement dated August 31, 2006 for the sale of 100% of the issued and outstanding shares of common stock of NACI, by and among the Corporation and Wellington Capital Group, Inc., and the transactions contemplated thereby, be and hereby is in all respects authorized, approved, ratified and adopted by the Board of Directors; and be it,

**FURTHER RESOLVED**, that the Board of Directors do hereby agree to modify and correct the prior Board of Directors resolutions dated May 4, 2007 as follows: the Board of Directors hereby remove Gary E. Oksutcik as the registered agent of the Corporation, effective immediately, and the Board of Directors shall appoint a new registered agent as soon as commercially reasonable after the date of these resolutions; and be it,

**FURTHER RESOLVED**, that any acting officer or director of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed, in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated: September 10, 2007.

**DIRECTORS:**

By: _____  
Shane Williams, Director

By: _____  
Jay Stollenwerk, Director

# MIRABILIS VENTURES, INC.

## ACTION BY WRITTEN CONSENT
## IN LIEU OF A BOARD OF DIRECTORS MEETING

On this the 10th day of September, 2007, pursuant to the authority of the Nevada Revised Statutes, the undersigned, constituting all of the Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), do hereby affirmatively vote for, consent to, adopt and approve the following resolutions by written consent in lieu of a Board of Directors meeting.

**WHEREAS,** the Corporation purchased 100% of the issued and outstanding shares of common stock of North American Communications, Inc., a Utah corporation ("NACI") from Wellington Capital Group, Inc. the sole shareholder at that time, pursuant to that certain Stock Purchase Agreement dated August 31, 2006;

**WHEREAS,** the Board of Directors resolutions authorizing and approving the purchase of NACI at that time have been lost or misplaced;

**WHEREAS,** the Board of Directors now desire to execute the following resolutions authorizing that certain NACI Stock Purchase Agreement; and,

**NOW, THEREFORE:**

**BE IT RESOLVED,** that the form, terms and conditions of that certain Stock Purchase Agreement dated August 31, 2006 for the sale of 100% of the issued and outstanding shares of common stock of NACI, by and among the Corporation and Wellington Capital Group, Inc., and the transactions contemplated thereby, be and hereby is in all respects authorized, approved, ratified and adopted by the Board of Directors; and be it,

**FURTHER RESOLVED,** that the Board of Directors do hereby agree to modify and correct the prior Board of Directors resolutions dated May 4, 2007 as follows: the Board of Directors hereby remove Gary E. Oksutcik as the registered agent of the Corporation, effective immediately, and the Board of Directors shall appoint a new registered agent as soon as commercially reasonable after the date of these resolutions; and be it,

**FURTHER RESOLVED,** that any acting officer or director of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed, in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated: September 10, 2007.

**DIRECTORS:**

By: _____  
Shane Williams, Director

By: _____  
Jay Stollenwerk, Director

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF MIRABILIS VENTURES, INC., A NEVADA CORPORATION, IN LIEU OF A MEETING

The undersigned, constituting all of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), hereby make the following written statement pursuant to, and in accordance with, Nevada Law, in lieu of holding a meeting of the Board of Directors, and hereby approve, adopt and consent to the following corporate actions:

**RESOLVED**, that the Board of Directors do hereby authorize Frank L. Amodeo to waive the attorney-client privilege of confidentiality, on behalf of and in the name of the Corporation, in connection with Richard E. Berman, Esq. and the law firm of Berman, Kean & Riguera, P.A. ("BKR") representation of the Corporation and its related affiliates and subsidiaries, for the sole and limited purpose of allowing Mr. Berman and BKR to comply with the request for production of documents pursuant to that certain U.S. Attorney's Office grand jury subpoena, and be it;

**FURTHER RESOLVED**, that the Board of Directors do hereby authorize Frank L. Amodeo to waive the attorney-client privilege with Mr. Berman and BKR in connection with their representation of the following subsidiary and/or affiliated companies:

Absolute Packaging Engineered Solutions, LLC
AEM, Inc.
Allstaff Personnel Management, Inc.
Axena, Inc.
BenComp National Corp.
Cadent Administrators, Inc.
Cadent Underwriters, Inc.
Common Paymaster Corporation
Community Health Solutions of America, LLC
Nexia Strategy Corporation
Siren Resources, Inc.
Universal Analytics, Inc.

**FURTHER RESOLVED**, that Frank L. Amodeo and any of the officers or directors of the Corporation are hereby authorized and directed in the name of, and on behalf of, this Corporation to take any and all such actions as they shall deem necessary or advisable to carry out the foregoing resolutions.

Dated: November 21, 2007.

**DIRECTORS:**

By: Shane Williams
Its: Director

By: Jay Stollenwerk
Its: Director