# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                              **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    Defendants,

v.

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    Third-Party Defendants.
_____

## NOTICE OF RENEWAL OF JOINT MOTION TO SEVER
## COUNTS 5, 6, 7, 8, AND 9 OF THE AMENDED THIRD-PARTY COMPLAINT

Counterclaim Defendants, Mirabilis Ventures, Inc. and Nexia Strategy Corp.,[1] and

Third-Party Defendants, Aaron C. Bates, Matthew S. Mokwa, and Yaniv Amar, by and

through their undersigned counsel, hereby provide notice to the Court of their renewal of

---

[1] On April 1st, 2008, Counterclaim Plaintiffs voluntarily dismissed with prejudice Counts 5 and 9 of the Amended Third-Party Complaint as to Mirabilis Ventures, Inc. and Nexia Strategy Corp. (Dkt. #89). Moreover, on October 27th, 2009, the United States Bankruptcy Court for the Middle District of Florida entered its Order Confirming the Joint Amended Plan of Liquidation as Modified, Submitted by Mirabilis Ventures, Inc., Hoth Holdings, LLC, and AEM, Inc.

1

their Joint Motion to Sever (Dkt. #88).

Dated: <u>February 15, 2010</u>

| | |
|---|---|
| <u>s/ Kathleen S. Davies</u><br>Kathleen Davies, Esq.<br>The Davies Law Firm, LLC<br>126 East Jefferson Street<br>Orlando, FL 32801<br>Ph.: (407) 540-1010<br>Fax: (407) 649-3038<br>kdavies@thedavieslawfirm.com<br>*Counsel for Aaron Bates and*<br>*Matthew Mokwa* | <u>s/ Nicolette Vilmos</u><br>Nicolette Vilmos, Esq.<br>Todd K. Norman, Esq.<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>*Counsel for Mirabilis Ventures, Inc. and*<br>*Nexia Strategy Corp.* |

<u>s/ James E. Shepherd</u>
James E. Shepherd, Esq.
Pohl & Short, P.A.
280 W. Canton Avenue, Suite 410
P.O. Box 3208
Winter Park, Florida 32790
**Counsel for Yaniv Amar**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 15th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

<u>s/ Kathleen S. Davies</u>
Kathleen Davies

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Jack C. McElroy<br>Florida Bar No. 0818150<br>Shutts & Bowen, LLP<br>300 S. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>**Attorneys for AQMI Strategy Corp.**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Craig S. Warkol<br>BRACEWELL & GIULIANI LLP<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br>Craig.warkol@bgllp.com<br>**Attorneys for Frank Hailstones**<br><br>Todd K. Norman<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and Nexia Strategy Corp.**<br><br>Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Virginia 23059.5424<br>**Defendant**<br><br>James E. Shepherd, Esq.<br>Florida Bar No. 0947873<br>Pohl & Short, P.A.<br>280 W. Canton Avenue, Suite 410<br>P.O. Box 3208<br>Winter Park, Florida 32790<br>**Attorneys for Yaniv Amar**<br><br>James Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, Florida 32836<br>**Third-Party Defendant** |

3