# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, | Case No.: 6:07-CV-1788-ORL-28-GJK |
| Plaintiffs, | |
| -vs- | |
| PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and TERENCE CHU, | **NOTICE OF REINSTATEMENT OF RESPONSE OF DEFENDANTS CURRY AND HAILSTONES TO JOINT MOTION TO SEVER COUNTS 5, 6, 7, 8, AND 9 OF THE AMENDED THIRD PARTY COMPLAINT** |
| Defendants, | |
| vs. | |
| MIRABILIS VENTURES, INC., et al. | |
| Counterclaim and Third Party Defendants. | |

Pursuant to the Court's Order of February 4, 2010, Defendants Edith Curry, Frank Hailstones, Palaxar Group, LLC, and Palaxar Holdings, LLC., hereby provide notice to this Court of reinstatement of their Response to Joint Motion to Sever Counts 5, 6, 7, 8 and 9 of the Amended Third Party Complaint (Dkt. #135) previously filed May 22, 2008.

Respectfully submitted,

Date: <u>February 15, 2010.</u>   /s/ Kathleen B. Havener

KATHLEEN B. HAVENER
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Defendants Curry,
Hailstones, Palaxar Group, LLC and
Palaxar Holdings, LLC


MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida  33133
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Defendant Curry,
Palaxar Group, LLC and Palaxar
Holdings, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2010, I electronically filed the foregoing Request for Ruling on Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send a notice of electric filing to counsel who are subscribed to the ECF system, and that I will provide notice via U.S. Mail to the pro se parties.

/s/ Kathleen B. Havener____
KATHLEEN B. HAVENER

Attorney for Defendants Hailstones, Curry, Palaxar Group, LLC, and Palaxar Holdings, LLC