

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, | Case No.: 6:07-CV-1788-ORL-28-GJK |
| Plaintiffs, | |
| -vs.- | |
| PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and TERENCE CHU, | |
| Defendants, | **NOTICE OF REINSTATEMENT OF MOTION TO DISMISS** |
| vs. | |
| MIRABILIS VENTURES, INC., et al. | |
| Counterclaim and Third Party Defendants. | |

Pursuant to the Court's Order of February 4, 2010, Defendant Terence Chu, Pro Se, hereby provides notice to the Court of reinstatement of his Motion To Dismiss the second amended complaint (Docket #79) previously filed March 19, 2008.

Respectfully submitted,

Date: February 11, 2010

*Terence Chu*

Terence Chu, Pro Se
5637 Country Hills Lane
Glen Allen, VA 23059
(804) 364-2158

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2010, I filed the foregoing Notice of Reinstatement of Motion To Dismiss the Second Amended Complaint with the Clerk of Court by overnight courier.

I further certify that on February 11, 2010, a copy of the foregoing has been furnished by U.S. Mail to the following:

Aaron C. Bates, Esquire
Bates Mokwa, PLLC
126 E Jefferson St
Orlando, FL 32801

Counsel for Plaintiffs/Counterclaim
Defendants

Kathleen Havener, Esquire
Kathleen B. Havener, Attorney at Law, LLC
15511 Russell Rd
Chagrin Falls, OH 44022

Counsel for Defendants Curry, Hailstones,
Palaxar Group LLC, and Palaxar Holdings
LLC

Allen Estes, Esquire
Balch & Bingham, LLP
Suite 2600
1901 Sixth Ave N
Birmingham, AL 35203

Counsel for Plaintiffs/Counterclaim
Defendants

Martin R. Raskin, Esquire
Raskin & Raskin, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133

Counsel for Defendants Curry, Palaxar Group
LLC, and Palaxar Holdings LLC

Jack C. McElroy, Esquire
Shutts and Bowen, LLP
300 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Counsel for Third Party Defendant AQMI
Strategy

I. Randall Gold, AUSA
US Attorney's Office - FLM
Suite 300
501 W Church St
Orlando, FL 32805

Counsel for the United States of America

Todd K. Norman, Esquire
Broad and Cassel
390 N Orange Ave - Suite 1400
Orlando, FL 32801

Counsel for Plaintiffs/Counterclaim
Defendants

John Edwin Fisher, Esquire
Fisher, Rushmer, Werrenrath, et al.
20 N Orange Ave - Ste 1500
PO Box 712
Orlando, FL 32802-0712

Counsel for Third Party Defendants Aaron
Bates and Matthew Mokwa

Frank L. Amodeo
F.C.C. - Low
PO Box 1031
Coleman, Florida 33521

Third Party Defendant

James Everett Shepherd, Esquire
Pohl & Short, PA
280 W Canton Ave - Ste 410
PO Box 3208
Winter Park, FL 32790

Counsel for Third Party Defendant Yaniv Amar

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836

Third Party Defendant


_____
TERENCE CHU, PRO SE
5637 Country Hills Lane
Glen Allen, VA 23059
(804) 364-2158