IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

Case No. 6:07-CV-1788-ORL-28-KRS

## NOTICE OF FILING EXHIBITS TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DE# 193)

Plaintiffs, Mirabilis Venture, Inc. and Nexia Strategy Corporation, file the attached Exhibits to its *Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment* (DE# 193) dated February 15, 2010.

/s/ Nicolette Corso Vilmos
Todd K. Norman
Florida Bar No.: 62154
tnorman@broadandcassel.com
Nicolette Corso Vilmos, Esq.
Florida Bar No.: 0469051
nvilmos@broadandcassel.com

4828-4556-6725.1
43582 0007 NCV mei

**BROAD AND CASSEL**
390 N. Orange Ave., Suite 1400
Orlando, FL 32801
Phone: 407-839-4200
Fax: 407-425-8377

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

/s/ Nicolette Corso Vilmos

John Russell Campbell
Balch & Bingham, LLP
Suite 1500
1901 Sixth Avenue N.
Birmingham, AL 35203

Jane S. Raskin/Martin Robert Raskin
Raskin & Raskin, PA
Suite 725
2601 S. Bayshore Dr.
Miami, FL 33133

Kathleen B. Havener
15511 Russell Rd.
Chagrin Falls, OH 44022

Chrstine M. Ho/Donald E. Christopher
Litchford & Christopher, PA
390 N. Orange Avenue, Suite 2200
PO Box 1549
Orlando, FL 32802-1549

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836

Terence Chu
5637 Country Hills Lane
Glen Allen, VA 23059

Cory L. Taylor/ Jack C. McElroy
Shutts & Bowe, LLP
300 S. Orange Avenue, Suite 1000
PO Box 4956
Orlando, FL 32802-4956

James Robert Lussier
Mateer & Harbert, PA
225 E. Robinson Street, Suite 600
PO Box 2854
Orlando, FL 32802-2854

James Everett Shpherd
Pohl & Short, PA
280 W. Canton Avenue, Ste 410
Winter Park, FL 32790

John Edwin Fisher
Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA
20 N. Orange Avenue, Suite 1500
PO Box 712
Orlando, FL 32802-0712

Frank Amodeo
614 Lake Avenue
Orlando, FL 32801

Craig S. Warkol
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Yaniv Amar
3475 Mystic Point Drive

Robert Pollack
8767 The Esplanade #36
Orlando, FL 32836