# MIRABILIS VENTURES, INC.

## SPECIAL MEETING OF THE BOARD OF DIRECTORS

### September 1, 2005

A special meeting of the Board of Directors of Mirabilis Ventures, Inc., was held at 20 N. Orange Avenue, Orlando, Florida 32801 on September 1, 2005, at 2:00 pm. All of the directors were present, having waived notice of the meeting. Robert Pollack, MD acted as Chairman of the meeting.

Upon motion duly made, seconded and approved by the Board of Directors, the following resolutions were unanimously adopted:

**RESOLVED,** that Bruce Walko is hereby removed as President of the Corporation.

**RESOLVED,** that James V. Sadrianna is hereby appointed as President of the Corporation.

**RESOLVED,** that Bruce Walko is hereby appointed as Chairman of the Corporation.

**RESOLVED FURTHER,** that the appropriate officers of the Company are hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 2:30 pm.


Signature:
Name: Robert Pollack, MD
Its:     Director

Signature:
Name: Jason W. Carlson
Its:     Director

Signature:
Name: Edie Curry
Its:     Director

## WAIVER AND CONSENT

The undersigned, being all of the directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Meeting of the Board of Directors held on September 1, 2005, and consent to all actions taken thereat.

Signature:
Name: Robert Pollack, MD
Its:      Director

Signature:
Name: Jason W. Carlson
Its:      Director

Signature:
Name: Edie Curry
Its:      Director



## WRITTEN ACTION OF THE DIRECTORS
## OF
## MIRABILIS VENURES, INC.

### August 31, 2005

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue to 2,000 shares of Class B Preferred Stock to Frank Amodeo, Jr., in exchange for One Million Five Hundred Thousand Dollars ($1,500,000) in cash contribution plus 1,000 common shares of Nexia Strategy Corporation common stock, representing 100% of the Nexia Strategy Corporation common stock issued and outstanding.

Jason Carlson, Director

Robert Pollack, MD, Director

Edie Curry, Director



# MIRABILIS
## IRREVOCABLE PROXY OF MIRABILIES

I, Jason Carlson, Vice President and authorized agent of Mirabilis Ventures, Inc., a Nevada Corporation, a shareholder of Thirty-Five Million Four Hundred Seventy-Six Thousand Three Hundred Fourteen (35,476,314) shares in PRESIDION CORPORATION (the "Company") hereby appoint, instruct, authorize and give an irrevocable power to:

> FRANK AMODEO
> 2875 S. Orange Avenue
> P.M.B. 1800, Suite 500
> Orlando, Florida 32806

To represent the undersigned and to participate on the undersigned's behalf in all deliberations and votes, and to approve, disapprove, or abstain on, any proposal relating to the undersigned's shares in the Company or any shares Mirabilis is entitled to vote and any new resolution, as the proxy holder deems fit.

Anything to the contrary notwithstanding, Frank Amodeo agrees he will in all cases vote the shares covered by this Proxy in favor of electing Jason Carlson and Bob Pollack to the Company's Board of Directors, will take no action to expand the current number of directors without Jason Carlson or Bob Pollack's consent, or take any action to terminate Jason Carlson or Bob Pollack as a director, officer or employee of the Company during the term of this Proxy.

This Proxy shall become effective on June 6, 2005.

This Proxy shall expire by its own terms upon the Company filing its Form 10-K for the year ending December 31, 2005, June 1, 2006, or upon the written revocation of Frank Amodeo, whichever occurs first.

Given on  June 6 , 2005.

Signed: _____
Jason Carlson
Mirabilis Ventures, Inc.
Vice President

| Form **W-9**<br>(Rev. October 2004)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

**Name (as reported on your income tax return)**

MIRABILIS VENTURES, INC

**Business name, if different from above**

Check appropriate box:  ☐ Individual/ Sole Proprietor  ☒ Corporation  ☐ Partnership  ☐ Other ▶ ................   ☐ Exempt from backup withholding

**Address (number, street, and apt. or suite no.)**

20 N. ORANGE AVENUE, SUITE 1400

**City, state, and ZIP code**

ORLANDO, FL 32801

**Requester's name and address (optional)**

FIRST SOUTHERN BANK
7301 PALMETTO PARK ROAD
BOCA RATON, FL 33433

**List account number(s) here (optional)**

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note:** *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

**Social security number**

| | | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

or

**Employer identification number**

| 2 | 0 | – | 1 | 8 | 0 | 3 | 1 | 9 | 8 |
|---|---|---|---|---|---|---|---|---|---|

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

| Sign<br>Here | Signature of<br>U.S. person ▶  *[signature]* V.P. | Date ▶  8-4-05 |
|---|---|---|

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

U.S. person. Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

For federal tax purposes you are considered a U.S. person if you are:

◆ an individual who is a citizen or resident of the United States,

◆ a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

◆ any estate (other than a foreign estate) or trust. See Regulation section 301.7701-6(a) for additional information.

Foreign person. If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

Nonresident alien who becomes a resident alien. Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

Bankers Systems, Inc., St. Cloud, MN Form W-9  12/13/2004    Cat. No. 10251X    (page 1 of 4)    Form **W-9** (Rev. 10-2004)

# MINUTES OF

## MIRABILIS VENTURES, INC.

### SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

**July 11, 2005**

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801 on July 11, 2005, at 9:30 am. All of the directors and shareholders were present. Frank Amodeo acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, James V. Sadrianna, of Orlando, Florida, is authorized to open a bank account in the name of Mirabilis Ventures, Inc.

RESOLVED, James V. Sadrianna is authorized to be the sole signer for the above-referenced bank account.

There being no further business, the meeting was adjourned at 10:00 am.


Robert Pollack, M.D.
Executive Vice President

## ASSIGNMENT AND ACCEPTANCE

**ASSIGNOR:**     Mirabilis Ventures, Inc., a Nevada corporation

**ASSIGNEE:**     Laurie Andrea, an Individual

For good and valuable consideration, the receipt of which is hereby acknowledged, and in consideration of the covenants contained herein, Assignor does hereby agree to assign, transfer and convey all rights, title and interests in and to fifty-one percent (51%) of Assignor's total controlling interest in AEM, INC., a Florida corporation (the "Interest"), to Assignee upon the following terms and conditions:

1.     Assignor hereby assigns the Interest for a Term of sixty (60) days from the date of this Assignment and Acceptance Agreement, or until the Florida Department of Business and Professional Regulations has approved Assignor's purchase of one hundred percent (100%) controlling interest in AEM, INC., whichever is sooner.

2.     Upon the occurrence of either event set forth in number 1 hereinabove, all rights title and interests in and to the Interest, assigned pursuant to this Assignment and Acceptance Agreement, shall automatically and immediately revert back to Assignor. If for any reason such reversion rights are held invalid or unenforceable, Assignee does hereby agree that Assignee will execute and deliver such further instruments and do such further acts and things as may be reasonably required to carry out the intent and purpose of this Assignment and Acceptance Agreement.

3.     This Assignment will be effective when signed by all parties.

**IN WITNESS WHEREOF**, the parties have executed this assignment on this the 6th day of July, 2005.

ASSIGNOR:                                              ASSIGNEE:

**MIRABILIS VENTURES, INC.**                  **LAURIE ANDREA**

By: _____              By: _____

Name: _____YANIV AMAR_____
Its: _____Chairman_____

## MINUTES OF

## MIRABILIS VENTURES, INC.

## SPECIAL JOINT MEETING OF THE BOARD OF
## DIRECTORS AND SHAREHOLDERS

### July 6, 2005

A special joint meeting of the shareholders and directors of Mirabilis Ventures, Inc., was held at 20 N. Orange Avenue, Orlando, Florida 32801 on July 6, 2005, at 1:00 pm. All of the shareholders and directors were present, having waived notice of the meeting. Yaniv Amar acted as Chairman of the meeting.

