IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

       Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTRONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

       Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

Case No. 6:07-CV-1788-ORL-28-KRS

## RESPONSE TO DEFENDANTS' REQUEST FOR RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Counsel for Plaintiffs, MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION ("Plaintiffs"), hereby files their Response to Defendants' Request for Ruling on Defendants' Motion for Summary Judgment.   The particular grounds upon which this response is based are as follows:

4840-9586-2533.1
43582/0007 sj

1.      On February 15, 2010, Plaintiffs' filed their opposition to Defendants' Motion for Summary Judgment (DE 193).[1]

2.      Previously, on December 2, 2009 this Court had set a deadline for the taking of Defendants' depositions and the filing of said opposition.  Based upon the Court's minute entry dated December 2, 2009 (DE 178), Plaintiffs' counsel correctly calculated and calendared the 45 day deadline for depositions to expire on January 16, 2010.   At the same time, the 30 day deadline to respond to Defendants' Summary Judgment Motion was calculated and calendared to expire on February 15, 2010, which is 30 days from the deposition deadline.

3.      On January 12, 2010 and January 13, 2010 the depositions of Ms. Curry and Mr. Hailstones took place ahead of the Court ordered deadline of January 16, 2010.   However, Counsel inadvertently did not update the 30 day deadline to reflect the deposition dates three days before the Court deadline.  Because of this error, the undersigned Counsel miscalculated the due date by one business day.  See Plaintiffs Counsels' calendar entry reflecting February 15, 2010 deadline attached as Exhibit "1."

4.      On Monday, February 15, 2010, upon receiving Defendants' Request for Ruling on Defendants' Motion for Summary Judgment, Plaintiffs' Counsel immediately contacted Defendants' counsel, Kathleen Havener to explain the inadvertent calculation and apologized for the calendaring error.   While Plaintiffs' Counsel takes full responsibility for this one business day error in calculating the deadline, in adherence with the undersigned's duty of advocacy, it should be noted that Defendants' Counsel did not conduct a good faith conference, or in any manner contact the undersigned pursuant to Rule 3.01(g) of the Local Rules prior to filing the request for Court ruling.   Had Defendants' Counsel done so, the error would have been

---

[1] Plaintiffs were unable to contemporaneously electronically file the exhibits to Plaintiffs motion despite working with Pacer and the Clerk's office.  Plaintiffs have hand delivered the exhibits to the Clerk's office for filing.

4840-9586-2533.1
43582/0007 sj

discovered and the response immediately filed.  Thus, this was not a refusal or intentional failure to adhere to the Court deadline, but a good faith error in calculating this due date by one business day.

5.      Counsel did not knowingly and intentionally miss a Court ordered deadline and requests that the Court allow Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (DE 193) to be deemed timely filed.

WHEREFORE, the Plaintiffs request that the Court allow Plaintiffs' response to Defendants' Motion for Summary Judgment as timely filed.

DATED this 18th day of February, 2010.

/s/ Nicolette Corso Vilmos
_____
NICOLETTE CORSO VILMOS
Florida Bar No. 0469051
Broad and Cassel
390 N . Orange Avenue, Suite 1400
Orlando, FL 32801
Post Office Box 4961
Orlando, FL 32802-4961
(407) 839-4200 Telephone
(407) 650-0955 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy has been forwarded by U.S. Mail on this 18th day of February, 2010 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022 and Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133.

/s/ Nicolette Corso Vilmos
_____
Nicolette Corso Vilmos, Esquire
Florida Bar No: 0469051

4840-9586-2533.1
43582/0007 sj

## Ronnie Owens

| | |
|---|---|
| **Subject:** | (Deadline for Mirabilis Ventures' Response to Defendant's Request for Ruling on Motion for Summary Jdgmt [D.E.191]) Mirabilis Ventures, Inc. v. Palaxar Group, LLC (43582-0007) |
| **Location:** | Orlando Dist. Ct. |

| | |
|---|---|
| **Start:** | Fri 2/19/2010 12:00 AM |
| **End:** | Thu 2/25/2010 12:00 AM |
| **Show Time As:** | Free |

| | |
|---|---|
| **Recurrence:** | (none) |

| | |
|---|---|
| **Meeting Status:** | Meeting organizer |

| | |
|---|---|
| **Resources:** | Roy Kobert; Nicolette Vilmos; Lisa Vander Weide; Stephanie Johnson |

(Court's ProMemo ent'd 2/17/010) (02/17 RO)

EXHIBIT

Blumberg No. 5119