Terence Chu
5637 County Hills Lane
Glen Allen, VA 23059
804.363.2666 (cell)
terencchu@yahoo.com

December 15, 2009

VIA FACSIMILE AND REGULAR MAIL

Allen M. Estes, Esquire, Esq.
Balch & Bingham, LLP
Suite 1500
1901 Sixth Ave N
Birmingham, AL 35203
(205) 226-8798 (fax)

Todd K. Norman, Esq.
Roy Scott Kobert, Esq.
Broad and Cassel
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 425-8377 (fax)

John Russell Campbell, Esq.
Balch & Bingham, LLP
1901 Sixth Ave N, Suite 2600
Birmingham, AL 35203
(205) 488-5859 (fax)

Nicolette Vilmos, Esq.
Broad and Cassel
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 425-8377 (fax)

RE: *Mirabilis Ventures, Inc. v. Palaxar, et al.*, Case No.: 6:07-CV-1788-ORL-28-GJK

Dear Mr. Estes, Mr. Campbell, Mr. Norman, Mr. Korbert, and Ms. Vilmos:

      Please be advised of my intent to file a motion for sanctions against you and your firm (a copy of which is attached) in the above-captioned case. As provided by the Federal Rules of Civil Procedure, in the event that that you and your client dismiss this action against me, with prejudice, within the next twenty-one (21) days, I will not file this motion.

      Two years ago when this case was originally filed, it was simply a meritless case. During the past 26 months, not a single fact or shred of evidence has emerged that supports your client's claims against me. However, with respect to your client, I now know (among other things) that this litigation (as well as numerous slanderous news articles and press releases) was prepared using laundered funds[1]. In addition, it has been further revealed that this case was filed by an admitted perjurer[2] who later recanted her testimony and, as the sole affiant for Mirabilis (with the assistance

---

[1] This litigation was funded by AQMI Strategy, (a non-party to the instant case) using the $5.5M Sunz Insurance refund stolen by Frank Amodeo while he was in plea negotiations with the Department of Justice and which was subsequently seized from the trust funds of various law firms including Balch & Bingham, Latham, Shuker, Eden & Beaudine, LLP. See Amodeo Sentencing Transcript, Day 2, 5/13/09, pg 176 at 6 - 25.

[2] Jodi Jaiman - see Ms. Jaiman's various affidavits filed in Pennsylvania, Florida, Texas, Ohio, Alabama as well as her and Jay Stollenwerk's affidavit filed In re: MIRABILIS VENTURES, INC. : Case No. 6:08-bk-04327-KSJ Document 71 filed 09/23/08.

of MVI's former in-house counsel, Aaron Bates[3] et al.), reinstated a defunct corporation with the express purpose of seeking both money and information[4] with which to assist a convicted felon (Frank Amodeo), then the target of a federal investigation who was negotiating a plea agreement (also with the assistance of Mr. Bates) - as the US Attorney was about to indict him on 27 counts including money laundering, wire fraud, and tax evasion.

My motions together with Palaxar's motions, and the corresponding exhibits illustrate the complete lack of merit of your client's case. Regardless of the circumstances surrounding the preparation and filing of both the initial and amended complaints, more than ample time has elapsed for you to review the record (including the several hundred documents already submitted in discovery) and sufficiently investigate the claims asserted. The plethora of files, documents and evidence submitted in this case, the MVI Bankruptcy, and Mr. Amodeo's criminal case, demonstrate the complete lack of merit of your client's claims, as well as highlights the *actual knowledge* possessed by the Mirabilis attorneys' at the time this complaint was filed.

Please consider this as my conferring with each of you (as well as Bates Mokwa) for the purposes of filing this motion for sanctions. If you still believe that your client has valid claims against me, I demand that you apprise me of the evidentiary basis for your claims. Beyond Ms. Jaiman's demonstrably perjured affidavits; I know of none.[5] If you are unable to provide such evidence, you should immediately dismiss the claims against me, with prejudice.

Sincerely,

Terence Chu
pro se

Enclosures

cc:   The Havener Law Firm, LLC
      Raskin & Raskin, PA
      Bates Mokwa, PA
      I. Randall Gold, AUSA

---

[3] Aaron Bates - who, prior to forming Goldberg Bates which then later became Bates Mokwa, was in-house counsel for Mirabilis, AQMI, Presidion Solutions and Wellington Capital according to various legal documents filed across the country.
[4] See United States Motion to Intervene and Stay Discovery - Case 6:07-cv-01788-JA-GJK Document 146 filed 06/03/08.
[5] According to Frank Amodeo's testimony during his sentencing, and that of his criminal attorney Harrison (Butch) Slaughter, Amodeo admits that he and Mr. Slaughter maintained sole possession of all Mirabilis documents, files and records until his incarceration on May 26, 2009. See Amodeo Sentencing Transcript, Day 2, 5/13/09, pg 75 at 9 - 14, and pg 165 at 9 - 21.