exhibit 3

Terence Chu
5637 County Hills Lane
Glen Allen, VA 23059
804.363.2666 (cell)
terencchu@yahoo.com

January 6, 2010

VIA EMAIL

Allen M. Estes, Esquire
Balch & Bingham, LLP
1901 Sixth Ave. N, Suite 1500
Birmingham, AL 35203

RE: *Mirabilis Ventures, Inc. v. Palaxar, et al.*, Case No.: 6:07-CV-1788-ORL-28-GJK

Dear Mr. Estes:

Thank you for your email and letter response dated January 5, 2010. To date, you are the only party to have responded.

Please clarify your assertion that you no longer represent Mirabilis Ventures, Inc. ("MVI"). I have reviewed the case docket and both you and your firm are listed as "Lead Attorney". In addition, both the case docket and Palaxar's outside counsel confirm that the motion of Broad and Cassel to replace you and your firm as counsel for MVI (Doc. #167) was denied on the same day that Broad and Cassel's motion to substitute for Bates Mokwa (Doc. #168) was granted (see order of Magistrate Kelly, dated November 11, 2009 (Doc. #169). Accordingly, it is my understanding that I am required by local rules to "meet and confer" with you.

With respect to that issue, I believe that I have met my obligations to you. I could not find any provision of the local rules that defines "meet and confer" as requiring me to actually meet or call you in advance of filing my motion. My email and facsimile to you provided you with both notice and the opportunity to comment, which you clearly have. The fact that you chose, as did I, to communicate your views via email and written letter rather than call me, simply confirms my belief.

Sincerely,

*Terence Ch*

Terence Chu
pro se

CC:   John Russell Campbell, Esq.        Todd K. Norman, Esq.
      Roy Scott Kobert, Esq.             Nicolette Vilmos, Esq.
      I. Randall Gold, AUSA              Kathleen Havener, Esq.
      Raskin & Raskin, PA                Bates Mokwa, PA