**EXHIBIT 4**

15     MS. HAVENER:  Before we start questioning again;

16     it's my understanding that Broad & Cassel took over

17     representation of Mirabilis.

18       MR. NORMAN:  That's my understanding as well

19       MS. HAVENER:  Therefore I'm correct in

20     understanding that no one is here to represent Nexia?

21       MR. NORMAN:  My understanding is that we

22     represent both entities.

23       MR. CUTHILL:  Nexia is a wholly owned subsidiary

24     of Mirabilis.  I'm the president of Mirabilis.

25       MS. HAVENER:  That used to be the case, however

      Dawn Roscher, Court Reporter

P. O. Box 533406, Orlando Florida  32853
  407.246.0998    Fax 407.246.0598

87

1  in the --

2       MR. CUTHILL:  It was administratively dissolved,

3  the corporation.

4       MS. HAVENER:  In the bankruptcy settlement, Nexia

5  Strategy Corporation was assigned to the Government.  So

6  unless you're representing the Government's interest in

7  Nexia, it's a problem.  I just wanted to have it on the

8  record.  That's all.

9       MR. NORMAN:  Well, we'll have to clarify the

10  issue.  My understanding is that we were representing

11  both, but we'll clarify as we go forward.