IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEG Y CORPORATION,

     Plaintiffs,

v.                       CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1-8

     Defendants.

_____/

## MOTION TO OBTAIN COPY OF PLEADINGS

Comes Now Frank L. Amodeo and moves the Court for an
order directing the parties to copy Amodeo with any pleadings
or motions for which the parties are seeking relief from the
Court.

Amodeo became a party to this action by service on Amodeo's
guardian, Amodeo's guardian has not provided Amodeo any of
these documents.

It appears many of the current motions may have been filed
before Amodeo became a party to the action and the guardian,
because of the stay, then in place may never have received a copy.

Since the motions may affect Amodeo's claims, counterclaims,
crossclaims, etc...Amodeo would like notice and an opportunity
to comment before any disposition which may impact Amodeo's
rights including, but not limited to, the right of contribution.

Wherefore Amodeo respectfully requests the Court order the
parties to serve upon Amodeo a copy of any motion the parties



wish to renew, permit Amodeo the ordinary time allowed by the rules to respond and such other and further relief as the Court deems appropriate or fair.

Respectfully submitted this 18th day of February, 2010.

Frank L. Amodeo
Register No. 48883-019
Unit B-3
Federal Correctional Complex (low)
P.O. Box 1031
Coleman, FL. 33521-1031

## CERTIFICATE OF SERVICE

I hereby certify that on this __18__ day of February 2010, I served the foregoing on all parties named below, by first class mail, postage prepaid:

1. Craig S. Warkol
   BRACEWELL & GIULIANI LLP
   1177 Avenue of the Americas
   New York, N.Y. 10036

2. Aaron C. Bates, Esq.
   GOLDBERG BATES, PLLC
   Florida Bar No. 011749
   3660 Maguire Boulevard
   Suite 102
   Orlando, Florida 32803

3. J. Russell Campbell
   BALCH & BINGHAM LLP
   Florida Bar No. 901423
   P.O. Box 306
   Birmingham, Alabama 35201-0306

4. Kathleen Haevner
   15511 Russell Road
   Chagrin Falls, OH
   44022

5. Mark Thompsen
   SHULTS & BOWEN

-2-