IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

Case No. 6:07-CV-1788-ORL-28-KRS

### NOTICE OF FILING NOTARIZED AFFIDAVIT OF R.W. CUTHILL JR. TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DE 193)

Counsel for Plaintiffs, MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION ("Plaintiffs"), hereby gives notice of filing the Exhibit, Affidavit of R.W. Cuthill Jr., to *Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment* (DE 193).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either electronic notice or U.S. Mail this 26th day of February, 2010 to Kathleen B. Havener,

Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059 and Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133.

/s/ *Nicolette Corso Vilmos*

NICOLETTE CORSO VILMOS
Florida Bar No. 0469051
Broad and Cassel
390 N . Orange Avenue, Suite 1400
Orlando, FL 32801
Post Office Box 4961
Orlando, FL 32802-4961
(407) 839-4200 Telephone
(407) 650-0955 Facsimile

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

Case No. 6:07-CV-1788-ORL-28-KRS

---

## AFFIDAVIT OF R.W. CUTHILL JR.

STATE OF FLORIDA
COUNTY OF ORANGE

    R.W. Cuthill Jr., after first being duly sworn, states under oath *as* follows:

1. My name is R. W. Cuthill, Jr. I am a forensic consultant and also have been appointed as a Bankruptcy Trustee, examiner, chief restructuring officer and other appointments in the Middle District of Florida. My offices are at 341 North Maitland Avenue, Suite 210, Maitland, FL 32751.

2. I am President of Mirabilis Ventures, Inc. ("Mirabilis"). I was employed as President on May 27, 2008. My job is to identify, recover and distribute the assets of Mirabilis during its Chapter 11 reorganization. Mirabilis filed Chapter 11 in the Middle District of Florida on May 27, 2008.

3. I am the custodian of records for Mirabilis and am familiar with corporate books, records and financial transactions of Mirabilis.

4. Mirabilis was an equity fund that invests in a variety of ventures. Nexia is a wholly owned subsidiary of Mirabilis which provided a broad range of general business consulting services.

5. Based upon Mirabilis' corporate books and records, Frank Amodeo was not an Officer or Director of Mirabilis. Attached as composite Exhibit "1" hereto are the corporate records listing the officers and directors of Mirabilis. I am the custodian of these records, they are maintained in the general course of Mirabilis' business and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

6. Based upon Mirabilis' corporate books and records, Frank Amodeo was not a common stockholder of Mirabilis. Frank Amodeo was a preferred stockholder and had less than 1% of the total shares outstanding. *See Composite Exhibit "1."* I am the custodian of these records, they are maintained in the general course of Mirabilis' business and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

7. Based upon my review of the corporate financials of Mirabilis and Nexia, Mirabilis and Nexia received no value for the Nexia Certification from Curry or Hailstones. The corporate

books, records and financials do not reflect any payment or note for payment of any amount for the Nexia Certification. While the value is difficult to assess at this time, the corporate books and records demonstrate that Nexia spent several million dollars on business activities and the Nexia certification is the only product revealed to me in these business records. Thus, the records support the calculation of $1.2 MM created by the prior President of Mirabilis for the Nexia certification. Exhibit "2" attached hereto. I am the custodian of these records, they are maintained in the general course of Mirabilis' business and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

8. Based upon my review of the corporate records of Mirabilis and Nexia, Presidion Solutions was doing the payroll for the Mirabilis related companies. In September 2005, Common Paymaster was created as a wholly own subsidiary of Mirabilis and took over the function of Presidion. Common Paymaster's sole function was to be a common paying utility for all Mirabilis related entities.

DATED this 24TH day of February, 2010.

R.W. Cuthill Jr. PRESIDENT
MIRABILIS VENTURES, INC

STATE OF FLORIDA

COUNTY OF ORANGE

Sworn and subscribed before me this 24th day of February, 2010, by R.W. Cuthill Jr. as President of Mirabilis, who is personally known to me or has produced _____ as identification.


BRENDA KITCH
MY COMMISSION # DD824621
EXPIRES: November 15, 2012

Notary Signature

4842-4351-3349.1
43582/0007

ND: 4842-4351-3349, v. 1