**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

          **Plaintiffs,**

**-vs-**                              **Case No.  6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

          **Defendants.**

_____

## ORDER

On February 10, 2010, the Court entered its Amended Case Management and Scheduling Order in this case (Doc. 190), which, among other things, required the parties to consult and file a Notice of Mediation within fourteen (14) days from the date of that order. The parties failed to do so. Accordingly, Plaintiff shall file the Notice of Mediation within seven (7) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of March, 2010.

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party