B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Mirabilis Ventures, Inc.**           Case No.   **6:08-bk-04327-KSJ**

                     Debtor

Chapter           **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 27,148,480.80 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 438,173.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 20,652,100.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 27,148,480.80 | | |
| Total Liabilities | | | | 21,090,273.50 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037



EXHIBIT

2

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Mirabilis Ventures, Inc.**                                                   Case No.   **6:08-bk-04327-KSJ**
_____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | | (Report also on Summary of Schedules) | |

___0___ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

In re   **Mirabilis Ventures, Inc.**
                                                            Case No.   **6:08-bk-04327-KSJ**
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank Account Acct. No. 7440497324** | - | 296.80 |
| | | | **Suntrust Bank Orlando, FL 4 certificates of deposit** | - | 100,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                  Sub-Total >          100,296.80
                                               (Total of this page)

   __4__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**

Case No.   **6:08-bk-04327-KSJ**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **See Attached Composite Exhibit B13 & 14 (preliminary)** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | **See Attached Composite Exhibit B-13 & 14 (preliminary)** | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Premier Servicing LLC Note (purchase of Cadent Underwriters, Inc.) dated 05/01/2006 (in default/suit pending)** | - | 570,000.00 |
| | | **Stock Purchase Agreement Peter Anderson (purchase of Creative Insurance Concepts, Inc.)** | - | 100.00 |
| | | **Membership Interest Purchase Agreement Ravi World Land Trust (re Lake Suites Hotel) dated 12/27/2007** | - | 585,000.00 |
| | | **Agreement for Purchase and Sale of Common Stock Conrad D. Eigenmann Jr (purchase of Florida Industrial Electric, Inc.)** | - | 5,185,000.00 |

Sub-Total >   **6,340,100.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                          Case No.   **6:08-bk-04327-KSJ**
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Stock Purchase Agreement Creative Risk Mgmt of Alabama dated 06/04/2007** | - | 1,047,000.00 |
| | | **See attached Exhibit B-18** | - | 15,029,084.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Internal Revenue Service - Tax Refund** | - | 1,200,000.00 |
| | | **Claims against D&O coverage** | - | Unknown |
| | | **Claims against various professionals** | - | Unknown |
| | | **Claim against Palaxar Group, LLC, et al.** | - | Unknown |
| | | **Claim against JC Services, et al (JC Services, et al, in bankruptcy in Texas)** | - | Unknown |
| | | **Claim against North American Communication (NACI has pending bankruptcy)** | - | Unknown |
| | | **Claim against Jeffrey Reichel (suit pending)** | - | Unknown |
| | | **Claim against Robert Lowder, et al (suit pending)** | - | Unknown |
| | | **Claim against Forge Capital Partners, LLC, et al (suit pending)** | - | Unknown |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >     17,276,084.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mirabilis Ventures, Inc.**                                                    Case No.   **6:08-bk-04327-KSJ**
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | IT equipment and software<br>LM Liquidators<br>4602 - 35th St SW<br>#100 & 200<br>Orlando, FL  32811 | - | 12,000.00 |
| | | Miscellaneous FFE of MVI and subsidiaries<br>LM Liquidators<br>4602 - 35th St SW<br>#100 & 200<br>Orlando, FL  32811 | - | Unknown |
| | | Books and Records of MVI and subsidiaries<br>LM Liquidators<br>1604 Premier Row<br>Orlando, FL | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | WinPar Hospitality Chattanooga - equity claim (bankruptcy pending) | - | 2,000,000.00 |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 2,012,000.00 |

Sheet  **3**  of  **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mirabilis Ventures, Inc.**                                                                    Case No.    **6:08-bk-04327-KSJ**
_____
                                           Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **North American Communications Inc - equity claim (bankruptcy pending)** | - | **Unknown** |
| | | **Hoth Holdings, LLC - equity claim (bankruptcy pending)** | - | **1,420,000.00** |

| | | | Sub-Total > (Total of this page) | **1,420,000.00** |
| | | | Total > | **27,148,480.80** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

