IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

Case No. 6:07-CV-1788-ORL-28-KRS

## MOTION FOR SUBSTITUTION OF COUNSEL

MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION (the "Plaintiffs"), by and through their undersigned counsel, hereby moves, pursuant to Local Rule 2.03 of the Local Rules for the United States District Court for the Middle District of Florida, for an order substituting Todd K. Norman and Nicolette Vilmos of the law firm of Broad and Cassel ("Broad and Cassel") as its counsel in the above-referenced District Court proceeding, and, in support thereof, states as follows:

4836-4300-8773.1
43582/0007 BHG bhg

1. The Plaintiffs desire to substitute Broad and Cassel for Balch & Bingham LLP, as counsel of record for Plaintiffs in this District Court proceeding.

2. Balch & Bingham LLP shall be relieved of any further responsibility for representation of the Plaintiffs in this District Court proceeding.

3. All papers to be served upon counsel for the Plaintiffs in this District Court proceeding shall be directed and transmitted to substituted counsel as follows:

>Todd K. Norman
>tnorman@broadandcassel.com
>Nicolette Corso Vilmos
>nvilmos@broadandcassel.com
>Broad and Cassel
>390 N. Orange Avenue, Suite 1400
>Orlando, FL 32801
>407-839-4200 (Tel)
>407-425-8377 (Fax)

4. The Plaintiffs have conferred with Defendants regarding this motion and have been informed that Defendants Curry and Hailstones object and oppose the relief requested herein.

WHEREFORE, the Plaintiffs respectfully request the entry of an order authorizing the Plaintiffs to substitute the law firm of Broad and Cassel, as its attorney in this District Court proceeding and for such other and further relief as is just and proper.

| | |
|---|---|
| /s/TODD K. NORMAN | /s/J. RUSSELL CAMPBELL |
| Todd K. Norman | J. Russell Campbell |
| Florida Bar No.: 62154 | Florida Bar: 901423 |
| **BROAD AND CASSEL** | Allen M. Estes (Admitted *pro hac vice*) |
| Attorneys for Winter Park Construction | **BALCH & BINGHAM LLP** |
| 390 N. Orange Ave., Suite 1400 | Post Office Box 306 |
| Orlando, FL 32801 | Birmingham, Alabama 35201-0306 |
| Phone: 407-839-4200/ Fax: 407-425-8377 | Phone: 205-251-8010/Fax: 205-226-8798 |
| tnorman@broadandcassel.com | rcampbell@balch.corn |
| | aestes@balch.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 9th day of March, 2010 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836, James Robert Lussier, Mateer & Harbert, PA, 225 E Robinson St., Ste 600, Orlando, FL 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 W Canton Ave., Ste 410, Winter Park, FL 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 N Orange Ave., Ste 1500, Orlando, FL 32802-0712; Darryl M. Bloodworth & L. Reed Bloodworth, Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA, 800 N Magnolia Ave., Ste 1500, Orlando, FL 32802-2346 and US Attorney's Office, Suite 300, 501 W Church St, Orlando, FL 32805..

/s/ Todd Norman

_____
Todd Norman
Florida Bar No: 62154