UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:07-cv-1788-Orl-28KRS

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,

Plaintiffs,

vs.

PALAXAR GROUP, LLC,
PALAXAR HOLDINGS, LLC,
FRANK HAILSTONES, EDITH CURRY, and
FICTITIOUS DEFENDANTS 1 THROUGH 8,

Defendants.
_____/

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that the mediation in the above-captioned matter has been scheduled as follows:

**DATE:**       August 10, 2010

**TIME:**       9:00AM

**MEDIATOR:**   Lawrence M. Watson Jr.

**PLACE:**      Broad & Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, FL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Todd K. Norman, Esq., Broad & Cassel, Post Office Box 4961, Orlando, FL 32802-4961; and Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; on this 10th day of March, 2010.

_____
Lawrence M. Watson Jr., Mediator
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL  32751
407-661-1123 phone   407-661-5743 fax