IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and     Case No. 6:07-CV-1788-ORL-28-KRS
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTRONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

## NOTICE OF COMPLIANCE

Pursuant to this Court's Amended Case Management and Scheduling Order entered February 10, 2010 and this Court's Order entered March 3, 2010 (collectively, the "Court Orders"), Plaintiffs, MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, by and through their undersigned counsel, hereby give notice of compliance with the Court Orders and advises the Court that mediation is currently scheduled for 9:00 a.m. on August 10, 2010[1] to be conducted by Upchurch, Watson, White & Max Mediation Group.

---

[1] Counsel has been informed that there is a scheduling error with the mediation date. Counsel has requested

1

4852-8194-0229.1
43582/0007 cfc

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 10th day of March, 2010 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836, James Robert Lussier, Mateer & Harbert, PA, 225 E Robinson St., Ste 600, Orlando, FL 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 W Canton Ave., Ste 410, Winter Park, FL 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 N Orange Ave., Ste 1500, Orlando, FL 32802-0712; Darryl M. Bloodworth & L. Reed Bloodworth, Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA, 800 N Magnolia Ave., Ste 1500, Orlando, FL 32802-2346 and US Attorney's Office, Suite 300, 501 W Church St, Orlando, FL 32805..

      */s/ Nicolette Corso Vilmos*
_____
NICOLETTE CORSO VILMOS
Florida Bar No. 0469051
TODD NORMAN
Florida Bar No. 62154
Broad and Cassel
390 N . Orange Avenue, Suite 1400
Orlando, FL 32801
Post Office Box 4961
Orlando, FL 32802-4961
(407) 839-4200 Telephone
(407) 650-0955 Facsimile

additional dates from the mediator and will coordinate the same with the parties.  If a new date and time are selected, Counsel for Plaintiffs will notify the Court.

4852-8194-0229.1
43582/0007 cfc