## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>                Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>                Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>                Counterclaim and Third<br>                Party Defendants. | Case No.:  6:07-CV-1788-ORL-28-GJK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**OBJECTION OF DEFENDANTS<br>CURRY AND HAILSTONES TO<br>SUBSTITUTION OF COUNSEL FOR<br>NEXIA STRATEGY CORPORATION** |

      Defendants Ms. Curry and Mr. Hailstones object to the motion for substitution of Broad & Cassel for Balch & Bingham, on the following grounds:

1. Balch & Bingham has not complied with Local Rule 2.03(b) which provides that:

> No attorney, having made a general appearance under subsection (a) of this rule, shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by

1

>   written leave of Court obtained after giving ten (10) days'
>   notice to the party or client affected thereby, and to
>   opposing counsel.

Balch & Bingham technically still represents **both** Mirabilis Ventures, Inc. ("MVI") and Nexia.  There has been no notice of Balch & Bingham's intent to withdraw *at any time* to opposing counsel.

2. Only six days ago, on March 5, 2009, in its Response to Defendants' Motion to Strike Portions of the Affidavit of R. W. Cuthill, Plaintiffs argued that MVI has standing to pursue the lawsuit on behalf of Nexia as the 100% shareholder of Nexia.

3. In the same response, MVI maintained that Broad & Cassel *already* represents Nexia because of the Bankruptcy Court's Order Approving *Motion for Approval of Compromise of Controversy By and Between Debtors and The United States of America* (attached to Plaintiffs' Response to Defendants' Motion to Strike as Exhibit 1), in which the Bankruptcy Court approved the compromise between the Debtors and the United States of America.  By that compromise, according to Plaintiffs, MVI maintained all rights to the instant law suit of behalf of itself *and Nexia*.

4. The Bankruptcy Court's approval of the Compromise says nothing of the sort.  Indeed, MVI may *not* be permitted to prosecute the claims against the Defendants Ms. Curry and Mr. Hailstones, because even a cursory examination of the Bankruptcy Court compromise makes it plain that *Nexia Strategy Corporation became the property of the United States government* as a result of the Bankruptcy Court approval of the compromise.  Thus, Plaintiffs' counsel may not represent Nexia in this or any other matter without the consent of the government.  Plaintiffs have not shown and cannot show the government's consent.

5. Moreover, Plaintiff's Motion does not alter the fact that Nexia did not oppose the Motion for Summary Judgment of Defendants Ms. Curry and Mr. Hailstones.

6. Even if this Court grants the Motion of Plaintiffs to substitute counsel, Ms. Curry and Mr. Hailstones respectfully request that the Court maintain jurisdiction over Balch & Bingham with respect to their conduct heretofore in the prosecution of this case.

Accordingly, Defendants Ms. Curry and Mr. Hailstones respectfully urge the Court to deny the Motion for Substitution of Counsel (Dkt. 209) filed by Broad & Cassel.

Respectfully submitted,

Date: March 11, 2010

/s/ *Kathleen B. Havener*
KATHLEEN B. HAVENER
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Defendants Curry, Hailstones, Palaxar Group, LLC and Palaxar Holdings, LLC

MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Defendant Curry,
Palaxar Group, LLC and Palaxar Holdings, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11, 2010, I electronically filed the foregoing Opposition to Substitution of Counsel with the Clerk of Court using the CM/ECF system and have sent a notice of electric filing to the pro se parties.

Terence Chu (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctiona; Complex – Low
P.O. Box 1031
Coleman, FL 33521

/s/ *Kathleen B. Havener*
KATHLEEN B. HAVENER