FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,          Case No. 6:07-CV-1788-ORL-28-KRS

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTRONES; EDITH CURRY
a/k/a/ EDITH BROADHEAD; and
TERENCE CHU,

v.

FRANK AMODEO, et. al.

_____/

## NOTICE AND FILING OF THE DECLARATION OF FRANK L. AMODEO REGARDING PALAXAR

The undersigned declarant states that I am over eighteen years of age and I make this declaration on my own free will.

1.

In or about August 2006 Edie Curry contacted me about forming a seperate company to own the software she was creating.

2.

The purported reason for this new company was because she was afraid my prior felony conviction might affect the potential customers for the product.

3.

I pointed out I did not have any ownership interest in Mirabilis Ventures, Inc. and therefore it seemed to me to be irrelevant.


4.

Further I reminded her the explicit agreement and the implicit understanding of all the people involved with Mirabilis; especially the PEO people, was every investment made by Mirabilis would be used first to repay the taxes.

5.

The reason as she understood and agreed to when we started was to ensure that the capital partner-Internal Revenue Service-hadbeen paid-in-full before any of the operating partners; i.e. Mirabilis shareholders received any gain regardless of where the gains were generated.

6.

After this conversation Edie had her husband Tom Broadhead come and speak with me.

7.

I met with Tom at the Barnes and Noble bookstore while he and his family were in Orlando on vacation.

8.

Tom told me the real reason Edie wanted to set up a new company was because she was looking to establish a legacy and not about any gain or profit.

9.

Tom, also, said Edie still had problems with the likes of the "savants" (Dan Myers, Jim Vandevere and Bob Pollack) [Edie had referred to them as a group of idiots and they nicknamed themselves the idiot savants].



10.

I told Tom, to the extent, it was only for name recognition I would certainly not have any objections.

11.

I reminded Tom, Mirabilis had caused the PEOs to run over $110,000,000 in payroll taxes and before anybody could benefit the IRS had to be paid.

12.

Therefore he should set up a structure that allows Mirabilis to get the economic benefit and present it to the Mirabilis board.

13.

Further I would be glad to help the attorney prepare the concept and document.

14.

Tom had a Virginia attorney contact me.

15.

After this I had discussions with Laurie Holtz, Frank Hailstones and Richard Berman concerning what Mirabilis was going to do about Edie and the antifraud software.

16.

Each time I told them I did not care as long as any profits were repatriated to Mirabilis or the PEOs, until such time as Mirabilis had repaid the tax liability freeing me of my promise to Judy Berkowitz and the IRS.

17.

I promised at the initial meeting with Judy Berkowitz that if I got the companies reorganized the IRS would get paid in full even the preexisting Sunshine debt before any shareholders received

-3-



anything other than compensation.

18.

The so called "grand plan" was not just to reorganize the business, take the business public, pay off the taxes and keep the remainder of the business.

19.

The grand plan also had an installment component so that all profits and gains would be allocated to the IRS to pay the IRS back within the 7 year period generally realizable in bankruptcy.

20.

Edie Curry and Frank Hailstones were both aware the anti-fraud software had been developed with funds derived from unpaid payroll taxes and no transfer of the antifraud software or related assets should happen, that did not ensure the taxes were repaid.

The foregoing declaration was made under peanalty of perjury pursuant to 28 U.S.C. §1746 this 8th day of March 2010.

*/s/ Frank L. Amodeo*
Frank L. Amodeo

## CERTIFICATE OF SERVICE

A copy of this declaration was served upon the parties on the attached list by U.S. Mail on the 10th day of March 2010.

*/s/ Frank L. Amodeo*
Frank L. Amodeo

Jennifer S. Eden/Elizabeth Green
Lathan Shuker Eden & Beaudine LLP
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, FL. 32801-1684

John Russell Campbell
Balch & Bingham, LLP
Suite 1500
1901 Sixth Avenue N.
Birmingham, AL. 35203

Jane S. Raskin/Martin Robert Raskin
Raskin & Raskin, PA
Suite 725
2601 S. Bayshore Dr.
Miami, FL. 33133

Kathleen B. Havener
15511 Russell Rd.
Chargrin Falls, OH. 44022

Christine M. Ho/Donald E. Christopher
Litchford & Christopher, PA
390 N. Orange Avenue, Suite 2200
P.O. Box 1549
Orlando, FL. 32802-1549

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL. 32836

Terence Chu
5637 Country Hills Lane
Glen Allen, VA. 23059

Cory L. Taylor/Jack C. McElroy
Shutts & Bowe, LLP
300 S. Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, FL. 32802-4956

James Robert Lussier
Mateer & Harbert, PA
225 E. Robinson Street, Suite 600
P.O. Box 2854
Orlando, FL. 32802-2854

James Everett Shepherd
Pohl & Short, PA
280 W. Canton Avenue, Suite 410
Winter Park, FL. 32790

John Edwin Fisher
Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA
20 N. Orange Avenue, Suite 1500
P.O. Box 712
Orlando, FL. 32802-0712

Craig S. Warkol
Bracewell & Giuliani LLP
1177 Avenue of the Americans
New York, NY. 10036

Yaniv Amar
3475 Mystic Point Drive

Robert Pollack
8767 The Esplanade   #36
Orlando, FL. 32836

Roy S. Kobert
Todd K. Norman
Broad and Cassel
390 N. Orange Avenue
Suite 1400
Orlando, FL. 32801