**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

**Plaintiffs,**

**v.** **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

**Defendants.**

**v.**

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

**and THIRD PARTY DEFENDANTS:**

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA.**

**REPLY TO DEFENDANTS' OBJECTION TO**
**MOTION FOR SUBSTITUTION OF COUNSEL**

Balch & Bingham, LLP[1] files the following Reply to Defendants' Objection to Plaintiffs' Motion for Substitution of Counsel ("Defendants' Objection") filed on March 12, 2010 (Dkt. 215). Defendants' Objection lacks a foundation in relevant facts or law. Plaintiffs' Motion for Substitution of Counsel (Dkt. 209) should be granted.

[1] Plaintiffs' consented to Balch & Bingham filing this specific reply relating to issues directed at Balch & Bingham in Defendants' Objection.

1. Two distinct points from Defendants' Objection are addressed herein. First, Defendants allege that Balch & Bingham did not comply with Local Rule 2.03(b) relating to attorneys abandoning or withdrawing from a case. *See* Defendants' Objection at ¶1. Second, Defendants request that the Court retain jurisdiction over Balch & Bingham even after Balch & Bingham is no longer counsel to any party in this case. *See* Defendants' Objection at ¶6. Both arguments should be rejected.

2. The requirements of Local Rule 2.03(b) have been met. Defense counsel were first notified of Plaintiffs' decision to change counsel more than four (4) months ago – well beyond the ten (10) days provided for in Local Rule 2.03(b).[2] Since that time Balch & Bingham has reminded (notified) Defendants on several occasions of the Plaintiffs' decision for Broad & Cassel to prosecute this case. In fact, Defendants previously filed with this Court a January 5, 2010 example of these communications. (Dkt. 203, Ex. 2). Defendants' claim that they did not have ten (10) days notice of Plaintiffs' requested change in counsel is inaccurate.

3. Further, this does not appear to be a situation envisioned by the procedural protections in Local Rule 2.03(b). Balch & Bingham is not abandoning or withdrawing from the case such that Plaintiffs will have no counsel or the case will be delayed. Plaintiffs have chosen to substitute Broad & Cassel as their counsel. Broad & Cassel has represented the Plaintiffs in this proceeding for more than four (4) months. During this time Broad & Cassel has worked with Defendants' counsel to propose a procedural schedule to the Court, take depositions and schedule mediation. The orderly progression of this proceeding has not been, nor will be, prejudiced by the Plaintiffs' substitution of counsel.

---

[2] Broad & Cassel first filed to substitute as counsel for Balch & Bingham more than 130 days ago on November 4, 2009. (Dkt. 167). No defendant objected to this first motion. That motion was deemed mooted by a second motion to substitute counsel (Dkt. 168) filed the next day related to a second law firm. In actuality, the two motions were complimentary of each other as Plaintiffs intended for Broad & Cassel to replace both firms. In any event, Broad & Cassel has acted as counsel for Plaintiffs since no later than November 4, 2009.

4. Defendants' Objection cites no relevant fact or law to prevent the desired substitution. In fact, Defendants failed to object to a similar substitution of counsel request by the Plaintiffs granted by Magistrate Judge Kelly on November 6, 2009 (Dkt. 169). The Plaintiffs' choice of counsel is respected by Balch & Bingham, and should be similarly respected by the Defendants.

5. Defendants' Objection concludes with the novel suggestion that this Court retain jurisdiction over Balch & Bingham even after the substitution of counsel is effected. *See* Defendants' Objection at ¶6. Defendants provide no support in law or fact for this request. There is in fact no foundation for this abnormal request, and it should be rejected.

**Conclusion**

For the foregoing reasons, all relief requested in Defendants' Objection should be rejected and Plaintiffs' Motion to Substitute Counsel (Dkt. 209) is due to be granted.

*s/ Allen M. Estes*
J. Russell Campbell
Florida Bar No. 901423
Allen M. Estes (admitted *pro hac vice*)
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-80100
Facsimile: (205) 226-8798
rcampbell@balch.com
aestes@balch.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically. Service is also being provided via email and U.S Mail, postage prepaid, to *pro se* defendant Terrence Chu.

*s/ Allen M. Estes*____________________
Allen M. Estes

**SERVICE LIST**

Martin R. Raskin
Jane Serene Raskin
RASKIN & RASKIN, P.A.
2601 South Bayshore Drive, Suite 725
Miami, Florida 33133
mraskin@raskinlaw.com

Jack C. McElroy/Florida Bar No. 0818150
Jason H. Klein/Florida Bar No. 0016687
Shutts & Bowen, LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801

Frank Amodeo
614 Lake Avenue
Orlando, Florida 32801

James R. Lussier/Florida Bar No. 362735
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
jlussier@mateerharbert.com

Todd K. Norman/Florida Bar No.: 62154
Nicolette C. Vilmos/Florida Bar No: 0469051
Broad and Cassel
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801

Kathleen Havener
Attorney at Law, LLC
15511 Russell Rd.
Chagrin Falls, Ohio 44022

and

Craig S. Warkol
BRACEWELL & GIULIANI LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Craig.warkol@bgllp.com

Terence Chu
5637 Country Hills Lane L
Glen Allen, Virginia 23059.5424

Yaniv Amar
3475 Mystic Point Drive, TH #10
Aventura, Florida 33180

Robert Pollack
8767 The Esplanade #36
Orlando, Florida 32836

James Sadrianna
10025 Chatham Oaks Court
Orlando, Florida 32836