# BALCH & BINGHAM LLP

ID: 103728-003  
Invoice # 420388

October 9, 2008  
PAGE 2

RE: Litigation Management

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/2008 | AME | Update with all trial teams regarding deadlines in various cases after bankruptcy stay expired. | 0.30 | 88.50 |
| 09/04/2008 | DRB | Straighten out invoice question from local counsel in Virginia. | 0.20 | 56.00 |
| 09/09/2008 | AME | Work with D. Burkholder regarding upcoming hearing regarding motion to dismiss in Forge and need for continuance; email to Mr. Jimmy Parrish regarding same. | 0.30 | 88.50 |
| 09/10/2008 | AME | Correspondence with Mr. Jimmy Parrish regarding upcoming deadlines. | 0.20 | 59.00 |
| 09/17/2008 | AME | Work with D. Burkholder and Mr. Jimmy Parrish regarding stay of Forge and other matters pending government intervention in bankruptcy. | 0.60 | 177.00 |
| 09/22/2008 | AME | Review Amodeo documents provided by Mr. Jimmy Parrish and comment regarding same to Mr. Jimmy Parrish and team regarding potential witnesses in bankruptcy case. | 1.25 | 368.75 |
| 09/23/2008 | AME | Review and analyze filings from DOJ regarding staying bankruptcy action or seizing estate funds. | 0.75 | 221.25 |
| 09/24/2008 | AME | Work with Mr. Jimmy Parrish regarding DOJ's latest filings attacking the estate. | 1.30 | 383.50 |
| 09/25/2008 | AME | Emails with Mr. Jimmy Parrish regarding US Attorney's motion to halt bankruptcy. | 0.40 | 118.00 |
| 09/30/2008 | AME | Emails with Mr. Bill Cuthill regarding updated case information; memo to Mr. Cuthill regarding same. | 1.50 | 442.50 |

**TOTAL FEES**  $  2,003.00

| DATE | CHARGES | AMOUNT |
|---|---|---|
| | Photocopying | 6.80 |
| 09/26/08 | Paid to the Order of - Thompson McMullan Fees to Thompson McMullan law firm for expenses related to copying documents from Edith Broadhead case filed in Henrico Circuit Court in Virginia, including copying services, courier services, UPS fee | 671.07 |

**TOTAL CHARGES**  $  677.87