UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:07-CV-1788-ORL-28-GJK

MIRABILIS VENTRUES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiff,

vs.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 through 8

    Defendants/Third –Party Plaintiffs,

vs.

JAMES V. SADRIANNA; et al.

    Third-Party Defendants.
_____/

## NOTICE OF SERVICE OF SADRIANNA'S FIRST SET OF INTERROGATORIES TO THIRD PARTY PLAINTIFF EDITH CURRY

The Third Party Defendant, James V. Sadrianna ("Sadrianna"), pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby gives Notice of Service of Interrogatories upon Defendant/Third Party Plaintiff, Edith Curry ("Curry") which Curry is required to answer, under oath, within thirty (30) days from the date of service.

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Priority Mail or CM/ECF to counsel or parties listed below this 29th day of March, 2010 at the addresses indicated:

Jane S. Raskin, Esq.
Raskin & Raskin, P.A.
2601 South Bayshore Drive
Suite 725
Miami, FL 33133
Counsel for Third Party Plaintiff
Edith Curry, Frank Hailstones Palaxar Group,
LLC and Palaxar Holdings, LLC

Kathleen B. Havener
Kathleen B. Havener, Attorney at Law, LLC
1511 Russell Road
Chagrin Falls, OH 44022
Counsel for Third Party Plaintiff
Edith Curry, Frank Hailstones Palaxar Group,
LLC and Palaxar Holdings, LLC

Nicolette Corseo Vilmos, Esq
Broad and Cassel
390 North Orange Avenue, Suite 1400
Orlando, FL 32802
Counsel for Mirabilis Ventures, Inc. and Nexia Strategy Corporation

Kathleen Davies, Esq.
The Davies Law Firm
126 E. Jefferson Street
Orlando, FL 32801
Counsel for Aaron Bates and Matthew Mokwa

James E. Shepherd, Esq.
Pohl & Short, P.A.
280 W. Canton Street – Suite 410
P.O. Box 3208
Winter Park, FL 32790
Counsel for Yaniv Amar

I. Randall Gold
U.S. Attorney's Office
Suite 300
501 W. Church Street
Orlando, FL 32805

Frank L Amodeo
Reg. #48883-019 Unit B3
F.C.C. - Low
P.O. Box 1031
Coleman, FL 33521
Pro Se

Terence Chu
5637 Country Hills Lane
Glen Allen, VA 23059-5424
Pro Se

 

*/s/ James V. Sadrianna*
James V. Sadrianna, Pro Se
10025 Chatham Oaks Court
Orlando, FL 32836
Phone    407-810-8595
Facsimile 407-351-1407
jsadrianna@cfl.rr.com