UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

    v.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH
CURRY a/k/a EDITH BROADHEAD;
and TERENCE CHU,

    Defendants,

    v.

MIRABILIS VENTURES, INC., et al.,

    Third Party Defendants,
_____/

Case No. 6:07-cv-01788-Orl-28KRS

## NOTICE OF APPEARANCE

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as additional counsel for the United States in the above captioned case.

Dated: March 29, 2010

Respectfully submitted,

A. Brian Albritton
United States Attorney

By:  /s/ Scott H. Park
    Scott H. Park
    Assistant U. S. Attorney
    Identifying No. USA084
    501 W. Church Street, Suite 300
    Orlando, Florida 32805
    Telephone:   407/648-7500
    Facsimile:   407/648-7643
    E-Mail: scott.park@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

    John Russell Campbell
    Balch & Bingham

    Jane S. Raskin/Martin R. Raskin
    Raskin & Raskin

    Kathleen B. Havener
    The Havener Law Firm

    Todd K. Norman
    Nicolette Corso VIlmos
    Broad & Cassel

    James R. Lussier
    Mateer & Harbert

    Craig S. Warkol
    Bracewell & Giuliani

and sent a copy of regular U.S. mail, postage paid, to the following non-CM/ECF participants:

    Terence Chu
    5637 Country Hills Lane
    Glen Allen, VA 23059

    Frank Amodeo
    48883-019
    B-3
    FCC-Low
    P.O. Box 1031
    Coleman, FL 33521

    /s/ Scott H. Park
    Assistant United States Attorney