UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH
CURRY a/k/a EDITH BROADHEAD;
and TERENCE CHU,

    Defendants,

v.

MIRABILIS VENTURES, INC., et al.,

    Third Party Defendants,
_____/

Case No. 6:07-cv-01788-Orl-28KRS

**UNITED STATES' OBJECTION TO SUBSTITUTION OF COUNSEL FOR
<u>NEXIA STRATEGY CORPORATION</u>**

    The United States of America, by and through undersigned counsel, hereby responds to the motion of Broad and Cassel to be substituted as counsel for Nexia Strategy Corporation in place of Balch and Bingham. <u>See</u> Doc. 209. The United States objects to this motion to substitute.

    First, Nexia is now the property of the United States and, as such, cannot be represented by private counsel without the consent of the Government. On November 16, 2009, this Court entered an Order of Forfeiture in <u>United States v. Amodeo</u>, Case No. 6:08-cr-176-Orl-28GJK, forfeiting to the United States the interests in various corporate entities, including Nexia Strategy Corporation. Similarly, in the pending bankruptcy case, <u>Mirabilis Ventures, Inc.</u>, Case No. 6:08-

bk-4327-KSJ, the court entered an Order on March 5, 2009, approving a compromise between the debtors and the United States whereby various assets were forfeited to the Government and not made part of the bankruptcy estate, including Nexia Strategy Corporation.  As a result of these orders, the United States owns Nexia.  Broad and Cassel has no authority to represent the interest of Nexia in this case.

Furthermore, it is the position of the United States that the bankruptcy court's order approving the compromise does not authorize Mirabilis to represent the interests of Nexia in this litigation.  The motion for compromise provided that certain assets would be retained and administered by the debtors' bankruptcy estates.  In part, those assets include Mirabilis Ventures, Inc. and this lawsuit.  The order of compromise, however, can only be read as providing that Mirabilis' interest in this litigation – not Nexia's – remains part of the bankruptcy estate.  To interpret the bankruptcy compromise as permitting Mirabilis to continue representing Nexia's interest in this case simply because Nexia was a wholly owned subsidiary ignores the fact that Nexia now belongs to the United States.

Dated; March 29, 2010

Respectfully submitted,

A. Brian Albritton
United States Attorney

By:   /s/ Scott H. Park
Scott H. Park
Assistant U. S. Attorney
Identifying No. USA084
501 W. Church Street, Suite 300
Orlando, Florida 32805
Telephone:   407/648-7500
Facsimile:   407/648-7643
E-Mail:  scott.park@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

John Russell Campbell
Balch & Bingham

Jane S. Raskin/Martin R. Raskin
Raskin & Raskin

Kathleen B. Havener
The Havener Law Firm

Todd K. Norman
Nicolette Corso Vilmos
Broad & Cassel

James R. Lussier
Mateer & Harbert

Craig S. Warkol
Bracewell & Giuliani

and sent a copy of regular U.S. mail, postage paid, to the following non-CM/ECF participants:

Terence Chu
5637 Country Hills Lane
Glen Allen, VA 23059

Frank Amodeo
48883-019
B-3
FCC-Low
P.O. Box 1031
Coleman, FL 33521

/s/ Scott H. Park
Assistant United States Attorney