IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and      Case No. 6:07-CV-1788-ORL-28-KRS
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTRONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

    Third Party Defendants.

**NOTICE OF WITHDRAWAL OF MIRABILIS' REPLY TO (DE 219) JOINT OPPOSITION OF DEFENDANTS, TO MIRABILIS' MOTION TO EXTEND THE DEADLINE TO FILE AN AMENDED COMPLAINT AND ADD PARTIES OR IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD PARTIES (D.E. 222)**

MIRABILIS VENTURES, INC., a Florida corporation and as assignee of the litigation rights for Nexia Strategy Corporation (collectively "Mirabilis"), by and through the undersigned counsel, hereby withdraws its Reply to (DE 219) Joint Opposition of Defendants, to Mirabilis' Motion to Extend the Deadline to File an Amended Complaint and Add Parties or in the

4835-3331-5333.1
43582/0007

alternative Motion for Leave to File Amended Complaint and Add Parties.

/s/ Nicolette Corso Vilmos
Todd K. Norman
Florida Bar No.: 62154
Nicolette Corso Vilmos, Esquire
Florida Bar No,: 0469051
**BROAD AND CASSEL**
390 N. Orange Ave., Suite 1400
Orlando, FL  32801
Phone: 407-839-4200
Fax: 407-425-8377

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 29th day of March, 2010 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836, James Robert Lussier, Mateer & Harbert, PA, 225 E Robinson St., Ste 600, Orlando, FL 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 W Canton Ave., Ste 410, Winter Park, FL 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 N Orange Ave., Ste 1500, Orlando, FL 32802-0712; Darryl M. Bloodworth & L. Reed Bloodworth, Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA, 800 N Magnolia Ave., Ste 1500, Orlando, FL 32802-2346 and US Attorney's Office, Suite 300, 501 W Church St, Orlando, FL 32805..

*/s/ Nicolette Corso Vilmos*
_____
Nicolette Corso Vilmos
Florida Bar No: 0469051

4835-3331-5333.1
43582/0007