UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

Plaintiffs,

-vs- Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

Defendants.

## ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| MOTION: | JOINT MOTION TO SEVER COUNTS 5,6,7,8, AND 9 OF THE AMENDED THIRD PARTY COMPLAINT BY PLAINTIFFS/COUNTERCLAIM DEFENDANTS AND THIRD-PARTY DEFENDANTS MIRABILIS VENTURES INC., NEXIA STRATEGY CORP., YANIV AMAR, MATTHEW S. MOKWA, AND AARON C. BATES (Doc. No. 194) |
| FILED: | February 15, 2010 |

THEREON it is ORDERED that the motion is DENIED.

DONE and ORDERED in Chambers, Orlando, Florida this ___31___ day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party