# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

        **Plaintiffs,**

-vs-                        **Case No.  6:07-cv-1788-Orl-28KRS**

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

        **Defendants.**

_____

## ORDER

    This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION OF THIRD PARTY CLAIMANTS EDITH CURRY AND FRANK HAILSTONES TO DISMISS THIRD PARTY COUNTERCLAIMS OF THIRD PARTY DEFENDANT FRANK AMODEO (Doc. No. 192)** |
| **FILED:** | **February 15, 2010** |

Amended Counterclaims having been filed at docket entry 214, it is **ORDERED** that the motion is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___31st___ day of March, 2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge