**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, <br><br> Plaintiffs, <br><br> -vs.- <br><br> PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and TERENCE CHU, <br><br> Defendants, <br><br> vs. <br><br> MIRABILIS VENTURES, INC., et al. <br><br> Counterclaim and Third Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-GJK <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **NOTICE CONCERNING DELAYED SERVICE OF DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS OF FRANK AMODEO** |

Third Party Defendants Edie Curry ("Ms. Curry"), Frank Hailstones ("Mr. Hailstones"), Palaxar Holdings, LLC and Palaxar Group, LLC ("Palaxar") (collectively "Defendants") hereby file this notice concerning service of Defendants' motion to dismiss the amended counterclaims of Third Party Defendant/Counterclaim Plaintiff Frank Amodeo ("Mr. Amodeo") upon Mr. Amodeo.

On March 24, 2010, the date upon which Defendants' Motion to Dismiss Mr. Amodeo's Amended Counterclaims were filed, Defendants' counsel attempted to serve the same upon Mr. Amodeo via Priority Mail. The parcel was returned to counsel on March 26, 2010, with a notice that, due to security requirements it must be brought in person to be hand-stamped by the U.S.

Postal Service. Accordingly, Defendants' counsel brought the parcel in person to the U.S. Postal Service, had the parcel inspected by the U.S. Postal Service worker at the service counter, hand-stamped, and resent to Mr. Amodeo. Today, April 3, 2010, the parcel was returned to counsel with the same message. Thus, Mr. Amodeo has not yet received his service copy of the Motion of Defendants to Dismiss his Amended Counterclaims filed March 24, 2010.

Counsel sent the parcel to Mr. Amodeo today, Saturday afternoon, April 3, 2010, via Federal Express. The purpose of this notice is to inform the Court that Mr. Amodeo's deadline for responding to Defendants' Motion to Dismiss his Amended Counterclaims should be extended April 17, 2010.

Respectfully submitted,

Date: April 3, 2010

/s/ Kathleen B. Havener\_\_\_\_
KATHLEEN B. HAVENER
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com
Attorney for Defendants Curry, Hailstones,
Palaxar Group, LLC and Palaxar Holdings, LLC

 MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
866 South Dixie Highway
Coral Gables, FL 33146
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Defendant Curry,
Palaxar Group, LLC and Palaxar Holdings, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2010, I electronically filed the foregoing Notice Defendants Concerning Their Motion to Dismiss the Amended Counterclaims of Frank Amodeo with the Clerk of Court using the CM/ECF system and have sent a notice of electric filing to the pro se parties.

Terence Chu (via email)

Frank L. Amodeo B-3 (via Federal Express)
48883-019
Federal Correctional Complex – Low
P.O. Box 1031
Coleman, FL 33521

                                                /s/ Kathleen B. Havener
                                                KATHLEEN B. HAVENER