UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:   6:07-cv-1788-Orl-28KRS

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,

Plaintiffs,

vs.

PALAXAR GROUP, LLC,
PALAXAR HOLDINGS, LLC,
FRANK HAILSTONES, EDITH CURRY, and
FICTITIOUS DEFENDANTS 1 THROUGH 8,

Defendants.

_____/

## AMENDED NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that the mediation in the above-captioned matter has been scheduled as follows:

**DATE:**       June 29, 2010

**TIME:**       9:00AM

**MEDIATOR:**   Lawrence M. Watson  Jr.

**PLACE:**      Broad & Cassel, 390 N. Orange Avenue, Suite 1400, Orlando,
FL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Todd K. Norman, Esq., Broad & Cassel, Post Office Box 4961, Orlando, FL 32802-4961;Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; James V. Sadrianna, Pro Se, 10025 Chatham Oaks Cort, Orlando, FL 32836; Terence Chu, Pro Se, 5637 Country Hills Lane, Glen Allen, VA, 23059; Kathleen S. Davies, Esq., The Davies Law Firm, LLC, 126 E. Jefferson Street, Orlando, FL 32801-1830; James E. Shepherd, V, Esq., Pohl & Short, P.A., Post Office Box 3208, Winter Park, FL 32790-3208; and J. Randall Gold, Esq., US Attorney's Office, 501 W. Church Street, Suite 300, Orlando, FL 32805 on this _6TH_ day of April, 2010.

Lawrence M. Watson Jr., Mediator
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL 32751
407-661-1123 phone  407-661-5743 fax