# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,**

      **Plaintiffs,**

**-vs-**                                                   **Case No.  6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,**

      **Defendants.**

_____

## ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' JOINT MOTION TO STRIKE THE AFFIDAVIT OF R. W. CUTHILL ATTACHED TO PLAINTIFF MIRABILIS VENTURES' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. No. 203)** |
| **FILED:** | **February 19, 2010** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida this ___8th___ day of April,
2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge