### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,　　　　　Case No.:  6:07-CV-01788-JA-GJK

　　　　　Plaintiffs,

-vs-

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

　　　　　Defendants,
_____/

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD

　　　　　Third Party Plaintiffs,

-vs-

AQMI STRATEGY CORPORATION;
WELLINGTON CAPITAL GROUP, INC;
YANIV AMAR; FRANK AMODEO;
AARON BATES; MATTHEW MOKWA;
ROBERT POLLACK and JAMES SADRIANNA,

　　　　　Third Party Defendants.
_____

### MOTION TO WITHDRAW BY
### COUNSEL FOR THIRD PARTY DEFENDANT YANIV AMAR

The undersigned attorney for the Third Party Defendant Yaniv Amar, pursuant to Local

Rule 2.03(b) of the Local Rules of the Middle District of Florida, respectfully moves the Court to

enter an Order permitting Pohl & Short, P.A. and the undersigned attorney to withdraw as

counsel for Yaniv Amar, and providing that Pohl & Short, P.A., and the undersigned attorney shall have no further obligations or responsibility in connection with this action and states to the Court as follows:

1.     Yaniv Amar is an individual Defendant and has decided to defend himself in this action pro se. Mr. Amar has decided that he does not want to incur the attorney's fees and costs that he would have to incur in order to have counsel representing him in this matter. Moreover, Amar does not have the financial ability to pay those attorney's fees, especially in light of the significant amount of attorney's fees that counsel anticipates will be incurred in this matter. Third Party Defendant, Yaniv Amar, has therefore discharged the undersigned and has requested that the undersigned counsel withdraw from representing him in this matter.

2.     Amar is prepared to proceed in this action pro se. Amar understands the claims being made against him and believes he is competent to present his defenses to a jury and deal with the procedural obligations that he would have as a defendant. There are several other defendants representing themselves pro se in this matter and thus there would be no delays caused by the undersigned's withdrawal from this action.

3.     Amar is aware of the mediation conference scheduled for June 29, 2010, at 9:00 a.m. and is prepared to attend same, representing himself pro se.

4.     Amar's address, phone number and email address for communication and coordination are:

> 3475 Mystic Point Drive, TH #10
> Aventura, Florida 33180
> Phone No: 305-528-1884
> Email: yamarllc@gmail.com

WHEREFORE, JAMES E. SHEPHERD, ESQ. and the law firm of Pohl & Short, P.A., respectfully requests this Court to enter an Order granting their Motion to Withdraw as counsel of record for the third party Defendant, Yaniv Amar, and to direct that Yaniv Amar shall represent himself pro se in this matter and to grant such other and further relief as this Court deems just and proper.

### CERTIFICATION PURSUANT TO LOCAL RULE 3.01(G)

Undersigned counsel has conferred with counsel of record in this action about this motion. Plaintiffs have no objection. Mr. Gold has requested that this Court schedule a hearing on this Motion in order to have Mr. Amar affirmatively state for the record that he wants to represent himself and is aware of the risks of doing so. Ms. Havener has agreed with Mr. Gold's request and would object to this Motion if it will delay things in this case at all.

The undersigned and Mr. Amar do not believe that he should be required to attend a hearing on this Motion and Mr. Amar is not using this Motion to seek any delay in the case. The Court has just recently denied the Motion to Sever the Third Party claims against Mr. Amar and other third party defendants. The undersigned has filed an answer and affirmative defenses on behalf of Mr. Amar so that there are no pleading issues. There has been no discovery yet on any of the third party claims. Mr. Amar has signed below confirming that he wants to represent himself and that he is making a conscious decision not to incur the significant amount of attorney's fees that he would be forced to pay if he had counsel represent him in this matter and he understands the potential risks associated with his decision.

If this Court determines that a hearing is required notwithstanding his written consent, Mr. Amar would request that he be permitted to attend any hearing by telephone as Mr. Amar lives in Aventura, Florida which is more than a three hour drive from Orlando.

s/ James E. Shepherd, Esq.
James E. Shepherd, Esq.
Florida Bar No.: 0947873
Pohl & Short, P.A.
280 W. Canton Avenue, Suite 410
P.O. Box 3208
Winter Park, FL  32790
407-647-7645 telephone
407-647-2314 fax
Shepherd@pohlshort.com
Attorneys for Third Party Defendant
Yaniv Amar

## CONSENT TO WITHDRAWAL OF COUNSEL

I HEREBY consent to the withdrawal of James E. Shepherd, Esq. and Pohl & Short, P.A. from representing me in this action and attest and confirm that I want to and that I am prepared to represent myself pro se in this matter.  I have made a conscious decision not to incur the significant amount of attorney's fees that would be required if I had counsel represent me in this matter and I understand the potential risks associated with that decision.

Yaniv Amar

## Certificate of Service

I HEREBY CERTIFY that on the April _16_, 2010, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following: **Todd Norman, Esq., Broad and Cassel,** 390 N. Orange Avenue, 14th Floor, Orlando, FL 32801, tnorman@broadandcassel.com, **Martin R. Raskin, Raskin & Raskin, P.A.,** 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133, mraskin@raskinlaw.com, **Kathleen B. Havener, Esq.,** 15511 Russell Road, Chagrin Falls, OH 44022, kbhavener@gmail.com, **Cory L. Taylor, Esq./Jack C. McElroy, Esq., Shutts & Bowen, LLP.,** 300 S. Orange Avenue, Suite 1000, Orlando, Florida 32801, ctaylor@shutts.com/jmcelroy@shutts.com, **James Robert Lussier, Mateer & Harbert, P.A.,** 225 E. Robinson Street, Suite 600, P.O. Box 2854, Orlando, Florida 32802-2854, jlussier@mateerharbert.com, **Terrence Chu,** 5637 Country Hills Lane, Glen Allen, Virginia 23059-5424 terencchu@yahoo.com, **James V. Sadrianna, Pro Se.,** 10025 Chatham Oaks Court, Orlando, Florida 32836, jsadrianna@cfl.rr.com; **Kathleen Davies, Esq., The Davies Law Firm,** 126 E. Jefferson Street, Orlando, FL 32801, KDavies@TheDaviesLawFirm.com, **I. Randall Gold, Esq., U.S. States Attorney's Office,** 501 W. Church Street, Suite 300, Orlando, FL 32805, randy.gold@usdoj.gov.

s/James E. Shepherd, Esq.
James E. Shepherd, Esq.

I FURTHER CERTIFY that on April _16_ 2010, a copy of the foregoing has been furnished by U.S. Mail to:

**Yaniv Amar,** 3475 Mystic Point Drive, TH #10, Aventura, Florida 33180

**Frank Amodeo, Pro Se,** 614 Lake Avenue, Orlando, FL 32801

**Robert Pollack, Pro Se,** 8767 The Esplanade #36, Orlando, Florida 32836;

s/James E. Shepherd, Esq.
James E. Shepherd, Esq.