| | |
|---|---|
| **From:** | "Gold, Randy (USAFLM)" <Randy.Gold@usdoj.gov> |
| **To:** | "Jim Shepherd, Attorney at Law" <shepherd@pohlshort.com>, "Maggie White"... |
| **CC:** | <Yamarllic@gmail.com>, "Park, Scott (USAFLM)" <Scott.Park@usdoj.gov> |
| **Date:** | 4/18/2010 11:33 AM |
| **Subject:** | RE: Mirabilis vs Palaxar |

I spoke with Mark Horwitz, Yaniv Amar's criminal counsel, about this issue. Since Mr. Aniv has added the language in the signature area of the motion, I am no longer oppose the motion or request a hearing.
Randy Gold


EXHIBIT A