## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,                    Case No.:  6:07-CV-01788-JA-GJK

       Plaintiffs,

-vs-

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

       Defendants,

                                   /

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD

       Third Party Plaintiffs,

-vs-

AQMI STRATEGY CORPORATION;
WELLINGTON CAPITAL GROUP, INC;
YANIV AMAR; FRANK AMODEO;
AARON BATES; MATTHEW MOKWA;
ROBERT POLLACK and JAMES SADRIANNA,

       Third Party Defendants.

## NOTICE THAT KATHLEEN HAVENER HAS WITHDRAWN HER REQUEST FOR A HEARING ON THE MOTION TO WITHDRAW (Doc. 233)

    Third Party Defendant Yaniv Amar, hereby gives this Court notice that Kathleen Havener, no longer requests a hearing on the undersigned's Motion to Withdraw (Doc. 233).  A copy of her e-mail confirming this representation to the undersigned is attached as Exhibit "A".

Again, Havener maintains her objection to Mr. Amar representing himself pro se if that could possibly delay the proceedings.

Dated this 27th day of April, 2010.

s/James E. Shepherd, Esq.
James E. Shepherd, Esq.
Florida Bar No.: 0947873
Pohl & Short, P.A.
280 W. Canton Avenue, Suite 410
P.O. Box 3208
Winter Park, FL  32790
407-647-7645 telephone
407-647-2314 fax
Shepherd@pohlshort.com
Attorneys for Third Party Defendant
Yaniv Amar

### Certificate of Service

I HEREBY CERTIFY that on the April 27, 2010, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following: **Todd Norman, Esq., Broad and Cassel**, 390 N. Orange Avenue, 14th Floor, Orlando, FL 32801, tnorman@broadandcassel.com, **Martin R. Raskin, Raskin & Raskin, P.A.,** 2601 South Bayshore Drive, Suite 725, Miami, Florida  33133, mraskin@raskinlaw.com, **Kathleen B. Havener, Esq.,** 15511 Russell Road, Chagrin Falls, OH 44022, kbhavener@gmail.com, **Cory L. Taylor, Esq./Jack C. McElroy, Esq., Shutts & Bowen, LLP.,** 300 S. Orange Avenue, Suite 1000, Orlando, Florida 32801, ctaylor@shutts.com/jmcelroy@shutts.com, **James Robert Lussier, Mateer & Harbert, P.A.,** 225 E. Robinson Street, Suite 600, P.O. Box 2854, Orlando, Florida  32802-2854, jlussier@mateerharbert.com, **Terrence Chu,** 5637 Country Hills Lane, Glen Allen, Virginia 23059-5424, **James V. Sadrianna, Pro Se.,** 10025 Chatham Oaks Court, Orlando, Florida 32836, jsadrianna@cfl.rr.com; **Kathleen Davies, Esq., The Davies Law Firm,** 126 E. Jefferson Street, Orlando, FL 32801, KDavies@TheDaviesLawFirm.com, **I. Randall Gold, Esq., U.S. States Attorney's Office**, 501 W. Church Street, Suite 300, Orlando, FL 32805, randy.gold@usdoj.gov.

s/James E. Shepherd, Esq.
James E. Shepherd, Esq.

I FURTHER CERTIFY that on April 27, 2010, a copy of the foregoing has been furnished by U.S. Mail to:

**Yaniv Amar,** 3475 Mystic Point Drive, TH #10, Aventura, Florida 33180

**Frank Amodeo, Pro Se**, 614 Lake Avenue, Orlando, FL 32801

**Robert Pollack, Pro Se**, 8767 The Esplanade #36, Orlando, Florida 32836;

s/James E. Shepherd, Esq.
James E. Shepherd, Esq.

## Jim Shepherd, Attorney at Law - Palaxar Parties' Objection

| | |
|---|---|
| **From:** | "Kathleen Havener" <kbhavener@havenerlaw.com> |
| **To:** | <shepherd@pohlshort.com> |
| **Date:** | 4/27/2010 10:25 AM |
| **Subject:** | Palaxar Parties' Objection |
| **CC:** | "'Gold, Randy (USAFLM)'" <Randy.Gold@usdoj.gov>, "Jane Raskin" <jraskin@raskinlaw.com>, "'Martin Raskin'" <mraskin@raskinlaw.com> |

Jim:

So long as the government is satisfied that there need be no hearing, we also withdraw our request for a hearing. We maintain our objection to the Mr. Amar's pro se representation if it could possibly delay the proceedings.

Best regards,

Kathleen

Kathleen B. Havener
Attorney at Law

The Havener Law Firm, LLC

15511 Russell Road
Chagrin Falls, OH 44022

Main: 440-893-0188
Fax:  440-893-9326
Cell: 216-288-6009
kbhavener@havenerlaw.com

A Haven For Wise Counsel