UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES,INC.,                  CHAPTER 11

                    Debtor.
_____/

## APPLICATION OF BALCH & BINGHAM, L.L.P. FOR AWARD OF FEES i/a/o $70,857.75 AND REIMBURSEMENT OF EXPENSES i/a/o $3,304.78

**MIRABILIS VENTURES, INC.** ("Debtor"), hereby submits, on behalf of the law firm Balch & Bingham., L.L.P ("Applicant"), attorneys for Debtor, their application ("Application") for award of compensation for services in the amount of $70,857.75 and reimbursement of actual expenses in the amount of $3,304.78 for the following matters (hereinafter the "Mirabilis Matters"), incurred from May 27, 2008 through July 31, 2009 )(See chart attached hereto as Exhibit A):

(1)     **Due Diligence/D&O Complaint – ongoing analysis of potential claims against former officers, directors, insurers, and others**

(2)     **Mirabilis Ventures, Inc. And Nexia Strategy Corporation, v. Palaxar Group, LLC; Palaxar Holdings, LLC; Frank Hailstones; Edith Curry a/k/a Edith Broadhead; and Terence Chu**
        United States District Court Middle District of Florida, Orlando Division
        Case No.: 6:07-CV-1788-ORL-28-GJK

(3)     **Mirabilis Ventures, Inc., Allstaff Management, Inc., Allstaff Personnel Management, Inc. v. Jeffrey Reichel and Beverley Reichel,**
        In The State Court Of Gwinnett County, State Of Georgia, No. 08C-01558-4

(4)     **Mirabilis Ventures, Inc. and Pacific Atlantic Capital Corp. v. Forge Capital Partners, et al**
        In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida
        Number: 07-CA-13828

# LITIGATION MANAGEMENT



## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

July 31, 2008
Client ID: 103728
Matter ID: 003
Invoice: 416452

RE:     Litigation Management

| | |
|---|---:|
| Fees for Professional Services 05/27/08 Through 06/30/08 | 20,220.50 |
| Charges 05/27/08 Through 06/30/08 | 281.81 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | **$    20,502.31** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| JRC - J. Russell Campbell | 13.70 | 365.00 | 5,000.50 |
| EBL - Eric B. Langley | 4.30 | 295.00 | 1,268.50 |
| AME - Allen M. Estes | 28.00 | 295.00 | 8,260.00 |
| ETR - Eric T. Ray | 0.60 | 295.00 | 177.00 |
| DRB - David R. Burkholder | 11.40 | 280.00 | 3,192.00 |
| LMR - Lindsay Reese | 1.90 | 200.00 | 380.00 |
| MRC - Marcus Chatterton | 6.00 | 200.00 | 1,200.00 |
| KWC - Katy W. Corbin | 5.50 | 135.00 | 742.50 |

*Please refer to invoice number 416452 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-003
Invoice # 416452

July 31, 2008
PAGE 2

RE: Litigation Management

### S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 05/27/2008 | EBL | Work on Coastal, bankruptcy and Reichel issues, including work with A. Estes, R. Campbell, D. Burkholder, and J. Hollis regarding the same. | 0.50 | 147.50 |
| 05/27/2008 | DRB | Communications with Mr. Aaron Bates, R. Campbell, L. Reese, E. Langley, and A. Estes; review new pleadings; review correspondence; communications with Mr. Bert Musick; fax to Mr. Robert Perrow; attempts to contact court; telephone call to Mr. Bates. | 2.10 | 588.00 |
| 05/28/2008 | DRB | Telephone call to and communications with Virginia court in the Coastal matter to notify the court of the bankruptcy filings; fax notice to court; communications with Mr. Aaron Bates and Mr. Bert Musick; communications with R. Campbell, L. Reese, E. Langley, and A. Estes. | 1.20 | 336.00 |
| 05/29/2008 | EBL | Work with Mr. Jim Hollis regarding issues in Reichel and Nuanual cases; work with L. Reese regarding Palaxar issues. | 0.20 | 59.00 |
| 05/30/2008 | DRB | Review correspondence regarding Coastal and other matters; telephone conference with J. Hollis; communications with R. Campbell, E. Langley, and A. Estes regarding bankruptcy. | 1.20 | 336.00 |
| 05/30/2008 | EBL | Work with J. Hollis regarding Allstaff, Reichel and Sasispim Nvanual issues, including impact of bankruptcy on the same. | 0.70 | 206.50 |
| 06/04/2008 | DRB | Review correspondence and review pleadings in Coastal; communications with Mr. Aaron Bates. | 0.30 | 84.00 |
| 06/06/2008 | AME | Work with D. Burkholder regarding Virginia action regarding Coastal. | 0.50 | 147.50 |
| 06/09/2008 | DRB | Review correspondence from Mr. Bob Perrow in Coastal; review draft court order and analyze; communications with Mr. Aaron Bates and Mr. Bert Musick; draft and send letter to Mr. Bates; telephone conference with Mr. Mike Anderson in Alternative Dispute Resolution; information gathered and forwarded to Mr. Anderson. | 1.50 | 420.00 |
| 06/09/2008 | LMR | Correspondence with Mr. Aaron Bates regarding suggestion of bankruptcy. | 0.10 | 20.00 |
| 06/11/2008 | DRB | Review correspondence; telephone calls from and to Mr. Jimmy Parrish re: Coastal matter. | 0.50 | 140.00 |
| 06/11/2008 | JRC | Participate in status conference call with Mr. Aaron Bates. | 0.30 | 109.50 |
| 06/12/2008 | DRB | Telephone conference with Mr. Jimmy Parrish regarding Coastal. | 0.30 | 84.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 416452

July 31, 2008
PAGE 3

RE: Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 06/16/2008 | AME | Telephone conference with Mr. Jimmy Parrish regarding bankruptcy matters; work with M. Chatterton regarding same; emails and conferences with E. Langley and R. Campbell regarding same; review case files regarding status of all pending litigation. | 2.10 | 619.50 |
| 06/17/2008 | MRC | Work with R. Campbell, E. Langley, A. Estes, L. Reese, A. Steindorff, and K. Corbin to review status of all pending claims by and against Mirabilis in preparation for status conference with bankruptcy counsel; teleconference with E. Langley, A. Estes, and Mirabilis bankruptcy counsel regarding all Mirabilis claims that carry a potential of recovery. | 4.20 | 840.00 |
| 06/17/2008 | KWC | Meeting to discuss all cases and evaluation for bankruptcy; review online docket sheets for bankruptcy filing. | 1.00 | 135.00 |
| 06/17/2008 | LMR | Team meeting to discuss status of all matters and bankruptcy proceedings. | 0.80 | 160.00 |
| 06/17/2008 | AME | Telephone conference with Mr. Jimmy Parrish regarding status of MVI offensive actions; conference with E. Langley, R. Campbell and team regarding same. | 4.50 | 1,327.50 |
| 06/17/2008 | EBL | Team meeting regarding status of matters and evaluation of claims in preparation for telephone conference with bankruptcy counsel; telephone conference with Mr. Jimmy Parrish (bankruptcy counsel) regarding status/evaluation of various matters for pursuant in bankruptcy; review of Palaxar motion for reconsideration. | 2.50 | 737.50 |
| 06/18/2008 | AME | Work with M. Chatterton and L. Reese regarding summarizing case status for bankruptcy counsel. | 0.80 | 236.00 |
| 06/19/2008 | AME | Work with bankruptcy counsel regarding pending matters for Mirabilis. | 0.30 | 88.50 |
| 06/20/2008 | AME | Work with bankruptcy counsel regarding offensive Mirabilis matters including case status and strategy. | 1.20 | 354.00 |
| 06/23/2008 | AME | Work with Mr. Jimmy Parrish regarding memo to bankruptcy team regarding pending lawsuits; analyze status and future of same; review pleadings and correspondence regarding same. | 1.90 | 560.50 |
| 06/23/2008 | DRB | Review correspondence; communications with Mr. Aaron Bates; telephone conference with M. Chatterton. | 0.60 | 168.00 |
| 06/24/2008 | AME | Work with Mr. Jimmy Parrish regarding bankruptcy issues and case status of various matters; draft memo regarding same to MVI bankruptcy team. | 0.90 | 265.50 |
| 06/25/2008 | AME | Work with D. Burkholder and K. Corbin to draft strategy analysis for bankruptcy counsel and officers; work with R. Campbell and E. Ray regarding same; conference with E. Ray regarding bankruptcy matters regarding pending lawsuits. | 1.90 | 560.50 |
| 06/25/2008 | JRC | Prepare for 6/27 meetings; work with A. Estes regarding same. | 1.40 | 511.00 |

BALCH & BINGHAM LLP

ID: 103728-003                                                    July 31, 2008
Invoice # 416452                                                 PAGE 4


RE: Litigation Management


| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 06/25/2008 | MRC | Work with K. Corbin, A. Estes, and D. Burkholder to review and summarize outstanding claims by and against Mirabilis for use in meeting with bankruptcy counsel for Mirabilis. | 1.30 | 260.00 |
| 06/25/2008 | KWC | Preparation of case summaries for meeting with bankruptcy counsel | 2.50 | 337.50 |
| 06/25/2008 | DRB | Review correspondence; communications with M. Chatterton, K. Corbin, and A. Estes; draft summary of cases we are handling for meeting with bankruptcy counsel. | 2.50 | 700.00 |
| 06/25/2008 | ETR | Meet with R. Campbell and A. Estes regarding bankruptcy issues. | 0.60 | 177.00 |
| 06/25/2008 | LMR | Draft summaries of Mirabilis matters in preparation for meeting with bankruptcy counsel. | 0.60 | 120.00 |
| 06/26/2008 | LMR | Draft summaries of current Mirabilis matters in preparation for meeting with bankruptcy counsel; review pleadings and correspondence to confirm status. | 0.40 | 80.00 |
| 06/26/2008 | JRC | Prepare for 6/27 meetings with bankruptcy counsel and MVI President Bill Cuthill; travel to Orlando regarding same. | 4.50 | 1,642.50 |
| 06/26/2008 | MRC | Work with K. Corbin to check status of ongoing cases and determine the amount in controversy in the Premier Servicing, Hendricks, BKR, and Paysource matters for use in ongoing discussions with bankruptcy counsel. | 0.50 | 100.00 |
| 06/26/2008 | KWC | Continue work on charts summarizing pending cases. | 2.00 | 270.00 |
| 06/26/2008 | AME | Prepare for meeting with Ms. Liz Green, Mr. Jimmy Parrish and Mr. Bill Cuthill regarding Mirabilis bankruptcy special counsel role including drafting and editing chart of pending cases and discovery; work with R. Campbell regarding same; work with L. Reese and D. Burkholder regarding same; travel to Orlando, Florida for meetings. | 3.90 | 1,150.50 |
| 06/26/2008 | DRB | Gather information on various lawsuits and forward to A. Estes in preparation for meeting with bankruptcy counsel. | 1.20 | 336.00 |
| 06/27/2008 | AME | Meeting with Ms. Liz Green, Mr. Jimmy Parrish and Mr. Bill Cuthill in Orlando regarding Mirabilis bankruptcy special counsel role and strategy for ongoing cases; draft memo to Mr. Cuthill regarding same; return from Orlando, Florida. | 7.50 | 2,212.50 |
| 06/27/2008 | JRC | Prepare for and participate in meetings with Mr. Bill Cuthill; Ms. Liz Green and Mr. Jimmy Parrish and A. Estes; return travel regarding same. | 7.50 | 2,737.50 |
| 06/30/2008 | AME | Work with M. Chatterton and D. Burkholder regarding compiling strategies for various Mirabilis offensive matters; work with E. Langley and R. Campbell regarding same; draft memo to Mr. Bill Cuthill regarding same and other possible claims. | 2.50 | 737.50 |
| 06/30/2008 | EBL | Work with R. Campbell and A. Estes regarding going-forward strategy, representing bankruptcy estate. | 0.40 | 118.00 |

