

**Aaron C. Bates** officially started with his new firm today. In the process of gradually moving offices. Excited and somewhat saddened at the same time.
April 20 at 9:46pm · View Feedback (5) Hide Feedback (5)



Adyna Paris
Congrats!!
April 20 at 11:20pm



Dusty Denmark
That's great!! well not the saddened part, but you know what I mean...
April 20 at 11:31pm



Sharon Willoughby Lankford
congratulations Aaron!!
April 21 at 12:48am



Colleen Drury-Solomon
you are such a hustler aaron:) get that money$
April 21 at 8:47am



Atheseus Lockhart
All things work together to get you to your next stepping stone. When you coming by?
April 21 at 3:40pm

I, Kathleen B. Havener, hereby certify, under penalty of perjury, that the above information was downloaded on 5/11/2010 by me from http://www.facebook.com/#!/acbates?v=wall.

_Kathleen B. Havener_
_____