**Inside the Bar**

### Find a Lawyer

## Aaron Carter Bates

<u>Member in Good Standing</u>     **Eligible to practice in Florida**

| | |
|---|---|
| ID Number: | - 11749 |
| Address: | 631 W Morse Blvd Ste 200 |
| | Winter Park, Florida 327893730 |
| | United States |
| Phone: | 407.8390866 |
| Fax: | 407.4257958 |
| E-Mail: | acbates@maherlawfirm.com |
| County: | Orange |
| Circuit: | 9 |
| Admitted: | 05/09/2005 |
| Sections: | Equal Opportunities Law |
| | Young Lawyers Division |
| <u>10-Year Discipline History</u> | **None** |
| Law School: | The Florida State University College of Law |
| Graduation Year: | 2003 |
| Degree: | Doctor of Jurisprudence/Juris Doctor |
| Firm: | The Maher Law Firm, P.A. |
| Website: | www.maherlawfirm.com |
| Practice Areas: | Civil Litigation |
| | Civil Trial |
| | Commercial Litigation |
| | Litigation/Trial Advocacy/Advocacy |
| | Personal Injury |
| | Toxic Torts |
| | Trial |
| Services: | ADA accessible client services |
| Federal Courts: | U.S. Court of Appeals for the Eleventh Circuit |
| | U.S. District Court, Middle District of Florida |
| State Courts: | Florida |

**The Find A Lawyer directory provides limited basic information about attorneys licensed to practice in Florida and is provided as a public service by The Florida Bar. The information contained herein is provided "as is" with no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents thereof are not responsible for the accuracy of the data. Much of the information is provided by the attorney and it is the attorney's responsibility to review and update the information. Publication of attorneys' contact information within this listing should not be construed as their consent to receive unsolicited communications in any form. Certain unauthorized uses of this data may result in civil or criminal penalties. The Find A Lawyer directory is not a lawyer referral service.**