IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and　　　　　　　　　Case No. 6:07-CV-1788-ORL-28-KRS
NEXIA STRATEGY CORPORATION,

  Plaintiff,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTRONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

  Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

  Third Party Defendants.

**MIRABILIS VENTURES, INC.'S NOTICE REGARDING A
PENDING BANKRUPTCY HEARING AS TO THE OWNERSHIP OF THE
NEXIA STRATEGY CORPORATION'S CLAIMS**

  Plaintiff Mirabilis Ventures, Inc. ("Mirabilis"), by and through its undersigned counsel, hereby files this Notice Regarding a Pending Bankruptcy Hearing as to the Ownership of the Claims of Nexia Strategy Corporation and states as follows:

1. On March 9, 2010, the Plaintiff filed a Motion for Substitution of Counsel (the Motion"). Doc. 209. The Motion requested an order substituting Todd K. Norman and Nicolette Vilmos of the law firm of Broad and Cassel ("Broad and Cassel") and granting the withdrawal of Allen M. Estes, Esq. and John Russell Campbell, Esq. ("Estes and Campbell") as counsel of record for Mirabilis and Nexia Strategy Corporation ("Nexia").

2. On March 29, 2010, the United States of America filed an objection (Doc. 225) to the motion of Broad and Cassel to be substituted as counsel in place of Estes and Campbell.

3. On April 29, 2010, this Court granted in part and denied in part the Plaintiff's Motion for Substitution of Counsel. In particular, this Court granted the Plaintiff's Motion as to Mirabilis, but otherwise denied the motion. The Order further provided that Nexia was to retain substitute counsel and file a Notice of Appearance within fourteen (14) days, after which Estes and Campbell can renew its Motion to Withdraw.

4. Mirabilis, as Debtor, has sought confirmation pursuant to 11 U.S.C. §541(a) and 105(a) in Case No. 6:08-bk-04327-KSJ to establish its ownership rights to the claims held by Nexia in this federal litigation pursuant to a settlement agreement with the United States of America, which the Bankruptcy Court approved on March 4, 2009 ("Settlement Agreement").

5. The United States of America has asserted ownership over Nexia the corporation and Nexia's claims in this litigation. It is the Mirabilis' contention that the United States of America has wrongfully asserted ownership of a bankruptcy asset in contravention of the Settlement Agreement.

6. The Settlement Agreement expressly and purposely addressed, in detail, the retention of the this litigation by the Debtor.

7. A hearing was held before the Bankruptcy Court on April 22, 2010 on Mirabilis' Motion to Establish Ownership of Nexia's claims in this litigation.  On May 4, 2010, the Bankruptcy Court entered an Order setting an evidentiary hearing for May 19, 2010.  In its Order, the Bankruptcy Court found the settlement agreement ambiguous as to the ownership of Nexia's claims.

8. Until there is a ruling by the Bankruptcy Court, the Plaintiff believes that it cannot take any further action as to the representation of Nexia in this litigation.

9. The Plaintiff intends to renew its Motion for Substitution of Counsel as to Nexia upon an affirmative determination by the Bankruptcy Court regarding the ownership rights to the claims held by Nexia in this federal litigation.

10. In light of the foregoing, Mirabilis respectfully requests that this Court allow the Bankruptcy Court to make a ruling regarding the ownership of Nexia's claims in this federal litigation prior to requiring the filing of a notice of appearance on behalf of Nexia.

/s/ Nicolette Corso Vilmos
Florida Bar No,: 0469051
**BROAD AND CASSEL**
390 N. Orange Ave., Suite 1400
Orlando, FL  32801
Phone: 407-839-4200
Fax: 407-425-8377

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 13th day of May, 2010 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane,

Glen Allen, VA 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836, James Robert Lussier, Mateer & Harbert, PA, 225 E Robinson St., Ste 600, Orlando, FL 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 W Canton Ave., Ste 410, Winter Park, FL 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 N Orange Ave., Ste 1500, Orlando, FL 32802-0712; Darryl M. Bloodworth & L. Reed Bloodworth, Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA, 800 N Magnolia Ave., Ste 1500, Orlando, FL 32802-2346 and US Attorney's Office, Suite 300, 501 W Church St, Orlando, FL 32805..

*/s/ Nicolette Corso Vilmos*
_____
Nicolette Corso Vilmos
Florida Bar No: 0469051