# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and**
**NEXIA STRATEGY CORPORATION,**

        **Plaintiffs,**

**-vs-**                              **Case No. 6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC, PALAXAR**
**HOLDINGS, LLC, FRANK HAILSTONES,**
**EDITH CURRY, and FICTITIOUS**
**DEFENDANTS 1 THROUGH 8,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MIRABILIS' MOTION AND SUPPORTING MEMORANDUM OF LAW TO EXTEND THE DEADLINE TO FILE AN AMENDED COMPLAINT AND ADD PARTIES OR IN THE ALTERNATIVE FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD PARTIES (Doc. No. 217)** |
| **FILED:** | March 12, 2010 |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**. Mirabilis may renew the motion, if necessary, after it establishes ownership of the claims of Nexia Strategy Corporation in *In Re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-4327-KSJ. Mirabilis and the United States shall file a status report with this Court after the bankruptcy Court enters an order regarding its May 19, 2010 evidentiary hearing. *See* Doc. Nos. 244, 246.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2010.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties