FILED

2010 MAY 17 PM 3: 09

US DISTRICT COURT
MIDDLE DISTRICT OF FL

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                          CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,**

    Defendants,

v.

**AQMI STRATEGY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
and JAMES SADRIANNA,**

    Third-Party Defendants.

---

## THIRD-PARTY DEFENDANT YANIV AMAR CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Third-Party Defendant, Yaniv Amar, *pro se*, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent

1

corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to the party:

1. Edith Curry (Third-Party Plaintiff)
2. Frank Hailstones (Third-Party Plaintiff)
3. Raskin & Raskin, P.A. (Counsel for Third-Party Plaintiffs)
4. Martin E. Raskin, Esq. (Counsel for Third-Party Plaintiffs)
5. Jane S. Raskin, Esq. (Counsel for Third-Party Plaintiffs)
6. The Havener Law Firm, LLC (Counsel for Third-Party Plaintiffs)
7. Kathleen Havener, Esq. (Counsel for Third-Party Plaintiffs)
8. Yaniv Amar (Third-Party Defendant)
9. Aaron C. Bates, Esq. (Third-Party Defendant)
10. Matthew S. Mokwa, Esq. (Third-Party Defendant)
11. The Davies Law Firm, LLC (Counsel for Third-Party Defendants)
12. Kathleen Davies, Esq. (Counsel for Third-Party Defendants)
13. Frank Amodeo (Third-Party Defendant)
14. Nexia Strategy Corporation

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

Amar is not aware of any such entities.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

Third-Party Defendants are not presently aware of any such entities.

4) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    1. Edith Curry (Third-Party Plaintiff)

    2. Frank Hailstones (Third-Party Plaintiff)

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 14th day of May, 2010.

*Pro Se*:

Yaniv Amar
3475 Mystic Point Drive, TH #10
Aventura, FL 33180

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14th, 2010, I filed the foregoing by U.S. mail to all parties named on the attached Service List.

                                                        Yaniv Amar

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Kathleen S.Davies, Esq.<br>The Davies Law Firm, LLC<br>126 East Jefferson Street<br>Orlando, FL 32801<br>kdavies@thedavieslawfirm.com<br>**Attorney for Aaron Bates and Matthew Mokwa**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>J. Russell Campbell<br>Florida Bar No. 901423<br>Allen M. Estes (admitted *pro hac vice*)<br>BALCH & BINGHAM LLP<br>P. O. Box 306<br>Birmingham, Alabama 35201-0306<br>rcampbell@balch.com<br>**Attorneys for Nexia Strategy Corp.** |