**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MIRABILIS VENTURES, INC.
and NEXIA STRATEGY CORPORATION**,

    Plaintiffs,

vs.                                       **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES;
EDITH CURRY a/k/a EDITH BROADHEAD;
TERENCE CHU, et al.**,

    Defendants,

vs.

**MIRABILIS VENTURES, INC., et al.**

    Counterclaim and
    Third Party Defendants.
_____

## **LIMITED NOTICE OF APPEARANCE**

**COMES NOW,** Bates Mokwa, PLLC ("Bates Mokwa"), Matthew S. Mokwa ("Mokwa"), and Aaron C. Bates ("Bates"), and hereby file this Limited Notice of Appearance for the limited purpose of responding to Terence Chu's Motion for Sanctions (Dkt. #242).

Respectfully submitted this 24th day of May, 2010.

1

**BY:**

s/ Aaron C. Bates
Aaron C. Bates, Esq.
Matthew S. Mokwa, Esq.
Bates Mokwa, PLLC
126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 893-3776
Fax: (407) 893-3779
abates@batesmokwa.com
mmokwa@batesmokwa.com
*Individually and on behalf of the Firm*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Aaron C. Bates
Aaron C. Bates, Esq.

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Havener Law Firm, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br><br>Martin R. Raskin<br>Jane S. Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida  33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Virginia  23059.5424<br>**Defendant**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant**<br><br>James V. Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, Florida 32836<br>**Third-Party Defendant** |