## APPENDIX TO EXHIBIT 1

| Tab | Description |
|---|---|
| 1 | Incorporation records from the Commonwealth of Virginia State Corporation Commission. |
| 2 | Palaxar Promotional Documents. |
| 3 | Palaxar Ltd. UK Incorporation Documents. |
| 4 | Excerpts of Deposition of Edith Curry. |
| 5 | Affidavit of Terence Chu. |
| 6 | Plaintiffs' Response to Chu Motion to Dismiss (Dkt. # 90). |
| 7 | Corporate Governance of Mirabilis and Nexia |
| 8 | Mirabilis acquisition documents executed by Defendants. |
| 9 | Mirabilis Auditor Representation Letter. |
| 10 | Nexia Certification work product and development documents created by Defendants while employed by Plaintiffs. |
| 11 | Nexia Certification Patent Application. |
| 12 | Defendants' Employment Agreements (See Dkt. #198-3, Exhibit 4) |
| 13 | March 2, 2006 E-mail from Edith Curry. |
| 14 | Breakdown of funds paid for the creation and development of Nexia Certification. |
| 15 | E-mails between Defendants and others. |