# TAB 1



*Commonwealth of Virginia*
**State Corporation Commission**

SCC Home   Contact Us

```
                                                            05/21/10
       LLCM3220              LLC DATA INQUIRY                17:59:41
LLC ID:   S198938 - 5   STATUS: 00  ACTIVE    STATUS DATE:  09/11/06
LLC NAME: Palaxar Group, LLC

DATE OF FILING: 09/11/2006  PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF FILING: VA VIRGINIA            MERGER INDICATOR:
                          CONVERSION/DOMESTICATION INDICATOR:
           P R I N C I P A L   O F F I C E   A D D R E S S
    STREET:  951 E BYRD ST

    CITY: RICHMOND              STATE: VA  ZIP: 23219-0000
         R E G I S T E R E D   A G E N T   I N F O R M A T I O N
 R/A NAME:   TERENCE CHU

    STREET:  5637 COUNTRY HILLS LN

    CITY: GLEN ALLEN            STATE: VA  ZIP: 23059-0000
 R/A STATUS: 4 MEMBER OF VSB   EFF DATE: 04/06/10  LOC: 143 HENRICO COUNTY
    YEAR       FEES       PENALTY     INTEREST       BALANCE
    09        50.00
```

(Screen Id:/LLC_Data_Inquiry)



## STATE CORPORATION COMMISSION

Richmond, December 18, 2006

This is to certify that the certificate of organization of

### Palaxar Holdings, LLC

was this day issued and admitted to record in this office and that the said limited liability company is authorized to transact its business subject to all Virginia laws applicable to the company and its business. Effective date: December 18, 2006



State Corporation Commission
Attest:

_Joel H. Peck_
Clerk of the Commission

CIS0322

DEFENDANTS_000044