# TAB 2

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™

Page 1 of 2

Phone: 888.4PALAXAR

## PALAXAR's Anti-Fraud Solutions

PALAXAR offers a new and unique end to end solution to help organizations better combat fraud. Our team's significant domain experience, combined with our patent pending approach of both methodology and technology, and our premier partner network enables us to offer a more holistic solution to help companies better prevent and detect fraud.

PALAXAR Anti-Fraud Solutions suite covers

• Occupational Fraud

• Insurance Fraud

• Mortgage Fraud

• Healthcare Fraud

• Broker / Securities Fraud

## PALAXAR's Occupational Fraud Methodology (Patent-Pending)

PALAXAR offers a revolutionary new patent-pending process to combat occupational fraud. We employ a sophisticated blend of data modeling, artificial intelligence, social networking analysis, and state-of-the-art information technology to help companies ensure their trusted employees are in fact, trustworthy.

PALAXAR evaluates the risk of occupational fraud within a client-agreed scope and identifies employees in "positions at risk" – those in positions which would enable them to commit fraud. This might either be as a result of the seniority of the position and their ability, for example, to override controls, or for less senior positions, such as cashiers, loans or inventory staff where they have the ability to extract significant value from the organization in the form of cash or other assets.

For those trusted employees, identified in positions at risk, and who permissively subscribe to this process, PALAXAR collects, corroborates, analyzes and continually monitors their personal financial data' and related behaviors to ensure that their financial performance (based on our unique algorithm), and changes in it over a period of time, are consistent with the appropriate standards. This process allows us to assess their propensity to commit occupational fraud. PALAXAR is able to automate most of its review process, by employing public and commercially available data sources allowing it to provide clients with virtually instantaneous results.





**Cost of Fraud**
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

**Risk**
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

**Conviction Rate**
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

Advisory Council

Affiliates

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™

When disparate, relational data are identified, it is verified for accuracy before referred for manual follow-up and further investigative review, if necessary. Tolerance limits can be set according to industry, position, or individualized corporate preferences. Anomalous behaviors or transactions are automatically flagged for immediate notification.

Companies have the option of simply incorporating PALAXAR services as one of a number of factors in their overall fraud risk-assessment evaluation or they can outsource that function to PALAXAR and elect to receive periodic individualized reports containing facts upon which to base final decisions on actions where anomalies in financial behaviors have been identified.

* [Note: that any personal financial information data used by PALAXAR is only obtained following the employee's granting of full and informed consent and is not used or made available to anyone (even client companies) for any purpose other than that described in the consent form.]

# Client Benefits

Using social network link analyses, industry- or corporate-specific patterns of behavior can be further developed, based on the client's individualized, specific needs or interests. PALAXAR's process also has an advantage through the ability to provide actionable data to support a client's risk-assessment or decision making needs. In addition, all information provided to a client by PALAXAR reflects actual and actionable behaviors should the client company need to pursue legal remedies.

The PALAXAR Solution enables large enterprises to achieve better results in their governance, risk and compliance (GRC) management functions by delivering the following benefits:

º Reduce Cost - Improved efficiencies by integration, automation and standardization of processes

º Transparency - Enterprise-wide, real-time visibility of GRC processes

º Risk Management - Surety of process, resulting in reduced risk

º Security - Security, certainty and integrity of GRC information

º Governance - Increased stakeholder and investor confidence translating into market premium

º Accountability - Improved corporate accountability

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring ™ © 2006

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™

Page 1 of 1

Phone: 888.4PALAXAR

# PALAXAR offers an End-to-End Solution
## Corporate Governance, Risk and Compliance

Responsibility for risk and compliance has traditionally been scattered across legal, finance, IT, Compliance, Security, and business operations. Faced with multiple risk and compliance initiatives scattered across business operations, the burden of risk and compliance has become a widespread business problem.

For example, a large healthcare carrier may have over 200 regulatory bodies to deal with, just in the United States. A large global manufacturing company may have in excess of 500 internationally, most of whom will have increasing compliance standards in both volume and depth in terms of demonstrating compliance.

In financial services organizations, regulations and the complex nature of risk weigh heavily on nearly every aspect of the business.

These challenges are driving organizations to look for new approaches to GRC management.

- Business complexity introduces greater risk.
- Multiplying regulations complicate compliance and are proving prohibitively expensive.
- Failure to relate and integrate risk and compliance can undermine governance improvements.

## Our Services

- Consulting
  Sarbanes Oxley
  Compliance
  Corporate Governance
  Enterprise Risk Management

- Forensic Accounting

- Fraud Solutions
  Brokerage Fraud
  Mortgage Fraud
  Health Care Fraud
  Insurance Fraud

- Software as a Solution
  Hartbridge





**Cost of Fraud**
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

**Risk**
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

**Conviction Rate**
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

Advisory Council

Affiliates

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2006

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™                    Page 1 of 4

Phone: 888.4PALAXAR

## Advisory Council

### Laurie Holtz
### Rachlin Cohen & Holtz LLP

Laurie Holtz is a partner within the Advisory Services division of Rachlin Cohen & Holtz. He has more than 25 years of experience and is a nationally recognized, experienced professional in the specialized practice of forensic accounting. Mr. Holtz has dedicated most of his career to helping clients and attorneys trace and recover funds in financial fraud cases. He also provides management advisory services to a wide range of corporate clients. One of the nation's pioneers in the area of investigative (forensic) accounting, Mr. Holtz is known for his keen ability to track financial footprints and to present valid, accurate evidence of the nature and logistics of fraud. Throughout his career, he has provided litigation support services and appeared as an expert witness in state, federal and bankruptcy courts for some of the most complex national fraud cases in U.S. history. Mr. Holtz's clients include receivers, lawyers, trustees, corporate clients ranging in size from sole proprietors to major corporations, and state and federal government agencies, including, among others, the FDIC, SEC, FBI and RTC.

### L. Richard Fischer, Esq.
### Morrison & Foerster LLP

Mr. Fischer has been a partner of Morrison & Foerster since 1976. His practice focuses on financial services law. For over 30 years, he has advised a wide variety of financial institutions and other companies across the United States on the full range of financial services, payment system and retail banking issues. His practice has a special emphasis on data security, privacy, e-commerce, technology and joint venture issues. He also serves as Washington Counsel for Visa. Mr. Fischer has written and spoken extensively on many aspects of financial services law and has lectured on these subjects at several law schools. He is the author of a treatise on privacy and information practices entitled The Law of Financial Privacy, (3rd ed.), published by A.S. Pratt & Sons, and Editor-in-Chief of the Privacy and Information Law Report, published by Legalworks. Mr. Fischer has been named one of Washington's top banking and privacy lawyers by the Washingtonian magazine; he also is listed in The Best Lawyers in America (2006 and 2007) as a leader in the field of banking law. He was named a Leading Lawyer in Financial Services Law in the 2006 Chambers USA Guide to America's Leading Business Lawyers put out by Chamber & Partners Publishing.



**Cost of Fraud**
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

**Risk**
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

**Conviction Rate**
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

Advisory Council

Affiliates

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™

## Marge Connelly, COO
## Wachovia Securities

Ms. Connelly joined Wachovia Securities in 2006, as Chief Operating Officer and President of its Business Services Group. The Business Services Group comprises the firm's critical operations, processing and corporate support functions and coordinates all aspects of its information technology, including IT development and integration. She also serves as a member of Wachovia Securities' Operating Committee, its senior executive panel. Prior to joining Wachovia Securities, Ms. Connelly was COO, Capital One, where she played a central role in the company's formation and growth since its establishment in 1994. Most recently, she was executive vice president for corporate partnerships, a role in which she led the company's efforts to establish and build relationships with other businesses and with governmental and community leaders and organizations. Earlier Ms. Connelly held a variety of positions of increasing responsibility within the company, including head of its U.S. consumer operations. In addition to having outstanding professional skills and credentials, Ms. Connelly is active in community affairs, serving on the boards of the Greater Richmond YMCA, the World Affairs Council, Richmond Renaissance, the Virginia Chamber of Commerce and the Greater Richmond Partnership. She also chairs the Virginia Workforce Council as appointed by the Governor to the Longwood University Board of Visitors and the Council on Virginia's Future, and she is a member of the board of CJW Medical Center. In 2003, she was named "Outstanding Woman of the Year" in business by the YWCA.

## John Hueston, Esq.
## Irell & Manella LLP

John Hueston is a litigation partner at Irell & Manella LLP, focusing on trial practice and securities law, corporate crisis management, internal investigations, complex civil litigation, intellectual property litigation, and white collar criminal defense. Mr. Hueston represents a wide range of clients, from large Fortune 100 companies and governments to smaller businesses and individuals. Fortune magazine recently chose Mr. Hueston as one of 25 People Who Shaped the Face of Business in 2006. As Forbes magazine noted of his work in the trial of Jeffrey Skilling and Kenneth Lay, where he served as a lead prosecutor, "John Hueston was quickly able to establish a clear, uninterrupted connection between fraudulent activities at Enron and the two defendants . . . a methodically researched presentation of evidence proving the defendants' guilt." The Los Angeles Times described Mr. Hueston's cross-examination of Lay as "devastating" and The Associated Press called him "the perfect David to Lay's Goliath." California Lawyer Magazine recently named Mr. Hueston a 2007

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™                    Page 3 of 4

"California Attorney of the Year." As a prosecutor, Mr. Hueston was presented with four awards by each of the last three U.S. Attorneys General for his trial work. He has never lost a trial. The American Lawyer magazine named Mr. Hueston as one of the nation's "Fab Fifty" young litigators and one of ten Star Laterals. Mr. Hueston has also been specially commended by the National Federal Law Enforcement Officers Association, the F.B.I. and the I.R.S. for serving as the lead trial attorney in fraud, tax and public corruption trials.

## John P. Dennis, III
## WoodRock & Company

Mr. Dennis has been the Principal and Managing Director of WoodRock & Co. since he founded the firm in April 1998. He is responsible for deal origination and selection, deal and project leadership, strategy, and business management. To date, Mr. Dennis has executed over $6 billion in transactions. Prior to WoodRock, he was a Vice President with Koch Industries, Inc. in their international and capital services groups. In these positions, he was responsible for Koch's global merchant banking and M&A efforts. From early 1996 through June 1997, he served as Chief Financial Officer, and later as acting Chief Operating Officer, of Gas Services International, Limited ("GSI"), a contract compression and engineering services company with offices in Houston, Texas, and Singapore. Before GSI, he advised both American Breco Corporation and Aviation Sales Company (NYSE: AVS) in their merger, acquisition, divestiture, and financing activities. His prior investment banking experience includes Simmons & Company International and Goldman, Sachs & Co. Prior private equity experience includes SCF Partners, L.P. and Breco Holdings, Inc. He holds an AB from Harvard College and an MBA from Rice University's Jesse H. Jones Graduate School of Management. Following college, he served as an officer in the United States Navy.

## Dave Jeppesen, SVP
## Capital One Financial

Mr. Jeppesen is a Senior Vice President and Deputy Chief Risk Officer at Capital One. In this role, he oversees Enterprise Risk Management, Operational Risk Management, and corporate level Credit Risk Management activities. Mr. Jeppesen is focused on improving the organization's risk management activities and increases Capital One's analytic capability. Mr. Jeppesen started his career as a statistician, focused on predicting consumer behavior for direct marketing activities. In this capacity, he joined Capital One Financial, focused on combining market research, consumer data, product information, and technology to drive the best decision for the

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™

Page 4 of 4

consumer and financial decision for the company. He later moved to operations in the Direct Marketing Center. In that capacity, he brought new technology and infrastructure solutions together for direct marketing at Capital One. These involved solutions for areas such as creative development, prospect/customer targeting and credit decisions. Each of these solutions leveraged the latest technology and infrastructure, while pushing the envelope on what that infrastructure could do.

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2006

MVI/Palaxar - P1
295

PALAXAR — Absolute Fraud Protection through Continuous Monitoring™                    Page 1 of 1

Phone: 888.4PALAXAR

## Our Affiliates...

## Black Diamond International

--

Black Diamond International

 Contact us for more info





**Cost of Fraud**
At least 5% of Corporate
Revenue is lost to fraud
each year. What is it
costing you?
Contact us...

**Risk**
Most corporate fraud is
uncovered by accident or
through tips. Is it worth the
risk?
Contact us...

**Conviction Rate**
82% of those who commit
corporate fraud have never
been charged or convicted
of a crime.
Contact us...

Advisory Council

Affiliates

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2006

MVI/Palaxar – PI
296

6/25/2007

Case 6:07-cv-01788-JA-GJK   Document 251-5   Filed 05/24/10   Page 10 of 47
Case 6:07-cv-01788-JA-UAM   Document 24-10   Filed 01/04/2008   Page 13 of 49
BDI - Home

Page 1 of 2



# Welcome to BDI



## OUR MISSION

Provide clients with proactive engineered security solutions that match asset value, threat profile, business operations, and business risk tolerance. Assess security risk and provide responses in a manner that is consistent with overall business management decision criteria. Maximize efficiency of implementation and cost effectiveness of proposed solutions through the use of an Integrated Master Planning approach.

## OUR COMPANY

It is our belief that a comprehensive design process is essential for providing security systems that not only protect the facility's assets and its personnel, but are also operationally and end-user compatible.

