# TAB 5

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) CASE NO.: 6:07-CV-1788-ORL-28-KRS ) |
| PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and FICTITIOUS DEFENDANT 1; FICTITIOUS DEFENDANT 2; FICTITIOUS DEFENDANT 3; FICTITIOUS DEFENDANT 4; FICTITIOUS DEFENDANT 5; FICTITIOUS DEFENDANT 6; FICTITIOUS DEFENDANT 7; FICTITIOUS DEFENDANT 8 | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF TERENCE CHU

STATE OF _Virginia_ }
COUNTY OF _Henrico_ } ss:

Terence Chu, being duly sworn, deposes and says:

    1.    I am over the age of 21 years and competent to make the statements contained herein.

    2.    All documents attached hereto as Exhibits are true and correct copies of the originals.

3. I am a founding member of both Palaxar Group, LLC ("Group"), a limited liability company organized under the laws of the Commonwealth of Virginia on September 11, 2006 and Palaxar Holdings, LLC ("Holdings") a limited liability company organized under the laws of the Commonwealth of Virginia on December 18, 2006, (hereinafter, collectively referred to as "Palaxar").

4. I was solely responsible for organizing and establishing Palaxar.

5. I selected, retained and paid the law firm of LeClair Ryan to assist me in organizing and establishing Palaxar Holdings, LLC.

6. The only members of Palaxar Holding, LLC are Edith Curry Broadhead and me. Frank Hailstones is not and has never been a member of either Palaxar Group or Palaxar Holdings.

7. Since its formation, I have managed the ongoing operations of Palaxar, including but not limited to establishing and maintaining its bank accounts and financial records.

8. All of the funds contained in any Palaxar bank account consist of contributed capital from the founding members.

9. Since its inception in September of 2006, Palaxar has had no revenues, nor has it received any income or payment from any third party for services rendered, nor are any contracts or payments pending.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Terence Chu

On this __14th__ day of January, 2008, before me personally appeared Terence Chu, known to me to be the person executing the foregoing, and stated that foregoing is true and correct to the best of his knowledge, information, and belief.

_____
Notary Public

DAVID A. PASCUCCI
Notary Public
Commonwealth of Virginia
7032066
My Commission Expires Aug. 31, 2018