# TAB 10



NEXIA STRATEGY CORPORATION

N E⊗X I A
STRATEGY

*Brokerage Fraud*

*Outline of Nexia Methodology*

*August 17 2006*

© Nexia Strategy 2006

## *Objectives*

To structure an approach to enable a corporate Compliance Unit to monitor and to identify, from the many brokerages in its network, those brokerages and those brokers, where their performance metrics indicate abnormalities which require further review

To develop a comprehensive approach to brokerage fraud which will encompass prevention , detection and deterrent measures

To cover both top down controls and bottom up evidencing



## Prevent, Detect and Deter

**Measures to Counter Brokerage Fraud**

**PREVENT**
- Laws and Regulations
- Policies & Procedures
- Employee Screening
- Risk Assessment & Management
- Effective Segregation of Duties
- Effective Internal Control
- Transparency

**DETECT**
- Ongoing Oversight / Monitoring
- Specific Control Reporting
- Regular Audit
- Effective Complaints Procedures

**DETER**
- Policies and Procedures
- Training and Notices
- No Tolerance of Infringements


NEXIA

## Approach to Data Capture

| Types of Fraud | Risks | Controls | | |
|---|---|---|---|---|
| | | Prevent | Detect | Deter |
| Stocks and Bonds | | | | |
| Internet Fraud | | | | |
| Trading Fraud | | | | |
| Boiler Room Fraud | | | | |
| Blind Pool Fraud | | | | |
| Commodities Fraud | | | | |
| Laddering | | | | |
| Broker Advice | | | | |



# Underlying Concepts



INDICATORS

CIRCUMSTANCES

FRAUD RISK

CIRCUMSTANCES – Create the opportunity for fraud, e.g. poor direction; inappropriate reward mechanisms; inadequate monitoring

INDICATORS – Provide prime facie evidence that a fraud might have occurred



# Brokerage Fraud – Top Down Approach

## Objective

**CIRCUMSTANCES** - To validate through Control Self Assessment, driven by the corporate Compliance Unit, that each brokerage (location / business unit) is positively confirming compliance with the regulations and the organizations policies and procedures for brokerage.

To raise awareness at brokerage level that there is an ongoing monitoring process in place (moral check) and through the requirement to 'sign-off' heighten the importance of effective validation

## Method

Author a CSA questionnaire, based on the risk/control analysis, which poses a number of statements to be responded to in the "Fully Agree/Partly Agree/Do Not Agree" format. Statements are authored in a way which allows for some form of external validation. Compliance Unit require local management representation periodically (at least annually)

## Process

Electronic survey over the internet, with intelligent response functionality (i.e. if 'wrong' response entered further statements pop up for response). Back end Reporting Wizard which allows extraction of higher risk / non compliance brokerages for further (on site) follow up



# Brokerage Fraud – Bottom-Up Approach

## Objective

To identify from reported data, by brokerage and broker, **INDICATORS**, that suggest fraud may have been perpetrated

## Method

Identify the different indicators and consequently, the data required to construct them, and create a data capture tool

## Process

From existing returns, or by creating new ones, collect data by both brokerage and broker covering for example:

**Brokerage** – Funds under management (FUM) / Performance Analysis by Investment / Investment Analysis by Broker (FUM) and Client / Fees and Commission Mix / Complaints Record – Client and Broker

**Broker** – Profile of client profit/loss stratified by FUM / Commission by Broker by Investment by Client / Commission by Client (Gain/Loss)

**Clients** - Client Mix (New/Existing) in period / Clients Lost and Performance by Lost Client



## Actions Required

1. Identify the types of brokerage fraud in scope

2. Carry out a structured risk analysis for each type of fraud

3. For each fraud risk, author control(s) by the 3 control mediums – prevent, detect, deter

4. For each key control, author a control statement which can be used in a control self assessment program with brokerages. NOTE – this is key ; we need to construct an 'intelligent' response process with follow up statements where appropriate and a back end analysis (algorithm) with each statement and response weighted so we can highlight those most "at risk" brokerages

5. Validate the existing software and methodology developed for Credit Unions (CUNA) in terms of transportability to Brokerage Fraud

6. Identify the brokerage fraud indicators and author the data requirements. Perform initial assessment of data availability

7. Develop data capture and analysis tool

NEXIA

CHEFS

6  WHY DOES GUIDANCE COST @ MUCH

(i) LACK OF FOCUS, DEFINITION, STRATEGIES)
   - BUILT TO FIX UK THEN IS
     NOT NOW OPINIONS
     (SA = TOO MANY EUROS / TOO
      PRESCRIPTIVE)

RED HERRING

---

1  AGENDA
   - BUS GOV COMPLAINTS
   - OUTLINE, DCS, BUILD, SHARES
   - REVISED 2001 - PRINCIPAL CEO
   - GOVERNANCE PERSPECTIVE ? SEEMS
     IT NECESSARY INTO THE
   - GOD OF THE TEACHERS ETHICS
   - FTO INVESTED AND CO, KEY
     ISSUE FOR THEM
     -- FORMULATING WEALTH
        PROTECTING ITS REPUTATION

2  GOVERNANCE - START WITH DEFINITION
   - MOST ALIGNS NEEDED TO GOV.?
     NEGATIVE CONTEXT
     - GAP STRAIGHT - J TARGET
     - BAD POLICING ACTIVITY
   - GOOD GOVERNANCE IS MORE
     THAN COMPLIANCE AND ETHICS
   - GOOD GOV IS ABOUT
     (a) GOVT
     (b) CONTROL
     (c) RISK - MGT
   - GOOD GOV LETS THE STRUCTURES &
     PERFORMANCE FOR ORGANIZING BUS
     STRUCT TO STAKEHOLDERS THAT
     BUSINESS IS BEING MANAGED IN
     A PROPER MANNER

RED HERRING

**RED HERRING**

3

- GOOD GOV IS ALSO MORE THAN JUST RULES, IN' PROTOCOLS ETC.,
- IT'S ABOUT AN' APPROP CULTURE AS SHOWN IN THE ORGANIZATION. (SHIND USE IS POINT)

(i) GOVERNANCE — BENEFITS, IN ADDITION TO REPRESENTING COMPLIANCE WITH.

(ii) LISTED CO. NEED IN MANY DEVELOPED COUNTRIES

ON M&S's

(iii) CLOSER EXAMINATION IS AN ONGIN TO ENABLE THE ORGANISATIONS TO FOCUS ON WHAT THEY DO BEST, AND BE CONSIDERABLE THAT THE BEST IS THE BUSINESS IS DOING TAKEN CARE OF

(iv) BETTER RUNS UNLESS — THERE IS A ONGOING INTERACTION TO STICK RULES IN TERMS/ONGS WITH GOOD GOV. EMPLOYEES

(v) EASIER TO ATTRACT KINDS, PEOPLE DON'T IF GOOD GOV IS PLACE — BETTER MANAGED RISK

**RED HERRING**

(vi) PROVIDE BETTER ASSURANCE THAT BUS OBJECTIVES WILL BE MET

4 COST OF GOVERNANCE — TOO HIGH?
WELL MEANS FLOWS HAS BEEN ON GOVERNANCE
NATURAL THING GOVERNANCE, BUT NOT ON
TIME'S TO THAT IS TERMS OF COST

(i) WHAT AFFECTS COST — SIZE /LISTED
GOV PREF-CHOICE
DECISIONS

(ii) GOVERNANCE REQUIRE — LEVEL OF
COMPLEXITY
— EG. LOW KEY

(iii) BOARD APPROACH
DETERMINES WITHIN
AD HOC COST
A STRUCTURE APPROACH
B RISK ASSESSMENT
C GOVNS DESIGN
(HAS V. IS AUTOMATED)
D TESTING/COMPLIANCE
E STRATEGY
F USE OF TECHNOLOGY

(iii) GOVERNANCE REQUIRE — LEVEL OF
COMPLEXITY
— EG. LOW KEY

1 SEVERAL NETWORK APPS ETC
2 (INTERNAL/PARTLY) IDENTIFIES ISSUES
FIXED QUALITY/SKILLS
3 TO WEBSITE OUTPUT
4 TO INTEGRATE TESTING



**RED HERRING**

3. GOVERNANCE — BENEFITS, IN ADDITION TO DETERMINING COMPLIANCE WITH REGULATIONS

- GOOD GW IS ALSO MORE THAN JUST ISSUES, INC., PATICIOUS ETC.,
- ITS ABOUT AN APPROP OUTLOOK AS IT APPLIES IN THE ORGANIZATION. (GUES DOE IS POINT)

(i) LISTED Co. NEED IN MANY DEVELOPERS

GW RULES

(ii) CLIENTS "REVOLUTION" IS AN ONGOING TO ENABLE THE ORGANISATIONS TO FOCUS ON WHAT THEY DO BEST, AND BE CONFIDABLE THAT THE REST OF THE BUSINESS IS BEING TAKEN CARE OF

(iii) OWNERS EQUALS UNLESS — THERE IS A ONGOING PROCESSES TO SEEK RULES IN ISSUES / ORGS WITH GOOD GOV. IN COMPLIANCE

(iv) BETTER TO ADOPT RULES — PREVENT DGVL IF GOOD GW IS PLACE — BETTER MANAGED RISK. RISK.

