## 3 Anti-Fraud CONTROLS

**Control Activities**

Once the fraud risk assessment has taken place, the organization should identify the control activities implemented to mitigate the identified fraud risk. In the context of an antifraud management program, control activities are those actions taken by management to identify, prevent and mitigate fraudulent financial reporting or misuse of an organization's assets. Antifraud control activities should occur throughout the organization, at all levels and in all functions. They include a range of activities as diverse as approvals, authorizations, verifications, reconciliations, segregation of duties, reviews of operating performance and security of assets.

Management should evaluate whether appropriate internal controls have been implemented in any areas management has identified as posing a higher risk of fraudulent activity (such as revenue recognition and non-standard journal entries), as well as controls over the entity's financial reporting process and the potential for management override. Because of the importance of information technology in supporting operations and the processing of transactions, management also needs to implement and maintain appropriate controls, whether automated or manual, over computer-generated information.

The environment in which an entity operates affects the fraud risks to which it is exposed and may present unique external reporting requirements, or special legal or regulatory requirements. An entity's antifraud program must consider whether the controls implemented are adequate to address all of the individual entity's specific business activities; whether these controls are properly designed for the purposes of detecting, deterring and mitigating the particular fraud risks to which the entity is exposed; and whether these controls are being applied properly to sufficiently address the entity's unique business operations and fraud risks.

DEFENDANTS_001064

## 3. Anti-Fraud CONTROLS

**Control Activities**

**Design and Documentation**

Management should design the necessary control activities to respond to the assessed fraud risks.

The necessary control activities should be documented in a manner that will ensure that each of the significant fraud exposures identified during the risk assessment process has been adequately mitigated.

This is generally done through a linking or mapping process of the business procedure, relating the risk of potential misstatement to the control activities and then to the relevant financial statement assertions. The audit committee should evidence its oversight and approval of the adequacy of the design and operating effectiveness of the control activities in minutes of its meetings.

Internal audit or a third party working on behalf of the audit committee should evaluate the effectiveness of the design of control activities through a walk-through.

DEFENDANTS_001065

## 3 Anti-Fraud CONTROLS

| | | | Policies & Procedures | Control |
|---|---|---|---|---|
| 2 | 1 | Fraud Policies and Organizational Awareness | Policies & Procedures | Fraud & Investigation; Business Ethics and Conflict of Interest policies circulated to all staff |
| 3 | 2 | Fraud Policies and Organizational Awareness | Policies & Procedures | Business Ethics policy with the Employment Conditions and Job Descriptions circulated to all staff |
| 4 | 3 | Fraud Policies and Organizational Awareness | Policies & Procedures | Conflict of Interest Policy clear and well communicated |
| 5 | 4 | Fraud Policies and Organizational Awareness | Policies & Procedures | Conflict of Interest Policy actively monitored and enforced |
| 6 | 5 | Fraud Policies and Organizational Awareness | Policies & Procedures | Clear policy on dealing with Competitors Clearly defined policies regarding the prosecution of fraud and theft circulated to all staff |
| 7 | 6 | Fraud Policies and Organizational Awareness | Policies & Procedures | Clear policies on treatment of employees who have reported fraud to protect them from being victimised |
| 8 | 7 | Fraud Policies and Organizational Awareness | Policies & Procedures | Anti-money laundering policy established |
| 9 | 8 | Fraud Policies and Organizational Awareness | Policies & Procedures | Whistle-blowing policy established whereby individuals may (anonymously if desired) report suspected incidences of fraud |
| 10 | 9 | Fraud Policies and Organizational Awareness | Policies & Procedures | Telephone calls may be recorded and electronic communication monitored |
| 11 | 10 | Fraud Policies and Organizational Awareness | Policies & Procedures | Regular checks for electronic surveillance devices, especially in the Board room and offices |
| 12 | 11 | Fraud Policies and Organizational Awareness | Policies & Procedures | Independent Audit Committee |
| 13 | 12 | Fraud Policies and Organizational Awareness | Policies & Procedures | Independent Audit/Compliance Function reporting directly to the Board of Directors or other independent forum |
| 14 | 13 | Fraud Policies and Organizational Awareness | Policies & Procedures | Level of risk acceptance defined in material terms |
| 15 | 14 | Fraud Policies and Organizational Awareness | Awareness & Communications and Training | Effective communication within the company on fraud issues |

