

DEFENDANTS_001155



DEFENDANTS_001156



DEFENDANTS_001157



Mirabilis Nexia Consulting

Mirabilis Nexia Consulting Offices
Service Lines and Organization

DEFENDANTS_001158



DEFENDANTS_001159



DEFENDANTS_001160

## Building the Service Lines
## Domain Experts Competency Requirements

| Consulting Service Line | Service Line Leader Competency / Experience | Service Line Competency Requirements | | | | | |
|---|---|---|---|---|---|---|---|
| | | Accounting | Audit | Legal | Business Process Consulting | Risk Management | Negotiating Skills |
| Governance & Compliance | Big 4 Partner / Director Level | ✓ | ✓ | | ✓ | ✓ | |
| Business Improvement | Financial Background - Analyst | ✓ | | | ✓ | | |
| Threat Neutralization | Senior Legal Expertise in Negotiation | | | ✓ | | ✓ | ✓ |

## Mirabilis Nexia Consulting
## Office Business Model

• Profit Center (PC) Concept – Each service line has its own PC which is charged with direct domain expert staff costs plus burden, and an allocation of office costs (split between Domain PC's). We will be able to see which service lines are contributing most to growth/profit

• Staff Pool Concept – Non-domain expert staff are housed in a general Consultants pool and a general Staff Support pool and are drawn on by each of the PC's as and when required. The staff used are charged to PC's who recharge on to clients. This is more efficient use of, and improves overall utilization of staff

• Full Chargeability – Internal projects are charged out (discounted rate) to ensure the (opportunity ) cost of capital is recognized

• Contingency Fees / Equity Share – Some One-Third of Business Improvement resources directed towards Business Turnaround companies as potential AQMI investment / acquisition targets. Most of Threat Neutralization business similarly price-structured

NEXIA

DEFENDANTS_001162



DEFENDANTS_001163

## Mirabilis Nexia Consulting
## Office Staffing Budget Template

Key Points

Need to develop Office Staffing budgets in a standard form template, and agree based on expected growth targets and returns

(i) Staff Numbers and (relative staff mix)

(ii) Agree, in addition to Staff Grade Costings, Key Metrics for

• Chargeable Available Hours per Staff Grade
• Utilization Targets (%) by Staff Grade
• Charge Out Rates

(iii) Attached template will be completed for each Domain / Service Line for each Nexia Consulting Office

DEFENDANTS_001164

## Mirabilis Nexia Consulting
## Office Staffing Budget Template
## Illustrative

### Highlights

- Base Model for 3 Service Lines circa $1.6m profit per service line, $5m profit p.a. per Nexia Office
- Returns for Threat Neutralization likely to be higher (contingency-based)

**Domain Service Line Business Model - Base**

**Target Utilization**

| Position | No. | Available Hrs Per Capita | Available Hrs Per Group | Chargeable % P.A. | Chargeable Hours P.A. | Hrly Charge Out Rate ($) | Recovery per Staff Member / Total $ | Base Cost per Staff Member $ | Total Base Staff Cost $ | Total Cost of Staff plus Burden$ | Gross Profit $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Director of Consulting | 0.5 | 1920 | 633.6 | 0.95 | 158.40 | 350 | 55440 | 160000 | 69400 | 280100 | 33850 |
| Domain Leaders | 1 | 1920 | 1920 | 0.50 | 960.00 | 300 | 288000 | 150000 | 150000 | 225000 | 63000 |
| Consultants | 3 | 1920 | 5760 | 0.70 | 4032.00 | 250 | 1008000 | 120000 | 360000 | 540000 | 468000 |
| IT Consultants | 4 | 1920 | 7680 | 0.85 | 6528.00 | 200 | 1305600 | 76000 | 300000 | 450000 | 855600 |
| Support Staff | 2 | 1920 | 3840 | 0.75 | 2880.00 | 50 | 307200 | 80000 | 90000 | 135000 | 232200 |
| Totals | 11.33 | | 21783.6 | | 16198.4 | | 3155240 | | 1035400 | 1555100 | 1652740 |



