## 2 Fraud RISK ASSESSMENT

### Fraud Risk Assessment

AXENACOM

**INSTRUCTIONS:** Score each of the following Business Processes and Sub Processes in the context of Fraud Risk

## Order to Cash (top)

| | Misappropriation of Assets | Management Override | Unauthorized Trans'ns | Control Circumvents |
|---|---|---|---|---|
| 1. Customer Master File Maintenance | ☑ | ☑ | | ☑ |
| 2. Pricing & Order Proc'g | (3) More than Remote | ☑ | | ☑ |
| | (2) Remote | | | |
| | (1) Less than Remote | | | |
| 3. Invoicing | | ☑ | | ☑ |
| 4. Sales on Consignment | ☑ | ☑ | | ☑ |
| 5. Credit and Collections | ☑ | ☑ | | ☑ |
| 6. Allowances for Doubtful debts | ☑ | ☑ | | ☑ |
| 7. Returns Revenue Recognition | ☑ | ☑ | | ☑ |

Submit     View Results

DEFENDANTS_001237

## 2 Fraud RISK ASSESSMENT

**SOA Fraud Risk Assessment**

AXENTURE  INSTRUCTIONS: Score each process/sub process in terms of fraud risk - Likelihood and Significance.

### Order to Cash (Edit)

| | Likelihood | Significance |
|---|---|---|
| (Rank Risk...) 1. Customer Master File Maintenance | | |
| (Rank Risk...) 2. Pricing & Order Proc'g | (3) probable | |
| (Rank Risk...) 3. Invoicing | (2) reasonably possible | |
| (Rank Risk...) 4. Sales on Consignment | (1) remote | |
| (Rank Risk...) 5. Credit and Collections | | |
| (Rank Risk...) 6. Allowances for Doubtful debts | | |
| (Rank Risk...) 7. Returns Revenue Recognition | | |
| (Rank Risk...) 8. Incentive Programs | | |

Submit    View Results

DEFENDANTS_001238



**2 Fraud RISK ASSESSMENT**

Nexia has developed a comprehensive approach to assessing the organization's Fraud Risks, based on;

• mapping the organization's business processes to the Nexia Axenaware™ library of fraud risks by process and creating a unique organization-specific library of potential fraud risks – both company-wide and SOA specific
• an organization–wide Fraud Risk Survey using extracts from the above in order to identify and establish the consensus on the key risk areas
• Risk Workshop(s) at either or all of Corporate, Business Process, Financial Statement level to engage the (selected) key players in a more detailed risk assessment exercise, and to identify appropriate controls required to prevent or detect identified key fraud risks
• interviews with selected senior executives and staff to follow-up on identified key risks and map out remediation plans

The output from this exercise is a <u>Key Fraud Risk Remediation Plan</u>



3 Anti-Fraud CONTROLS

DEFENDANTS_001240



## 3 Anti-Fraud CONTROLS

**Control Activities**

Once the fraud risk assessment has taken place, the organization should identify the control activities implemented to mitigate the identified fraud risk. In the context of an antifraud management program, control activities are those actions taken by management to identify, prevent and mitigate fraudulent financial reporting or misuse of an organization's assets. Antifraud control activities should occur throughout the organization, at all levels and in all functions. They include a range of activities as diverse as approvals, authorizations, verifications, reconciliations, segregation of duties, reviews of operating performance and security of assets.

Management should evaluate whether appropriate internal controls have been implemented in any areas management has identified as posing a higher risk of fraudulent activity (such as revenue recognition and non-standard journal entries), as well as controls over the entity's financial reporting process and the potential for management override. Because of the importance of information technology in supporting operations and the processing of transactions, management also needs to implement and maintain appropriate controls, whether automated or manual, over computer-generated information.

The environment in which an entity operates affects the fraud risks to which it is exposed and may present unique external reporting requirements, or special legal or regulatory requirements. An entity's antifraud program must consider whether the controls implemented are adequate to address all of the individual entity's specific business activities; whether these controls are properly designed for the purposes of detecting, deterring and mitigating the particular fraud risks to which the entity is exposed; and whether these controls are being applied properly to sufficiently address the entity's unique business operations and fraud risks.

