# TAB 12

See Dkt. #198-3, Exhibit 4