# TAB 13

From: Edie Curry
Sent: Thursday, March 09, 2006 6:23 PM
To: Allen Archer
Subject: FW: Richmond Task Assignments

Allen:
FYI

-----Original Message-----
From: Tessah Ivey
Sent: Friday, March 03, 2006 6:47 PM
To: Edie Curry
Subject: RE: Richmond Task Assignments

Hello,

Frank answered:

Chad Walters will be sending you a memo describing the Secured Solution Collections and turning it over to you.

Everyone reports to Marty except Lori who is assigned to Edie.

Re: Smithfield Foods brochure: Edie, as President of Nexia it is your decision but Woody should review for network consistencies.

Brian Taylor & Bill Eplin are handling assignments on the Gibraltar reporting and other issues.

Mike cannot work on the Nexia Certification.

No crossover at non-senior levels except for emergency.

Thanks,

Tessah

Tessah Marie Ivey
International Coordinator
Nexia Strategy Corporation
111 N. Orange Avenue
20th Floor
Orlando, FL 32801
407-517-7779
tivey@nexiastrategy.com

This e-mail contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records. Thank you for your cooperation.

From: Edie Curry
Sent: Thursday, March 02, 2006 9:56 PM
To: Tessah Ivey; Marty Flynn
Cc: Frank Hallstones (M)
Subject: RE: Richmond Task Assignments

DEFENDANTS_000298

Folks:

From whom do I seek responses? Tessah or Marty? Please let me know so I don't crowd your inbox with unnecessary emails! I didn't receive any daily reporting forms; are those forthcoming? Please mark the last two days, Wednesday and Thursday as sick days although I have worked 4.6 hours today, but not during normal work hours. I couldn't find guidance in the employee handbook so please advise if I have missed it.

Also, what is the status of the Solution Collections? I have received no information about that assignment, is it forthcoming and from whom shall I expect it? Did you get the information from Charlie Brady? Do you have everything you need for your files, or is there something else I can provide to close out that situation?

I assume all the folks here in Richmond are exempt, but if not, please let me know. I never received a copy of their signed employment contracts to know for sure. Or, do they all report through Marty and I need not be involved?

Also, because there was not a brochure for Nexia Strategy Corporation, I developed one to give Smithfield Foods. Frank Hailstones saw it and approved it since it was designed for a specific client. Should I send that to Woody for additional consideration?

The Procuri contract is to be terminated. Shall I send the file to Mr. Berman to send the cancellation letter or perhaps Scott or Chad? I am not sure who would handle that, we have time though, it's paid through August. Shall we cancel it sooner or use it as long as possible?

The Gibraltar gentlemen report to whom? How do I task them when we need something for the Nexia Certification process, i.e., white paper review, strategy sessions, etc.? What is the proper chain of command?

Incidentally, you do realize that Nexia Strategy owns the patent for Nexia Certification and the three inventors are Edie Curry, Frank Hailstones and Mike Dement. It was Mike's concept to underwrite the product which gave it the perfect platform to launch this idea.

Folks here are asking if they can assist in each other's tasks or must Catherine be purely Absolute Packaging and Dale be purely Tireflys, etc. The conversation around "suing" and "picketing" has them wanting to be cautious concerning boundaries. Please clarify. We've looked in the employee handbook and could not find specific guidance.

Thanks!

-----Original Message-----
From: Tessah Ivey
Sent: Tuesday, February 28, 2006 12:52 PM
To: Edie Curry
Subject: RE: Richmond Task Assignments

Solutions Collection is a new project that Bank of America is signing off on.
You are the best Nexialist to handle this project.

This e-mail contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records. Thank you for your cooperation.

From: Edie Curry
Sent: Tuesday, February 28, 2006 12:45 PM
To: Tessah Ivey
Subject: RE: Richmond Task Assignments

What is Solution Collections?

DEFENDANTS_000299

-----Original Message-----
From: Tessah Ivey
Sent: Tuesday, February 28, 2006 12:42 PM
To: Edie Curry
Subject: Richmond Task Assignments

Hello Edie,

Here are the assignments for the personnel in Richmond, VA:

Edie:
1. Solution Collections
2. Nexia Certification
3. Manufacturing Consolidation (Cushing)
4. Richmond Region Development
5. Advantis Contract

Katherine King- Absolute Packaging

Dale Mitchell - Tire Flyn

Lori Eberhardt- Nexia/Mirabilis Admin

Mike Dement- Smithfield Contract and other sales
    No more involvement in Certification –not one second until sales have been completed and collections made on the above. Report directly to Archer only.

Tom Broadhead:
1. Regulated Industries
2. Empire Broker
3. Titankim Technologies
4. Absolute Packaging

Changes in assignment by direction of Common Paymaster only. Please acknowledge receipt and understanding.

Thank you,

Marty Flynn

This e-mail contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records. Thank you for your cooperation.

DEFENDANTS_000300