# TAB 14

# Summary of Nexia Certification Investment

This document contains a summary of the expenses incurred and paid by Mirabilis Ventures, Inc. and its subsidiaries, for the development of and creation of Nexia Certification, based upon the available accounting records kept in the ordinary course of business of Mirabilis Ventures, Inc.

**Rec'd from Nexia Strategy Corp.**

**Total Funds to Nexia Certification:  1,561,282.10**

| Data Source | Type | Num | Name | Date | Original Amount | Memo | Account | Split |
|---|---|---|---|---|---|---|---|---|
| Nexia OB Disbursement David | Bill Pmt-Check | 1277 | Alexander Walton | 01/02/2006 | 2,378.84 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1299 | Alexander Walton | 01/02/2006 | 88.26 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1358 | Alexander Walton | 02/15/2006 | 57.33 | July Exp Rep | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1540 | Alexander Walton | 01/17/2006 | 57.33 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1527 | Alexander Walton | 01/02/2006 | 3,500.00 Co4anova Fee | | 1010 · Bank of America | 2100 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1589 | Association of Certified Fraud Examiners | 11/17/2000 | 725.00 Conference Fee | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1533 | Association of Certified Fraud Examiners | 11/02/2006 | 1,700.00 Conference Fee | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1447 | Association of Certified Fraud Examiners | 05/25/2006 | 335.00 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1495 | Brian S. Flacker | 09/07/2005 | 169.83 June Exp Report | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1555 | Brian S. Flacker | 09/14/2005 | 335.72 July Exp Rep | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | | Brian S. Flacker | 10/12/2005 | 100.00 July Exp Rep | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1528 | Brian S. Flacker | 01/17/2006 | 1,548.43 Office Expenses | | 1010 · Bank of America | -SPLIT- |
| Nexia OB Disbursement David | Check | | Capital One | 02/15/2006 | 808.00 Richmond Office Expenses | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Check | 2-13 | Capital One | 03/02/2006 | 221.42 Richmond Office Expenses | | 1010 · Bank of America | 2200 · Office Expense |
| Nexia OB Disbursement David | Check | 3-3 | Capital One | 04/02/2006 | 297.42 Richmond Office Expenses | | 1010 · Bank of America | 7200 · Office Expense |
| Nexia OB Disbursement David | Check | 3-3a | Capital One | 04/29/2006 | 479.53 Richmond Office Expenses | | 1010 · Bank of America | 7200 · Office Expense |
| Nexia OB Disbursement David | Check | | Capital One | 05/15/2008 | 837.25 Richmond Office Expenses | | 1010 · Bank of America | 7200 · Office Expense |
| Nexia OB Disbursement David | Bill Pmt-Check | 1354 | Dreyer's Valley Aviation, Inc. | 09/15/2006 | 52,500.00 1/1/06E 11.8 hour flight to Monterey, CA (roundtrip) (Elias Curry & F. Halloman) | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | | Edla Curry | 09/07/2006 | 37,450.00 3/7/06  7.3 hour flight FL Lauderdale/Richmond (roundtrip) (McDaniels, Polk, Forest) | | 1010 · Bank of America | 7200 · Office Expense |
| Nexia OB Disbursement David | Bill Pmt-Check | 1530 | Edla Curry | 13/01/2006 | 14,425.31 Expense Reports | | 1010 · Bank of America | 7760 · Travel |
