# TAB 15

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Monday, October 16, 2006 4:12 PM |
| **To:** | Edie Curry |
| **Subject:** | Cleaner Proposal1 (3) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Cleaner Proposal1 (3).doc |

Edie

Berman's redline. Nothing major I think. Are we there?

Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

**EDIE CURRY REVISED OFFER**
Monday October 16

This is a reaffirmation of the final offer to be made to Edie

1. All right, title and interest in and to the Nexia Certification program will be assigned to Edie

   Formatted: Highlight

2. As compensation for the foregoing, any new entity that Edie may create for the purpose of advancing Nexia Certification or for the purpose of performing consulting work (see 3 below), Newco A, (not Edie personally) shall execute a Note payable to Mirabilis in the amount of $500K with interest at prime + 2% which shall accrue from the date of execution until paid.  The $500k Note plus interest is to be paid from future revenues – either from Nexia Certification or the first $500k share of (Edie's Newco) consulting revenues (see 3 below) is the final amount owing by Edie Curry covering all claims/amounts due,

3. Nexia consultants will form a separate company (Newco B) that will not be affiliated with Mirabilis and not have any controlling shareholders or employees with a history of fraud or other criminal activity, for the specific purpose of working with the Nexia Certification program and the  gross profits from this joint venture shall be shared equally between the 2 "Newco" organizations

4. Edie shall retain her stock in  Presidion

5. Edie shall receive a full waiver I don't know what this means- a release?, as a former officer and director, shall remain covered by the D & O policy for any claims within the policy purview in accordance with the terms and conditions contained in said policy.

6. Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms

7. Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

8. All obligations (other than current salary which terminates by agreement on October 15 2006, and unpaid expenses) owed to Edie personally by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement, or any other written or oral agreement that Edie has with any such entity shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities. Notwithstanding the foregoing, the obligations of this agreement shall survive as shall the restrictions contained in the Common Paymaster employment agreement as to Edie as employee thereunder. Fine.

9. Edie shall retain her stock in Mirabilis Ventures, Inc.and the shareholder agreement shall be unaffected.

   Deleted:

10. Neither party shall disparage the other and shall agree upon a statement to be made to any third party who inquires as to why. fine and I shall have a good reference.

Formatted: Bullets and Numbering

Deleted: ¶
¶
¶
¶
¶
¶
¶

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Wednesday, October 18, 2006 12:01 PM |
| **To:** | Edie Curry |
| **Subject:** | Update |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Seeing Berman this pm when he gets here to close the loop in writing

Call you this pm

Are we on for next Wednesday or Thursday in Richmond? I need to go to Houston for a day too and need to arrange

Spk later

Frank

—

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

From:           Frank Hailstones (M)
Sent:           Wednesday, October 18, 2006 4:57 PM
To:             Edie Curry
Subject:        RE: Update

Follow Up Flag:     Follow up
Flag Status:        Completed

Edie

Just got documentation from Berman. Going through it tonight, meeting him for breakfast
and hopefully get it out to you tomorrow am.

Sorry for the delay; I have been asking. I will call you if there are any issues before I
meet with RB

Nearly there...??

Frank

-----Original Message-----
From: Frank Hailstones (M)
Sent: Wednesday, October 18, 2006 1:38 PM
To: Edie Curry
Subject: RE: words to live by..OR

Ooorrrr... the the analysts are psychos

-----Original Message-----
From: Edie Curry
Sent: Wednesday, October 18, 2006 1:23 PM
To: Frank Hailstones (M)
Subject: RE: words to live by..OR

Orrr....therefore the psychos ARE Irish!!!

-----Original Message-----
From:           Frank Hailstones (M)
Sent: Wed Oct 18 13:20:31 2006
To:     Edie Curry
Subject:     RE: words to live by..OR

Or..the psychcos are impervious to irish analyses

-----Original Message-----
From:           Edie Curry
Sent: Wed Oct 18 13:02:04 2006
To:     Frank Hailstones (M)
Subject:     FW: words to live by

As per our conversation last night...

-----Original Message-----
From:           MADDOG6198@aol.com [mailto:MADDOG6198@aol.com]
Sent: Wed Oct 18 11:59:02 2006
To:     Edie Curry
Cc:     Maureen_Curry@mcpsmd.org; AgnesCurry@aol.com
Subject:     words to live by

"The Irish Are Impervious To Psychoanalyses"

John Curry
10/18/2006

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

From:           Frank Hailstones (M)
Sent:           Thursday, October 19, 2006 8:30 AM
To:             Edie Curry
Subject:        RE: Finalizing papers this am

Follow Up Flag:     Follow up
Flag Status:        Completed


No.....duroo...duroo...duroo....
Just want to get it right
Or something.....
This message from he worlds most patient man to the worlds most tolerant woman

   -----Original Message-----
From:        Edie Curry
Sent: Thu Oct 19 09:14:50 2006
To:    Frank Hailstones (M)
Subject:    RE: Finalizing papers this am

Yeah, yeah, yeah.  Blah blah blah words.

   -----Original Message-----
From:        Frank Hailstones (M)
Sent: Thu Oct 19 09:13:32 2006
To:    Edie Curry
Subject:    Finalizing papers this am


Sent by GoodLink (www.good.com)
Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Thursday, October 19, 2006 10:57 AM |
| **To:** | Edie Curry |
| **Subject:** | Disengagement Letter |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | 19953 (2) (2).doc |

Edie

Finally......Have a look over and I will call you when I get through my webex (starts at 12 Noon )

Thanks

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

DRAFT OF LETTER OF INTENT TO EDIE CURRY

Date
Edith Curry-Broadhead
[Address]

**Re:**   Confidential Separation Agreement

Dear Edie:

The purpose of this letter is to set forth our mutual understanding of our agreement ("Agreement") to the terms and conditions with respect to your resignation from Mirabilis Ventures, Inc.("Mirabilis") and any and all its affiliated companies. Based upon our discussions and negotiations, we would like to confirm that it is our collective agreement to do the following:

1.      All right, title and interest in and to the Nexia Certification program ("Nexia Certification"), will be assigned to you.  Payment for same is hereinafter described.

2.      You shall be indemnified by Mirabilis Ventures, Inc. from and against any claims that may be brought against you as a result of your serving as an officer and director of the Mirabilis and/or its affiliates, which claims were covered by the D & O policy. This indemnity shall not apply to claims alleging willful misconduct or gross negligence.

3.      You shall retain of your stock in Presidion Corporation.

4.      You shall resign immediately from all positions held in Mirabilis or any of its affiliates whether as officer, director or employee.

5.      You shall retain the right, as an independent contractor, to participate in transactions that you may bring to the Company or its affiliates in the future, on mutually agreeable terms.

6.      As compensation for the transfer to you of all right, title and interest in and to Nexia Certification, you have agreed to designate or create a new entity ("Newco") for the purpose of advancing Nexia Certification and/or for performing consulting work. This entity will execute a note payable to an entity to be formed, Newco B, as hereinafter described. The note shall be for the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) with interest at prime + 2% which interest shall accrue from October 15, 2006 until paid (the "Note") It shall be pre-payable in whole or in part without penalty at any time. The Note shall be shall be payable from the first revenues derived from the Nexia Certification program or from the sale or assignment of the Nexia Certification program or from the first $500K of future consulting revenues earned by Newco.

7.      Nexia consultants will form a separate company (Newco B) that will not owned by Mirabilis and will not have any controlling shareholders or employees with a

- 1 -

DRAFT OF LETTER OF INTENT TO EDIE CURRY

history of fraud or other criminal activity. Newco B shall be formed for the specific purpose of working with Newco on the Nexia Certification program and related Anti-Fraud consulting. The gross revenues from consulting on this joint venture shall be shared equally between the two "Newco" entities.

8.     All obligations (other than current salary which terminates by agreement of October 15, 2006 and unpaid expenses) owed to you as of October 15, 2006, by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment or any other oral or written agreement that you have with any such entity shall be null void and of no further force or effect.  Moreover, you agree to a general release in favor of all such entities as of the aforesaid October 15, 2006, date. Notwithstanding the foregoing, the obligations of this Agreement shall survive as shall the restrictions contained in the Common Paymaster Employment Agreement as to you as employee thereunder, except to the extent necessary to permit you to perform consulting services and to market and fully develop and market the Nexia Certification Program.

9.     Neither party shall disparage the other and shall agree upon a statement to be made to any third party who may inquire as to the reasons for separation.  The parties shall provide each other with good references upon request.

10.     The Brookmeade note from Presidion Solutions shall remain in full force and effect.

If this letter accurately sets forth our agreement, kindly execute and return the enclosed copy of this letter.  Thereafter, the Newco entities can be created (or identified in the case of your entity), the Note can be drafted and our agreement can be further documented.

Sincerely,
MIRABILIS VENTURES, INC.


By: _____

Frank Hailstones, President


## CONFIRMATION AND ACCEPTANCE

I confirm my acceptance of the terms and conditions of this letter Agreement with Nexia Strategy Corporation.  Dated on this ___ day of October, 2006.

- 2 -

DRAFT OF LETTER OF INTENT TO EDIE CURRY

By: _____
Name: Edith Curry-Broadhead

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, October 20, 2006 8:57 AM |
| **To:** | Edie Curry |
| **Subject:** | Newcos |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Doc127.doc |

Edie

Got caught up in concalls. Be another 45 mins

Pro tem, first cut at trying to put some definitions around the relationship

Speak later

Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

Operating Agreement
Governance Consulting
Newco A (E Curry) and Newco B (F Hailstones)

Introduction

The purpose of this Agreement is to memorialize the key operating arrangements between the 2 Newcos as follows:

Newcos

Each of the parties – E Curry and F Hailstones (for Nexia Consulting) shall set up separate Newcos for the purpose of joint venturing on consulting (defined below) and leveraging the product known as Nexia Certification.

All of the consulting opportunities generated by E Curry will be processed through Newco 'A' as the "Prime" contractor. Newco "B", (the "Sub") to be set up by F Hailstones, will not be affiliated with Mirabilis and not have any controlling shareholders or employees with a history of fraud or other criminal activity

Consulting Definition

The term "governance consulting" is defined here as consulting projects covering Sarbanes-Oxley (SOX), Anti-Fraud, Nexia Certification and Corporate Governance related projects,

Go to Market

Newco B shall provide staff for all consulting assignments generated by Newco A to a value of at least 50% of the consulting contract sum, unless both Newcos agree otherwise. Newco B shall also have first right of refusal for staffing any consulting assignments beyond 50% to the extent that Newco A cannot resource them from its own staff resources, and Newco B has staff available which meets the project needs – competencies, availability and grade of staff. Beyond the 50% 'rule, "Newco A shall be the sole judge of staff suitability for particular assignments.

Chargeable Rates

Both Newcos will agree the rates at which staff will be charged out on consulting projects, and Newco A will have flexibility to discount those rates up to 10% in order to secure consulting assignments. Any discount will be shared pro rata to input between the Newcos. Discounts required beyond 10% will only be at the agreement of both parties

Assignment Budgets

Prior to the commencement of each consulting assignment, a budget will be agreed in writing by both Newcos in terms of people, timings and costs

Account Responsibility and Management

Consulting assignments secured by Newco A (as prime) will be managed by and reports to the client will be the sole responsibility of Newco A. Accordingly, Newco A has the responsibility for managing the delivery process – deliverables on time/quality and form required -  unless otherwise agreed in writing, on a project by project basis with Newco B.

