# ATTACHMENT E

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                            CHAPTER 11

            Debtor.
_____/

### APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY J. RUSSELL CAMPBELL AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL COUNSEL *NUNC PRO TUNC* TO MAY 27, 2008

**MIRABILIS VENTURES, INC.** ("Mirabilis"), by and through its undersigned counsel, hereby moves this Court for authority to employ J. Russell Campbell ("Campbell") and the law firm of Balch & Bingham LLP ("Balch"), as special counsel *Nunc Pro Tunc* to May 27, 2008 in this case, and, in support thereof, respectfully states:

1. On May 27, 2008, Mirabilis filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is § 327(a) of the Bankruptcy Code.

3. Mirabilis is a Florida corporation incorporated in 2005.

4. Mirabilis seeks authority to employ Campbell as special counsel for the purpose of continuing to pursue certain state court and federal court litigation, which Balch had been pursuing for Mirabilis prepetition.

5. Mirabilis is familiar with the professional standing, reputation, and ability of Campbell and his firm. Mirabilis believes Campbell and Balch are well qualified and able to serve Mirabilis in a cost-effective, efficient, and timely manner.

6. Mirabilis desires to employ Campbell as its special counsel to continue to pursue existing commercial lawsuits against third parties. Other services will include taking any and all other necessary action incident to the proper preservation and administration of this estate.

7. Mirabilis seeks appointment of Campbell and Balch because they have extensive experience and expertise in commercial litigation and have preexisting experience on the very matters upon which they are to be employed.

8. The terms of employment between Mirabilis and Campbell, subject to the approval of this Court, are that services will be billed at the standard hourly rates of Campbell and the respective attorneys, which rates are subject to periodic adjustments to reflect economic and other conditions.

9. Campbell has not received an advance fee or retainer from the estate. The estate shall be responsible for all fees and expenses incurred by Balch, which compensation to be paid in such amounts as may be allowed by the Court upon proper application in accordance with 11 U.S.C. §330.

10. Except as set forth below and in the verified statement filed contemporaneously with this application, Balch does not hold or represent any interest adverse to Mirabilis.

11. Balch is owed approximately $34,677.29 for services performed prior to the Petition Date. Other than its general unsecured claim, Balch does not hold or represent any interest adverse to the estate.

12. There will be no duplication of services between Campbell and Latham Shuker, Mirabilis' counsel.

WHEREFORE, Mirabilis Ventures, Inc., respectfully requests the Court enter an order authorizing it to retain J. Russell Campbell, Esquire, and the law firm of Balch & Bingham LLP, as its special counsel *Nunc Pro Tunc* to May 27, 2008 for the matters described in this application and for such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED this 8th day of September 2008.

/s/ Jimmy D. Parrish
Elizabeth A. Green
Florida Bar No.: 0600547
Jimmy D. Parrish
Florida Bar No.: 526401
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                         CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.            CHAPTER 11

            Debtor.
_____/

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the **APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY J. RUSSELL CAMPBELL AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL COUNSEL** *NUNC PRO TUNC* **TO MAY 27, 2008**, has been furnished by electronic mail and/or U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; J. Russell Campbell, Esq., Balch & Bingham, LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642; to the Local Rule 1007 list, as noted on the matrix attached to the original of this application filed with the Court; and the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 8th day of September 2008.

                                                                 /s/ Jimmy D. Parrish
                                                                 Jimmy D. Parrish, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-04327-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Sep 8 16:30:49 EDT 2008 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051-6240 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 |
| BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850-3339 | Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23219-3531 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 |
| First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016-5844 | Forge Capital Partners LLC<br>c/o Bart Valdes<br>609 W Horatio St<br>Tampa FL 33606-2272 | Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119-8331 |
| Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 |
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>P.O. Box 231<br>Orlando, Florida 32802-0231 | John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 |
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.  CHAPTER 11

Debtor.
_____/

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY J. RUSSELL CAMPBELL AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL COUNSEL *NUNC PRO TUNC* TO MAY 27, 2008**

I, J. Russell Campbell, in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am a partner with the firm of Balch & Bingham LLP, ("Balch") and have been duly admitted to practice in the United States District Courts for the Middle District of Florida.

