## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE NO.: 6:07-CV-1788-ORL-28-GJK

MIRABILIS VENTRUES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiff,

vs.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
FICTITIOUS DEFENDANTS 1 through 8

    Defendants/Third –Party Plaintiffs,

vs.

JAMES V. SADRIANNA; et al.

    Third-Party Defendants.
_____/

## THIRD PARTY DEFENDANT JAMES V SADRIANNA'S MOTION FOR CLARIFICATION

COMES NOW the Third Party Defendant James V. Sadrianna ("SADRIANNA") and files this, Motion for Clarification of whether the Amended Case Management and Scheduling Order apply to the Third Party claims.

### BACKROUND

1. On December 2, 2009 the Court reinstated the case and lifted the stay and instructed the parties to meet within the next five days to prepare a proposed amended scheduling order (Docket #178).

2. A conference call was held on December 9, 2009 but no discovery concerns of this third party defendant were discussed. The conversation mainly occurred between MIRABILIS counsel and PALAXAR counsel regarding proposed dates and who was going to draft the Case Management and Scheduling Order.

3. Ms. Davies as counsel for Third Party Defendants Aaron Bates and Matt Mokwa emailed the parties on January 5, 2010 and stated that, "Since there is no scheduling order in place covering the third-party claims and the motion to sever remains unresolved; we have been unable to conduct any discovery." Ms. Havener in her reply states that she is willing to provide her client to be deposed with respect to the counterclaims but not until the summary judgment motion filed by Palaxar as to Mirabilis Ventures claim is ruled upon. (Attachment A).

4. Jim Shepherd former counsel of Yaniv Amar weighed in on discovery issue on May 16, 2010, stating that, "I would not have agreed to a conference call on that date if the discussions were going to be on setting discovery deadlines and other dates for the third party complaints, which will involve a significant amount of discovery and depositions." (Attachment B).

5. On February 1, 2010, Mirabilis Ventures, Inc. filed a Case Management Report which specifically excluded the Third Party Defendants (Docket #187).[1]

---

[1] Bates, Mokwa and Amar in their Reconsideration of Severance motion (Docket #241) and Palaxar in its Answer to Bates Mokwa's Reconsideration of Severance (Docket #245) incorrectly state that the third parties were excluded from the Courts Amended Case Management Order on February 10, 2010 (Docket #190) when in fact it was the Case Management Order filed on February 1, 2010 that the third parties were excluded (Docket 187).

6. On February 10, 2010 the Court's Amended Case Management and Scheduling Order did not have any exclusionary language concerning the Third Party Defendants (Docket#190).

7. SADRIANNA has expressed his concerns about the Amended Case Management and Scheduling Order issue as well as overall discovery issues as it relates to the parties in this case but has received little feedback other than PALAXAR counsel suggesting a meeting be held to amend the scheduling order but leave the trial date the same. An alternative that a majority of the third party defendants are not in agreement with.

## RELIEF SOUGHT AND GROUNDS FOR SAME

8. SADRIANNA seeks a ruling on whether the current Amended Scheduling Order applies to Sadrianna or any of the third parties for that matter.

9. Sadrianna also seeks a date certain for all parties in this case to discuss the issues and disputed facts regarding third parties discovery issues in relation to Rule 26(f), Rule 26(a) (ii) and the scheduled mediation as it pertains to the third parties.

Dated: June 2, 2010

Respectfully Submitted,

_____
James V Sadrianna, Pro Se
Third-Party Defendant

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing has been furnished by Priority Mail or CM/ECF to counsel or parties listed below this 2nd day of June, 2010 at the addresses indicated:

Jane S. Raskin, Esq.
Raskin & Raskin, P.A.
2601 South Bayshore Drive
Suite 725
Miami, FL 33133
Counsel for Third Party Plaintiff
Edith Curry, Frank Hailstones Palaxar Group, LLC and Palaxar Holdings, LLC

Kathleen B. Havener
Kathleen B. Havener, Attorney at Law, LLC
1511 Russell Road
Chagrin Falls, OH 44022
Counsel for Third Party Plaintiff
Edith Curry, Frank Hailstones Palaxar Group, LLC and Palaxar Holdings, LLC

Nicolette Corseo Vilmos, Esq
Todd K. Norman, Esq.
Broad and Cassel
390 North Orange Avenue, Suite 1400
Orlando, FL 32802
Counsel for Mirabilis Ventures, Inc. and Nexia Strategy Corporation

Kathleen Davies, Esq.
The Davies Law Firm
126 E. Jefferson Street
Orlando, FL 32801
Counsel for Aaron Bates and Matthew Mokwa

Yaniv Amar
3475 Mystic Point Drive
TH #10
Aventura, FL 33180
Pro Se

I. Randall Gold
U.S. Attorney's Office
Suite 300
501 W. Church Street
Orlando, FL 32805

Frank L Amodeo
Reg. #48883-019 Unit B3
F.C.C. - Low
P.O. Box 1031
Coleman, FL 33521
Pro Se

Terence Chu
5637 Country Hills Lane
Glen Allen, VA 23059-5424
Pro Se

_/s/ James V. Sadrianna_
James V. Sadrianna, Pro Se
10025 Chatham Oaks Court
Orlando, FL 32836
Phone    407-810-8595
Facsimile 407-351-1407
jsadrianna@cfl.rr.com