# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MIRABILIS VENTURES, INC., and          :
NEXIA STRATEGY CORPORATION,            :
                                       :
    Plaintiffs,                        :
                                       :          Case No. 6:07-cv-01788-Orl-28GJK
    v.                                 :
                                       :
PALAXAR GROUP, LLC;                    :
PALAXAR HOLDINGS, LLC;                 :
FRANK HAILSTONES; EDITH                :
CURRY a/k/a EDITH BROADHEAD;           :
and TERENCE CHU,                       :
                                       :
    Defendants,                        :
                                       :
    v.                                 :
                                       :
MIRABILIS VENTURES, INC., et al.,      :
                                       :
    Third Party Defendants,            :
_____/

### UNITED STATES' NOTICE REGARDING BANKRUPTCY ORDER

    Pursuant to this Court's May 17, 2010 Order (Doc. 247), the United States hereby notifies the Court that, on June 2, 2010, the Bankruptcy Court issued both a Memorandum Opinion and an accompanying Order granting the Debtor's Motion to Confirm Property of the Estate under the Court Approved Compromise with the United States.  The Bankruptcy Court found that the claims of Nexia Strategy Corporation in this litigation remain the property of the debtor's estate in the Chapter 11 bankruptcy and, as such, can be litigated by Mirabilis.  A copy of the Bankruptcy Court's Order, without the accompanying Memorandum Opinion, is attached hereto.

Dated: June 7, 2010                          Respectfully submitted,

                                             A. Brian Albritton
                                             United States Attorney

                           By:    /s/ Scott H. Park
                                  Scott H. Park
                                  Assistant U. S. Attorney
                                  Identifying No. USA084
                                  501 W. Church Street, Suite 300
                                  Orlando, Florida 32805
                                  Telephone:   407/648-7500
                                  Facsimile:    407/648-7643
                                  E-Mail:  scott.park@usdoj.gov

### CERTIFICATE OF SERVICE

        I hereby certify that on June 7, 2010, I electronically filed the foregoing
with the Clerk of the Court by using the CM/ECF system which will send a notice of
electronic filing to all CM/ECF participants, and sent a copy by regular U.S. mail,
postage paid, to the following non-CM/ECF participants:

        Terence Chu
        5637 Country Hills Lane
        Glen Allen, VA 23059

        Frank Amodeo
        48883-019
        B-3
        FCC-Low
        P.O. Box 1031
        Coleman, FL 33521


                                  /s/ Scott H. Park
                                  Assistant United States Attorney

2

Exhibit A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                                )
                                                     )
MIRABILIS VENTURES, INC.,                            )        Case No.  6:08-bk-04327-KSJ
                                                     )        Chapter 11
        Debtor.                                      )
                                                     )
_____                      )

ORDER GRANTING DEBTOR'S MOTION
TO CONFIRM PROPERTY OF THE ESTATE UNDER THE COURT
APPROVED COMPROMISE WITH THE UNITED STATES OF AMERICA

        This case came on for hearing on May 19, 2010, to consider the debtor's Motion to

Confirm Property of the Estate under the Court Approved Compromise with the United States of

America (Doc. No. 526).  Consistent with the Memorandum Opinion Granting Debtor's Motion

to Confirm Property of the Estate under the Court Approved Compromise with the United States

of America, entered simultaneously herewith, it is

        ORDERED:

        1.  The debtor's Motion to Confirm Property of the Estate under the Court Approved

            Compromise with the United States of America (Doc. No. 526) is granted.

        2.  The debtor retains control over Nexia's claims in the Palaxar Litigation.

        DONE AND ORDERED in Orlando, Florida, on June 2, 2010.

                                                        cxc

                                    _____
                                    KAREN S. JENNEMANN
                                    United States Bankruptcy Judge

Copies furnished to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave. #210, Maitland, FL 32751

Debtor's Attorney: Latham Shuker Eden & Beaudine LLP, Attn. Justin Luna, 390 N. Orange Ave. Suite 600, Orlando FL 32801

Special Counsel for Debtor: Broad and Cassel, Attn. Roy Kobert, 390 N. Orange Ave., Suite 1400, Orlando, FL 32801

Attorney for USA: Scott H. Park, Assistant U.S. Attorney, ID No. USA084, 501 W. Church St., Suite 300, Orlando, FL 32805

United States Trustee, Attn: Elena L. Escamilla, 135 W. Central Blvd., Suite 620, Orlando, FL 32806