UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2010 JUN 24 PM 1: 10

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION,<br><br>Plaintiffs,<br><br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and TERENCE CHU,<br><br>Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>Counterclaim and Third Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-GJK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**DEFENDANTS' NOTICE OF UNAVAILABILITY AND APPEARANCE OF AUTHORIZED REPRESENTATIVE FOR MEDIATION** |

Pursuant to this Court's Order dated February 10, 2010, The Amended Scheduling Order (Doc. 190), mediation was ordered to take place on or before August 27, 2010. Defendant Terence Chu ("Chu"), pro se, respectfully files the following Notice of unavailability and appearance of his representative for court-ordered mediation.

On April 6, 2010, an Amended Notice of Mediation (Doc. 230) was filed noticing mediation to be held beginning at 9:00 a.m. on June 29, 2010 in the offices of Broad and Cassel in Orlando, Florida.

Defendant Chu has an urgent and unavoidable family situation with his elderly parents which requires him to be in California for the next several weeks.

1

In an effort not to delay the proceedings, Chu has designated a representative who has been fully-briefed and will, in good faith attend and participate in the June 29, 2010 mediation. The Chu representative, through a fully-executed limited power of attorney has complete and full authority to negotiate and/or settle and all claims on behalf of Chu.

Date: June 23, 2010

Respectfully submitted,

*Terence Ch* (signature)

Terence Chu, *pro se*
5637 Country Hills Lane
Glen Allen, VA 23059
804-363-2666
terencchu@yahoo.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 23rd day of June, 2010 mailed the foregoing to the Clerk of the Court which will send a notice of electronic filing to all CM/ECF participants, and sent a copy by regular U.S. mail, postage paid, to the following non-CM/ECF participants: Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031, and Yaniv Amar 3475 Mystic Point Drive, TH #10, Aventura, FL 33180.

Respectfully submitted,

Date: June 23, 2010

/s/   *Terence Chu*

Terence Chu, *pro se*
5637 Country Hills Lane
Glen Allen, VA 23059
804-363-2666
terencchu@yahoo.com

# **LIMITED POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS that I, TERENCE CHU of 5637 Country Hills Lane, Glen Allen, Virginia 23059, do hereby make, constitute and appoint EDITH L. CURRY of Glen Allen, Virginia, to be my true and lawful attorney in fact, for me and in my name, place and stead, and on my behalf, and for my use and benefit:

1. To participate in the upcoming mediation scheduled for June 29, 2010 to be conducted under the auspices of Upchurch Watson White & Max at the offices of Broad and Cassel located at 390 N. Orange Avenue, Suite 1400, Orlando, Florida, (the "Mediation"), with respect to the case captioned Mirabilis Ventures, Inc. v. Palaxar Group, LLC, et al., Case No.6:07-CV-1788-ORL-28-KRS (the "Case").

2. To exercise, enforce, adjust, negotiate, bargain, waive, settle, sell, or compromise any legal right, claim or privilege that I now possess or may hereafter acquire in connection with the Case, for me, in my behalf, and in my name and under such terms and conditions, and under such covenants, as my attorney in fact shall deem proper, and to make, execute, and deliver for me, on my behalf, and in my name, all necessary acknowledgements, stipulations, findings, endorsements, waivers, releases, receipts, or other sufficient discharges for same.

3. To obtain, request, ask, demand, collect, receive, and hold and possess any such sums of money, checks, drafts, proceeds or other compensation, whatsoever, either liquidated or unliquidated, as now are, or shall hereafter become, owned by, or due, owing, payable, or belonging to, me or in which I have or may hereafter acquire interest, to have, use, and take all lawful means and equitable and legal remedies, procedures, and writs in my name with respect to, arising from, or in connection with the Case.

4. I grant to my attorney in fact full power and authority to do, take and perform all and every act and thing whatsoever requisite, proper, or necessary to be done, in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that my attorney in fact, or his or her substitute or substitutes, shall lawfully do or cause to be done by virtue of this Limited Power of Attorney and the rights and powers herein granted.

5. This instrument is to be construed and interpreted as a limited power of attorney. The rights, powers, and authority of my attorney in fact herein granted shall commence and be in full force and effect at 12:01 am on June 29, 2010, and such rights, powers and authority shall remain in full force and effect thereafter until terminated by me by written notice to my attorney in fact and to any person who may rely or act upon this Limited Power of Attorney.

6. This Limited Power of Attorney shall not be affected by disability of the principal.

IN WITNESS WHEREOF, I have executed Limited Power of Attorney, in my name and under my seal, with the intent that this be a sealed instrument. By signing here I indicate that I understand the purpose and effect of this document.

_____*Terence C*_____ (SEAL)

I declare that the person whose signature appears on this document signed or acknowledged the document in my presence, and that I am not the person appointed as attorney in fact by this document.

FIRST WITNESS

*Thelma Smith*
Signature

Thelma Smith
Printed Name

12500 Percival St, Chester, Va 23831
Address

June 21, 2010
Date

SECOND WITNESS

*Valerie Carden*
Signature

Valerie Carden
Printed Name

308 Sandston Ave Sandston VA 23150
Address

June 21, 2010
Date

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ACKNOWLEDGMENT

COUNTY OF HENRICO              )
                               )   ss:
COMMONEALTH OF VIRGINIA        )

I HEREBY CERTIFY that on this 21st day of JUNE 2010, before me, the subscriber, a Notary Public in and for the jurisdiction aforesaid, personally appeared in said jurisdiction TERENCE CHU, personally well known to me (or satisfactorily proven) to be the person who executed the foregoing Limited Power of Attorney; and that he/she acknowledged that he/she executed the foregoing instrument as his/her act and deed for the purposes therein contained, and delivered the same as such.

WITNESS my hand and Notarial Seal the year and day first above written.

_____ Tara T. Hatfield
Notary Public

My Commission Expires: September 30, 2013

