IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

Case No. 6:07-CV-1788-ORL-28-KRS

## NOTICE OF APPEARANCE ON BEHALF OF NEXIA STRATEGY CORPORATION[1]

Todd K. Norman, Esq. and Nicolette C. Vilmos, Esq. of the law firm of Broad and Cassel, hereby files this appearance as Lead Trial Counsel for Plaintiff, Nexia Strategy Corporation, and request that all pleadings, orders, and other notices be served on Todd K. Norman and Nicolette C. Vilmos in this cause.

---

[1] On June 16, 2010, the United States of America appealed to the United States District Court for the Middle District of Florida the Memorandum Opinion Granting Debtor's Motion to Confirm Property of the Estate (Bankr. D.E. #562), filed in *In re: Mirabilis Ventures, Inc.*, Case No. 6:08-bk-4327-KSJ, and the accompanying Order Granting Debtor's Motion to Confirm Property of the Estate, filed on June 2, 2010, (Bankr. D.E. #563). A true and correct copy of the Notice of Appeal is attached hereto as Exhibit "1."

4811-3783-3478.1
43582/0007 DG dg

Respectfully submitted,

/s/ Nicolette Vilmos
Todd K. Norman
Florida Bar No.: 62154
tnorman@broadandcassel.com
Nicolette Vilmos
Florida Bar No.: 0469051
nvilmos@broadandcassel.com
**BROAD AND CASSEL**
Lead Counsel for Nexia
390 N. Orange Ave., Ste 1400
Orlando, FL 32801
Phone: 407-839-4200
Fax: 407-425-8377

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 28th day of June, 2010 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836, James Robert Lussier, Mateer & Harbert, PA, 225 E Robinson St., Ste 600, Orlando, FL 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 W Canton Ave., Ste 410, Winter Park, FL 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 N Orange Ave., Ste 1500, Orlando, FL 32802-0712; and US Attorney's Office, Suite 300, 501 W Church St, Orlando, FL 32805..

/s/ Nicolette Corso Vilmos

Nicolette Corso Vilmos
Florida Bar No: 0469051

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

    Debtor,                                   Case No. 6:08-bk-04327KSJ

_____/

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America appeals to the United States District Court for the Middle District of Florida the Memorandum Opinion Granting Debtor's Motion to Confirm Property of the Estate, filed in this action on June 2, 2010, dkt. No. 562, and the accompanying Order Granting Debtor's Motion to Confirm Property of the Estate, filed on June 2, 2010. Dkt. No. 563.

    The parties to these orders include:

    I.    Mirabilis Ventures, Inc.
          Attorneys: Latham Shuker Eden & Beaudine, LLP
          390 N. Orange Ave., Suite 600
          Orlando, Fl 32801

          Special Counsel for Debtor:
          Roy S. Kobert
          Broad and Cassel
          390 N. Orange Ave., Suite 1400
          Orlando, FL 32801

    ii.    United States of America
          Attorneys: U.S. Attorney's Office
          Scott Park, AUSA
          501 W. Church Street, Suite 300
          Orlando, FL 32805



EXHIBIT "A"

Dated: June 16, 2010            Respectfully submitted,

A. Lee Bentley
Assistant U.S. Attorney

By: /s/ Scott H. Park
Scott H. Park
Assistant U. S. Attorney
Identifying No. USA084
501 W. Church Street, Suite 300
Orlando, Florida 32805
Telephone: 407/648-7500
Facsimile: 407/648-7643
E-Mail: scott.park@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties receiving CM/ECF service.

/s/ Scott H. Park
Assistant United States Attorney