IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and　　　　　　　　Case No. 6:07-CV-1788-ORL-28-KRS
NEXIA STRATEGY CORPORATION,

  Plaintiff,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTRONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

  Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

  Third Party Defendants.
_____

**<u>PLAINTIFFS MIRABILIS VENTURES, INC., AND NEXIA STRATEGY CORPORATION'S MOTION TO SUSPEND THE CURRENT DEADLINES SET FORTH IN THE AMENDED CASE MANAGEMENT ORDER [D.E. #190]</u>**

Plaintiffs, Mirabilis Ventures, Inc., and Nexia Strategy Corporation, by and through its undersigned counsel, and pursuant to Rule 26(b)(2), Rule 30(a)(2) and Rule 30(d)(2) of the Federal Rules of Civil Procedure, hereby files its Motion to Suspend the Current Deadlines Set Forth in the Amended Case Management Order, and states as follows:

1. The Amended Case Management and Scheduling Order was entered by this Court on February 10, 2010 [D.E. #190]. Pursuant to the Order, the deadline to add parties or to amend pleadings was March 12, 2010. The discovery deadline was August 6, 2010.

2. On March 12, 2010, Plaintiff Mirabilis filed a Motion and Supporting Memorandum of Law to Extend the Deadline to File an Amended Complaint and Add Parties or in the Alternative for Leave to File an Amended Complaint and Add Parties (D.E. #217).

3. This Court Denied Plaintiff Mirabilis' motion without prejudice and advised that Mirabilis may renew the motion after it establishes ownership of the claims of Nexia Strategy Corporation in *In Re Mirabilis Ventures, Inc., Case No. 6:08-bk-4327-KSJ* (D.E. #247).

4. On June 2, 2010, the Bankruptcy Court for the Middle District of Florida, Orlando Division, granted Mirabilis' Motion to Confirm Property of the Estate Under the Court Approved Compromise with the United States of America. (Bankruptcy D.E. #562, 563).

5. The Bankruptcy Court found that the claims of Nexia in this litigation remain the property of the debtor's estate in the Chapter 11 bankruptcy and, as such, can be litigated by Mirabilis. Both the United States and Mirabilis have filed Notices regarding said Bankruptcy Order (See D.E. #257, 258).

6. On June 16, 2010, the United States of America appealed to the United States District Court for the Middle District of Florida the Memorandum Opinion Granting Debtor's Motion to Confirm Property of the Estate (Bankr. D.E. #562),

filed in *In re: Mirabilis Ventures, Inc.*, Case No. 6:08-bk-4327-KSJ, and the accompanying Order Granting Debtor's Motion to Confirm Property of the Estate, filed on June 2, 2010, (Bankr. D.E. #563). A true and correct copy of the Notice of Appeal is attached hereto as Exhibit "1."

7. The Plaintiffs need the United States of America's appeal to be resolved to ensure that the claims of Nexia in this litigation can be litigated by Mirabilis. The outcome of the United States of America's appeal will directly affect and alter the pleadings in this case.

8. The Plaintiffs are waiting on a ruling on the United States of America's appeal so the Plaintiffs may renew its Motion for Leave to Amend and File a Third Amended Complaint in this matter. In particular, Plaintiffs seek leave to add two additional Defendants to the Complaint after discovering evidence which gives rise to causes of action against two new parties.

9. As a result of the uncertainty of the United States of America's appeal and subsequent amendments to the pleadings pending an appellate ruling, the current scheduling deadlines set forth in the Amended Case Management and Scheduling Order [D.E. #190] should be extended.

10. Until the United States District Court for the Middle District of Florida has ruled on the United States of America's appeal of the Bankruptcy Court's determination as to the ownership rights of Plaintiff Nexia Strategy Corporation claims in this matter, the Plaintiffs believe they cannot adequately prepare for trial and meet the deadlines set forth in the Amended Case Management and Scheduling Order [D.E. #190]. As such, Plaintiffs request that this Court suspend or postpone the

4834-7360-1030.1
43582/0007 DG

current deadlines set forth in the Amended Case Management and Scheduling Order and set a new case management conference upon a ruling of the United States of America's appeal to the United States District Court for the Middle District of Florida.

WHEREFORE, Plaintiffs, Mirabilis Ventures, Inc., and Nexia Strategy Corporation, respectfully requests that this Court enter an Order as follows:

(a) Suspending the deadlines set forth in the Amended Case Management and Scheduling Order [D.E. #190].

(b) Setting a new case management conference upon an appellate ruling of the United States of America's appeal of the Bankruptcy Court's determination as to the ownership rights to Plaintiff Nexia Strategy Corporation claims in this matter.

(c) Such other and further relief as this Court deems just and proper.

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

**I HEREBY CERTIFY** that prior to the date of this Certification that I conferred with counsel for the Defendants concerning this motion.

The Third Party Defendants agree with the relief the Plaintiffs have requested. The Defendants do not agree with the relief requested.

/s/ Nicolette Corso Vilmos
Florida Bar No,: 0469051
**BROAD AND CASSEL**
390 N. Orange Ave., Suite 1400
Orlando, FL 32801
Phone: 407-839-4200
Fax: 407-425-8377

4834-7360-1030.1
43582/0007 DG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 30th day of June, 2010 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836, James Robert Lussier, Mateer & Harbert, PA, 225 E Robinson St., Ste 600, Orlando, FL 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 W Canton Ave., Ste 410, Winter Park, FL 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 N Orange Ave., Ste 1500, Orlando, FL 32802-0712; and US Attorney's Office, Suite 300, 501 W Church St, Orlando, FL 32805..

*/s/ Nicolette Corso Vilmos*

Nicolette Corso Vilmos
Florida Bar No: 0469051

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

    Debtor,                             Case No. 6:08-bk-04327KSJ

_____/

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America appeals to the United States District Court for the Middle District of Florida the Memorandum Opinion Granting Debtor's Motion to Confirm Property of the Estate, filed in this action on June 2, 2010, dkt. No. 562, and the accompanying Order Granting Debtor's Motion to Confirm Property of the Estate, filed on June 2, 2010.  Dkt. No. 563.

    The parties to these orders include:

    I.    Mirabilis Ventures, Inc.
           Attorneys: Latham Shuker Eden & Beaudine, LLP
           390 N. Orange Ave., Suite 600
           Orlando, Fl 32801

           Special Counsel for Debtor:
           Roy S. Kobert
           Broad and Cassel
           390 N. Orange Ave., Suite 1400
           Orlando, FL 32801

    ii.    United States of America
           Attorneys: U.S. Attorney's Office
           Scott Park, AUSA
           501 W. Church Street, Suite 300
           Orlando, FL 32805



EXHIBIT "A"

Dated: June 16, 2010　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　A. Lee Bentley
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　By:　　/s/ Scott H. Park
　　　　　　　　　　　　　　　　　　　　　Scott H. Park
　　　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　　　　　Identifying No. USA084
　　　　　　　　　　　　　　　　　　　　　501 W. Church Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　Orlando, Florida 32805
　　　　　　　　　　　　　　　　　　　　　Telephone:　407/648-7500
　　　　　　　　　　　　　　　　　　　　　Facsimile:　407/648-7643
　　　　　　　　　　　　　　　　　　　　　E-Mail:　scott.park@usdoj.gov

## CERTIFICATE OF SERVICE

　　I hereby certify that on June 16, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties receiving CM/ECF service.

　　　　　　　　　　　　　　　　　　　　　/s/ Scott H. Park
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

2