IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

MIRABILIS VENTURES,INC,                 )
and                                     )         Case No.: 6:07-CV-1788-ORL-28-GJK
NEXIA STRATEGY CORPORATION,             )
                                        )
Plaintiffs,                             )
                                        )
                                        )
-vs.-                                   )
                                        )
                                        )
PALAXAR GROUP, LLC;                     )
PALAXAR HOLDINGS, LLC;                  )
FRANK HAILSTONES;                       )
EDITH CURRY; AND TERENCE CHU,           )
                                        )
Defendants,                             )
                                        )
-vs.-                                   )
                                        )
MIRABILIS VENTURES, INC.,et al.         )
                                        )
      Counterclaim and                  )
      Third Party Defendants            )
_____

**DEFENDANTS, COUNTERCLAIMANTS, AND THIRD PARTY PLAINTIFFS
EDITH CURRY, FRANK HAILSTONES, PALAXAR GROUP, LLC
AND PALAXAR HOLDINGS, LLC JOINDER OF RESPONSE OF
DEFENDANT TERENCE CHU'S RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER.**

Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs Edith Curry

("Curry"), Frank Hailstones ("Hailstones") Palaxar Group, LLC, and Palaxar Holdings,

LLC (the "Palaxar Parties"), by and through their undersigned counsel, hereby

respectfully join in the Response of Defendant Terence Chu [Dkt. 268] in Opposition to

Plaintiffs' Motion [Dkt. 266] to Modify the Case Management Order [Dkt. 190], with one exception.

As the Palaxar Parties noted in the agreement to suspend certain deadlines [Dkt. 265], the Palaxar Parties would benefit from the following:

1. Extending the discovery deadline from August 6, 2010, to September 3, 2010, with the sole exception of Mr. Hailstones, a resident of the UK, whom counsel learned (only during mediation on June 29, 2010) will be medically unable to travel by air from his return to the UK beginning this week through sometime in the late September or October.  We have offered opposing counsel the opportunity (1) to depose Mr. Hailstones via video link, or (2) to travel to the UK to depose him there should they so choose, or (3) to delay the deposition of Mr. Hailstones (and only Mr. Hailstones) until he is medically cleared for air travel, which we expect to be early in the month of October.

2. Extending the deadline for dispositive motions from September 16, 2010 to October 15, 2010 or 10 days after the deposition of Mr. Hailstones, whichever occurs later.[1]

3. Retaining all remaining deadlines as set forth in the present Case Management Order (Dkt. 190), and in no event to modify the scheduled trial term of February 1, 2011.

4. The Palaxar Defendants' chief concern is that we retain the trial date set in the Court's original Case Management Order.  The Palaxar Defendants do not wish to interfere with the full and fair opportunity of all parties to examine their existing claims to the fullest extent, but are concerned that the current Trial Date be retained.

---

[1] Given that no parties have designated expert witnesses, we anticipate no *Daubert* or *Markman* motions being filed.

Respectfully submitted,

/s/
_____

Kathleen B. Havener (0068906)
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Tel: 440-893-0188
Dir: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Third Party Plaintiffs Curry,
Hailstones, Palaxar Group, LLC and Palaxar
Holdings, LLC

MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
866 South Dixie Highway
Coral Gables, FL 33146
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Defendants Curry,
Palaxar Group, LLC and Palaxar Holdings, LLC

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this, the 12th day of July, 2010, I have filed the foregoing Joinder of Defendants, Counterclaimants, and Third Party Plaintiffs Edith Curry, Frank Hailstones, Palaxar Group, LLC and Palaxar Holdings, LLC in Mr. Chu's Response in Opposition to Plaintiffs' Motion to Modify the Case Management Order, using the Court's electronic filing system, which will provide an electronic copy of the foregoing to all parties registered with the Court's ECF system via email.  In addition, I have forwarded a copy of the foregoing to the following *pro se* parties:

James Sadranna (via email)

Yaniv Amar (via email)

Terence Chu (via email)


and to

Frank Amodeo
48883-019
FCC-Low, B3,
P.O. Box 1031,
Coleman, FL 33521-1031 (via U,S. Mail)


Kathleen B. Havener

_____
Kathleen B. Havener

One of the Attorneys for Third Party
Plaintiff Edith Curry