IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

v.                                            **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    **Defendants,**

v.

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    **Third-Party Defendants.**

_____

## NOTICE OF DEPOSITION TAKING DEPOSITION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Third-Party Defendants Aaron C. Bates ("Bates") and Matthew S. Mokwa ("Mokwa") will take the testimony of Mr. Frank Hailstones ("Hailstones") upon oral examination before a court reporter. Pursuant to the provisions of Rule 30(b) of the Federal Rules of Civil Procedure, the parties are hereby notified that the testimony of Hailstones shall be recorded by audiovisual and stenographic means. The deposition will commence at 9:00 A.M. on August 4th, at the office of Law Offices of Kathleen Davies, 126 E. Robinson, Street, Orlando, FL 32801.

Pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, Hailstones is to testify regarding the allegations of Hailstones' Third-Party Complaint against Bates and Mokwa.

Respectfully submitted this 16th day of July, 2010.

Kathleen Davies, Esq.
The Davies Law Firm, LLC
126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 540-1010
Fax: (407) 649-3038
kdavies@thedavieslawfirm.com
*Counsel for Aaron Bates and Matthew Mokwa*

## SERVICE LIST

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Virginia 23059.5424<br>**Defendant**<br><br>James E. Shepherd, Esq.<br>Florida Bar No. 0947873<br>Pohl & Short, P.A.<br>280 W. Canton Avenue, Suite 410<br>P.O. Box 3208<br>Winter Park, Florida 32790<br>**Attorneys for Yaniv Amar**<br><br>James Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, Florida 32836<br>**Third-Party Defendant** |