## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

**v.**                                                           **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    **Defendants,**

**v.**

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    **Third-Party Defendants.**

_____

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
### COMPLETE DEPOSITIONS OF EDITH CURRY AND JOEL KRAMER

COMES NOW Third-Party Defendants Matthew S. Mokwa ("Mokwa") and

Aaron C. Bates ("Bates") (sometimes collectively referred to hereinafter as "Third-Party

Defendants"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)

and for their unopposed motion for an enlargement of time until August 24, 2010 for the

sole purpose of completing the depositions of Edith Curry ("Curry") and Joel Kramer

("Kramer") in the above-captioned action, state as follows:

1

1.      Pursuant to the Amended Case Management and Scheduling Order entered on February 10, 2010, the deadline to complete discovery is August 6, 2010.

2.      On or about June 29, 2010, Third-Party Defendants requested available dates for the depositions of Third-Party Plaintiffs Curry and Frank Hailstones ("Hailstones").

3.      Due to schedule conflicts, counsel for Curry and counsel for Third-Party Defendants are not able to complete Curry's deposition until August 10, 2010.

4.      Moreover, on or about July 16, 2010, undersigned counsel subpoenaed Mr. Joel Kramer for deposition in Boston, MA on August 6, 2010.  Mr. Kramer is the principal third-party witness identified by Third-Party Plaintiffs who was first identified on or about May 18, 2010.

5.      Mr. Kramer, however, has advised that he is unavailable on the 6th of August and has requested that his deposition take place on August 17 or August 24, 2010.

6.      Accordingly, Third-Party Defendants request an enlargement of time within which they may depose Curry and Mr. Kramer, up to and including August 24, 2010.

7.      No party will be prejudiced by the granting of this Motion because it merely postpones the discovery deadline for a brief period for the limited purpose of deposing a party and key witness, and dispositive motions are not due until September 16, 2010.

8.      The extension of time sought herein is due to no fault of Third-Party Defendants but rather the result of unforeseen circumstances and scheduling problems.

9.      No other deadlines in this case will be disturbed by the requested extension.

10.     A district court is entitled to broad discretion in managing pretrial discovery matters. <u>Klay v. All Defendants</u>, 425 F. 3d 977, 981 (11th. Cir 2005).

11.     Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with counsel for Third-Party Plaintiffs and they do not oppose the relief sought herein.

WHEREFORE, Third-Party Defendants Matthew S. Mokwa and Aaron C. Bates respectfully request this honorable Court enter an Order enlarging the time for the parties to complete the depositions of Third-Party Plaintiff Edith Curry and Mr. Joel Kramer until and including August 24, 2010.

Respectfully submitted this 28th day of July, 2010.


s/ Kathleen S. Davies
Kathleen Davies, Esq.
The Davies Law Firm, LLC
126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 540-1010
Fax: (407) 649-3038
kdavies@thedavieslawfirm.com
*Counsel for Aaron Bates and*
*Matthew Mokwa*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Kathleen S. Davies
Kathleen Davies

3

## SERVICE LIST

| | |
|---|---|
| Kathleen Havener<br>Havener Law Firm, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br><br>Martin R. Raskin<br>Jane S. Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida  33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Virginia  23059.5424<br>**Defendant**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant**<br><br>James V. Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, Florida 32836<br>**Third-Party Defendant** |