UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

          Plaintiffs,

-vs-                                                 Case No. 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC; PALAXAR
HOLDINGS, LLC; FRANK HAILSTONES;
EDITH CURRY a/k/a EDITH BROADHEAD;
and TERENCE CHU,

          Defendants,

-vs-

MIRABILIS VENTURES, INC., NEXIA
STRATEGY CORPORATION, AQMI
STRATEGY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO, AARON
BATES, MATTHEW MOKWA, ROBERT
POLLOCK, and JAMES V. SADRIANNA,

          Third-Party
         Defendants.

## ORDER

This case concerns the development and marketing of an anti-fraud certification program known as Nexia Certification. On January 27, 2010, Third-Party Defendant Frank Amodeo filed an Answer to the Third-Party Complaint along with Third-Party Counterclaims against Defendants Edith Curry and Frank Hailstones. (Doc. 185). On February 15, 2010,

Curry and Hailstones filed a Motion to Dismiss Amodeo's Counterclaims. (Doc. 192). Rather than responding to the Motion to Dismiss, on March 10, 2010, Amodeo filed Amended Counterclaims against Curry and Hailstones. (Doc. 214).

On March 23, 2010, Curry and Hailstones moved to dismiss Amodeo's Amended Counterclaims. (Doc. 221). Due to Amodeo's incarceration, Curry and Hailstones were unable to deliver a copy of the Motion to Dismiss Amended Counterclaims to Amodeo by U.S. Mail, and they advised the Court of this circumstance on April 3, 2010. (Doc. 229). They further advised that they had sent a copy of the Motion to Amodeo by Federal Express and that due to the delay in service, Amodeo's response deadline should be extended to April 17, 2010. (*Id.*) As of the date of this Order, neither Curry nor Hailstones has informed the Court that Federal Express was unable to deliver a copy of the Motion to Amodeo.

Amodeo has not filed a response in opposition to the Motion to Dismiss Amended Counterclaims, and the time for doing so has passed. *See* Local Rule 3.01(b) ("Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request . . . ."). "Failure to oppose a motion raises an inference that the party does not object to such motion." *Bray & Gillespie Mgmt. LLC v. Lexington Ins. Co.*, 527 F. Supp. 2d 1355, 1371 (M.D. Fla. 2007). Accordingly, the Court will grant the Motion to Dismiss Amended Counterclaims by Defendants Curry and Hailstones as unopposed.

In accordance with the foregoing, it is **ORDERED** and **ADJUDGED** that the Motion to Dismiss Amended Counterclaims of Frank Amodeo (Doc. 221) filed by Defendants Frank Hailstones and Edith Curry is **GRANTED**. The Amended Counterclaims by Frank

Amodeo against Defendants Frank Hailstones and Edith Curry are **DISMISSED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 31, 2010.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Frank Amodeo