# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION,**

**Plaintiffs,**

**-vs-** **Case No. 6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC; PALAXAR HOLIDNGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and FICTITIOUS DEFENDANTS 1-8,**

**Defendants,**

**-vs-**

**MIRABILIS VENTURES, INC., NEXIA STRATEGY CORPORATION, and AQMI STRATEGY CORPORATION; et al.**

**Third-Party Defendants.**

---

## ORDER

This cause came on for consideration without oral argument on the Defendant and Third-Party Plaintiff Frank Hailstones' ("Hailstones") Motion for Protective Order (the "Motion") (Doc. No. 271) and Third-Party Defendants Matthew Mokwa ("Mokwa") and Aaron C. Bates's ("Bates") response (the "Response") (Doc. No. 275). In their Response, Mokwa and Bates state that they do not object to postponing Hailstones' deposition as long as they are not prejudiced

and they make a general request for a postponement of all deadlines in the case. *Id.* at 1.[1] Hailstones' deposition, scheduled for August 4, 2010, is hereby **postponed** due to Hailstones' surgery and doctor-imposed travel restrictions. Mokwa and Bates are entitled to take Hailstones deposition. It appears Hailstones will be available for deposition in October. Doc. No. 273. Accordingly, the parties are directed engage in a good faith conference in an attempt to agree on a time, place, and manner for Hailstones' deposition. If the parties are able to reach an agreement, they shall immediately notify the Court and the Court will deny the Motion as moot. If the parties are unable to agree upon a time, place, and manner for the Hailstones' deposition, they shall notify the Court within fourteen (14) days from the date of this order, and each party shall provide the Court with their proposed time, place, and manner for the deposition to occur. Thereafter, the Court will unilaterally set a time for the deposition to occur.

The current trial term is February 1, 2011. Doc. No. 190. The discovery deadline and dispositive motions deadline are, respectively, August 6, 2010 and September 16, 2010. Doc. No. 190. If any party requires an extension of any other deadlines, including the dispositive motions deadline, they are hereby directed to promptly comply with Local Rule 3.01(g) to see if the matter can be resolved by joint motion and, if not, they shall promptly file a motion.

**DONE** and **ORDERED** at Orlando, Florida on August 3, 2010.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

[1] It is inappropriate to request affirmative relief in a response to a motion and Local Rule 3.01(g) requires a good faith conference before moving for such relief. Therefore, to the extent the Response may be construed as a request for relief, that request is denied.

Copies to:
Presiding District Judge
Counsel of record
Unrepresented parties