**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2010 AUG 9 PM 1:10

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,
        Plaintitts,

-vs-                      CASE NO.: 6:07-cv-1788-Orl-28KRS

PALAXAR GROUP, LLC; PALAXAR
HOLDINGS, LLC; FRANK HAILSTONES;
EDITH CURRY a/k/a EDITH BROADHEAD;
and TERRANCE CHU,
        Defendants,

-vs-

MIRABILIS VENTURES, INC., NEXIA
STRATEGY CORPORATION, AQMI
STRATEGY CORPORATION, WELLINGTON
CAPITAL GROUP, INC., YANIV AMAR,
FRANK AMODEO, AARON BATES,
MATTHEW MOKWA, ROBERT POLLOCK,
and JAMES SADRIANNA,
        Third-Party
        Defendants,

Comes Now, Frank L. Amodeo, and files this motion to reconsider and vacate the order dismissing the Third-Party's Counterclaims for failure to respond to the motion to dismiss.

Amodeo was unaware of any pending motion to dismiss. The only notice Amodeo had of a motion to dismiss was the motion denied sua sponte by this Court on **January 27, 2010**.

While the order denying the motion to dismiss was sent to Amodeo, Amodeo amended the third party complaint of Amodeo's own accord; as Amodeo indicated Amodeo would do in the original complaint.

Amodeo has indicated Amodeo's intent to prosecute the case as evidence by Amodeo's propounding discovery upon Third-Party defendants Hailstones and Curry.

Amodeo has also requested to be allowed to appear at the deposition and hearings by telephone.



Further Amodeo is seeking an order of this court to authorize Amodeo access to a DVD player in order that Amodeo may view the various pleadings in the case, which have been sent by DVD and CD. Amodeo has not yet been able to gain access to the information because without a court order the Bureau of Prisons will not permit regular access to electronic equipment.

This government impediment; as well as third party crossclaim defendant's impediment, is preventing Amodeo from completing Amodeo's own discovery actions.

Amodeo, now that Amodeo has been demedicated in the BOP is more than willing to respond to a "renewed" motion to dismiss, if Amodeo is served a copy of the pleading so Amodeo can respond.

**WHEREFORE,** Amodeo seeks vactur of the court's order, an order directing service upon Amodeo of the motion to dismiss, but served through official legal mail to as certain Amodeo actually receives it and such other and further relief as the court deems appropriate or fair.

Respectfully submitted this 5th day of August 2010.

_____
Frank L. Amodeo #48883-019
Federal Correctional Complex-(LOW)
Post Office Box 1031    Unit-(B/3)
Coleman, Florida    [33521-1031]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Priority Mail to counsel listed below this 5th day of August 2010 at the addresses indicated:

Kathleen B. Havener
Kathleen B. Havener, Esq.
1511 russell Road
Chagrin Falls, OH 44022
Counsel for Third Party Plaintiff

Kathleen S. Davies, Esq.
The Davies Law Firm
126 E. Jefferson Street
Orlando, Florida 32801

James E. Shepard, Esq.
Pohl & Shepard, Esq.
280 W. Canton Street
Suite 410
P.O. Box 3208
Winter Park, Florida 32790

James V. Sadrianna, Pro se
10025 Chatham Oaks Court
Orlando, Florida 32836

Jane S. Raskin, Esq.
Raskin & Raskin, P.A.
2601 South Bayshore Drive
Suite 725
Miami, Florida 33133

Todd K. Norman, Esq.
Broad & Cassel
390 N. Orange Avenue
Suite 1400
Orlando, Florida 32801

Randall Gold, AUSA
U.S. Attorney's Office-FLM
Suite 300
501 Church Street
Orlando, Florida 32805

Terence Chu
5637 Country Hills Lane
Glen Allen, VA 23059-5424

Frank L. Amodeo