# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,**

**Plaintiffs,**

**-vs-**                                                      **Case No.  6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and TERENCE CHU,**

**Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE INITIAL DISCLOSURES AND REQUESTS FOR PRODUCTION OF DOCUMENTS (Doc. No. 282)** |
| **FILED:** | **August 2, 2010** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

On August 9, 2010, the Court entered an order granting summary judgment for Terence Chu

as to the Plaintiffs' complaint.  Doc. No. 287.  Chu has not filed any counterclaims, cross-claims, or

third-party claims.   Accordingly, the current Motion to Compel Plaintiffs to Produce Initial

Disclosures and Requests for Production of Documents (the "Motion"), is moot. Doc. No. 282. Thus,

the Motion is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2010.

_____

GREGORY J. KELLY

UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties