IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES,INC, )<br>and )<br>NEXIA STRATEGY CORPORATION, )<br>   )<br>Plaintiffs, )<br>   )<br>   )<br>-vs.- )<br>   )<br>   )<br>PALAXAR GROUP, LLC; )<br>PALAXAR HOLDINGS, LLC; )<br>FRANK HAILSTONES; )<br>EDITH CURRY; AND TERENCE CHU, )<br>   )<br>Defendants, )<br>   )<br>-vs.- )<br>   )<br>MIRABILIS VENTURES, INC.,et al. )<br>   )<br>   Counterclaim and )<br>   Third Party Defendants ) | Case No.: 6:07-CV-1788-ORL-28-GJK |

## NOTICE OF AGREEMENT CONCERNING
## DEPOSITION OF FRANK HAILSTONES

Counsel for Frank Hailstones, and for Aaron C. Bates and Matthew S. Mokwa, respectively, have agreed that the deposition of Mr. Hailstones will be held on Thursday, October 7, 2010 at a location to be determined.

Respectfully submitted,

/s/ Kathleen B. Havener
Kathleen B. Havener (Ohio 0068906)
THE HAVENER LAW FIRM, LLC
15511 Russell Road

Chagrin Falls, OH 44022
Tel: 440-893-0188
Dir: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

**Attorney for Third Party Plaintiffs Curry, Hailstones, Palaxar Group, LLC and Palaxar Holdings, LLC**

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 18th day of August, 2010, either via email, US Mail, or ECF filing, upon Frank Amodeo, FCC-Low, B3, 48883-019, P.O. Box 1031, Coleman, FL 33521-1031 and via electronic mail to Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836; Yaniv Amar, 3475 Mystic Point Drive, TH #10, Aventura, Florida 33180; US Attorney's Office, I. Randall Gold, Suite 300, 501 W Church St, Orlando, FL 32805; US Attorney's Office, Scott Park, Suite 300, 501 W Church St, Orlando, FL 32805; John Russell Campbell, Balch & Bingham, LLP Suite 600, 1901 Sixth Ave N, Birmingham, AL 35203; Allen M. Estes, Balch & Bingham, LLP, Suite 1500, 1901 Sixth Ave N, Birmingham, AL 35203; Todd K. Norman, Nicolette Vilmos and Roy Scott Kobert, Broad and Cassel, Suite 1400, 390 N. Orange Avenue, Orlando, FL 32801, Elizabeth A. Green, Baker & Hostetler, LLP, 200 S Orange Ave - Ste 2300, PO Box 112, Orlando, FL 32802-0112, and Adam J. Loewy, Barry & Loewy, LLP, 401 Congress Ave., Suite 1540, Austin, TX 78701.

*Kathleen B. Havener*

Kathleen B. Havener

Attorneys for Third Party Plaintiff Frank Hailstones