UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2010 SEP -7 PM 1: 22
US DISTRICT COURT
MIDDLE DISTRICT OF FL

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, <br><br> Plaintiffs, <br><br> -vs.- <br><br> PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and TERENCE CHU, <br><br> Defendants, <br><br> vs. <br><br> MIRABILIS VENTURES, INC., et al. <br><br> Counterclaim and Third Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-GJK <br><br><br><br><br><br><br><br><br><br><br><br><br><br> DEFENDANT TERENCE CHU'S MOTION AND MEMORANDUM FOR ENTRY OF FINAL JUDGMENT |

COMES NOW DEFENDANT Terence Chu ("Defendant") *pro se* and certifies that Defendant has conferred with opposing counsel pursuant to Local Rule 3.01(g) who oppose this motion. Pursuant to Fed. R. Civ. Pro. 54(b) and 58(a) Defendant moves this Court for the entry of final judgment in favor of Defendant and against Plaintiffs Mirabilis Ventures, Inc. and Nexia Strategy Corporation (collectively "Plaintiffs") on the issues of: Count V - Civil Conspiracy.

## I. ENTRY OF SUMMARY JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST MIRABILIS VENTURES, INC., AND NEXIA STRATEGY CORPORATION

Plaintiffs filed their Second Amended Complaint (Doc. 56) alleging Defendant Chu conspired with and aided [Co-Defendants] with the establishment and incorporation of Palaxar

Group, LLC and Palaxar Holdings LLC with actual knowledge that the sole purpose for the establishment and incorporation of both Palaxar entities was to use and/or market the product referred to as Nexia Certification for personal gain and/or benefit. And that, upon information *and their belief*, Chu had actual knowledge that the product referred to as Nexia Certification was owned and paid for by Plaintiffs.

Defendant filed a Motion to Dismiss (Doc. 79, reinstated at Doc. 197). Plaintiffs filed a Response in Opposition (Doc. 90, which was not reinstated pursuant to this Court's Order (Doc. 188)). Plaintiffs filed a Motion for Voluntary Dismissal without Prejudice (Doc. 280) which was denied as moot (Doc. 287).

This Court granted Co-Defendants' Motion for Summary Judgment on all counts (August 9, 2010 *Order*) (Doc. 285), denied Defendant's Motion to Dismiss and *sua sponte* granted summary judgment to *pro se* Defendant (Doc. 287).

"Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, a judgment following an order on summary judgment motion must be set forth in a separate document" Rene Lemaire v Louisiana Dep't of Transp. and Dev., -- F.3d -- , 2007 WL 582702 (5th Cir. Feb. 27, 2007). Therefore, consistent with the Court's Order granting *sua sponte* summary judgment in favor of Defendant, Defendant respectfully requests that the Court enter final judgment in favor of Defendant and against Plaintiffs as to sanctions and costs.

## II. ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFFS AND PLAINTIFFS ATTORNEYS ON THE ISSUES OF SANCTIONS, MEDIATION COSTS, COSTS AND FEES

For the reasons and arguments set forth in Defendant's Opposition to Plaintiffs Motion (Doc. 266) to Modify (Suspend) the Current Deadlines Set Forth in the Amended Case Management Order (Doc. 268), and in Defendant's Motion for Sanctions (Doc. 242), Defendant

moves for entry of final judgment in favor of Defendant and against Plaintiff, Plaintiffs' counsel and Plaintiffs' law firms on the issues of: (1) Defendant's claim for Mediation costs and fees pursuant to the Amended Case Management and Scheduling Order (Doc. 190), (2) Defendant's Motion for Sanctions (3) Defendant's Supplement to Motion for Sanctions, (4) and other such relief as this Court deems just and proper in the circumstances.

Date: September 3, 2010

Respectfully submitted,

*[signature: Terence Chu]*

Terence Chu, *pro se*
5637 Country Hills Lane
Glen Allen, VA 23059
804-363-2666
terencchu@yahoo.com

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned certifies that, with respect to the foregoing motion he has conferred with counsel for Co-Defendants, Plaintiffs, and unrepresented parties. Plaintiffs oppose the relief sought in the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2010, mailed the foregoing via first class mail to the Clerk of the Court which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031
Yaniv Amar 3475 Mystic Point Drive, TH #10, Aventura, FL 33180

Respectfully submitted,

Date: September 3, 2010

*[signature]*

Terence Chu, *pro se*
5637 Country Hills Lane
Glen Allen, VA 23059
804-363-2666
terencchu@yahoo.com