IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| MIRABILIS VENTURES,INC, | ) | |
| and | ) | Case No.: 6:07-CV-1788-ORL-28-GJK |
| NEXIA STRATEGY CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| -vs.- | ) | |
| | ) | |
| | ) | MOTION FOR LEAVE TO EXCEED |
| PALAXAR GROUP, LLC; | ) | PAGE LIMITATIONS IN MOTION FOR |
| PALAXAR HOLDINGS, LLC; | ) | ATTORNEYS' FEES AND SANCTIONS |
| FRANK HAILSTONES; | ) | |
| EDITH CURRY; AND TERENCE CHU, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -vs.- | ) | |
| | ) | |
| MIRABILIS VENTURES, INC.,et al. | ) | |
| | ) | |
|     Counterclaim and | ) | |
|     Third Party Defendants | ) | |

_____

Defendants Edith Curry, Frank Hailstones, Palaxar Group, LLC, and Palaxar Holdings, LLC ("Defendants") respectfully ask the Court to grant leave for them to file a motion requesting attorneys' fees and sanctions in excess of page limitations. The motion will be filed against a number of the attorneys who have participated in the prosecution of Plaintiffs' claims against the Defendants over the past (nearly) three years, as well as against one party representative. To convey the level and magnitude of some of the misconduct requires more space than anticipated. Moreover, each time the undersigned has reached a point at which the motion appeared ripe, more information has come to light that has raised further concerns.

Defendants' motion will not exceed 35 pages in length.  I certify that I have conferred with opposing counsel and that Mr. Bates, Mr. Mokwa, Bates Mokwa PLLC, Mr. Estes, Mr. Campbell, and Balch & Bingham oppose the motion to exceed the page limitation.  Mr. Cuthill, Mr. Norman, Ms. Vilmos, and the law firm of Broad & Cassel have no objection.

Respectfully submitted,

Date: September 28, 2010

| | |
|---|---|
| MARTIN R. RASKIN | /s/ Kathleen B. Havener____ |
| Florida Bar No. 315206 | KATHLEEN B. HAVENER |
| JANE SERENE RASKIN | THE HAVENER LAW FIRM, LLC |
| Florida Bar No. 848689 | 15511 Russell Road |
| RASKIN & RASKIN, P.A. | Chagrin Falls, OH 44022 |
| 866 South Dixie Highway | Phone: 440-893-0188 |
| Coral Gables, Florida 33146 | Cell: 216-288-6009 |
| Telephone: (305) 444-3400 | Fax: 440-893-9326 |
| Facsimile: (305) 445-0266 | kbhavener@havenerlaw.com |
| mraskin@raskinlaw.com | |
| | Attorney for Defendants Curry, Hailstones, |
| Attorneys for Defendants Curry, | Palaxar Group, LLC and Palaxar Holdings, LLC |
| Palaxar Group, LLC and Palaxar Holdings, LLC | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2010, I electronically filed the foregoing Motion of Defendants Edith Curry, Frank Hailstones, Palaxar Group, LLC, Palaxar Holdings, LLC for Leave to File a Motion in Excess of Page Limitations with the Clerk of Court using the CM/ECF system and have sent a copy of the document to the *pro se* parties and/or counsel who are not registered with the CM/ECF system.

Terence Chu (via email)

Yaniv Amar (via email)

Adam Loewy (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctiona; Complex – Low
P.O. Box 1031
Coleman, FL 33521

/s/ Kathleen B. Havener_____
KATHLEEN B. HAVENER