Upon motion duly made, seconded and approved by the Shareholders and Board of Directors, the following resolutions were unanimously adopted:

RESOLVED, that the Company is authorized and directed to issue One Million (1,000,000) shares of Preferred Stock of $0.00 par value each.

RESOLVED FURTHER, that the appropriate officers of the Company are hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution and to execute and file Articles of Amendment with the Secretary of State of the State of Nevada reflecting the aforementioned amendment to the Articles of Incorporation.

There being no further business, the meeting was adjourned at 2:00 pm.

_____
Yaniv Amar, Chairman

### WAIVER AND CONSENT

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on July 6, 2005, and consent to all actions taken thereat.

_____
Yaniv Amar, Director and Sole Shareholder

## MINUTES OF

## MIRABILIS VENTURES, INC.

## SPECIAL JOINT MEETING OF THE BOARD OF DIRECTORS AND SHAREHOLDERS

### July 6, 2005

A special joint meeting of the shareholders and directors of Mirabilis Ventures, Inc., was held at 20 N. Orange Avenue, Orlando, Florida 32801 on July 6, 2005, at 2:00 pm. All of the shareholders and directors were present, having waived notice of the meeting. Yaniv Amar acted as Chairman of the meeting.

Upon motion duly made, seconded and approved by the Shareholders and Board of Directors, the following resolutions were unanimously adopted:

RESOLVED, that the Company is authorized and directed to enter into an Assignment Agreement, to transfer fifty-one percent (51%) of Company's total interest in AEM, INC., a Florida Corporation, to Laurie Andrea upon approval of a definitive agreement on terms acceptable to the Board of Directors.

RESOLVED FURTHER, that the appropriate officers of the Company are hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution.

There being no further business, the meeting was adjourned at 3:00 pm.

_____
Yaniv Amar, Chairman

## WAIVER AND CONSENT

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on July 6, 2005, and consent to all actions taken thereat.

_____
Yaniv Amar, Director and Sole Shareholder

# RESOLUTIONS

## MIRABILIS VENTURES, INC.

The following resolutions were adopted by Mirabilis Ventures, Inc., and the undersigned officers do herby authorize the following:

RESOLVED, that Company has authorized James V. Sadrianna to open a new banking account at SunTrust Bank on behalf of the Company.

RESOLVED, that James V. Sadrianna shall be the sole authorized and appointed signatory on this new Company banking account, and shall maintain and control this new Company banking account.

RESOLVED, that James V. Sadrianna is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

Dated on this the 20th day of June, 2005.


Signature:
Name: Robert Pollack, MD
Its:     Vice President


Signature:
Name: Jason Carlson
Its:     Vice President

## UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS
## OF MIRABILIS VENTURES, INC., A NEVADA CORPORATION,
## AT A SPECIAL MEETING OF THE BOARD OF DIRECTORS ON JUNE 9, 2005

A special meeting of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Company"), was held at 20 North Orange Avenue, Suite 1400, Orlando, Florida 32801, on June 9, 2005, at 2:00 pm.  All of the directors of the Company were present, having waived notice of the meeting.

Upon motion duly made and seconded, and approved by the Board of Directors, the following resolution was unanimously adopted:

RESOLVED, that the Company hereby authorizes Mirabilis Ventures, Inc. to purchase Fifty Thousand ($50,000) Dollars worth of common stock in Legend Holdings of America, Inc., a Florida corporation, at a price of One ($1.00) Dollar per share. Payment shall be made on or before July 31, 2005, however, the effective date of the purchase shall be June 9, 2005.

FURTHER RESOLVED, that the Board of Directors is hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution.

The meeting was adjourned at 3:00 pm.

Signature:
Name: Robert Pollack, MD
Its:     Director

Signature:
Name: Jason W. Carlson
Its:     Director

Signature:
Name: Edie Curry
Its:     Director



## MINUTES OF

## MIRABILIS VENTURES, INC.

### SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

#### APRIL 7, 2005

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801 on April 7, 2005, at 9:30 am. All of the directors and shareholders were present. Frank Amodeo acted as Chairman of the meeting.

WHEREAS, at a special joint meeting of the directors and shareholders held on February 15, 2005, the Company adopted certain resolutions for the creation of employee positions, and the payment of base compensation and additional compensation to such employees. A copy of the Minutes of such meeting is attached hereto as Exhibit "A" (the "February 15, 2005 Minutes").

WHEREAS, the directors and shareholders desire to now modify and further expand the additional compensation payable to such employees.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, the February 15, 2005 Minutes are hereby ratified and confirmed, and the defined terms therein apply herein.

RESOLVED, the preferred shares which are to be granted to such employees and consultants whenever Company revenues are sufficient to do so, on the basis of the Formula, shall be granted based on the new formula set forth in revised Schedule "A" attached hereto (the "New Formula").

RESOLVED, based on the New Formula, whenever 30 preferred shares have been granted, such person shall be eligible to be a Partner, as set forth in the New Formula, and as a Partner, shall have the right to vote, with other Partners, on the admission of new Partners. A person can become a Partner whenever 1/2 of all current Partners vote to grant partnership status to such person.

RESOLVED, the maximum number of preferred shares that any person may earn shall be fifty (50).

RESOLVED, that eligibility for Tenured Member status shall automatically be granted to any Partner who has served continuously as a Senior Regional Partner (as such position shall be further defined and established by the Company) for three (3) years, regardless of the number of preferred shares held by such Partner.

RESOLVED, that Tenured Members shall select which persons of the Company shall serve as directors on the boards of directors of various companies affiliated with the Company, and thereby be entitled to receive the additional compensation listed in the Formula for such services.

RESOLVED, that Frank Amodeo is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

_____
Frank Amodeo, Chairman


## WAIVER AND CONSENT

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on April 17, 2005, and consent to all actions taken thereat.

_____
Frank Amodeo, Chairman

*Didit occur*
*per Frank*
*Amodeo*

**MINUTES OF**

**MIRABILIS VENTURES, INC.**

**SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS**

**April 7, 2005**

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801, on April 7, 2005, at 9:30 am. All of the directors and shareholders were present. Yaniv Amar acted as Chairman of the meeting.

**WHEREAS**, at a special joint meeting of the directors and shareholders held on February 15, 2005, the Company adopted certain resolutions for the creation of employee positions, and the payment of base compensation and additional compensation to such employees. A copy of the Minutes of such meeting is attached hereto as Exhibit "A" (the "February 15, 2005 Minutes");

**WHEREAS**, the directors and shareholders d additional compensation payable to such employees;

Upon motion duly made and seconded, the adopted:

**RESOLVED**, the February 15, 2005 Minute defined terms therein apply herein.

**RESOLVED**, the preferred shares which i consultants whenever Company revenues are suffic shall be granted based on the new formula set fort "New Formula").

*Note: these are unexecuted docs w/ Yaniv A. as signor - there are executed versions in book/Engagement w/ Frank A. as signor.*

**RESOLVED**, based on the New Formula, whenever so provided ____. granted, such person shall be eligible to be a Partner, as set forth in the New Formula, and as a Partner shall have the right to vote with other Partners, on the admission of new Partners. A person can become a Partner whenever ½ of all current Partners vote to grant partnership status to such person.

**RESOLVED**, the maximum number of preferred shares that any person may earn shall be fifty (50).

**RESOLVED**, that eligibility for Tenured Member status shall automatically be granted to any Partner who has served continuously as a Senior Regional partner (as such position shall be further defined and established by the Company) for three (3) years, regardless of the number of preferred shares held by such Partner.

**RESOLVED**, that Tenured Members shall select which persons of the Company shall serve as directors on the boards of directors of various companies affiliated with the Company and thereby be entitled to receive the additional compensation listed in the Formula for such services.