**EXHIBIT B-13 & 14**

| Status | MVI Owned Entities | % |
|--------|--------------------|---|
| Active | 2Wheel Tunes, Inc. | 100.00% |
| S/D | A Very Private Eye, Inc. | 25.00% |
| S/D | ABS IV, Inc. | 100.00% |
| | Absolute Packaging Engineered Solutions, LLC | 100.00% |
| Ch 11 | AEM, Inc. d/b/a Mirabilis HR | 100.00% |
| S/D | Alliance Compensation & Benefits Group, Inc. | 100.00% |
| S/D | Alliance Group, Inc. | 100.00% |
| S/D | Alliance Worldwide, Inc. | 100.00% |
| S/D | Allstaff Management, Inc. | 100.00% |
| S/D | Allstaff Personnel Management, Inc. | 100.00% |
| S/D | Analytic Data Systems, Inc. | 100.00% |
| Active | Auke Hempenius Enterprises, Inc. | 100.00% |
| S/D | Axena International, LLC | 25.00% |
| S/D | Axena Solutions, LLC | 25.00% |
| S/D | Axena USA, LLC | 25.00% |
| Active | Axena, Inc. | 25.00% |
| S/D | BenComp National Corporation | 100.00% |
| Active | Bison Mortgage Corp. | 42.00% |
| S/D | Cadent Administrators, Inc. | 100.00% |
| S/D | Cadent Underwriters, Inc. | 100.00% |
| S/D | Centerpoint CS, LLC | 25.00% |
| S/D | Centro Executive Offices Corporation | 100.00% |
| S/D | CHS of America, Inc. | 100.00% |
| S/D | Coastal Equity Partners, LLC | 50.00% |
| Active | Common Paymaster Corporation | 100.00% |
| S/D | Common Paymaster Corporation II | 100.00% |
| Active | Common Paymaster H | 100.00% |
| S/D | Common Paymaster III | 100.00% |
| S/D | Community Health Solutions of America, LLC | 100.00% |
| S/D | Creative Insurance Concepts, Inc. | 100.00% |
| S/D | Desert Valley Aviation, Inc. | 100.00% |
| S/D | Diamond Jaxx Properties, LLC *Name change from Mirabilis Baseball, LLC | 100.00% |
| Active | DigitEyes Corporation | 100.00% |
| S/D | DVD Marketing Group, Inc. d/b/a Duran Media Group | 100.00% |
| S/D | EaglePoint Partnership, Inc. | 100.00% |
| S/D | EarthSource Corporation | 100.00% |
| S/D | Earthsource Holdings, LLC | 100.00% |
| | Empire Global Strategies, Inc. | 100.00% |
| S/D | FLHP-MS, LLP | 70.00% |
| S/D | Florida Industrial Electric, Inc. | 100.00% |
| Merged | Fox Technology Series E *Merged with Axena, Inc. and Axena UK Ltd. | |