BALCH & BINGHAM LLP

ID: 103728-003                                                July 31, 2008
Invoice # 416452                                             PAGE  5


RE:  Litigation Management


**TOTAL FEES**                                          $      20,220.50

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
|  | Long Distance | 7.00 |
|  | Photocopying | 66.20 |
|  | Telefax | 3.00 |
| 06/13/08 | Paid to the Order of -  Russell J Campbell | 167.61 |
|  | 5/12/08 Travel to/from Orlando to attend status meeting. |  |
| 06/18/08 | Paid to the Order of -  LexisNexis CourtLink, Inc online research | 38.00 |

**TOTAL CHARGES**                                       $        281.81


**TOTAL FEES PLUS CHARGES**                             $      20,502.31

## B&B

### BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 003
Invoice: 418080

RE:   Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 07/31/08 | 11,204.00 |
| Charges Through 07/31/08 | 457.25 |
| Prepayments Applied to Current Invoice | (          .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     11,661.25 |
| Balance Due on Previous Invoices | 36,653.43 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     48,314.68 |

### S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| JRC - J. Russell Campbell | 2.50 | 365.00 | 912.50 |
| EBL - Eric B. Langley | 0.40 | 295.00 | 118.00 |
| AME - Allen M. Estes | 23.30 | 295.00 | 6,873.50 |
| DRB - David R. Burkholder | 7.90 | 280.00 | 2,212.00 |
| JHC - Jennifer Clark | 0.70 | 220.00 | 154.00 |
| LMR - Lindsay Reese | 3.20 | 200.00 | 640.00 |
| MRC - Marcus Chatterton | 1.20 | 200.00 | 240.00 |
| KWC - Katy W. Corbin | 0.40 | 135.00 | 54.00 |

*Please refer to invoice number 418080 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-003
Invoice # 418080

August 31, 2008
PAGE 2

RE: Litigation Management

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/01/2008 | LMR | Correspondence with A. Estes regarding status of Mirabilis matters; work on responding to request for specific information regarding discovery, motions, etc., for all Mirabilis matters conducted. | 0.20 | 40.00 |
| 07/01/2008 | JRC | Work on case status update to Mr. Bill Cuthill; correspondence to Mr. Cuthill regarding same; review information concerning Pacific Atlantic; with A. Estes regarding same. | 2.50 | 912.50 |
| 07/01/2008 | EBL | Work with A. Estes on assembly of case review information for evaluation in bankruptcy proceeding. | 0.20 | 59.00 |
| 07/01/2008 | AME | Review and analyze email memo from Mr. Bill Cuthill regarding Mirabilis investments in PAAC. | 2.10 | 619.50 |
| 07/02/2008 | MRC | Telephone call and voice message to Mr. Eric Adams of the Shutts & Bowen law firm regarding the disposition of the cases involving Mirabilis and Premier Servicing, LLC. | 0.40 | 80.00 |
| 07/02/2008 | DRB | Analysis of financial data from Mr. Bill Cuthill and work with A. Estes regarding the same. | 2.60 | 728.00 |
| 07/02/2008 | AME | Continue analysis of pending MVI offensive matters; review and analyze financial records from Mr. Bill Cuthill; work with D. Burkholder regarding same. | 1.50 | 442.50 |
| 07/03/2008 | DRB | Work on assembly of information regarding Forge case for litigation risks memorandum; work with A. Estes regarding the same. | 1.70 | 476.00 |
| 07/03/2008 | AME | Continue analysis of litigation risks for memo to Mr. Bill Cuthill; review and analyze latest correspondence from various opposing counsel and respond to same; review and analyze latest Bankruptcy Court Orders. | 0.90 | 265.50 |
| 07/07/2008 | AME | Work with Jim Hollis and others regarding updated memo to Mr. Bill Cuthill regarding Mirabilis litigation. | 1.50 | 442.50 |
| 07/08/2008 | AME | Continue analysis of Reichel and Stratis cases for Mr. Bill Cuthill. | 2.50 | 737.50 |
| 07/08/2008 | LMR | Review all scheduling orders, discovery and status of Stratis matter in preparation for providing summary to bankruptcy counsel; draft summary and providing to A. Estes. | 0.60 | 120.00 |
| 07/08/2008 | EBL | Work with A. Estes regarding Forge, Palaxar, Stratis, and Reichel analysis; correspondence with J. Hollis regarding Reichel status and strategy. | 0.20 | 59.00 |
| 07/09/2008 | AME | Telephone conference with Mr. Jimmy Parrish regarding MVI litigation matters; emails regarding same; analyze latest orders from various courts and memos to team members regarding same. | 1.70 | 501.50 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418080

August 31, 2008
PAGE 3

RE: Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/10/2008 | AME | Review and analyze financial documents and records from Mr. Bill Cuthill; work with D. Burkholder regarding same. | 1.40 | 413.00 |
| 07/11/2008 | DRB | Review of accounting documents to verify bankruptcy counsel's information; work with A. Estes. | 2.80 | 784.00 |
| 07/11/2008 | AME | Work with D. Burkholder regarding review of Mirabilis financials provided by Mr. Bill Cuthill regarding Pacific Atlantic, etc. | 1.70 | 501.50 |
| 07/14/2008 | AME | Review and analyze work from D. Burkholder regarding MVI investment in Coastal. | 1.20 | 354.00 |
| 07/16/2008 | AME | Memo to Mr. Bill Cuthill regarding status of several matters; work with M. Chatterton regarding Cadent strategy; work with D. Burkholder regarding Forge strategy; analyze documents regarding same; telephone message to Mr. Jimmy Parrish regarding same. | 2.30 | 678.50 |
| 07/18/2008 | DRB | Work on status update for Coastal case; communications with A. Estes regarding the same. | 0.30 | 84.00 |
| 07/22/2008 | AME | Emails with Mr. Bill Cuthill and Ms. Liz Greene regarding future litigation actions; analyze deadlines and strategy regarding same. | 0.40 | 118.00 |
| 07/23/2008 | AME | Work with L. Reese regarding status and strategy for Reichel, Cadent and Stratis cases. | 0.60 | 177.00 |
| 07/23/2008 | LMR | Correspondence with attorneys handling Mirabilis matters; add additional information to draft letter to bankruptcy counsel summarizing all matters. | 1.70 | 340.00 |
| 07/24/2008 | MRC | Research and review status of the Cadent / Premier Servicing lawsuit for use in assessing value of claims with the bankruptcy trustee; work with L. Reese regarding the same. | 0.80 | 160.00 |
| 07/24/2008 | LMR | Finalize summary of all cases in preparation for sending letter to bankruptcy counsel; correspondence with J. Hollis and M. Chatterton regarding status of cases. | 0.40 | 80.00 |
| 07/28/2008 | KWC | Review online database for docket sheets regarding Mirabilis bankruptcy. | 0.40 | 54.00 |
| 07/28/2008 | LMR | Finalize summary of all cases in preparation for sending letter to bankruptcy counsel; correspondence with G. Gregory regarding Reichel matter. | 0.30 | 60.00 |
| 07/28/2008 | AME | Memo to Jimmy Parrish and Mr. Bill Cuthill regarding litigation strategies including discovery and trial analysis; work with L. Reese and D. Burkholder regarding same. | 1.50 | 442.50 |
| 07/29/2008 | AME | Work with L. Reese and Jimmy Parrish regarding Palaxar strategy; work with Jimmy Parrish and Jim Hollis regarding Reichel strategy. | 2.00 | 590.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418080

August 31, 2008
PAGE 4

RE: Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/30/2008 | AME | Work regarding Reichel matter with Mr. Jimmy Parrish and Jim Hollis; analyze potential strategy regarding same; analyze strategy for post Stay discovery in AL matters. | 1.20 | 354.00 |
| 07/31/2008 | AME | Telephone conference and emails with Mr. Jimmy Parrish regarding litigation strategies and updates; emails regarding same; work with L. Reese regarding same; emails with D. Burkholder regarding same; emails with E. Langley and R. Campbell regarding same. | 0.80 | 236.00 |
| 07/31/2008 | DRB | Work on managing Forge issues, including work with A. Estes regarding the same. | 0.50 | 140.00 |
| 07/31/2008 | JHC | Office conference with D. Burkholder regarding background on case; begin reviewing documents relating to action. | 0.70 | 154.00 |
| **TOTAL FEES** | | | $ | 11,204.00 |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 4.80 |
| 07/02/08 | Paid to the Order of - Allen Estes 6/26/08 Travel to/from Orlando with MRI Bankruptcy Team. | 404.95 |
| 07/17/08 | Paid to the Order of - LexisNexis CourtLink, Inc online search | 47.50 |
| **TOTAL CHARGES** | | $ 457.25 |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | | $ 11,661.25 |

BALEY & BINGHAM LLP

ID: 103728-003
Invoice # 418080

August 31, 2008
PAGE 5

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| TOTALS: | | 36,653.43 | 0.00 | 36,653.43 |

**TOTAL DUE FROM PREVIOUS INVOICES:**          **$36,653.43**

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 003
Invoice: 418080

RE:  Litigation Management

| | | |
|---|---|---:|
| Fees for Professional Services Through 07/31/08 | | 11,204.00 |
| Charges Through 07/31/08 | | 457.25 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **11,661.25** |
| Balance Due on Previous Invoices | | 36,653.43 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **48,314.68** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*



# BALCH & BINGHAM LLP
### Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                    September 8, 2008
Mr. Bill Cuthill                                           Client ID: 103728
341 N. Maitland Avenue., Ste 210                           Matter ID: 003
Maitland, FL 32751                                         Invoice: 418285

RE:     Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 5,509.00 |
| Charges Through 08/31/08 | 1,144.05 |
| Prepayments Applied to Current Invoice | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ 6,653.05 |
| Balance Due on Previous Invoices | 48,314.68 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ 54,967.73 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| JRC - J. Russell Campbell | 2.40 | 365.00 | 876.00 |
| EBL - Eric B. Langley | 1.40 | 295.00 | 413.00 |
| AME - Allen M. Estes | 14.10 | 295.00 | 4,159.50 |
| LMR - Lindsay Reese | 0.10 | 200.00 | 20.00 |
| KWC - Katy W. Corbin | 0.30 | 135.00 | 40.50 |

*Please refer to invoice number 418285 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-003                                        September 8, 2008
Invoice # 418285                                     PAGE 2