Black Diamond International was founded by Pedro Rosario to provide pragmatic security solutions that function within the client's business environment. With no product or vendor affiliation, independent and unbiased solution recommendations are provided to meet unique client needs.

The combination of vulnerability assessment, program management, business operations, and skills within Black Diamond International provides the breadth of expertise required to address complex operational and security challenges in diverse business and international environments.

Think quickly! Can you answer these questions right now?

- What information in your company is considered sensitive?
- Where is this sensitive information stored?
- How is this information stored?
- Who has access to this information?
- How is this information protected from disasters?
- Is this information protected from day to day business interruptions?
- Is this information protected from operator errors?
- Is your company protected from insider threat?

If you don't know the answers to these questions, then Black Diamond International can provide solutions.

Copyright © 2007 BDI          About Us          Services          Contact Us          Home

Case 6:07-cv-01788-JA-GJK   Document 251-5   Filed 05/24/10   Page 12 of 47
Case 6:07-cv-01788-JA-UAM   Document 24-10   Filed 01/04/2008   Page 15 of 49
BDI – About Us

Page 1 of 3



# Our Principal Executives

**Pedro Rosario III** is the CEO of Black Diamond International. Black Diamond International (BDI). BDI provides clients with full spectrum espionage test, security process engineering and risk assessment. BDI provides security solutions and intensive vulnerability insights for commercial and federal clients worldwide. Prior to the company's inception, Mr. Rosario has performed countless multidiscipline vulnerability assessments and designed integrated security systems for the Department of Defense, and the biotechnology, energy, and utilities industries. In addition he has designed and developed security solutions for many high profile executives. He has developed security operations manuals and security system programs for US and international system integration companies. Mr. Rosario has served as an investigator for the Department of Justice and as a city police officer. Mr. Rosario is a pioneer in the Red Team Operations arena he developed and directed the first Red Team Operations Training program for the US Air Force graduating over one hundred military and federal government agencies students. Mr. Rosario is an adjunct professor for Korem and Associates. He is a trained hostage negotiator, behavioral profiler, field training officer and a special weapons and tactics training officer. Through these efforts, he has demonstrated expertise in security risk analysis, conceptual design, detailed system design, sensor technology, access control, deterrent systems, reliability analysis, and training. Mr. Rosario is a member of the International Counter-Terrorism Officers Association and the Federal Bureau of Investigation-Law Enforcement Executive Development Association. Mr. Rosario maintains a Top Secret clearance with Special Compartmentalized Information accesses. Mr. Rosario is a decorated combat veteran of Operations Iraqi Freedom and Operation Enduring Freedom. He was awarded the Bronze Star with Valor for heroism under enemy fire. Mr. Rosario is an officer in good standing of the US Armed Forces Reserves.

**Philip Osterli** is President of Black Diamond International. Mr. Osterli has twenty years of combat leadership experience, with additional skill sets as an intelligence officer and a pioneer in the information operations community. Within that vein, he has directly supported numerous government agencies in the counter-terrorism arena – both as an operator and support specialist. For over a decade he has also conducted

BDI – About Us

numerous full spectrum vulnerability assessments, for both US and overseas clientele. A noted member of the first responder community, Mr. Osterli is an associate of the Pacific Northwest Economic Region and the Cascadia Earthquake Working Group. Mr. Osterli has conducted disaster mitigation and response across the globe, including earthquake, hurricane, WMD counter-proliferation and terrorist incidents. Among his recent achievements, Mr. Osterli served as the security coordinator for the 2004 National Governors Association meeting and synchronized state and federal security efforts during the 2004 Presidential campaign. In his capacity as the State Public Affairs Officer, Mr. Osterli has appeared on numerous national and regional news broadcast organizations, to include the BBC, CNN, and Fox News. He has lectured to academia and government alike on a variety of topics including the application of information and perception management to crisis response as well as to various business enterprise processes and practices. In concert with academia, Mr. Osterli has held a variety of research positions in fields ranging from agronomy to international relations. He received his BA in Political Science from the University of California – Davis and a Masters Degree in Strategic Planning and Critical Infrastructure Protection from the University of Washington. A veteran of Operations Enduring Freedom and Iraqi Freedom, he remains an officer of good standing in the Washington National Guard. Mr. Osterli maintains a Top Secret clearance with Special Compartmentalized Information accesses.

**Michael Shepherd** is Chief Operations Officer of Black Diamond International. Mr. Shepherd has over thirty years of leadership experience in the military communications, intelligence and information operations community. He has extensive experience in training development, systems acquisition, operations management, program management and full spectrum vulnerability assessments. Mr. Shepherd has developed and presented numerous courses in subjects ranging from intelligence data handling systems to vulnerability assessments and operations security. His experience in government acquisitions is considerable as reflected in his lead of led technical evaluations for proposals in excess of $100 million. In addition, he has led full spectrum vulnerability assessments of major military installations and government agencies. Mr. Shepherd directed and coordinated the efforts of the Air Force Information Operations Red Team assessments organization and was course director for the Red Team Operator Course. He has commanded multi-million dollar organizations responsible for critical communications in the intelligence community. Mr. Shepherd received his BSBA degree from Northern Arizona University and his MBA from Western New England College. He serves as Vice-President of Scholarships and Education for the Alamo Chapter of the Armed Forces Communications Electronics Association (AFCEA). Mr. Shepherd is also a Colonel in the United States Air Force Reserve.

**Marci Bush Sundbeck** is BDI's Chief Financial Officer. Prior to joining BDI, Ms. Sundbeck spent nineteen years as an internal auditor, conducting risk assessments, compliance, operations, performance and information technology reviews, and fraud investigations within the healthcare, pension, investments and banking fields. She has also conducted training classes in basic internal controls, risk assessment and behavior profiling. Ms. Sundbeck is a Certified Internal Auditor (CIA), a Certified Information Systems Auditor (CISA), a Certified Fraud Examiner (CFE) and holds a

MVI/Paloxar – PI
300

BDI - About Us

Page 3 of 3

Certification in Control Self Assessment (CCSA). Ms. Sundbeck received her BBA in Accounting from Texas A&M University. She is a Director of the Austin Chapter of the Association of Certified Fraud Examiners and the President of the Association of Public Pension Fund Auditors. Ms. Sundbeck is also a member of the Institute of Internal Auditors and the Information Systems Audit and Control Association.

**Melinda Frandsen** is Executive Vice President of Sales and Marketing at BDI. With over 25 years of experience in the sales field, Ms. Frandsen has extensive knowledge of marketing techniques and applications. She has enjoyed success as a sales consultant, providing clients with outstanding individulized service, with continued recognition of her peers. Most recently, she served as President of a San Antonio-based non-profit organization. Under Ms. Frandsen's leadership, the organization realized an increase of over 60% in sales, thus providing over $75,000 in scholarships to local area schools and agencies. After years of philanthropy, she understands the profitability of business in local communities and nationwide. Ms. Frandsen has conducted sales training for a variety of businesses and service organizations. Ms. Frandsen has lead several large organizations coordinating multi function activities for high level US dignitaries and local politicians.



Copyright © 2007 BDI    About Us    Services    Contact Us    Home

BDI – Services

Page 1 of 1



# Our Services



## PRIMARY BUSINESS SERVICES

- FSET - Full Spectrum Espionage Testing ®
  - Fraud Assessment
  - Example 1
  - Example 2
  - Example 3
- Security Master Planning
- Physical Security Infrastructure
  - Design
  - Deployment
  - Legacy Systems Integration
  - Operations
- Training & Seminars
- Corporate Operations Security (COPSEC) ®
- Assessment Tactics, Techniques and Procedures
- Behavioral Interview and Interrogation System (BIIS) ®
- Executive Protection
- Acquisition Planning
- Business Process Re-engineering

## STRENGTHS / AREAS OF EXPERTISE

- Risk Assessment
- Project Management
- Security Infrastructure Integration with Business Operations
  - Physical Security
  - Strategy
  - Infrastructure
  - Technology
- Integrated Security System Design
  - Access Control
  - Intrusion Detection
  - Video Assessment
  - Delay Systems
- Systematic Approach to Problem Solving
- Business Operations Integration with Security



Copyright © 2007 BDI    About Us    Services    Contact Us    Home

PALAXAR — Absolute Fraud Protection through Continuous Monitoring™    Page 1 of 1

Phone: 886.4PALAXAR

## Conferences

 Contacts

- MIS Training Institute
- American Association of Certified Fraud Examiners
- Committee of Sponsoring Organizations of the Treadway Commission (COSO)
- Financial Executives Institute
- AICPA
- Department of Justice
- Institute of Chartered Accountants in England and Wales
- Institute of Chartered Accountants in Scotland" class
- Chartered Institute of Public Finance and Accountancy
- ACPO.Police.uk





**Cost of Fraud**
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

**Risk**
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

**Conviction Rate**
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

Advisory Council

Affiliates

©Copyright 2005 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2005

MVI/Palaxar - PI
303

6/25/2007

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™

Page 1 of 1

Phone: 888.4PALAXAR

# Employment Opportunities

PALAXAR offers innovative, patent-pending fraud solutions. We continue to push the boundaries of technology developing exciting and innovative products for the global market. We have a culture of innovation where our employees can make a difference and we are looking for like minded, dynamic, individuals to come and join our rapidly expanding team.

Below is our current list of vacancies. If you wish to submit your resume, please e-mail it to us at inquiries@PALAXAR.com. Thanks!

## • Systems Analyst

Must have a minimum of 5 years in credit risk or a related industry. Applicant must have a Bachelors degree or better.

## • Forensic Accountants

Must have a minimum of 5 years industry experience. Applicant must have a Bachelors degree or better, cpa a plus.

## • Interns

Applicant must have Bachelors degree or better, in finance, accounting, information technology, or economics.





**Cost of Fraud**
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

**Risk**
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

**Conviction Rate**
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

Advisory Council

Affiliates

©Copyright 2000 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2006

MVI/Palaxar - P1
304

6/25/2007

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™               Page 1 of 2

Phone: 888.4PALAXAR

## Contact Us

If you have any questions regarding PALAXAR, CONTINUOUS MONITORING™, or any other of our products and services, please contact us by calling or e-mailing us and we'll get back to you as soon as possible. We look forward to hearing from you.



Please Select One ⟶

| Send Information | Clear Form |

PALAXAR, LLC
201 West 7th Street
Richmond, Virginia
PHONE: 804.335.1000
FAX:   206.984.1353

PALAXAR, LIMITED
1-2 Universal House
Wentworth Street
London, UK E17SA
PHONE: 011.44.771 3638154
FAX:   206.984.1353

inquiries@palaxar.com





**Cost of Fraud**
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

**Risk**
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

**Conviction Rate**
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

http://palaxar.com/contact.htm

PALAXAR -- Absolute Fraud Protection through Continuous Monitoring™

Page 2 of 2

| Advisory Council |
|---|
| Affiliates |

©Copyright 2006 PALAXAR, LLC, All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2006

Phone: 888.4PALAXAR

## PALAXAR's Anti-Fraud Solutions

PALAXAR offers a new and unique end to end solution to help organizations better combat fraud. Our team's significant domain experience, combined with our patent pending approach of both methodology and technology, and our premier partner network enables us to offer a more holistic solution to help companies better prevent and detect fraud.

PALAXAR Anti-Fraud Solutions suite covers

- Occupational Fraud

- Insurance Fraud

- Mortgage Fraud

- Healthcare Fraud

- Broker / Securities Fraud

## PALAXAR's Occupational Fraud Methodology (Patent-Pending)

PALAXAR offers a revolutionary new patent-pending process to combat occupational fraud. We employ a sophisticated blend of data modeling, artificial intelligence, social networking analysis, and state-of-the-art information technology to help companies ensure their trusted employees are in fact, trustworthy.

PALAXAR evaluates the risk of occupational fraud within a client-agreed scope and identifies employees in "positions at risk' – those in positions which would enable them to commit fraud. This might either be as a result of the seniority of the position and their ability, for example, to override controls, or for less senior positions, such as cashiers, loans or inventory staff where they have the ability to extract significant value from the organization in the form of cash or other assets.

For those trusted employees, identified in positions at risk, and who permissively subscribe to this process, PALAXAR collects, corroborates, analyzes and continually monitors their personal financial data and related behaviors to ensure that their financial performance (based on our unique algorithm), and changes in it over a period of time, are consistent with the appropriate standards. This process allows us to assess their propensity to commit occupational fraud. PALAXAR is able to automate most of its review process, by employing public and commercially available data sources allowing it to provide clients with virtually instantaneous results.





**Cost of Fraud**
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

**Risk**
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

**Conviction Rate**
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

Advisory Council

Affiliates

When disparate, relational data are identified, it is verified for accuracy before referred for manual follow-up and further investigative review, if necessary. Tolerance limits can be set according to industry, position, or individualized corporate preferences. Anomalous behaviors or transactions are automatically flagged for immediate notification.

Companies have the option of simply incorporating PALAXAR services as one of a number of factors in their overall fraud risk-assessment evaluation or they can outsource that function to PALAXAR and elect to receive periodic individualized reports containing facts upon which to base final decisions on actions where anomalies in financial behaviors have been identified.

\* [Note: that any personal financial information data used by PALAXAR is only obtained following the employee's granting of full and informed consent and is not used or made available to anyone [even client companies] for any purpose other than that described in the consent form.]