---

4. COST OF GOVERNANCE — TOO HIGH?
WELL IF IN FLOWS HAS SEEN DO GOVERNING NOTWITHSTANDING THEM GIVEN IN-NEE, BUT YET ONE THERE IS COST TO APPLY IN SIGNS OF COST.

(v) PROVIDES BETTER ASSURANCE THAT BUS OBJECTIVES WILL BE MET

(i) WHAT MATTERS COST = SIZE / LISTED
GW / INDUSTRY
EDITIONS

(ii) COMPLIANCE NEEDED — LEVEL OF SCRUTINY

— EG. SOX 404

(iii) ORGN ADDITIONAL DETERMINED WITHIN AD MATIC COST
{ A. STRUCTURE APPROACH
B. RISK ASSESSMENT
C. ... DESIGN
(HOW IS AUTOMATED)
D. TESTING / COMPLIANCE
E. STRATEGY
F. USE OF TECHNOLOGY

1. SAVINGS AVAILABLE APPS. IE
2. (INTEGRATION ...)







Mar il - Aug of Business Brokers
Call Centers - v Richmond & Denver.

* Cross-selling
* Stop wasting time - M&T not admin

1.

COSTS + BENEFITS OF GOVERNANCE

DEFINITION —  MUCH OF THE DIALOGUE ON GOVERNANCE
HAS TO-DATE TO FOCUS ON THE NEGATIVE
ASPECTS OF IT — COST AND COMPLIANT —
FUL EXAMPLE. SOA, COMPLIANCE, etc

— HIGH COST ( $7-11 m AT )
— TOO STRINGENT (OVER REACTIVE)
— NOT NECESSARY — THERE WERE
ALREADY GUIDE SYNDROME
MECHANISMS IN PLACE AT
REGIONAL LEVEL, US, UK,
ORGANIZATION LEVEL

— BUT, GOVERNANCE IS WIDER THAN
COMPLIANCE AND G-MBL. IT'S ABOUT
CORPORATE CONTROL — CONTROL IS THE
ORGANIZATIONS STAKEHOLDERS
[ SH : EMPLOYEES, SUPPLIERS ( CUSTOMERS ;
GOVT ( STATUTORY, REGULATORS )
THAT THE ORGS [ EXTERNAL SYSTEMS ,
PROCEDURES , GUIDELINES, RULES ,
POLICIES, PROCESSES, INSTRUCTIONS
ARE
— COMPLETE
— CLEARLY ARTICULATED
— EASILY UPDATED
— UNDERSTOOD
— DEFINING CLEARLY

WHY?  TO PROVIDE ASSURANCES
THAT ON AN ONGOING BASIS THAT
THE ORGANIZATION IS OPERATING IN
AN ETHICAL, EFFICIENT + EFFECTIVE



— MORE-OR, CONSISTENT WITH DATA ITS
OBJECTIVES AND THE BUSINESS
WITHIN WHICH IT OPERATES

1A  IS IT NEEDED — ? ASK INVESTORS IN BUSS — etc

2  So... GOVERNANCE IS MORE THAN JUST A
POLICY, FUNCTION ), A CONTROL PROCESS, A
CREATIVE WATCHDOG ....

ARGUE , EFFECTIVELY, IT ENABLES THE ORGN
TO OPTIMIZE BUSINESS PERFORMANCE AND
PERFORMANCE TRANSPARENCY TO ITS STATUS. WE
GOVERNANCE THAT IT IS DOING, SO INVESTIBLE
WITH A TIMEFRAME OF TRANSACTIONS
DONE IN RISKS, GAINS + RESPONSE
GOVERNANCE IS NOT AN OPTN...

(i)  LISTED ENTITY REQUIREMENT IN MOST
TERRITORIES — So IT'S OFTEN FOR A SPECIFIC...

(ii)  REGULATED INDUSTRY REQUIREMENT

(iii)  SMALL (PRIVATE) COMPANIES SERIOUSLY
INVESTORS WILL NEED TO ENFORCE GOVE-
GOVERNANCE PRINCIPLES — FOR EXAMPLE, MY
— CODE OF PRINCIPLES ( ETHICS ( INTEGRITY )
— CODE OF CONDUCT
— REPRESENTATIVES
— INDEPENDENCE

ALSO , IT IS MORE
THAN COST
THAN 'SON, BENEFIT
PROCESSES → PROCEDURES
ITS ABOUT
CUSTOMER + BEN'R UR
THEIR IMPACT EFFECT ON
THE DELIVERY OF
PROFIT → VALUE →
THROUGH THE ORG

So, PARTICULARLY ITS A 'RED' NATURE THAT A PRICE TO ACHIEVE BUT, IT HAS ROLES ON DOWNSIDE — IN SUMMARY,

**RED HERRING**

4. BENEFITS OF GOOD GOVERNANCE

(i) GOOD GOVERNANCE ATTRACTS A SHARE PRICE PREMIUM

(ii) GOOD GOVERNANCE MAKES IT EASIER TO ATTRACT INVESTMENT, AND AT BETTER RATES

(iii) GOOD GOVERNANCE MAKES IT EASIER TO GAIN PARTNERS BECAUSE IT DEFINES OBJECTIVES IT GUARANTEES BASIC IT DISCIPLINES ESTABLISHES TARGETS AND MONITORING MEASURING AND NEGOTIATION OF PENALTIES, IT CLARIFIES ROLES, RESPONSIBILITIES, ACCOUNTABILITIES. GOOD GOVERNANCE PUTS STRUCTURE AND INTELLIGENCE ROUND THE BUSINESS BETTER.

5. So, AT WHAT COST ... ? HOW DO YOU BALANCE COSTS + BENEFITS

(i) DEPENDS : — MATURITY OF GW PROCESSES
— SIZE OF COMPANY
— WHERE THE CO. IS IN ITS DEVELOPMENT CYCLE
— REGULATORY FRAMEWORK ITS IN AND FLAGS TO BE MET ...

**RED HERRING**



(ii) LOOK AT IT AS A MIGRATION PROCESS

— WHAT IS REQUIRED
BY
— MANDATORY
— BEST PRACTICES
— TARGET STANDARDS
— BASE POSITION

— GAP ANALYSIS AGAINST WHAT IS REQUIRED
— POLICIES DISCOVERED
— STANDARDS
— CULTURE + BEHAVIOUR
— CHANGES TO BE MADE
— SYSTEMS + PROCESSES TO BE DEVELOPED
— RISK MGT
— CONTROL MGT
— PERFORMANCE MGT

— MIGRATION PLAN OVER A TIMESCALE THAT RECOGNIZES
— PACE OF CHANGE
— CHANGE MILESTONES

— RESOURCES THAT MIGRATION PLAN
+ CAPEX TO DELIVER,

Anti-Fraud

Brian Ellis    Gallacler, D&O Insurance



- Anti-Fraud Products
- Fraud Impact
- $1600 bn or 6% of revenues
- Loss of S/H value
- Certify the RMA
- Does not certify the people
- SOA requires re fraud
- DOD think tank c. 86
- DOD
- Fed Regulators
- DA California
- Exec Benefits
- Why not catching spies?
- 4 yrs research
- Espionage + fraud no borders
- Since 1940 or espionage one to $$ need
- Mr Gold have been detected by access to raw data
- 1988 ill sources + uses of funds algorithms
- Top secret clearance indns.
- Access to available data
- Aim: to find people at risk with fin irresp.

## Streamlining Security Clearance – Fit for Purpose

| | |
|---|---|
| **Objective** | Define "Positions at Risk" (PAR), and develop / validate the specific security clearance criteria for each (PAR), based on an individual PAR risk exposure analysis. Define the data requirements and the process for both initiation and maintenance of security clearance |
| **Pain Points** | • High cost of security clearance caused by 'higher-than-required' security clearance status for many individuals<br>• High cost of scheme maintenance due to over-onerous requirements<br>• Process bottlenecks due to increased time required for higher level clearances<br>• Potential business impacts of security clearance failures due to higher than required security status<br>• (Potential) slowdown on projects due to security clearance delays |
| **Solution Outline** | • Define positions at risk (PAR) and identify "at risk" criteria (by position)<br>• Perform risk analyses by PAR<br>• Define risk appetite / acceptable risk by (PAR)<br>• Define security clearance criteria specific to each (risk assessed) PAR<br> - Map defined PAR Key Risks to controls – access to data, physical access etc.<br> - Map defined PAR Key Risks to "people" (incumbent) characteristics and clearance data required<br>• Define Security clearance process relevant to (assessed) PAR for both acquiring security clearance and the consequent maintenance<br>• Define monitoring process for PAR "shut down" areas – physical, data, electronic etc., and data capture media |

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Wednesday, November 01, 2006 10:31 AM |
| **To:** | ecurry@comcast.com |
| **Cc:** | Edie Curry |
| **Subject:** | Brokerage Fraud Methodology |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Brokerage Fraud Methodology.doc |

Edie

Outline thoughts scribbled on the plane last night.