Controls Master / Risk Master / Sheet2 / Sheet3 /

DEFENDANTS_001066

## 5 Anti-Fraud CONTROLS

Nexia has developed a comprehensive approach to assessing the adequacy of an organization's Anti-Fraud Controls, based on;

• mapping the organization's business processes to the Nexia Axenaware™ library of fraud controls by process and creating a unique organization-specific library of potential fraud controls – both company-wide and SOA specific
• an organization–wide controls review leveraging on the Fraud Risk Survey in order to identify the existence of adequate controls in the identified key risk areas
• a Fraud Controls Survey to capture views and evaluate the effectiveness of controls in protecting against, detecting or mitigating the impact of fraud
• Risk Workshop(s) at identified Corporate, Business Process, Financial Statement level to engage the (selected) key players in a more detailed assessment exercise, and to develop appropriate controls to fill gaps in areas of identified key fraud risks
• interviews with selected senior executives and staff to follow-up on identified key risks and map out remediation plans

The output from this exercise is a <u>Key Fraud Control Remediation Plan</u>



**Segregation of Duties**

Segregation of duties is a basic, key internal control and one of the most difficult to achieve. It is used to ensure that errors or irregularities are prevented or detected on a timely basis by employees in the normal course of business. Segregation of duties provides two benefits: 1) a deliberate fraud is more difficult because it requires collusion of two or more persons, and 2) it is much more likely that innocent errors will be found. At the most basic level, it means that no single individual should have control over two or more phases of a transaction or operation. Management should assign responsibilities to ensure a crosscheck of duties.

If a single person can carry out and conceal errors and/or irregularities in the course of performing their day-to-day activities they have generally been assigned or allowed access to incompatible duties or responsibilities. Some examples of incompatible duties are:

> Authorizing a transaction, receiving and maintaining custody of the asset that resulted from the transaction.

> Receiving checks (payment on account) and approving write-offs.

> Depositing cash and reconciling bank statements.

> Approving time cards and having custody of pay checks.

> Having unlimited access to assets, accounting records and computer terminals and programs. For instance having access and using checks as the source documents to post to accounting records rather than using a check log or receipts.

DEFENDANTS_001068

## 4 SEGREGATION OF DUTIES

**Segregation of Duties**

There are four general categories of duties or responsibilities which are examined when segregation of duties are discussed:

• authorization

• custody

• record keeping

• reconciliation

In an ideal system, different employees would perform each of these four major functions.  In other words, no one person should have control of two or more of these responsibilities. The more negotiable the asset, the greater the need for proper segregation of duties - especially when dealing with cash, negotiable checks and inventories.

In those instances where duties cannot be fully segregated, mitigating or compensating controls must be established. Mitigating or compensating controls are additional procedures designed to reduce the risk of errors or irregularities

DEFENDANTS_001069



**4 SEGREGATION OF DUTIES**

**Authorization:** the process of reviewing and approving transactions or operations.
Some examples are:
> Verifying cash collections and daily balancing reports.
> Approving purchase requisitions or purchase orders.
> Approving time sheets, payroll certifications, leave requests and cumulative leave records.
> Approving change orders, computer system design or programming changes.

**Custody:** having access to or control over any physical asset such as cash, checks, equipment, supplies, or materials.
Some examples are:
> Access to any funds through the collection of funds, or processing of payments.
> Access to safes, lock boxes, file cabinets or other places where money, checks or other assets are stored. > Custodian of a petty cash or change fund.
> Receiving any goods or services. > Maintaining inventories.
> Handling or distributing pay checks/advices, limited purchase checks or other checks.