DEFENDANTS_001166



DEFENDANTS_001167

FRAUD & INVESTIGATION TEMPLATE

| Solutions Area | Descriptions | Solution | Benefits | Methodologies | Market Need / Plan | |
|---|---|---|---|---|---|---|
| | | | | | Clear Demand/need as evidenced in professional press / research, White Papers | Ar so co pe |
| Anti-Fraud | The illegal activity that results in the loss of revenue | Identification of the problems and the conditions that allowed the problems to manifest.  Recommendation of standards and enforcement. | Increase in revenue and stockholder confidence.  Deterent to fraud. | Specialized investigations; forensics accounting; outsourcing expert investigative consultants; Network | | en |
| | | | | | White Papers | |
| Anti-Money Laundering | The process of concealing the existence of illegal source or application of income derived from criminal activity and the subsequent disguising of the source of that income to make it appear legitimate. | Development of internal policies, procedures and controls; Designation of a compliance officer; An ongoing training program; An independent audit function or test programs. | Compliance with federal statutes regarding violations of money laundering.  Avoidance of costly and time consuming litigation. | Design and structure a compliance program; Training necessary personnel; Establish audit procedures; Network | | |
| | | | | | White Papers | |
| Security Services | Identification of procedures to ensure the safety of company assets | Applications of procedures and trained personnel to address and correct deficiencies. | Ensuring a safe and productive work place environment. | Tested and proven corporate security measures; Network | | se re |
| | | | | | White Papers | |

DEFENDANTS_001168

TEMPLATE

| Nexia Differentiation | Route and Priorities | Product Price | Target Revenues | Methodologies | How many Nexia hours / People to Deliver | Deliverables | | | |
|---|---|---|---|---|---|---|---|---|---|
| Why Nexia offerings are different - people, experience, expertise, cost etc | How we raise market awareness of Nexia as a player; how we engage potential clients; how we source work | Estimate of Price Point(s) by client group | Articulation of volume (client sales) and Value (Per Client Sale) | An outline of the methodology for delivery - interviews / workshops / review / etc | Estimate of Development Cost and Delivery Cost - People and Mix | Form of Nexia output - Report, Presentation and Opinion required(?) | Deliverables | Reporting | To what extent it can productized and invol leverage points |
| 5 individuals with over 130 years of experience and databases of over 2000 Federal, State, and Local resources | Internet marketing, trade shows, speaking engagements, either Nexia products used, distribution of white papers, identify problem then utilize in-house staff or database of external resources | either hourly, by total project, complete resolution, or specific need | 70 cases per year, $8,000-$15,000 per case | Retaining fee of $10,000-$20,000 per year, attending client Board meetings | 1120 hours per staff member per year, revenue at $150 per hour | client confidentiality assurance, insider trading, report provided after reviewing case, table top exercises, speeches, presentations | findings report, interrogatories, risk analysis, threat assessment | | "cookie-cut" for futur leverage point-10-? year |
| 5 individuals with over 130 years of experience and databases of over 2000 Federal, State, and Local resources | Internet marketing, trade shows, speaking engagements, either Nexia products used, distribution of white papers, identify problem then utilize in-house staff or database of external resources | either hourly, by total project, complete resolution, or specific need | 70 cases per year, $8,000-$15,000 per case | Retaining fee of $10,000-$20,000 per year, attending client Board meetings | 1120 hours per staff member per year, revenue at $150 per hour | client confidentiality assurance, insider trading, report provided after reviewing case, table top exercises, presentations | findings report, interrogatories, risk analysis, threat assessment | | "cookie-cut" for futur leverage point-10-? year |
| 5 individuals with over 130 years of experience and databases of over 2000 Federal, State, and Local resources | Internet marketing, trade shows, speaking engagements, either Nexia products used, distribution of white papers, identify problem then utilize in-house staff or database of external resources | either hourly, by total project, complete resolution, or specific need | 70 cases per year, $8,000-$15,000 per case | Retaining fee of $10,000-$20,000 per year, attending client Board meetings | 1120 hours per staff member per year, revenue at $150 per hour | client confidentiality assurance, insider trading, report provided after reviewing case, table top exercises, speeches, presentations | findings report, interrogatories, risk analysis, threat assessment | | "cookie-cut" for futur leverage point-10-? year |

DEFENDANTS_001169



DEFENDANTS_001170

# SOA Opportunities....

SOX Spending for 2006 To Exceed $6B
Tuesday, November 29, 2005
John Hagerty, Fenella Scott

Sarbanes-Oxley Act (SOX) compliance efforts the past two years have
confirmed that SOX is an ongoing process, not a one-time project to be
completed and put on the shelf. And ongoing process means ongoing
investment.