DEFENDANTS_001241

## 3 Anti-Fraud CONTROLS

**Control Activities**

**Design and Documentation**

Management should design the necessary control activities to respond to the assessed fraud risks.

The necessary control activities should be documented in a manner that will ensure that each of the significant fraud exposures identified during the risk assessment process has been adequately mitigated.

This is generally done through a linking or mapping process of the business procedure, relating the risk of potential misstatement to the control activities and then to the relevant financial statement assertions. The audit committee should evidence its oversight and approval of the adequacy of the design and operating effectiveness of the control activities in minutes of its meetings.

Internal audit or a third party working on behalf of the audit committee should evaluate the effectiveness of the design of control activities through a walk-through.

DEFENDANTS_001242

## 3 Anti-Fraud CONTROLS

| | | Process | Sub Process | Controls |
|---|---|---|---|---|
| 2 | 1 | Fraud Policies and Organizational Awareness | Policies & Procedures | Fraud & Investigation, Business Ethics and Conflict of Interest policies circulated to all staff |
| 3 | 2 | Fraud Policies and Organizational Awareness | Policies & Procedures | Business Ethics policy with the Employment Conditions and Job Descriptions circulated to all staff |
| 4 | 3 | Fraud Policies and Organizational Awareness | Policies & Procedures | Conflict of Interest Policy clear and well communicated |
| 5 | 4 | Fraud Policies and Organizational Awareness | Policies & Procedures | Conflict of Interest Policy actively monitored and enforced |
| 6 | 5 | Fraud Policies and Organizational Awareness | Policies & Procedures | Clear policy on dealing with Competitors Clearly defined policies regarding the prosecution of fraud and theft circulated to all staff |
| 7 | 6 | Fraud Policies and Organizational Awareness | Policies & Procedures | Clear policies on treatment of employees who have reported fraud to protect them from being victimised |
| 8 | 7 | Fraud Policies and Organizational Awareness | Policies & Procedures | Anti-money laundering policy established |
| 9 | 8 | Fraud Policies and Organizational Awareness | Policies & Procedures | Whistle-blowing policy established whereby individuals may (anonymously if desired) report suspected incidences of fraud |
| 10 | 9 | Fraud Policies and Organizational Awareness | Policies & Procedures | Telephone calls may be recorded and electronic communication monitored |
| 11 | 10 | Fraud Policies and Organizational Awareness | Policies & Procedures | Regular checks for electronic surveillance devices, especially in the Board room and offices |
| 12 | 11 | Fraud Policies and Organizational Awareness | Policies & Procedures | Independent Audit Committee |
| 13 | 12 | Fraud Policies and Organizational Awareness | Policies & Procedures | Independent Audit/Compliance Function reporting directly to the Board of Directors or other independent forum |
| 14 | 13 | Fraud Policies and Organizational Awareness | Policies & Procedures | Level of risk acceptance defined in material terms |
| 15 | 14 | Fraud Policies and Organizational Awareness | Awareness & Communications and Training | Effective communication within the company on fraud issues |

Controls Master / Risk Master / Sheet2 / Sheet2 /

DEFENDANTS_001243

## 3 Anti-Fraud CONTROLS

Nexia has developed a comprehensive approach to assessing the adequacy of an organization's Anti-Fraud Controls, based on;

• mapping the organization's business processes to the Nexia Axenaware™ library of fraud controls by process and creating a unique organization-specific library of potential fraud controls -- both company-wide and SOA specific
• an organization–wide controls review leveraging on the Fraud Risk Survey in order to identify the existence of adequate controls in the identified key risk areas
• a Fraud Controls Survey to capture views and evaluate the effectiveness of controls in protecting against, detecting or mitigating the impact of fraud
• Risk Workshop(s) at identified Corporate, Business Process, Financial Statement level to engage the (selected) key players in a more detailed assessment exercise, and to develop appropriate controls to fill gaps in areas of identified key fraud risks
• interviews with selected senior executives and staff to follow-up on identified gaps in key controls and map out remediation plans

The output from this exercise is a Key Fraud Control Remediation Plan

DEFENDANTS_001244

## 4 SEGREGATION OF DUTIES

### Segregation of Duties

Segregation of duties is a basic, key internal control and one of the most difficult to achieve. It is used to ensure that errors or irregularities are prevented or detected on a timely basis by employees in the normal course of business. Segregation of duties provides two benefits: 1) a deliberate fraud is more difficult because it requires collusion of two or more persons, and 2) it is much more likely that innocent errors will be found. At the most basic level, it means that no single individual should have control over two or more phases of a transaction or operation. Management should assign responsibilities to ensure a crosscheck of duties.