| Nexia OB Disbursement David | Bill Pmt-Check | 1508 | EMO? | 09/15/2006 | 33,207.05 Expense Reports | | 1010 · Bank of America | 7760 · Travel |
| Nexia OB Disbursement David | Check | 1457 | Jack Walker | 09/12/2006 | 7,500.00 Invoice 1720 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Check | 1322 | Jack Walker | 02/12/2006 | 1,700.00 Consulting fees | | 1010 · Bank of America | 6225 · Consulting Fees |
| Nexia OB Disbursement David | Bill Pmt-Check | 1544 | Jacqueline Pollush | 11/17/2005 | 347.11 | | 1010 · Bank of America | 6225 · Consulting Fees |
| Nexia OB Disbursement David | Bill Pmt-Check | 146 | Jacqueline Pollush | 05/25/2005 | 242.07 Expense Reports | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1497 | JoAnn Jarman | 09/07/2005 | 326.92 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1517 | LeClair Ryan | 09/15/2006 | 500.00 Estimated travel costs to Richmond for Brandywine buildout | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1480 | Mark Wickersham | 07/12/2006 | 4,201.65 Invoice Pmt | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1463 | Mark Wickersham | 02/24/2006 | 384.44 Expense Reports | | 1010 · Bank of America | 2766 · Travel |
| Nexia OB Disbursement David | Bill Pmt-Check | 1553 | Mark Wickersham | 09/14/2006 | 540.81 Expense Reports | | 1010 · Bank of America | 7760 · Travel |
| Nexia OB Disbursement David | Bill Pmt-Check | 1558 | Michael Dement | 10/10/2006 | 787.70 Expense Reports | | 1010 · Bank of America | -SPLIT- |
| Nexia OB Disbursement David | Bill Pmt-Check | 1559 | Michael Dement | 01/14/2006 | 372.49 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1255 | Michael Dement | 02/15/2006 | 372.49 | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Check | 1259 | Michael Dement | 02/15/2006 | 273.37 Travel | | 1210 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Check | 1431 | Michael Dement | 02/24/2006 | 123.09 Travel 3/2 to 3/13/06 | | 1010 · Bank of America | 7760 · Travel |
| Nexia OB Disbursement David | Check | 1431 | Michael Dement | 02/24/2006 | 288.47 Travel | | 1010 · Bank of America | -SPLIT- |
| Nexia OB Disbursement David | Check | 1422 | Scott Hannah | 03/01/2006 | 597.46 Travel | | 1010 · Bank of America | 7760 · Travel |
| Nexia OB Disbursement David | Bill Pmt-Check | 1463 | Scott Hannah | 03/07/2006 | 1,215.00 Expense Reports | | 1010 · Bank of America | 2000 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1553 | Scott Hannah | 01/14/2006 | 322.31 Employee Expense Reimbursement | | 1210 · Bank of America | 2020 · Accounts Payable |
| Nexia OB Disbursement David | Bill Pmt-Check | 1558 | Terry G Camry | 03/03/2006 | 345.98 | | 1010 · Bank of America | 2020 · Accounts Payable |
| Nexia OB Disbursement David | Check | 1282 | Terry G Camry | 02/15/2006 | 68.31 | | 1210 · Bank of America | 2020 · Accounts Payable |
| Nexia OB Disbursement David | Check | 1262 | Terry G Camry | 02/15/2006 | 518.21 Expense Report 3/2 to 3/17/06 | | 1010 · Bank of America | 7703 · Travel |
| Nexia OB Disbursement David | Check | 1402 | Vance Pelker | 03/24/2000 | 500.00 Estimated travel costs to Richmond for Brandywine buildout | | 1010 · Bank of America | 7703 · Travel |
| Total | | | | | 172,931.19 | | | |