Example 1;

- $1.110m Governance assignment bid at a 10% discount; $1m contract
- Newco B $500k of fees MINIMUM based on a staff profile (Grade / Hours/ Hourly Rates)
- Newco offers Newco A another 25% ($250k) on the contract which Newco B accepts. Newco B is able to provide staff suitable to Newco A

Example 2;

- $1.110m Governance assignment bid at a 10% discount; $1m contract
- Newco B $500k of fees MINIMUM based on a staff profile (Grade / Hours/ Hourly Rates)
- Newco offers Newco A another 25% ($250k) on the contract which Newco B cannot meet. Newco A sources staff suitable for the assignment elsewhere

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, October 20, 2006 10:03 AM |
| **To:** | Edie Curry |
| **Subject:** | Newco Subcontractor Agreement |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Nexia Subcontractor Agreement.doc |

Edie

Edited from another one I had with Axena

Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

## SUBCONTRACTOR AGREEMENT
## TERMS AND CONDITIONS

THIS SUBCONTRACT is made and entered into this XX day of YY 200Z between Newco A, LLC ("Contractor"), a Delaware limited liability company, and Newco B ("SUBCONTRACTOR"). This Agreement sets forth the general terms and conditions pursuant to which SUBCONTRACTOR will provide services to NEWCO A. The work will be completed per an executed letter agreement describing the nature of the engagement ("Task Order"). This Agreement shall apply to any Task Order executed between NEWCO A and SUBCONTRACTOR prior to such Agreement's termination.

• Location. Services shall be performed at sites mutually agreed by NEWCO A and SUBCONTRACTOR.

• Termination. Either party may terminate this Agreement at its sole discretion for any reason at any time after the $500k fees under the Agreement between E Curry and Mirabilis Ventures dated xx/yy/2006 have been met , and with 3 months notice. Upon termination, NEWCO A shall pay SUBCONTRACTOR for all work performed and expenses incurred, if any, prior to the effective date of termination in accordance with the terms of this Agreement.

• Payment. SUBCONTACTOR shall be paid at billable rates set forth in each Task Order. SUBCONTRACTOR shall invoice time and expenses on a bi-weekly basis. Payment dates fall on the 2nd and 4th Friday of each month.

• Taxes. SUBCONTRACTOR shall be responsible for payment of employment and income taxes, if any, levied upon the services provided to NEWCO A under this Agreement.

• Independent Contractor Relationship. The parties understand and agree that the personnel assigned by SUBCONTRACTOR to NEWCO A under this Agreement are SUBCONTRACTOR's employees or agents. Under no circumstances are such personnel to be considered NEWCO A's employees or agents. SUBCONTRACTOR shall perform its obligations under this Agreement as an independent contractor and not as an agent or joint venture partner of NEWCO A.

• Mutual Indemnification. Both parties agree to indemnify and hold each other harmless for any injuries to persons or property caused by the intentional and willful acts of each party's own employees in the performance of services under this Agreement.

• Warranty. SUBCONTRACTOR warrants that individuals who have skill and experience commensurate with the requirements of the services will perform the services in a workmanlike and professional manner. The SUBCONTRACTOR warrants that its services hereunder shall be of professional quality consistent with generally accepted professional standards for the performance of such services.

• Limitation of Liability. Neither party shall be liable for any punitive, incidental, consequential or indirect damages.

• Confidential Information. Each party agrees that during and after the term of this Agreement, it will keep secret and will not, without the prior written consent of the other, use or disclose to any third party any confidential or proprietary information relating to the business of the other party or that party's customers learned by such party or disclosed to such party in connection with this Agreement. The restrictions of this section shall not apply to any information which (i) is or becomes generally available to the public other than as a result of a breach of this section by the receiving party, (ii) was available to the receiving party on a non-confidential basis prior to its disclosure under this Agreement or (iii) becomes available to the receiving party on a non-

confidential basis from a third party which was not known by the receiving party to be itself bound by a confidentiality obligation.

• Entire Agreement. This Agreement and the Task Order(s) referred to, as well as any written amendments, shall constitute the entire Agreement between the parties and supersedes all previous communications, representations, understandings, concurrent or subsequent purchase orders, and agreements, whether oral or written, between the parties or any officer or representative of the parties. Neither has relied upon any representation(s) other than those set forth in this Agreement.

• Amendments. No amendments or other variation to this Agreement shall be effective unless it is in writing and is signed by an authorized person on behalf of each party.

• Governing Law. The laws of the State of Delaware shall govern this Agreement. Both parties consent to the jurisdiction of the courts in the State of Delaware. No action arising out of this Agreement, regardless of the form, may be brought by either party more than one year after the cause of action has occurred.

• Arbitration. Any controversy or claim arising out of or relating to this Agreement, or the breach of the same shall be settled through consultation and negotiation in good faith and a spirit of mutual cooperation. However, if those attempts fail, the parties agree that any misunderstandings or disputes arising from this Agreement shall be decided by arbitration which shall be conducted upon request by either party, in Houston, Texas, before three (3) arbitrators (unless both parties agree on one (1) arbitrator) designated by the American Arbitration Association (the "AAA"), in accordance with the terms of the Commercial Arbitration Rules of the AAA, and, to the maximum extent applicable, the United States Arbitration Act (Title 9 of the United States Code), or if such Act is not applicable, any substantially equivalent state law. Each party shall be responsible for its own costs related to arbitration and shall bear half the cost of the Arbitrator(s). Notwithstanding anything herein to the contrary, either party may proceed to a court of competent jurisdiction to obtain injunctive relief at anytime.

• Severability. If any provision of this Agreement is determined to be unenforceable or invalid, the remaining provisions of this Agreement shall remain in full force and effect.

• Force Majeure. SUBCONTRACTOR and NEWCO A shall not be liable for any failure to perform or delay in performance of its obligations under this Agreement, resulting from the elements, acts of God or any other cause beyond the reasonable control of the party failing to perform.

• Notices. Any notices required under this Agreement shall be in writing. Notices shall be delivered in person or sent by overnight courier or facsimile addressed to the addresses set forth below. Notice shall be effective when sent by overnight courier or facsimile or upon delivery if delivered in person.

• Coordinate Performance. NEWCO A shall coordinate the performance of its services with NEWCO A's client. SUBCONTRACTOR understands and agrees that NEWCO A will be monitoring the day-to-day activities of the SUBCONTRACTOR through daily contact, meetings and formal progress reports. SUBCONTRACTOR shall promptly report to NEWCO A any conditions, transactions, situations or circumstances it encounters in the performance of its services, that would impede or impair the proper conduct of the services hereunder or which is necessary to perform the work as described in the Task Order. SUBCONTRACTOR shall remove and replace personnel, if so requested by NEWCO A.

• Non-Solicitation. NEWCO A shall not actively solicit any employees, agents or independent contractors of SUBCONTRACTOR during the term of this Agreement and for a period of one year thereafter.

• <u>Indemnification</u>. NEWCO A shall indemnify and hold SUBCONTRACTOR and its members, officers and directors harmless from and against any claims, demands, damages, costs or expenses, including without limitation, attorneys' fees and associated expenses, arising from or in connection with the negligent performance of professional services by NEWCO A, its employees, agents and independent contractors.

Agreed and Accepted:

| SUBCONTRACTOR | CONTRACTOR |
|---|---|
|  |  |
| Newco B | Newco A, LLC |
|  |  |

| From: | Frank Hailstones (M) |
|---|---|
| Sent: | Friday, October 20, 2006 10:14 AM |
| To: | Edie Curry |
| Subject: | AEA |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |
| Attachments: | Task Order_Reynolds1.doc |

Another documenmt we have used for enaghement partners

Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

**NEWCO A**
**Address**

Date

Newco B
Address

Re: Assignment Engagement Agreement

Dear Sir:

This letter will serve as the Assignment Engagement Agreement (AEA) for work to be performed by Newco B on XXXXXX. On Project XXX

This AEA, together with the Subcontractor Agreement dated October XX, 2006, represents the agreement between Newco A and Newco B.

The following is a summary of the engagement:

• Newco B will provide the services of consulting professionals who will assist with a Newco A project (see attached) which will begin XX/XX, 2006.
• It is expected that most of the work will be done at client site, which is located in VVV.
• The hourly rate is $YYY.00 to $XX0.00. The number of hours planned for Newco B participation during the engagement is expected to be XXX hours at the grades and rates attached. . Hours above the stated level must be pre-approved by Newco A.
• The start date is XX/XX, 2006 and the assignment is expected to continue for XX weeks. Extension requests will be handled as mutually agreed.
• The Engagement Lead is XXX and all client contact and communications must be channeled through him/her
• Out of pocket expenses, if any, may be reimbursed by Newco A but must be pre-approved.
• Time and expenses will be billed based upon reports submitted to, and approved by, designated Newco A management.
• Invoices for hourly fees and out of pocket expenses will be sent in electronic form bi-weekly to Newco A for approval.

If the above accurately sets forth our agreement, please sign below and forward one original signed agreement to me. Thank you for the opportunity to work with you on this matter.

Sincerely,                                          Agreed:

Newco A

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, October 20, 2006 1:30 PM |
| **To:** | ediecurry@comcast.net |
| **Subject:** | RE: final letter |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Edie

Will call you when my current meeting ends in an hour or so

frank

**From:** ediecurry@comcast.net [mailto:ediecurry@comcast.net]
**Sent:** Friday, October 20, 2006 1:19 PM
**To:** Frank Hailstones (M)
**Cc:** reb@bermankean.com
**Subject:** final letter

Ignore first fax. This one is final.

--

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any use, review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original message.

--

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

**From:**  Frank Hailstones (M)
**Sent:**  Saturday, October 21, 2006 2:07 PM
**To:**  Linda Duncan (M)
**Subject:**  RE: sublime to the......

**Follow Up Flag:**  Follow up
**Flag Status:**  Completed


I thiink its called Boonfox or maybe not....

-----Original Message-----
From:     Linda Duncan (M)
Sent: Sat Oct 21 13:57:39 2006
To:    Frank Hailstones (M)
Subject:    RE: sublime to the......

What kind of dope is bruce smoking.?

-----Original Message-----
From:     Frank Hailstones (M)
Sent: Sat Oct 21 12:28:30 2006
To:    Linda Duncan (M)
Subject:    FW: sublime to the......

My suggestion is

"Pissintdown" (Mancunian accent) or "Yeravinalaff" Bet nobody gets it

Have a certain ring don't you think?

Frank

-----Original Message-----
From: Bruce Carpenter (M)
Sent: Sat 10/21/2006 12:24 PM
To: Frank Hailstones (M)
Subject: FW: Mirabilis NewCo name: Boonfox

Frank:

How are you with this as a name for NewCo?  Do you think there is any mileage in running this past I-3?

My first reaction to the suggestion was that I was not overwhelmed, but then naming is not my strong suit.  Do you have any suggestions you can offer up?

Several others to consider

          Curarus
          Riskar
          Riscera


Bruce

From: Max Seybold [mailto:max@maxseybold.com]
Sent: Sat 10/21/2006 4:09 AM
To: Bruce Carpenter (M)
Subject: Mirabilis NewCo name: Boonfox

1

Boonfox

also, boonfox.com is available

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Monday, October 23, 2006 3:56 PM |
| **To:** | Edie Curry |
| **Subject:** | You there...??? |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| From: | Frank Hailstones (M) |
|---|---|
| Sent: | Monday, October 23, 2006 3:57 PM |
| To: | Edie Curry |
| Subject: | Your mobile is ringing engaged all of the time 804 852 1771 right? |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Monday, October 23, 2006 4:02 PM |
| **To:** | Edie Curry |
| **Subject:** | RE: Your mobile is ringing engaged all of the time 804 852 1771 right? |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Ok Just checkin' you haven't left the building.....call me tomorrow am before the noise starts. Enjoy freedom...


-----Original Message-----
From: Edie Curry
Sent: Monday, October 23, 2006 4:58 PM
To: Frank Hailstones (M)
Subject: RE: Your mobile is ringing engaged all of the time 804 852 1771 right?

At the conference.  OH MY GOD...lots to share.

-----Original Message-----
From:     Frank Hailstones (M)
Sent: Mon Oct 23 16:57:02 2006
To:   Edie Curry
Subject:   Your mobile is ringing engaged all of the time 804 852 1771 right?