2. Except as set forth below, Balch and its individual attorneys do not represent Mirabilis Ventures, Inc. ("Debtor"), any creditors or other parties-in-interest in this case, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

3. Balch holds a general unsecured claim against the Debtor in the amount of $34,677.29.

4. Other than Balch's general unsecured claim, Balch does not hold or represent any interest adverse to the Debtor. Balch does not represent or hold any interest adverse to the Debtor with respect to the matters on which Balch seeks to be employed.

5. Other than as stated herein, the undersigned is not aware of any conflict or potential conflict relating to the employment of Balch as special counsel for Mirabilis in this case.

6.   The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of Mirabilis, (2) a computer search of Balch's client list, and (3) a memorandum circulated to all of Balch's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

DATED this 8th day of September 2008.

_____
J. Russell Campbell
Florida Bar No.: 901423
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642
Tel: 205-226-3438
Fax: 205-488-5859
Email: rcampbell@balch.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-04327-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Sep  8 16:30:49 EDT 2008 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051-6240 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 |
| BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850-3339 | Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23219-3531 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 |
| First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016-5844 | Forge Capital Partners LLC<br>c/o Bart Valdes<br>609 W Horatio St<br>Tampa FL 33606-2272 | Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119-8331 |
| Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 |
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>P.O. Box 231<br>Orlando, Florida 32802-0231 | John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 |
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                  CHAPTER 11

        Debtor.
_____/

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY J. RUSSELL CAMPBELL AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL COUNSEL *NUNC PRO TUNC* TO MAY 27, 2008**, has been furnished by electronic mail and/or U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; J. Russell Campbell, Esq., Balch & Bingham, LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642; to the Local Rule 1007-1 list, as noted on the matrix attached to the original of this application filed with the Court; and the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 8th day of September 2008.

                                                /s/ Jimmy D. Parrish
                                                Jimmy D. Parrish
                                                Florida Bar No.: 526401
                                                **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                                390 N. Orange Ave., Suite 600
                                                Orlando, Florida 32801
                                                Tel: 407-481-5800
                                                Fax: 407-481-5801
                                                Attorneys for Mirabilis Ventures, Inc.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-04327-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Sep  8 16:30:49 EDT 2008 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051-6240 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 |
| BNA Tax Management<br>1435 Key West Ave.<br>Rockville, MD 20850-3339 | Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23219-3531 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 |
| First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016-5844 | Forge Capital Partners LLC<br>c/o Bart Valdes<br>609 W Horatio St<br>Tampa FL 33606-2272 | Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119-8331 |
| Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 |
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>P.O. Box 231<br>Orlando, Florida 32802-0231 | John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Philadelphia, PA 19170-7090 |
| On Target Solutions<br>1491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Mark J. Bernet<br>no city<br>no state | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     1<br>Total                  23 |

# ATTACHMENT F

Case 6:07-cv-01788-JA-GJK   Document 253-2   Filed 05/24/10   Page 12 of 16

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; TERENCE CHU, et al.,<br><br>    Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>    Counterclaim and Third Party Defendants. | Case No. 6:07-CV-1788-ORL-28-KRS<br>6:07-CV-1788-ORL-28-GJK |

## DECLARATION OF AARON C. BATES

1. My name is Aaron C. Bates. I am a resident of Orange County, Florida. I am over the age of 19 and of sound mind.

2. From March 2006 to June 2007, I was employed by Mirabilis Ventures, Inc. and its subsidiaries (collectively "Mirabilis") as a staff attorney.

3. From June 2007 through May 2010, I was a partner in Bates Mokwa, PLLC f/k/a Goldberg Bates, PLLC ("Bates Mokwa").

4. In June 2007, Bates Mokwa was retained by Mirabilis to assist in the liquidation and wind-down of MVI.

5. Shortly thereafter, Mirabilis retained Balch & Bingham, LLP as legal counsel to represent the interests of Mirabilis and Nexia Strategy Company ("Nexia") in possible litigation

revolving around the development of an anti-fraud product referred to as Nexia Certification. Mirabilis and Nexia are the Plaintiffs in the pending action.