**RESOLVED**, that Yaniv Amar is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

_____
Yaniv Amar, Chairman

## WAIVER AND CONSENT

The undersigned, being the sole director and shareholder of Mirabilis Ventures, Inc., hereby waives notice of the Special Meeting of the Directors and Shareholders held on April 7, 2005, and consents to all actions taken thereat.

_____
Yaniv Amar, Sole Director and Sole Shareholder

## MINUTES OF

## MIRABILIS VENTURES, INC.

## SPECIAL MEETING OF DIRECTORS AND SHAREHOLDERS

### February 10, 2005

A special meeting of the directors and shareholders of Mirabilis Ventures, Inc., a Nevada Corporation, was held at 20 N. Orange Avenue, Orlando, Florida 32801, on February 10, 2005, at 10:00 am.   All of the directors and shareholders were present, having waived notice of the meeting.   Yaniv Amar acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

**RESOLVED,** the Company acknowledges, ratifies, and accepts assignment of the following assets from Trafalgar Capital Group, Inc.:

1)  | ASSAY# | Product Code | Weight | Description | Location | Lot |
    |--------|--------------|--------|-------------|----------|-----|
    | 5935 | Container #14 | 15,900 lbs | Seal #660751 | B-4 | 65 |
    | 5935 | Container #15 | 16,600 lbs | Seal #660752 | B-4 | 65 |

   *\* See attached Exhibits A-G.*

2)  350 shares of Quantum Delta Enterprises, Incorporated, a Minnesota Corporation

3)  Analytic Data Systems, Incorporated – Intellectual Property

**RESOLVED,** that the Board of Directors is hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution.

There being no further business, the meeting was adjourned at 10:20 am.

_____
Yaniv Amar, Chairman

## WAIVER AND CONSENT

The undersigned, being the sole director and shareholder of Mirabilis Ventures, Inc., hereby waives notice of the Special Meeting of the Directors and Shareholders held on February 10, 2005, and consents to all actions taken thereat.

_____
Yaniv Amar, Sole Director and Sole Shareholder

**MINUTES OF**

**MIRABILIS VENTURES, INC.**

**SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS**

**February 15, 2005**

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801, on February 15, 2005, at 9:30 am. All of the directors and shareholders were present. Yaniv Amar acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

**RESOLVED**, the Company is authorized to create the employee positions, and pay the base compensation and additional compensation to such employees, as set forth in Schedule A.

**RESOLVED**, the Company is authorized to create a preferred class of stock, the purpose of which will be to serve as shares to be granted as compensation to various employees of the Company and its affiliates.

**RESOLVED**, each preferred share shall have a face value of $100,000 and shall bear a coupon rate of 6% (the "Coupon").

**RESOLVED**, preferred shares shall be granted to such employees and consultants whenever Company revenues are sufficient to do so, on the basis of the formula set forth in Schedule A (the "Formula").

**RESOLVED**, based on the Formula, whenever 50 preferred shares have been granted, such person shall be eligible to have "Tenure," and as such a "Tenured Member," shall have the right to vote with other Tenured Members on the admission of new Tenured Members. A person has Tenure and becomes a Tenured Member whenever 2/3 of all current Tenured Members vote to grant Tenure to such person, and the permission of a majority in ownership of the common stock of the Company vote to allow such person to be granted Tenure also. Tenured Members shall have such other rights and privileges as the Company shall determine from time to time.

**RESOLVED**, the Coupon shall be paid annually to each preferred shareholder and any annual distributions out of retained earnings of the Company to preferred shareholders in addition to the Coupon shall be determined by a vote of the preferred shareholders. One-half of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders and 2/3 to the preferred shareholders, upon the vote of a majority of the preferred shareholders, and all of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders and 2/3 to the preferred shareholders, upon the vote of 2/3 of the preferred shareholders and a majority of the common shareholders.

**RESOLVED,** that Yaniv Amar is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

_____
Yaniv Amar, Chairman

## <u>WAIVER AND CONSENT</u>

The undersigned, being the sole director and shareholder of Mirabilis Ventures, Inc., hereby waives notice of the Special Meeting of the Directors and Shareholders held on February 15, 2005, and consents to all actions taken thereat.

_____
Yaniv Amar, Sole Director and Sole Shareholder

# WAIVER OF NOTICE OF SPECIAL MEETING

## OF SHAREHOLDERS

## OF

## MIRABILIS VENTURES, INC.

The undersigned, being the sole Shareholder of Mirabilis Ventures, Inc., a corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the special meeting of the  Shareholders of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation at 10:00 a.m. on July 20, 2005.

Dated:  July 20, 2005

Frank Amodeo, Sole Shareholder

12-14-06

**WRITTEN ACTION OF THE DIRECTORS
OF
MIRABILIS VENURES, INC.**

March 31, 2005

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue to 2,000 shares of Class Z Preferred Stock to Frank Amodeo, Jr., which shall be treated as a repayment of Two Million Dollars ($2,000,000) in prior cash contributions.

Jason Carlson, Director

Robert Pollack, MD, Director

Edie Curry, Director

**WRITTEN ACTION OF THE DIRECTORS**
**OF**
**MIRABILIS VENURES, INC.**

February 28, 2005

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue to 2,000 shares of Class Z Preferred Stock to Frank Amodeo, Jr., which shall be treated as repayment of a Five Hundred Thousand ($500,000) prior cash contribution and the assignment of a One Million Five Hundred Thousand ($1,500,000) note receivable from AQMI Strategy Corporation.

Jason Carlson, Director

Robert Pollack, MD, Director

Edie Curry, Director

## MINUTES OF

## MIRABILIS VENTURES, INC.

### SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

#### FEBRUARY 15, 2005

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801 on February 15, 2005, at 9:30 am. All of the directors and shareholders were present. Frank Amodeo acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, the Company is authorized to create the employee positions, and pay the base compensation and additional compensation to such employees, as set forth in Schedule A.

RESOLVED, the Company is authorized to create a preferred class of stock, the purpose of which will be to serve as shares to be granted as compensation to various employees of the Company, and its affiliates.

RESOLVED, each preferred share shall have a face value of $100,000, and shall bear a coupon rate of 6% (the "Coupon").

RESOLVED, preferred shares shall be granted to such employees and consultants whenever Company revenues are sufficient to do so, on the basis of the formula set forth in Schedule A (the "Formula").

RESOLVED, based on the Formula, whenever 50 preferred shares have been granted, such person shall be eligible to have "Tenure", and as such a "Tenured Member", shall have the right to vote, with other Tenured Members, on the admission of new Tenured Members. A person has Tenure, and becomes a Tenured Member, whenever 2/3 of all current Tenured Members vote to grant Tenure to such person, and the permission of a majority in ownership of the common stock of the Company vote to allow such person to be granted Tenure also. Tenured Members shall have such other rights and privileges as the Company shall determine from time to time.

RESOLVED, the Coupon shall be paid annually to each preferred shareholder, and any annual distributions out of retained earnings of the Company to preferred shareholders in addition to the Coupon shall be determined by a vote of the preferred shareholders. One half of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders, and 2/3 to the preferred shareholders, upon the vote of a majority of the preferred shareholders, and all of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders, and 2/3 to the preferred shareholders, upon the vote of 2/3 of the preferred shareholders and a majority of the common shareholders.

RESOLVED, that Frank Amodeo is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

_____
Frank Amodeo, Chairman


## WAIVER AND CONSENT

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on February 15, 2005, and consent to all actions taken thereat.