| | | |
|---|---|---|
| | Gibraltar Integrity Corporation | 100.00% |
| S/D | Global Brokers Franchising, LLC d/b/a EmQuest Business Brokers | 100.00% |
| S/D | Global Vision Group Holdings, LLC | 84.20% |
| Active | Hoth Holdings, LLC | 90.00% |
| S/D | HR Remedies, Inc. | 100.00% |
| S/D | Information Systems, Inc. | 100.00% |
| S/D | InLine Technology Marketing, Inc. | 100.00% |
| S/D | Insurance Indemnity Investment, Inc. | 100.00% |
| S/D | Investment Title Services, Inc. | 100.00% |
| Active | Ionic Services, Inc. | 80.00% |
| S/D | Ithor Capital, LLC | 90.00% |
| | It's Your Move, Inc. | 100.00% |
| S/D | Kevin Munroe Consulting, LLC | 100.00% |
| S/D | Lake Suite Hotel, Inc. | 100.00% |
| S/D | Legend Holdings of America, Inc. | 100.00% |
| S/D | LTSS, Inc. | 100.00% |
| S/D | Mirabilis Nexia Global LTD. | 100.00% |
| S/D | National Med-Staff, Inc. d/b/a Premier HR Services | 100.00% |
| S/D | Neighborly Services, Inc. d/b/a Professional Personnel Management | 100.00% |
| S/D | New Florida Industrial Electric, Inc. | 75.00% |
| Active | Nexia Strategy Corporation | 100.00% |
| S/D | Nexia Strategy Japan, LTD. | 100.00% |
| | Nexia Strategy LTD. (UK) | 100.00% |
| Ch 7 | North American Communications, Inc. | 100.00% |
| S/D | Old Southern Bank Certificate | 0.30% |
| S/D | P.R.B. Design Studio, Inc. | 100.00% |
| Active | Pacific Atlantic Capital Corp. | 100.00% |
| S/D | Pacific Atlantic STF Corp. | 100.00% |
| S/D | Paradyme National Insurance Brokers, Inc. | 100.00% |
| Active | Payroll Concepts, Inc. | 100.00% |
| S/D | PowerCentric, Inc. | 100.00% |
| S/D | Provima, Inc. | 75.00% |
| S/D | Quasar Construction, Inc. | 100.00% |
| Active | RF Scientific, Inc. | 98.00% |
| S/D | RiskERA Software Corporation *Name change from Cerulean Graphics, Inc. | 100.00% |
| Active | RKT Constructors, Inc. | 80.00% |
| Active | Secure Solutions, LLC | 1.00% |
| Active | Security Imaging Systems, Inc. | 100.00% |
| S/D | SIPS Team USA, Inc. | 100.00% |
| S/D | Siren Resources, Inc. | 100.00% |
| S/D | Solutions Funding, Inc. | 42.00% |
| S/D | Statim Satellite, Inc. | 100.00% |
| S/D | Synergy Technology Fabrication LLC | 100.00% |

| | | |
|---|---|---|
| S/D | Tactical Intelligence Investigations, LLC | 49.00% |
| S/D | Teknovation Corporation | 84.20% |
| S/D | Tellus Motor Company | 100.00% |
| S/D | Terra Structures, Inc. | 100.00% |
| S/D | The Hancock Group, Inc. d/b/a Distinct HR; Employer Resources; Logical HR | 100.00% |
| S/D | The Human Resources Enterprises Corporation | 100.00% |
| S/D | The Lelb Group | 100.00% |
| S/D | The Provider Management Group, Inc. | 25.00% |
| | Theory3 d/b/a Tireflys | 40.00% |
| S/D | UNEX Corporation | 100.00% |
| S/D | Universal Analytics, Inc. | 100.00% |
| S/D | Venture Resources, Inc. | 100.00% |
| S/D | Wimco Global, Inc. | 100.00% |
| Ch 7 | WinPar Hospitality Chattanooga, LLC | 100.00% |
| Active | World Wrestling Legends LLC | 80.00% |

NOTE:  S/D = Sold or Dissolved

Mirabilis Ventures, Inc.