RE: Litigation Management

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/06/2008 | AME | Emails and telephone conference with Mr. Jimmy Parrish regarding litigated matters such as WinPar and Forge; review files regarding same to respond to requests; emails with R. Campbell regarding same; work with Mr. Parrish regarding bankruptcy filings; review same. | 2.50 | 737.50 |
| 08/07/2008 | KWC | Review online docket system for indictment against Frank Amodeo. | 0.30 | 40.50 |
| 08/07/2008 | EBL | Meeting with Mr. Jimmy Parrish regarding litigation management and strategy issues. | 0.50 | 147.50 |
| 08/07/2008 | JRC | Prepare for and participate in meeting with J. Parrish, E. Langley, A. Estes and D. Burkholder regarding update. | 1.40 | 511.00 |
| 08/07/2008 | AME | Work with Mr. Jimmy Parrish regarding overall case strategies; work with Mr. Parrish regarding analysis of Frank Amodeo indictment; analyze same. | 1.30 | 383.50 |
| 08/08/2008 | AME | Continue analysis to Frank Amodeo's indictment and impact on current cases. | 2.10 | 619.50 |
| 08/11/2008 | AME | Compile information and documents requested by Mr. Jimmy Parrish; work with M. Chatterton regarding same. | 0.50 | 147.50 |
| 08/22/2008 | EBL | Work with R. Campbell regarding the U.S. Government's motion to intervene/stay bankruptcy; telephone conference with Ms. Liz Green and Mr. Jimmy Parrish regarding the same. | 0.50 | 147.50 |
| 08/22/2008 | JRC | Prepare for and participate in telephone conference with Jimmy Parrish, Liz Green and E. langley regarding case status. | 1.00 | 365.00 |
| 08/22/2008 | AME | Emails with Mr. Jimmy Parrish, R. Campbell and E. Langley regarding government motion to intervene in bankruptcy case; review and analyze motion regarding same; emails with K. Corbin regarding same. | 0.90 | 265.50 |
| 08/25/2008 | AME | Work with R. Campbell regarding response to government motion to intervene; research regarding same; email with Mr. Jimmy Parrish regarding same. | 0.40 | 118.00 |
| 08/26/2008 | AME | Emails with Mr. Jimmy Parrish regarding DOJ motion to intervene and response to same; analyze argument responding to same. | 0.80 | 236.00 |
| 08/27/2008 | AME | Work with Mr. Jimmy Parrish regarding bankruptcy court filings; edit same;analyze DOJ filings regarding intervention; research regarding same. | 2.10 | 619.50 |
| 08/27/2008 | EBL | Review and revise application /affidavit for appointment as special counsel | 0.20 | 59.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418285

September 8, 2008
PAGE 3

RE: Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|--|-------|--------|
| 08/28/2008 | AME | Work with E. Langley and Mr. Jimmy Parrish regarding filing with bankruptcy court and strategy regarding same; work with L. Reese regarding Palaxar updates filed with Judge and next round of same; analyze deadlines in all matters per Mr. Parrish. | 1.60 | 472.00 |
| 08/29/2008 | AME | Work with Mr. Jimmy Parrish regarding evidentiary hearing on DOJ motion to intervene; work with R. Campbell and E. Langley regarding same. | 1.90 | 560.50 |
| 08/29/2008 | LMR | Finalize summary of all cases in preparation for sending letter to bankruptcy counsel; correspondence with G. Gregory regarding Reichel matter. | 0.10 | 20.00 |
| 08/29/2008 | EBL | Work with K. Corbin and A. Estes regarding hearing to stay bankruptcy proceeding. | 0.20 | 59.00 |
| **TOTAL FEES** | | | $ | **5,509.00** |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.20 |
| | Photocopying | 14.60 |
| | Telefax | 2.00 |
| 08/11/08 | Paid to the Order of - American Express Co (TRS) R. Campbell- Travel to meet with Bankrupcy offical | 795.00 |
| 08/12/08 | Paid to the Order of - Russell J Campbell 6/26-27/08 Travel with A. Estes to meet with Mirabilis Executives and discuss strategy. | 332.25 |
| **TOTAL CHARGES** | | $ **1,144.05** |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | **6,653.05** |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418285

September 8, 2008
PAGE 4

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| TOTALS: | | 48,314.68 | 0.00 | 48,314.68 |

**TOTAL DUE FROM PREVIOUS INVOICES:** **$48,314.68**

**BALCH & BINGHAM LLP**

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 003
Invoice: 418285

RE:       Litigation Management

| | | |
|---|---|---|
| Fees for Professional Services Through 08/31/08 | | 5,509.00 |
| Charges Through 08/31/08 | | 1,144.05 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | 6,653.05 |
| Balance Due on Previous Invoices | | 48,314.68 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | 54,967.73 |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                October 9, 2008
Mr. Bill Cuthill                                        Client ID: 103728
341 N. Maitland Avenue., Ste 210                        Matter ID: 003
Maitland, FL 32751                                      Invoice: 420388

RE:      Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 09/30/08 | 2,003.00 |
| Charges Through 09/30/08 | 677.87 |
| Prepayments Applied to Current Invoice | (       .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      **2,680.87** |
| Balance Due on Previous Invoices | 54,967.73 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     **57,648.60** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AME - Allen M. Estes | 6.60 | 295.00 | 1,947.00 |
| DRB - David R. Burkholder | 0.20 | 280.00 | 56.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 420388

October 9, 2008
PAGE 2

RE: Litigation Management

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|------|-------|--------|
| 09/02/2008 | AME | Update with all trial teams regarding deadlines in various cases after bankruptcy stay expired. | 0.30 | 88.50 |
| 09/04/2008 | DRB | Straighten out invoice question from local counsel in Virginia. | 0.20 | 56.00 |
| 09/09/2008 | AME | Work with D. Burkholder regarding upcoming hearing regarding motion to dismiss in Forge and need for continuance; email to Mr. Jimmy Parrish regarding same. | 0.30 | 88.50 |
| 09/10/2008 | AME | Correspondence with Mr. Jimmy Parrish regarding upcoming deadlines. | 0.20 | 59.00 |
| 09/17/2008 | AME | Work with D. Burkholder and Mr. Jimmy Parrish regarding stay of Forge and other matters pending government intervention in bankruptcy. | 0.60 | 177.00 |
| 09/22/2008 | AME | Review Amodeo documents provided by Mr. Jimmy Parrish and comment regarding same to Mr. Jimmy Parrish and team regarding potential witnesses in bankruptcy case. | 1.25 | 368.75 |
| 09/23/2008 | AME | Review and analyze filings from DOJ regarding staying bankruptcy action or seizing estate funds. | 0.75 | 221.25 |
| 09/24/2008 | AME | Work with Mr. Jimmy Parrish regarding DOJ's latest filings attacking the estate. | 1.30 | 383.50 |
| 09/25/2008 | AME | Emails with Mr. Jimmy Parrish regarding US Attorney's motion to halt bankruptcy. | 0.40 | 118.00 |
| 09/30/2008 | AME | Emails with Mr. Bill Cuthill regarding updated case information; memo to Mr. Cuthill regarding same. | 1.50 | 442.50 |

**TOTAL FEES**                                                                    $     **2,003.00**

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 6.80 |
| 09/26/08 | Paid to the Order of - Thompson McMullan Fees to Thompson McMullan law firm for expenses related to copying documents from Edith Broadhead case filed in Henrico Circuit Court in Virginia, including copying services, courier services, UPS fee | 671.07 |

**TOTAL CHARGES**                                                                 $      **677.87**

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 420388

October 9, 2008
PAGE  3

RE:  Litigation Management

**TOTAL FEES PLUS CHARGES**                                    $      2,680.87

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 420388

October 9, 2008
PAGE 4

RE: Litigation Management

---

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| TOTALS: | | 54,967.73 | 0.00 | 54,967.73 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$54,967.73**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 003
Invoice: 420388

RE:          Litigation Management

| | | |
|---|---|---|
| Fees for Professional Services Through 09/30/08 | | 2,003.00 |
| Charges Through 09/30/08 | | 677.87 |
| Prepayments Applied to Current Invoice | | (       .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **2,680.87** |
| Balance Due on Previous Invoices | | 54,967.73 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **57,648.60** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

**B&B**

BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 003
Invoice: 422428

RE:      Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 10/31/08 | 1,327.50 |
| Charges Through 10/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **1,327.50** |
| Balance Due on Previous Invoices | 57,648.60 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    **58,976.10** |

### S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AME - Allen M. Estes | 4.50 | 295.00 | 1,327.50 |

*Please refer to invoice number 422428 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 422428

November 12, 2008
PAGE 2

RE: Litigation Management

### SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 10/01/2008 | AME | Work with Mr. Jimmy Parrish and D. Burkholder regarding upcoming deadlines and hearings in various matters. | 0.50 | 147.50 |
| 10/03/2008 | AME | Work with L. Reese regarding subpoenas in various matters; email to Mr. Jimmy Parrish regarding same. | 0.20 | 59.00 |
| 10/16/2008 | AME | Work with Mr. Jimmy Parrish regarding bankruptcy motions to be filed and ruled on, and regarding effect of federal investigations on future efforts to collect for the estate. | 1.10 | 324.50 |
| 10/21/2008 | AME | Work with Mr. Jimmy Parrish regarding bankruptcy update, including analysis of D&O Complaint issues, malpractice action and Forge actions, as well as Win-Par recovery issues and strategies going forward; work with E. Langley regarding same. | 2.00 | 590.00 |
| 10/31/2008 | AME | Review and analyze latest pleadings from Federal Court actions; analyze latest indictments and efforts on bankruptcy actions. | 0.70 | 206.50 |

**TOTAL FEES**                                                             $    1,327.50

**TOTAL FEES PLUS CHARGES**                                  $    1,327.50

## BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 422428

November 12, 2008
PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| TOTALS: | | 57,648.60 | 0.00 | 57,648.60 |

**TOTAL DUE FROM PREVIOUS INVOICES:**           **$57,648.60**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 003
Invoice: 422428

RE:       Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 10/31/08 | 1,327.50 |
| Charges Through 10/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (          .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      **1,327.50** |
| Balance Due on Previous Invoices | 57,648.60 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    **58,976.10** |

***REMITTANCE COPY***

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

December 11, 2008
Client ID: 103728
Matter ID: 003
Invoice: 424718

RE:    Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 11/30/08 | 964.00 |
| Charges Through 11/30/08 | 0.30 |
| Prepayments Applied to Current Invoice | (    .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      964.30 |
| Balance Due on Previous Invoices | 58,976.10 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    59,940.40 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AME - Allen M. Estes | 3.20 | 295.00 | 944.00 |
| LMR - Lindsay Reese | 0.10 | 200.00 | 20.00 |

*Please refer to invoice number 424718 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 424718

December 11, 2008
PAGE 2

RE: Litigation Management

## S E R V I C E  D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 10/28/2008 | AME | Emails with Mr. Jimmy Parrish regarding recent filings and need for MVI to take defensive measures. | 3.00 | 885.00 |
| 11/21/2008 | LMR | Receive and review of motion to withdraw filed by Shutts & Bowen in Palaxar case. | 0.10 | 20.00 |
| 11/21/2008 | AME | Review and analyze motions filed in Palaxar case by AQMI counsel. | 0.20 | 59.00 |
| **TOTAL FEES** | | | $ | 964.00 |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.30 |
| **TOTAL CHARGES** | | $   0.30 |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | 964.30 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 424718

December 11, 2008
PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| 422428 | 11/12/2008 | 1,327.50 | 0.00 | 1,327.50 |
| TOTALS: | | 58,976.10 | 0.00 | 58,976.10 |

**TOTAL DUE FROM PREVIOUS INVOICES:**               **$58,976.10**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

December 11, 2008
Client ID: 103728
Matter ID: 003
Invoice: 424718

RE:        Litigation Management

| | | |
|---|---|---|
| Fees for Professional Services Through 11/30/08 | | 964.00 |
| Charges Through 11/30/08 | | 0.30 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **964.30** |
| Balance Due on Previous Invoices | | 58,976.10 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **59,940.40** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

# B&B

**BALCH & BINGHAM** LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                  January 9, 2009
Mr. Bill Cuthill                                          Client ID: 103728
341 N. Maitland Avenue., Ste 210                          Matter ID: 003
Maitland, FL 32751                                        Invoice: 425917