# Client Benefits

Using social network link analyses, industry- or corporate-specific patterns of behavior can be further developed, based on the client's individualized, specific needs or interests. PALAXAR's process also has an advantage through the ability to provide actionable data to support a client's risk-assessment or decision making needs. In addition, all information provided to a client by PALAXAR reflects actual and actionable behaviors should the client company need to pursue legal remedies.

The PALAXAR Solution enables large enterprises to achieve better results in their governance, risk and compliance (GRC) management functions by delivering the following benefits:

◆ Reduce Cost - Improved efficiencies by integration, automation and standardization of processes

◆ Transparency - Enterprise-wide, real-time visibility of GRC processes

◆ Risk Management - Surety of process, resulting in reduced risk

◆ Security - Security, certainty and integrity of GRC information

◆ Governance - Increased stakeholder and investor confidence translating into market premium

◆ Accountability - Improved corporate accountability

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2006

PALAXAR Absolute Fraud Protection through Continuous Monitoring
Case 6:07-cv-01788-JA-GJK   Document Page 25 of 47/2008   Page 2 of 2

Phone: 888.4PALAXAR

# PALAXAR offers an End-to-End Solution
# Corporate Governance, Risk and Compliance

Responsibility for risk and compliance has traditionally been scattered across legal, finance, IT, Compliance, Security, and business operations. Faced with multiple risk and compliance initiatives scattered across business operations, the burden of risk and compliance has become a widespread business problem.

For example, a large healthcare carrier may have over 200 regulatory bodies to deal with, just in the United States. A large global manufacturing company may have in excess of 500 internationally, most of whom will have increasing compliance standards in both volume and depth in terms of demonstrating compliance.

In financial services organizations, regulations and the complex nature of risk weigh heavily on nearly every aspect of the business.

These challenges are driving organizations to look for new approaches to GRC management.

* Business complexity introduces greater risk.
* Multiplying regulations complicate compliance and are proving prohibitively expensive.
* Failure to relate and integrate risk and compliance can undermine governance improvements.

## Our Services

* Consulting
    Sarbanes Oxley
    Compliance
    Corporate Governance
    Enterprise Risk Management

* Forensic Accounting

* Fraud Solutions
    Brokerage Fraud
    Mortgage Fraud
    Health Care Fraud
    Insurance Fraud

* Software as a Solution
    Hartbridge





### Cost of Fraud
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

### Risk
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

### Conviction Rate
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

| Advisory Council |
| --- |
| Affiliates |

Case 6:07-cv-01788-JA-GJK   Document 251-5   Filed 05/24/10   Page 20 of 49 of 2

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring ™ © 2006

MVI/Palaxar – PI
310

1/2/2008

Phone: 888.4PALAXAR

# Advisory Council

## Laurie Holtz
## Rachlin Cohen & Holtz LLP

Laurie Holtz is a partner within the Advisory Services
division of Rachlin Cohen & Holtz. He has more than
25 years of experience and is a nationally recognized,
experienced professional in the specialized practice of
forensic accounting. Mr. Holtz has dedicated most of
his career to helping clients and attorneys trace and
recover funds in financial fraud cases. He also
provides management advisory services to a wide
range of corporate clients. One of the nation's
pioneers in the area of investigative (forensic)
accounting, Mr. Holtz is known for his keen ability to
track financial footprints and to present valid, accurate
evidence of the nature and logistics of fraud.
Throughout his career, he has provided litigation
support services and appeared as an expert witness in
state, federal and bankruptcy courts for some of the
most complex national fraud cases in U.S. history. Mr.
Holtz's clients include receivers, lawyers, trustees,
corporate clients ranging in size from sole proprietors
to major corporations, and state and federal
government agencies, including, among others, the
FDIC, SEC, FBI and RTC.

## L. Richard Fischer, Esq.
## Morrison & Foerster LLP

Mr. Fischer has been a partner of Morrison & Foerster
since 1976. His practice focuses on financial services
law. For over 30 years, he has advised a wide variety of
financial institutions and other companies across the
United States on the full range of financial services,
payment system and retail banking issues. His practice
has a special emphasis on data security, privacy, e-
commerce, technology and joint venture issues. He
also serves as Washington Counsel for Visa. Mr.
Fischer has written and spoken extensively on many
aspects of financial services law and has lectured on
these subjects at several law schools. He is the author
of a treatise on privacy and information practices
entitled The Law of Financial Privacy, (3rd ed.),
published by A.S. Pratt & Sons, and Editor-in-Chief of
the Privacy and Information Law Report, published by
Legalworks. Mr. Fischer has been named one of
Washington's top banking and privacy lawyers by the
Washingtonian magazine; he also is listed in The Best
Lawyers in America (2006 and 2007) as a leader in the
field of banking law. He was named a Leading Lawyer
in Financial Services Law in the 2006 Chambers USA
Guide to America's Leading Business Lawyers put out
by Chamber & Partners Publishing.





---
**Cost of Fraud**

At least 5% of Corporate
Revenue is lost to fraud
each year. What is it
costing you?
Contact us...

---
**Risk**

Most corporate fraud is
uncovered by accident or
through tips. Is it worth the
risk?
Contact us...

---
**Conviction Rate**

82% of those who commit
corporate fraud have never
been charged or convicted
of a crime.
Contact us...

---
Advisory Council
---
Affiliates
---

PALAXAR Absolute and Proaction through Continuous Widedining Case 6:07-cv-01788-JA-GJK   Document 38-19   Filed 07/24/2008   Page 28 of 49

## Marge Connelly, COO
## Wachovia Securities

Ms. Connelly joined Wachovia Securities in 2006, as Chief Operating Officer and President of its Business Services Group. The Business Services Group comprises the firm's critical operations, processing and corporate support functions and coordinates all aspects of its information technology, including IT development and integration. She also serves as a member of Wachovia Securities' Operating Committee, its senior executive panel. Prior to joining Wachovia Securities, Ms. Connelly was COO, Capital One, where she played a central role in the company's formation and growth since its establishment in 1994. Most recently, she was executive vice president for corporate partnerships, a role in which she led the company's efforts to establish and build relationships with other businesses and with governmental and community leaders and organizations. Earlier Ms. Connelly held a variety of positions of increasing responsibility within the company, including head of its U.S. consumer operations. In addition to having outstanding professional skills and credentials, Ms. Connelly is active in community affairs, serving on the boards of the Greater Richmond YMCA, the World Affairs Council, Richmond Renaissance, the Virginia Chamber of Commerce and the Greater Richmond Partnership. She also chairs the Virginia Workforce Council as appointed by the Governor to the Longwood University Board of Visitors and the Council on Virginia's Future, and she is a member of the board of CJW Medical Center. In 2003, she was named "Outstanding Woman of the Year" in business by the YWCA.

## John Hueston, Esq.
## Irell & Manella LLP

John Hueston is a litigation partner at Irell & Manella LLP, focusing on trial practice and securities law, corporate crisis management, internal investigations, complex civil litigation, intellectual property litigation, and white collar criminal defense. Mr. Hueston represents a wide range of clients, from large Fortune 100 companies and governments to smaller businesses and individuals. Fortune magazine recently chose Mr. Hueston as one of 25 People Who Shaped the Face of Business in 2006. As Forbes magazine noted of his work in the trial of Jeffrey Skilling and Kenneth Lay, where he served as a lead prosecutor, "John Hueston was quickly able to establish a clear, uninterrupted connection between fraudulent activities at Enron and the two defendants . . .a methodically researched presentation of evidence proving the defendants' guilt." The Los Angeles Times described Mr. Hueston's cross-examination of Lay as "devastating" and The Associated Press called him "the perfect David to Lay's Goliath." California Lawyer Magazine recently named Mr. Hueston a 2007

"California Attorney of the Year." As a prosecutor, Mr. Hueston was presented with four awards by each of the last three U.S. Attorneys General for his trial work. He has never lost a trial. The American Lawyer magazine named Mr. Hueston as one of the nation's "Fab Fifty" young litigators and one of ten Star Laterals. Mr. Hueston has also been specially commended by the National Federal Law Enforcement Officers Association, the F.B.I. and the I.R.S. for serving as the lead trial attorney in fraud, tax and public corruption trials.

## John P. Dennis, III
## WoodRock & Company

Mr. Dennis has been the Principal and Managing Director of WoodRock & Co. since he founded the firm in April 1998. He is responsible for deal origination and selection, deal and project leadership, strategy, and business management. To date, Mr. Dennis has executed over 56 billion in transactions. Prior to WoodRock, he was a Vice President with Koch Industries, Inc. in their International and capital services groups. In these positions, he was responsible for Koch's global merchant banking and M&A efforts. From early 1998 through June 1997, he served as Chief Financial Officer, and later as acting Chief Operating Officer, of Gas Services International, Limited ("GSI"), a contract compression and engineering services company with offices in Houston, Texas, and Singapore. Before GSI, he advised both American Breco Corporation and Aviation Sales Company (NYSE: AVS) in their merger, acquisition, divestiture, and financing activities. His prior investment banking experience includes Simmons & Company International and Goldman Sachs & Co. Prior private equity experience includes SCF Partners, L.P. and Breco Holdings, Inc. He holds an AB from Harvard College and an MBA from Rice University's Jesse H. Jones Graduate School of Management. Following college, he served as an officer in the United States Navy.

## Dave Jeppesen, SVP
## Capital One Financial

Mr. Jeppesen is a Senior Vice President and Deputy Chief Risk Officer at Capital One. In this role, he oversees Enterprise Risk Management, Operational Risk Management, and corporate level Credit Risk Management activities. Mr. Jeppesen is focused on improving the organization's risk management activities and increases Capital Ones analytic capability. Mr. Jeppesen started his career as a statistician, focused on predicting consumer behavior for direct marketing activities. In this capacity, he joined Capital One Financial, focused on combining market research, consumer data, product information, and technology to drive the best decision for the

MVI/Palaxar – PI
313

consumer and financial decision for the company. He later moved to operations in the Direct Marketing Center. In that capacity, he brought new technology and infrastructure solutions together for direct marketing at Capital One. These involved solutions for areas such as creative development, prospect/customer targeting and credit decisions. Each of these solutions leveraged the latest technology and infrastructure, while pushing the envelope on what that infrastructure could do.

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2006

MVI/Palaxar - PI
314

Case 6:07-cv-01788-JA-GJK   Document   ... Filed 01/... 2008   Page 2 of 2

Phone: 888.4PALAXAR

# Our Affiliates...

## Black Diamond International



Black Diamond International



⟳ Contact us for more info

---

**Cost of Fraud**

At least 5% of Corporate
Revenue is lost to fraud
each year. What is it
costing you?
Contact us...

---

**Risk**

Most corporate fraud is
uncovered by accident or
through tips. Is it worth the
risk?
Contact us...

---

**Conviction Rate**

82% of those who commit
corporate fraud have never
been charged or convicted
of a crime.
Contact us...

---

Advisory Council

Affiliates

MVI/Palaxar – PI
315

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring ™ © 2006

MVI/Palaxar - PI
316

Phone: 888.4PALAXAR

# Conferences

 Contacts

- MIS Training Institute
- American Association of Certified Fraud Examiners
- Committee of Sponsoring Organizations of the Treadway Commission (COSO)
- Financial Executives Institute
- AICPA
- Department of Justice
- Institute of Chartered Accountants in England and Wales
- Institute of Chartered Accountants in Scotland" class
- Chartered Institute of Public Finance and Accountancy
- ACPO.Police.uk





**Cost of Fraud**
At least 5% of Corporate Revenue is lost to fraud each year. What is it costing you?
Contact us...

**Risk**
Most corporate fraud is uncovered by accident or through tips. Is it worth the risk?
Contact us...

**Conviction Rate**
82% of those who commit corporate fraud have never been charged or convicted of a crime.
Contact us...

| Advisory Council |
| --- |

| Affiliates |
| --- |

MVI/Palaxar - PI
317

©Copyright 2006 PALAXAR, LLC. All Rights Reserved

PALAXAR & Continuous Monitoring™ © 2006

MVI/Palaxar - P1
318

1/2/2008



# ACFE
## Association of Certified Fraud Examiners

### FIGHTING FRAUD GLOBALLY

Welcome! You are not logged in.

☒ Join Now   ☒ Local Chapters   ☒ Contact Us   ☒ Certify CPE   ☒ My

**Home** | Training & Certification | Community | Fraud Resource Center | Career Center | Training Events | About



## For Some People, It's Mortgage Fraud.
What sparks your interest? Members, click here and take five minutes to provide us with current information on your job, industry, and topics that are of interest to you. This will help us ensure that the events, products and communications of the ACFE remain focused on your interests and professional development needs.