Few other observations:

- We need to build out the Model from yesterday soon as - the GRID especially and the ANALYSIS criteria
- We need RESEARCH pulled together on any data out there which helps us create an initial database profile
- We need a good POWERPOINT slideshow ready pre Wachovia
- Technology is KEY. I will speak to Max re FoxT involvement. They have software for Real Time Transactions Monitoring and Automated Segregation of Duties, as well as the Axena Compliance Manager. Apart from a license on TBD terms, I will check out his interest in a JV on developing a product/content around the Brokerage Fraud solution
- We need to work through our DIFFERENTIATORS a bit more; Certfication will be a key INTEGRAL part of a solution so timing / readiness etc will be key as we take this product to market
- We need SPECIFIC fraud investigation experience on board - either TC or HB. Maybe Forensic Pathways, but also maybe some of our existing security guys moving into HB and sub-con back to Stratis (IF we have the right competencies / caliber of people)
- Meed to think through the role for DAN KOREM and a home for him
- Also, need to think how best to engage LAURIE in the analysis - maybe Dan Korem researching Laurie's book if we give hiom the structure of our data needs?

Anyway, first cut

Thoughts?

Frank

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

**Brokerage Fraud (BF)**

**Outline Methodology and Thoughts**

**Objectives**

Develop a preventive BF system which, with an appropriate level of detective controls, will significantly reduce the opportunities for fraud to be perpetrated, and significantly increase the chances of it being prevented in those occasions where it has been attempted, or detected where it has been carried out.

**Outline Methodology**

Starting point is the institutional 'pain' – in tangible terms $100m in costs associated with fraud (discovered and where institution is liable/has admitted liability). This is the starting point or reference point around which (most of) the solution needs to be developed.

**Process**

**This is likely to be a 4-Staged Approach**

1. **Analysis** – **"What has caused us to pay out $100m and what can we learn from these cases?"**
2. **Prevention & Detection Measures** – **" What do we need to do to install better mechanisms to prevent and/or detect these types of fraud earlier, either before it happens or as soon after if it does?"**
3. **Exposures** – **"Where else might we be exposed** – both with regard to similar (to $100m) frauds performed but as yet undetected, and/or other types of fraud not yet highlighted?"
4. **Certification** – **"How can I assure myself that we have the 'right' people?"**

<u>**Analysis**</u>

We need to understand in the first instance 'what's wrong' using the base reference point $100m and;

- Analyze the $100m by **Type of Claim** ( Theft; Mis-Selling; Mis-Representation ; Inappropriate Sale etc) and **Number and Value** by category
- Capture the characteristics of each claim by way of **Cause** ( Product Category; Claim Category; Broker Profile (Age/ Length of Service/Location/Seniority/ Focus Products/Client Mix); Claimant Profile (Length of time as client/ Location/Trading turnover frequency/Risk Profile/Asset Profile or Mix); Claim Root Cause (Control, System, People, IT failure); Management Over-ride; Avoidable; Repeated Instance; etc)

- Analyze the $100m re **Payment Criteria** ( Calculated Loss ; Estimated Loss; Negotiated Amount; Standard Sum etc)

Objective of the above is to identify patterns / trends/ characteristics and to focus attention on the priorities based on volume/value of claim criteria.

We should be able to create a Grid – **Type of Claim/ Number and Value.** Each box in the grid can then be analyzed by **Cause.**

We can then focus on the vertical and horizontal analyses - characteristics by box in terms of commonality of claims in the box, and commonality of causes of claims cross box. This allows us to focus on both the details solution at both operational or activity level (people/ process / technology) as well as at corporate level (policies/procedures / training/ management oversight etc)

Our *value proposition* here is a solution which is:

- Based on a (technology-based) Patented (applied-for) Model
- Structured & Comprehensive
- Delivered by experienced practitioners (Industry/Functional)
- Provides a leave behind repeatable solution for the client

## Prevention & Detection Measures

The next stage is to develop the 'fix'. Based on the above analysis there will be a mixture of action points, related to each box and cross-box, covering amongst others:

**Policies and Procedures**
- Employment Practices
- Remuneration Structures
- Ethics and Integrity
- Independence / Conflict of Interest
- Complaints Procedures

**People**
- Background Checks
- Role & Responsibility Definition
- Training
- Individuals' Authorities to Commit
- Monitoring & Supervision

**Process**
- Client Acceptance
- Product Sales Criteria
- Sales Approval Process
- Client Exposures (value of portfolio)

**Technology**
- Transactions Monitoring (Real-Time - Based on Fraud Business Rules)
- Access Controls ( Automated Segregation of Duties)
- Data Security (Protect access/ integrity/ from loss or corruption, etc)
- Reporting

Our *value proposition* here is a solution which is:

- Both Preventive and Detective in nature
- Solution and "Gap Specific" based on Analysis
- Covers Corporate and Operational Issues
- Effective in reducing Fraud
- Cost-Effective ( Pay-Out Cost and Collateral Cost)

**Exposures**

Exposures relates to both:

(i)   Looking-Back for other instances of similar frauds
(ii)  Looking beyond the types of fraud currently identified

**Looking-Back for other instances of similar frauds**

Our aim would be to profile brokers based on the Analysis and to carry out a more in-depth review based on (TBD) key indicators. For example, compared to a broker peer group:

- Non Static remuneration earned (commission)
- How commission earned ( Products / Client Mix)
- Timing of Commission based events
- Client Portfolio Mix
- Volume and Frequency of Transactions
- Clients Profit/Loss in period
- Changes in Clients Value over period
- Client Turnover
- Age of Book of Business (Clients)

**Looking beyond the types of fraud currently identified**

This is a bit more tricky. This will require some analysis outside of client and probably some form of fraud investigation expertise. Essentially, we are seeking to answer the question – 'what's missing?' What other types of fraud might be perpetrated at this (type of) client that is not evident?

Process would be similar to the above but clearly we will have less experience initially; will be easier after we have done a few assignments for different clients

## Certification

This will be an essential part of the value proposition going forward. We need to be able to differentiate ourselves from other firms offering similar anti-fraud products and services, and who will be more established, with a track-record and demonstrably greater in-depth relevant expertise and bandwidth. The Certification product does it. Issue will be one of timing / readiness and how we are able to present it

**From:**       Frank Hailstones (M)
**Sent:**       Wednesday, November 01, 2006 10:39 AM
**To:**         Edie Curry
**Subject:**    RE: Brokerage Fraud Methodology

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed


Edie

Never came up in CONVERSATION during the discussions. I assumed that the $500k related to
time costs and legal fees but will FOLLOW-UP this end

SPEAK at 2pm

Frank

-----Original Message-----
From: Edie Curry
Sent: Wednesday, November 01, 2006 10:36 AM
To: Frank Hailstones (M); 'ecurry@comcast.com'
Subject: RE: Brokerage Fraud Methodology

I agree.  Great use of capitalization in your message.
By the way: why do the boys need to return their laptops?  I thought that was part of the
$500k.  Phones I understand laptops I don't.  Can you help?

-----Original Message-----
From:       Frank Hailstones (M)
Sent: Wed Nov 01 10:30:34 2006
To:    ecurry@comcast.com
Cc:    Edie Curry
Subject:    Brokerage Fraud Methodology

Edie

Outline thoughts scribbled on the plane last night.

Few other observations:


*     We need to build out the Model from yesterday soon as - the GRID especially and the
ANALYSIS criteria
*     We need RESEARCH pulled together on any data out there which helps us create an
initial database profile
*     We need a good POWERPOINT slideshow ready pre Wachovia
*     Technology is KEY. I will speak to Max re FoxT involvement. They have software for
Real Time Transactions Monitoring and Automated Segregation of Duties, as well as the
Axena Compliance Manager. Apart from a license on TBD terms, I will check out his interest
in a JV on developing a product/content around the Brokerage Fraud solution
*     We need to work through our DIFFERENTIATORS a bit more; Certfication will be a key
INTEGRAL part of a solution so timing / readiness etc will be key as we take this product
to market
*     We need SPECIFIC fraud investigation experience on board - either TC or HB. Maybe
Forensic Pathways, but also maybe some of our existing security guys moving into HB and
sub-con back to Stratis (IF we have the right competencies / caliber of people)
*     Meed to think through the role for DAN KOREM and a home for him
*     Also, need to think how best to engage LAURIE in the analysis - maybe Dan Korem
researching Laurie's book if we give hiom the structure of our data needs?

Anyway, first cut

Thoughts?