## 4. SEGREGATION OF DUTIES

**Record Keeping:** the process of creating and maintaining records of revenues, expenditures, inventories, and personnel transactions. These may be manual records or records maintained in automated computer systems. Some examples are:
> Preparing cash receipt back-ups or billings, purchase requisitions, payroll certifications, and leave records.
> Entering charges or posting payments to an accounts receivable system.
> Maintaining inventory records.

**Reconciliation:** verifying the processing or recording of transactions to ensure that all transactions are valid, properly authorized and properly recorded on a timely basis. This includes following up on any differences or discrepancies identified. Examples are:
> Comparing billing documents to billing summaries.
> Comparing funds collected to accounts receivable postings.
> Comparing collections to deposits.
> Performing surprise counts of funds.
> Comparing payroll certifications to payroll summaries. > Performing physical inventory counts.
> Comparing inventory changes to amounts purchased and sold.
> Reconciling departmental records of revenue, expenditure, and payroll transactions to the PeopleSoft management reports.

DEFENDANTS_001071

## 4 SEGREGATION OF DUTIES

Segregation of Duties
Continuous Monitoring - Proactive Detection for Mitigating Controls

This is a solution for real-time identification of segregation of duties violations across multiple financial systems. It strengthens internal controls by monitoring all of the financial systems and analyzing every transaction for mistakes and violations as they occur.

For example, the system will alert you if a single employee has entered and approved an invoice, made a requisition and approved it, or ordered and received goods.

Once the system notifies the appropriate person, the organization can quickly validate the activity or correct the problem.

You can set ERP controls at a level that enables employees to get their work done efficiently without sacrificing the quality of your processes and data. The system continuously monitors 100 percent of transactions to alleviate mistakes and violations.

Sample Order-to-Cash Integrity Checks
- Customer order entered by the same person who approves or maintains customer
- Credit information or who has ability to maintain customer addresses.
- Shipment shipped by the same person who placed the customer order and/or picked the order
- Cash application was applied by the same person who created the invoice and/or entered the cash receipt.
- Return authorization processed by the same person who entered the original order.



Nexia has a relationship with Fox Technologies who have developed a software product (see attached) to automate the effectiveness of an organization's Anti-Fraud Controls, based on effectively segregating duties within the organization to minimize the risk of fraud or error through;

• customizing the software's business model and detailed tasks within each process to a client-specific task model
• mapping staff responsibilities to individual's roles and rights recognizing SOD conflicts
• monitoring changes in an individuals' responsibilities – promotion, new hires etc and preventing access to applications, fields, ability to perform control functions

The output from this exercise is an Exception Report of Potential Violations for follow up and action

DEFENDANTS_001073

## 5 CONTINUOUS MONITORING

Segregation of Duties
Continuous Monitoring - Proactive Detection for Mitigating Controls

This is a solution for real-time identification of infringements of defined business rules.

It works on the basis of ;

- Identifying risks and controls for each key transaction in each business process
- Creating business rules that will identify a potential fraud event or series of events or connection between events
- Developing a software 'portal' into the ERP by identifying circumstances that could lead to fraud, or
- Indicators of fraud

An example would be an invoice for the same supplier, same amount, within a defined period

The software will scan every transaction against these rules and through out those that break the rules.

DEFENDANTS_001074



**6 EXECUTIVE INTEGRITY & ETHICAL BEHAVIOR**

DEFENDANTS_001075



## 6 EXECUTIVE INTEGRITY & ETHICAL BEHAVIOR

The concept is to complete the end-to-end solution, having already covered policies and procedures, risks, controls and monitoring/enforcement tools with a focus on the other key factor in fraud – the human angle, and the potential for people to commit fraud. This product is focused on the Ethical and Integrity Standards of executives.