Our annual compliance survey of IT and business leaders shows companies
will spend more than $6.0B on SOX compliance efforts in 2006, on par
with the $6.1B spent in 2005. Despite similar spending amounts, though,
there are differences in how those funds will be spent. The budgets
break out, by dollar and percentage of spending, as follows:

> Internal labor/head count—$2.3B (39%)
>
> Technology—$1.9B (32%)
>
> External consulting—$1.8B (29%)

DEFENDANTS_001217

# Governance and Compliance

| Axena Solutions Area | Solution | Descriptions | Benefits |
|---|---|---|---|
| Software | SOAx | Purpose built software with extensive controls content at both Entity and Activity (Process) level | Enabling web-based software designed to make the SOA 404 and 302 processes easy for end-users and overall most efficient and effective. Database of extensive COSO-based risk libraries at both Entity and Activity level included. |
| | Axenaware ERM | Web based collaborative tool to identify, capture, and evaluate risks in other ERU and/or SOA scenarios and develop response and controls strategy for dealing with them | Collaborative, web-based decision-support software to enable the identification, evaluation and analyses of risks, and to determine and manage an appropriate response. Database of extensive business risk libraries included |
| Consulting & Products | SOA 404 Readiness Evaluation | Designed to answer the question - ", what do I need to do to comply? Where are we now and what are the gaps?" | Experienced-eye review and the identification of the scale and scope of the upgrade required to the company's current compliance solution - both qualitive (process documentation) and quantive (resource assessment) |
| | SOA 404 Implementation Project Plan | A blueprint for the Compliance Project - 15 key stages and over 250 detailed tasks that can be fully customized locally to provide a Plan | Customized Plan of detailed Tasks, Timing and Sequence of events required from inception of the Project (or post start) through to completion with detailed house-wide risk requirements |
| | SOA 404 Year One Retrospective | A review of the Year One compliance process - Structure, Process, Timing, Scope to identify opportunities to rationalize and optimize | A retrospective review to revise what for many was not an optimum solution given the uncertainty and pace of change in year one, and ensure that scope, depth and sequence of compliance events are appropriate. |
| | SOA Risk Assessment | Evaluation of the key risks in Processes, Significant Accounts and Transactions to provide focus to the main exposures and prioritize responses | Structured review to identify exposures and a rationale for the selection of appropriate controls and the allocation of testing resources. Ability to involve large group in the risk assessment (web-based) to add depth and credibility to results |
| | ERM Workshop | Practical hands-on application of ERM to produce or update your Risk Register and identify key risks and responses to threats to your Business Objectives | Creation or update of the Risk Register in this Workshop - web-based and/or facilitated by Axena risk experts - using state of the art collaborative technology |
| Training | Internal Controls Workshop | Course aimed at both auditors and managers on the design and application of controls, at both entity and process level, and testing strategies | Improved understanding of how controls frameworks need to be designed and controls applied across the organization in order to effectively manage, monitor and mitigate risk |
| | Embedding ERM | Course for auditors and compliance managers on the practical application of ERM - designing a process that is both sustainable and effective | Strategies on how to address some of the most common barriers to implementing a successful ERM system and the most effective roles that auditors and compliance managers can play |

DEFENDANTS_001218



# Nexia Consulting
## Initial Service Line Model
January 2006

DEFENDANTS_001219

## The Nexia Fraud Solutions Set

Nexia offers an end-to-end Anti-Fraud solution which covers policies and procedures; risk assessment; controls effectiveness; ongoing monitoring; and, executive integrity as follows:

## Anti Fraud Controls Environment

**Fraud Risk**

**Effective Segregation of Duties**

**Anti-Fraud Controls**

**Continuous Monitoring**

## Executive Ethical and Integrity Certification

DEFENDANTS_001220

# Nexia Fraud Solution Set Criteria

- End-to-End Anti-Fraud Solution Set
- Unique offering(s) to differentiate from competitor offerings
- Clearly articulated and demonstrable added-value client benefits
- Fast time to market
- Modular solutions set connected for sales pull-through
- Package-able and replicable for ease of roll-out and to maintain delivery consistency and Nexia quality standards
- Global applicability
- Scalable in implementation
- Minimum US$XX million within three years