If a single person can carry out and conceal errors and/or irregularities in the course of performing their day-to-day activities they have generally been assigned or allowed access to incompatible duties or responsibilities . Some examples of incompatible duties are:

> Authorizing a transaction, receiving and maintaining custody of the asset that resulted from the transaction.

> Receiving checks (payment on account) and approving write-offs.

> Depositing cash and reconciling bank statements.

> Approving time cards and having custody of pay checks.

> Having unlimited access to assets, accounting records and computer terminals and programs. For instance having access and using checks as the source documents to post to accounting records rather than using a check log or receipts.

DEFENDANTS_001245

## 4 SEGREGATION OF DUTIES

**Segregation of Duties**

There are four general categories of duties or responsibilities which are examined when segregation of duties are discussed:

- authorization

- custody

- record keeping

- reconciliation

In an ideal system, different employees would perform each of these four major functions.  In other words, no one person should have control of two or more of these responsibilities. The more negotiable the asset, the greater the need for proper segregation of duties - especially when dealing with cash, negotiable checks and inventories.

In those instances where duties cannot be fully segregated, mitigating or compensating controls must be established. Mitigating or compensating controls are additional procedures designed to reduce the risk of errors or irregularities

DEFENDANTS_001246

## 4 SEGREGATION OF DUTIES

Authorization: the process of reviewing and approving transactions or operations. Some examples are:
> Verifying cash collections and daily balancing reports.
> Approving purchase requisitions or purchase orders.
> Approving time sheets, payroll certifications, leave requests and cumulative leave records.
> Approving change orders, computer system design or programming changes.

Custody: having access to or control over any physical asset such as cash, checks, equipment, supplies, or materials.
Some examples are:
> Access to any funds through the collection of funds, or processing of payments.
> Access to safes, lock boxes, file cabinets or other places where money, checks or other assets are stored. > Custodian of a petty cash or change fund.
> Receiving any goods or services. > Maintaining inventories.
> Handling or distributing pay checks/advices, limited purchase checks or other checks.

DEFENDANTS_001247

## 4 SEGREGATION OF DUTIES

**Record Keeping:** the process of creating and maintaining records of revenues, expenditures, inventories, and personnel transactions. These may be manual records or records maintained in automated computer systems. Some examples are:
> Preparing cash receipt back-ups or billings, purchase requisitions, payroll certifications, and leave records.
> Entering charges or posting payments to an accounts receivable system.
> Maintaining inventory records.

**Reconciliation:** verifying the processing or recording of transactions to ensure that all transactions are valid, properly authorized and properly recorded on a timely basis. This includes following up on any differences or discrepancies identified. Examples are:
> Comparing billing documents to billing summaries.
> Comparing funds collected to accounts receivable postings.
> Comparing collections to deposits.
> Performing surprise counts of funds.
> Comparing payroll certifications to payroll summaries. > Performing physical inventory counts.
> Comparing inventory changes to amounts purchased and sold.
> Reconciling departmental records of revenue, expenditure, and payroll transactions to the PeopleSoft management reports.

DEFENDANTS_001248



**4. SEGREGATION OF DUTIES**

Nexia has a relationship with Fox Technologies who have developed a software product (see attached) to automate the effectiveness of an organization's Anti-Fraud Controls, based on;

• mapping the organization's business processes to the Nexia Axenaware™ library of fraud controls by process and creating a unique organization-specific library of potential fraud controls – both company-wide and SOA specific
• an organization–wide controls review leveraging on the Fraud Risk Survey in order to identify the existence of adequate controls in the identified key risk areas
• a Fraud Controls Survey to capture views and evaluate the effectiveness of controls in protecting against, detecting or mitigating the impact of fraud
• Risk Workshop(s) at identified Corporate, Business Process, Financial Statement level to engage the (selected) key players in a more detailed assessment exercise, and to develop appropriate controls to fill gaps in areas of identified key fraud risks
• interviews with selected senior executives and staff to follow-up on identified key gaps and map out remediation plans