MVI/Palaxar - P1
099

## Rec'd from Mirabilis Ventures

| Data Source | Type | Item | Name | Date | Original Amount | Memo | Account | Split |
|---|---|---|---|---|---|---|---|---|
| MVI G3 Disbursement (wire) | | 300 | Brandywine | 04/30/2006 | 32,565.51 Richmond Lease | | 1090 - SunTrust (Capital) | 7430 - Rents |
| MVI Disburse | | 10344 | Brandywine | 04/01/2006 | 32,565.51 Red | | 1050 - Mirabilis - L/C Acct BoA | 1160 - Due from Nexia Strategy |
| MVI G3 Disbursement (wire) | | 10988 | Brandywine | 09/05/2003 | 32,565.51 | | 1050 - Mirabilis - L/C Acct BoA | 1150 - Due from Nexia Strategy |
| MVI Disburse | | 10782 | Brandywine | 09/25/2003 | 32,565.51 July Rent | | 1050 - Mirabilis - L/C Acct BoA | 1160 - Due from Nexia Strategy |
| MVI G3 Disbursement (wire) | | 10720 | | 06/17/2006 | 576.25 | | 1050 - Mirabilis - L/C Acct BoA | 2000 - Accounts Payable |
| MVI Disburse | | 10750 | | 08/12/2006 | 1,726.93 | | 1050 - Mirabilis - L/C Acct BoA | 2000 - Accounts Payable |
| Q Quickbooks | | 10597 | | 06/14/2006 | 1,726.93 | | 1050 - Mirabilis - L/C Acct BoA | 2000 - Accounts Payable |
| MVI Disburse | | | | 05/30/2006 | 3,207.49 | | 2000 - Accounts Payable | 2000 - Accounts Payable |
| MVI Disbursement (wire) | | | General Journal | 05/30/2006 | 4,854.45 Early w/b/zoned CD for Brandywine lease 023k and LC if via $7.77 th 8.25k | | 6150 - Rent Expense | 6190 - Bank Charges |
| General Journal | | | SunTrust | 05/02/2006 | 1,957.41 Early w/b/zoned CD for Brandywine lease 023k | | 6150 - Rent Expense | 6190 - Bank Charges |
| BR | | 242342 | LeClair Ryan Trust | 09/00/2007 | 707.55 242842 | | 6190 - Bank Charges | 6190 - Bank Charges |
| BR Quickbooks | | 242342/4529 | LeClair Ryan Trust | 05/04/2007 | 221.22 1729/254529 | | 7100 - Accounts Payable | 7100 - Legal & Accounting |
| BR | | 242824 | LeClair Ryan Trust | 05/04/2007 | 637.30 248624 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BR Quickbooks | | 242342 | LeClair Ryan Trust | 02/08/2007 | 1,435.00 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BR | | 240721 | LeClair Ryan Trust | 10/27/2006 | 997.00 254535 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BR Quickbooks | | 240739 | LeClair Ryan Trust | 10/27/2006 | 1,142.00 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BH | | 240729 | LeClair Ryan Trust | 10/16/2006 | 13,324.45 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BR | | 240732 | LeClair Ryan Trust | 10/16/2006 | 1,604.53 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BH | | 239469 | LeClair Ryan Trust | 10/06/2006 | 525.00 2467520 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BH | | 242569 | LeClair Ryan Trust | 10/06/2006 | 3,181.50 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BH | | | LeClair Ryan Trust | 11/02/2006 | 387.17 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BH | | | LeClair Ryan Trust | 07/07/2006 | 753.60 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BH | | 234415 | LeClair Ryan Trust | 07/07/2006 | 2,788.00 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BH | | 239442 | LeClair Ryan Trust | 05/09/2006 | 1,789.59 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| BH | | 239919 | LeClair Ryan Trust | 05/09/2006 | 978.21 | | 2000 - Accounts Payable | 7100 - Legal & Accounting |
| Total | | | | | 139,968.11 | | | |

## Compensation Rec'd

| Employee | Salary allocated to Hanau Corp | Est. % of 2006 salary allocated to Hanau Corp | Gross Wages 2006 (CPH) |
|---|---|---|---|
| Holdsness, Frank | 131,250.00 | 75% | 230,500.00 |
| Curry, Edith | 157,000.00 | 100% | 230,500.00 |
| Hilts, Lisa | 116,750.00 | 50% | 237,500.00 |
| Mitchell, Dale | 22,200.00 | 50% | 34,194.91 |
| Nelson, Greg D | 29,385.42 | 100% | 45,000.00 |
| Maxwell, Hannah | 29,461.05 | 100% | 110,811.66 |
| Rade, Larry | 25,540.42 | 25% | 102,161.06 |
| Miller, Eric | 4,557.61 | 10% | 45,378.25 |
| Lenz, Jonathan | 4,603.00 | 25% | 18,251.68 |
| Conroy, Terry G | 56,250.00 | 50% | 112,500.00 |
| Wickersham, Mark W | 120,072.74 | 100% | 120,072.74 |
| Suralta, Anthony | 35,605.17 | 100% | 35,605.17 |
| Palixar, Jacquine | 97,132.56 | 100% | 97,132.56 |
| Hanauh, Michael B | 101,894.20 | 100% | 101,894.20 |
| Brachitard, Tom | 77,205.53 | 50% | 154,411.66 |
| Sieavers, Alexander | 125,000.00 | 100% | 125,000.00 |
| Watka, ... | 39,062.50 | 25% | 156,250.00 |
| Total | 1,212,170.92 | | 1,371,371.44 |

2