--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

1

AirTran Airways Itinerary Confirmation

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Wednesday, October 25, 2006 2:57 PM |
| **To:** | Edie Curry |
| **Subject:** | FW: AirTran Airways Confirmation for FRANK HAILSTONES on October 31, 2006 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Tuesday. That OK?

Frank

---

**From:** Amy Burnside
**Sent:** Wednesday, October 25, 2006 3:24 PM
**To:** Frank Hailstones (M)
**Subject:** FW: AirTran Airways Confirmation for FRANK HAILSTONES on October 31, 2006

Here is your outbound flight for next week. Return flight to follow....

*Amy Burnside*
*Director of Travel Services*
*AQMI Strategy Travel Department*
200 South Orange Avenue, 28th floor
Orlando, FL 32801
#407-454-5115
email: travel@AQMIStrategy.com



**From:** confirmations@airtran.com [mailto:confirmations@airtran.com]
**Sent:** Wednesday, October 25, 2006 3:23 PM
**To:** Amy Burnside
**Subject:** AirTran Airways Confirmation for FRANK HAILSTONES on October 31, 2006



**Thank you for flying AirTran Airways.**
If you have any questions about your reservation, please

AirTran Airways Itinerary Confirmation

call 1-800-AIR-TRAN.

**Confirmation number: X29F3Y**

**Passenger:**
FRANK HAILSTONES
111 NORTH ORANGE AVENUE
ORLANDO, FL 32801

**Flight Information:**
Should our flight schedule change, we will notify you by email as early as possible.

**October 31, 2006, Flight 742 [Non-Stop]**
Departing Orlando, FL (MCO) at 6:05 AM
Arriving Atlanta, GA (ATL) at 7:28 AM
--- Connecting To ---
**October 31, 2006, Flight 248 [Non-Stop]**
Departing Atlanta, GA (ATL) at 8:00 AM
Arriving Richmond, VA (RIC) at 9:25 AM

**Payment Information:**

| | |
|---|---:|
| Air Fare | 224.00 |
| Federal Segment Tax | 6.60 |
| Airport Passenger Facility Charge | 7.50 |
| September 11th Security Fee | 5.00 |
| Ticket Total | 243.10 |

**Ticket Reference Number: 3320011918115**

Now you can check in for your flight online - see details below.

 Will you need a rental car?
Reserve your car here to receive the AirTran
Airways discount on a Hertz car rental.

 Looking for a place to stay once you get there?
Book your hotel with AirTran Vacations.

 Net Escapes - sign up and save.
Get our best deals emailed to you weekly.
Sign up at www.net-escapes.com.

**Passenger Check-In Information**

**Online Flight Check-In Service!**
Check in for your flight online at airtran.com.

Most passengers with an electronic ticket for a domestic flight may
use our online flight check-in service from 24 hours to 90 minutes
before the flight's scheduled departure to obtain their boarding pass
and seat assignment.

**Ticket Counter Check-In Requirements**
AirTran Airways recommends that passengers arrive at the airport
90 minutes prior to the scheduled departure of their flight. Due to
security requirements, passengers and their baggage will not be
accepted at the ticket counter less than 30 minutes prior to the
scheduled departure of their flight. Please note the minimum check-
in time may be greater than 30 minutes at some airports.

1/13/2008

AirTran Airways Itinerary Confirmation

**Gate Check-In Requirements**
Customers must present themselves at the flight departure gate no later than ten minutes prior to the scheduled departure of their flight. Failure to comply will cause the customer to lose their reservation and, if so, they will not be eligible for denied boarding compensation.

Do not reply to this message. It is being sent by an automated system that cannot receive replies. To contact us by email, please use the contact form on our website.

Condition of Contract: Air Transportation by AirTran Airways is subject to the terms of AirTran Airways' Condition of Contract including Contract of Carriage terms or International tariff rules. Such conditions include, without limitations, limits on liability for personal injury, death and baggage claims, provisions for reservations, refusal to transport, consequential damages, substitution of alternate air carrier or aircraft waiver/modification of terms, delays, and failure or inability to perform service. The Warsaw Convention may govern international travel. For such passengers, the Warsaw Convention, including special contract of carriage embodied in applicable tariffs, governs the liability of the carrier. The AirTran Airways contract of Carriage may be inspected at AirTran Airways customer service counter. For more information, direct inquiries to: AirTran Airways, Inc. Customer Relations Department, Dept. OSF. 9955 AirTran Boulevard, Orlando, FL 32827.

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

HAILSTONES - 31OCT - 279.30

| From: | Frank Hailstones (M) |
|---|---|
| Sent: | Wednesday, October 25, 2006 2:58 PM |
| To: | Edie Curry |
| Subject: | FW: HAILSTONES - 31OCT - 279.30 |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Part 2....the return

**From:** Amy Burnside
**Sent:** Wednesday, October 25, 2006 3:24 PM
**To:** Frank Hailstones (M)
**Subject:** FW: HAILSTONES - 31OCT - 279.30

Return below...

*Amy Burnside*
*Director of Travel Services*
*AQMI Strategy Travel Department*
200 South Orange Avenue, 28th floor
Orlando, FL 32801
#407-454-5115
email: travel@AQMIStrategy.com



A·Q·M·I
STRATEGY CORPORATION

ITINERARY          DATE: 25 OCT 06
BZGFNB             PAGE: 01

    TO: AMY BURNSIDE - DIR OF TRAVEL SVCS
        AQMI STRATEGY TRAVEL DEPARTMENT
        200 SOUTH ORANGE AVE - 28TH FLOOR
        ORLANDO FL 32801

FOR: HAILSTONES/FRANK     REF: NEXIA

HAILSTONES - 31 OCT - 279.30

31 OCT 06 - TUESDAY
  AIR   DELTA AIR LINES INC  FLT:6155  COACH
      RICHMOND-ORLANDO INTL OPERATED BY FREEDOM AIRLINES
      LV RICHMOND            405P        EQP: EMBRAER 145 JET
                            02HR 10MIN
      AR ORLANDO INTL        615P        NON-STOP
                            REF: CK7QW4
      HAILSTONES/FRAN   SEAT-9B

THANK YOU FOR CALLING PROTRAVEL INTERNATIONAL

CHECK WWW.TSA.GOV AND WWW.FAA.GOV FOR UPDATED INFORMATION ON SECURITY
REQUIREMENTS
AIRPORT SECURITY REQUIRES GOVERNMENT ISSUED PHOTO ID AND SUGGESTS 90 MINUTE CHECK
IN TIME FOR DOMESTIC /
2-3 HOURS CHECK IN TIME FOR INTERNATIONAL TRAVEL.
**THIS TICKET IS NON-REFUNDABLE AND SUBJECT TO CHANGE FEES.**


--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

1/13/2008

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Thursday, October 26, 2006 6:25 PM |
| **To:** | Edie Curry |
| **Subject:** | You landed yet |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hey...you never call anymore. You said I was the one then....er...sorry that was someone else. Edie. How are you. Back from the conference? I am booked up and back Tuesday. Any thoughts on the legal docs? I have a dentist appointment 8am tomorrow. Catch up PM?

Frank

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, October 27, 2006 12:40 PM |
| **To:** | Edie Curry |
| **Subject:** | AArrrggghhhh!!! |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Edie

I have just got back in after 5 hours , yes count them, in the dentists chair this morning, so I am going home to bed before the drugs wear off

Can I call you later on this afternoon to catch up?

Hope all is well

Frank

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

**From:** Frank Hailstones (M)
**Sent:** Friday, October 27, 2006 5:16 PM
**To:** Edie Curry
**Subject:** Helloooooo....anybody there?

**Follow Up Flag:** Follow up
**Flag Status:** Completed

and my mouth hurts.......

Are we still on for Tuesday?

Or is your email address changed???

Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

1

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Saturday, October 28, 2006 8:21 AM |
| **To:** | Edie Curry |
| **Subject:** | RE: Helloooooo....anybody there? |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Pamela

Fingers crossed for you. Toes on standby.

Tommy Lee

-----Original Message-----
From: Edie Curry
Sent: Sat 10/28/2006 3:55 AM
To: Frank Hailstones (M)
Subject: RE: Helloooooo....anybody there?

Sean:
Please use ediecurry@comcast.net. Sorry we haven't been able to connect. Busy as a cat covering....well, busy as a woman running two companies; one distressed staffed with high-maintenance creative-types and the other not staffed at all but trying to pretend to the outside world we are a fully functioning team!  Then there's the four children who are wonderful and are in the soccer, tae kwon do, dating, gymnastic, school dance, etc., etc., phase. Layer on that the hostile, hell-hath-no-fury ex-wife who doesn't work, is a part-time mother (on her best day) and has focal delusions on you know who. I feel like crap, had to delay the second biopsy because they screwed up my insurance (thank you Mirabilis). Second tests are at 9:00 this morning; I should be done by 1:00ish.  We can talk after that.

Bottom line - please don't take is personally, I really wish it were about you...it isn't. Yes, we are on for Tuesday, yes, I am really looking forward to it, yes, I think we can re-engage the boys if you and I are on our game and I deeply believe that will happen.  If not, you can help me hide their bodies and then we just look for a new team.  See how easily that was solved?

Honestly, everything will be great when you get here.  I'll pick you up at 9:30 at RIC so we can get started in the car.  We'll be in the basement from 10:00 until 2:30 until you have to go back to the airport and we will get lots done.  Just like we always do when we're working together.

Hope your mouth feels better.  If you have time to call today after 1:00, please do 804-852-1771 or home 804-364-8450.  I'll be in a great mood after they've stuck several needles in both boobs.  You would think that since I have NOOOOOOOO boobs, the lumps would have been sadly obvious, but alas, it was not to be!  Insult to injury, huh?

Later!
Shirley

-----Original Message-----
From: Frank Hailstones (M)
Sent: Friday, October 27, 2006 6:16 PM
To: Edie, Curry
Subject: Helloooooo....anybody there?

and my mouth hurts.......

Are we still on for Tuesday?

Or is your email address changed???

1

Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

2

| | |
|---|---|
| From: | Frank Hailstones (M) |
| Sent: | Wednesday, November 01, 2006 6:13 AM |
| To: | Edie Curry |
| Subject: | RE: Thank you for coming to RIC |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Me too. Apart from an excess caffeine reaction. God knows what the boys thought of my Lenny Bruce.

Lets make this happen and take it from there

Frank

-----Original Message-----
From: Edie Curry
Sent: Tue 10/31/2006 6:36 PM
To: Frank Hailstones (M)
Subject: Thank you for coming to RIC

It reminded me how much I miss working with you.  I do miss you.
Thanks again.

Sent by GoodLink (www.good.com)
Edie Curry

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

1

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Wednesday, November 01, 2006 8:01 AM |
| **To:** | ediecurry@comcast.net |
| **Subject:** | RE: Hmmmnn..... |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Just a thought....from my wall

The era of procrastination, of safe measures, of soothing and baffling expedients, of delays, is at its close. We are entering a period of consequences.

Winston Churchill 1936


--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

1

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Wednesday, November 01, 2006 9:01 AM |
| **To:** | ecurry@comcast.com |
| **Subject:** | Favorite Movies |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Ms Shawshank

Just a short note to extend my best wishes to you on your redemption.

We have a call at 11am today with the CSI blokes from UK?

M Freeman

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Wednesday, November 01, 2006 10:31 AM |
| **To:** | ecurry@comcast.com |
| **Cc:** | Edie Curry |
| **Subject:** | Brokerage Fraud Methodology |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Brokerage Fraud Methodology.doc |

Edie

Outline thoughts scribbled on the plane last night.