6. Before the filing of the original complaint, Balch & Bingham, Bates Mokwa, and Plaintiffs conducted an investigation to determine whether or not there was sufficient evidence to assert the allegations set forth in the original complaint. That investigation process (which occurred prior to the filing of the original complaint) included, without limitation, the following:

 a. Eric Langley and Russ Campbell met face-to-face with myself and representatives of Plaintiffs on at least two occasions in Orlando, Florida. During these lengthy meetings, Plaintiffs' representatives explained to all attorneys involved the underlying facts set forth in the original complaint. Both Mr. Langley and Mr. Campbell asked many questions and requested documents to support the allegations.

 b. Balch & Bingham (through, by way of example only, Mr. Langley, Mr. Campbell, Allen Estes and Lindsay Reese) held numerous conference calls with Plaintiffs and myself to discuss the underlying facts, as well as the legal support for asserting causes of action based on the underlying facts.

 c. It was requested, and Plaintiffs provided, thousands of pages of documents relating to the underlying facts set forth in the original complaint. Such documents included, without limitation, the personnel files for defendants named in the original complaint, documents relating to Plaintiffs (e.g. bylaws, corporate governance, financial documents, etc...), documents related to the pending patent for Nexia Certification, documentation demonstrating that Mirabilis funded the development and patent application for Nexia Certification, audio/video relating to the operations of Mirabilis and

Nexia and the subject patent, and documents relating to the operation and purpose of Palaxar Group, LLC and Palaxar Holdings, LLC.

    d.    Before filing the original complaint, Plaintiffs were asked numerous questions regarding the underlying facts and the documents they provided, which Plaintiffs answered.

    e.    Before the filing of the original complaint, the draft complaint (privileged/work-product) was circulated amongst Balch & Bingham, Bates Mokwa, and Plaintiffs. Plaintiffs reviewed the draft complaint (privileged/work-product) and verified the accuracy of all facts stated therein. Numerous revisions of the complaint (privileged/work-product) were reviewed and circulated amongst the attorneys and Plaintiffs to ensure that the original complaint accurately set forth the Plaintiffs' understanding of the facts at that time.

7.    Plaintiffs reviewed and approved the original complaint prior to its filing.

8.    Balch & Bingham, Bates Mokwa, and Plaintiffs continued the investigation after the filing of the original complaint. Before the filing of the amended complaint adding Terrence Chu as a defendant, a draft of the amended complaint (privileged/work-product) was again circulated amongst the attorneys and Plaintiffs. Plaintiffs reviewed the draft complaint (privileged/work-product) and verified the accuracy of all facts stated therein. Numerous revisions of the amended complaint (privileged/work-product) were reviewed and circulated to ensure that the amended complaint accurately set forth the Plaintiffs' understanding of the facts.

9.    Plaintiffs reviewed and approved the amended complaint prior to its filing.

10. In approximately May 2008, the law firm of Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker") began representing Plaintiffs in light of forthcoming bankruptcy proceedings.

11. At that time, Bates Mokwa was relieved of any authority to act on behalf of Plaintiffs by Mirabilis's liquidating President, R.W. Cuthill, Jr. At the direction of Elizabeth Green, Esq. (a partner with Latham Shuker), Bates Mokwa subsequently turned over all litigation files related to Plaintiffs to Latham Shuker, including the file related to this action.

12. Thereafter, on June 5, 2008, the Court entered an Order staying this case due to the bankruptcy proceedings initiated by Mirabilis.

13. Bates Mokwa, PLLC was formally substituted for Broad & Cassel, PLLC as the attorney of record in this matter pursuant to the Court's November 6th Order. See Dkt. #169.

14. On December 2, 2009, the Court lifted its stay.

15. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge.

_____
Aaron C. Bates, Esq.