_____
Frank Amodeo, Sole Director and Shareholder

# Schedule A

Compensation

| Position | Base Monthly Compensation | Additional Compensation Based upon Percentage of Directors Fees Earned |
|---|---|---|
| **Staff** | | |
| Clerk 1 | 1,500 | 0% |
| Clerk 2 | 1,750 | 0% |
| Clerk 3 | 2,000 | 0% |
| Assistant | 2,500 | 0% |
| Senior Assistant | 2,750 | 0% |
| Para Professional | 3,000 | 0% |
| Advanced Para Professional | 3,500 | 0% |
| Senior Staff | 4,000 | 0% |
| **Executive** | | |
| Staff Consultant | 4,000 | 25% |
| Consultant | 5,000 | 25% |
| Senior Consultant | 6,000 | 25% |
| Associate | 7,000 | 33% |
| Senior Associate | 7,500 | 33% |
| Partner | 8,000 | 40% |
| Administrative Partner | 10,000 | 40% |
| Executive Partner | 12,500 | 40% |

Ownership

| Staff | Annual Shares | Cumulative Shares |
|---|---|---|
| Year 1 | - | - |
| Year 2 | 0.25 | 0.25 |
| Year 3 | 0.25 | 0.50 |
| Year 4 | 0.25 | 0.75 |
| Year 5 | 0.25 | 1.00 |
| Year 6 | 0.25 | 1.25 |
| Year 7 | 0.25 | 1.50 |
| Year 8 | 0.25 | 1.75 |
| Year 9 | 0.25 | 2.00 |
| Year 10 | 0.25 | 2.25 |
| Year 11 | 0.25 | 2.50 |
| Year 12 | 0.25 | 2.75 |
| Year 13 | 0.25 | 3.00 |
| Year 14 | 0.25 | 3.25 |
| Year 15 | 0.25 | 3.50 |
| Year 16 | 0.25 | 3.75 |
| Year 17 | 0.25 | 4.00 |
| Year 18 | 0.25 | 4.25 |
| Year 19 | 0.25 | 4.50 |
| Year 20 | 0.50 | 5.00 |
| **Executive** | | |
| Year 1 | - | - |
| Year 2 | 1.0 | 1.0 |
| Year 3 | 2.0 | 3.0 |
| Year 4 | 3.0 | 6.0 |
| Year 5 | 4.0 | 10.0 |
| Year 6 | 5.0 | 15.0 |
| Year 7 | 5.0 | 20.0 |
| Year 8 | 4.0 | 24.0 |
| Year 9 | 3.0 | 27.0 |
| Year 10 | 3.0 | 30.0 |
| Year 11 | 2.0 | 32.0 |
| Year 12 | 2.0 | 34.0 |
| Year 13 | 2.0 | 36.0 |
| Year 14 | 2.0 | 38.0 |
| Year 15 | 2.0 | 40.0 |
| Year 16 | 2.0 | 42.0 |
| Year 17 | 2.0 | 44.0 |
| Year 18 | 2.0 | 46.0 |
| Year 19 | 2.0 | 48.0 |
| Year 20 | 2.0 | 50.0 |

**WRITTEN ACTION OF THE DIRECTORS**
**OF**
**MIRABILIS VENURES, INC.**

**February 10, 2005**

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.,** a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue to 500 shares of Class B Preferred Stock to Frank Amodeo, Jr., which shall be treated as a Five Hundred Thousand ($500,000) principal payment of a non-interest bearing note.

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director



# MINUTES OF

# MIRABILIS VENTURES, INC.

## SPECIAL MEETING OF DIRECTORS AND SHAREHOLDERS

### February 10, 2005

A special meeting of the shareholders and directors of Mirabilis Ventures, Inc., a Nevada Corporation, was held at 20 N. Orange Avenue, Orlando, Florida 32801 on February 10, 2005, at 10:00 am. All of the shareholders were present, having waived notice of the meeting. Frank Amodeo acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, the Company acknowledges, ratifies, and accepts assignment of the following assets from Trafalgar Capital Group, Inc. :

| 1) | ASSAY# | Product Code | Weight | Description | Location | Lot |
|---|---|---|---|---|---|---|
| | 5935 | Container #14 | 15,900 lbs | Seal #660751 | B-4 | 65 |
| | 5935 | Container #15 | 16,600 lbs | Seal #660752 | B-4 | 65 |

\* See attached Exhibits A-G.

2) 350 share of Quantum Delta Enterprises, Incorporated, a Minnesota Corporation

3) Analytic Data Systems, Incorporated- Intellectual Property

RESOLVED, that the Board of Directors is hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution.

There being no further business, the meeting was adjourned at 10:20 am.

Frank Amodeo, Chairman

## WAIVER AND CONSENT

The undersigned, being all the directors and shareholders of Mirabilis Ventures, Inc., hereby waive notice of the Special Meeting of the Directors and Shareholders held on February 10, 2005, and consent to all actions taken thereat.

Frank Amodeo, Sole Shareholder and Director

WAREHOUSE RECEIVING

**TOTAL NEW MEXICO WAREHOUSE**
P.O. Box 23846
Tempe, AZ 85284

Customers: Glenn and Linda Thompson
520 Shadow Lane
Van Buren, AR 72956
479-474-5245
479-650-5389

Storage Receipt # 0-0014
Date Received 7-15-03

| # Pieces | Product Code | Weight | Description | Location | Comments |
|----------|--------------|--------|-------------|----------|----------|
| 1 | Container #14 | 15,900 lbs. | Seal # 660751 | B-4 | |
| 1 | Container #15 | 16,600 lbs | Seal # 660752 | B-4 | |

Operations Manager
*No one is allowed to access or move these containers except customers listed above.

# Farmers Cooperative Scales

## Weight Ticket No. 00229

### Date   7-15-2003

---

Time in:  1:27 a.m.
Time out: 1:35 a.m.

Product:  Concentrate Precious Metal

Container #14                    Weight  15,900 lbs.

Container #15                    Weight  16,600 lbs.

---

Total weight in Tons                 Tons    16.25

Weigher _~Kenjis L. Smith_____

Notary Public: _Gayle Smith_____

my commission expires 10-17-06

*[Notary seal: GAYLE SMITH, NOTARY PUBLIC, STATE OF OKLAHOMA, HASKELL]*

B
M

**TOTAL NEW MEXICO WAREHOUSE**
P. O. Box 23846
Tempe AZ 85284

## CONTAINER REPORT

| Container# | Seal# | Assay# | Lot# | Weight/lbs |
|------------|-------|--------|------|------------|
| 14 | 660751 | 5935 | 65 | 15,900 lbs. |
| 15 | 660752 | 5935 | 65 | 16,600 lbs. |
| | | | Or | 16.25 Tons |

_Operations Manager_

Notary Public _Gayle Smith_

_my Commission expires 10-17-06_

GAYLE SMITH
NOTARY PUBLIC
IN AND FOR
STATE OF OKLAHOMA
HASKELL

# TOTAL NEW MEXICO WAREHOUSE
## P. O. Box 23846
## Tempe, AZ 85284

## SAFE KEEPING RECEIPT

Storage Date  7-15-03
Storage Receipt # 0-0014

The Following Precious Metal Concentrate is held in safekeeping for Glenn and Linda Thompson.  The concentrate storage consists of the following:

- Commodity:  Precious Metal Concentrate
- Number of Units:  2 containers  #14 and #15
- Total Weight:  32,500 lbs or 16.25 Tons
- Metal container 4' X 4' X 8' with welded lids and seals
- Seal #  660751  and  660752
- Lot #  65
- Assay #  5935
- Market Value $35,320,916.96 value in US Dollars in this inventory
- Verification will be provided upon written request to Glenn and Linda Thompson to any party designated in such writ.