## EXHIBIT B-18

| | | Due From |
|---|---|---:|
| 2 Wheel Tunes (Two Wheel Tunes) | | |
| AEM, Inc. | $ | 1,312,744 |
| Auke Hempenius | | |
| Axena, Inc. | $ | 18,921 |
| | | |
| Bison Mortgage Corpt | | |
| Caribbean Data & PSF Trust | | |
| Common Paymaster Corp | $ | 7,502 |
| Common Paymaster H | | |
| DigitEyes, Inc | $ | 305,070 |
| Empire Global Strategies, Inc | | |
| Felker Metals | | |
| Fox Technologies | | |
| General Universal Analytics | | |
| Capital Genesis - Other | | |
| Capital Genesis - Acc Amort | | |
| Gibralter Integrity Corporation | $ | 143,894 |
| GMOFF, Inc. | $ | 250,000 |
| Human Resource Management | | |
| Ionic Services, LLC | $ | 124,867 |
| It's Your Move, Inc. | | |
| Matrix Network, Inc. | | |
| Matrix Alabama | | |
| Nexia Stategy, Ltd. | $ | 240,400 |
| Nexia U.K. | | |
| Pacific Atlantic Capital Corp | $ | 3,061,740 |
| Payroll Concepts, Inc. | $ | - |
| Presidion Corporation Common | $ | 557,831 |
| Presidion Corporation Preferred | | |
| RF Scientific, Inc. | | |
| RKT Constructors, Inc. | $ | 961,538 |
| SecureSolutions, LLC | $ | 1,091,615 |
| Security Imaging Systems, Inc. | $ | 25,491 |
| | | |
| Sunshine Companies | | |
| Synapsia, LTD. | $ | 2,000 |
| Tarpon Springs & Brandenton | | |
| TireFlys | | |
| Titanium Technologies | $ | 2,254,786 |
| Trafalgar Capital Group | $ | - |
| Trailer Park Justice, LLC | | |
| World Wrestling Ledgends, LLC | | |
| | | |
| ABS IV, Inc. | | |
| Alliance Worldwide, Inc. | | |
| Axena Solutions, LLC | | |
| Axena UK, Limited | | |
| Cadent Administrators, Inc. | $ | 40,995 |
| | | |
| Coastal Equity Partners, LLC | $ | 273,761 |
| Common Paymaster II Corporation | | |
| Common Paymaster III Corporation | | |
| Diamond Jax Properties, LLC Baseball | | |
| Earthsource Holdings, LLC | | |
| Hoth Holdings, LLC | | |
| ITHOR Capital, LLC | | |
| Lake Suites Hotel, Inc. | | |
| Mirabilis Nexia Global, Ltd. | | |
| North America Communications, Inc. | | |

Mirabilis Ventures, Inc.

**EXHIBIT B-18**

|  | Due From |
|---|---|
| Pacific Atlantic STF Corp. | |
| Paradyme National Insurance Broker, Inc. | |
| Riskeratechnologies, Inc. | |
| | |
| 3801 Carolina Avenue Building, Rich. | |
| Alliance HR Enterprises | |
| AQMI Strategy Corp. | $ 95,336 |
| BCA, Inc. | $ 150,000 |
| Bella Costa | |
| Cerulean Graphics, Inc. | |
| Enterprise Corporation | |
| Felker Construction Services Corp. | |
| Hendricks | |
| ITHOR Limited, LLC | |
| Kevin D. Munroe, PA | |
| Lake Ellen | |
| Medical Properties, Ltd. | |
| Mirabilis Baseball, LLC | |
| PaySource, Inc. | |
| Premier HR, Inc. | |
| Provider Management Group, Inc. | |
| SimDag Construction | $ 68,602 |
| Terra Structures, Inc. | $ 16,400 |
| The Human Resource Enterprise Corp. | $ 1,650 |
| Theory3, Inc. | |
| Unex Corporation | |
| Wellington Capital Group | $ 4,212,237 |
| | |
| TOTAL | $ 15,029,084 |

B6D (Official Form 6D) (12/07)

In re    **Mirabilis Ventures, Inc.**                                                    Case No.   **6:08-bk-04327-KSJ**
_____
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 05/13/2005 | | | | | |
| **AQMI Strategy Corp** **P.O. Box 144515** **Orlando, FL 32814** | | | - | | Agreement UCC-1 filed in Nevada | | | X | | |
| | | | | | Value $                    **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 03/2007 | | | | | |
| **Tom J. Hancock** **2511 Veranda Trace** **Hokes Bluff, AL 35903** | | | - | | **Non-Purchase Money Security** **UCC-1 filed in Nevada and Florida** | | | | | |
| | | | | | Value $                    **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | | |
| **Additional Notice:** **Tom J. Hancock** | | | | | **Frances-Ann Moran** **1600 Parkwood Circle #300** **Atlanta, GA 30339** | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| | | | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 |
| | | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