        RE:      Litigation Management

| | | |
|---|---|---|
| Fees for Professional Services Through 12/31/08 | | 452.75 |
| Charges Through 12/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **452.75** |
| Balance Due on Previous Invoices | | 59,940.40 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **60,393.15** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AME - Allen M. Estes | 1.25 | 295.00 | 368.75 |
| DRB - David R. Burkholder | 0.30 | 280.00 | 84.00 |

*Please refer to invoice number 425917 when submitting payment*
*Federal Tax ID# 63-0328165*

### BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

January 9, 2009
Client ID: 103728
Matter ID: 003
Invoice: 425917

RE:       Litigation Management

| | | |
|---|---|---|
| Fees for Professional Services Through 12/31/08 | | 452.75 |
| Charges Through 12/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | ( | .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | 452.75 |
| Balance Due on Previous Invoices | | 59,940.40 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | 60,393.15 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 425917

January 9, 2009
PAGE 3

RE: Litigation Management

---

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| 422428 | 11/12/2008 | 1,327.50 | 0.00 | 1,327.50 |
| 424718 | 12/11/2008 | 964.30 | 0.00 | 964.30 |
| TOTALS: | | 59,940.40 | 0.00 | 59,940.40 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                     **$59,940.40**

# B B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                   February 24, 2009
Mr. Bill Cuthill                                           Client ID: 103728
341 N. Maitland Avenue., Ste 210                           Matter ID: 003
Maitland, FL 32751                                         Invoice: 429052

      RE:      Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 01/31/09 | 150.00 |
| Charges Through 01/31/09 | 0.10 |
| Prepayments Applied to Current Invoice | (    .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **150.10** |
| Balance Due on Previous Invoices | 60,393.15 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    **60,543.25** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AME - Allen M. Estes | 0.50 | 300.00 | 150.00 |

*Please refer to invoice number 429052 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 429052

February 24, 2009
PAGE 2

RE: Litigation Management

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 01/08/2009 | AME | Telephone conference with Mr. Jimmy Parrish regarding recent and upcoming settlement discussions with various counterparties; analyze strategy regarding same. | 0.50 | 150.00 |
| **TOTAL FEES** | | | $ | 150.00 |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.10 |
| **TOTAL CHARGES** | | $ 0.10 |

**TOTAL FEES PLUS CHARGES**          $          150.10

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 429052

February 24, 2009
PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| 422428 | 11/12/2008 | 1,327.50 | 0.00 | 1,327.50 |
| 424718 | 12/11/2008 | 964.30 | 0.00 | 964.30 |
| 425917 | 1/9/2009 | 452.75 | 0.00 | 452.75 |
| TOTALS: | | 60,393.15 | 0.00 | 60,393.15 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$60,393.15**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

February 24, 2009
Client ID: 103728
Matter ID: 003
Invoice: 429052

RE:        Litigation Management

| | | |
|---|---|---:|
| Fees for Professional Services Through 01/31/09 | | 150.00 |
| Charges Through 01/31/09 | | 0.10 |
| Prepayments Applied to Current Invoice | ( | .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **150.10** |
| Balance Due on Previous Invoices | | 60,393.15 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **60,543.25** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

# B·B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                      April 8, 2009
Mr. Bill Cuthill                                             Client ID: 103728
341 N. Maitland Avenue., Ste 210                            Matter ID: 003
Maitland, FL 32751                                          Invoice: 431660

    RE:    Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 03/31/09 | 936.00 |
| Charges Through 03/31/09 | 0.00 |
| Prepayments Applied to Current Invoice | (        .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      936.00 |
| Balance Due on Previous Invoices | 60,543.25 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    61,479.25 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AME - Allen M. Estes | 2.40 | 300.00 | 720.00 |
| DRB - David R. Burkholder | 0.60 | 285.00 | 171.00 |
| LMR - Lindsay Reese | 0.20 | 225.00 | 45.00 |

*Please refer to invoice number 431660 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003                                                    April 8, 2009
Invoice # 431660                                                 PAGE 2

RE: Litigation Management

### SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 03/02/2009 | AME | Analyze status of various matters with potential for recovery for the MVI estate and telephone conference with Mr. Jimmy Parrish regarding same. | 0.30 | 90.00 |
| 03/11/2009 | DRB | Telephone call to Mr. Jimmy Parrish. | 0.10 | 28.50 |
| 03/12/2009 | DRB | Telephone conference with Mr. Jimmy Parrish. | 0.10 | 28.50 |
| 03/13/2009 | AME | Work with Mr. Jimmy Parrish regarding settlements and future litigation to obtain money for the estate; work with D. Burkholder regarding same. | 0.40 | 120.00 |
| 03/16/2009 | AME | Work with L. Reese regarding status of litigated matters with potential for estate recovery. | 0.80 | 240.00 |
| 03/16/2009 | LMR | Correspond with A. Estes and review of scheduling order entered in Hendricks breach of contract case as it relates to specific upcoming deadlines and effect of bankruptcy proceeding on those deadlines. | 0.20 | 45.00 |
| 03/25/2009 | DRB | Locate and forward information to E. Langley regarding Hancock case and Mirabilis ownership of Hancock entities. | 0.40 | 114.00 |
| 03/30/2009 | AME | Receive and analyze Hendrick's motion to substitute counsel; e-mails with Mr. Jimmy Parrish regarding same and status of various litigated matters. | 0.90 | 270.00 |

TOTAL FEES                                              $       936.00

TOTAL FEES PLUS CHARGES                                 $       936.00

# BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 431660

April 8, 2009
PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| 422428 | 11/12/2008 | 1,327.50 | 0.00 | 1,327.50 |
| 424718 | 12/11/2008 | 964.30 | 0.00 | 964.30 |
| 425917 | 1/9/2009 | 452.75 | 0.00 | 452.75 |
| 429052 | 2/24/2009 | 150.10 | 0.00 | 150.10 |
| TOTALS: | | 60,543.25 | 0.00 | 60,543.25 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                                      **$60,543.25**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

April 8, 2009
Client ID: 103728
Matter ID: 003
Invoice: 431660

RE:     Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 03/31/09 | 936.00 |
| Charges Through 03/31/09 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      936.00 |
| Balance Due on Previous Invoices | 60,543.25 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    61,479.25 |

# PALAXAR

# B&B

### BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                          July 31, 2008
Mr. Bill Cuthill                                                  Client ID: 103728
341 N. Maitland Avenue., Ste 210                                 Matter ID: 004
Maitland, FL 32751                                               Invoice: 416450

          RE:     Palaxar

Fees for Professional Services 05/27/08 Through 06/30/08              3,648.00
Charges 05/27/08 Through 06/30/08                                         1.80

Prepayments Applied to Current Invoice                            (       .00)
                                                                 _____
**BALANCE DUE ON CURRENT INVOICE**                       $         3,649.80

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| JRC - J. Russell Campbell | 0.80 | 365.00 | 292.00 |
| AME - Allen M. Estes | 8.80 | 295.00 | 2,596.00 |
| LMR - Lindsay Reese | 3.80 | 200.00 | 760.00 |

*Please refer to invoice number 416450 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 416450

July 31, 2008
PAGE 2

RE: Palaxar

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 05/27/2008 | LMR | Receive and review of opposition to motion for extension; receive and review of bankruptcy filings; correspondence with A. Estes regarding filing of notices of bankruptcy. | 0.40 | 80.00 |
| 05/27/2008 | AME | E-mail to Mr. Aaron Bates regarding reply to Palaxar's response to summary judgment extension; review and analyze same. | 1.70 | 501.50 |
| 05/28/2008 | LMR | Receive and review of order denying motion for extension of time; correspondence with A. Estes and Mr. Aaron Bates regarding filing of notices of bankruptcy. | 0.30 | 60.00 |
| 05/28/2008 | AME | Work with L. Reese and Mr. Aaron Bates regarding case management and strategy issues. | 1.50 | 442.50 |
| 05/29/2008 | LMR | Receive and review of opposition to notice of bankruptcy/stay. | 0.30 | 60.00 |
| 05/30/2008 | AME | Work with L. Reese regarding bankruptcy effect on summary judgment response; e-mails with Mr. Aaron Bates regarding same. | 0.50 | 147.50 |
| 05/30/2008 | LMR | Work with E. Langley and A. Estes regarding staying of case due to bankruptcy; work on research tissues. | 0.90 | 180.00 |
| 06/02/2008 | LMR | Work with E. Langley and A. Estes regarding staying of case due to bankruptcy; correspondence with Mr. Aaron Bates regarding research findings and bankruptcy issues. | 0.40 | 80.00 |
| 06/02/2008 | AME | Work with L. Reese regarding effect bankruptcy was on Palaxar matter; emails with Mr. Aaron Bates regarding same. | 0.70 | 206.50 |
| 06/09/2008 | LMR | Calendar 60 day deadlines for mandatory updates to the Court. | 0.10 | 20.00 |
| 06/11/2008 | AME | Updated on bankruptcy process with Mr. Aaron Bates and R. Campbell; telephone conference with E. Langley regarding same; review pleadings regarding same. | 0.70 | 206.50 |
| 06/17/2008 | LMR | Review file documenting status of case in preparation for team meeting; correspondence with A. Estes regarding review of opposition to stay filed by Mr. Terrence Chu. | 0.20 | 40.00 |
| 06/18/2008 | LMR | Review of motion to reconsider stay and affidavit of Mr. Terrence Chu; correspondence with bankruptcy counsel regarding response. | 0.80 | 160.00 |
| 06/18/2008 | AME | Review and analyze motion to remove the stay; work with L. Reese regarding response to same. | 1.50 | 442.50 |
| 06/19/2008 | AME | Work with L. Reese regarding response to Palaxar's motion for relief from stay. | 1.20 | 354.00 |
| 06/23/2008 | LMR | Correspondence with A. Estes and bankruptcy counsel regarding filing of notice of appearance and response to defendants' opposition to the stay. | 0.20 | 40.00 |

BALCH & BINGHAM LLP

ID: 103728-004                                          July 31, 2008
Invoice # 416450                                       PAGE 3


RE: Palaxar

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 06/26/2008 | AME | Work with L. Reese and Mr. Jimmy Parrish regarding response to motion to reconsider filed by Palaxar. | 0.70 | 206.50 |
| 06/26/2008 | JRC | Review and analysis of motion for reconsideration filed by Palaxar. | 0.80 | 292.00 |
| 06/27/2008 | AME | Work with Mr. Jimmy Parrish regarding response to motion to reconsider filed by Palaxar and case status. | 0.30 | 88.50 |
| 06/27/2008 | LMR | Correspondence with R. Campbell regarding status of Palaxar case, request for jury, and removal to bankruptcy court. | 0.20 | 40.00 |
| **TOTAL FEES** | | | $ | **3,648.00** |


| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 1.80 |
| **TOTAL CHARGES** | | $ **1.80** |
| **TOTAL FEES PLUS CHARGES** | | $ **3,649.80** |

# B·B

## BALCH & BINGHAM LLP
### Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 004
Invoice: 418081

RE:     Palaxar

| | |
|---|---:|
| Fees for Professional Services Through 07/31/08 | 1,717.00 |
| Charges Through 07/31/08 | 0.40 |
| Prepayments Applied to Current Invoice | (    .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **1,717.40** |
| Balance Due on Previous Invoices | 11,638.76 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    **13,356.16** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| EBL - Eric B. Langley | 0.30 | 295.00 | 88.50 |
| AME - Allen M. Estes | 4.30 | 295.00 | 1,268.50 |
| LMR - Lindsay Reese | 1.80 | 200.00 | 360.00 |