E-Mail Addre:

Password:

forgot passwt



## Anti-Fraud Articles, Statistics, Downloads and More
Find a CFE
2006 ACFE Report to the Nation on Occupational Fraud & Abuse
2006 Compensation Guide for Anti-Fraud Professionals
Searchable Article Database
Fraud Magazine: "Protecting Privileges in Fraud Examinations" (Members)



N
The W
CFE Ex

Discuss
(Mem



## Events and Educational Tools for the Anti-Fraud Professional
New! ACFE Mortgage Fraud Course
ACFE Webinars – Online Anti-Fraud Training
Hotlines Offer New Insights into Success
ACFE Anti-Fraud Videos Now Available for Download
2008 CFE Exam Prep Toolkit

**ACFE Updates!** The 2008-2009 Board of Regents elections are now open. · more info...

Upcomii

### Recent News

**Conman Peter Foster Sentenced to Jail for Fraud**

Embezzlement Not Uncommon in Higher Education, Despite Corporate Connotation

Fake Companies Steal Billions from Medicare

'Father of ID Theft' Vows to Turn Over a New Leaf

### This Month's Highlights

·. **Guidance Paper "Managing the Business Risk of Fraud" Released for Comments**

·. ACFE Accepting Speaking Proposals

· CFEs: Complete Your 2007 CPE Compliance

· New ACFE Webinar: Healthcare Fraud in America, Dec. 20, 2007

·. Fraud Magazine: "Sentinel at the EPA: An Interview With William Sanjour" (Members)

Dallas, TX -
Interview/d
1/14/2008 -
CPE Credits

Charlotte, I
Institution
1/17/2008-
CPE Credits





### FIGHTING FRAUD GLOBALLY

Contact Us | FAQ | Help Using Our Site | Español | Privacy Policy | Advert
All contents © 2007 Association of Certified Fraud Examiners

MVI/Palaxar – P1
319



**Europe's Premier
Annual Conference for Auditors**

Cocktail Sponsor:

## Ten Reasons to Attend

1. Be inspired by dynamic keynote speakers - motivate you & your team for positive action
2. Focus on your own interest areas via streamed sessions - packed with real-world approaches & clever learning points
3. New strategies for decreasing your costs & maximising your risk coverage & audit efficiency
4. Hear first-hand how to achieve early measurable successes with Enterprise Risk Management
5. Test yourself at the Ethics & Sustainability Auditors' Roundtable & via further lively debates
6. Enjoy a congenial setting & make new contacts with audit peers from across the world
7. Share experiences on how to add true value to your team & to the business
8. Dedicated networking functions & activities in the attractive city of Dublin
9. The ultimate benchmarking experience at fully interactive Audit Directors' Roundtable: you'll be asked for input into the agenda beforehand
10. Uncover the dynamics, characteristics, & indicators of management corruption & fraud at the dedicated Fraud & Corruption Summit plus, test your detective skills by "spotting the liar"

**Fraud & Corruption Summit**
22nd October 2007

**Audit & Governance
SuperStrategies 2007**
23rd - 24th October 2007

**Audit Directors' Roundtable**
25th October 2007

Focuses: Audit Strategy, Compliance, Risk Management, Ethics & Governance

# Audit & Governance
## SuperStrategies 2007
22nd - 25th October 2007, Dublin, Clontarf Castle

Balancing Governance, Risk & Compliance to Add True Business Value

### Keynotes by:
Rick Leeson, *Barings Bank Rogue Trader* - "Meet the only man in the world ever to write a cheque and make the bank bounce!"

Gerry Cox, *Chairman of the Board, IIA Global & Head of Internal Audit Partnership, South West Audit Partnership*

Michael J. Comer, *Managing Director, Cobasco*

### Chaired by:
Joel Kramer, *Managing Director, Internal Audit Division, MIS Training Institute*

### International Case Studies by Thought-Leaders
AXA Group, *Chief Audit Executive (CAE), Claude B. Corgou*
Cadbury Schweppes, *Global Risk Audit Manager, Louise Burns*
Citigroup, *Chief Auditor for Europe, Africa & the Middle East, Robert N. Breehan*
EDS, *Executive Audit Manager, EMEA & Asia-Pacific, Koen Albers*
Metropolitan Police Authority, *Director of Internal Audit, Peter Tickner*
Nestlé, *Head of Audit - UK & Ireland, Ewan Briggs*
Raytheon Company, *Director Internal Audit - West Region, Yosief Ghirmai*
SEB, *Head of Internal Audit, Merchant Banking, Neil Lockhart*
Swedish Red Cross, *Head of Internal Audit, Anna Gabrielsson*
The Bank of Butterfield, Bermuda, *Senior Vice President, Head of Group Internal Audit, Fred Tasch*
The Hartford Financial Services Group Inc.,
*[...], General Auditor & Chief Information Security Officer,
Howard L. Meshberg*
XL Services UK Ltd, *Vice President, Internal Audit Europe,
Isabel O'Shaughnessy*



Special Early Gift Offer

ROGUE TRADER

Web: www.mistieurope.com/auditSS   Email: mis@mistieurope.com

Association Supporters:





Media Supporters:







MVI/Palazar - P1
330

# Audit & Governance SuperStrategies 2007

## 22nd - 25th October 2007, Dublin, Clontarf Castle

Dear Colleague,

MIS Training is delighted to invite you join the annual flagship conference for auditors, Audit & Governance SuperStrategies 2007, & the adjoining Fraud & Corruption Summit & Audit Directors' Roundtable. The programme will assist you to keep pace with your Board's growing demands & ensure that IA provides the right assurance messages.

Go beyond the norm – this is the only event where you can meet & question in the course of a day: the new Chairman of the IIA Global, Gerry Cox; the quintessential 'fraudster' of the twentieth century, Nick Leeson, Barings Bank's Rogue Trader; renowned professional fraud investigator, Michael J Comer; & various chief auditors – among them one who has a global staff of 360 internal auditors across the 65 countries!

Plus, here are just four of the innovative case studies you'll be privy to:

1. Gain insights into the successes & challenges of implementing a risk-based Internal Audit programme – hear how Cadbury Schweppes have approached this
2. How do you balance the roles of internal audit & the control framework? Nestlé's recent challenges for an Internal Audit Manager. Hear about this transition.
3. As markets rapidly develop, many controls need to develop quickly & audit techniques must be innovative in recognition of the unique risks of hyper-growth environments – hear from Citigroup's Chief Auditor for Europe, Africa & the Middle East, Robert N. Breeden. the skills auditors need to operate effectively in hyper-growth environments
4. AXA Group's Claude B. Cargou leads a team of 360 internal auditors across the 65 countries & directs AXA's global SOX compliance efforts. He will share how he has built AXA's audit plan, prioritising all risks that could prevent the Group from achieving its strategic objectives

The benefits of joining your peers at this well-established, unique event are clear, but to sum up the top 10 reasons you should really attend:

1. Programme focus on emerging issues & how to assist management focus on only the most important priorities
2. Speakers are top audit practitioners from leading organisations eager to share what works & what doesn't to assist you & your team
3. Dynamic industry keynote speakers will inspire you & refresh your way of thinking
4. Lively panel debates will ensure you get to ask those questions you always wanted to
5. Discussion on 'Integrating Risk Compliance & Governance' will probe into crucial upcoming issues & offer advice on how to prepare for the years ahead
6. Unrivalled networking opportunities with peers & pros from around the world over dinner, drinks & dedicated networking time
7. Benchmark proven audit strategies with peers at the Audit Directors' Roundtable
8. Put your detective skills into practice at the Fraud & Corruption Summit. Don't miss the interactive session led by Michael J. Comer, who will plant a "lie" in the audience for you to discover!
9. Test yourself at the Ethics & Sustainability Auditors' Roundtable
10. Finally, meet & openly question the main participant in arguably the largest banking scandal that the world has witnessed – Mr. Nick Leeson

## About the Venue:

Dublin, Ireland's 1000-year-old capital, is a truly cosmopolitan city with a rich history. Inspiration for literary greats such as Joyce, Wilde, Swift & Beckett, Dublin is the birthplace of Guinness stout & Jameson's whiskey. Dublin is also a fertile breeding ground for the creative seed of many of the world's most talented musicians & dancers. Famous sights of Dublin include: The Custom House The G.P.O.; The Four Courts; Dublin Castle; St. Patrick's Cathedral; Christ Church Cathedral; Ha'penny Bridge; St. Stephens Green; Trinity College; The Dublin Spire; The Guinness Storehouse. The image on the front cover of the brochure shows the Lady of Justice mounted above the Gate at Dublin castle.

Located in Dublin's leafy Northside suburbs, the conference venue, Clontarf Castle Hotel, is part of a privately owned Irish collection of hotels & is a stone's throw from a city bursting with life, energy & vitality, history & history in the making. With turrets, tapestries & an ancient history, the thick Castle walls conceal a hotel interior that would not be out of place in Manhattan or Miami. A 10 million makeover has seen this Dublin Castle vitingly leap from the 19th Century & land two feet firmly in the 21st. The ancient Castle walls hold firm the traditions of Ireland - a welcome as warm & grand as the Great Hall itself, its private grounds ensure a peaceful nights sleep.

## New Business Opportunities at Audit & Governance SuperStrategies 2007

Meet audit managers & directors from across Europe, Africa & the Middle East for unrivalled networking in a congenial setting. This audience is looking to benchmark & network with colleagues & industry experts to find solutions & advice. Delegates typically represent 98% practitioners (rather than vendors & consultants), from across industry sectors & government. In addition to full participation in MIS marketing campaign, logo profiling, maximum onsite exposure, entry in the sponsors' prize draw, all sponsorship options include:

- 2 free places for personnel to man the stand & network with delegates
- A number of free client places (worth £1,795 each)
- Unlimited further 15% discounts to prospects
- A table top exhibition
- Delegate list

For more information please contact: Sara Hook, snook@mistieurope.com, Tel: +44 (0)20 7779 7200.

## The Author, Nick Leeson, will be onsite to sign your free copy!

Sign up for the conference by 13th August & you will receive a free copy of this book. Nick Leeson's - Rogue Trader



Starting with the cover-up of a colleague's small error, & resulting in the crash of Britain's oldest bank, this best-seller is Nick Leeson's own account of his role in the ruin of Barings, Leeson shows how an escalating addiction to reckless speculation led to more cover-ups & finally his own arrest...

MYH/Fahrar – PI 321

# Audit & Governance SuperStrategies 2007

## FRAUD & CORRUPTION SUMMIT - Monday 22nd October 2007, Dublin, Clontarf Castle

## The Auditors' Role in the Fight against Fraud & Corruption

Facilitated by: Edith L. Curry, Co-Founder, Palaxar / Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global / Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute / John Verver, Vice President of Alliances & Product Strategy, ACL Services / Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EDS / Michael J. Comer, Managing Director, Cobasco / Peter Tickner, Director of Internal Audit, Metropolitan Police Authority / Yosief Ghirmai, Director Internal Audit - West Region, Raytheon Company /

**09:00 Coffee & Registration**

09:00 Chairman's Opening

09:05 Raising Senior Management Awareness of Fraud & Corruption

- Company values & code of conduct
- Ethics and compliance office
- Educate managers & employees

- Tone at the top & engagement from the CEO
- Communicate the message
- Cultural aspects

Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EDS

09:45 Who is the Corporate Champion in the Fight against Fraud & Corruption

Looks at the related disciplines that are now put up closely with today's role of Audit Director - risk managers, certain Heads of Legal, Corporate Security Director & even HR Managers. This open group discussion will look at various organisational structures and cultures to establish what can be learned from different schools of thought & the most effective structures.

- Should audit take the lead role in fraud prevention & anti-corruption?
- What happens when corporate security functions take the lead & become the voice that management relies on?

- Which path is the most effective & who is the best person to "rock the boat"?
- What are the most effective reporting lines for security?

Facilitated by: Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global

Panellists: Edith L. Curry, Co-Founder, Palaxar / John Verver, Director, ACL / Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EDS

**10:35 Coffee & Networking Break**

10:55 Answers to Two Simple Questions Can Protect Your Organisation From Internal Fraud

All fraud begins with people making bad choices, & it always starts small. Can you (legally) identify those trusted employees who are beginning to take those incremental steps toward committing fraud? YES!

- Is all fraud situational?
- What are the common behaviours among all employees who commit fraud?
- When does the rationalisation being, & what does it look like?

- Is every employee capable of committing fraud?
- When co-workers, supervisors & managers turn a blind eye, what is the true cost?

Edith L. Curry, Co-Founder, Palaxar

11:35 Experience of Using Whistleblower Lines

A facilitated group discussion whereby the audience share views & experiences on the use of whistle-blowing policies & strategy, what works & what lessons can be learned.

- Are whistleblower lines, an overrated panacea?
- What constitutes a 'best practice' whistle-blowing policy?

Facilitated by: John Verver, Vice President of Alliances & Product Strategy, ACL Services

Panellists: Edith L. Curry, Co-Founder, Palaxar / Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global / Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, LMEA, EDS / Peter Tickner, Director of Internal Audit, Metropolitan Police Authority / Yosief Ghirmai, Director Internal Audit - West Region, Raytheon Company

**12:45 Lunch**

14:00 Prevention or Cure?

- Who is involved in the battle against fraud & corruption?
- Cost vs. benefit - are we striking the right balance?
- Punishment considerations
- What happens when senior management is involved?

- What are companies doing about monitoring for fraud & corruption?
- Prevention or cure? What comes first?
- Managing fraud risks in the tender process & procurement
- Investigating senior management fraud - what are the key points to consider?

Facilitated by: Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute

Panellists: Edith L. Curry, Co-Founder, Palaxar / Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global / John Verver, Vice President of Alliances & Product Strategy, ACL Services / Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EDS / Peter Tickner, Director of Internal Audit, Metropolitan Police Authority / Yosief Ghirmai, Director Internal Audit - West Region, Raytheon Company

**15:00 Afternoon Tea Break**

15:15 Detection at Work

This interactive session will cover the taxonomy of deception, linking Mr. Comer's 40 years' experience as a fraud investigator with the most recent developments on brain mechanics, magnetic resonance imaging & the psychology of deception. The symptoms of deception, from consciously controlled actions such as the content of both achievement & exculpatory lies, to unconscious clues such as verbal incongruencies, para-linguistics, body language & other non-verbal communications are identified. You will be provided with a fail-safe methodology for dealing with lies, and auditors will leave far more confident in dealing with deception.