Frank

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, November 03, 2006 7:48 AM |
| **To:** | lholtz@rachlin.com |
| **Subject:** | Fraud Conference Miami |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Laurie

Is this the Fraud Conference you were referring to?

http://www.cpeonline.com/conf/fraud/agenda.asp

Frank

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| From: | Frank Hailstones (M) |
| Sent: | Wednesday, November 08, 2006 10:42 AM |
| To: | ediecurry@comcast.net |
| Cc: | mark.wickersham@comcast.net |
| Subject: | Brokerage Fraud |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |
| Attachments: | Wachovia Analysis 2.xls |

I attach my thoughts on the Matrix we discussed last week.

Few points on perspective;

1. We need to have a very detailed, structured analysis which covers I believe 4 dimensions – **People (who); Causes (how); Detection (How); Impact (What$)**.
2. Underlying premise is we need to get to a level of detail whereby we can map causes to solutions. That's our key value proposition – we can help fix what went wrong NOT JUST identify it
3. We need to recognize that the frauds are likely to be complex and will be caused by a number of primary/secondary factors which will require a multi-layered solution
4. Technology will be important front-end in terms of data capture so we can do an appropriate level of analysis; BUT, initially it will require an experienced eye reading fraud case materials to extract the data for input. I don't see any way around this. After the data set is input, I can see a Standard Form being developed (software questionnaire type) for completion by client at case close
5. We can develop the initial pro-formas in the software once we have agreed what/how to structure the data input
6. Output will be a Matrix (series of Matrices) which we can color code by priority
7. Follow-on would be to take the Analyses data and translate it into Indicators that we can use to search the client database for other (undetected Frauds)

Speak at 1.30pm today if that suits

Frank

—
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| Impact Analysis | | Unrecs |
|---|---|---|
| **Area** | **Specific Cost Areas** | No. |
| Direct Costs (Fraud Payout Costs) | Actual Amount Lost (Client) | |
| | Standard Amount (Category of Claim) | |
| | Calculated Amount | |
| | Negotiated Amount | |
| Collateral Costs | Legal Costs | |
| | Product Withdrawal (Revenues Lost) | |

| Category of Fruaud | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| stered Fraudulent Activity | | Churning/Excessive Trading | | | Unsuitable Recommendation | | | Unauthorized Trading | | | |
| Avge Value $ | Total Value $ | No. | Avge Value $ | Total Value $ | Nr. | Avge Value $ | Total Value $ | No. | Avge Value $ | Total Value $ | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, November 10, 2006 5:04 PM |
| **To:** | ediecurr@comcast.net |
| **Cc:** | Frank Hailstones (M) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Anti Fraud Methodology.xls |

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| Corporate Anti - Fraud Model Areas | | | |
|---|---|---|---|
| | Comprehensive | Clear / Well Articulated | Relevant |
| Policies | | | |
| Procedures | | | |
| Communications | | | |
| Training | | | |
| Maintenance / Updates | | | |
| Monitoring | | | |
| Exception Reporting | | | |
| Investigation & Audit | | | |
| Reporting | | | |
| Remediation | | | |

| Key Review Areas | | |
|---|---|---|
| | | |
| 1 Policies | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| 2 Procedures | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |

| | | |
|---|---|---|
| | 8 | |
| | 9 | |
| | 10 | |
| **3 Communications** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **4 Training** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **5 Maintenance and Updates** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **6 monitoring** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |

| | | |
|---|---|---|
| | 10 | |
| **7 Exception Reporting** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **8 Investigation & Audit** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **9  Reporting** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **10  Remediation** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |

## Evaluation Criteria

| Specific | Timely | Independent | Right | People | Right Audience |
|----------|--------|-------------|-------|--------|----------------|
|          |        |             |       |        |                |
|          |        |             |       |        |                |
|          |        |             |       |        |                |
|          |        |             |       |        |                |
|          |        |             |       |        |                |
|          |        |             |       |        |                |
|          |        |             |       |        |                |
|          |        |             |       |        |                |
|          |        |             |       |        |                |
|          |        |             |       |        |                |

### *Evaluation Criteria Questions*

| Actioned | Adequately Resourced | Followed Up |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| From: | Frank Hailstones (M) |
|---|---|
| Sent: | Friday, November 10, 2006 5:07 PM |
| To: | ediecurry@comcast.net |
| Subject: | FW: AFBM |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |
| Attachments: | Anti Fraud Methodology.xls |

Edie

Early cut; I have data for the AFBM Corporate which I can populate. Pro tem, comments on the Model please

Thx

Frank

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| Corporate Anti - Fraud Model Areas | Comprehensive | Clear / Well Articulated | Relevant |
|---|---|---|---|
| Policies | | | |
| Procedures | | | |
| Communications | | | |
| Training | | | |
| Maintenance / Updates | | | |
| Monitoring | | | |
| Exception Reporting | | | |
| Investigation & Audit | | | |
| Reporting | | | |
| Remediation | | | |

| Key Review Areas | | |
|---|---|---|
| 1 Policies | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| 2 Procedures | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |

| | | |
|---|---|---|
| | 8 | |
| | 9 | |
| | 10 | |
| **3 Communications** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **4 Training** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **5 Maintenance and Updates** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **6 monitoring** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |

| | 10 | |
|---|---|---|
| **7 Exception Reporting** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **8 Investigation & Audit** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **9 Reporting** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| **10 Remediation** | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |

## Evaluation Criteria

| Specific | Timely | Independent | Right | People | Right Audience |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Evaluation Criteria Questions

| Actioned | Adequately Resourced | Followed Up |
|---|---|---|
| ▨ | | |
| ▨ | | |
| ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ |
| ▨ | ▨ | |
| ▨ | | ▨ |
| ▨ | ▨ | ▨ |
| ▨ | | ▨ |
| ▨ | ▨ | ▨ |

From:           Frank Hailstones (M)
Sent:           Wednesday, September 27, 2006 2:07 PM
To:             Kevin Leonard
Subject:        FW: Corporate Securities patent matters



Doc2.pdf (78 KB)

            Kevin
Can you check regarding payment date
Thx

    -----Original Message-----
From:       Edie Curry
Sent: Wed Sep 27 13:49:53 2006
To:   Frank Hailstones (M)
Cc:   'lholtz@rachlin.com'
Subject:    FW: Corporate Securities patent matters

Thoughts?

    -----Original Message-----
From:       Mark A. Watkins [mailto:mark@hahnlaw.com]
Sent: Wed Sep 27 11:21:01 2006
To:   Edie Curry
Subject:    Corporate Securities patent matters

Edie:

As you know we have 2 patent applications filed and need to quickly file 2 more patent
applications in order to fully cover the developing concepts of this program.  The 2
pending applications need further documents filed, the drafting of one additional patent
application is complete and ready to file and the last patent application needs to be
drafted.

 I am however, receiving tremendous pressure from my accounting department and my partners
about the size of this past due balance.  We are facing fast approaching deadlines on all
of these matters, but I need payment!!  I am not able to front any more of the filing fees
to the US Patent Office.  Can you get this matter handled with haste?  You have

HLP.gif (5 KB)

            reviously advised that payment was on its way.   I have all the trust in the
world in you, but my partners and firm are geting in patient with me.

Please help me so that I can continue helping you and the enterprise!!. Let me know that
you have received this message.  A statement is attached.  Call with any questions.  (We
can accept Fed  Ex delivery, wire transfer, credit card, etc.)

--Mark

1

Mark A. Watkins, Esq.

HAHN LOESER & PARKS LLP
One GOJO Plaza, Suite 300
Akron, OH  44311-1076

Phone:  (330) 864-5550

Fax:       (330) 864-7986

e-mail me <mailto:mawatkins@hahnlaw.com>

website <http://www.hahnlaw.com/>

This transmission contains confidential information intended only for the addressee(s).
The information contained in this transmission may also be privileged and/or subject to
attorney work-product protection.  If you are not the intended recipient, any use,
dissemination, distribution or copying of this document or its contents is strictly
prohibited.



September 27, 2006

Nexia Strategy Corp.
Attn.: Edie Curry
111 N. Orange Ave., 20th Floor
Orlando, FL  32801

Our File Number:      201860 - Nexia Strategy Corp.