The intention is to develop a unique product which;

• leverages existing academic research on the human condition (psychology) as it applies to this area
• utilizes existing algorithms and predictive databases which we will get access to
• captures financial and lifestyle data voluntarily completed by (senor) executives, and
• identifies potential 'at risk' fraud candidates

Target market is major corporations and the value proposition is to prevent and detect (human) fraud risk

We are exploring the added value of;

• creating a Certified/Accreditation Program which we would seek to get franked at government / Professional Body level
• offering accreditation at individual and corporate level
• backing our certification with insurance ( '..we remove your fraud risk..')

Charging basis to be developed but needs to reflect the cost of insurance (risk) and likely to include;
• Consulting Fee (per head)
• Certification Fee ( initial)
• Re-Certification Fee (annual or sooner)

DEFENDANTS_001076



The term "Code of Ethics" is defined in the SEC's Final Rule entitled "Disclosure Required by Sections 406 and 407 of the Sarbanes-Oxley Act of 2002" as written standards that are reasonably designed to deter wrongdoing and to promote:

• Honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships
• Full, fair, accurate, timely and understandable disclosure in reports and documents that a registrant files with, or submits to, the SEC and in other public communications made by the registrant
• Compliance with applicable governmental laws, rules and regulations
• The prompt internal reporting of violations of the code to an appropriate person or persons identified in the code
• Description of what constitutes fraudulent behavior
• Accountability for adherence to the code and the sanctions to be imposed on those who breach it

The Code of Ethics as set out above applies to the company's principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions. If it has not adopted such a code of ethics, it must explain why. The NYSE and NASDAQ rules require the adoption and public disclosure of a code of business conduct and ethics that applies to all directors, officers and employees and outlines specific topics that must be addressed.

DEFENDANTS_001077



Nexia Anti-Fraud Suite

Outline of Nexia Anti-Fraud Solutions

Version 1
Frank Hallstones
November 25 2005

DEFENDANTS_001133



DEFENDANTS_001134



DEFENDANTS_001135



DEFENDANTS_001136

Fraud Investigations

Forensic Tools

Fraud Investigations

- Response to a client fraud event
- Project led specification - detect & report
- Fraud Investigation
- Litigation Support
- Process/Controls Correction

Process:
- Interviews
- Documentation Review
- Data Recovery - Physical & Electronic
- Data Analyses
- Staff Integrity Validation
- Testing

Forensic Tools

Process:

DEFENDANTS_001137

| Company Size | | Originated Deals | | Due Diligence | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Criteria | Category | % Mix | Nos. | Staff | Days | Time | Days Per Offered | Daily Blended Bill Rates (revenue) | Daily Blended Pay Rate (cost) |
| Revenues < $1m; <10 Employees / MV Investment < $250k | Small | 70.00% | 238 | 2 | 5 | 10 | 2380 | 0 | 431 |
| Revenues $1m-$5m; <50 Employees / MV Investment <$500k-$2m | Medium | 20.00% | 68 | 2 | 10 | 20 | 1360 | 0 | 431 |
| Revenues >$5m; >50 Employees / MV Investment >$2m | Large | 10.00% | 34 | 3 | 20 | 60 | 2040 | 0 | 431 |
| Totals | | :0.00% | 340 | | | | 5780 | | |

## Underlying Assumptions & Presumptions

*Introduction - The above model is intended to structurally set out the different variables that are built into the Consulting Office Budget*

1 No. of Deals 340 of which 200 go through beyond Due Diligence
2 Due Diligence applied to all 340 at nocharge
3 Of the 200 deals that go through (deals progressed) they are subject to Integration Review and subsequently Intern
4 Companies are categorized as "Small", "Medium" or "Large" based on MV Investment, Revenues and Employees
5 Assumptions made re Company size are 70/20/10 (S/M/L)
6 Assumptions made re nature of input based on best experience
7 Some external consulting based on companies "dropping out" - 25% of 140 take up external consulting
8 Due Diligence daily blended pay rate equals actual payroll plus burden (burden equals 35%)
9 Integration Team daily blended pay rate equals actual payroll plus burden (burden equals 35%)
10 Integration Team daily blended bill rate equals actual payroll multiplied by burden then multiplied by markup 1.25
11 Internal Consulting daily blended pay rate equals actual payroll plus burden (burden equals 35%)
12 Internal Consulting daily blended bill rate equals actual payroll multiplied by burden then multiplied by markup 1.35
13 External Consulting daily blended pay rate equals actual payroll plus burden (burden equals 35%)
14 External Consulting daily blended bill rate equals actual payroll multiplied by burden then multiplied by markup 1.5
15
16
17
18
19
20