DEFENDANTS_001221

# Nexia Fraud Solution Value Chain



DEFENDANTS_001222

## The Nexia Anti-Fraud Building Blocks



6 EXECUTIVE INTEGRITY & ETHICAL BEHAVIOR

5. CONTIUOUS MONITORING

4 SEGREGATION OF DUTIES

3 Anti-Fraud CONTROLS

2 Fraud RISK ASSESSMENT

1 Anti-Fraud CONTROL ENVIRONMENT

DEFENDANTS_001223

 1 Anti-Fraud CONTROL ENVIRONMENT

DEFENDANTS_001224

## Anti-Fraud CONTROL ENVIRONMENT

The control environment refers to such intangibles as integrity, ethical values and competence of the entity's people, and management's philosophy and operating style, but it also covers more concrete expressions of these intangibles, such as the way management assigns authority and responsibility, and organizes and develops its people.

In addition, the control environment sets out the role of the audit committee and board of directors.

The control environment has a pervasive influence on the way business activities are structured, objectives are established and risks assessed. It also influences risk assessment, control activities, information and communication systems, and monitoring activities.

The control environment is not static; it is influenced by the entity's history and culture and in turn influences the "control consciousness" of its people in performing their day-to-day activities. Since 90% of the frauds occur at the senior executive level the establishment of strong antifraud programs and controls is an essential component of a healthy control environment.

DEFENDANTS_001225

## 1 Anti-Fraud CONTROL ENVIRONMENT

Nexia has developed a comprehensive approach to assessing the effectiveness of the organization's Anti-Fraud Control Environment, based on

- a review of the organization's anti-fraud policies and procedures for completeness and relevance
- an organization–wide Survey based on the COSO Integrated Control framework, focused particularly on anti-fraud controls, to establish the level of awareness, understanding, and consensus on their effectiveness. The Nexia Axenaware™ Survey which is web-based and anonymous, contains a series of control statements drafted by Nexia experts in this area, which are tailored for each organization's unique characteristics. It is a proven efficient and effective tool for capturing the input from a large and disparate group, is easy to access and complete (20 to 25 mins.) and provides the data for an excellent in-depth assessment
- interviews with selected senior executives and staff to follow-up on identified weaknesses and gaps for remediation

The output from this exercise is a <u>Controls Environment Remediation Plan</u>

DEFENDANTS_001226

① Fraud Review Library

Appeal   INSTRUCTIONS:

**Anti-Fraud Survey Screen Shots**

**COSO Anti-Fraud Library**

⊟ Control Environment (Edit)

⊟ Fraud Risk Assessment (Edit)

⊟ Control Activities (Edit)

⊟ Information & Communications (Edit)

⊟ Monitoring (Edit)

⊟ Control Environment   (Edit)

Code of Ethics   (Edit)

 ②

⊞ Ethics Hotline/Whistleblower   (Edit)

⊞ Hiring and Promotion   (Edit)

⊞ Oversight by Board and Audit Committee   (Edit)

⊞ Investigation and Remediation   (Edit)

**Control Environment Section**

Control Environment (Edit)   ③

Code of Ethics   (Edit)

1. The Audit Committee is actively involved in oversight of the Code
2. Monitoring of the Code in operation is recorded formally
3. Training courses on the Code are required to be attended by all employees
4. All employees are required to confirm receipt of and that they have read and understood the Code
5. The Code has been effectively communicated
6. Monitoring of the Code in practice is described in the Code
7. The Code covers measures to protect and the proper use of assets
8. Fraudulent behavior is covered adequately in the Code
9. The Code covers sanctions for breaches
10. The Code promotes prompt internal reporting of Code violations

**Code of Ethics Library**

DEFENDANTS_001227



DEFENDANTS_001228



2 Fraud RISK ASSESSMENT

DEFENDANTS_001229

## 2 Fraud RISK ASSESSMENT

The essential elements of an effective fraud risk assessment include:

• A systematic (rather than haphazard) assessment process
• Consideration of potential fraud schemes and scenarios
• Assessment of risk at company-wide, significant business unit and significant account levels
• Evaluation of the likelihood and significance of each risk to the organization
• Assessment of exposure arising from each of the categories of fraud risk
• Testing of the effectiveness of the risk assessment process by internal audit
• Documented oversight by the audit committee, including consideration of the risk of override of controls by management

Organizations will need to reach their own conclusions with respect to the cost of controlling a risk compared to the benefits of mitigating or eliminating that risk. However, an organization should have a documented process that assesses, identifies and evaluates fraud risk.