The output from this exercise is a <u>Key Fraud Control Remediation Plan</u>

DEFENDANTS_001249

## 4-SEGREGATION OF DUTIES

**Segregation of Duties Proactive Detection for Mitigating Controls**

This is a solution for real-time identification of segregation of duties violations across multiple financial systems. It strengthens internal controls by monitoring all of the financial systems and analyzing every transaction for mistakes and violations as they occur.

For example, the system will alert you if a single employee has entered and approved an invoice, made a requisition and approved it, or ordered and received goods.

Once the system notifies the appropriate person, the organization can quickly validate the activity or correct the problem.

You can set ERP controls at a level that enables employees to get their work done efficiently without sacrificing the quality of your processes and data. The system continuously monitors 100 percent of transactions to alleviate mistakes and violations.

<u>Sample Order-to-Cash Integrity Checks</u>

* Customer order entered by the same person who approves or maintains customer
* Credit information or who has ability to maintain customer addresses.
* Shipment shipped by the same person who placed the customer order and/or picked the order
* Cash application was applied by the same person who created the invoice and/or entered the cash receipt.
* Return authorization processed by the same person who entered the original order.

DEFENDANTS_001250



5 CONTINUOUS MONITORING

DEFENDANTS_001251

## 5 CONTINUOUS MONITORING

Automation and technology-supported solutions are the key to the longer term sustainability of SOA compliance for many organizations.

| TIME | COST | COMPLEXITY |
|------|------|------------|
| **70,000** | **$7.8M** | **271** |
| Average number of staff-hours companies spent to comply with SOX in 2004[1] | Average amount Fortune 1000 companies spent to comply with SOX in 2004[2] | Average number of control deficiencies identified and remediated in 2004 by Fortune 1000 companies[3] |

Axena has a relationship with Fox Technologies who are incorporating a real-time transactions monitoring tool into their OEM version of the Axena software. This will allow us to create 'business rules'

DEFENDANTS_001252



6 EXECUTIVE INTEGRITY & ETHICAL
BEHAVIOR

DEFENDANTS_001253



**6. EXECUTIVE INTEGRITY & ETHICAL BEHAVIOR**

The concept is to complete the end-to-end solution, having already covered policies and procedures, risks, controls and monitoring/enforcement tools with a focus on the other key factor in fraud – the human angle, and the potential for people to commit fraud. This product is focused on the Ethical and Integrity Standards of executives.

The intention is to develop a unique product which;

• leverages existing academic research on the human condition (psychology) as it applies to this area
• utilizes existing algorithms and predictive databases which we will get access to
• captures financial and lifestyle data voluntarily completed by (senor) executives, and
• identifies potential 'at risk' fraud candidates

Target market is major corporations and the value proposition is to prevent and detect (human) fraud risk

We are exploring the added value of;

• creating a Certified/Accreditation Program which we would seek to get franked at government / Professional Body level
• offering accreditation at individual and corporate level
• backing our certification with insurance ( '..we remove your fraud risk..')

Charging basis to be developed but needs to reflect the cost of insurance (risk) and likely to include;
• Consulting Fee (per head)
• Certification Fee ( initial)
• Re-Certification Fee (annual or sooner)

DEFENDANTS_001254



## 6 EXECUTIVE INTEGRITY & ETHICAL BEHAVIOR

The term "Code of Ethics" is defined in the SEC's Final Rule entitled "Disclosure Required by Sections 406 and 407 of the Sarbanes-Oxley Act of 2002" as written standards that are reasonably designed to deter wrongdoing and to promote:

* Honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships
* Full, fair, accurate, timely and understandable disclosure in reports and documents that a registrant files with, or submits to, the SEC and in other public communications made by the registrant
* Compliance with applicable governmental laws, rules and regulations
* The prompt internal reporting of violations of the code to an appropriate person or persons identified in the code
* Description of what constitutes fraudulent behavior
* Accountability for adherence to the code and the sanctions to be imposed on those who breach it

The Code of Ethics as set out above applies to the company's principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions. If it has not adopted such a code of ethics, it must explain why. The NYSE and NASDAQ rules require the adoption and public disclosure of a code of business conduct and ethics that applies to all directors, officers and employees and outlines specific topics that must be addressed.