Few other observations:

- We need to build out the Model from yesterday soon as - the GRID especially and the ANALYSIS criteria
- We need RESEARCH pulled together on any data out there which helps us create an initial database profile
- We need a good POWERPOINT slideshow ready pre Wachovia
- Technology is KEY. I will speak to Max re FoxT involvement. They have software for Real Time Transactions Monitoring and Automated Segregation of Duties, as well as the Axena Compliance Manager. Apart from a license on TBD terms, I will check out his interest in a JV on developing a product/content around the Brokerage Fraud solution
- We need to work through our DIFFERENTIATORS a bit more; Certfication will be a key INTEGRAL part of a solution so timing / readiness etc will be key as we take this product to market
- We need SPECIFIC fraud investigation experience on board - either TC or HB. Maybe Forensic Pathways, but also maybe some of our existing security guys moving into HB and sub-con back to Stratis (IF we have the right competencies / caliber of people)
- Meed to think through the role for DAN KOREM and a home for him
- Also, need to think how best to engage LAURIE in the analysis - maybe Dan Korem researching Laurie's book if we give hiom the structure of our data needs?

Anyway, first cut

Thoughts?

Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

**Brokerage Fraud (BF)**

**Outline Methodology and Thoughts**

**Objectives**

Develop a preventive BF system which, with an appropriate level of detective controls, will significantly reduce the opportunities for fraud to be perpetrated, and significantly increase the chances of it being prevented in those occasions where it has been attempted, or detected where it has been carried out.

**Outline Methodology**

Starting point is the institutional 'pain' – in tangible terms $100m in costs associated with fraud (discovered and where institution is liable/has admitted liability). This is the starting point or reference point around which (most of) the solution needs to be developed.

**Process**

**This is likely to be a 4-Staged Approach**

1. **Analysis – "What has caused us to pay out $100m and what can we learn from these cases?"**
2. **Prevention & Detection Measures – " What do we need to do to install better mechanisms to prevent and/or detect these types of fraud earlier, either before it happens or as soon after if it does?"**
3. **Exposures – "Where else might we be exposed – both with regard to similar (to $100m) frauds performed but as yet undetected, and/or other types of fraud not yet highlighted?"**
4. **Certification – "How can I assure myself that we have the 'right' people?"**

<u>**Analysis**</u>

We need to understand in the first instance 'what's wrong' using the base reference point $100m and;

- Analyze the $100m by **Type of Claim** ( Theft; Mis-Selling; Mis-Representation ; Inappropriate Sale etc) and **Number and Value** by category
- Capture the characteristics of each claim by way of **Cause** ( Product Category; Claim Category; Broker Profile (Age/ Length of Service/Location/Seniority/ Focus Products/Client Mix); Claimant Profile (Length of time as client/ Location/Trading turnover frequency/Risk Profile/Asset Profile or Mix); Claim Root Cause (Control, System, People, IT failure); Management Over-ride; Avoidable; Repeated Instance; etc)

- Analyze the $100m re **Payment Criteria** ( Calculated Loss ; Estimated Loss; Negotiated Amount; Standard Sum etc)

Objective of the above is to identify patterns / trends/ characteristics and to focus attention on the priorities based on volume/value of claim criteria.

We should be able to create a Grid – **Type of Claim/ Number and Value.** Each box in the grid can then be analyzed by **Cause.**

We can then focus on the vertical and horizontal analyses - characteristics by box in terms of commonality of claims in the box, and commonality of causes of claims cross box. This allows us to focus on both the details solution at both operational or activity level (people/ process / technology) as well as at corporate level (policies/procedures / training/ management oversight etc)

Our *value proposition* here is a solution which is:

- Based on a (technology-based) Patented (applied-for) Model
- Structured & Comprehensive
- Delivered by experienced practitioners (Industry/Functional)
- Provides a leave behind repeatable solution for the client

**<u>Prevention & Detection Measures</u>**

The next stage is to develop the 'fix'. Based on the above analysis there will be a mixture of action points, related to each box and cross-box, covering amongst others:

**Policies and Procedures**
- Employment Practices
- Remuneration Structures
- Ethics and Integrity
- Independence / Conflict of Interest
- Complaints Procedures

**People**
- Background Checks
- Role & Responsibility Definition
- Training
- Individuals' Authorities to Commit
- Monitoring & Supervision

**Process**
- Client Acceptance
- Product Sales Criteria
- Sales Approval Process
- Client Exposures (value of portfolio)

**Technology**
- Transactions Monitoring (Real-Time - Based on Fraud Business Rules)
- Access Controls ( Automated Segregation of Duties)
- Data Security (Protect access/ integrity/ from loss or corruption etc)
- Reporting

Our *value proposition* here is a solution which is:

- Both Preventive and Detective in nature
- Solution and "Gap Specific" based on Analysis
- Covers Corporate and Operational Issues
- Effective in reducing Fraud
- Cost-Effective ( Pay-Out Cost and Collateral Cost)

**Exposures**

Exposures relates to both:

(i)     Looking-Back for other instances of similar frauds
(ii)    Looking beyond the types of fraud currently identified

**Looking-Back for other instances of similar frauds**

Our aim would be to profile brokers based on the Analysis and to carry out a more in-depth review based on (TBD) key indicators. For example, compared to a broker peer group:

- Non Static remuneration earned (commission)
- How commission earned ( Products / Client Mix)
- Timing of Commission based events
- Client Portfolio Mix
- Volume and Frequency of Transactions
- Clients Profit/Loss in period
- Changes in Clients Value over period
- Client Turnover
- Age of Book of Business (Clients)

**Looking beyond the types of fraud currently identified**

This is a bit more tricky. This will require some analysis outside of client and probably some form of fraud investigation expertise. Essentially, we are seeking to answer the question – 'what's missing?' What other types of fraud might be perpetrated at this (type of) client that is not evident?

Process would be similar to the above but clearly we will have less experience initially; will be easier after we have done a few assignments for different clients

## Certification

This will be an essential part of the value proposition going forward. We need to be able to differentiate ourselves from other firms offering similar anti-fraud products and services, and who will be more established, with a track-record and demonstrably greater in-depth relevant expertise and bandwidth. The Certification product does it. Issue will be one of timing / readiness and how we are able to present it

| From: | Frank Hailstones (M) |
|---|---|
| Sent: | Wednesday, November 01, 2006 10:39 AM |
| To: | Edie Curry |
| Subject: | RE: Brokerage Fraud Methodology |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Completed |

Edie

Never came up in CONVERSATION during the discussions. I assumed that the $500k related to time costs and legal fees but will FOLLOW-UP this end

SPEAK at 2pm

Frank

-----Original Message-----
From: Edie Curry
Sent: Wednesday, November 01, 2006 10:36 AM
To: Frank Hailstones (M); 'ecurry@comcast.com'
Subject: RE: Brokerage Fraud Methodology

I agree.  Great use of capitalization in your message.
By the way: why do the boys need to return their laptops?  I thought that was part of the $500k.  Phones I understand laptops I don't.  Can you help?

 -----Original Message-----
From:        Frank Hailstones (M)
Sent: Wed Nov 01 10:30:34 2006
To:   ecurry@comcast.com
Cc:   Edie Curry
Subject:    Brokerage Fraud Methodology

Edie

Outline thoughts scribbled on the plane last night.

Few other observations:


*     We need to build out the Model from yesterday soon as - the GRID especially and the ANALYSIS criteria
*     We need RESEARCH pulled together on any data out there which helps us create an initial database profile
*     We need a good POWERPOINT slideshow ready pre Wachovia
*     Technology is KEY. I will speak to Max re FoxT involvement. They have software for Real Time Transactions Monitoring and Automated Segregation of Duties, as well as the Axena Compliance Manager. Apart from a license on TBD terms, I will check out his interest in a JV on developing a product/content around the Brokerage Fraud solution
*     We need to work through our DIFFERENTIATORS a bit more; Certfication will be a key INTEGRAL part of a solution so timing / readiness etc will be key as we take this product to market
*     We need SPECIFIC fraud investigation experience on board - either TC or HB. Maybe Forensic Pathways, but also maybe some of our existing security guys moving into HB and sub-con back to Stratis (IF we have the right competencies / caliber of people)
*     Meed to think through the role for DAN KOREM and a home for him
*     Also, need to think how best to engage LAURIE in the analysis - maybe Dan Korem researching Laurie's book if we give hiom the structure of our data needs?

Anyway, first cut

1

Thoughts?

Frank

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Wednesday, November 08, 2006 10:42 AM |
| **To:** | ediecurry@comcast.net |
| **Cc:** | mark.wickersham@comcast.net |
| **Subject:** | Brokerage Fraud |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Wachovia Analysis 2.xls |

I attach my thoughts on the Matrix we discussed last week.

Few points on perspective;

1. We need to have a very detailed, structured analysis which covers I believe 4 dimensions – **People** (who); **Causes** (how); **Detection** (How); **Impact** (What$)
2. Underlying premise is we need to get to a level of detail whereby we can map causes to solutions. That's our key value proposition – we can help fix what went wrong NOT JUST identify it
3. We need to recognize that the frauds are likely to be complex and will be caused by a number of primary/secondary factors which will require a multi-layered solution
4. Technology will be important front-end in terms of data capture so we can do an appropriate level of analysis; BUT, initially it will require an experienced eye reading fraud case materials to extract the data for input. I don't see any way around this. After the data set is input, I can see a Standard Form being developed (software questionnaire type) for completion by client at case close
5. We can develop the initial pro-formas in the software once we have agreed what/how to structure the data input
6. Output will be a Matrix (series of Matrices) which we can color code by priority
7. Follow-on would be to take the Analyses data and translate it into Indicators that we can use to search the client database for other (undetected Frauds)

Speak at 1.30pm today if that suits

Frank

–
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| From: | Frank Hailstones (M) |
|---|---|
| Sent: | Monday, November 20, 2006 11:45 AM |
| To: | Edie Curry |
| Subject: | RE: This is the briefing I was telling you about. |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

OK. Your FP guy never returned my calls or email

*Frank Bleedin Cold in London Mate*

**From:** Edie Curry [mailto:ecurry@tireflys.com]
**Sent:** Mon 11/20/2006 12:33 PM
**To:** Frank Hailstones (M)
**Subject:** This is the briefing I was telling you about.

Call when you have had a chance to read it.

Thanks,
Edie

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Monday, November 20, 2006 3:21 PM |
| **To:** | 'Edie Curry' |
| **Subject:** | RE: Forensic Pathways & Richmond Partnership |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Edie
Never heard a dickie bird
Heading back tomorrosw so next trip
Maybe next trip
Frank

-----Original Message-----
From:      Edie Curry [mailto:ediecurry@comcast.net]
Sent: Mon Nov 20 12:44:58 2006
To:    rleary@forensic-pathways.com
Cc:    'Gene Winter'; Frank Hailstones (M)
Subject:    RE: Forensic Pathways & Richmond Partnership

Richard:

My colleague is in the UK and is trying to contact you.  He has been unsuccessful so far.
Perhaps you could either respond to this email or try him on his cell and perhaps you two
could find a few minutes to meet.  Frank Hailstone's cell phone number is 407-592-5586.  I
hope you two can connect somehow!


Thanks,

Edie Curry



From: Gene Winter [mailto:gwinter@grpva.com]
Sent: Thursday, November 09, 2006 2:22 PM
To: ediecurry@comcast.net
Subject: FW: Forensic Pathways & Richmond Partnership


Here it is.


Gene


L. Gene Winter

Sr. Vice President

Greater Richmond Partnership, Inc.

901 E. Byrd Street, Suite 801

Richmond, Virginia 23219

1

Office:        804-643-3227

Mobile:        804-921-5487

Fax:              804-343-7167

Tool Free:   800-229-6332

From: Richard Leary [mailto:rleary@forensic-pathways.com]
Sent: Thursday, November 09, 2006 8:20 AM
To: Gene Winter
Cc: Deb Leary; mweiss@co.hanover.va.us; 'Andrew Harfoot'
Subject: Forensic Pathways & Richmond Partnership

Dear Gene, Marc and Andrew

It was excellent to meet you and the team in Birmingham. We gained a valuable insight into
what you are doing and how things could work out. We hope your meeting with the British
and American Business Council went well and we wondered about linking up with them on this
project. Any thoughts?
Would it help?