Operations Manager

Notary Public  _Gayle Smith_

My Commission expires
10-17-06

D
M

# Metallurgical Research and Assay Laboratory
### 22246 N. 19th Avenue
### Phoenix, Az. 85027
### 423 587 7660

## ASSAY REPORT

**Assay Number:** 5935          **Date:** 5/15/03

**Sample Identification:** Super Con. Lot 65 of Lot 225

**Customer:** Red Sands Research and Development

| Element | Oz/Ton |
|---|---|
| Au-Gold | 5709.66 |
| Ag-Silver | 691.62 |
| Pt-Platinum | 10.06 |
| Rh-Rhodium | 7.41 |
| Os-Osmium | 94.89 |
| Ru-Ruthenium | 15.38 |
| Pd-Palladium | 8.67 |
| Ir-Iridium | 17.01 |



These results are based on well known accepted analytical procedures used solely on the sample submitted by the customer. This report is prepared for the exclusive use of the customer. No warranty as to the reproducibility or extractability of the material other than the sample is given. Donald E. Jordan and/or Metallurgical Research and Assay Laboratory make no representation express or implied on material other than that represented by the sample assayed.

"VALUE!" MEANS THAT ELEMENT HAS NOT BEEN ANALYZED FOR THIS REPORT.
prior arrangements are made, all samples will be discarded after 30 days

E

## Concentrate Calculations
### ASSAY #5935 – LOT #65 OF #225

| ELEMENT | OZ/TON | | VALUE/OZ | VALUE/TON |
|---------|--------|---|----------|-----------|
| GOLD (AU | 5709.66 | X | $ 366.50 | $2,092,590.39 |
| SILVER (AG | 891.62 | X | 5.50 | 4,903.91 |
| PLATINUM (PT | 10.06 | X | 696.00 | 7,001.76 |
| RHODIUM (RH | 7.41 | X | 489.00 | 3,623.49 |
| OSMIUM (OS | 94.89 | X | 600.00 | 56,934.00 |
| RUTHENIUM (RU | 15.38 | X | 44.00 | 676.72 |
| PALLADIUM (PD | 8.67 | X | 191.00 | 1,655.97 |
| IRIDIUM (IR | 17.01 | X | 365.00 | 6,208.65 |
| | 6754.70 OZ | | Value / Ton | $2,173,594.89 |

NOTE:  THE ABOVE IS BASED ON MARKET PRICES ON JULY 31, 2003.

F

# FORMULA FOR VALUE OF
# CONTAINER WEIGHT

| | |
|---|---|
| Container #14 | 15,900 lbs |
| Container #15 | 16,600 lbs |
| Total Weight | 32,500 lbs |
| Total Tons | 16.25 tons |

\* Assay value per ton:  $2,173,594.89
  Multiply by total tons:   X  16.25 Tons

\* Total value in US Dollars = $35,320,916.96

G
fu

## MINUTES OF THE ANNUAL MEETING
### OF BOARD OF DIRECTORS OF
### MIRABILIS VENTURES, INC.

Immediately following the annual meeting of Shareholders of Mirabilis Ventures, Inc., convened at 11:00 A.M. on January 3, 2005, the Directors of Mirabilis Ventures, Inc. met.

Present at the meeting were Jason Carlson, Robert Pollack, and Edie Curry, constituting all of the Directors of the Corporation. Robert Pollack presided as Chairman of the meeting and acted as Secretary.

The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

The Secretary presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The Board of Directors held an election for officers of the Corporation and, upon motion duly made, seconded and unanimously carried, it was:

> RESOLVED, that the persons hereinafter named be and are hereby elected to the following described offices to serve in such capacities until their successors are elected at the next annual meeting and qualified:

| | |
|---|---|
| President: | Jason Carlson |
| Vice President: | Robert Pollack, MD |
| Secretary/Treasurer: | Edie Curry |

Each of the officers so elected thereupon accepted the office to which he or she was elected as aforesaid.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned.

Respectfully submitted,

Robert Pollack, Secretary

Approved:

Robert Pollack, Chairman

# MINUTES OF THE ANNUAL MEETING
## OF BOARD OF DIRECTORS OF
### MIRABILIS VENTURES, INC.

Immediately following the annual meeting of Shareholders of Mirabilis Ventures, Inc., convened at 11:00 A.M. on January 3, 2005, the Directors of Mirabilis Ventures, Inc. met.

Present at the meeting were Jason Carlson, Robert Pollack, and Edie Curry, constituting all of the Directors of the Corporation. Robert Pollack presided as Chairman of the meeting and acted as Secretary.

The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

The Secretary presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The Board of Directors held an election for officers of the Corporation and, upon motion duly made, seconded and unanimously carried, it was:

> RESOLVED, that the persons hereinafter named be and are hereby elected to the following described offices to serve in such capacities until their successors are elected at the next annual meeting and qualified:

| | |
|---|---|
| President: | Jason Carlson |
| Vice President: | Robert Pollack, MD |
| Secretary/Treasurer: | Edie Curry |

Each of the officers so elected thereupon accepted the office to which he or she was elected as aforesaid.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned.

Respectfully submitted,

Robert Pollack, Secretary

Approved:

Robert Pollack, Chairman

Minutes of Annual Meeting of Board of Directors 1-3-05

## WAIVER OF NOTICE OF THE ANNUAL MEETING
## OF THE BOARD OF DIRECTORS OF
## MIRABILIS VENTURES, INC.

The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a Corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the annual meeting of the Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on January 3, 2005 at 11:00 A.M. of that day, and consent to the transaction of any and all business that may properly come before said meeting.

Dated: January 3, 2005

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director

## WAIVER OF NOTICE OF THE ANNUAL MEETING
## OF THE BOARD OF DIRECTORS OF
## MIRABILIS VENTURES, INC.

The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a Corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the annual meeting of the Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on January 3, 2005 at 11:00 A.M. of that day, and consent to the transaction of any and all business that may properly come before said meeting.

Dated: January 3, 2005

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director

WAIVER OF NOTICE OF THE ANNUAL MEETING
OF THE BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a Corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the annual meeting of the Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on January 3, 2005 at 11:00 A.M. of that day, and consent to the transaction of any and all business that may properly come before said meeting.

Dated: January 3, 2005

Jason Carlson, Director

Robert Pollack, MD, Director

Edie Curry, Director

WAIVER OF NOTICE OF THE ANNUAL MEETING
OF THE BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a Corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the annual meeting of the Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on January 3, 2005 at 11:00 A.M. of that day, and consent to the transaction of any and all business that may properly come before said meeting.

Dated: January 3, 2005

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director

# October 28, 2004

Stellar Industries, Inc. is changed to Mirabilis Ventures, Inc. and sold to Yaniv Amar, who is issued the common stock in exchange for services.

Oct 28 04 09:58p                                                                                        p.1



DEAN HELLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684-5708
Website: secretaryofstate.biz

C28003-03

FILED

OCT 2 8 2004

Dean Heller
Secretary of State

### Certificate to Accompany
### Restated Articles
(PURSUANT TO NRS)

*Important: Read attached instructions before completing form.*

ABOVE SPACE IS FOR OFFICE USE ONLY

This Form is to Accompany Restated Articles of Incorporation
(Pursuant to NRS 78.403, 82.371, 86.221, 88.355 or 88A.250)
(This form is also to be used to accompany Restated Articles for Limited-Liability Companies, Certificates of
Limited Partnerships, Limited-Liability Limited Partnerships and Business Trusts)

1. Name of Nevada entity as last recorded in this office:
STELLAR INDUSTRIES, INC.   File# C28003-2003

2. The articles are being ☐ Restated or ☒ Amended and Restated (check only one). Please include your attached articles "Restated" or "Amended and Restated," accordingly.

3. Indicate what changes have been made by checking the appropriate box.*

☐ No amendments; articles are restated only and are signed by an officer of the corporation who has been authorized to execute this certificate by resolution of the board of directors adopted on _____. This certificate correctly sets forth the text of the articles or certificate as amended to this date of the certificate.