**0**    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Mirabilis Ventures, Inc.**                                         ,        Case No.   **6:08-bk-04327-KSJ**
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              __1__    continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                   Case No.   **6:08-bk-04327-KSJ**
_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Florida Dept of Revenue Attn: Executive Director 5050 W Tennessee St Tallahassee, FL 32399-0140** | - | | | | | | **Unknown** | **Unknown** |
| | | | | | | | | 0.00 |
| Account No. | | | 2004 - 2006 | | | | | |
| **Internal Revenue Service Centralized Insolvency Ops PO Box 21126 Philadelphia, PA 19114** | - | | **Income Taxes - SUBJECT TO SETOFF** | X | | X | | **438,173.48** |
| | | | | | | | **438,173.48** | 0.00 |
| Account No. | | | | | | | | |
| **Additional Notice: Internal Revenue Service** | | | **Internal Revenue Service 850 Trafalgar Court Ste 200 Group 3300 Maitland, FL 32751** | | | | | |
| Account No. | | | | | | | | |
| **Orange Cty Tax Collector Attn: Earl K. Wood PO Box 2551 Orlando, FL 32802-2551** | - | | | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal | | **438,173.48** |
| (Total of this page) | **438,173.48** | 0.00 |
| Total | | **438,173.48** |
| (Report on Summary of Schedules) | **438,173.48** | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Mirabilis Ventures, Inc.**                                      Case No.   **6:08-bk-04327-KSJ**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A Very Private Eye**<br>**4589 Southfield Ave.**<br>**Orlando, FL 32812** | - | | **Subject to setoff.** | | | X | 26,367.06 |
| Account No.<br><br>**Advantage Collection Prof**<br>**2775 Jade Street**<br>**Mora, MN 55051** | - | | **November 27, 2006**<br>**Business cards** | | | | 3,289.75 |
| Account No.<br><br>**American Express**<br>**2965 West Corporate Lakes Bl**<br>**Weston, FL 33331-3626** | - | | **Unknown** | | | | 247,932.04 |
| Account No.<br><br>**Balch & Bingham LLP**<br>**Attn:  Russ Campbell Esq**<br>**1901 Sixth Ave N, Ste 1500**<br>**Birmingham, AL 35203** | | | **Thru 05/2008**<br>**Legal Fees and Expenses** | | | | 50,591.10 |

| **7**   continuation sheets attached | Subtotal<br>(Total of this page) | 328,179.95 |
|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              S/N:29566-080701   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                      Case No.   **6:08-bk-04327-KSJ**

―――――――――――――――――――――――――――――――――――――――
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Legal fees (suit pending)    Subject to setoff. | | | | |
| Berman Kean & Riguera PA 2101 West Commercial Blvd. Suite 2800 Ft. Lauderdale, FL 33309 | | - | | | | X | X | X | 193,028.15 |
| Account No. | | | | | May 1, 2007 Online tax software | | | | |
| BNA Tax Management 9435 Key West Ave. Rockville, MD 20850 | | - | | | | | | | 1,267.13 |
| Account No. | | | | | November 29, 2007 Utilities due under lease agreement in Richmond, VA Order for judgment entered against MVI, suit was not properly served. | | | | |
| Brandywine Grande C. LP c/o Cantor Arkema, PC 1111 East Main Street Richmond, VA 23218-0561 | | - | | | | | | X | 60,758.51 |
| Account No. | | | | | Suit pending | | | | |
| Briarcliff Village, LLC | | - | | | | X | X | X | Unknown |
| Account No. | | | | | Legal fees | | | | |
| Buchanan Ingersoll & Rodney 401 E Jackson St. Suite 2500 Tampa, FL 33602 | | - | | | | | | X | 43,547.34 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          298,601.13