*Please refer to invoice number 418081 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 418081

August 31, 2008
PAGE 2

RE: Palaxar

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/02/2008 | LMR | Review affidavits and filings made by defendant referencing the value of Nexia Certification; forward findings to A. Estes | 0.70 | 140.00 |
| 07/02/2008 | AME | Review and analyze documents from Mr. Bill Cuthill regarding Nexia and Edie Curry; work with L. Reese regarding same. | 2.90 | 855.50 |
| 07/03/2008 | AME | Memo to Mr. Bill Cuthill responding to request for information regarding Curry & Hailstones; review and analyze information from Mr. Cuthill regarding same. | 0.70 | 206.50 |
| 07/08/2008 | LMR | Review all scheduling orders, discovery and motions/orders in preparation for providing summary to bankruptcy counsel; draft summary and providing to A. Estes. | 0.90 | 180.00 |
| 07/09/2008 | EBL | Review of order from Judge Antoon on motion for reconsideration; work with A. Estes regarding implications of the same. | 0.30 | 88.50 |
| 07/29/2008 | LMR | Correspondence with bankruptcy counsel regarding update to be filed on Friday, August 1, 2008. | 0.10 | 20.00 |
| 07/30/2008 | AME | Work with L. Reese and Mr. Jimmy Parrish regarding bankruptcy update demanded by Judge Antoon; review discovery to be taken post stay. | 0.70 | 206.50 |
| 07/31/2008 | LMR | Correspondence with Mr. Jimmy Parrish regarding bankruptcy update to be filed with civil court. | 0.10 | 20.00 |

**TOTAL FEES** $ 1,717.00

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.40 |

**TOTAL CHARGES** $ 0.40

**TOTAL FEES PLUS CHARGES** $ 1,717.40

ID: 103728-004
Invoice # 418081

August 31, 2008
PAGE 3

RE: Palaxar

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416450 | 7/31/2008 | 3,649.80 | 0.00 | 3,649.80 |
| 416781 | 7/31/2008 | 7,988.96 | 0.00 | 7,988.96 |
| TOTALS: | | 11,638.76 | 0.00 | 11,638.76 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    $11,638.76

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 004
Invoice: 418081

RE:     Palaxar

| | |
|---|---:|
| Fees for Professional Services Through 07/31/08 | 1,717.00 |
| Charges Through 07/31/08 | 0.40 |
| Prepayments Applied to Current Invoice | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     **1,717.40** |
| Balance Due on Previous Invoices | 11,638.76 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     **13,356.16** |

* * * **R E M I T T A N C E   C O P Y** * * *

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
### Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                September 8, 2008
Mr. Bill Cuthill                                        Client ID: 103728
341 N. Maitland Avenue., Ste 210                        Matter ID: 004
Maitland, FL 32751                                      Invoice: 418286

RE:     Palaxar

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 939.50 |
| Charges Through 08/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (        .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $        939.50 |
| Balance Due on Previous Invoices | 13,356.16 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     14,295.66 |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AME - Allen M. Estes | 2.10 | 295.00 | 619.50 |
| LMR - Lindsay Reese | 1.60 | 200.00 | 320.00 |

*Please refer to invoice number 418286 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 418286

September 8, 2008
PAGE 2

RE: Palaxar

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/01/2008 | LMR | Correspondence with Mr. Jimmy Parrish regarding bankruptcy update to be filed with civil court; review orders entered by court; correspondence with A. Estes regarding bankruptcy update. | 0.50 | 100.00 |
| 08/01/2008 | AME | Work with L. Reese regarding bankruptcy status report to Judge Antoon; review pleadings and documents regarding same. | 1.10 | 324.50 |
| 08/04/2008 | LMR | Correspondence with Mr. Jimmy Parrish and A. Estes regarding bankruptcy update to be filed with civil court; draft and e-file bankruptcy update. | 1.00 | 200.00 |
| 08/04/2008 | AME | Review and analyze status report filed by U.S. Attorney; work with Mr. Jimmy Parrish and L. Reese regarding same and MVI update to Court. | 1.00 | 295.00 |
| 08/08/2008 | LMR | Review of date for lifting of discovery to assess plans for completion of discovery. | 0.10 | 20.00 |

**TOTAL FEES**                                                                $        939.50

**TOTAL FEES PLUS CHARGES**                                      $        939.50

BALCH & BINGHAM LLP

ID: 103728-004                                          September 8, 2008
Invoice # 418286                                        PAGE 3

RE: Palaxar

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416450 | 7/31/2008 | 3,649.80 | 0.00 | 3,649.80 |
| 416781 | 7/31/2008 | 7,988.96 | 0.00 | 7,988.96 |
| 418081 | 8/31/2008 | 1,717.40 | 0.00 | 1,717.40 |
| TOTALS: | | 13,356.16 | 0.00 | 13,356.16 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$13,356.16**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 004
Invoice: 418286

RE:      Palaxar

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 939.50 |
| Charges Through 08/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $   939.50 |
| Balance Due on Previous Invoices | 13,356.16 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $  14,295.66 |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 004
Invoice: 422429

RE:   Palaxar

| | |
|---|---:|
| Fees for Professional Services Through 10/31/08 | 442.50 |
| Charges Through 10/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      442.50 |
| Balance Due on Previous Invoices | 14,295.66 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   14,738.16 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AME - Allen M. Estes | 1.50 | 295.00 | 442.50 |

*Please refer to invoice number 422429 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-004                                    November 12, 2008
Invoice # 422429                                  PAGE 2

RE:  Palaxar

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 10/27/2008 | AME | Review and analyze correspondence from Palaxar defendant counsel regarding motion to lift stay; forward with comment to Mr. Jimmy Parrish. | 0.30 | 88.50 |
| 10/28/2008 | AME | Emails with Mr. Jimmy Parrish regarding recent filings and need for MVI to take defensive measures. | 1.20 | 354.00 |
| **TOTAL FEES** | | | $ | **442.50** |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | **442.50** |

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 422429

November 12, 2008
PAGE 3

RE: Palaxar

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416450 | 7/31/2008 | 3,649.80 | 0.00 | 3,649.80 |
| 416781 | 7/31/2008 | 7,988.96 | 0.00 | 7,988.96 |
| 418081 | 8/31/2008 | 1,717.40 | 0.00 | 1,717.40 |
| 418286 | 9/8/2008 | 939.50 | 0.00 | 939.50 |
| TOTALS: | | 14,295.66 | 0.00 | 14,295.66 |

**TOTAL DUE FROM PREVIOUS INVOICES:** **$14,295.66**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.                                     November 12, 2008
Mr. Bill Cuthill                                             Client ID: 103728
341 N. Maitland Avenue., Ste 210                            Matter ID: 004
Maitland, FL 32751                                          Invoice: 422429

          RE:        Palaxar


Fees for Professional Services Through 10/31/08                        442.50
Charges Through 10/31/08                                                  0.00

Prepayments Applied to Current Invoice                            (        .00)

**BALANCE DUE ON CURRENT INVOICE**                       $           442.50

Balance Due on Previous Invoices                                    14,295.66

**TOTAL DUE INCLUDING PREVIOUS BALANCE**                 $         14,738.16


\* \* \* **R E M I T T A N C E   C O P Y** \* \* \*

*Please return this page with your payment*

**REICHEL**

# B&B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                July 31, 2008
Mr. Bill Cuthill                                        Client ID: 103728
341 N. Maitland Avenue., Ste 210                        Matter ID: 008
Maitland, FL 32751                                      Invoice: 416435

RE:     Jeffrey and Beverley Reichel

Fees for Professional Services 05/27/08 Through 06/30/08            9,549.00
Charges 05/27/08 Through 06/30/08                                     376.18

Prepayments Applied to Current Invoice                          (      .00)
                                                     _____
**BALANCE DUE ON CURRENT INVOICE**                   $       9,925.18

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| JLH - James L. Hollis | 16.00 | 315.00 | 5,040.00 |
| GWG - Geremy Gregory | 16.20 | 220.00 | 3,564.00 |
| NW - Nicola Wages | 7.00 | 135.00 | 945.00 |

*Please refer to invoice number 416435 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 416435

July 31, 2008
PAGE 2

RE: Jeffrey and Beverley Reichel

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|------|--------|
| 05/27/2008 | GWG | Draft Motion for Continuance. | 0.80 | 176.00 |
| 05/27/2008 | JLH | Exchange e-mails with Mr. David Lichter regarding subpoena; review calendar notice and bankruptcy filing; coordinate efforts and remove from calendar; conference with G. Gregory regarding same. | 2.00 | 630.00 |
| 05/28/2008 | JLH | Review bankruptcy filing; review rules regarding automatic stay. | 0.40 | 126.00 |
| 05/28/2008 | GWG | Telephone call to Mark Lee regarding affidavit for Reply Brief. | 0.40 | 88.00 |
| 05/29/2008 | GWG | Draft Motion for Continuance; revisions to Reply Brief. | 0.60 | 132.00 |
| 05/30/2008 | GWG | Meeting with J. Hollis regarding Mirabilis bankruptcy; telephone calls to Mr. Gary Barnes, Pete Beasley and Aaron Bates regarding Mirabilis bankruptcy; revisions to Reply Brief. | 2.00 | 440.00 |
| 05/30/2008 | JLH | Review rules regarding conflicts of interest; review scheduling orders and calendar information; telephone conference with E. Langley and Mr. David Burkholder regarding bankruptcy; telephone conference with Mr. Gary Barnes regarding settlement offer; conference with G. Gregory regarding same. | 6.20 | 1,953.00 |
| 05/30/2008 | NW | Review supplemental discussion regarding production of documents; calendar due date for same. | 0.20 | 27.00 |
| 05/31/2008 | GWG | Continue drafting Motion for Continuance. | 1.60 | 352.00 |
| 06/02/2008 | NW | Review final version of Defendant's Motion for Continuance; prepare cover letter to clerk, mail same and serve opposing counsel; draft cover letter for hand-delivery to Judge South; assemble and prepare exhibits for brief; redact and prepare Stock Purchase Agreement for filing; revise Defendant's Motion for Continuance. | 3.00 | 405.00 |
| 06/02/2008 | GWG | Draft Motion for Continuance; draft correspondence regarding notification of conflict of interest; draft e-mails to and from Mr. Aaron Bates regarding same; telephone call to Mr. Steve Hardy regarding substitution of counsel; draft supplemental motion for continuance. | 6.20 | 1,364.00 |
| 06/02/2008 | JLH | Telephone conference with Mr. Aaron Bates regarding manual litigation and conflict with Allstaff; exchange e-mail with Mr. Eric Langley regarding same; revise Motion for Continuance; conference with G. Gregory regarding same; conference with Mr. David Burkholder regarding bankruptcy effect. | 3.60 | 1,134.00 |
| 06/03/2008 | JLH | Telephone conference with Mr. Gary Burnes regarding Motion for Continuance; conference with G. Gregory regarding same. | 0.60 | 189.00 |

BALCH & BINGHAM LLP

ID: 103728-008                                          July 31, 2008
Invoice # 416435                                       PAGE 3