- About lies & basic psychology - recognising the liar's objectives
- Genuine truth techniques - developing your own style
- Interview stages - getting to the deep truth - putting the monkeys on backs
- Dealing with HR problems - releasing the monkeys & avoiding industrial tribunals

- Signs of deception - invented & uninvented clues
- Understanding critical responses
- Dealing with whistle-blowers - gaining good intelligence

Fraud & false claims investigations: planning & resource management; getting wired; background investigation; getting to the deep truth

Put Your Detection Skills into Practice - Cobasco will plant an actor as a delegate in the main conference, who will use a false identity & will lie to every other delegate he or she meets, during breaks & at the cocktail party & lunch and of day one. Delegates will be issued with a self adhesive label with their name & address on it. If they spot the "liar" at the cocktail party they may stick that label anywhere on his or her body. There will be two prizes. The first is for everyone who successfully spots the "liar" & the other for the innocent person who has been planted with the most labels.

Michael J. Comer, Managing Director, Cobasco

Mike Comer is widely regarded as a world authority on the prevention, detection & investigation of fraud in which he has specialised for the past 40 years. He is the author of eight text books, a televised Professor & at least a professor. Most of his life is specifically with crooks & their victims. Mike Comer is acknowledged as the founder of automated fraud detection & profiling starting from 1974 while Security Coordinator for Esso Petroleum Company. Since then his techniques have benefited users running into hundreds of millions of pounds. He has also successfully installed many effective fraud reporting programs.

**16:45 Close of Day**

MVII/Palaxar - P1
322

# Audit & Governance SuperStrategies 2007

## CONFERENCE DAY ONE - Tuesday 23rd October 2007, Dublin, Clontarf Castle

**08:30 Coffee & Registration**

**09:00 Chairman's Opening**

Joel Kramer, *Managing Director, Internal Audit Division, MIS Training Institute*

**09:10 Priorities for Providing Assurance**

Gerry Cox, *Chairman of the Board, IIA Global & Head of Internal Audit Partnership, South West Audit Partnership*

*Gerry has more than 26 years internal audit experience, most of which has been in the private sector. Since 2005, he has led the External Audit Partnership for South West Audit Partners, an organisation that provides internal audit services to a growing number of local authorities in the southwest of England. Prior to coming to his current position in 2005, Gerry served as group manager of Business Support for South Somerset Council in the UK. His background also includes information systems management. Gerry has worked to advance the internal audit profession for many years & has served on various IIA international committees. In July he will take his post as 2007-2008 chairman of the IIA's board. He is past president of IIA-UK & Ireland & past president of the European Confederation of Institutes of Internal Auditing (ECIIA).*

**09:50 Auditing in Hyper-Growth Economies**

The business activities in many transition economies are challenged with aggressive growth plans that will often out pace the control infrastructure. As markets rapidly develop, many companies are seizing market opportunities to move to the cutting edge of product development & delivery. In this dynamic environment, controls need to develop quickly & audit techniques must be innovative in recognition of the unique risks of hyper-growth environments. Robert will discuss best practices employed to address these challenges, including risk assessments, frequency of audits, & ongoing monitoring of business activities. He will also discuss special areas of focus in emerging economies such as Islamic Finance, business practices & governance, & the knowledge & skills auditors need to operate effectively in hyper-growth environments.

Robert N. Breeden, *Chief Auditor for Europe, Africa & the Middle East, Citigroup*

*Bob was appointed Chief Auditor of Europe for Audit & Risk Review in November 2005. The role covers the Citigroup audit activities in the European, Middle Eastern & African countries. Additionally, he is the liaison with the Citierg Corporate Officers, Chief Executive Officers & various Audit & Governance Committees, external auditors & key regulators. Bob is a "controlled person" (CF-15) for all regulated entities in the UK. His current responsibilities also include management of the risk-based audit program for the Citigroup Consumer Group operating in 27 EMEA countries. Bob has been in banking for 30 years with the last 26 years at Citigroup. During his career he has had roles in corporate finance, private banking, region/country credit, business & relationship management, & compliance & control. Geographically, Bob started with Citigroup in the US, & then in 1987 moved to Australia, followed by job assignments in Singapore, Belgium & Switzerland before moving to London in 2003. Bob attended the American Graduate School of International Management (Thunderbird) & Stetson Methodist University where he received his MBA.*

**10:30 Successfully Detecting Fraud**

It is a damning condemnation of organisations, managers & auditors that most frauds are detected by accident, by anonymous tip-offs or financial collapse. This is especially obnoxious given four facts. The first is that most audit departments have invested in software such as IDEA or ACL, which are not used effectively. The second is that, unsurprisingly, most "whistle blowing" processes do not work. The third is that if most frauds can be predicted & proactively detected. It is a question of knowing where to look, what tools to use, tests to make & how to motivate good people to assist. Mike Comer is acknowledged as the founder of automated fraud detection & profile auditing from 1974. While Security Coordinator for Esso Petroleum Company. Since then his techniques have detected cases running into hundreds of millions of pounds. He has also learned from his mistakes. He has successfully installed many effective fraud reporting programs. This session explains the essentials which will enable delegates to successfully detect fraud & to go beyond normal S-Ox process testing by digging deep into data sets & by motivating honest people.

- Fraud Profiles & the importance of context
- Exposed processes
- The fallacies of whistle blowing & how to make reporting procedures truly effective
- The essentials & Genesis of Critical Point Auditing
- Separating form from substance
- Cosmetic testing vs. digging deep
- Avoiding false positives
- Case studies & examples

Michael J. Comer, *Managing Director, Cobasco*

**11:10 Open Q&A Panel With Keynote Speakers**

Gerry Cox, *Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global*
Michael J. Comer, *Managing Director, Cobasco*
Robert N. Breeden, *Chief Auditor for Europe, Africa & the Middle East, Citigroup*

**11:20 Morning Tea Break**

**11:35 Group Splits into Breakout Streams**

| Strategic Risk Management for Audit | Auditing Financial Services |
|---|---|
| **11:40 How Internal Audit is Helping Raytheon to Build an ERM Platform** | **11:40 Assuring the Audit Committee of Internal Audit's Quality Through Quality Assessment Reviews (QARs)** |

Strategic Risk Management for Audit

**11:40 How Internal Audit is Helping Raytheon to Build an ERM Platform**

- Factors that drove the need for formal ERM assessment
- Role & responsibility of the ERM Steering Committee
- Selection criteria for the IA project manager & the project team
- Overview of the project plan
- Achieving early measurable successes
- Building a framework for monitoring, enhancing, & responding to the risk environment
- Establishing a common risk language throughout the organisation
- Auditing the ERM process
- Lessons learned

Yosief Ghimani, *Director Internal Audit – West Region, Raytheon Company*

Auditing Financial Services

**11:40 Assuring the Audit Committee of Internal Audit's Quality Through Quality Assessment Reviews (QARs)**

In an environment of increased fiduciary responsibility & potential liability, the Audit Committee has significantly increased its reliance on Internal Audit & must be assured of its Quality. Quality Assessment Reviews are a critical component of providing this assurance.

- Internal versus External QARs
- Rating your audit services using a Self Assessment Rating System
- The A to Z of designing & implementing a Self Assessment Rating System
- The dilemma of the External QAR
- Self-Assessment with Independent Validation, an alternative to the External QAR
- Reporting on Quality to the Audit Committee

Fred H. Tesch, *Senior Vice President, Head of Group Internal Auditor, Butterfield Bank, Bermuda*

**12:35 Lunch**

MVII/Pelavar – P1
323

# Audit & Governance SuperStrategies 2007

## CONFERENCE DAY ONE · Tuesday 23rd October 2007, Dublin, Clontarf Castle

**CASE STUDY**

**13:45 Balancing the Roles of Internal Audit & Control Framework**

With the implementation of Nestle's SAP-based GLOBE system, the responsibility of ensuring the Internal Control Solution across markets was given to Internal Audit. Managing this transition brings very specific challenges for an Internal Audit Manager.

- Background to Nestle's GLOBE system
- Delivering the Internal Controls Solution across a complex business environment
- Managing the different skill-sets of Internal Auditors and Control's experts
- Leveraging experiences on a global project
- The conflict of auditing the controls that your department has implemented
- Key learnings & challenges ahead

*Ewan Briggs, Head of Audit - UK & Ireland, Nestle*

*Ewan has managed Nestle's Internal Audit Department in the UK & Ireland since moving from Asia in 2005. Working in Asia, & previously for Deloitte's in Milan, he gained considerable experience in internal & external audit working in all of the major countries in Europe. A Scottish Chartered Accountant, he also has experience in corporate finance, due diligence and SAP implementations.*

**14:25 Session Change**

**CASE STUDY**

**14:30 In-house Vs. Outsourced Audit**

- IT outsourcing lifecycle
- How outsourcing activities should be managed
- Defining a company-wide risk policy
- Controls, compliance, & governance framework
- Which works best?
- Anti-trust issues with technology supplier

Speaker to be Confirmed

**CASE STUDY**

**13:45 The Challenges of Implementing Contemporary Methodology within a Global Internal Audit Department**

Has your internal audit function kept pace with the changes in methodology used by peer group internal audit functions and the profession in general? This presentation covers the challenges faced by an internal audit department within a significant Northern/European financial services company operating in a complex & fast moving business environment. It starts with the formation of the strategy to be one of the leading internal audit functions & how the management team decided upon the steps in methodology development that needed to be taken to go from a good function to great one.

- How to identify what is "cutting edge" internal audit methodology
- What steps need to be taken to ensure harmonisation & buy-in for the new methodology
- How the methodology will be "rolled out" effectively across many different geographic locations & cultures
- How to ensure that the new techniques are successfully implemented & uniformly used
- When to inform key stakeholders about the changes

*Neil Lockhart, Head of Internal Audit - Merchant Banking, SEB*

*Neil started his career with RBS & qualified as a Banker working both in the UK & the Far East & subsequently training to become an auditor. He later moved on to join a Scandinavian Banking consortium & then SEB in Sweden. He has specialised on working with investment & Merchant Banking, particularly in the areas of Treasury, Trading & Capital Markets.*

**14:30 Continuous Monitoring of Key Controls for Governance, Risk & Compliance**

- Identifying key governance processes & controls
- Evaluating risk exposures
- Ensuring a process for compliance
- Embedding continuous testing of financial controls into core processes
- Promptly remediating issues before they impact stakeholder confidence

*John Verver, Vice President of Alliances & Product Strategy, ACL Services*

*John has overall responsibility for ACL's global strategic & partnerships as well as the long-term strategy for ACL products. John is an acknowledged thought leader on continuous auditing, monitoring & audit analytics. Prior to joining ACL in 1991, John was a principal at Deloitte & Touche, with responsibility for computer audit & control services. John is a Chartered Accountant, Certified Management Consultant & Certified Information System Auditor.*

**PANEL**

**15:30 Integrating Governance Risk & Compliance**

- How can partnering with the audit committee, executive management, external auditors, & the Chief Risk Officer result in optimal risk-based outcomes?
- What basic attributes are needed to build a highly effective risk-based audit program? Best practice & worst practice of how this is being applied
- How do you define an audit universe-level risk assessment?
- Capturing emerging risks & the key to minimising the potential of risk to the organisation's reputation
- Balancing compliance & enterprise risk
- Integrating governance risk & compliance frameworks – what does this involve?
- What upcoming regulation is impacting audit?

*Chaired by: Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute*

*Panellists: Claude B. Cargou, Chief Audit Executive (CAE), AXA Group / Ewan Briggs, Head of Audit - UK & Ireland, Nestle / Frank Hallstones, Co-Founder, Polanar / Howard Masterson, Senior Vice President, General Auditor & Chief Information Security Officer, The Hartford / Yossef Ghimrat, Director Internal Audit - West Region, Raytheon Company*

**KEY NOTE**

**16:20 Fighting the Fraud Within - Protecting the Police's Public Purse**

*Peter Tickner, Director of Internal Audit, Metropolitan Police Authority*

**SPECIAL KEYNOTE & OPEN Q&A**

**17:05 The Break Down of Controls - Lessons for Audit Today**

The collapse of Barings in 1995, & Nick Leeson's role in it, is one of the most spectacular debacles in modern financial history. How could one trader bring down the banking empire that had funded the Napoleonic Wars? Nick Leeson, the young gambler who found himself sucked into a terrifying spiral of loss was a working-class boy who lived high in an upper-class world until his unchecked gambling caused the downfall of Barings Bank (personal bank to HM The Queen) & closes in the Singaporean Barings, the lack of accounting safeguards, his capture & confinement for 9 months in a Frankfurt prison & being sentenced to 6 years by the Singapore court for forgery & cheating. In the aftermath of the AIB trading scandal in New York, & the collapse of Enron and Worldcom, Nick provides a fascinating insight into the continuing failures of senior & middle management at large corporations who still fail to protect shareholders & customers. You will have the unique opportunity to meet & question the main participant in arguably the largest banking scandal that the world has witnessed. The story also has a number of human interest aspects that will astound any audience so is not restricted to the world of suits & power lunches that he used to frequent.