## PAST-DUE STATEMENT

Listed below are your outstanding invoices.  You now have invoices over 90 days old.  Our records indicate that we have received no response to our previous statements which notified you of your past-due balance with Hahn Loeser & Parks LLP.   Please remit immediate payment or contact Maureen Utz at 330-237-4555 or meutz@hahnlaw.com to discuss this account promptly.

| Invoice | Date | Billed | Credits | Balance |
|---|---|---|---|---|
| **Matter ID: 201860.00001    Matter Desc:General** | | | | |
| 348928 | 02/28/2006 | $2,415.00 | $1,770.00 | $645.00 |
| 355396 | 06/28/2006 | $23,357.44 | $0.00 | $23,357.44 |
| 356712 | 07/28/2006 | $22,182.85 | $0.00 | $22,182.85 |
| **Matter Total:** | | | | **$46,185.29** |
| | | | | |
| **Matter ID: 201860.00002    Matter Desc:Methods of Deterring Fraud & Other Improper** | | | | |
| 350549 | 03/29/2006 | $6,151.00 | $2,500.00 | $3,651.00 |
| 353883 | 05/29/2006 | $3,698.00 | $0.00 | $3,698.00 |
| 355397 | 06/28/2006 | $4,007.13 | $0.00 | $4,007.13 |
| 356713 | 07/28/2006 | $5,776.50 | $0.00 | $5,776.50 |
| 359721 | 09/25/2006 | $1,378.00 | $0.00 | $1,378.00 |
| **Matter Total:** | | | | **$18,510.63** |
| | | | | |
| **Matter ID: 201860.00003    Matter Desc:Organization Assessment** | | | | |
| 356714 | 07/28/2006 | $6,525.50 | $0.00 | $6,525.50 |
| **Matter Total:** | | | | **$6,525.50** |
| | | | | |
| **Matter ID: 201860.00004    Matter Desc:Methods of Monitoring Behavior/Activity of an** | | | | |
| 359722 | 09/25/2006 | $6,410.63 | $0.00 | $6,410.63 |

Page 2

| Invoice | Date | Billed | Credits | Balance |
|---|---|---|---|---|
| **Matter Total:** | | | | **$6,410.63** |
| | | | | |
| **Total Due:** | | | | **$77,632.05** |

Last Payment Date:  March 29, 2006
Last Payment Amount:  $3,230.00

**From:** Mark Wickersham
**Sent:** Aug 15, 2006
**To:** Frank Hailstones (M)
**Cc:**
**Bcc:**
**Subject:** RE: Nexia Consulting

Frank,
I apologize for getting these two workbooks to you late.

Mark

-----Original Message-----
**From:** Frank Hailstones (M)
**Sent:** Mon 8/14/2006 9:37 AM
**To:** Frank Hailstones (M); Bob Curry; 'Bruce.Carpenter'; William (Bill) Reynolds; Tony Santillo; Jacqueline Poliquin; Mark Wickersham; Scott Hannah; Bob Konicki; Edie Curry
**Cc:** 'Bob Leib'; 'Gruen14@aol.com'; 'Dstone5@aol.com'
**Subject:** RE: Nexia Consulting

Timesheets for last week and 4-Week Plan /Pipeline by Noon today please

Please also refer to the note below re. chargeable time

Thanks

**From:** Frank Hailstones (M)
**Sent:** Monday, July 31, 2006 11:07 AM
**To:** Frank Hailstones (M); Bob Curry; 'Bruce.Carpenter'; William (Bill) Reynolds; Tony Santillo; Jacqueline Poliquin; Mark Wickersham; Scott Hannah; Bob Konicki
**Cc:** 'Bob Leib'; 'Gruen14@aol.com'; 'Dstone5@aol.com'; Kevin Munroe; James Bassarear
**Subject:** RE: Nexia Consulting

I refer to my note to you of 2 weeks ago regarding a number of operational points.

I wish to draw to your attention once again 3 key points which we will cover Wednesday at the Nexia Consulting Business Development day as follows:

1. For any non-consulting project work carried out internally within MVI you need sign-off from the project sponsor as we will be billing them for your time. I have to fund a payroll every 2 weeks and every hour of consulting time needs to be regarded as revenue generating. Internally, there is a discount to the standard rates but please ensure that all project work has been approved in advance and that current projects internal to MVI have funding approval. If there are any that are not please advise me immediately and bring with you Wednesday signed-off Project forms or other evidence of internally approved and funded projects

2. In line with the above, all non chargeable work - e.g. consulting proposals etc needs to be exclusively directed at Nexia Consulting opportunities. Consequently, 'scouting' for non consulting work such as business acquisitions etc needs to be funded by the domain and is chargeable internally. We should NOT be involved in any of these activities unless it has been agreed to and agreed to be funded by an internal sponsor

3. We need to be generating at least 30 hours on average per head per week and billing them out, external and internal. Please advise me of your current outstandings to be billed and provide details so we can arrange for billing. I have been asked for a report by F1 so please let me have this data today

Thanks

Frank

2 Attachments

## Instructions

| | Completion Instructions | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Complete the timesheet and submit for approval to your Line Manager. Timesheets should be submitted by LATEST Noon the following Monday | | | | | | |
| 2 | Complete in UNITS - 15 Minutes = 1 Unit. So a normal 40 hour week is 160 Units (40 * 4 ) | | | | | | |
| 3 | Complete on the basis of ACTUAL  time worked. If you work a 10 hour day record 40 units for that day | | | | | | |
| 4 | Indicate on the timesheet (TICK) whether the chargeable time is external or internal client | | | | | | |
| 5 | Non Chargeable time should ONLY be recorded as: | | | | | | |
| 6 | * Available | | | | | | |
| | * Sickness | | | | | | |
| | * Vacation | | | | | | |
| | * Business Development | | | | | | |
| | * Other ( SPECIFY) | | | | | | |
| | | | | | | | 1 |

## Timesheet Week 1

| | | Weekly Time Sheet | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Week ending: | 2006/08/11 | | | Nexia Consulting | | | | | | |
| Employee: | Mark Wickersham | | | 111 N. Orange Ave | | | | | | |
| Location | Richmond, VA | | | Suite 2000 | | | | | | |
| Employee phone: | 804-355-2892 ext 1106 | | | Orlando, Fl 32801 | | | | | | |
| Employee e-mail: | mwickersham@nexiastrategy.com | | | | | | | | | |

| Client | Chargeable Task Description | Category (Tick) | | Non Chargeable Tasks | Units | | | | | | | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | External Chargeable | Internal Chargeable | | M | T | W | | T | F | S | S | |
| Nexia Certification | New Product Development | X | | | 32 | 32 | 32 | 32 | 32 | | | 160 |
| | | 0 | | | | | | | | | | |
| | | 0 | | | | | | | | | | |
| | | 0 | | | | | | | | | | |
| | | 0 | | | | | | | | | | |
| | | 0 | | | | | | | | | | |
| **Totals** | | | | | 32 | 32 | 32 | 32 | 32 | 0 | 0 | 160 |

| *I certify that the above is a true record (Signature):* | |
|---|---|
| *Approved by (Signature) :* | |
| *I certify this timesheet is true and correct.* | |

# 4 Week Plan

| Nexia Consulting | | | Employee: | | Mark Wickersham | | | |
|---|---|---|---|---|---|---|---|---|
| 111 N. Orange Ave | | | Location | | Richmond, VA | | | |
| Suite 2000 | | | Employee phone: | 804-355-2892 ext. 1153 | | | | |
| Orlando, Fl 32801 | | | Employee e-mail: | | mwickersham@nexiastrategy.com | | | |
| Client | Chargeable Task Description | Category (Tick) | | | Week Commencing (HOURS) | | | |
| | | External Chargeable | Internal Chargeable | Non Chargeable | 2006/08/14 | 2006/08/21 | 2006/08/28 | 2006/09/ |
| Nexia Certification | New Business Development | | 120 | | 40 | 0 | 40 | |
| Vacation | Vacation | | | 40 | | 40 | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| | | | 0 | | | | | |
| **Totals** | | | | | 40 | 40 | 40 | |
| **Signed :** | | | | | | | | |
| *I certify this timesheet is true and correct.* | | | | | | | | |

## Pipeline

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nexia Consulting | | **Consulting Pipeline Report** | | | | | | | | |
| 111 N. Orange Ave | | | | | | | | | | |
| Suite 2000 | | | | | | | | | | |
| Orlando, Fl 32801 | | | | | | | | | | |
| Potential Client | Source | | Engagement Outline | Current Position on Closure | Likely Hrs Required | Estimate Length of Assignment (Days) | Potential Value $ | Competitive Bid? | Likely Start Date |
| | External | Internal | | | | | | | |
| *I certify this timesheet is true and correct.* | | | | | | | | | |

Brokerage Fraud (BF)

**Outline Methodology and Thoughts**

**Objectives**

Develop a preventive BF system which, with an appropriate level of detective controls, will significantly reduce the opportunities for fraud to be perpetrated, and significantly increase the chances of it being prevented in those occasions where it has been attempted, or detected where it has been carried out.

**Outline Methodology**

Starting point is the institutional 'pain' – in tangible terms $100m in costs associated with fraud (discovered and where institution is liable/has admitted liability). This is the starting point or reference point around which (most of) the solution needs to be developed.

**Process**

This is likely to be a 4-Staged Approach

1. **Analysis** – "What has caused us to pay out $100m and what can we learn from these cases?"
2. **Prevention & Detection Measures** – "What do we need to do to install better mechanisms to prevent and/or detect these types of fraud earlier, either before it happens or as soon after if it does?"
3. **Exposures** – "Where else might we be exposed – both with regard to similar (to $100m) frauds performed but as yet undetected, and/or other types of fraud not yet highlighted?"
4. **Certification** – "How can I assure myself that we have the 'right' people?"