DEFENDANTS_001138

| _gence_ | | | | Deals Progressed | | Integration Team | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| _Daily Gross Margin_ | _Total Billings_ | _Total Labor Cost_ | _Total Gross Margin_ | % Mix | No. | Staff | Days | Time | Days Per Offering | _Daily Blended Bill Rates (revenue)_ |
| (431) | 0 | $1,025,780 | ($1,025,780) | 70.00% | 140 | 2 | 15 | 30 | 7140 | 539 |
| (431) | 0 | $586,160 | ($586,160) | 20.00% | 40 | 4 | 25 | 100 | 6800 | 539 |
| (431) | 0 | $879,240 | ($879,240) | 10.00% | 20 | 6 | 40 | 240 | 8160 | 539 |
| | 0 | $2,491,180 | ($2,491,180) | :0.00% | 200 | | | | 22100 | |

ptions & Presumptions
_that are built into the Consulting Office Budget_

subsequently Internal Consulting
es and Employees

nsulting

ed by markup 1.25
%)
lied by markup 1.35
%)
olied by markup 1.50

DEFENDANTS_001139

| *Integration Team* | | | | | *Internal Consulting* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Daily Blended Pay Rates (cost)* | *Daily Gross Margin* | *Total Billings* | *Total Labor Cost* | *Total Gross Margin* | *Staff* | *Days* | *Time* | *Days Per Offering* | *Daily Blended Bill Rates (revenue)* |
| 436 | 103 | $3,848,460 | $3,113,040 | $735,420 | 0.5 | 225 | 112.5 | 15750 | 525 |
| 436 | 103 | $3,665,200 | $2,964,800 | $700,400 | 1 | 225 | 225 | 9000 | 525 |
| 436 | 103 | $4,398,240 | $3,557,760 | $840,480 | 3 | 225 | 675 | 13500 | 525 |
| | | $11,911,900 | $9,635,600 | $2,276,300 | | | | 38250 | |

DEFENDANTS_001140

| Internal Consulting | | | | | Deals Progressed | | External Consulting | | |
|---|---|---|---|---|---|---|---|---|---|
| Daily Blended Pay Rates (cost) | Daily Gross Margin | Total Billings | Total Labor Cost | Total Gross Margin | % Mix | No. | Staff | Days | Time |
| 389 | 136 | $8,268,750 | $6,126,750 | $2,142,000 | 70.00% | 24.5 | | | |
| 389 | 136 | $4,725,000 | $3,501,000 | $1,224,000 | 20.00% | 7 | | | |
| 389 | 136 | $7,087,500 | $5,251,500 | $1,836,000 | 10.00% | 3.5 | | | |
| | | $20,081,250 | $14,879,250 | $5,202,000 | :0.00% | 35 | | | |

| *External Consulting* | | | | | | | *Totals* | |
|---|---|---|---|---|---|---|---|---|
| *Days Per Offering* | *Daily Blended Bill Rates (revenue)* | *Daily Blended Pay Rates (cost)* | *Daily Gross Margin* | *Total Billings* | *Total Labor Cost* | *Total Gross Margin* | *Days* | *Revenues ($)* |
| 40 | 620 | 413 | 207 | $24,800 | $16,520 | $8,280 | | $12,142,010 |
| 240 | 620 | 413 | 207 | $148,800 | $99,120 | $49,680 | | $8,539,000 |
| 1800 | 620 | 413 | 207 | $1,116,000 | $743,400 | $372,600 | | $12,601,740 |
| 2080 | | | | $1,289,600 | $859,040 | $430,560 | 68210 | $33,282,750 |