DEFENDANTS_001230

## 2 Fraud RISK ASSESSMENT

**Fraud Risk Assessment**

Organizations should consider the potential for fraud as part of their enterprise-wide risk assessment process or risk management program.

To be effective, management should perform fraud risk assessments on:

• a comprehensive and recurring basis rather than in an informal or haphazard manner.
• when special circumstances arise, such as changed operating environments, new products and markets, and corporate restructurings (The COSO Framework)

The nature and extent of management's risk assessment activities should be commensurate with the size of the entity and complexity of its operations (for example, the risk assessment process is likely to be less formal and less structured in smaller, centralized entities).

Fraud risk assessment expands upon traditional risk assessment. It is scheme and scenario based rather than based on control risk or inherent risk. The assessment should consider the various ways that fraud and misconduct can occur by and against the company.

DEFENDANTS_001231



Management's assessment of fraud risk should be at the company-wide, business unit and significant account levels and assessment of fraud risk should include;

• the potential for fraudulent financial reporting in terms of the vulnerability of the entity to fraud and its potential impact on financial statements. (Sarbanes-Oxley §103 requires the independent auditor's evaluation of internal controls to address controls to ensure that "receipts and expenditures of issuers are being made only in accordance with authorization of management and the directors."
• misappropriation of assets
• unauthorized or improper receipts and expenditures
• vulnerability to management override
• potential schemes to circumvent existing control activities, which may require additional compensating control activities.
• the risk of fraud by senior management or the board because "fraud of any magnitude on the part of senior management" constitutes a significant deficiency and is a strong indicator of a material weakness as stated in S126 of the PCAOB Auditing Standard.
• incentives and pressures on management to commit fraud S36 of SAS 9914.

## 2 Fraud RISK ASSESSMENT

Sarbanes-Oxley (SOA)  Anti-Fraud Requirements - Evaluation of Control Deficiencies

The lack of an adequately designed, documented and tested system of control activities addressing each of the identified fraud risks is a strong indicator of a significant deficiency. Deficiencies in the control of specific frauds, whether individually or in the aggregate, should be evaluated to determine if they constitute a material weakness, as follows;

- **Internal Control Deficiency:** the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect *misstatements of the annual or interim financial statements* on a timely basis

- **Significant Deficiency:** could be a single deficiency, or a combination of deficiencies, that results in *more than a remote likelihood* that a misstatement of the annual or interim financial statements that is *more than inconsequential in amount* will not be prevented or detected

- **Material Weakness:** is a significant deficiency that, by itself, or in combination with other significant deficiencies, results in *more than a remote likelihood* that a *material misstatement* of the annual or interim financial statements will not be prevented or detected

DEFENDANTS_001233

## 2 Fraud RISK ASSESSMENT

For SOA, fraud needs to be assessed within a standard assessment framework;
- the level of likelihood of fraud (probable, reasonably possible and remote)
- the level of significance of fraud (inconsequential, more than inconsequential or material) for example, as follows;

| Control Deficiency | Likelihood of Financial Misstatement | Materiality |
|---|---|---|
| Minor Deficiency | More than remote?  NO | Inconsequential<br>*Less than $250,000* |
| Significant Deficiency | More than remote?  YES | More than Inconsequential<br>Greater than $500,000<br>But less than $3,000,000 IS<br>But less than $4,000,000 BS |
| Material Weakness | More than remote?  YES | Material<br>Greater than  $3,000,000 IS<br>Greater than $4,000,000 BS |

DEFENDANTS_001234



**"At least" Significant Deficiencies**
- Selection and application of accounting policies
- **Antifraud programs and controls**
- Non-routine and nonsystematic
- Period end financial reporting process, including journal entries

**"Strong Indicator" of Material Weakness**
- Restatement of previously issued financials
- Material audit adjustments
- Ineffective audit committee
- Ineffective internal audit or risk assessment function
- Ineffective regulatory compliance function
- **Fraud of any magnitude by senior management**
- Failure to timely correct significant deficiencies