DEFENDANTS_001255



DEFENDANTS_001337

DEFENDANTS_001338



DEFENDANTS_001339



**NEXIA STRATEGY CORPORATION**

*Brokerage Fraud*

*Outline of Nexia Methodology*

*August 17 2006*

© Nexia Strategy 2006

## *Objectives*

To structure an approach to enable a corporate Compliance Unit to monitor and to identify, from the many brokerages in its network, those brokerages and those brokers, where their performance metrics indicate abnormalities which require further review

To develop a comprehensive approach to brokerage fraud which will encompass prevention , detection and deterrent measures

To cover both top down controls and bottom up evidencing





## Prevent, Detect and Deter

**PREVENT**

Laws and Regulations
Policies & Procedures
Employee Screening
Risk Assessment & Management
Effective Segregation of Duties
Effective Internal Control
Transparency

**DETECT**

Ongoing Oversight / Monitoring
Specific Control Reporting
Regular Audit
Effective Complaints Procedures

**DETER**

Policies and Procedures
Training and Notices
No Tolerance of Infringements

Measures to Counter
Brokerage
Fraud



# Approach to Data Capture

| Types of Fraud | Risks | Controls | | |
|---|---|---|---|---|
| | | Prevent | Detect | Deter |
| Stocks and Bonds | | | | |
| Internet Fraud | | | | |
| Trading Fraud | | | | |
| Boiler Room Fraud | | | | |
| Blind Pool Fraud | | | | |
| Commodities Fraud | | | | |
| Laddering | | | | |
| Broker Advice | | | | |



# Underlying Concepts



INDICATORS

CIRCUMSTANCES

FRAUD RISK

CIRCUMSTANCES - Create the opportunity for fraud , e.g. poor direction; inappropriate reward mechanisms; inadequate monitoring

INDICATORS - Provide prime facie evidence that a fraud might have occurred



# *Brokerage Fraud – Top Down Approach*

## Objective

**CIRCUMSTANCES** - To validate through Control Self Assessment, driven by the corporate Compliance Unit, that each brokerage (location / business unit) is positively confirming compliance with the regulations and the organizations policies and procedures for brokerage.

To raise awareness at brokerage level that there is an ongoing monitoring process in place (moral check) and through the requirement to 'sign-off' heighten the importance of effective validation

## Method

Author a CSA questionnaire, based on the risk/control analysis, which poses a number of statements to be responded to in the "Fully Agree/Partly Agree/Do Not Agree" format. Statements are authored in a way which allows for some form of external validation. Compliance Unit require local management representation periodically (at least annually)

## Process

Electronic survey over the internet, with intelligent response functionality (i.e. if 'wrong' response entered further statements pop up for response). Back end Reporting Wizard which allows extraction of higher risk / non compliance brokerages for further (on site) follow up



# *Brokerage Fraud – Bottom-Up Approach*

### Objective

To identify from reported data, by brokerage and broker, **INDICATORS,** that suggest fraud may have been perpetrated

### Method

Identify the different indicators and consequently, the data required to construct them, and create a data capture tool

### Process

From existing returns, or by creating new ones, collect data by both brokerage and broker covering for example:

**Brokerage** – Funds under management (FUM) / Performance Analysis by Investment / Investment Analysis by Broker (FUM) and Client / Fees and Commission Mix / Complaints Record – Client and Broker

**Broker** – Profile of client profit/loss stratified by FUM / Commission by Broker by Investment by Client / Commission by Client (Gain/Loss)

**Clients** - Client Mix (New/Existing) in period / Clients Lost and Performance by Lost Client



## Actions Required

1. Identify the types of brokerage fraud in scope

2. Carry out a structured risk analysis for each type of fraud

3. For each fraud risk, author control(s) by the 3 control mediums – prevent, detect, deter

4. For each key control, author a control statement which can be used in a control self assessment program with brokerages. NOTE – this is key ; we need to construct an 'intelligent' response process with follow up statements where appropriate and a back end analysis (algorithm) with each statement and response weighted so we can highlight those most "at risk" brokerages