Thanks for arranging the telephone conference call with Eddy Curry and her colleague. We
spent a considerable amount of time on the call and covered some excellent ground. I
cannot stress enough how important the synergy is that we found between ourselves. I was
really very encouraged at the level and depth of the conversation as well as the common
ground we could develop together.

I am awaiting an E Mail from Eddy and her colleague to set up the next stage of the
communications and this is an import6ant feature of the trip to see you all in Richmond.

I would be most grateful if you could forward this E Mail to Eddy so we can begin setting
up meetings and moving things forward. E Mail link-up and contact with Eddy would be
excellent.

Our best wishes...

Richard

Richard M Leary, MBE, LLB Hons, Ph.D - Managing Director | Forensic Pathways Ltd | Tel: +
44 1827,312 812 | Mobile: +44 (0)7919.548405 | Email:
<mailto:rleary@Forensic-Pathways.com> rleary@Forensic-Pathways.com |

Freedom of Information Act 2000. This email and any attachments may contain confidential
information belonging to Forensic Pathways Ltd. Where the email and any attachments
contain information of a confidential nature, including without limitation information
relating to trade secrets, special terms or prices these shall be deemed for the purpose
of the Freedom of Information Act 2000 as information provided in confidence by Forensic

2

Pathways Ltdand the disclosure of which would be prejudicial to Forensic Pathways Ltd commercial interests.


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| From: | Frank Hailstones (M) |
|---|---|
| Sent: | Friday, November 24, 2006 7:13 AM |
| To: | ediecurry@comcast.net |
| Subject: | FW: Did you guys ever pay for the tea? |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Completed |

Ahhhh..youre a net not a com. Belated whatevers...

-----Original Message-----
From: Frank Hailstones (M)
Sent: Thu 11/23/2006 7:53 AM
To: ediecurry@comcast.com
Subject: FW: Did you guys ever pay for the tea?

Edie

Hey there pinny girl. Bet you a dollar you are in slippers / pinny and at the sink peelin tatties etc

I know how much you sooooo.... love family do's like this You should film it; would make a great reality show if its anything like my family get togethers - usually involved a fight, a break-up, a secret exposed etc. All great fun. I miss it it like a fart in a spacesuit.

Anyway. Terra Firma after a hectic few days in Uk. Saw my kids only briegly for a curry in between busy weekend  of due diligence

So, got back yesterday. Confirmed FINALLY that the severance checks went out last night (so I am advised) and called tony who was going to advise everyone. I hope its so this time

Ready to come up whenever to progress our stuff. Have you set up Newco yet? Tery was going to send thro outline Operating Agreement couple of weeks back but not seen anything yet. Can you chase up please ? I am seeing Berman early next week to sort it all out, Newco A , Note, Op Ag etc so we can move on

So back to the food prep girl

Hi to evertone. Enjoy your day. Only 3 months to go until we can get you pi**ed properly

Your Third Favorit Jock (after Sean and Ewan)

PS we are still waiting on the check from Boston for the tea you guys dumped. Bit rude dont you thinl?


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

1

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, December 01, 2006 6:57 AM |
| **To:** | ediecurry@comcast.net |
| **Subject:** | Confidential Separation Agreement |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**Attachments:**   Confidential Separation Agreement.pdf



Confidential
Separation Agreem..
                    die

Tracked down the Agreement we signed. Call when you get a moment

Thanks

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

1

DRAFT OF LETTER OF INTENT TO EDIE CURRY

October 31, 2006
Edith Curry-Broadhead
11916 Brookmeade Court
Glen Allen, VA  23059

Re:    Confidential Separation Agreement

Dear Edie:

The purpose of this letter is to set forth our mutual understanding of our agreement ("Agreement") to the terms and conditions with respect to the termination of your position from Mirabilis Ventures, Inc.("Mirabilis") and any and all its affiliated companies. Based upon our discussions and negotiations, we would like to confirm that it is our collective agreement to do the following:

1.     All right, title and interest in and to the Nexia Certification program ("Nexia Certification"), will be assigned to you.  Payment for same is hereinafter described.

2.     You shall be indemnified by Mirabilis Ventures, Inc. from and against any claims that may be brought against you as a result of your serving as an officer and director of the Mirabilis and/or its affiliates, which claims were covered by the D & O policy.

3.     You shall retain of your stock in Presidion Corporation.

4.     You shall resign effective October 31, 2006 from all board positions held in Mirabilis or any of its affiliates.

5.     You shall retain the right, as an independent contractor, to participate in transactions that you may bring to the Company or its affiliates in the future, on mutually agreeable terms.

6.     As compensation for the transfer to you of all right, title and interest in and to Nexia Certification, you have agreed to designate or create a new entity ("Newco") for the purpose of advancing Nexia Certification and/or for performing consulting work. This entity will execute a note payable to an entity to be formed, Newco B, as hereinafter described. The note shall be for the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) with interest at prime + 2% which interest shall accrue from October 31, 2006 until paid (the "Note") It shall be pre-payable in whole or in part without penalty at any time. The Note shall be payable from the first profits earned by Newco.

7.     Nexia consultants will form a separate company (Newco B) and will not have any controlling shareholders or employees with a history of fraud or other criminal activity. Newco B shall be formed for the specific purpose of working with Newco on the Nexia Certification program and related Anti-Fraud consulting. The gross revenues from consulting on this joint venture shall be shared equally between the two "Newco" entities.

- 1 -

DRAFT OF LETTER OF INTENT TO EDIE CURRY

The parties agree to execute a final an complete joint venture agreement between the "Newco" entities by October 31, 2006.

8.      All obligations (other than current salary which terminates by agreement of October 15, 2006 and unpaid expenses) owed to you as of October 31, 2006, by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment or any other oral or written agreement that you have with any such entity shall be null void and of no further force or effect. Moreover, you agree to a general release in favor of all such entities as of the aforesaid October 31, 2006, date. Notwithstanding the foregoing, the obligations of this Agreement shall survive as shall the restrictions contained in the Common Paymaster Employment Agreement as to you as employee thereunder, except to the extent necessary to permit you to perform consulting services and to market and fully develop and market the Nexia Certification Program.

9.      Neither party shall disparage the other and shall agree upon a statement to be made to any third party who may inquire as to the reasons for separation. The parties shall provide each other with good references upon request.

10.     The Brookmeade note from Presidion Solutions shall remain in full force and effect.

If this letter accurately sets forth our agreement, kindly execute and return the enclosed copy of this letter. Thereafter, the Newco entities can be created (or identified in the case of your entity), the Note can be drafted and our agreement can be further documented.

Sincerely,
MIRABILIS VENTURES, INC.

By: _____

Frank Hailstones, President

**CONFIRMATION AND ACCEPTANCE**

I confirm my acceptance of the terms and conditions of this letter Agreement with Nexia Strategy Corporation. Dated on this _20_ day of October, 2006.

By: _____
Name: Edith Curry-Broadhead

- 2 -

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, December 01, 2006 7:54 AM |
| **To:** | ediecurry@comcast.net |
| **Subject:** | FW: Forensic Pathways & Richmond Partnership |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Edie

You want me involved?

Frank

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Friday, December 01, 2006 8:37 AM
**To:** Edie Curry
**Cc:** Frank Hailstones (M); gwinter@grpva.com; Andrew Harfoot; Deb Leary
**Subject:** RE: Forensic Pathways & Richmond Partnership

Edie and Frank

We are coming to Richmond on the planned visit on 11 December and will be there for the whole week. Things are being coordinated by Andrew Harfoot in the UK and Gene Winter at the Richmond Partnership. I will get the NDA agreement sent over to you. Our discussions were very 'synergetic' and look forward to discussing them again and similar areas with you and Frank.

Do you want to discuss anything before we come over?

Thanks

Richard

---

**From:** Edie Curry [mailto:ecurry@tireflys.com]
**Sent:** 09 November 2006 19:40
**To:** 'Gene Winter'; Richard Leary
**Subject:** RE: Forensic Pathways & Richmond Partnership

Dear Richard:

Thank you for reaching out to Gene. I sent the original email to forensic_pathways; it didn't come back as undeliverable so I thought it had reached you. I apologize for slipping a digit!

Frank Hailstones and I genuinely appreciated your time with us on the phone. Please let us know when you plan to make the trip across the pond and if there are any Non-Disclosure Agreements, etc., you need from us prior, please let me know directly. Once we have confirmed dates, we will schedule the other meetings accordingly.

Thank you again,
Edie Curry
804-335-1000 x455
804-852-1771 (c)
201 West 7th Street

1/13/2008

Richmond, VA  23224

---

**From:** Gene Winter [mailto:gwinter@grpva.com]
**Sent:** Thursday, November 09, 2006 2:22 PM
**To:** ediecurry@comcast.net
**Subject:** FW: Forensic Pathways & Richmond Partnership

Here it is.

Gene

L. Gene Winter
Sr. Vice President
Greater Richmond Partnership, Inc.
901 E. Byrd Street, Suite 801
Richmond, Virginia 23219

Office:      804-643-3227
Mobile:     804-921-5487
Fax:          804-343-7167
Tool Free:  800-229-6332

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Thursday, November 09, 2006 8:20 AM
**To:** Gene Winter
**Cc:** Deb Leary; mweiss@co.hanover.va.us; 'Andrew Harfoot'
**Subject:** Forensic Pathways & Richmond Partnership

Dear Gene, Marc and Andrew

It was excellent to meet you and the team in Birmingham. We gained a valuable insight into what you are doing and how things could work out. We hope your meeting with the British and American Business Council went well and we wondered about linking up with them on this project. Any thoughts? Would it help?

Thanks for arranging the telephone conference call with Eddy Curry and her colleague. We spent a considerable amount of time on the call and covered some excellent ground. I cannot stress enough how important the synergy is that we found between ourselves. I was really very encouraged at the level and depth of the conversation as well as the common ground we could develop together.

I am awaiting an E Mail from Eddy and her colleague to set up the next stage of the communications and this is an import6ant feature of the trip to see you all in Richmond.

I would be most grateful if you could forward this E Mail to Eddy so we can begin setting up meetings and moving things forward. E Mail link-up and contact with Eddy would be excellent.

Our best wishes...

Richard
**Richard M Leary, MBE, LLB Hons, Ph.D - Managing Director** | Forensic Pathways Ltd | Tel: +44 1827 312
812 | Mobile: +44 (0)7919.548405 | Email: rleary@Forensic-Pathways.com |

Freedom of Information Act 2000. This email and any attachments may contain confidential information belonging to Forensic Pathways Ltd. Where the email and any attachments contain information of a confidential nature, including without limitation information relating to trade secrets, special terms or prices these shall be deemed for the purpose of the Freedom of Information Act 2000 as information provided in confidence by Forensic Pathways Ltd and the disclosure of which would be prejudicial to Forensic Pathways Ltd commercial interests.

\*\*\* Virus Checked By MailSure Services \*\*\*
For more information on protection against viruses, spam and 'inappropriate' content, visit
http://www.mailsure.net

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, December 01, 2006 5:05 PM |
| **To:** | Edie Curry |
| **Subject:** | RE: Forensic Pathways & Richmond Partnership |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Is the Pope catholic? Why do donuts have holes etc etc Tuesday 12 Dec best bet for me for week after next..

Hope it works

Jocky Mc Nugget

---

**From:** Edie Curry [mailto:ediecurry@comcast.net]
**Sent:** Friday, December 01, 2006 9:03 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Forensic Pathways & Richmond Partnership

Does a bear poop in the woods?