☒ The entity name has been amended.

☐ The resident agent has been changed. (attach Certificate of Acceptance from new resident agent)

☐ The purpose of the entity has been amended.

☐ The authorized shares have been amended.

☒ The directors, managers or general partners have been amended.

☐ IRS tax language has been added.

☒ Articles have been added.

☐ Articles have been deleted.

☒ Other. The articles or certificate have been amended as follows: (provide article numbers, if available)

1. Name Change to MIRABILIS VENTURES, INC.

*This form is to accompany Restated Articles which contain newly altered or amended articles. The Restated Articles must contain all of the requirements as set forth in the statutes for amending or altering the Articles or certificates

IMPORTANT: Failure to include any of the above information and submit the proper fees may cause this filing to be rejected.

This form must be accompanied by appropriate fees. See attached fee schedule.    Nevada Secretary of State Amendment Accompany
                                                                                Restated Articles



## SECRETARY OF STATE

## STATE OF NEVADA

## CORPORATE CHARTER

I, DEAN HELLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that STELLAR INDUSTRIES, INC. did on November 3, 2003 file in this office the original Articles of Incorporation; that said Articles are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office, in Carson City, Nevada, on November 13, 2003.



DEAN HELLER
Secretary of State

By

Certification Clerk

OCT-28-04 02:13p                                                                    p.3

DEAN HELLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684-5708
Website: secretaryofstate.biz

C28003-03

FILED
OCT 2 8 2004
Dean Heller
Secretary of State

## Certificate of Amendment
(PURSUANT TO NRS 78.380)

Important: Read attached instructions before completing form.      ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Amendment to Articles of Incorporation
### For Nevada Profit Corporations
(Pursuant to NRS 78.380 - Before Issuance of Stock)

**1. Name of corporation:**

STELLAR INDUSTRIES, INC.  File # C28003-2003



**2. The articles have been amended as follows (provide article numbers, if available):**

Name Change to MIRABILIS VENTURES, INC.
Attached new set of Articles of Incorporation.

**3.** The undersigned declare that they constitute at least two-thirds of the incorporators ☒, or of the board of directors ☐  (check one box only)

**4.** Effective date of filing (optional): _____

**5.** The undersigned affirmatively declare that to the date of this certificate, no stock of the corporation has been issued.

**6.** Signatures*:

_X_ Rob C. _____     _____
Signature                        Signature

*If more than two signatures, attach an 8 1/2 x 11 plain sheet with the additional signatures.

**IMPORTANT:** Failure to include any of the above information and submit the proper fees may cause this filing to be rejected.

This form must be accompanied by appropriate fees. See attached fee schedule.

Nevada Secretary of State Amend Profit-After
Revised on 09/29/05

ATTN: IoANA

561-361-3484
338-9608

# ARTICLES OF INCORPORATION

Amended and Restated

(Pursuant to NRS, Chapter 78)

## ARTICLE I—NAME

The name of the corporation is MIRABILIS VENTURES, INC.

## ARTICLE II—RESIDENT AGENT NAME AND STREET ADDRESS

The name of the resident agent for service of process is XTREME BUSINESS SOLUTIONS, located at 3838 Raymert Drive Suite 3, Las Vegas, NV 89121-2247. The mailing address for the resident agent is P.O. Box 50729, Henderson, NV 89016.

## ARTICLE III—PURPOSE

The corporation is organized for the purpose of engaging in any lawful activity, within or without the State of Nevada.

## ARTICLE IV—SHARES OF STOCK

*Number of Shares*

The total number of shares of authorized capital stock of the corporation shall consist of seventy-five thousand (75,000) shares with no par value.

*Classes and Series*

Per NRS 78.035, the Board of Directors is authorized to fix and determine in a resolution the classes, series and numbers of each class or series as provided in NRS 78.195 and 78.196, with such voting powers, designations, preferences and rights or qualifications, limitations or restrictions thereof as shall be stated in the pertinent resolution or resolutions.

*No Preemptive Rights*

Holders of the common stock of the corporation shall not have any preference, preemptive right or right of subscription to acquire any shares of the corporation authorized, issued or sold, or to be authorized, issued or sold and convertible into shares of the corporation, nor to any right of subscription thereto, other than to the extent, if any, that the Board of Directors may determine from time to time.

*Non-Assessability*

The common stock of the corporation, after the amount of the subscription price has been paid, in money, property or services, as the Board of Directors shall determine, shall not

be subject to assessment to pay the debts of the corporation; nor for any other purpose, and no stock issued as fully paid shall ever be assessable or assessed, and the Articles of Incorporation shall not be amended in this particular.

### Debt Obligations Equivalent to Stock

The holder of a bond, debenture or other obligation of the corporation may have any of the rights of a stockholder in the corporation.

## ARTICLE V—DIRECTORS

### Governing Board

The members of the Governing Board of the corporation shall be styled as Directors.

### Initial Board of Directors

The initial Board of Directors shall consist of one member. The name and address of the initial member of the Board of Directors is Gallis Hartman of 3836 Rayment Drive, Suite # 3 Las Vegas, NV 89121. This individual shall serve as Director until the first annual meeting of the stockholders, until successor(s) shall have been elected and qualified, or until resigned pursuant to NRS 78.130.

### Change in Number of Directors

The number of directors may be increased or decreased by a duly adopted amendment to the Bylaws of the corporation or by a resolution representing all or a quorum of the Governing Board, pursuant to NRS 78.115.

## ARTICLE VI—DIRECTORS' AND OFFICERS' LIABILITY

A director or officer of the corporation shall not be personally liable to this corporation or its stockholders for damages for breach of fiduciary duty as a director or officer, but this Article shall not eliminate or limit the liability of a director or officer for acts or omissions which involve fraud or a knowing violation of the law.

Any repeal, modification or amendment of this Article shall be prospective only and shall not adversely affect any limitation on the personal liability of a director or officer of the corporation for acts or omissions prior to such repeal or modification.

## ARTICLE VII—INDEMNITY

Every person who was or is a party to, or is threatened to be made a party to or is involved in any action, suit or proceeding, whether civil, criminal, administrative or investigative, by reason of the fact that he or a person of whom he is the legal representative is or was a director or officer of the corporation, or is or was serving at the

request of the corporation as a director or officer of another corporation, or as its representative in a partnership, joint venture, trust or other enterprise, shall be indemnified and held harmless to the fullest extent legally permissible under the laws of the State of Nevada against any and all expenses, liability or loss (including attorney's fees, judgments, fines and amounts paid or to be paid in settlement) reasonably incurred or suffered by him in connection therewith. Such right of indemnification shall be a contract right which may be enforced in any manner desired by such person. The expenses of officers and directors incurred in defending a civil or criminal action, suit or proceeding must be paid by the corporation as they are incurred and in advance of the final disposition of the action, suit or proceeding, upon receipt of an undertaking by or on behalf of the director or officer to repay the amount if it is ultimately determined by a court of competent jurisdiction that he is not entitled to be indemnified by the corporation. Such right of indemnification shall not be exclusive of any other right which such directors, officers or representatives may have or hereafter acquire and, without limiting the generality of such statement, they shall be entitled to their respective rights of indemnification under any bylaw, agreement, vote of stockholders, provision of law or otherwise, as well as their rights under this Article.

Without limiting the application of the foregoing, the stockholders or Board of Directors may adopt by-laws from time to time with respect to indemnification to provide at all times the fullest indemnification permitted by the laws of the State of Nevada, and may cause the corporation to purchase and maintain insurance on behalf of any person who is or was an officer or director of the corporation, or is or was serving at the request of the corporation as director or officer of another corporation, or as its representative in a partnership, joint venture, trust or other enterprise against any liability asserted against such person and incurred in any such capacity or arising out of such status, whether or not the corporation would otherwise have the power to indemnify such person.