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                                    Case No.   **6:08-bk-04327-KSJ**
                                          Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Rent   Subject to setoff. | | | | |
| **Centro Executive Offices** P.O. Box 4916 Orlando, FL 32802 | - | | | | | | X | |
| | | | | | | | | 26,396.80 |
| **Account No.** | | | | Expense reimbursement | | | | |
| **Fernando Simo** 815 Lake Evalyn Drive Celebration, FL 34747 | - | | | | | | X | |
| | | | | | | | | 54.33 |
| **Account No.** | | | | 08/2005 Workers Comp Carrier - agreement by Mirabilis to take liability of Presidion Solutions Inc for open claims.   Subject to setoff. | | | | |
| **First Commercial Ins. Corp.** 7900 N.W. 155th Street Suite 201 Miami Lakes, FL 33016 | - | | | | | | X | |
| | | | | | | | | 8,400,000.00 |
| **Account No.** | | | | Accounts Payable | | | | |
| **Frank Amodeo** 2875 S. Orange Ave. Suite 500 PMB 1810 Orlando, FL 32806 | - | | | | | | X | |
| | | | | | | | | 500,000.00 |
| **Account No.** | | | | Expense reimbursement | | | | |
| **Frank Hailstones** 734 Lake Biscayne Way Orlando, FL 32806 | - | | | | | | X | |
| | | | | | | | | 455.87 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     8,926,907.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mirabilis Ventures, Inc.**                                        Case No.    **6:08-bk-04327-KSJ**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/2004 Promissory Note | | | | |
| Fred Sandlin 161 Mallard Lane Daytona Beach, FL 32119 | | - | | | | | X | |
| | | | | | | | | 25,000.00 |
| Account No. | | | | Guaranty of lease for Frank's Crispies, LLC | | | | |
| Gillio Development, Inc. 657 Caledonia Place Sanford, FL 32771 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | March 2, 2006 Expense reimbursement | | | | |
| Horton Johnson 3211 Northglenn Drive Orlando, FL 32806 | | - | | | | | X | |
| | | | | | | | | 2,407.40 |
| Account No. | | | | August 31, 2007 Health Insurance Premiums | | | | |
| Humana/RMS 77 Hartland Street Suite 401 East Hartford, CT 06128-0431 | | - | | | | | | |
| | | | | | | | | 2,851.89 |
| Account No. | | | | Advertising | | | | |
| I-3 Media Group 1103 N Lake Destiny Rd. Suite 302 Maitland, FL 32753 | | - | | | | | X | |
| | | | | | | | | 21.81 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    30,281.10

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                    Case No.   **6:08-bk-04327-KSJ**
_____
                              Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jackson Lewis**<br>**One North Broadway**<br>**White Plains, NY 10601** | - | | PEO Attorney | | | X | 9,961.65 |
| Account No.<br><br>**John Burcham**<br>**3415/A Bahia Drive**<br>**Ft. Lauderdale, FL 33316** | - | | Suit pending<br>　　Subject to setoff. | X | X | X | 2,536,556.83 |
| Account No.<br><br>**Kenneth & Diane Hendricks**<br>**One ABC Parkway**<br>**Beloit, WI 53511** | - | | 02/2206<br>Purchase Agreement<br>(re Presidion Solutions note to Hendricks)<br>(suit pending)<br>　　Subject to setoff. | X | X | X | 2,847,196.39 |
| Account No.<br><br>**Larry Haber**<br>**6131 Mesing Lane #305**<br>**Cocoa Beach, FL 32931** | - | | Expense reimbursement<br>(former employee) | | | X | 976.97 |
| Account No.<br><br>**Laurie Andrea Consulting Srv**<br>**528 Myrtle Rd.**<br>**Naples, FL 34108** | - | | Insurance plan consulting<br>　　Subject to setoff. | | | X | 13,390.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          5,408,081.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                          Case No.   **6:08-bk-04327-KSJ**
                                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Real Estate closings | | | | |
| LeClair Ryan Trust P.O. Box 2499 Richmond, VA 23218-2499 | - | | | | | X | 18,274.81 |
| Account No. | | | On-line Research | | | | |
| LexisNexis P.O. Box 7247-7090 Phildelphia, PA 19170-7090 | - | | | | | | 4,496.27 |
| Account No. | | | Uknown (former employee of Aexena) | | | | |
| Linda Duncan Unknown | - | | | | X | X | 258,912.00 |
| Account No. | | | 09/2007 Legal Fees | | | | |
| Mark J. Bernet 200 SOrange Ave, Ste 2800 Orlando, FL 32801 | - | | | | | X | 1,750.79 |
| Account No. | | | Accounting IT | | | | |
| On Target Solutions 3491 Woodley Park Place Oviedo, FL 34765 | - | | | | X | X | 22,655.36 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    306,089.23