RE: Jeffrey and Beverley Reichel

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 06/03/2008 | GWG | Telephone call with Mr. Gary Barnes regarding continuance; prepare for status conference call to Judge's chambers; revisions to Supplemental Motion for Continuance. | 2.80 | 616.00 |
| 06/03/2008 | NW | Prepare a follow-up letter to clerk by hand-delivery regarding a second filing of Defendant's Motion for Continuance, attaching only Exhibit A being the unredacted Stock Purchase Agreement; serve opposing counsel by facsimile. | 1.60 | 216.00 |
| 06/04/2008 | GWG | Telephone call from Judge's chambers regarding civil trial calendar and Motion for Continuance; telephone call with Mr. Steve Hardy regarding same. | 0.40 | 88.00 |
| 06/04/2008 | JLH | Review Motion for Continuance and correspondence regarding withdrawal. | 0.40 | 126.00 |
| 06/05/2008 | GWG | Telephone call from Judge's chambers regarding civil trial calendar and Motion for Continuance; telephone call with Steve Hardy regarding same. | 0.40 | 88.00 |
| 06/06/2008 | NW | Researched file and web for e-mail addresses for Aaron Bates, Elizabeth Green and Steve Hardy; e-mailed copy of signed Order of Continuance. | 0.60 | 81.00 |
| 06/09/2008 | NW | Contact clerk of Gwinnett State Court in order to verify Defendant's Motion for Continuance and civil action file number with previously filed pleadings. | 0.20 | 27.00 |
| 06/09/2008 | JLH | Telephone with Judge's clerk regarding continuance; exchange e-mails regarding same. | 0.40 | 126.00 |
| 06/10/2008 | NW | Prepare Notice of Substitution of Counsel. | 0.60 | 81.00 |
| 06/10/2008 | NW | Prepare Notice of Substitution of Counsel. | 0.60 | 81.00 |
| 06/11/2008 | GWG | Draft conflict waiver request. | 0.80 | 176.00 |
| 06/12/2008 | JLH | Review correspondence from Mr. David Lichter; prepare reply. | 0.40 | 126.00 |
| 06/16/2008 | NW | Review Order and calendar date for continuance of trial. | 0.20 | 27.00 |
| 06/17/2008 | JLH | Telephone conference with Mr. Allen Estes and Mr. Eric Langley regarding claims; prepare e-mail to same summarizing issues and claims; conference with G. Gregory regarding same. | 1.40 | 441.00 |
| 06/19/2008 | JLH | Prepare correspondence to Mr. David Lichter regarding subpoena and withdrawal. | 0.40 | 126.00 |
| 06/20/2008 | JLH | Exchange e-mail with Mr. Steve Hardy regarding file transition of Allstaff; work with G. Gregory regarding same. | 0.20 | 63.00 |
| 06/23/2008 | GWG | Telephone call with Mr. Steve Hardy regarding Florida subpoena. | 0.20 | 44.00 |
| **TOTAL FEES** | | | $ | **9,549.00** |

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 416435

July 31, 2008
PAGE  4

RE:  Jeffrey and Beverley Reichel

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 9.80 |
| 06/23/08 | Paid to the Order of -  A Quick Delivery messenger service | 91.31 |
| 06/23/08 | Paid to the Order of -  A Quick Delivery messenger service | 91.31 |
| 06/23/08 | Paid to the Order of -  A Quick Delivery messenger service | 91.88 |
| 06/23/08 | Paid to the Order of -  A Quick Delivery messenger service | 91.88 |
| **TOTAL CHARGES** | | $      376.18 |
| | | |
| **TOTAL FEES PLUS CHARGES** | | $    9,925.18 |

**B&B**

### BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 008
Invoice: 418082

RE:     Jeffrey and Beverley Reichel

| | |
|---|---:|
| Fees for Professional Services Through 07/31/08 | 427.50 |
| Charges Through 07/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     427.50 |
| Balance Due on Previous Invoices | 11,444.58 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   11,872.08 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| JLH - James L. Hollis | 1.10 | 315.00 | 346.50 |
| NW - Nicola Wages | 0.60 | 135.00 | 81.00 |

*Please refer to invoice number 418082 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-008
Invoice # 418082

August 31, 2008
PAGE 2

RE: Jeffrey and Beverley Reichel

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/07/2008 | JLH | Revise summary and budget e-mail regarding Reichel claim for bankruptcy trustee. | 0.50 | 157.50 |
| 07/07/2008 | NW | Track discovery deadline and scheduling order for case; furnish G. Gregory with list of deadlines and the discovery that had been completed. | 0.60 | 81.00 |
| 07/08/2008 | JLH | Review e-mails regarding status; prepare update. | 0.60 | 189.00 |
| **TOTAL FEES** | | | $ | **427.50** |

**TOTAL FEES PLUS CHARGES**                                $        427.50

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 418082

August 31, 2008
PAGE 3

RE: Jeffrey and Beverley Reichel

---

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416435 | 7/31/2008 | 9,925.18 | 0.00 | 9,925.18 |
| 416786 | 7/31/2008 | 1,519.40 | 0.00 | 1,519.40 |
| TOTALS: | | 11,444.58 | 0.00 | 11,444.58 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                                    **$11,444.58**

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 008
Invoice: 418082

RE:     Jeffrey and Beverley Reichel

| | | |
|---|---|---|
| Fees for Professional Services Through 07/31/08 | | 427.50 |
| Charges Through 07/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | 427.50 |
| Balance Due on Previous Invoices | | 11,444.58 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **11,872.08** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 008
Invoice: 418288

RE:   Jeffrey and Beverley Reichel

| | | |
|---|---|---|
| Fees for Professional Services Through 08/31/08 | | 313.00 |
| Charges Through 08/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | ( | .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **313.00** |
| Balance Due on Previous Invoices | | 11,872.08 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **12,185.08** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| JLH - James L. Hollis | 0.20 | 315.00 | 63.00 |
| GWG - Geremy Gregory | 0.40 | 220.00 | 88.00 |
| NW - Nicola Wages | 1.20 | 135.00 | 162.00 |

GALLOP & BINGHAM LLP

ID: 103728-008
Invoice # 418288

September 8, 2008
PAGE 2

RE: Jeffrey and Beverley Reichel

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/27/2008 | JLH | Review status and Motion to Stay. | 0.20 | 63.00 |
| 08/29/2008 | GWG | Revisions to Motion to Stay. | 0.40 | 88.00 |
| 08/29/2008 | NW | Review status of case on-line at Gwinnett County State Court website; call to clerk regarding current status; prepare Motion to Stay Proceedings and Proposed Order. | 1.20 | 162.00 |
| **TOTAL FEES** | | | $ | 313.00 |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | 313.00 |

ID: 103728-008
Invoice # 418288

September 8, 2008
PAGE 3

RE: Jeffrey and Beverley Reichel

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416435 | 7/31/2008 | 9,925.18 | 0.00 | 9,925.18 |
| 416786 | 7/31/2008 | 1,519.40 | 0.00 | 1,519.40 |
| 418082 | 8/31/2008 | 427.50 | 0.00 | 427.50 |
| TOTALS: | | 11,872.08 | 0.00 | 11,872.08 |

**TOTAL DUE FROM PREVIOUS INVOICES:** $11,872.08

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 008
Invoice: 418288

RE:      Jeffrey and Beverley Reichel

| | | |
|---|---|---|
| Fees for Professional Services Through 08/31/08 | | 313.00 |
| Charges Through 08/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | 313.00 |
| Balance Due on Previous Invoices | | 11,872.08 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | 12,185.08 |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                           October 9, 2008
Mr. Bill Cuthill                                   Client ID: 103728
341 N. Maitland Avenue., Ste 210                   Matter ID: 008
Maitland, FL 32751                                 Invoice: 420390

RE:   Jeffrey and Beverley Reichel

| | |
|---|---:|
| Fees for Professional Services Through 09/30/08 | 260.00 |
| Charges Through 09/30/08 | 16.40 |
| Prepayments Applied to Current Invoice | (          .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $          **276.40** |
| Balance Due on Previous Invoices | 12,185.08 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     **12,461.48** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| GWG - Geremy Gregory | 0.20 | 220.00 | 44.00 |
| NW - Nicola Wages | 1.60 | 135.00 | 216.00 |

*Please refer to invoice number 420390 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 420390

October 9, 2008
PAGE 2

RE: Jeffrey and Beverley Reichel

## S E R V I C E  D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 09/02/2008 | NW | Prepare Motion to Stay Proceedings and Proposed Order for mailing; prepare letter to clerk of court. | 0.80 | 108.00 |
| 09/02/2008 | GWG | Telephone call with Mr. Steve Hardy. | 0.20 | 44.00 |
| 09/12/2008 | NW | Place call to clerk regarding status of order; follow up regarding September 18, 2008 hearing to be removed from court docket; set reminder for review of the status of removal of September 18 hearing. | 0.40 | 54.00 |
| 09/16/2008 | NW | Review order; calendar Order staying proceedings expiration date; calendar 20 days prior to expiration date; place call to clerk and confirm hearing that is showing on court's calendar will be removed per order. | 0.40 | 54.00 |
| **TOTAL FEES** | | | $ | 260.00 |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 16.40 |
| **TOTAL CHARGES** | | $ 16.40 |
| | | |
| **TOTAL FEES PLUS CHARGES** | | $ 276.40 |

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 420390

October 9, 2008
PAGE 3

RE: Jeffrey and Beverley Reichel

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416435 | 7/31/2008 | 9,925.18 | 0.00 | 9,925.18 |
| 416786 | 7/31/2008 | 1,519.40 | 0.00 | 1,519.40 |
| 418082 | 8/31/2008 | 427.50 | 0.00 | 427.50 |
| 418288 | 9/8/2008 | 313.00 | 0.00 | 313.00 |
| TOTALS: | | 12,185.08 | 0.00 | 12,185.08 |

**TOTAL DUE FROM PREVIOUS INVOICES:**          **$12,185.08**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 008
Invoice: 420390

RE:      Jeffrey and Beverley Reichel

| | |
|---|---:|
| Fees for Professional Services Through 09/30/08 | 260.00 |
| Charges Through 09/30/08 | 16.40 |
| Prepayments Applied to Current Invoice | (       .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $       **276.40** |
| Balance Due on Previous Invoices | 12,185.08 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     **12,461.48** |

## * * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

December 11, 2008
Client ID: 103728
Matter ID: 008
Invoice: 424721

RE:     Jeffrey and Beverley Reichel

| | |
|---|---:|
| Fees for Professional Services Through 11/30/08 | 909.00 |
| Charges Through 11/30/08 | 176.59 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **1,085.59** |
| Balance Due on Previous Invoices | 12,461.48 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   **13,547.07** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| GWG - Geremy Gregory | 1.80 | 220.00 | 396.00 |
| NW - Nicola Wages | 3.80 | 135.00 | 513.00 |

*Please refer to invoice number 424721 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-008

December 11, 2008

Invoice # 424721

PAGE 2

RE: Jeffrey and Beverley Reichel

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|------|-------|--------|
| 11/03/2008 | GWG | Telephone calls with Ms. Elizabeth Green and J. Hollis regarding voluntary dismissal. | 0.40 | 88.00 |
| 11/03/2008 | NW | Review Jury Trial Calendar and calendar the following deadlines: deadline to Dismiss or Settle case; deadline to submit completed ADR form to Judge's office; deadline to make e-mail announcements; deadline to Request for Continuance. | 0.60 | 81.00 |
| 11/04/2008 | GWG | Draft letter to Ms. Elizabeth Green; meeting with J. Hollis regarding same. | 0.40 | 88.00 |
| 11/07/2008 | GWG | Telephone call with Ms. Elizabeth Green regarding voluntary dismissal; draft same. | 0.60 | 132.00 |
| 11/07/2008 | NW | Prepare Dismissal without Prejudice. | 0.80 | 108.00 |
| 11/10/2008 | NW | Amend Dismissal Without Prejudice; prepare document for filing and mail same to opposing counsel; schedule courier for court run; calendar deadlines for six-month tolling period and twenty-day reminder; prepare letter to Elizabeth Green regarding Dismissal. | 1.60 | 216.00 |
| 11/11/2008 | GWG | E-mail dismissal to Ms. Elizabeth Green; e-mail to chambers regarding voluntary dismissal. | 0.40 | 88.00 |
| 11/11/2008 | NW | Review file; prepare e-mail announcement and e-mail to G. Gregory. | 0.80 | 108.00 |