*Nick Leeson, Barings Bank Rogue Trader*

*Curiosity, intrigue & sympathy have been the various reactions to this man's exquisite life story. Following Barings' collapse, Nick Leeson was sentenced to six & half years in a gang-ridden Singaporean jail. In conditions that defy belief, while at the same time his wife left him & he was diagnosed with colon cancer. Against all odds, he survived & now fully recovered from cancer, lives happily in Ireland with second wife Leona & their three children.*

**18:05 Close of Day One**

18:05 - 20:00 Cocktail Reception Kindly Sponsored by:



# Audit & Governance SuperStrategies 2007

## CONFERENCE DAY TWO - Wednesday 24th October 2007, Dublin, Clontarf Castle

**08:30 Coffee & Refreshments**

**09:00 Chairman's Re-opening**
Joel Kramer, *Managing Director, Internal Audit Division, MIS Training Institute*

**09:10 Strategically Positioning a Global Internal Audit Department in These Complex Times**
Directing an audit department for a multinational corporation has never been more challenging. Functions such as planning, authorisation, staffing, organisational structure & reporting take on a greater degree of complexity when dealing with multiple locations spread throughout the world. Howard will discuss how The Hartford has addressed these issues & how the audit department's objective of planning globally but executing locally has evolved over the past 15 years.
- Plan Globally; Execute Locally – While local audit groups must be responsive to local management & local risks it is essential that local audit plans fit into the overall enterprise wide audit plan
- Staffing – Do you employ a centralised or local staffing model?
- Management Reporting – Solid or dotted line into the general auditor
- Audit Reports & work papers – What language do you use?

Howard L. Mosbacher, *Senior Vice President, General Auditor & Chief Information Security Officer, The Hartford Financial Services Group, Inc.,*
Mr. Mosbacher joined the company in 1995 as an assistant general auditor for property and casualty operations in the company's home office. He was promoted to general auditor in 1998 to vice president in 1992, and was appointed to his present position in 2003. Mosbacher has corporate-wide responsibility for internal auditing, information security & internal based investigations. Prior to joining The Hartford, Mosbacher served as field audit manager at CNA Insurance in Chicago. He is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Connecticut Society of Certified Public Accountants.

**09:50 Maximising Audit Performance on a Global Scale**
Claude leads a team of 360 internal auditors across the 65 countries & directs AXA's global SOX compliance efforts. In building AXA's Group audit plan, he is responsible for reviewing & prioritising all risks that could prevent the Group from achieving its strategic objectives & makes recommendations to mitigate the most serious issues. Gain practical insights from his extensive experience.
- Leading audit teams globally
- Prioritising risks to meet strategic objectives
- Implementing Audit standards Group-wide
- Setting a development route for high calibre staff in Internal Audit
- Ongoing lessons from S-Ox compliance efforts

Claude B. Cargou, *Chief Audit Executive (CAE), AXA Group & Chairman, IFACI, French Institute of Internal Auditors*
Claude was appointed this role in 2002, working directly with the Group CEO, CFO & the Chairman of the Audit Committee. From 1990 to 2002, Claude was Executive Vice President & CEO in charge of IT & e-business for AXA, & from 2000 to 2002 a member of the Group's 15-person Executive Committee. He was responsible for 10,000 IT professionals & an annual budget of Euro 2bn. Claude began his career at CI – Honeywell Bull in 1973. He joined Rockwell International in 1976, moving to the US to lead the development of the telecommunications network for a major French bank with over 2,000 branches. In 1978 Claude joined Banque Nationale de Paris. He was appointed Deputy CIO. From 1995 to 2000, Claude chaired CIGREF & was the principal advisor to the French Government & CIOs of major French enterprises on Y2K. In 2002, in recognition of his contribution to IT & to France's Y2K readiness, he was awarded the Legion of Honour, France's highest civilian honour.

**10:30 Morning Coffee Break**

**10:50 Ethics & Sustainability Auditors' Roundtable**
This facilitated roundtable discussion will involve group case study scenarios & the audience will then present their findings back to the group – including discussions of possible solutions, & why? What might the consequences be? What should they have done differently?
- Ways to promote & access the ethical environment through audit
- How can you the auditor limit Corporate Social Responsibility to fight fraud & corruption?
- Asking the right questions to identify flaws in decision-making approaches that can lead to questionable practices
- Enhancing management's reputation through ethical leadership
- Floating a win-win situation for you company & the societies in which it operates
- Testing out your CSR skills on the issue of corruption

**11:30 Group Splits into Streams**

### Stream A

**11:35 The Internal Auditor as a Consultant in Risk Management**
With a small internal audit team you are forced to seek the most efficient way to give benefit to our organisation. In a consultative role it is possible to reach a greater part of the departments & key functions, in spite of small resources. Better risk awareness in the organisation can help to prevent undesired costs & negative publicity.
- In audit humanity - Risk priorities for an NGO
- A Small audit function in a complex Organisation
- How to teach 'risk thinking' to the management
- Illustrations from our operations
- Conclusions about the consultative role

Anna Gabrielson, *Head of Internal Audit, Swedish Red Cross*
Anna has been an internal auditor with the Swedish Red Cross, Sweden for 3 years, & she has been in her current role since 2007. Prior to this, she spent 7 years as an auditor with KPMG in Stockholm & 4 years as controller for the Swedish Red Cross. Uppsala, Sweden. She is a CPA with 20 years' experience of external auditing & NGOs as auditor (e.g. Swedish Society for Nature Conservation, teacher in management & accountant for associations).

### Stream B

**11:35 Decreasing Costs; Maximising Risk Coverage & Audit Efficiency**
- Working with the internal auditors
- Impact of Sarbanes Oxley & ASS rules on "using the work of others"
- Leveraging the work of "other" management assurance functions within the company
- Key factors for success
- Lessons learned

Isobel O'Shaughnessy, *Vice President, Internal Audit* & Tim Stroag, *Vice President, Internal Audit, XL Services UK Ltd*
Isobel has worked in audit for 14 years, primarily focused on the insurance industry. Isobel qualified as a Chartered Accountant with Ernst & Young in London, spending 8 years in their financial services practice as an internal auditor. For the last 6 of those she worked on a variety of insurance clients reaching the level of Senior Manager before leaving in 2001 for a role in Internal Audit at XL Capital. Tim has 13 years of experience in the banking world, mostly concentrated on the insurance industry. Tim qualified as a Chartered Accountant while working as an external auditor with KPMG in London. In 1999 Tim transferred to KPMG Sydney for three years, where he transitioned to the Management Assurance Practice within KPMG providing outsourced Internal Audit services to clients.

**12:20 Lunch**

**13:30 Cadbury Schweppes: Adopting a Risk Based Approach**
- Introducing a risk based Internal Audit programme, including development of Global function audits
- Pursuing a risk based Sarbanes Oxley compliance effort
- Embedding the concept of risk within the Cadbury management team

Louisa Burns, *Global Risk Audit Manager, Cadbury Schweppes*

**14:10 Identifying the Fundamental Challenges That Underpin the Value & Quality of Internal Audit**
- Knowledge of enterprise-wide risks
- Balancing governance, risk & compliance
- Imaginative strategies for finding people
- Continued knowledge of your core businesses

Joel Kramer, *Managing Director, Internal Audit Division, MIS Training Institute*

**14:50 How Leading Internal Audit Departments Add Value**
- Best practices in IA management
- Recruiting a top team
- Partnering with the audit committee
- Staying current in identifying & addressing risks

Chaired by: Joel Kramer, *Managing Director, Internal Audit Division, MIS Training Institute*
Panellists: Claude B. Cargou, *Chief Audit Executive (CAE), AXA Group & Chairman, IFACI, French Institute of Internal Auditors* / Howard L. Mosbacher, *Senior Vice President, General Auditor & Chief Information Security Officer, The Hartford Financial Services Group, Inc.* / John Verver, *Vice President of Alliances & Product Strategy, ACL Services* / Linda M. Duncan, *Head of Governance Services, Hyman Capital Services Limited*

**15:00 Close of Conference**

# Audit & Governance SuperStrategies 2007
## AUDIT DIRECTORS' ROUNDTABLE · Thursday 25th October 2007, Dublin, Clontarf Castle

## How Can Audit Add Value to the Business?

One of the event highlights, this facilitated roundtable briefing is for audit managers & directors to benchmark proven audit strategies & innovative approaches to add value to the team & ultimately to the business. Distinguished audit expert, Frank Hailstones, Co-Founder, Palaxar, will lead interactive discussions & streamed group work, supported by audit directors from across industry sectors who will each lead some of the sessions. These open exchanges will help you in directing your audit strategy, research, communication & policy efforts. Participants will have the opportunity to input into the specific discussion points for the agenda beforehand, via MIS Training, who will tune the agenda around audience priorities.

*Chatham House Rule applies. No press permitted.

Areas of focus include:
- Audit interaction with the Chief Risk Officer, HR, Corporate Relations, CIO, CEO, & Legal
- Creative audit project management skills
- Awareness
- Handling difficult auditees
- How is compliance reshaping your audit strategy?
- Auditing the protection of your information

- What is the business value of audit? Can we measure it? Does it matter?
- Outsourcing audit
- Key non-financial controls
- Transparency in procurement
- Continuous control monitoring – the benefits
- Finding & keeping great people

Facilitated by: Frank Hailstones, Co-Founder, Palaxar

Frank, a founding member of Palaxar, Limited, was Chief Executive Officer & founder of Anson. Frank, a seasoned professional with extensive audit & consulting experience in all aspects of governance, led the development of Anson's governance solutions to design & implement real-world processes that support Sarbanes-Oxley compliance. Prior to co-founding Anson, Hailstones spent 18 years with PricewaterhouseCoopers (PwC). He led 10 as a senior partner. For ten the PwC Internal Audit Practice, building the Europe, Middle East & Africa (EMEA) Hailstones was the head of the PwC Global team that developed the PwC Internal Audit Methodology & supporting technologies before moving into Business Risk Management, where he led the firm's Business Risk Assessment approach. He is a member of the Institute of Internal Auditors, the International Board of the Institute of Directors (IOD) in the U.K. He is a CA (Chartered Accountant -Scotland) & a member of the CIPA (Chartered Institute of Public Finance Accountancy) & the ACA (Association of Chartered Accountants, England & Wales). He has also published numerous articles and whitepapers on governance & risk management topics.

## Cocktail Sponsor:



ACL Services Ltd. (www.acl.com) provides Business Assurance solutions to financial executives & audit professionals worldwide. Since 1987, ACL's proven solutions has enabled financial decision-makers to assure controls compliance, reduce risk, detect fraud, minimise losses, enhance profitability, & achieve fast payback - in a fraction of the time once required. ACL's international customer base includes 90 of the Fortune 100 & more than half of the Global 500. ACL delivers its solutions in more than 130 countries through a global network of ACL offices & channel partners, & are used in hundreds of national, state, & local governments &the 'Big Four' public accounting firms.

## Association Supporters:



Lebanon, Bulgaria, Russia Luxen

IIA - Established in 1941, The Institute of Internal Auditors (IIA) is an international professional association of more than 130,000 members with global headquarters in Altamonte Springs, Fla., United States. Throughout the world, The IIA is recognised as the internal audit profession's leader in certification, education, research, & technological guidance. For more information visit www.theiia.org or email iia@theiia.org



Slovak Republic Russia, France, London Scotland, Ireland

ISACA's membership - more than 65,000 strong worldwide—is characterised by its diversity. Members live & work in more than 140 countries & cover a variety of professional IT-related positions—to name just a few, IS auditor, consultant, educator, IS security professional, regulator, chief information officer & internal auditor. ISACA has more than 170 chapters established in over 70 countries worldwide, & those chapters provide members education, resource sharing, advocacy, professional networking & a host of other benefits on a local level. Its Certified Information Systems Auditor (CISA) certification is recognised globally & has been earned by more than 50,000 professionals since inception. For more information e-mail the membership department at membership@isaca.org or visit www.isaca.org

## Media Supporters:

Governance - Is the leading international monthly newsletter on corporate governance, shareholder activism, & boardroom performance. At this time of rapid change in the regulatory & best practice regimes, 'Governance' is an essential & authoritative resource of analysis & opinion for board directors, senior executives, investment professionals & advisers. Governance Publishing, Watchfield House, Watchfield, Highbridge, Somerset, TA9 4RD. Tel: 01278 793300. Fax: 01278 793750, e-mail: info@governance.co.uk www.governance.co.uk

Careers in Audit (CiA) is the first & only pan-European job board for audit professionals. We advertise audit & audit related vacancies across the UK & Europe as well as providing access to a range of valuable resources, including regular analysis & commentary from financial journalists, surveys & a live news feed.

Audit Professionals is Europe's number one recruitment specialist, focusing solely on internal audit and business risk. From newly qualified accountants to board level appointments, we recruit the best people from across audit, risk, finance, and operations for roles in the world's leading finance, banking, industry and commerce organisations. For more information visit: www.auditprofessionals.com or call: Tel: +44 (0) 20 7845 4246



Audit Net - AuditNet® (www.auditnet.org) is the premier Web portal for integrating the Internet into auditing. The site contains resources, tools & links including audit work programs, questionnaires, checklists, audit guides, audit topical index, job listings & more.

Gower is recognised as one of the world's leading publishers in current best practice in business & management, with a particular niche in books on fraud & corruption. The Gower publishing programme covers many of the main business processes & functions & it is continuously developing new titles.