<u>Analysis</u>

We need to understand in the first instance what's wrong' using the base reference point $100m and;

- Analyze the $100m by **Type of Claim** ( Theft; Mis-Selling; Mis-Representation ; Inappropriate Sale etc) and **Number and Value** by category
- Capture the characteristics of each claim by way of **Cause** ( Product Category; Claim Category; Broker Profile (Age/ Length of Service/Location/Seniority/ Focus Products/Client Mix); Claimant Profile (Length of time as client/ Location/Trading turnover frequency/Risk Profile/Asset Profile or Mix); Claim Root Cause (Control, System, People, IT

DEFENDANTS_001028

failure); Management Over-ride; Avoidable; Repeated Instance; etc)
- Analyze the $100m re **Payment Criteria** ( Calculated Loss ; Estimated Loss; Negotiated Amount; Standard Sum etc)

Objective of the above is to identify patterns / trends/ characteristics and to focus attention on the priorities based on volume/value of claim criteria.

We should be able to create a Grid – **Type of Claim/ Number and Value.** Each box in the grid can then be analyzed by **Cause.**

We can then focus on the vertical and horizontal analyses - characteristics by box in terms of commonality of claims in the box, and commonality of causes of claims cross box. This allows us to focus on both the detail's solution at both operational or activity level (people/ process / technology) as well as at corporate level (policies/procedures / training/ management oversight etc)

Our *value proposition* here is a solution which is:

- Based on a (technology-based) Patented (applied-for) Model
- Structured & Comprehensive
- Delivered by experienced practitioners (Industry/Functional)
- Provides a leave behind repeatable solution for the client

### Prevention & Detection Measures

The next stage is to develop the 'fix'. Based on the above analysis there will be a mixture of action points, related to each box and cross-box, covering amongst others:

**Policies and Procedures**
- Employment Practices
- Remuneration Structures
- Ethics and Integrity
- Independence / Conflict of Interest
- Complaints Procedures

**People**
- Background Checks
- Role & Responsibility Definition
- Training
- Individuals' Authorities to Commit
- Monitoring & Supervision

**Process**
- Client Acceptance
- Product Sales Criteria
- Sales Approval Process

DEFENDANTS_001029

- Client Exposures (value of portfolio)

**Technology**
- Transactions Monitoring (Real-Time - Based on Fraud Business Rules)
- Access Controls ( Automated Segregation of Duties)
- Data Security (Protect access/ integrity/ from loss or corruption etc)
- Reporting

Our *value proposition* here is a solution which is:

- Both Preventive and Detective in nature
- Solution and "Gap Specific" based on Analysis
- Covers Corporate and Operational Issues
- Effective in reducing Fraud
- Cost-Effective ( Pay-Out Cost and Collateral Cost)

**Exposures**

Exposures relates to both:

(i)   Looking-Back for other instances of similar frauds
(ii)  Looking beyond the types of fraud currently identified

**Looking-Back for other instances of similar frauds**

Our aim would be to profile brokers based on the Analysis and to carry out a more in-depth review based on (TBD) key indicators. For example, compared to a broker peer group:

- Non Static remuneration earned (commission)
- How commission earned ( Products / Client Mix)
- Timing of Commission based events
- Client Portfolio Mix
- Volume and Frequency of Transactions
- Clients Profit/Loss in period
- Changes in Clients Value over period
- Client Turnover
- Age of Book of Business (Clients)

**Looking beyond the types of fraud currently identified**

This is a bit more tricky. This will require some analysis outside of client and probably

DEFENDANTS_001030

some form of fraud investigation expertise. Essentially, we are seeking to answer the question – 'what's missing?' What other types of fraud might be perpetrated at this (type of) client that is not evident?

Process would be similar to the above but clearly we will have less experience initially; will be easier after we have done a few assignments for different clients

## Certification

This will be an essential part of the value proposition going forward. We need to be able to differentiate ourselves from other firms offering similar anti-fraud products and services, and who will be more established, with a track-record and demonstrably greater in-depth relevant expertise and bandwidth. The Certification product does it. Issue will be one of timing / readiness and how we are able to present it

DEFENDANTS_001031

**Building a More Effective Anti-Fraud Framework**

**The Nexia Anti-Fraud Solution Building Blocks**

NEXIA

NEXIA STRATEGY CORPORATION

DEFENDANTS_001032

## Fraud Definition

Black's Law Dictionary defines fraud as,

"An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right; a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury."

DEFENDANTS_001033

# Fraud Categories

Financial fraud typically falls into four broad categories:

- **Fraudulent financial reporting** — Most fraudulent financial reporting schemes involve earnings management, arising from improper revenue recognition, and overstatement of assets or understatement of liabilities.
- **Misappropriation of assets** — This category involves external and internal schemes, such as embezzlement, payroll fraud and theft.
- **Expenditures and liabilities for improper purposes** — This category refers to commercial and public bribery, as well as other improper payment schemes.
- **Fraudulently obtained revenue and assets, and costs and expenses avoided** — This category refers to schemes where an entity commits a fraud against its employees or third parties, or when an entity improperly avoids an expense, such as tax fraud.

DEFENDANTS_001034

## PwC Economic Crime Survey – November 2005

**1 Fraud, a significant and growing threat worldwide**

- 45% of companies worldwide have fallen victim to economic crime in the past two years – an 8 percentage point increase on our previous survey (2003).
- The larger the company, the higher the likelihood that it will experience and detect acts of fraud. While companies around the world, on average, reported suffering 8 fraud incidents since 2003, larger companies reported an average of 12 incidents.
- No industry is safe – whether regulated or unregulated. From 3¼% to 60% of the companies in each of the sectors we surveyed reported significant frauds.

**2 Types of economic crime**

- The number of companies reporting incidents of fraud has increased in every category since 2003. In particular, there has been a 71% increase in the number reporting corruption & bribery, a 133% increase in the number reporting money laundering, and a 140% increase in the number reporting financial misrepresentation.
- Despite the increase in the number of frauds reported, companies perceived the prevalence of fraud in their business to have been greater in 2003 than it is today. Given the increases documented in this survey, does this perception reflect an over-confidence in the success of existing fraud risk management systems?

**3 The cost of economic crime**

- In the past two years, the average financial damage to companies from tangible frauds (i.e., asset misappropriation, false pretences, and counterfeiting) was US$ 1.7 million.
- In 2004, 120 accounting-related securities litigation matters were filed against registrants on US exchanges, 20 of which were for criminal activity.
- In the wake of fraud incidents, 40% of the companies responding to our survey indicated that they had suffered significant 'collateral damage', such as loss of reputation, decreased staff motivation, and declining business relations. The impact of such 'collateral damage' was perceived to be strongest in cases where incidents were leaked to customers or the media. 4 Fraud's perpetrators

DEFENDANTS_001036

# Fraud and Economic Crime

PwC Economic Crime Survey Nov 2005
• Some 45% of companies worldwide have fallen victim to economic crime
• Companies around the world, on average, reported suffering 8 fraud incidents since 2003, larger companies reported an average of 13 incidents
• 38% to 60% of the companies in each of the sectors reported significant frauds.
• Since 2003, there has been a 71% increase in the number reporting corruption & bribery, a 133% increase in the number reporting money laundering, and a 140% increase in the number reporting financial misrepresentation.
• The average financial damage to companies from tangible frauds (i.e., asset misappropriation, false pretences, and counterfeiting) was US$ 1.7 million
• 40% of companies indicated that they had suffered significant 'collateral damage

ACFE, "2002 Report to the Nation, Occupational Fraud and Abuse
(1) the average company loses the equivalent of 6 % of its revenue to fraud and
(2) fraud accounts for $600 billion in losses annually.

DEFENDANTS_001037

# Greatest Fraud Risks



Conflicts of interest (63 percent), fraudulent financial statements (57 percent) and billing schemes (31 percent) were seen as the greatest fraud risk areas.

Examples of fraud that garnered at least 20 percent support were expense and reimbursement schemes (29 percent), bribery/economic extortion (25percent) and inventory and non-cash asset misuse (20 percent)

Oversight Systems Fraud Report 2005

DEFENDANTS_001038

# Circumstances that foster Fraud

Most frauds reported involved;

- a lack of adequate internal controls (opportunity)
- the need to maintain an expensive lifestyle (incentive), and
- the perpetrator's lack of awareness that their actions were wrong (self-rationalisation).



and.....

....most fraud (34%) is still detected by chance (e.g., through tip-offs).

DEFENDANTS_001039

# *Stopping Institutional Fraud*

Forty-one percent of professional fraud examiners identified the need for a **strong tone from the top of the organization** as the most effective means in preventing or deterrent institutional fraud. **Visible prosecution** was the next most popular response garnering 22 percent support, followed by **internal controls and technology-enabled monitoring**, each receiving support from 17 percent. Manual quarterly audits and government regulation received only minimal support, earning two and one percent, respectively (see: Tactics for fraud prevention graph).