DEFENDANTS_001142

| als | |
| --- | --- |
| Payroll | Gross Margin |
| $10,282,090 | $1,859,920 |
| $7,151,080 | $1,387,920 |
| $10,431,900 | $2,169,840 |
| $27,865,070 | $5,417,680 |

DEFENDANTS_001143



Nexia Strategy Corporation

Mirabilis Nexia Consulting Busines

Operational Consulting Busin

June 2006

DEFENDANTS_001144



DEFENDANTS_001145

*Mirabilis Nexia Consulting*
*Vision*

By end 2010, to have grown a global Operational Consulting business in key selected locations, mapped to the MVI office network and supporting the MVI office network growth plans, by offering selected value-consulting governance, compliance and business improvement products and solutions in our chosen markets, through Nexia and relationship partners, and to have established a sustainable, profitable business with significant growth potential and realizable value which would be potentially very attractive to a major industry player, or as an IPO

NEXIA

DEFENDANTS_001146



DEFENDANTS_001147

| Key Drivers | Implications |
|---|---|
| Global | Need to acquire an existing consulting organization(s) network with critical mass internationally in key locations and markets |
| Key selected locations | Need to be selective in determining locations and roll-out plans to create required initial traction. Focus on creating 'hubs' from which we can spin out local networks |
| Supporting the MVI office network growth plans | Need to focus on industries and Solutions which complement and support office roll-out program |
| Value-consulting | Focus on value rather than volume consulting; develop a products and solutions suite consistent with premium rates |
| Chosen markets | Selectivity in markets targeted - consistent with market maturity, price-sensitivity |
| Relationship partners | Seek our partners in key markets where we need reach/capacity and /or there are local market needs for partners channels e.g. language or cultural |

DEFENDANTS_001148

## Mirabilis Nexia Consulting Strategy

The key strategic platforms which will support the delivery of the Nexia vision are:

- Focus on a few key service lines where we have experience and expertise to leverage, and markets of sufficient size to invest in and service
- Repeatable solutions which have wide international appeal and which create opportunities for the MVI business model
- Creating an office operational consulting model that can be replicated in whole or part both nationally and internationally
- Make strategic investments and/or develop relationships which create reach and/or complement our products and solutions
- Synergistic growth with the MVI network ; we will provide consulting services both to the internal MVI client market pre and post acquisition.
- Supporting MVI development through business development Projects. The internal consulting and the Project work will together consume some 33% of the total consulting resources

NEXIA

DEFENDANTS_001149

**Mirabilis Nexia Consulting**
*Organizational Structure*

**Key Points**

- Set up a Nexia Corporate Office leading the national (and international) consulting business

- Centrally co-ordinated and directed core functions – *Business Development ; Business Management ; Nexia Products and Solutions*

- Creation of standard Nexia Consulting Business Template that can be replicated and rolled out as new MVi offices are opened but modularized so that at local Office level initial consulting offerings can be selected appropriate to the local market Nexia capacity and capability and additional Service Lines can be 'plugged-in' easily

- Focus initially on 3 Consulting Service Lines (plus servicing the Internal Market) to ensure focus and manage growth

- Service Line accountability – *Profit Center concept so we can clearly see the profitability of individual Service Lines (and within them products and solutions) to inform future investment decisions*

- Full chargeability model – *internal projects recharged and invoiced (at internally discounted rates) to ensure opportunity cost recognized appropriately*

- Office Consultants Pool – *Specialists allocated to Service Lines and drawing in staffing resources from the office pool*

NEXIA

DEFENDANTS_001150



DEFENDANTS_001151



DEFENDANTS_001152



DEFENDANTS_001153



DEFENDANTS_001154