DEFENDANTS_001235

By Process

By Type of Risk

Extracts from the Nexia Fraud Library

| # | Risk | Business Process Risk | Infrastructure Risk | Specific Fraud Area Risk |
|---|------|----------------------|---------------------|--------------------------|
| 1 | Risk | | | |
| 2 | Convictions and commission payments are not reviewed on a regular basis | Business Process Risk | Infrastructure Risk | Specific Fraud Area Risk |
| 3 | Failure to resolve the expense accounts of sales staff for heavy entertaining | Accounts Payable/Supplier Pa | Policies & Procedures | Bribery/Corruption |
| 4 | Price segregation of duties | Accounts Payable/Supplier Pa | Policies & Procedures | General |
| 5 | Failure to segregate banking and sales ledger duties | Accounts Payable/Supplier Pa | Policies & Procedures | General |
| 6 | Failure to maintain cheque logs | Accounts Payable/Supplier Pa | Investigation/Manageme | General |
| 7 | Cheques stored in an insecure area | Accounts Payable/Supplier Pa | Investigation/Manageme | General |
| 8 | No controls in place over the issuing of cheques | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 9 | Lack of regular audits and reconciliations between original books of entry and control accounts | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 10 | No controls in place over cheque/manual adjustments | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 11 | Failure to review year end and post year end adjustments | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 12 | Lack of an Independent Audit Committee | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 13 | Failure to match GRNs and invoices and copies of order forms | Accounts Payable/Supplier Pa | Policies & Procedures | General |
| 14 | Failure to check GRNs and purchases against budgeted outlay for a period | Accounts Payable/Supplier Pa | Policies & Procedures | Materials Theft |
| 15 | Failure to analyse spending on suppliers | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 16 | Lack of a properly maintained central register of approved suppliers, with procedures for adding/removing suppliers | Accounts Payable/Supplier Pa | Investigation/Manageme | Bribery/Corruption |
| 17 | Failure to reconcile sales orders to invoices | Accounts Payable/Supplier Pa | Investigation/Manageme | Bribery/Corruption |
| 18 | Failure to investor payments made | Accounts Payable/Supplier Pa | Investigation/Manageme | Bribery/Corruption |
| 19 | Failure to store and prepare bank transfer forms in a secure area? | Accounts Payable/Supplier Pa | Investigation/Manageme | Bribery/Corruption |
| 20 | Failure to adequate monitor contract negotiations and the terms of contracts concluded | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 21 | Failure to ensure Payroll is reviewed | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 22 | Lack of procedures and controls in place for entering new employees on the payroll | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 23 | Failure to resolve original receipts in supports of claims for expenses | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 24 | Inadequate variance analysis of key performance indicators | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 25 | Failure to maintain a secure register of authorized signatures | Accounts Payable/Supplier Pa | Investigation/Manageme | Embezzlement |
| 26 | Poor controls and management over payment and credit terms | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 27 | Lack of control over access to the accounts payable and masterfile systems | Accounts Payable/Supplier Pa | Policies & Procedures | Embezzlement |
| 28 | Absence of a policy on Insider Trading i.e. the trading of company sensitive information | Accounts Payable/Supplier Pa | Policies & Procedures | Bribery/Corruption |
| 29 | Lack of a validation procedure for dealing with compensation and insurance claims | Asset Management | Policies & Procedures | Intellectual Property |
| 30 | Failure to define the level of civil, acceptance in material terms | Asset Management | Policies & Procedures | Materials Theft |
| 31 | Failure to ensure previous episodes of fraud are used as lessons for current practice | Asset Management | Investigation/Manageme | Bribery/Corruption |
| 32 | Lack of an Information Security policy | Asset Management | Awareness | General |
| 33 | Failure to ensure all patents etc are registered in the company name | Asset Management | Policies & Procedures | Intellectual Property |
| 34 | Failure to maintain a register of patents and other copyright/trademarked property | Asset Management | Investigation/Manageme | Intellectual Property |
| 35 | Lack of clearly defined boundaries to the site | Asset Management | Investigation/Manageme | Intellectual Property |
| 36 | Perimeter security is inadequate to prevent unauthorised access | Asset Management | Investigation/Manageme | Materials Theft |
| 37 | Failure to address any particular risk in the surrounding area (i.e. hostile community) | Inventories | Investigation/Manageme | Materials Theft |
| 38 | Giant perimeter security is inadequate for the number of people and vehicle movements | Asset Management | Investigation/Manageme | Materials Theft |
| 39 | Failure to adequately seal site gates airtight or adequately protect points of entry while the site is not in operation | Inventories | Investigation/Manageme | Materials Theft |

DEFENDANTS_001236