5. Validate the existing software and methodology developed for Credit Unions (CUNA) in terms of transportability to Brokerage Fraud

6. Identify the brokerage fraud indicators and author the data requirements. Perform initial assessment of data availability

7. Develop data capture and analysis tool

**RED HERRING**

CRITICS

6  WHY DOES GUIDANCE COST @ MUCH

(i)  LACK OF FOCUS DEFINITION, SPECIFICATIONS)
   - DOING TO MUCH UK THAN IS
     NOT REQUIRES
     (SAT = TOO MANY LEADS / TOO
     FILIGREEING)

**RED HERRING**

1  AXONA
   1  BUS go GUIDANCE
   - CUMULATE, DES, BUILD, GUIDES
   - FOCUSED 2001 - FOUNDED / CEO
   - GUIDANCE PERSPECTIVE ; SEES
     IT NECESSARY BUT TRUE ETHIC
     GAP OF TRUE TELECOMS
     MU INVESTED AND CG KEY
     ISSUE FOR THEM
   - RUNNING, GROWTH
   - PROTECTING ITS REPUTATION

2  GOVERNANCE =
   - STATUE WITH DESCRIPTION
     MOST MUST NEEDED TO GROW
     NEGATIVE EFFECT
     - GAP STARLIGHT - JUDGET
     - BAD BUILDING ACTIVITY
   - GOOD GOVERNANCE IS NOTE
     THAT CONTINUANCE AND ESTATE
   - GOOD GOV IS ABOUT
     (1) GUY
     (2) COV GOAL
     (3) ENV MGT
   - GOD GOV GETS THE STRUCTURE +
     FOUNDATION FOR OPTIMIZING BUS
     PERFORMANCE AND PROVIDING
     EXTRACT TO STAKEHOLDERS THAT
     BUSINESS IS BEING MANAGED THAT
     A "ROTOR" MANNER



Case 6:07-cv-01788-JA-GJK   Document 251-18   Filed 05/24/10   Page 32 of 38

**RED HERRING**

3  GOVERNANCE — BENEFITS, IN ADDITION TO DEMONSTRATING COMPLIANCE WITH REGULATIONS

(i)  GOOD GOV IS ALSO MORE THAN JUST RULES, INC, POLICIES ETC.
— ITS ABOUT IN/ARROW CULTURE AND BEHAVIORS IN THE ORGANISATION. (RULES USE IS POINT?)

(ii)  LISTED CO. NEED IN MANY DEVELOPED COUNTRIES
ON THIS

(iii)  CREATES "BACKBONE" IN AN ORG'N TO ENABLE THE ORGANISATIONS TO FOCUS ON WHAT THEY DO BEST AND BE COMFORTABLE THAT THIS IS BEST IF THE BUSINESS IS DOING _____ FAILED ONE OF

(iv)  COVERS OPER? MAINTAINED — THERE IS A MINIMUM INTENDED TO SEEK RULES IN REGS/ORGS WITH GOOD GOV. IMPLEMENTED

(v)  COMES TO A ____ RISK — REDUCE DEPT IF GOOD GOV IS PLACE — BETTER MANAGED RISK

**RED HERRING**

(vi)  PROVIDES BETTER ASSURANCE THAT BUS OBJECTIVES WILL BE MET

4  COST OF GOVERNANCE — TOO HIGH?
WELL ATJM'D FIRMS HAS SEEN ON GOVERNANCE INITIAL THEN GOVERNANCE, BUT LET THE TIME TO THAT IS TERMS OF COST

(i)  WHAT MATTERS MOST —
— SIZE / LISTED
— GOV MATURITY
— CULTURE

(ii)  COMPLIANCE REGIME — LEVEL OF CERTAINTY
— EG SOX 404

(iii)  ORG'N ADOPTION — STRUCTURE APPROACH DETERMINES INITIATIVE RISK ASSESSMENT AND MITIG COST
{
A _____
B CONTROLS DESIGN
C (MAY VS AUTOMATED)
D TESTING/COMPLIANCE
E STRATEGY
F USE OF TECHNOLOGY
}