---

**From:** Frank Hailstones (M) [mailto:fhailstones@nexlastrategy.com]
**Sent:** Friday, December 01, 2006 8:54 AM
**To:** ediecurry@comcast.net
**Subject:** FW: Forensic Pathways & Richmond Partnership

Edie

You want me involved?

Frank

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Friday, December 01, 2006 8:37 AM
**To:** Edie Curry
**Cc:** Frank Hailstones (M); gwinter@grpva.com; Andrew Harfoot; Deb Leary
**Subject:** RE: Forensic Pathways & Richmond Partnership

Edie and Frank

We are coming to Richmond on the planned visit on 11 December and will be there for the whole week. Things are being coordinated by Andrew Harfoot in the UK and Gene Winter at the Richmond Partnership. I will get the NDA agreement sent over to you. Our discussions were very 'synergetic' and look forward to discussing them again and similar areas with you and Frank.

Do you want to discuss anything before we come over?

Thanks

Richard

1/13/2008

**From:** Edie Curry [mailto:ecurry@tireflys.com]
**Sent:** 09 November 2006 19:40
**To:** 'Gene Winter'; Richard Leary
**Subject:** RE: Forensic Pathways & Richmond Partnership

Dear Richard:

Thank you for reaching out to Gene.  I sent the original email to forensic_pathways; it didn't come back as undeliverable so I thought it had reached you.  I apologize for slipping a digit!

Frank Hailstones and I genuinely appreciated your time with us on the phone.  Please let us know when you plan to make the trip across the pond and if there are any Non-Disclosure Agreements, etc., you need from us prior, please let me know directly.  Once we have confirmed dates, we will schedule the other meetings accordingly.

Thank you again,
Edie Curry
804-335-1000 x455
804-852-1771 (c)
201 West 7th Street
Richmond, VA  23224

**From:** Gene Winter [mailto:gwinter@grpva.com]
**Sent:** Thursday, November 09, 2006 2:22 PM
**To:** ediecurry@comcast.net
**Subject:** FW: Forensic Pathways & Richmond Partnership

Here it is.

Gene

L. Gene Winter
Sr. Vice President
Greater Richmond Partnership, Inc.
901 E. Byrd Street, Suite 801
Richmond, Virginia 23219

Office:     804-643-3227
Mobile:   804-921-5487
Fax:        804-343-7167
Tool Free: 800-229-6332

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Thursday, November 09, 2006 8:20 AM
**To:** Gene Winter
**Cc:** Deb Leary; mweiss@co.hanover.va.us; 'Andrew Harfoot'
**Subject:** Forensic Pathways & Richmond Partnership

Dear Gene, Marc and Andrew

It was excellent to meet you and the team in Birmingham. We gained a valuable insight into what you are doing and how things could work out. We hope your meeting with the British and American Business Council went well and we wondered about linking up with them on this project. Any thoughts? Would it help?

Thanks for arranging the telephone conference call with Eddy Curry and her colleague. We spent a considerable amount of time on the call and covered some excellent ground. I cannot stress enough how important the synergy is that we found between ourselves. I was really very encouraged at the level and depth of the conversation as

well as the common ground we could develop together.

I am awaiting an E Mail from Eddy and her colleague to set up the next stage of the communications and this is an import6ant feature of the trip to see you all in Richmond.

I would be most grateful if you could forward this E Mail to Eddy so we can begin setting up meetings and moving things forward. E Mail link-up and contact with Eddy would be excellent.

Our best wishes...

Richard
**Richard M Leary, MBE, LLB Hons, Ph.D - Managing Director** | Forensic Pathways Ltd | Tel: +44 1827 312 812 | Mobile: +44 (0)7919.548405 | Email: rleary@Forensic-Pathways.com |
**Freedom of Information Act 2000.** This email and any attachments may contain confidential information belonging to Forensic Pathways Ltd. Where the email and any attachments contain information of a confidential nature, including without limitation information relating to trade secrets, special terms or prices these shall be deemed for the purpose of the Freedom of Information Act 2000 as information provided in confidence by Forensic Pathways Ltdand the disclosure of which would be prejudicial to Forensic Pathways Ltd commercial interests.

*** Virus Checked By MailSure Services ***
For more information on protection against viruses, spam and 'inappropriate' content, visit
http://www.mailsure.net

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

| From: | Frank Hailstones (M) |
|---|---|
| Sent: | Friday, December 08, 2006 10:11 AM |
| To: | Edie Curry |
| Subject: | Security |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |
| Attachments: | UNTITLED.PPT |

Edie

First cut at the TOR and scope which I can fill out; does this look like it?

Frank

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

## Streamlining Security Clearance – Fit for Purpose

| **Objective** | • Define "Positions at Risk" (PAR), and develop / validate the specific security clearance criteria for each (PAR), based on an individual PAR risk exposure analysis. Define the data requirements and the process for both initiation and maintenance of security clearance |
|---|---|
| **Pain Point(s)** | • High cost of security clearance caused by 'higher-than-required' security clearance status for many individuals <br> • High cost of scheme maintenance due to over-onerous requirements <br> • Process bottlenecks due to increased time required for higher level clearances <br> • Potential business impacts of security clearance failures due to higher than required security status <br> • (Potential) slowdown on projects due to security clearance delays |
| **Solution Outline** | • Define positions at risk (PAR) and identify "at risk" criteria (by position) <br> • Perform risk analyses by PAR <br> • Define risk appetite / acceptable risk by PAR <br> • Define security clearance criteria specific to each (risk assessed) PAR <br> - Map defined PAR Key Risks to controls – access to data, physical access etc. <br> - Map defined PAR Key Risks to "people" (incumbent) characteristics and clearance data required <br> • Define Security clearance process relevant to (assessed) PAR for both acquiring security clearance and the consequent maintenance <br> • Define monitoring process for PAR "shut down" areas – physical, data, electronic etc., and data capture media |

Message

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Wednesday, December 20, 2006 6:35 AM |
| **To:** | Richard Leary |
| **Subject:** | RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Richard

I will put it in my diary. I will be traveling from Croydon so we may need to put the time back a bit if that's OK. I will check train times

Regards

Frank

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Wednesday, December 20, 2006 4:25 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways

Frank

It was good to meet you as well. I really enjoyed looking at what you do and it got me thinking. Have had good conversations with Edie and Richmond and things look good.

Can we meet at Stafford on Friday 29 December at say 9am? Location to be agreed?

Richard

-----Original Message-----
**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** 19 December 2006 19:59
**To:** Richard Leary
**Subject:** RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways

Richard,

Good to meet up with you and Deb, albeit briefly in Richmond last week.

We spoke of getting together post Christmas in the UK – London or Stafford for a catch up on how we might work together

I can do the Thursday or Friday post Christmas if that suits?

Let me know and we can hopefully arrange something

Best Wishes for the Season

Regards

Frank

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Tuesday, December 05, 2006 4:07 PM
**To:** Frank Hailstones (M)
**Cc:** gwinter@grpva.com; Edie Curry; Andrew Harfoot
**Subject:** Richmond Partenrship - Frank Hailstone - Forensic Pathways

Frank

Thanks for the call.

As agreed, we will try to link up on Thursday afternoon/evening next week or Friday morning.

Looking forward to meeting up next week.

Best wishes...

Richard


*** Virus Checked By MailSure Services ***
For more information on protection against viruses, spam and 'inappropriate' content, visit
http://www.mailsure.net

| | |
|---|---|
| **From:** | Frank Hailstones (M) |
| **Sent:** | Friday, December 29, 2006 12:44 AM |
| **To:** | Richard Leary |
| **Subject:** | RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Richard

Should be there for about 10 this morning. Will be accompanied by my colleague Linda Duncan ex KPMG partner

Thx

*Frank*

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Thu 12/28/2006 7:42 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways

Frank

That is good for me. If you want to make it later that will work well for me too – probably better as well. Let me know.

Richard

---

**From:** Frank Hailstones (M) [mailto:fhailstones@nexlastrategy.com]
**Sent:** 28 December 2006 11:59
**To:** Richard Leary
**Subject:** RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways

Richard

9am might be a struggle as I will be driving. Trains look daunting (spent too long in Florida)

I suggest 10ish at your office in Tamworth if thats OK

My suggested Agenda for the meeting (through early agternoon)

1. Technology Overview & Potential Linkages

2. US Opportunities - Richmond

3. UK ? Europe Opportunities

4.  Potential Relationship Options

Hope that works for you

*Frank*

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Thu 12/28/2006 6:45 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways

Frank

Are we still on for 9am tomorrow? Let me know if you have any difficulties.

Thanks

Richard
07919.548405


**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** 20 December 2006 12:35
**To:** Richard Leary
**Subject:** RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways

Richard

I will put it in my diary. I will be traveling from Croydon so we may need to put the time back a bit if that's OK. I will check train times

Regards

Frank


**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Wednesday, December 20, 2006 4:25 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways

Frank

It was good to meet you as well. I really enjoyed looking at what you do and it got me thinking. Have had good conversations with Edie and Richmond and things look good.

Can we meet at Stafford on Friday 29 December at say 9am? Location to be agreed?

Richard

-----Original Message-----
**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]

Message

**Sent:** 19 December 2006 19:59
**To:** Richard Leary
**Subject:** RE: Richmond Partenrship - Frank Hailstones - Forensic Pathways

Richard,

Good to meet up with you and Deb, albeit briefly in Richmond last week.

We spoke of getting together post Christmas in the UK – London or Stafford for a catch up on how we might work together

I can do the Thursday or Friday post Christmas if that suits?

Let me know and we can hopefully arrange something

Best Wishes for the Season

Regards

Frank

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Tuesday, December 05, 2006 4:07 PM
**To:** Frank Hailstones (M)
**Cc:** gwinter@grpva.com; Edie Curry; Andrew Harfoot
**Subject:** Richmond Partenrship - Frank Hailstone - Forensic Pathways

Frank

Thanks for the call.

As agreed, we will try to link up on Thursday afternoon/evening next week or Friday morning.

Looking forward to meeting up next week.

Best wishes...

Richard

\*\*\* Virus Checked By MailSure Services \*\*\*
For more information on protection against viruses, spam and 'inappropriate' content, visit
http://www.mailsure.net

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 269.4.0/759 - Release Date: 4/12/2007 7:58 PM

1/13/2008

From:           Minushka Ramirez
Sent:           Monday, December 18, 2006 10:19 AM
To:             Frank Hailstones (M)
Subject:        RE: E Curry Confidential Separation Agreement

Thank you

-----Original Message-----
From: Frank Hailstones (M)
Sent: Monday, December 18, 2006 11:11 AM
To: Minushka Ramirez
Subject: FW: E Curry Confidential Separation Agreement

This is the signed document .Although it still says draft Richard Berman confirmed it was
enforceable

Regards

Frank

1

| | |
|---|---|
| From: | ediecurry@comcast.net |
| Sent: | Friday, October 20, 2006 12:19 PM |
| To: | Frank Hailstones (M) |
| Cc: | reb@bermankean.com |
| Subject: | final letter |
| Attachments: | 19953(4).doc |

Ignore first fax.  This one is final.

--

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any use, review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original message.

DRAFT OF LETTER OF INTENT TO EDIE CURRY

October 31, 2006
Edith Curry-Broadhead
11916 Brookmeade Court
Glen Allen, VA  23059

**Re:**   Confidential Separation Agreement

Dear Edie:

The purpose of this letter is to set forth our mutual understanding of our agreement ("Agreement") to the terms and conditions with respect to the termination of your position from Mirabilis Ventures, Inc.("Mirabilis") and any and all its affiliated companies. Based upon our discussions and negotiations, we would like to confirm that it is our collective agreement to do the following:

1.      All right, title and interest in and to the Nexia Certification program ("Nexia Certification"), will be assigned to you. Payment for same is hereinafter described.