## ARTICLE VIII—AMENDMENTS

Except with respect to amending the non-assessability of shares per Article IV, this corporation reserves the right to amend, alter, change or repeal any provision contained in these Articles of Incorporation or its Bylaws in the manner now or hereafter prescribed by statute or by these Articles of Incorporation or by the corporation's Bylaws, and all rights conferred upon the stockholders are granted subject to this reservation.

## ARTICLE IX—POWERS OF DIRECTORS

In furtherance and not in limitation of the powers conferred by statute, the Board of Directors is expressly authorized:

1) Subject to the Bylaws, if any, adopted by the stockholders, to make, alter, or repeal the Bylaws of the corporation;
2) To authorize and cause to be executed mortgages and liens, with or without limit as to amount, upon the real and personal property of the corporation;

3) To authorize the guaranty by the corporation of securities, evidences of indebtedness and obligations of other persons, corporations and business entities;

4) To set apart out of any of the funds of the corporation available for distributions a reserve or reserves for any proper purpose and to abolish any such reserve;

5) By resolution, to designate one or more committees, each committee to consist of at least one director of the corporation, which, to the extent provided in the resolution or the Bylaws of the corporation, shall have and may exercise the powers of the Board of Directors in the management of the business and affairs of the corporation, and may authorize the seal of the corporation to be affixed to all papers which may require it. Such committee or committees shall have such name or names as may be determined from time to time by resolution adopted by the Board of Directors; and

6) To authorize the corporation by its officers or agents to exercise all such powers to do all such acts and things as may be exercised or done by the corporation, except and to the extent that any such statute shall require action by the stockholders of the corporation with regard to the exercising of any power or the doing of any such act or thing.

In addition to the powers and authorities herein or by statute expressly conferred upon them, this Board of Directors may exercise all such powers and do all such acts and things as may be exercised or done by the corporation, except as otherwise provided herein and by law.

## ARTICLE X—NAME, ADDRESS AND SIGNATURE OF INCORPORATOR

Name:    Xtreme Business Solutions Inc.   Signature: _____
Address: P.O. Box 50729                            for XTREME BUSINESS SOLUTIONS, INC
         Henderson, NV 89016

## CERTIFICATE OF ACCEPTANCE OF APPOINTMENT OF RESIDENT AGENT

I, XTREME BUSINESS SOLUTIONS, INC., hereby accept appointment as resident agent for the above-named corporation, as of November 3, 2003

_____
for XTREME BUSINESS SOLUTIONS, INC.

# WRITTEN ACTION OF THE DIRECTORS
# OF
# MIRABILIS VENURES, INC.

### October 28, 2004

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue 1,000 shares of common stock to Yaniv Amar in exchange for the provision of $100 of in-kind services, and other good and valuable consideration.

Yaniv Amar, Director

| | |
|---|---|
| From: | tessah [tessah@matrixnetwork.net] |
| Sent: | Tuesday, January 18, 2005 9:39 AM |
| To: | Richard E. Berman |
| Subject: | Amodeo Structure |
| Attachments: | 011805 ltr Berman Structure.doc |

Please review the attached letter from Mr. Amodeo.

Also regarding the pending meeting ----Mr. Amodeo is requesting it to be set either this Thursday or next Wednesday or Thursday.

Please advise.

Thanks for all assistance.

Tessah Ivey


This e-mail contains **PRIVILEGED AND CONFIDENTIAL** information intended only for the use of the addressee (s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly hibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records. Thank you for your cooperation.

4/14/2008

# WRITTEN ACTION OF THE DIRECTORS
# OF
# MIRABILIS VENURES, INC.

### October 28, 2004

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue 1,000 shares of common stock to Yaniv Amar in exchange for the provision of $100 of in-kind services, and other good and valuable consideration.

Yaniv Amar, Director

# EXHIBIT 2

# Summary of Nexia Certification Investment

*This document contains a summary of the expenses incurred and paid by Mirabilis Ventures, Inc. and its subsidiaries, for the development of and creation of Nexia Certification, based upon the available accounting records kept in the ordinary course of business of Mirabilis Ventures, Inc.*

**Total Funds to Nexia Certification:   1,561,292.10**

**Rec'd from Nexia Strategy Corp.**

| Data Source | Item | Item | Name | Date | Cleared Amount | Items | Account | Split |
|---|---|---|---|---|---|---|---|---|
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1277 | Alexander Watson | 01/12/2006 | 2,278.64 | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1299 | Alexander Watson | 01/31/2006 | 34.38 | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1526 | Alexander Watson | 02/15/2006 | 72.80 | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1548 | Alexander Watson | 11/28/2005 | 57.03 | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1527 | Association of Certified Fraud Examiners | 01/12/2006 | 3,340.00 Conference Fee | | 1010 - Bank of America | 2200 - Conferences Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1584 | Association of Certified Fraud Examiners | 03/10/2006 | 725.00 Conference Fee | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1538 | Association of Certified Fraud Examiners | 11/22/2006 | 1,700.00 Conference Fee | | 1010 - Bank of America | 2200 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1457 | Brian S. Faster | 05/29/2006 | 355.00 | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1465 | Brian S. Faster | 06/04/2006 | 190.00 Junk Bus Report | | 1010 - Bank of America | 2200 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1506 | Brian S. Faster | 08/14/2006 | 197.75 Jury Exp Rep | | 1010 - Bank of America | 2200 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1526 | Brian S. Faster | 10/16/2005 | 537.71 Jury Exp Rep | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 01-11 | Capital One | 01/11/2005 | 1,040.40 Richmond Office Expenses | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Check | 1509 | Capital One | 10/16/2006 | 508.00 Richmond Office Expenses | | 1010 - Bank of America | 7100 - Office Expense |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 2-19 | Capital One | 02/19/2006 | 222.42 Richmond Office Expenses | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Check | 3-8 | Capital One | 03/08/2006 | 247.15 Richmond Office Expenses | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 3-28 | Capital One | 04/28/2006 | 474.15 Richmond Office Expenses | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Check | | Capital One | 04/25/2006 | 323.00 | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Check | 1534 | Dozant Valley Aviation, Inc. | 01/15/2006 | 837.29 Richmond Office Expenses | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Check | | Dozant Valley Aviation, Inc. | 01/10/2006 | 18.75 | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1535 | Edin Curry | 04/16/2006 | 14,903.61 | | 1010 - Bank of America | 7760 - Travel |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1508 | Edin Curry Breedmad | 09/18/2006 | 23,287.05 | | 2000 - Accounts Payable | |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1457 | ESAC2 | 09/18/2006 | 7,500.00 | | 1010 - Bank of America | 6320 - Consulting Fees |
| Nexia CD Disbursement Ow/d | Check | 1297 | Jack Wicker | 12/13/2005 | 7.70 | | 1010 - Bank of America | 6730 - Consulting Fees |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1335 | Jack Wicker | 11/17/2006 | 269.16 | | 1010 - Bank of America | 2000 - Consumer Fees |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1446 | Jacqueline Portuh | 05/25/2006 | 242.87 Expense Reports | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1497 | Jacqueline Portuh | 04/07/2006 | 228.52 | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Check | | Josh Jamron | 06/01/2006 | 500.00 | | 1010 - Bank of America | 7200 - Office Expense |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1517 | LaChue Ryan | 09/15/2006 | 4,250.00 Invoice Pmt | | 1010 - Bank of America | 7760 - Travel |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1400 | Mark Wickersham | 07/14/2006 | 541.44 Expense Reports | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1500 | Mark Wickersham | 07/24/2006 | 540.61 Expense Reports | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1533 | Mark Wickersham | 09/14/2006 | 767.7C Expense Reports | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1539 | Michael Dement | 10/19/2005 | 373.48 | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1294 | Michael Dement | 07/10/2005 | 373.48 | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Check | 1700 | Michael Dement | 07/10/2006 | 373.49 | | 1010 - Bank of America | 7760 - Travel |
| Nexia CD Disbursement Ow/d | Check | 1401 | Michael Dement | 02/25/2006 | 128.00 Travel | | 1010 - Bank of America | 7760 - Travel |
| Nexia CD Disbursement Ow/d | Check | 1394 | Michael Dement | 02/24/2006 | 266.47 Travel | | -SPLIT- | -SPLIT- |
| Nexia CD Disbursement Ow/d | Check | 1422 | Matthew Dement | 04/24/2006 | 611.59 Travel | | -SPLIT- | 7760 - Travel |
| Nexia CD Disbursement Ow/d | Check | 1443 | Scott Hannah | 05/29/2006 | 397.46 Expense Reports | | 1010 - Bank of America | 7760 - Travel |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1500 | Scott Hannah | 04/07/2006 | 1,534.46 Expense Reports | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1293 | Terry G Carrey | 01/10/2006 | 322.30 Employee Expense Reimbursement | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Bill Pmt -Check | 1292 | Terry G Carrey | 07/25/2006 | 246.56 | | 1010 - Bank of America | 2000 - Accounts Payable |
| Nexia CD Disbursement Ow/d | Check | 1382 | Terry G Carrey | 07/25/2006 | 66.71 | | 1010 - Bank of America | 7760 - Travel |
| Nexia CD Disbursement Ow/d | Check | 1402 | Varcar Reid | 05/01/2006 | 318.21 Expense Report 3/2 to 3/17/06 | | 1010 - Bank of America | -SPLIT- |
| **Total** | | | | | **500.00** Estimated travel costs to Richmond for BlueWrld Budget | | | |