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                          Case No.   **6:08-bk-04327-KSJ**
                                                    Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | 2007-2008 Unknown | | | | |
| Paul Glover 1312 Winter Springs Blvd Winter Springs, FL 32708 | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Unknown | | | | |
| PaySource USA VII, Inc. 650 Poe Ave. Dayton, OH 45414 | | - | | | | X | |
| | | | | | | | 76,927.65 |
| Account No. | | | Unknown | | | | |
| Quasar P.O. Box 4916 Orlando, FL 32802 | | - | | | | X | |
| | | | | | | | 1,000.00 |
| Account No. | | | Unknown | | | | |
| Robert S. Forman, P.A. 2101 West Commercial Blvd. Suite 2800 Ft. Lauderdale, FL 33309 | | - | | | | X | |
| | | | | | | | 10,900.00 |
| Account No. | | | Legal Fees Subject to setoff. | | | | |
| Saxon Gilmore, PA 201 E. Kennedy Blvd. Suite 600 Tampa, FL 33602 | | - | | | | X | |
| | | | | | | | 153,281.05 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

242,108.70

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                             Case No.   **6:08-bk-04327-KSJ**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SunTrust Bank** <br> Attn:  Bankruptcy/Legal Dept <br> 200 S Orange Avenue <br> Orlando, FL 32801 | | - | **2008** <br> **Line of credit** | | | X | Unknown |
| Account No. <br><br> **Tenshi Leasing** <br> 2875 S. Orange Ave. <br> Suite 500 PMB 1810 <br> Orlando, FL 32806 | | - | **Rent** | | | X | 82,655.46 |
| Account No. <br><br> **Titanium Technologies** <br> 2875 S. Orange Ave. <br> Suite 500 PMB 1810 <br> Orlando, FL 32806 | | - | **Unknown** | | | X | 55,363.03 |
| Account No. <br><br> **Various** <br> See attached Exhibit F-1 | | - | **Various** <br> **Unknown** <br>    **Subject to setoff.** | | | X | 4,970,996.00 |
| Account No. <br><br> **Woody (Horton) Johnson** <br> 3212 Northglenn Drive <br> Orlando, FL 32806 | | - | **October 19, 2006** <br> **Expense reimbursement** | | | X | 2,836.58 |

Sheet no.  _7_  of  _7_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 5,111,851.07 |
| Total <br> (Report on Summary of Schedules) | 20,652,100.02 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

Mirabilis Ventures, Inc.