**TOTAL FEES**                                                                              $        909.00

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 2.00 |
| 09/02/08 | Federal Express Invoice # 2-911-06682 from Nicola Wages to Clerk of Court. | 14.85 |
| 11/26/08 | Paid to the Order of - A Quick Delivery messenger service | 79.62 |
| 11/26/08 | Paid to the Order of - A Quick Delivery messenger service | 80.12 |

**TOTAL CHARGES**                                                                          $        176.59

**TOTAL FEES PLUS CHARGES**                                                          $      1,085.59

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 424721

December 11, 2008
PAGE 3

RE: Jeffrey and Beverley Reichel

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416435 | 7/31/2008 | 9,925.18 | 0.00 | 9,925.18 |
| 416786 | 7/31/2008 | 1,519.40 | 0.00 | 1,519.40 |
| 418082 | 8/31/2008 | 427.50 | 0.00 | 427.50 |
| 418288 | 9/8/2008 | 313.00 | 0.00 | 313.00 |
| 420390 | 10/9/2008 | 276.40 | 0.00 | 276.40 |
| TOTALS: | | 12,461.48 | 0.00 | 12,461.48 |

**TOTAL DUE FROM PREVIOUS INVOICES:** $12,461.48

# BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

December 11, 2008
Client ID: 103728
Matter ID: 008
Invoice: 424721

RE:     Jeffrey and Beverley Reichel

| | |
|---|---|
| Fees for Professional Services Through 11/30/08 | 909.00 |
| Charges Through 11/30/08 | 176.59 |
| Prepayments Applied to Current Invoice | (        .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     **1,085.59** |
| Balance Due on Previous Invoices | 12,461.48 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     **13,547.07** |

# * * * REMITTANCE COPY * * *

*Please return this page with your payment*

EXHIBIT "B"

DUE DILIGENCE/D&O COMPLAINT

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                    July 31, 2008
Mr. Bill Cuthill                                            Client ID: 103728
341 N. Maitland Avenue., Ste 210                           Matter ID: 002
Maitland, FL 32751                                         Invoice: 416422

RE:      Due Diligence / D&O Complaint

| | |
|---|---:|
| Fees for Professional Services 05/27/08 Through 06/30/08 | 600.00 |
| Charges 05/27/08 Through 06/30/08 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      **600.00** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AKS - Amy Steindorff | 2.40 | 250.00 | 600.00 |

*Please refer to invoice number 416422 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-002                                                July 31, 2008
Invoice # 416422                                             PAGE 2

RE: Due Diligence / D&O Complaint

### S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 05/27/2008 | AKS | Receipt and review bankruptcy materials from Mirabilis. | 0.20 | 50.00 |
| 06/17/2008 | AKS | Team meeting regarding all pending Mirabilis matters in preparation to response to inquiry from bankruptcy counsel. | 1.00 | 250.00 |
| 06/24/2008 | AKS | Confer with S. Taylor regarding status of Mirabilis litigation, D&O lawsuit. | 0.40 | 100.00 |
| 06/25/2008 | AKS | Provide A. Estes update on D&O complaint in preparation for his communication with bankruptcy counsel. | 0.70 | 175.00 |
| 06/27/2008 | AKS | Receipt of update regarding matters to be joined in bankruptcy litigation from L. Reese. | 0.10 | 25.00 |
| **TOTAL FEES** | | | $ | **600.00** |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | **600.00** |

# FORGE CAPITAL

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 007
Invoice: 418287

RE:    Forge Capital

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 3,972.00 |
| Charges Through 08/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    3,972.00 |
| Balance Due on Previous Invoices | 2,291.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    6,263.50 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AME - Allen M. Estes | 3.60 | 295.00 | 1,062.00 |
| DRB - David R. Burkholder | 3.40 | 280.00 | 952.00 |
| JHC - Jennifer Clark | 8.90 | 220.00 | 1,958.00 |

*Please refer to invoice number 418287 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 418287

September 8, 2008
PAGE 2

RE: Forge Capital

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/07/2008 | DRB | Preparation for meeting; review correspondence; communications with A. Estes; meeting with Mr. Jimmy Parrish, A. Estes, E. Langley, and R. Campbell. | 2.50 | 700.00 |
| 08/07/2008 | AME | Work with D. Burkholder, R. Campbell and Mr. Jimmy Parrish regarding strategy for Forge matter, including need to remove case to Bankruptcy Court. | 3.60 | 1,062.00 |
| 08/20/2008 | JHC | Correspondence with D. Burkholder regarding status of case; review documentation relating to case in preparation for meeting. | 1.10 | 242.00 |
| 08/21/2008 | JHC | Continue reviewing pleadings, correspondence, and discovery requests and responses in preparation for meeting with D. Burkholder to discuss status of case; office conference with D. Burkholder to discuss discovery tasks to be completed upon expiration of bankruptcy stay; office conference with K. Corbin regarding updating and reviewing discovery files. | 2.30 | 506.00 |
| 08/21/2008 | DRB | Meeting with J. Clark regarding upcoming end to bankruptcy stay and strategy thereafter. | 0.90 | 252.00 |
| 08/25/2008 | JHC | Review documents relating to Atlantic American in connection with post-stay moving forward strategy. | 3.20 | 704.00 |
| 08/26/2008 | JHC | Continue reviewing documentation produced by defendants in connection with post-stay moving forward strategy. | 2.10 | 462.00 |
| 08/29/2008 | JHC | Review order from court setting hearing on Government's motion to stay; review related correspondence; notes to file regarding status of action. | 0.20 | 44.00 |

**TOTAL FEES**                                                                                     $     3,972.00

**TOTAL FEES PLUS CHARGES**                                                         $     3,972.00

ID: 103728-007
Invoice # 418287

September 8, 2008
PAGE 3

RE: Forge Capital

---

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416785 | 7/31/2008 | 2,291.50 | 0.00 | 2,291.50 |
| TOTALS: | | 2,291.50 | 0.00 | 2,291.50 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$2,291.50**

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 007
Invoice: 418287

      RE:      Forge Capital

| | | |
|---|---|---|
| Fees for Professional Services Through 08/31/08 | | 3,972.00 |
| Charges Through 08/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | 3,972.00 |
| Balance Due on Previous Invoices | | 2,291.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | 6,263.50 |

***REMITTANCE COPY***

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 007
Invoice: 420389

RE:    Forge Capital

| | |
|---|---:|
| Fees for Professional Services Through 09/30/08 | 84.00 |
| Charges Through 09/30/08 | 0.00 |
| Prepayments Applied to Current Invoice | (    .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **84.00** |
| Balance Due on Previous Invoices | 6,263.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    **6,347.50** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DRB - David R. Burkholder | 0.30 | 280.00 | 84.00 |

*Please refer to invoice number 420389 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 420389

October 9, 2008
PAGE 2

RE: Forge Capital

### SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 09/09/2008 | DRB | Work with R. Campbell, E. Langley, and A. Estes regarding upcoming hearing. | 0.10 | 28.00 |
| 09/22/2008 | DRB | Work with A. Estes regarding upcoming hearing. | 0.10 | 28.00 |
| 09/30/2008 | DRB | Telephone call and e-mail to Mr. Jimmy Parrish regarding upcoming hearing on defendants' motion for summary judgment. | 0.10 | 28.00 |
| **TOTAL FEES** | | | $ | 84.00 |

**TOTAL FEES PLUS CHARGES**                                   $        84.00

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 420389

October 9, 2008
PAGE 3

RE: Forge Capital

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416785 | 7/31/2008 | 2,291.50 | 0.00 | 2,291.50 |
| 418287 | 9/8/2008 | 3,972.00 | 0.00 | 3,972.00 |
| TOTALS: | | 6,263.50 | 0.00 | 6,263.50 |

**TOTAL DUE FROM PREVIOUS INVOICES:**          **$6,263.50**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 007
Invoice: 420389

RE:     Forge Capital

| | | |
|---|---|---|
| Fees for Professional Services Through 09/30/08 | | 84.00 |
| Charges Through 09/30/08 | | 0.00 |
| Prepayments Applied to Current Invoice | ( | .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **84.00** |
| Balance Due on Previous Invoices | | 6,263.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **6,347.50** |

*** R E M I T T A N C E   C O P Y ***

*Please return this page with your payment*

**B&B**

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 007
Invoice: 422430

RE:     Forge Capital

| | |
|---|---:|
| Fees for Professional Services Through 10/31/08 | 967.00 |
| Charges Through 10/31/08 | 138.03 |
| Prepayments Applied to Current Invoice | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ 1,105.03 |
| Balance Due on Previous Invoices | 6,347.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ 7,452.53 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| EBL - Eric B. Langley | 0.20 | 295.00 | 59.00 |
| AME - Allen M. Estes | 0.80 | 295.00 | 236.00 |
| DRB - David R. Burkholder | 2.40 | 280.00 | 672.00 |

*Please refer to invoice number 422430 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 422430

November 12, 2008
PAGE 2

RE: Forge Capital

### S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 10/02/2008 | DRB | Telephone call and e-mail to Mr. Jimmy Parrish (message) regarding October 6 hearing; telephone conference with Mr. Jimmy Parrish and Ms. Elizabeth Green; analysis of statute of limitations issues. | 0.40 | 112.00 |
| 10/02/2008 | AME | Work with D. Burkholder regarding 10/6 hearing on motion to dismiss. | 0.20 | 59.00 |
| 10/03/2008 | AME | Work with D. Burkholder and Mr. Jimmy Parrish regarding Forge claims and upcoming 10/6 hearing. | 0.60 | 177.00 |
| 10/03/2008 | EBL | Work with D. Burkholder regarding potential dismissal of Forge case without prejudice and impact of the same; review of Florida Rules of Civil Procedure regarding dismissal without prejudice. | 0.20 | 59.00 |
| 10/03/2008 | DRB | Research on statute of limitations issues in Florida for each claim in the Forge matter; review of Florida Rule of Civil Procedure 1.420 and research on that rule; work with E. Langley; update to Mr. Jimmy Parrish. | 1.80 | 504.00 |
| 10/06/2008 | DRB | Telephone conference with Mr. Jimmy Parrish; update to R. Campbell, A. Estes, and E. Langley. | 0.20 | 56.00 |

**TOTAL FEES**      $    **967.00**

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.10 |
| 10/03/08 | Westlaw Research Performed by DAVID R BURKHOLDER | 137.93 |

**TOTAL CHARGES**      $    **138.03**

**TOTAL FEES PLUS CHARGES**      $    **1,105.03**

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 422430

November 12, 2008
PAGE 3

RE: Forge Capital

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416785 | 7/31/2008 | 2,291.50 | 0.00 | 2,291.50 |
| 418287 | 9/8/2008 | 3,972.00 | 0.00 | 3,972.00 |
| 420389 | 10/9/2008 | 84.00 | 0.00 | 84.00 |
| TOTALS: | | 6,347.50 | 0.00 | 6,347.50 |