# Audit & Governance SuperStrategies 2007
## 22nd – 25th October 2007, Dublin, Clontarf Castle

## 5 Easy Ways to Register

Tel: +44 (0)20 7779 8944     Email: mis@mistieurope.com

Fax: +44 (0)20 7779 8293     Web: www.mistieurope.com/auditSS

Mail: Guy Cooper, MIS Training, Nestor House, Playhouse Yard, London EC1V 5EX UK

## Customer Information

[please print or attach business card]

Title ___ First name _____ Surname _____

Title/Position _____ Organisation _____

E-Mail Address (Required) _____

Address _____

Country _____ Postcode _____

Telephone _____ Fax _____

The information you provide will be safeguarded by the Euromoney Institutional Investor Plc. group whose subsidiaries may use it to keep you informed of relevant products and services. We occasionally allow reputable companies outside the Euromoney Institutional Investor Plc. group to contact you with details of products that may be of interest to you. As an international group we may transfer your data on a global basis for the purposes indicated above. If you object to contact by telephone 🔲, fax 🔲, or email 🔲 please tick the relevant box. If you do not want us to share your information with other reputable companies please tick this box 🔲

When registering for this course please quote reference WEB


Special Early Gift Offer

## Registration Options

| Option (please tick) | Fee | Early Bird Gift | Savings |
|---|---|---|---|
| 2-Day Conference & Fraud Summit & Audit Directors' Roundtable (22nd - 25th Oct 2007) | €3,195 | ✔ | 430 |
| 2-Day Conference & Fraud Summit (22nd - 24th Oct 2007) | €2,375 | ✔ | 289 |
| 2-Day Conference & Audit Directors' Roundtable (23rd - 25th Oct 2007) | €2,375 | ✔ | 289 |
| 2-Day Conference Only (23rd - 24th Oct 2007) | €1,795 | ✔ | - |
| Fraud Summit Only (22nd Oct 2007) | €895 | ✖ | - |
| Audit Directors' Roundtable Only (25th Oct 2007) | €895 | ✖ | - |

* The Free Gift applies only to registrations for the two-day conference or more received before 13th August 2007.

Special Group Savings Scheme, please phone for Details.

## Registration Information

(fees must be paid in advance of the event)

The conference is taking place at:
Clontarf Castle, Castle Avenue, Clontarf, Dublin 3, Ireland

For further details & reduced accommodation rates please contact the hotel directly on:

Telephone: + 353 1 8332321   Fax: + 353 1 8330418

Email: www.clontarfcastle.e   Web: hotel@clontarfcastle.ie

Cancellation Policy: Should a delegate be unable to attend, a substitute may attend in his or her place. A credit card or refund, minus 25% administration charge is available if written notification is received by 1st October 2007. Thereafter, no refunds will be given. MIS reserves the right to change or cancel this programme due to unforeseen circumstances.

## Payment Method

Pay Online at www.mistieurope.com
(all fees must be paid in advance of the event)

🔲 Cheque enclosed     🔲 Please invoice my company PO# (payable to MIS Training)

Please debit my credit card 🔲 AMEX 🔲 VISA 🔲 MasterCard

Card Number _____ Expiry _____

Cardholders name _____ Verification Code _____

Please include billing address if different from address given

_____

Please note that in completing this booking you undertake to adhere to the cancellation and payment terms listed below

Signature _____ Date _____

Approving Manager _____ Position _____

## Please Send Me Information on:

🔲 2nd Annual Audit & Governance Conference Africa, 17 - 20 July 2007, Zamani Kempinski, Zanzibar

🔲 The Chief Security Officer (CSO) Summit, 28 - 30 November 2007, Amsterdam

🔲 Fraud & Corruption Summit, 26 - 28 March 2008, Stockholm

MVI/Palazar - PI
327



# 58th Audit Directors & Managers

## Symposium

**Scottsdale, AZ**
October 15-17, 2007

**Optional Workshops**
October 14 & 18

*Symposium Chairperson*



Joel F. Kramer, CPA
*Managing Director,
Internal Audit Division*



**TRAINING
INSTITUTE**
The International Leader
in Audit & Information
Security Training

* Positioning Internal Audit to face new
  risk-based business and compliance
  challenges in 2008

* Audit's role in partnering with the
  audit committee and executive
  management

* Creating an efficient, risk-based
  audit process

* Aggressively developing an effective
  anti-fraud strategy

**Sponsors.**

PRICEWATERHOUSECOOPERS    ControlSolutions.

MVI/Paluxur - PI
328

www.misti.com  E-Z Access 0AM500

TRAINING AUDIT AND INFORMATION SECURITY PROFESSIONALS FOR OVER 29 YEARS

## Sunday October 14, 2007

**9:00 am - 4:30 pm**

### OPTIONAL WORKSHOP

### W1 Dealing with a Likely Fraud Situation: Audit Management's Responsibilities

*Edith L Curry, JD, Founding Member, Palaxar, LLC; Frank Hailstones, CA; Founding Member, Palaxar, LLC*

In this intensive one-day workshop you will examine in-depth Audit's roles and responsibilities as a major player in your organization's defense against fraud. You will learn how to enhance your existing audit programs to help uncover fraud and master proven techniques for conducting effective fraud investigations. You will cover key fraud evidence requirements and gain an understanding of the complex organizational, civil, and criminal factors you must consider to guide your company to the best possible outcome.

- Understanding your organization's fraud risk tolerance
- Clarifying what triggers a fraud investigation
- Insuring your policies and practices are up-to-date and reflect the organization's fraud risk tolerance
- Gaining management's support for your policies
- Validating your findings
- Internal vs. external resources: when to use them
- Proof, and how to find it
- Identifying the different (and sometimes conflicting) standards of proof
- Satisfying your auditdirector, risk committee, board of directors, insurance carrier, shareholders, and the list goes on

**5:30 pm - 6:30 pm**

### Welcome Reception for Symposium Participants and Spouses

## Monday, October 15, 2007

**9:00 am - 9:45 am**

SESSION A

### Introduction and Welcome - World-Class Auditing Rebalanced

*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*

**9:45 am - 10:00 am**

### Refreshments

**10:00 am - 12:30 pm**

SESSION B

### Positioning IA for the Challenges of 2008 and Beyond

- Adding risk-based value to the organization
- Balancing enterprise risk audits, S-OX, requirements, compliance issues, and operational audits while minimizing fraud exposures
- Playing a proactive role in ethics and governance
- Creating an effective ongoing S-OX strategy

**12:30 pm - 1:45 pm**

### Lunch

**1:45 pm - 3:15 pm**

SESSION C

### Marketing IA in a Post-S-OX, ERM-Driven Organization

- Reeducating the organization about how IA adds value in an ERM environment
- Getting credit for promoting the benefits of your ongoing S-OX efforts to the organization
- Keeping the audit committee and executive management abreast of significant internal audit achievements
- Making audit staff aware that everyone in the department contributes to the organization's perception of IA

SESSION D

### Getting Big Results from a Small Audit Department

- Ten big things small audit departments do wrong
- Using fewer resources smarter
- Critical components of successful smaller departments
- Stretching the smaller budget
- Addressing the need for IT audit coverage
- Strategies for expansion
- Hiring the right people for smaller departments
- When it pays to specialize, outsource, cosource, or insource
- Working through S-OX compliance

**3:15 pm - 3:30 pm**

### Refreshments - Sponsored by Control Solutions International

**3:30 pm - 5:00 pm**

SESSION E

### Internal Audit's Critical Role in Enterprise Risk Assessment

- Integrating risk assessment with the organization's ERA
- Continually incorporating new risks
- Ensuring ERA includes S-OX, governance, assurance, fraud, and IT
- Managing the organization's risk appetite
- Partnering with the Chief Risk Officer, Chief Ethics Officer, and Chief Controls Officer
- Reconciling the organization's ERA to the annual audit plan
- Assuring every risk has a process

## Tuesday, October 16, 2007

**8:30 am - 10:00 am**

SESSION F

### People! People! People

- Keeping the right people
- Managing department turnover
- Minimizing the probability of a bad hire
- Innovative ways to find new full-time staff
- Creative ways to use internal and external personnel

SESSION G

### Building a Risk-Based Audit Department

- Ensuring that your staff is onboard with a risk-based approach and has the right skills

- Gaining executive management and audit committee support
- Developing risk-based strategies/a sound approach to testing
- Implementing measures for calculating department productivity
- Understanding where your organization is going

**10:00 am - 10:15 am  Refreshments**

**10:15 am - 11:45 am**
SESSION H

### Establishing an Effective Anti-Fraud Program

- Key components of an effective an anti-fraud program
- Implementing and conducting an organizationwide fraud risk assessment
- Auditing the tone at the top
- Conducting ongoing fraud awareness training
- Managing the hotline
- Introducing "how-can-we-get-burned" questions into the audit process

**11:45 am - 2:30 pm**
### Synergy Time

**2:30 pm**
### Refreshments - Sponsored by Control Solutions International

**2:30 pm - 4:15 pm**
SESSION I

### Eliminating Inefficiencies in the Audit Process

- Minimizing inherent inefficiencies in the traditional audit process
- Planning in advance of fieldwork
- Utilizing the client's knowledge
- Maximizing the manager's role earlier in the process
- Testing earlier in the planning process
- Taking a risk-based approach
- Thinking report from day one
- Reducing the time invested in report writing
- Creating and implementing a compliance strategy
- Including fraud as a part of the planning process

**4:15 pm - 5:30 pm**
SESSION J

### Industry-Specific Risks, Strategies, and Opportunities

Take advantage of this unique chance to learn what your colleagues are doing to assess the significant risks in their organizations. This is the ideal forum to put your strategies for addressing risks to the test.

**6:30 pm - 8:00 pm**
### Reception *(Spouses invited)* - Sponsored by PricewaterhouseCoopers

**8:30 am - 9:15 am**
SESSION K

### Developing a Wellness Program for You and Your Department

- Addressing the inherent stress in internal auditing
- How stress impacts department productivity
- 25 wellness tips for every IA department

**9:15 am - 9:30 am**
### Refreshments

**9:30 am – 11:00 am**
SESSION L

### Optimizing the Value of IA to the Audit Committee and Executive Management

- Positioning IA as the go-to department
- Becoming a valued counselor to the audit committee
- Attributes of savvy audit committees
- Keeping the audit committee and executive management informed about key risks and exposures
- Auditing the audit committee
- Educating existing and new members of the audit committee
- Good ways to deliver bad news
- Differentiating involvement from micromanagement
- Partnering with the financial experts

**11:00 am - 11:15 am  Refreshments**

**11:15 am - 12:00 pm**
SESSION M

### Today's Best Practices in Internal Auditing

- Adding measurable value
- Performing audits and having a role in compliance
- Combining best practices and emerging trends
- Recognizing best practices for your organization's culture
- Implementing best practices in audit management
- Balancing consulting and independence

**8:00 am - 2:00 pm**

### OPTIONAL WORKSHOP
### W2 Audit Director's Roundtable: Meeting the Complex Challenges of the Day

*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*

- Becoming risk-based in a compliance-focused world
- Non-traditional ways to find and retain people
- Balancing Sarbanes-Oxley and traditional audit values
- Audit committee communication in times of crisis
- Managing and controlling multiple cosourced relationships
- Doing much more with less
- Responsibilities and allocation of the Audit Director's time
- Maximizing the director's productivity
- Inventive ways to stretch your budget
- Innovative methods for staying current
- Controlling the external auditor relationship

## Symposium Faculty

**Leslie Bauer, CPA,** is the Chief Audit Executive for the Washington Post Company, where she is responsible for enterprisewide audit activity for all company operations, and where she led the company's efforts to address S-OX requirements in its first year of compliance. Prior to assuming her current position, she was Director of Corporate Accounting. Previously, Ms. Bauer was the controller for Fleet Street Publishing and Vice President of Finance for a home healthcare organization. She was with Marriott Corporation, holding positions in Corporate Accounting, the Architecture and Construction Division, and Roy Rogers Division.

**Lisa G. Choate, CIA, CBA,** is co-founder and partner in Ultimate Health Resources, a wellness and disease prevention company. Ultimate Health Resources' primary objective is to contain rising health care costs for organizations while providing health education to employees. The former CAE of Southwest Airlines, Ms. Choate was responsible for coordinating and delivering risk-based and process-driven reviews and advisory services specific to internal controls and risk management throughout the company.

**Edith L. Curry, JD,** a founding member of Palaxar, LLC, possesses both international and Fortune 100 Company experience. In addition to diverse finance and legal experience spanning more than 20 years, Ms. Curry's background includes management, and accounting. As President of Brookmeade Group, LLC, she provided both financial and legal guidance to mid-sized and large corporations. At Capital One Services, Inc., she structured a team of legal, procurement and contract management specialists. Previously, she served as Assistant Treasurer and Director of Accounting for Nestle Frozen Food, and held management positions at a division of Hughes Aircraft, Inc. and USAir, Inc.

**Frank Hailstones, CA,** a founding member of Palaxar, LLC, was CEO and founder of Axenn. A seasoned professional with extensive audit and consulting experience in all aspects of governance, Mr. Hailstones led the development of Axenn's governance solutions to design and implement real-world processes that support S-OX compliance. Previously, Mr. Hailstones was with PricewaterhouseCoopers, where he led the government practice in the UK as well as the EMEA internal audit practice. He is a member of the IIA, the IOD in the UK, the CPFA, and the ACA.