Oversight Systems Fraud Report 2005



DEFENDANTS_001040



DEFENDANTS_001041



**The Nexia Anti-Fraud
Building Blocks**

DEFENDANTS_001042

**The Nexia Fraud Solutions Set**

Nexia offers an end-to-end Anti-Fraud solution which covers policies and procedures; risk assessment; controls effectiveness; ongoing monitoring; and, executive integrity as follows:

## Anti Fraud Controls Environment

**Fraud Risk**

**Effective Segregation of Duties**

**Anti-Fraud Controls**

**Continuous Monitoring**

## Executive Ethical and Integrity Certification

DEFENDANTS_001043

## Nexia Fraud Solution Set Criteria

- End-to-End Anti-Fraud Solution Set
- Unique offering(s) to differentiate from competitor offerings
- Clearly articulated and demonstrable added-value client benefits
- Fast time to market
- Modular solutions set connected for sales pull-through
- Package-able and replicable for ease of roll-out and to maintain delivery consistency and Nexia quality standards
- Global applicability
- Scalable in implementation
- Minimum US$XX million within three years

DEFENDANTS_001044



DEFENDANTS_001045

**The Nexia Anti-Fraud Building Blocks**

6 EXECUTIVE INTEGRITY & ETHICAL BEHAVIOR

5 CONTIUOUS MONITORING

4 SEGREGATION OF DUTIES

3 Anti-Fraud CONTROLS

2 Fraud RISK ASSESSMENT

1 Anti-Fraud CONTROL ENVIRONMENT

DEFENDANTS_001046



1 Anti-Fraud CONTROL ENVIRONMENT

DEFENDANTS_001047



## 1 Anti-Fraud CONTROL ENVIRONMENT

The control environment refers to such intangibles as integrity, ethical values and competence of the entity's people, and management's philosophy and operating style, but it also covers more concrete expressions of these intangibles, such as the way management assigns authority and responsibility, and organizes and develops its people.

In addition, the control environment sets out the role of the audit committee and board of directors.

The control environment has a pervasive influence on the way business activities are structured, objectives are established and risks assessed. It also influences risk assessment, control activities, information and communication systems, and monitoring activities.

The control environment is not static; it is influenced by the entity's history and culture and in turn influences the "control consciousness" of its people in performing their day-to-day activities. Since 90% of the frauds occur at the senior executive level the establishment of strong antifraud programs and controls is an essential component of a healthy control environment.

DEFENDANTS_001048

## 1 Anti-Fraud CONTROL ENVIRONMENT

Nexia has developed a comprehensive approach to assessing the effectiveness of the organization's Anti-Fraud Control Environment, based on

• a review of the organization's anti-fraud policies and procedures for completeness and relevance
• an organization–wide Survey based on the COSO integrated Control framework, focused particularly on anti-fraud controls, to establish the level of awareness, understanding, and consensus on their effectiveness. The Nexia Axenaware™ Survey which is web-based and anonymous, contains a series of control statements drafted by Nexia experts in this area, which are tailored for each organization's unique characteristics. It is a proven efficient and effective tool for capturing the input from a large and disparate group, is easy to access and complete (20 to 25 mins.) and provides the data for an excellent in-depth assessment
• interviews with selected senior executives and staff to follow-up on identified weaknesses and gaps for remediation

The output from this exercise is a <u>Controls Environment Remediation Plan</u>

DEFENDANTS_001049



**Anti-Fraud Survey Screen Shots**

① Fraud Review Library

**COSO Anti-Fraud Library**

⊟ Control Environment (Edit)
⊟ Fraud Risk Assessment (Edit)
⊟ Control Activities (Edit)
⊟ Information & Communications (Edit)
⊟ Monitoring (Edit)

⊟ **Control Environment** (Edit)

⊟ Code of Ethics (Edit)
⊞ Ethics Hotline/Whistleblower (Edit)
⊞ Hiring and Promotion (Edit)
⊞ Oversight by Board and Audit Committee (Edit)
⊞ Investigation and Remediation (Edit)

② **Control Environment Section**

**Control Environment** (Edit)

Code of Ethics (Edit)

1. The Audit Committee is actively involved in oversight of the Code
2. Monitoring of the Code in operation is recorded formally
3. Training courses on the Code are required to be attended by all employees
4. All employees are required to confirm receipt of and that they have read and understood the Code
5. The Code has been effectively communicated
6. Monitoring of the Code in practice is described in the Code
7. The Code covers measures to protect and the proper use of assets
8. Fraudulent behavior is covered adequately in the Code
9. The Code covers sanctions for breaches
10. The Code promotes prompt internal reporting of Code violations

③ **Code of Ethics Library**

DEFENDANTS_001050



DEFENDANTS_001051



2 Fraud RISK ASSESSMENT

DEFENDANTS_001052



## 2 Fraud RISK ASSESSMENT

The essential elements of an effective fraud risk assessment include:

• A systematic (rather than haphazard) assessment process
• Consideration of potential fraud schemes and scenarios
• Assessment of risk at company-wide, significant business unit and significant account levels
• Evaluation of the likelihood and significance of each risk to the organization
• Assessment of exposure arising from each of the categories of fraud risk
• Testing of the effectiveness of the risk assessment process by internal audit
• Documented oversight by the audit committee, including consideration of the risk of override of controls by management

Organizations will need to reach their own conclusions with respect to the cost of controlling a risk compared to the benefits of mitigating or eliminating that risk. However, an organization should have a documented process that assesses, identifies and evaluates fraud risk.

DEFENDANTS_001053

## 2 Fraud RISK ASSESSMENT

Fraud Risk Assessment

Organizations should consider the potential for fraud as part of their enterprise-wide risk assessment process or risk management program.

To be effective, management should perform fraud risk assessments on;

• a comprehensive and recurring basis rather than in an informal or haphazard manner.
• when special circumstances arise, such as changed operating environments, new products and markets, and corporate restructurings (The COSO Framework)

The nature and extent of management's risk assessment activities should be commensurate with the size of the entity and complexity of its operations (for example, the risk assessment process is likely to be less formal and less structured in smaller, centralized entities).

Fraud risk assessment expands upon traditional risk assessment. It is scheme and scenario based rather than based on control risk or inherent risk. The assessment should consider the various ways that fraud and misconduct can occur by and against the company.

DEFENDANTS_001054



## 2 Fraud RISK ASSESSMENT

Management's assessment of fraud risk should be at the company-wide, business unit and significant account levels and assessment of fraud risk should include;

• the potential for fraudulent financial reporting in terms of the vulnerability of the entity to fraud and its potential impact on financial statements. (Sarbanes-Oxley §103 requires the independent auditor's evaluation of internal controls to address controls to ensure that "receipts and expenditures of issuers are being made only in accordance with authorization of management and the directors."
• misappropriation of assets
• unauthorized or improper receipts and expenditures
• vulnerability to management override
• potential schemes to circumvent existing control activities, which may require additional compensating control activities.
• the risk of fraud by senior management or the board because "fraud of any magnitude on the part of senior management" constitutes a significant deficiency and is a strong indicator of a material weakness as stated in S126 of the PCAOB Auditing Standard.
• incentives and pressures on management to commit fraud S36 of SAS 9914.

DEFENDANTS_001055

## 2 Fraud RISK ASSESSMENT

Sarbanes-Oxley (SOA)  Anti-Fraud Requirements - Evaluation of Control Deficiencies

The lack of an adequately designed, documented and tested system of control activities addressing each of the identified fraud risks is a strong indicator of a significant deficiency. Deficiencies in the control of specific frauds, whether individually or in the aggregate, should be evaluated to determine if they constitute a material weakness, as follows;

- Internal Control Deficiency: the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect *misstatements of the annual or interim financial statements* on a timely basis

- Significant Deficiency: could be a single deficiency, or a combination of deficiencies, that results in *more than a remote likelihood*  that a misstatement of the annual or interim financial statements that is *more than inconsequential in amount* will not be prevented or detected

- Material Weakness: is a significant deficiency that, by itself, or in combination with other significant deficiencies, results in  *more than a remote likelihood* that a *material misstatement* of the annual or interim financial statements will not be prevented or detected

DEFENDANTS_001056

## 2 Fraud RISK ASSESSMENT

For SOA, fraud needs to be assessed within a standard assessment framework;
• the level of likelihood of fraud (probable, reasonably possible and remote)
• the level of significance of fraud (inconsequential, more than inconsequential or material) for example, as follows:

| Control Deficiency | Likelihood of Financial Misstatement | Materiality |
|---|---|---|
| Minor Deficiency | More than remote?  NO | Inconsequential<br>Less than $250,000 |
| Significant Deficiency | More than remote?  YES | More than inconsequential<br>Greater than $500,000<br>But less than $3,000,000 IS<br>But less than $4,000,000 BS |
| Material Weakness | More than remote?  YES | Material<br>Greater than $3,000,000 IS<br>Greater than $4,000,000 BS |

DEFENDANTS_001057

## Fraud RISK ASSESSMENT

**"At least" Significant Deficiencies**

- Selection and application of accounting policies
- **Antifraud programs and controls**
- Non-routine and nonsystematic
- Period end financial reporting process, including journal entries