1  SALARIES NETWORK ARE DE (INDEPENDENT) IDENTIFIES ISSUES
2  FIXED LIABILITIES
3  TO MITIGATE OUTPUT
4  TO MONITOR TESTING



**RED HERRING**

- GWO IS ALSO MORE THAN JUST
  BORKER, INC, PORTFOLIOS ETC.
- ITS ABOUT AN APPROP WITHIN AN
  ORGANISATION
  (GWO BSE 15 POINT)

3  GOVERNANCE - BENEFITS, IN ADDITION TO
   DEMONSTRATING COMPLIANCE WITH
   REGULATIONS)

(i)

(ii) LISTED CO. NEED IN MANY DEVELOPED
    COUNTRIES

GW ALSO

(iii) CREATE DISCIPLINE IN AN ORG'N
    TO ENABLE THE ORGANISATIONS TO FOCUS
    ON WHAT THEY DO BEST, AND BE
    COMFORTABLE THAT THE REST OF THE
    BUSINESS IS DOING, TAKING CARE OF

(iv) CHANGES BEING UNDLES — THERE IS
    A GROWING AWARENESS TO SPELL RULES
    IN ISSUES ONLY WITH GOOD GW.
    ITMBORATES

(v) GUIDE TO ABOUT R-BY. PROTOCOL DEPT
    IF GOOD GW IS THERE — BETTER MANAGED
    RISK

**RED HERRING**

(vi) PROVIDES BETTER ASSURANCE THAT BUS
     OBJECTIVES WILL BE MET

4  COST OF GOVERNANCE — TOO HIGH?
   WELL MANS FIRMS HAS BEEN DO COMPLIANCE
   NOTHING THAN GOVERNANCE, BUT LEST THE
   THERE TO ABOUT IS TERMS OF COST

(i) WHAT MATTERS COST =   SIZE / LISTED
                          GW, MATURITY
                          CULTURE

(ii) COMPLIANCE REQUIRE — LEVEL OF
                          SPECIFICITY
                                            - EG: SOX 404
                          A  STRUCTURE APPROACH
                          B  RISK ASSESSMENT
                          C  CONTROLS DESIGN
                             (MIN US AUTOMATED)
                          D  TESTING / COMPLIANCE
                          E  STRATEGY
                          F  USE OF TECHNOLOGY

                          1  SERVES NETWORK, ARES IC
                          2  (INTEGRATED V...)







Mail — Any of Business Brokers
Call Centers — Richmond & Denver

* Cross-selling
* Stop wasting time — Mgt not admin



**RED HERRING**

COSTS + BENEFITS OF COMPLIANCE

DEFINITION – MOST OF THE DIALOGUE ON COMPLIANCE
HAS TENDED TO FOCUS ON THE NEGATIVE
ASPECTS OF IT — COST AND GOVERNMENT —
FUL EXAMPLE, SOX, COMPLIANCE
– HIGH COST ($7-9M AT)
– TOO STRINGENT (OVER REACHING)
– NOT NECESSARY — THERE ARE
ALREADY OTHER MECHANISMS
MECHANISMS IN PLACE AT
REQUIRED LEVEL, OR AT
ORGANIZATIONS USED

BUT, COMPLIANCE IS WIDER THAN
GOVERNANCE AND CONTROL. ITS ABOUT
CORPORATE CONDUCT — CONDUCT TO THE
ORGANIZING STAKEHOLDERS
(S/H; EMPLOYEES; SUPPLIERS; CUSTOMERS;
GOVT; SOCIETY; REGULATORS)
THAT THE ORGANIZATION'S SYSTEMS,
PROCEDURES, POLICIES, RULES,
PRACTICES, PUBLICES, INSTITUTIONS
ARE
– COMPLETE
– CLEARLY ARTICULATED
– COMMUNICATED
– UNDERSTOOD
– OPERATING EFFECTIVELY

WHY? TO PROVIDE ASSURANCES
THAT ON AN ONGOING BASIS THAT
THE ORGANIZATION IS OPERATING IN
AN ETHICAL, EFFICIENT + EFFECTIVE