2.      You shall be indemnified by Mirabilis Ventures, Inc. from and against any claims that may be brought against you as a result of your serving as an officer and director of the Mirabilis and/or its affiliates, which claims were covered by the D & O policy.

3.      You shall retain of your stock in Presidion Corporation.

4.      You shall resign effective October 31, 2006 from all board positions held in Mirabilis or any of its affiliates.

5.      You shall retain the right, as an independent contractor, to participate in transactions that you may bring to the Company or its affiliates in the future, on mutually agreeable terms.

6.      As compensation for the transfer to you of all right, title and interest in and to Nexia Certification, you have agreed to designate or create a new entity ("Newco") for the purpose of advancing Nexia Certification and/or for performing consulting work. This entity will execute a note payable to an entity to be formed, Newco B, as hereinafter described. The note shall be for the sum of  FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) with interest at prime + 2% which interest shall accrue from October 31, 2006 until paid (the "Note") It shall be pre-payable in whole or in part without penalty at any time. The Note shall be payable from the first profits earned by Newco.

7.      Nexia consultants will form a separate company (Newco B) and will not have any controlling shareholders or employees with a history of fraud or other criminal activity. Newco B shall be formed for the specific purpose of working with Newco on the Nexia Certification program and related Anti-Fraud consulting. The gross revenues from consulting on this joint venture shall be shared equally between the two "Newco" entities.

- 1 -

DRAFT OF LETTER OF INTENT TO EDIE CURRY

The parties agree to execute a final an complete joint venture agreement between the "Newco" entities by October 31, 2006.

8.     All obligations (other than current salary which terminates by agreement of October 31, 2006 and unpaid expenses) owed to you as of October 31, 2006, by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment or any other oral or written agreement that you have with any such entity shall be null void and of no further force or effect.  Moreover, you agree to a general release in favor of all such entities as of the aforesaid October 31, 2006, date. Notwithstanding the foregoing, the obligations of this Agreement shall survive as shall the restrictions contained in the Common Paymaster Employment Agreement as to you as employee thereunder, except to the extent necessary to permit you to perform consulting services and to market and fully develop and market the Nexia Certification Program.

9.     Neither party shall disparage the other and shall agree upon a statement to be made to any third party who may inquire as to the reasons for separation.  The parties shall provide each other with good references upon request.

10.     The Brookmeade note from Presidion Solutions shall remain in full force and effect.

If this letter accurately sets forth our agreement, kindly execute and return the enclosed copy of this letter.  Thereafter, the Newco entities can be created (or identified in the case of your entity), the Note can be drafted and our agreement can be further documented.

Sincerely,
MIRABILIS VENTURES, INC.

By: _____

Frank Hailstones, President

## CONFIRMATION AND ACCEPTANCE

I confirm my acceptance of the terms and conditions of this letter Agreement with Nexia Strategy Corporation.  Dated on this ___ day of October, 2006.

By: _____
Name: Edith Curry-Broadhead

- 2 -

From:           Edie Curry
Sent:           Monday, October 16, 2006 4:42 PM
To:             Frank Hailstones (M)
Subject:        RE: Cleaner Proposal1 (3)

Yes.
Thank you for your advocacy.  I truly appreciate it.

-----Original Message-----
From:       Frank Hailstones (M)
Sent: Mon Oct 16 17:12:18 2006
To:   Edie Curry
Subject:    Cleaner Proposal1 (3)

Edie

Berman's redline. Nothing major I think. Are we there?

Frank

1

| From: | Edie Curry |
|---|---|
| Sent: | Monday, October 16, 2006 3:13 PM |
| To: | Frank Hailstones (M) |
| Subject: | RE: Draft Final Proposal |
| Attachments: | Cleaner Proposal1.doc |

Nothing material, just clarification.

---

**From:** Frank Hailstones (M)
**Sent:** Monday, October 16, 2006 3:40 PM
**To:** Edie Curry
**Subject:** Draft Final Proposal

Edie

Does this look right? I have sent to Berman to look over as (hopefully) final draft but didn't want to delay things if there were any outstanding points

Essentially you resign tonight if this is it. Correct? Also need to look at language re Newco A and B to make sure legally appropriate for consulting sharing purposes. Hopefully I have not confused issues further

I also spoke to the Richmond team this afternoon; I will brief you later

Frank

**EDIE CURRY REVISED OFFER**
Monday October 16

This is a reaffirmation of the final offer to be made to Edie

1. All right, title and interest in and to the Nexia Certification program would be assigned to Edie

2. As compensation for the foregoing, any new entity that Edie may create for the purpose of advancing Nexia Certification, Newco A, (not Edie personally) shall execute a Note payable to Mirabilis in the amount of $500K with interest at prime + 2% which shall accrue from the date of execution until paid. The $500k Note plus interest is to be paid from future revenues -- either from Nexia Certification or the first $500k share of (Edie's Newco) consulting revenues (see 3 below) is the final amount owing by Edie Curry covering all claims/amounts due.

3. Nexia consultants will form a separate company (Newco B) that will not be affiliated with Mirabilis and not have any controlling shareholders or employees with a history of fraud or other criminal activity, for the specific purpose of working with the Nexia Certification program and the gross profits from this joint venture shall be shared equally between the 2 "Newco" organizations

4. Edie shall retain her stock in Presidion

5. Edie shall receive a full waiver, as a former officer and director, shall remain covered by the D & O policy for any claims within the policy purview.

6. Edie shall retain the right, as an independent contractor, to participate in transactions that she may bring to Mirabilis or one of its affiliates or subsidiaries in the future, on mutually agreeable terms

7. Edie shall resign from all offices and directorships that she may hold in Mirabilis or any of its subsidiaries or affiliates.

8. All obligations (other than current salary which terminates by agreement on October 15 2006, and unpaid expenses) owed to Edie personally by Mirabilis, Common Paymaster or any other affiliate or subsidiary of Mirabilis pursuant to any employment agreement, or any other written or oral agreement that Edie has with any such entity shall be null, void and of no further force or effect and Edie shall execute a general release in favor of all such entities. Notwithstanding the foregoing, the obligations of this agreement shall survive as shall the restrictions contained in the Common Paymaster employment agreement as to Edie as employee thereunder. Fine.

9. Edie shall retain her stock in Mirabilis Ventures, Inc.and the shareholder agreement shall be unaffected.
   
   <span style="border:1px solid">Deleted:</span>

10. Neither party shall disparage the other and shall agree upon a statement to be made to any third party who inquires as to why. fine and I shall have a good reference.

Deleted: ¶
¶
¶
¶
¶
¶
¶

| From: | Frank Hailstones (M) |
| Sent: | Friday, August 18, 2006 8:32 AM |
| To: | Edie Curry; Scott Hannah; Mark Wickersham; Tony Santillo; Dean Armitage (M); Frank Hailstones (M) |
| Subject: | Brokerage Fraud.ppt |
| Attachments: | Brokerage Fraud.ppt |

Guys

A few outline thoughts on the overall approach to Brokerage Fraud before our 10am webex

I will cover it briefly then (Dean can you have it up on the webex too please)

Thanks

| | |
|---|---|
| **From:** | ediecurry@comcast.net |
| **Sent:** | Friday, December 01, 2006 7:21 PM |
| **To:** | Frank Hailstones (M) |
| **Subject:** | RE: Forensic Pathways & Richmond Partnership |

Well, you just think you can pick a date, any date and we're going to revolve around you, eh? Actually, we're scheduled to meet with Wachovia on Friday the 15th from 1 - 2:30 with their top 5 folks who report to Marge. Can you make it here Wed - Fri night perhaps or Tuesday - Friday? I know that's a lot but, there is a lot to cover, especially if the meeting with Richard Russell (National Intelligence guy)falls that week (it's supposed to)  Forensic is supposed to spend Thursday in Charlotte, NC, the rest of the time here. I am also trying to horn in on the meeting on Tuesday with William Parrish, former head of Homeland Security now at VCU.

--

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any use, review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original message.

-------------- Original message --------------
From: "Frank Hailstones (M)" <fhailstones@nexiastrategy.com>
Is the Pope catholic? Why do donuts have holes etc etc Tuesday 12 Dec best bet for me for week after next..

Hope it works

Jocky Mc Nugget

--------------------------------------------------

**From:** Edie Curry [mailto:ediecurry@comcast.net]
**Sent:** Friday, December 01, 2006 9:03 AM
**To:** Frank Hailstones (M)
**Subject:** RE: Forensic Pathways & Richmond Partnership

Does a bear poop in the woods?

--------------------------------------------------

**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** Friday, December 01, 2006 8:54 AM
**To:** ediecurry@comcast.net
**Subject:** FW: Forensic Pathways & Richmond Partnership

Edie

You want me involved?

Frank

---

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Friday, December 01, 2006 8:37 AM
**To:** Edie Curry
**Cc:** Frank Hailstones (M); gwinter@grpva.com; Andrew Harfoot; Deb Leary
**Subject:** RE: Forensic Pathways & Richmond Partnership

Edie and Frank

We are coming to Richmond on the planned visit on 11 December and will be there for the whole week. Things are being coordinated by Andrew Harfoot in the UK and Gene Winter at the Richmond Partnership. I will get the NDA agreement sent over to you. Our discussions were very â€˜synergeticâ€™ and look forward to discussing them again and similar areas with you and Frank.

Do you want to discuss anything before we come over?

Thanks

Richard

---

**From:** Edie Curry [mailto:ecurry@tireflys.com]
**Sent:** 09 November 2006 19:40
**To:** 'Gene Winter'; Richard Leary
**Subject:** RE: Forensic Pathways & Richmond Partnership

Dear Richard:

Thank you for reaching out to Gene. I sent the original email to forensic_pathways; it didnâ€™t come back as undeliverable so I thought it had reached you. I apologize for slipping a digit!

Frank Hailstones and I genuinely appreciated your time with us on the phone. Please let us know when you plan to make the trip across the pond and if there are any Non-Disclosure Agreements, etc., you need from us prior, please let me know directly. Once we have confirmed dates, we will schedule the other meetings accordingly.

Thank you again,
Edie Curry
804-335-1000 x455
804-852-1771 (c)
201 West 7th Street
Richmond, VA  23224

---

**From:** Gene Winter [mailto:gwinter@grpva.com]
**Sent:** Thursday, November 09, 2006 2:22 PM
**To:** ediecurry@comcast.net
**Subject:** FW: Forensic Pathways & Richmond Partnership

Here it is.
Gene

L. Gene Winter
Sr. Vice President
Greater Richmond Partnership, Inc.
901 E. Byrd Street, Suite 801

1/13/2008

Richmond, Virginia 23219

Office:    804-643-3227
Mobile:    804-921-5487
Fax:       804-343-7167
Tool Free: 800-229-6332

**From:** Richard Leary [mailto:rleary@forensic-pathways.com]
**Sent:** Thursday, November 09, 2006 8:20 AM
**To:** Gene Winter
**Cc:** Deb Leary; mweiss@co.hanover.va.us; 'Andrew Harfoot'
**Subject:** Forensic Pathways & Richmond Partnership

Dear Gene, Marc and Andrew

It was excellent to meet you and the team in Birmingham. We gained a valuable insight into what you are doing and how things could work out. We hope your meeting with the British and American Business Council went well and we wondered about linking up with them on this project. Any thoughts? Would it help?

Thanks for arranging the telephone conference call with Eddy Curry and her colleague. We spent a considerable amount of time on the call and covered some excellent ground. I cannot stress enough how important the synergy is that we found between ourselves. I was really very encouraged at the level and depth of the conversation as well as the common ground we could develop together.

I am awaiting an E Mail from Eddy and her colleague to set up the next stage of the communications and this is an import6ant feature of the trip to see you all in Richmond.