EXHIBIT 2

MVI/Palaxar - PI
099



## Rec'd from Mirabilis Ventures

| Data Source | Type | Item | Name | Date | Original Amount | Name | Account | Ref |
|---|---|---|---|---|---|---|---|---|
| MVI GB Disbursement (bwnd) | Check | 208 | | 04/06/2005 | 32,846.51 Richmond Lease | 1050  Summit (Capital) | 7420  Rent | |
| MVI Disbursement (bwnd) | MVI Disburse | 10094 | Brandywine | 04/26/2005 | 32,846.51 Rent | 1160  Due from News Strategy | 1160  Due from News Strategy | |
| MVI GB Disbursement (bwnd) | MVI Disburse | 10096 | Brandywine | 04/29/2005 | 32,406.31 Rent | 1255  Mirabilis - L/C Accts Bofa | 1180  Due from News Strategy | |
| MVI Disbursement (bwnd) | 10782 | | Brandywine | 04/29/2005 | 32,406.31 July Rent | 1095  Mirabilis - L/C Accts BofA | 2000  Accounts Payable | |
| MVI Disbursement | 10792 | | LeClair Ryan Trust | | 979.23 | 1095  Mirabilis - L/C Accts BofA | 2000  Accounts Payable | |
| MVI Disburse | 10796 | | LeClair Ryan Trust | 06/21/2005 | 1,796.60 | 1095  Mirabilis - L/C Accts BofA | 2000  Accounts Payable | |
| MVI Disburse | 10798 | | LeClair Ryan Trust | 06/21/2005 | 2,027.49 | 1095  Mirabilis - L/C Accts BofA | 2000  Accounts Payable | |
| MVI Disburse | 10997 | | LeClair Ryan Trust | 09/14/2005 | 4,354.46  Early withdrawal CD | 2000  Accounts Payable | 2000  Accounts Payable | |
| MVI GB Disbursement (bwnd) | General Journal | XL07020000 | SunTrust | 09/30/2005 | 1,657.41  Early withdrawal CD for Brandywine lease 625a | 6100  Bank Charges | 6100  Bank Charges | |
| BB | | 747244 | LeClair Ryan Trust | 05/05/2007 | 307.30 247242 | Suntrust CDs - Brandywine lease | 6100  Bank Charges | |
| BB | | 247242 | LeClair Ryan Trust | 09/04/2007 | 221.27 247242 | 7100  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 170090254529 | LeClair Ryan Trust | 09/04/2007 | 221.27 170090254529 | 7100  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 242942 | LeClair Ryan Trust | 02/02/2007 | 607.30 240934 | 2000  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 240934 | LeClair Ryan Trust | 02/12/2006 | 1,465.00 | 2000  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 242431 | LeClair Ryan Trust | 10/27/2005 | 907.00 245400 | 2000  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 240731 | LeClair Ryan Trust | 10/19/2005 | 1,142.82 | 2000  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 240725 | LeClair Ryan Trust | 10/10/2005 | 13,524.48 | 2200  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 240729 | LeClair Ryan Trust | 10/05/2005 | 1,909.51 | 2200  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 240733C | LeClair Ryan Trust | 10/05/2005 | 526.00 24073C | 2200  Accounts Payable | 7100  Legal & Accounting | |
| Invoice | | 225466 | LeClair Ryan Trust | 11/10/2006 | 3,161.50 | 2000  Accounts Payable | 7100  Legal & Accounting | |
| Invoice | | 242699 | LeClair Ryan Trust | 11/10/2006 | 387.17 | 2000  Accounts Payable | 7100  Legal & Accounting | |
| BB | | | LeClair Ryan Trust | 11/10/2006 | 170.50 | 6100  Bank Charges | 7100  Legal & Accounting | |
| BB | | 234415 | LeClair Ryan Trust | 07/27/2005 | 2,768.00 | 2000  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 230442 | LeClair Ryan Trust | 05/07/2005 | 1,768.92 | 7100  Accounts Payable | 7100  Legal & Accounting | |
| BB | | 228916 | LeClair Ryan Trust | 05/05/2005 | 979.23 | 7100  Accounts Payable | 7100  Legal & Accounting | |
| | | | | | **170,084.11** | | | |

## Compensation Rec'd

| Employee | Salary attributed to North Carr | Est. % of 2006 salary allocated to North Carr | Gross Wages 2006 (CPA) |
|---|---|---|---|
| Hailstones, Frank | 131,250.00 | 50% | 262,500.00 |
| Curry, Edith | 157,342.00 | 100% | 157,500.00 |
| Hold, Laura | 118,750.00 | 50% | 237,500.00 |
| Meg, Catherine | 17,092.31 | 50% | 34,184.61 |
| Koster, Craig D | 22,520.00 | 50% | 45,000.00 |
| Mitchell, Don | 29,815.42 | 25% | 119,261.68 |
| Maxwell, Hannah | 29,461.05 | 100% | 29,461.05 |
| Verhoff, Larry | 25,540.42 | 25% | 102,161.69 |
| Milr, Eric | 4,257.91 | 10% | 42,579.05 |
| Lionz, Jonathan | 4,063.80 | 25% | 16,231.98 |
| Carroy, Terry G | 56,250.00 | 50% | 112,500.00 |
| Wootonsan, Mark W | 130,173.74 | 100% | 130,172.24 |
| Sandils, Anthony | 93,685.17 | 100% | 93,685.17 |
| Pelejah, Jacarara | 57,130.96 | 100% | 57,130.96 |
| Hannah, Michael S | 101,834.33 | 100% | 101,834.92 |
| Broadhdot, Tom | 77,203.63 | 50% | 154,411.86 |
| Dismuke, Mike | 125,000.00 | 100% | 125,000.00 |
| Wilson, Alexander | 52,662.20 | 50% | 105,250.00 |
| **Total** | **1,213,170.92** | | **9,971,937.44** |

2