**EXHIBIT F-1**

| | Due To | Other $ Due from Debtor to listed entity |
|---|---|---|
| 2 Wheel Tunes (Two Wheel Tunes) | | $ (500,000) |
| AEM, Inc. | Unknown | Unknown |
| Auke Hempenius | | |
| Axena, Inc. | | |
| | | |
| Bison Mortgage Corpt | | |
| Caribbean Data & PSF Trust | | |
| Common Paymaster Corp | | $ (100) |
| Common Paymaster H | | |
| DigitEyes, Inc | | |
| Empire Global Strategies, Inc | | $ (425,000) |
| Felker Metals | | |
| Fox Technologies | | $ (21,767) |
| General Universal Analytics | | |
| Capital Genesis - Other | | |
| Capital Genesis - Acc Amort | | |
| Gibralter Integrity Corporation | | $ (1,000) |
| GMOFF, Inc. | | |
| Human Resource Management | | |
| Ionic Services, LLC | | |
| It's Your Move, Inc. | | |
| North American Communities, Inc. (NACI) | | |
| Matrix Network, Inc. | | |
| Matrix Alabama | | |
| Nexia Stategy, Ltd. | | $ - |
| Nexia U.K. | | |
| Pacific Atlantic Capital Corp | | |
| Payroll Concepts, Inc. | | |
| Presidion Corporation Common | $ 600,000 | $ - |
| Presidion Corporation Preferred | | |
| RF Scientific, Inc. | | |
| RKT Constructors, Inc. | | $ (1,025,000) |
| SecureSolutions, LLC | | |
| Security Imaging Systems, Inc. | | |
| | | |
| Sunshine Companies | | |
| Synapsia, LTD. | | |
| Tarpon Springs & Brandenton | | |
| TireFlys | | |
| Titanium Technologies | | $ (2,398,129) |
| Trafalgar Capital Group | | |
| Trailer Park Justice, LLC | | |
| World Wrestling Ledgends, LLC | | |
| | | |
| ABS IV, Inc. | | |
| Alliance Worldwide, Inc. | | |
| Axena Solutions, LLC | | |
| Axena UK, Limited | | |
| Cadent Administrators, Inc. | | |
| | | |
| Coastal Equity Partners, LLC | | |
| Common Paymaster II Corporation | | |
| Common Paymaster III Corporation | | |
| Diamond Jax Properties, LLC Baseball | | |
| Earthsource Holdings, LLC | | |
| Hoth Holdings, LLC | | |

Mirabilis Ventures, Inc.

**EXHIBIT F-1**

| | Due To | Other $ Due from Debtor to listed entity |
|---|---|---|
| ITHOR Capital, LLC | | |
| Lake Suites Hotel, Inc. | | |
| Mirabilis Nexia Global, Ltd. | | |
| Nexia Strategy Corporation | | Unknown |
| North America Communications, Inc. | | |
| Pacific Atlantic STF Corp. | | |
| Paradyme National Insurance Broker, Inc. | | |
| Riskeratechnologies, Inc. | | |
| | | |
| 3801 Carolina Avenue Building, Rich. | | |
| Alliance HR Enterprises | | |
| AQMI Strategy Corp. | $ | - |
| BCA, Inc. | | |
| Bella Costa | | |
| Cerulean Graphics, Inc. | | |
| Enterprise Corporation | | |
| Felker Construction Services Corp. | | |
| Hendricks | | |
| ITHOR Limited, LLC | | |
| Kevin D. Munroe, PA | | |
| Lake Ellen | | |
| Medical Properties, Ltd. | | |
| Mirabilis Baseball, LLC | | |
| PaySource, Inc. | | |
| Premier HR, Inc. | | |
| Provider Management Group, Inc. | | |
| SimDag Construction | | |
| Terra Structures, Inc. | | |
| The Human Resource Enterprise Corp. | | |
| Theory3, Inc. | | |
| Unex Corporation | | |
| Wellington Capital Group | | |
| | | |
| TOTAL | $    600,000 | $    (4,370,996) |

B6G (Official Form 6G) (12/07)

In re  **Mirabilis Ventures, Inc.**                                                    Case No.   **6:08-bk-04327-KSJ**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
        _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Mirabilis Ventures, Inc.**                                                    Case No.   **6:08-bk-04327-KSJ**
_____
                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

            Debtor.

_____/

### CHAPTER 11 DEBTOR'S DECLARATION UNDER
### PENALTY OF PERJURY CONCERNING BANKRUPTCY
### SCHEDULES OF DEBTOR, MIRABILIS VENTURES, INC.

I, **R.W. CUTHILL, JR.**, President of Mirabilis Ventures, Inc. (the "Debtor") in this case,

declare under penalty of perjury under the law of the United States of America, that I have read

the foregoing Summary and Schedules (collectively, the "Schedules"), consisting of _27_

sheets, that the Schedules are based on information that I have been able to identify, locate and

obtain from the Debtor's books and records available to me since my appointment as President,

and that the Schedules are true and correct to the best of my knowledge, information and belief.


Date: _7/11/08_          Signature: _____

                                      R.W. Cuthill, Jr.
                                      President, Mirabilis Ventures, Inc.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571*