**TOTAL DUE FROM PREVIOUS INVOICES:**  $6,347.50

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 007
Invoice: 422430

RE:     Forge Capital

| | | |
|---|---|---|
| Fees for Professional Services Through 10/31/08 | | 967.00 |
| Charges Through 10/31/08 | | 138.03 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **1,105.03** |
| Balance Due on Previous Invoices | | 6,347.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **7,452.53** |

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

March 12, 2009
Client ID: 103728
Matter ID: 007
Invoice: 429929

RE:     Forge Capital

| | | |
|---|---|---:|
| Fees for Professional Services Through 02/28/09 | | 3,360.50 |
| Charges Through 02/28/09 | | 5.20 |
| Prepayments Applied to Current Invoice | | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **3,365.70** |
| Balance Due on Previous Invoices | | 7,452.53 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **10,818.23** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| EBL - Eric B. Langley | 0.90 | 320.00 | 288.00 |
| AME - Allen M. Estes | 9.90 | 300.00 | 2,970.00 |
| MRC - Marcus Chatterton | 0.50 | 205.00 | 102.50 |

## BALCH & BINGHAM LLP

ID: 103728-007                                                  March 12, 2009
Invoice # 429929                                               PAGE 2


RE: Forge Capital


### SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|--|-------|--------|
| 02/16/2009 | EBL | Work with A. Estes regarding claim valuation for bankruptcy trustee and counsel. | 0.40 | 128.00 |
| 02/16/2009 | AME | Telephone conference with Mr. Jimmy Parrish regarding potential Forge settlement and related issues; work with D. Burkholder regarding same; review documents regarding same. | 1.90 | 570.00 |
| 02/17/2009 | AME | Continue analysis of potential settlement options with Forge defendants to maximize recover for the estate; review Forge produced documents regarding same. | 0.30 | 90.00 |
| 02/18/2009 | AME | Work with D. Burkholder regarding analysis of claims value in Forge state court litigation; analyze same; telephone conference with Mr. Jimmy Parrish regarding same. | 1.10 | 330.00 |
| 02/19/2009 | AME | Telephone conference with Mr. Jimmy Parrish regarding potential Forge settlement; review Forge pleadings regarding same; work with D. Burkholder regarding same. | 0.50 | 150.00 |
| 02/20/2009 | AME | Emails with Mr. Bill Cuthill regarding case status information; telephone conference with Ms. Liz Greene and Mr. Jimmy Parrish regarding potential settlement of Forge matters; work with M. Chatterton regarding same. | 1.20 | 360.00 |
| 02/20/2009 | MRC | Work with A. Estes to review correspondence to identify those documents related to a possible recovery in the Forge matter. | 0.50 | 102.50 |
| 02/23/2009 | AME | E-mails with Mr. Bill Cuthill regarding Forge state court action; analyze additional facts provided by Mr. Cuthill; work with E. Langley regarding same and developing opinions regarding settlement options; memorandum to Mr. Cuthill regarding same. | 1.20 | 360.00 |
| 02/24/2009 | EBL | Work with A. Estes on case evaluation issues in connection with providing case evaluation to Mr. Bill Cuthill for use in settlement discussions. | 0.50 | 160.00 |
| 02/24/2009 | AME | Work with E. Langley regarding analysis of settlement possibilities in Forge lawsuits; telephone call to Mr. Jimmy Parrish regarding same; draft memorandum to Mr. Bill Cuthill regarding same. | 1.30 | 390.00 |
| 02/25/2009 | AME | E-mails with Mr. Bill Cuthill regarding settlement possibilities and analysis in Forge litigation; review documents regarding same; telephone call to Mr. Jimmy Parrish regarding settlement discussion and strategy. | 0.90 | 270.00 |
| 02/27/2009 | AME | Telephone conference with Mr. Jimmy Parrish regarding settlement strategy options and plan going forward; analyze additional documents and information noted by Mr. Parrish; work with Mr. Jimmy Parrish regarding strategies for various cases to recover for the estate; analyze same . | 1.50 | 450.00 |

BALCH & BINGHAM LLP

ID: 103728-007                                         March 12, 2009
Invoice # 429929                                      PAGE 3

RE: Forge Capital

**TOTAL FEES**                                    $        3,360.50

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
|  | Long Distance | 1.20 |
|  | Photocopying | 4.00 |
| **TOTAL CHARGES** |  | $        5.20 |

**TOTAL FEES PLUS CHARGES**              $        3,365.70

## BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 429929

March 12, 2009
PAGE  4

RE:  Forge Capital

---

### PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416785 | 7/31/2008 | 2,291.50 | 0.00 | 2,291.50 |
| 418287 | 9/8/2008 | 3,972.00 | 0.00 | 3,972.00 |
| 420389 | 10/9/2008 | 84.00 | 0.00 | 84.00 |
| 422430 | 11/12/2008 | 1,105.03 | 0.00 | 1,105.03 |
| TOTALS: | | 7,452.53 | 0.00 | 7,452.53 |

**TOTAL DUE FROM PREVIOUS INVOICES:**          **$7,452.53**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

March 12, 2009
Client ID: 103728
Matter ID: 007
Invoice: 429929

RE:      Forge Capital

| | | |
|---|---|---|
| Fees for Professional Services Through 02/28/09 | | 3,360.50 |
| Charges Through 02/28/09 | | 5.20 |
| Prepayments Applied to Current Invoice | | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | 3,365.70 |
| Balance Due on Previous Invoices | | 7,452.53 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | 10,818.23 |

**(5)    Litigation Management and Coordination/Bankruptcy Litigation – coordination of multiple litigated matters in various courts**

In support of this Application, Debtor states the following:

1.      On May 27, 2008, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date").   No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession.

2.      On March 13, 2009, this Court entered an order granting Debtor's application to retain Applicant to provide legal services and consultation, for the Debtor pro tanc (Doc. 150) This Order specifically identified the legal services which are the subject matter of this Application, i.e. the Mirabilis Matters.

3.      Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and other criteria used by the Court in setting such fees.

4.      No advance retainer was paid.

5.      No prior application for fees or expenses has been made to this Court with respect to the Mirabilis Matters.

6.      The combined totals for all fees and expenses associated with the legal services from May 27, 2008 through July 31, 2009, rendered in the Mirabilis Matters by Applicant is $74,162.53 .

7.      This application *does not* include estimated fees and costs through September 16, 2009.  Applicant does not expect to incur any meaningful fees or expenses between the date of this Application and September 16, 2009.

8.      The professional services rendered on behalf of Debtor in the Mirabilis Matters, for which an award of compensation is sought by Applicant, involve the prosecution of three

commercial litigation matters, an evaluation of potential claims against former officers, directors, insurers, and others, as well as coordination of various litigated matters.

9.     These professional, legal services were required by Debtor, and authorized by this Court.

10.    Attached hereto as Exhibit B are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

11.    Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) Applicant's experience, reputation and ability, (e) awards in similar circumstances, and (f) the results obtained, the compensation sought in this Application is both fair and reasonable.

12.    In considering the foregoing certain criteria in this case, several matters should be noted.

    a.     Applicant is comprised of established and experienced attorneys. Applicant has extensive experience in handling commercial litigation matters, such as the Mirabilis Matters; and

    b.     The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar case.

13.    Attached as Exhibit C is the declaration of Eric B. Langley in support of this Application.

WHEREFORE, Debtor respectfully requests that Applicant be awarded compensation for services rendered or to be rendered through September 16, 2009 in the Mirabilis Litigation in the amount of $70,857.75 and reimbursement of actual expenses in the amount of $3,304.78 for a total award for the Mirabilis Litigation of $74,162.53 as part of the fees and expenses of administration of the Mirabilis Ventures, Inc. Chapter 11 from July 31, 2008 through September 16, 2009.

Respectfully submitted this _19TH_ day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600546
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida  32801
Tel: 407-481-5800; Fax: 407-481-5801
Attorneys for Debtor

4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO.  6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                        CHAPTER 11

                    Debtor.
_____/


### Certificate of Service

I HEREBY CERTIFY that a true copy of the Application of Balch & Bingham, LLP, for Award of Attorneys' Fees and Expenses has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 19th day of August 2009.


                                        /s/ Elizabeth A. Green_____
                                        Elizabeth A. Green, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
18 Wall St
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Denise D Dell-Powell
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Philadelphia, PA 19170-0001

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                              CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES,INC.,**               CHAPTER 11

                        Debtor.
_____/

**Chart of Attorneys Fees**

**Forge**

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| September 8, 2008 | 418287 | $3972.00 | $0 | $3972.00 |
| October 9, 2008 | 420389 | $84.00 | $0 | $84.00 |
| November 12, 2008 | 422430 | $967.00 | $138.03 | $1105.03 |
| March 12, 2009 | 429929 | $3360.50 | $5.20 | $3365.70 |
| | **Total:** | **$8383.50** | **$143.23** | **$8526.73** |

**Palaxar**

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| July 31, 2008 | 416450 | $3648.00 | 1.80 | $3649.80 |
| August 31, 2008 | 418081 | $1717.00 | .40 | $1717.40 |
| September 8, 2008 | 418286 | $939.50 | $0 | $939.50 |
| November 12, 2008 | 422429 | $442.50 | $0 | $442.50 |
| | **Total:** | **$6747.00** | **$2.20** | **$6749.20** |

### Due Diligence/D&O Complaint

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| July 31, 2008 | 416422 | $600.00 | $0 | $600.00 |
| | **Total** | **$600.00** | **$0** | **$600.00** |

### Litigation Management & Coordination/Bankruptcy Litigation

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| July 31, 2008 | 416452 | $20,220.50 | $281.81 | $20,502.31 |
| August 31, 2008 | 418080 | $11,204.00 | $457.25 | $11,661.25 |
| September 8, 2008 | 418285 | $5509.00 | $1144.05 | $6653.05 |
| October 9, 2008 | 420388 | $2003.00 | $677.87 | $2680.87 |
| November 12, 2008 | 422428 | $1327.50 | $0 | $1327.50 |
| December 11, 2008 | 424718 | $964.00 | $0.30 | $964.30 |
| January 9, 2009 | 425917 | $452.75 | $0 | $452.75 |
| February 24,2009 | 429052 | $150.00 | $0.10 | $150.10 |
| April 8, 2009 | 431660 | $936.00 | $0 | $936.00 |
| May 12, 2009 | 433742 | $150.00 | $27.50 | $177.50 |
| June 11, 2009 | 435905 | $240.00 | $1.30 | $241.30 |
| August 10, 2009 | 439664 | $60.00 | $0 | $60.00 |
| | **Total** | **$43,216.75** | **$2590.18** | **$45,806.93** |

**Reichel**

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| July 31, 2008 | 416435 | $9549.00 | $376.18 | $9925.18 |
| August 31, 2008 | 418082 | $427.50 | $0 | $427.50 |
| September 8, 2008 | 418288 | $313.00 | $0 | $313.00 |
| October 9, 2008 | 420390 | $260.00 | $16.40 | $276.40 |
| December 11, 2008 | 424721 | $909.00 | $176.59 | $1085.59 |
| May 12, 2009 | 433743 | $452.00 | $0 | $452.00 |
| | **Total** | **$11910.50** | **$569.17** | **$12479.67** |

**Total Fees: $70,857.75**

**Total Charges: $3304.78**

**Total of all invoices: $74,162.53**