**Robert A. King, CPA, CISA, CFE,** is Director of Internal Audit for Federal Express Corporation, where he is responsible for auditing all of the operating companies within the FedEx family. During his tenure at FedEx, Mr. King has held various positions in financial, operational, international and information systems audit and presently is responsible for the financial, information systems and international audit activities for worldwide operations. He is a member of the American Institute of Certified Public Accountants, ISACA, the ACFE, and the IIA.

**Joel F. Kramer, CPA,** is the Managing Director of MIS Training Institute's Internal Audit Division. Prior to joining MIS, Mr. Kramer was on the audit staff of The Gillette Company, then served as Director of Internal Audit for Instrumentation Laboratory, Inc. Previously, Mr. Kramer spent five years with Coopers & Lybrand. A frequent speaker at audit conferences, he has conducted many on-site training programs for major organizations worldwide. Mr. Kramer has written articles on productivity and project management for Internal Auditing Magazine and The Internal Auditor.

**Karl Riem, CPA,** is Senior Vice President and Senior Audit Director at Wells Fargo & Co., where he directs a team of 70 professionals who provide audit coverage to several of the organization's businesses. Mr. Reim's team also provides audit coverage for corporate functions such as accounting/finance, properties and human resources, as well as to any merger/acquisition activity across the enterprise.

**Robert Rudloff, CIA, CCSA,** is Vice President of Internal Audit for MGM MIRAGE, where he is responsible for audits of all MGM MIRAGE properties around the world. Previously, Mr. Rudloff was with PricewaterhouseCoopers as Director of Internal Audit Services, and Corporate Director of Internal Audit for the Trump Hotels and Casino Resorts. A recognized leader in the internal auditing profession, he is a past Vice Chairman of the Board for the IIA, and has published several articles on internal auditing and fraud.

## 25 Reasons to Attend

### At this Symposium You Will:

1. Learn how to strategically position and rebalance IA in 2008

2. Discover new ways to market IA to the rest of the organization

3. Re-examine and redefine the attributes of a world-class audit department

4. Hear how different approaches, styles, and solutions are used successfully by other audit managers and directors

5. Explore the key components to building an effective risk-based audit department

6. Come away with proven strategies for implementing an anti-fraud program

7. Get pointers on building and keeping a staff of the best and the brightest

8. Get proven tactics for implementing an enterprisewide risk assessment program

9. Walk away with tested tips for becoming the audit committee's go-to department

10. Examine ways to make fraud risk a part of your enterprisewide risk assessment

11. Uncover ways to deal with a shortage in qualified staff

12. Gain tips on communicating effectively with the audit committee and senior management

13. Find out how to review and improve the balance between compliance and proactive auditing

14. Discover new ways to motivate the best people

15. Learn innovative ways to improve audit process productivity

16. Find out how you can blend cosourcing, consulting, insourcing, and full-time staff core competencies

17. Discover new ways to boost productivity in small audit departments

18. Match your best practices with that of others in the industry

19. Find out why government and not-for-profit organizations are electing to comply with Sarbanes-Oxley

20. Redefine the ideal audit committee relationship

21. Focus on how to continually address new risks

22. Investigate ways to manage department turnover

23. Discover strategies for minimizing department turnover

24. Hear how your peers are keeping the audit committee informed...but out of the details

25. Uncover the 10 big things small audit departments do wrong

### Bring an MIS Seminar to Your Location

If you have several people who need training, MIS will bring any of its other seminars directly to your organization. In-house seminars let you tailor a program to your specific needs and cost-effectively train your team at your convenience. For more information call Mimi Hutch at (410) 692-2465.

## To Register

Mail: the form and payment to MIS Training Institute,
498 Concord Street, Framingham, MA 01702-2357
Call: (508) 879-7999
Fax: (508) 872-1153
E-mail: mis@misti.com
Web: www.misti.com   E-Z Access OAM500

Times: The symposium registration desk at the Renaissance
Scottsdale Resort will be open Sunday, October 14, 2007, from
8:00-9:00 am and from 5:30-6:30 pm; and on Monday,
October 15, 2007, at 8:00 am.

Tuition: Symposium: $1595; after October 8, 2007, $1695
Symposium and one workshop: add $400
Symposium and two workshops: add $650

Tuition must be paid in advance. Tuition covers symposium
materials, refreshments, continental breakfasts, lunch on Monday,
and receptions. The workshop tuition includes lunch and workshop
materials.

MIS Cancellation Policy: A full refund less a $100 administrative
fee will be given for cancellations received 15 days or more before
the event. Tuition is non-refundable for cancellations made 14 days
or less before the event. You may, however, transfer your tuition
to another MIS Training Institute event, less a $195 administrative
fee. Transfers are valid for 12 months from the time of initial
cancellation. Substitutions are welcome at any time. Those who
do not cancel before the event date and who do not attend are
responsible for the full non-refundable, non-transferable tuition. To
cancel, call customer service at 508-879-7999.

Receptions: Participants and spouses will be welcomed with a
reception on Sunday evening between 5:30 and 6:30 pm. Spouses are
also invited to the reception that takes place on Tuesday evening from
6:30 to 8:00 pm.

CPE Credits: 18 CPEs for the symposium, and 7 for each optional
workshop.

Accommodations: A block of rooms has been reserved on a
space-available basis at the Renaissance Scottsdale Resort until
September 21, 2007 at a rate of $179 per night. After that date,
reservations may be made on a space-available, regular-rate basis.
To book your reservations, contact the Renaissance Scottsdale Resort,
6160 N. Scottsdale Road, Scottsdale, AZ 85253, or call 480-991-1414.

Schedule Changes: MIS may occasionally find it necessary to
reschedule, relocate, or cancel sessions and will give registrants
advance notice of such changes. MIS will not be responsible for
penalties incurred as a result of non-refundable airfare purchases
or hotel reservations.

### The Renaissance Scottsdale Resort

The Renaissance Scottsdale Resort's casita-style rooms feature
an outdoor patio, lavish amenities, and complimentary daily
newspaper. For recreation, you can enjoy the hotel's putting
green, two swimming pools, and four tennis courts. Hotel dining
choices include the Mediterranean flavors of the award-winning
Moriah Restaurant and Lounge or the "small plates" menu of the
Courtyard Tapas. Surrounded by the famous Borgata Shopping
Village, this luxurious Scottsdale hotel is also just minutes from
Old Town Scottsdale and the Arts and Entertainment district.

## 58th Audit Directors & Managers Symposium

OCTOBER 15-17, 2007
OPTIONAL WORKSHOPS OCTOBER 14 & 18, SCOTTSDALE, AZ

Name ☐ Title ☐ Ms. ☐ Mrs. ☐ Mr. ☐ Prof. ☐ for Name Tag ...............

Registration Code # (from your mailing label): ...............

| Job Title | No. of Employees in Company |
| --- | --- |
| Organization/Company | Industry |

E-mail Address (Required) ...............

Address ............... Mail Stop/Suite

City ............... State/Province ............... Zip+4/Mail Code ............... Country

Phone ............... Fax ...............

### Session Choices (please circle one):

Monday, October 15: C or D
Tuesday, October 16: F or G

### Workshop Choices

Sunday: Optional Workshop 1
Thursday: Optional Workshop 2

### Amount Due:

◯ $1595 (Symposium only)
◯ $1995 (Symposium and one optional workshop)
◯ $2245 (Symposium and two optional workshops)
(Add $100 after October 8)

### Payment Options:

◯ Check enclosed (payable to MIS Training Institute)
◯ PERC # ...............
◯ Charge my ◯ VISA ◯ MasterCard ◯ AMEX ◯ Diners Club ◯ Discover

Account # ............... Exp. Date ............... CVV2

Signature ............... Cardowner's Name ............... Zip Code

Credit Card Billing Address ...............

City ............... State ............... Zip/Mail Code ............... Country

◯ Please correct my mailing label as indicated above.

### Please send information on:

◯ FREETransMISsion Online
Newsletter - Audit Edition
◯ FREE MIS Catalog of Audit
and Security Seminars
◯ The MIS Audit Leadership Institute™
◯ SuperStrategies Audit
Best-Practices Conference
◯ In-House Seminars

The information you provide will be safeguarded by MIS Training Institute LLC, a part of the Euromoney Institutional Investor PLC Group, whose subsidiaries may use it to keep you informed of relevant products and services. As an international group, we may transfer your data on a global basis for the purposes set forth above. If you object to contact by telephone ☐ fax ☐ email, please check the appropriate box. We occasionally allow reputable companies outside the Euromoney Institutional Investor PLC group to contact you with details of products and services that may be of interest to you. If you do not want us to share your information with other reputable companies, please check this box ☐

www.misti.com
E-Z Access OAM500
MIS Training Institute, 498 Concord Street
Framingham, MA 01702-2357
(508) 879-7999   Fax (508) 872-1153
E-mail: mis@misti.com

**MIS TRAINING INSTITUTE**
The International Leader
in Audit & Information
Security Training







MIS
TRAINING
INSTITUTE
498 Concord Street
Framingham, MA 01702-2357

FIRST CLASS
US POSTAGE
PAID
HUDSON, MA
PERMIT 16

## 58th Audit Directors & Managers Symposium

Scottsdale, AZ
October 15-17, 2007

Optional Workshops
October 14 & 18

*IMPORTANT: Please have your Registration Code available when you register.*

Registration Code: 0AM500G/ PDF

E-Z Access 0AM500
www.misti.com

---

# 58th Audit Directors & Managers Symposium

October 15-17, 2007
Optional Workshops October 14 & 18
Scottsdale, AZ

## Raves from Past Symposium Attendees...

"My second symposium and it was better than the first. I like the program because the topics change as the profession changes. Stays ahead of the curve."
Joe Wieczorek, Manager, Internal Audit, First Energy Inc.

"Excellent. The interaction with peers from different industries was priceless."
Jerry Diley, Senior IT Audit Manager, Bon Secours Health System, Inc.

"My compliments. Having multiple practitioners provide practical insights to industry issues is a great approach."
Dawnella Johnson, Executive/Partner, Crowe Chizek & Co.

"I truly enjoyed the opportunity to network and get an endless supply of new ideas."
Alvia Brown, Director, Audit Methodology and Practices, Coca-Cola Enterprises, Inc.

"A great opportunity to discuss ideas and concepts, and meet like-minded individuals."
Julie Woodward, Internal Audit Director, XL Capital Ltd.

"Great opportunity to learn and share knowledge regarding strategies, audit topics, and issues."
Dennis Cooper, Vice President, Corporate Audit Services, Wisconsin Physicians Service Insurance Corporation

"The symposium provided a vehicle to drive conversations of interest to CAEs. I would recommend to all CAEs, regardless of the size of their company or audit team."
Michael Lewis, Director of Internal Audit, Skyworks

"The availability for one-on-one solution identification was great."
Nicole Dean, Vice President, Internal Audit, Belk Stores Services, Inc.

"Opportunities for a free-flowing exchange of ideas and approaches are built into the program design and not as an afterthought."
John D. Hernandez, Director of Internal Audit, Fred Hutchinson Cancer Research Center

"Great because of the interaction and the speakers with great real-world experience."
Kathy Crickman, Director of Internal Audit, Rent-A-Center

"Great people! Great networking!"
Cathy Hays, Vice President and Director of Internal Audit, First Bank of Richmond, NA

"Thank you for an excellent symposium. Great discussion and interchange of ideas."
Michael Hourigan, Vice President/Assistant General Auditor, NASD

"I came back for my second symposium because the first I attended (last year) was so good. I'll be back again!"
Mark Eddy, Vice President, Internal Audit, HCA Inc.

"I really appreciate the opportunity to meet with peers and learn from industry leaders."
Amy Olson-Veatch, Manager, Internal Audit, Premera Blue Cross

"Very interactive. Good exchange of helpful ideas."
Dave Smith, Deputy Director, US House of Representatives

Contents of this brochure copyright © 2007 MIS Training Institute, Inc. All rights reserved. Printed in U.S.A.

MVI/Palaxar - PI
333

MIS Training Institute Presents...

# Governance, Risk and Compliance 2009

## Key Strategies for the Risk-Based Practitioner

October 13-14, 2009 ▪ Hilton Disney World Resort, Orlando, FL ▪ Optional Workshops October 12 & 15

- **Risk Authority Guidelines: Embedding Your Risk Appetite into Decision-Making**
- **Integrating Risk Management and Compliance into Your Daily Operations**
- **Maintaining Corporate Governance in Difficult Economic Times**
- **Rating Your IT Risk in Governance and Compliance**

### KEYNOTE SPEAKERS



**John Hagerty**
*Vice President and Research Fellow, AMR Research*



**Billi Lee**
*Author, Columnist and Motivational Speaker*



**Donald B. Robitaille**
*CPA, CISA, CIA, CCP, Senior Vice President & General Auditor, MassMutual Financial Group*

## Presenting Thought-Leaders From:

Reynolds American Inc.
The Travelers Companies, Inc.
Wal-Mart Stores, Inc.
AMR Research
Estee Lauder Companies Inc.

Astellas US LLC
Palaxar, LLC
Expert GRC, LLC
MassMutual Financial Group
DePaul University

**Co-Located** with MIS Training Institute's Annual Conference
**IT Audit and Controls 2009** ▪ October 13-15, 2009, Optional Workshops: October 12 & 15, 16
For more information, go to www.misti.com/annual



www.misti.com/grc