**"Strong Indicator" of Material Weakness**

- Restatement of previously issued financials
- Material audit adjustments
- Ineffective audit committee
- Ineffective internal audit or risk assessment function
- Ineffective regulatory compliance function
- **Fraud of any magnitude by senior management**
- Failure to timely correct significant deficiencies

DEFENDANTS_001058

By Process

By Type of Risk

## Extracts from the Nexia Fraud Library

| | Risk | Business Process Risk | Infrastructure Risk | Specific Fraud Area Risk |
|---|---|---|---|---|
| 2 | Consultancy and commission payments are not reviewed on a regular basis | Accounts Payable/Supplier Pa | Policies & Procedures | Bribery/Corruption |
| 3 | Failure to review the expense accounts of sales staff for heavy entertaining | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 4 | Poor segregation of duties | Accounts Payable/Supplier Pa | Policies & Procedures | General |
| 5 | Failure to segregate banking and sales ledger duties | Accounts Payable/Supplier Pa | Policies & Procedures | General |
| 6 | Failure to maintain cheque logs | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 7 | Cheques stored in an insecure area | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 8 | No controls in place over the storing of cheques | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 9 | Lack of regular audits and reconciliations between cash at tills or end of sales and control accounts | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 10 | No controls in place over journal adjustments | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 11 | Failure to review journal and analysis of end postings and adjustments | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 12 | Lack of an independent Audit Committee | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 13 | Failure to match GRNs with invoices and copies of order forms | Accounts Payable/Supplier Pa | Policies & Procedures | General |
| 14 | Failure to check GRNs and purchases against budgeted outlays for a period | Accounts Payable/Supplier Pa | Policies & Procedures | Materials Theft |
| 15 | Failure to analyse spending on suppliers | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 16 | Lack of a properly maintained central register of approved suppliers, with procedures for adding/removing suppliers | Accounts Payable/Supplier Pa | Investigation/Manageme | Bribery/Corruption |
| 17 | Failure to monitor payments made | Accounts Payable/Supplier Pa | Investigation/Manageme | Bribery/Corruption |
| 18 | Failure to reconcile sales orders to invoices | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 19 | Failure to store and prepare bank transfer forms in a secure area? | Accounts Payable/Supplier Pa | Investigation/Manageme | Bribery/Corruption |
| 20 | Failure to adequate monitor come art negotiations and the terms of contracts concluded | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 21 | Failure to ensure Payroll is reviewed | Accounts Payable/Supplier Pa | Investigation/Manageme | Bribery/Corruption |
| 22 | Lack of procedures and controls in place for entering new employees on the payroll | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 23 | Failure to require original receipts in supports of claims for expenses | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 24 | Inadequate variance analysis of key performance indicators | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 25 | Failure to maintain a secure register of authorised signatures | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 26 | Poor controls and management over payment and credit terms | Accounts Payable/Supplier Pa | Policies & Procedures | Bribery/Corruption |
| 27 | Lack of control over access to the accounts payable and masterfile systems | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 28 | Absence of a policy on Insider Trading i.e. the trading of company sensitive information | Asset Management | Policies & Procedures | Bribery/Corruption |
| 29 | Lack of a validation procedure for dealing with compensation and insurance claims | Asset Management | Policies & Procedures | Intellectual Property |
| 30 | Failure to define the level of risk acceptance in material terms | Asset Management | Investigation/Manageme | Materials Theft |
| 31 | Failure to ensure previous expenses offered are used as a source for current supplies | Asset Management | Investigation/Manageme | General |
| 32 | Lack of information security policy | Asset Management | Awareness | General |
| 33 | Failure to ensure all patents etc are registered in the company name | Asset Management | Policies & Procedures | Intellectual Property |
| 34 | Failure to maintain a register of patents and other company/intellectual property | Asset Management | Investigation/Manageme | Intellectual Property |
| 35 | Lack of clearly defined boundaries to the site | Asset Management | Investigation/Manageme | Intellectual Property |
| 36 | Perimeter security is inadequate to prevent unauthorised access | Inventories | Investigation/Manageme | Materials Theft |
| 37 | Failure to address any particular risk in the surrounding area (e.g. hostile community) | Asset Management | Investigation/Manageme | Materials Theft |
| 38 | Site perimeter security is inadequate for the number of people and vehicle movements | Inventories | Investigation/Manageme | Materials Theft |
| 39 | Failure to adequately secure site gates at night or adequately protect points of entry while the site is not in operation | Inventories | Investigation/Manageme | Materials Theft |

## 2 Fraud RISK ASSESSMENT

### Fraud Risk Assessment

AGENdant   INSTRUCTIONS: Score each of the following Business Processes and Sub-Processes in the context of Fraud Risk

## Order to Cash (tab)

| | Misappropriation of Assets | Management Override | Unauthorized Trans'ns | Control Circumvents |
|---|---|---|---|---|
| 1. Customer Master File Maintenance | ☑ | ☑ | ☑ | ☑ |
| 2. Pricing & Order Proc'g | (3) More than Remote | ☑ | ☑ | |
| 3. Invoicing | (2) Remote | | | |
| | (1) Less than Remote | ☑ | ☑ | |
| 4. Sales or Consignment | ☑ | ☑ | ☑ | |
| 5. Credit and Collections | ☑ | ☑ | ☑ | |
| 6. Allowances for Doubtful Debts | ☑ | ☑ | ☑ | |
| 7. Returns Revenue Recognition | ☑ | ☑ | ☑ | |

Submit    View Results

DEFENDANTS_001060

## 2 Fraud RISK ASSESSMENT

**SOA Fraud Risk Assessment**

AXENT**™**   **INSTRUCTIONS:** Score each process/sub process in terms of fraud risk - Likelihood and Significance.

## Order to Cash (Edit)

| | Likelihood | Significance |
|---|---|---|
| (Task Mainte...) 1. Customer Master File Maintenance | ☑ | ☑ |
| (Task Mainte...) 2. Pricing & Order Proc'g | (3) probable / (2) reasonably possible / (1) remote | ☑ |
| (Task Mainte...) 3. Invoicing | ☑ | ☑ |
| (Task Mainte...) 4. Sales on Consignment | ☑ | ☑ |
| (Task Mainte...) 5. Credit and Collections | ☑ | ☑ |
| (Task Mainte...) 6. Allowances for Doubtful debts | ☑ | ☑ |
| (Task Mainte...) 7. Returns Revenue Recognition | ☑ | ☑ |
| (Task Mainte...) 8. Incentive Programs | ☑ | ☑ |

Submit   View Results

DEFENDANTS_001061

## 2 Fraud RISK ASSESSMENT

Nexia has developed a comprehensive approach to assessing the organization's Fraud Risks, based on;

• mapping the organization's business processes to the Nexia Axenaware™ library of fraud risks by process and creating a unique organization-specific library of potential fraud risks – both company-wide and SOA specific
• an organization–wide Fraud Risk Survey using extracts from the above in order to identify and establish the consensus on the key risk areas
• Risk Workshop(s) at either or all of Corporate, Business Process, Financial Statement level to engage the (selected) key players in a more detailed risk assessment exercise, and to identify appropriate controls required to prevent or detect identified key fraud risks
• interviews with selected senior executives and staff to follow-up on identified key risks and map out remediation plans

The output from this exercise is a Key Fraud Risk Remediation Plan

DEFENDANTS_001062



3 Anti-Fraud CONTROLS

DEFENDANTS_001063

## Economic Crimes : Scope & Definitions

| | |
|---|---|
| Economic Crime or Fraud | Generic terms used in this survey to denote wrongful or criminal activities so or in an organisation, intended to result in the gain of money or benefits for the perpetrator(s). |
| Asset Misappropriation (inc. embezzlement by employees) | The theft of company assets (including monetary assets/cash or supplies and equipment) by company directors, others in fiduciary positions or an employee for their own benefit. |
| False Pretences (inc. Confidence Game) | The intentional action of a perpetrator to deceive those in fiduciary positions and make a personal or financial gain. |
| Financial Misrepresentation | Company accounts are altered or presented in such a way that they do not reflect the true value or financial activities of the company. |
| Corruption & Bribery (inc. racketeering & extortion) | Typically, the unlawful use of an official position to gain an advantage in contravention of duty. This can involve the promise of an economic benefit or other favour, the use of intimidation or blackmail. It can also refer to the acceptance of such inducements. |
| Insider Trading (only asked to listed companies) | Trading of securities by a person inside a company based on non-public information. |
| Money Laundering | Actions intended to legitimise the proceeds of crime by disguising their true origin. |
| Counterfeiting (inc. product piracy, industrial espionage) | This includes the illegal copying and/or distribution of fake goods in breach of patent or copyright, and the creation of false currency notes and coins with the intention of passing them off as genuine. It also includes the illegal acquisition of trade secrets or company information. |

DEFENDANTS_001035