**RED HERRING**

MANNER, CONSISTENT WITH BOTH ITS
OBJECTIVES AND THE BUSINESS ENVIRONMENT
WITHIN WHICH IT OPERATES!
1A IS IT NEEDED — ? ASK INVESTORS IN ENRON ... etc
2 SO ... COMPLIANCE IS MORE THAN JUST A
POLICY, FUNCTION, A CONTROL PROCESS, A
CORPORATE WATCHDOG, ...
APPLIED, EFFECTIVELY, IT ENABLES THE ORG'N
TO OPTIMIZE ITS BUSINESS PERFORMANCE AND
PERPETUATE ITS STRATEGY TO ITS STABLE, BE
CONSISTENT, THAT IT IS DOING SO IN RELIANCE
WITH A FRAMEWORK OF THIS STRINGENT ACCOUNT BY
3 IT CAN, AT RISKS, GAINS + BENEFITS
COMPLIANCE IS NOT AN OPTION ...

(i) LISTED COMPANY REQUIREMENT IN MOST
TERRITORIES — SO ITS GIVEN FOR A PUBLIC ...
FULFILLED INDUSTRY REQUIREMENT

(ii) SMALL (PRIVATE) COMPANIES SEEKING
INVESTMENT WILL NEED TO ENFORCE CERTAIN
GOVERNANCE PRINCIPLES — FOR EXAMPLE, MAY

(iii) CODE OF PRINCIPLES (CHINA / INCLUSIVE)
– CODE OF CONDUCT
– REMUNERATION
– INDEPENDENCE

ALSO, IT IS MORE
THAN JUST
POLICIES + PROCEDURES
ITS ABOUT
CULTURE + BEH VR
(CREATING) SHARED
THE FLOW + TOP ↓
THAT FILTER TOP ↓
THROUGH THE ORG

So, FUNDAMENTALLY ITS A 'RED' HERRING, NICE TO HAVE BUT IT HAS ITS UPSIDE AND DOWNSIDE - IN SUMMARY,

**RED HERRING**

4. BENEFITS OF GOOD GOVERNANCE

(i) GOOD GOVERNANCE ATTRACTS A SHARE PRICE PREMIUM

(ii) GOOD CORPORATE FINANCE IT EASIER TO ATTRACT INVESTMENT, AND AT BETTER RATES

(iii) GOOD GOVERNANCE MAKES IT EASIER TO FROM ATTRACTING BECAUSE IT DEFINES OBJECTIVES IT GUARANTEES RISK, IT DEFINES RESPONSIBLE - TANGETS AND MONITORING - MEASURING AND NECESSITY OF REASONABLE. IT CLARIFIES POLICY, RESPONSIBILITIES, AUTHORITIES, ACCOUNTABILITIES. GOOD GOVERNANCE PUTS STRUCTURE AND A REFERENCE POINT FOR 'DOING BUSINESS BETTER'.

5. So, AT WHAT COST --- ? HOW DO YOU IMPROVE GOOD + BENEFITS

(i) DEFINES -
- MATURITY OF GOV. PROCESSES
- SIZE of GATEWAY
- WHERE THE COY IS IN ITS DEVELOPMENT CYCLE
- REGULATORY FRAMEWORK ITS IN AND NEEDS TO BE MET --



**RED HERRING**

(ii) LOGIC AT IT AS A MIGRATION PROCESS BY
- WHAT IS REQUIRED -
  - RE-DIRECTION
  - BEST PRACTICES
  - TARGET STANDARDS
  - BASE POSITION)

- GAP ANALYSIS AGAINST 'WHAT IS REQUIRED'
  - POLICIES, PROCEDURES
  - FRAMEWORK
  - CULTURE + RESOURCES
  - CHANGES T's BE MADE
  - SYSTEM'S + PROCESSES TO BE DEVELOPED
  - RISK MGT
  - CONTROL MGT
  - PERFORMANCE MGT

(iii) MIGRATION PLAN OVER A TIMESCALE THAT RECOGNISES
  - PACE OF CHANGE
  - CHANGE MILESTONES

- RESOURCE THE MIGRATION PLAN + GANTT TO DELIVER

Anti - Fraud

Brian Ellis    Gallacher , D & O Insurance