I would be most grateful if you could forward this E Mail to Eddy so we can begin setting up meetings and moving things forward. E Mail link-up and contact with Eddy would be excellent.

Our best wishes...

Richard
**Richard M Leary, MBE, LLB Hons, Ph.D - Managing Director** | Forensic Pathways Ltd | Tel: +44 1827 312 812 | Mobile: +44 (0)7919.548405 | Email: rleary@Forensic-Pathways.com |
Freedom of Information Act 2000. This email and any attachments may contain confidential information belonging to Forensic Pathways Ltd. Where the email and any attachments contain information of a confidential nature, including without limitation information relating to trade secrets, special terms or prices these shall be deemed for the purpose of the Freedom of Information Act 2000 as information provided in confidence by Forensic Pathways Ltdand the disclosure of which would be prejudicial to Forensic Pathways Ltd commercial interests.

\*\*\* Virus Checked By MailSure Services \*\*\*
For more information on protection against viruses, spam and 'inappropriate' content, visit http://www.mailsure.net

**From:** ediecurry@comcast.net
**Sent:** Thursday, November 30, 2006 7:44 AM
**To:** Frank Hailstones (M)
**Subject:** Re: Helllooooo........anybody there?????

Have you tracked down my signed release?

--

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any use, review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original message.

-------------- Original message ---------------
From: "Frank Hailstones (M)" <fhailstones@nexiastrategy.com>

| | |
|---|---|
| **From:** | ediecurry@comcast.net |
| **Sent:** | Friday, November 24, 2006 8:51 AM |
| **To:** | Frank Hailstones (M) |
| **Subject:** | Re: FW: Did you guys ever pay for the tea? |

Hey!  Happy day after stuffed-bird day to you.  I haven't seen my severence agreement yet.  Any news on that signed document?

Glad you're back.
Be safe,
Edie

--
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any use, review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original message.

-------------- Original message --------------
From: "Frank Hailstones (M)" <fhailstones@nexiastrategy.com>

Ahhhh..youre a net not a com. Belated whatevers...

-----Original Message-----
From: Frank Hailstones (M)
Sent: Thu 11/23/2006 7:53 AM
To: ediecurry@comcast.com
Subject: FW: Did you guys ever pay for the tea?

Edie

Hey there pinny girl. Bet you a dollar you are in slippers / pinny and at the sink peelin tatties etc

I know how much you SOOOOO.... love family do's like this You should film it; would make a great reality show if its anything like my family get togethers - usually involved a fight, a break-up, a secret exposed etc. All great fun. I miss it it like a fart in a spacesuit.

Anyway. Terra Firma after a hectic few days in Uk. Saw my kids only briegly for a curry in between busy weekend of due diligence

So, got back yesterday. Confirmed FINALLY that the severance checks went out last night (so I am advised) and called tony who was going to advise everyone. I hope its so this time

Ready to come up whenever to progress our stuff. Have you set up Newco yet? Tery was going to send thro outline Operating Agreement couple of weeks back but not seen anything yet. Can you chase up please ? I am seeing Berman early next week to sort it all out, Newco A , Note, Op Ag etc so we can move on

So back to the food prep girl

Hi to evertone. Enjoy your day. Only 3 months to go until we can get you pi**ed properly

Your Third Favorit Jock (after Sean and Ewan)

PS we are still waiting on the check from Boston for the tea you guys dumped. Bit rude dont you thinl?

**From:**       Edie Curry
**Sent:**       Saturday, October 28, 2006 2:56 AM
**To:**         Frank Hailstones (M)
**Subject:**    RE: Helloooooo....anybody there?

Sean:
Please use ediecurry@comcast.net. Sorry we haven't been able to connect. Busy as a cat covering....well, busy as a woman running two companies; one distressed staffed with high-maintenance creative-types and the other not staffed at all but trying to pretend to the outside world we are a fully functioning team! Then there's the four children who are wonderful and are in the soccer, tae kwon do, dating, gymnastic, school dance, etc., etc., phase. Layer on that the hostile, hell-hath-no-fury ex-wife who doesn't work, is a part-time mother (on her best day) and has focal delusions on you know who. I feel like crap, had to delay the second biopsy because they screwed up my insurance (thank you Mirabilis). Second tests are at 9:00 this morning; I should be done by 1:00ish.  We can talk after that.

Bottom line - please don't take is personally, I really wish it were about you...it isn't. Yes, we are on for Tuesday, yes, I am really looking forward to it, yes, I think we can re-engage the boys if you and I are on our game and I deeply believe that will happen.  If not, you can help me hide their bodies and then we just look for a new team.  See how easily that was solved?

Honestly, everything will be great when you get here. I'll pick you up at 9:30 at RIC so we can get started in the car.  We'll be in the basement from 10:00 until 2:30 until you have to go back to the airport and we will get lots done.  Just like we always do when we're working together.

Hope your mouth feels better.  If you have time to call today after 1:00, please do 804-852-1771 or home 804-364-8450.  I'll be in a great mood after they've stuck several needles in both boobs.  You would think that since I have NOOOOOOOO boobs, the lumps would have been sadly obvious, but alas, it was not to be!  Insult to injury, huh?

Later!
Shirley

-----Original Message-----
From: Frank Hailstones (M)
Sent: Friday, October 27, 2006 6:16 PM
To: Edie Curry
Subject: Helloooooo....anybody there?

and my mouth hurts.......

Are we still on for Tuesday?

Or is your email address changed???

Frank

---

**From:**   Frank Hailstones (M)

**Sent:**   Wednesday, November 08, 2006 3:24 PM

**To:**     mark.wickersham@comcast.net

**Subject:** RE: Brokerage Fraud

Mark
Still waiting on response from Cell phone on 2 matters
Travelling now so likely tomorrow
Frank

-----Original Message-----
From:  mark.wickersham@comcast.net [mailto:mark.wickersham@comcast.net]
Sent:  Wed Nov 08 10:47:30 2006
To:    Tony Santillo; Scott Hannah; Terry Chu; Frank Hailstones (M)
Cc:    Edie at home Curry
Subject:     FW: Brokerage Fraud

Frank,
If 1:30 works better for you, we'll call you then.

Terry, Scott, and Tony,
Here are the materials we will discuss with Frank at 1:30 today.

Mark

Tony, Scott, Terry
--------------- Forwarded Message: ---------------
From: "Frank Hailstones (M)" <fhailstones@nexiastrategy.com>
To: <ediecurry@comcast.net>
Cc: <mark.wickersham@comcast.net>
Subject: Brokerage Fraud
Date: Wed, 8 Nov 2006 16:43:36 +0000
> I attach my thoughts on the Matrix we discussed last week.
>
>
>
> Few points on perspective;
>
>
>
> 1.   We need to have a very detailed, structured analysis which
> covers I believe 4 dimensions - People (who); Causes (how); Detection
> (How); Impact (What$)
> 2.   Underlying premise is we need to get to a level of detail
> whereby we can map causes to solutions. That's our key value proposition
> - we can help fix what went wrong NOT JUST identify it
> 3.   We need to recognize that the frauds are likely to be complex
> and will be caused by a number of primary/secondary factors which will
> require a multi-layered solution
> 4.   Technology will be important front-end in terms of data capture
> so we can do an appropriate level of analysis; BUT, initially it will
> require an experienced eye reading fraud case materials to extract the
> data for input. I don't see any way around this. After the data set is
> input, I can see a Standard Form being developed (software questionnaire
> type) for completion by client at case close
> 5.   We can develop the initial pro-formas in the software once we

1/13/2008

RE: Brokerage Fraud

> have agreed what/how to structure the data input
> 6.   Output will be a Matrix (series of Matrices) which we can color
> code by priority
> 7.   Follow-on would be to take the Analyses data and translate it
> into Indicators that we can use to search the client database for other
> (undetected Frauds)
>
>
>
> Speak at 1.30pm today if that suits
>
>
>
> Frank
>
>

From:     Edie Curry [ediecurry@comcast.net]
Sent:     Thursday, November 09, 2006 2:58 PM
To:       Frank Hailstones (M)
Subject:  Employment Agreements

Frank:

Mark Wickersham was told by Marty Flynn this morning that Frank Amodeo had their employment agreements and termination agreements for his review/signature.  This is causing great confusion.

We are unable to move forward with Wachovia or anyone else for that matter until this is resolved.  Since you were supposed to sign mine, what is the status of that agreement?

Please advise.

Thanks,
Edie

From:            Edie Curry
Sent:            Monday, October 23, 2006 10:27 AM
To:              'Richard E. Berman'
Cc:              Frank Hailstones (M)
Subject:         RE: Does this work?

Yeah, but I am an attorney, you terd!  But I hear you and I will engage Angel at the
drafting stage.
Terd is a term of endearment of course.

    -----Original Message-----
From:       Richard E. Berman [mailto:reb@bermankean.com]
Sent: Mon Oct 23 11:25:35 2006
To:    Edie Curry
Cc:    Frank Hailstones (M)
Subject:      RE: Does this work?

Frank is not an attorney.  I need the terms for the joint venture and of course for Newco
B we need to talk with Frank about setting that up.
Please have Angel in the loop for the joint venture docs.  It is easier to tweak if we are
part of the process

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to
whom, or entity to which, it is addressed and may contain confidential and/or privileged
material. Any unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail, destroy all
copies of the original message, and do not disseminate it further. If you are the intended
recipient, but do not wish to receive communications through this medium, please advise
the sender immediately.

From: Edie Curry [mailto:ECurry@nexiastrategy.com]
Sent: Monday, October 23, 2006 11:22 AM
To: Richard E. Berman
Subject: RE: Does this work?


No...just the promissory note and employment releases, etc.  Hailstones
and I are working on the other stuff then you can tweek the final draft,
OK?

    -----Original Message-----
From:   Richard E. Berman [mailto:reb@bermankean.com]
Sent:  Mon Oct 23 11:18:22 2006
To:    Edie Curry
Subject:      RE: Does this work?

OK, we will begin a draft of Operating Agreement and Release

Richard E. Berman, Esq.

1

Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000    Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for
the person to whom, or entity to which, it is addressed and may contain
confidential and/or privileged material. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail, destroy all copies
of the original message, and do not disseminate it further. If you are
the intended recipient, but do not wish to receive communications
through this medium, please advise the sender immediately.

---

From: Edie Curry [mailto:ECurry@nexiastrategy.com]
Sent: Monday, October 23, 2006 11:08 AM
To: Richard E. Berman
Subject: RE: Does this work?

Can't we move forward with the docs and by the time Newco is set up we
can just plug in the name.  The Newco name is very minor compared to the
T's and C's, right?

-----Original Message-----
From:    Richard E. Berman [mailto:reb@bermankean.com]
Sent:    Mon Oct 23 10:06:16 2006
To:      Edie Curry
Subject:        RE: Does this work?

You are welcome.  Are you ready to move forward with completing the
necessary docs?  Please let me know when your Newco is formed.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000    Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for
the person to whom, or entity to which, it is addressed and may contain
confidential and/or privileged material. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail, destroy all copies
of the original message, and do not disseminate it further. If you are
the intended recipient, but do not wish to receive communications
through this medium, please advise the sender immediately.

---

From: Edie Curry [mailto:ECurry@nexiastrategy.com]
Sent: Saturday, October 21, 2006 9:11 AM
To: Richard E. Berman
Subject: RE: Does this work?

2

We are there. I signed it and faxed it to Mr. Hailstones.

Thank you again for your help; it has been invaluable.
Be safe my friend.

---

From: Richard E. Berman [mailto:reb@bermankean.com]
Sent: Friday, October 20, 2006 5:55 PM
To: Edie Curry
Subject: Does this work?

This has been approved by Frank Hailstones. I added the language with regard to termination of positions as an officer based upon our conversations and got the extension through October 31 so there would be no problem on mortgage re-financing. Are we there?

Richard

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000 Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

</HTML

</HTML