IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; TERENCE CHU, et al., <br><br> Defendants, <br><br> vs. <br><br> MIRABILIS VENTURES, INC., et al. <br><br> Counterclaim and Third Party Defendants. | Case No. 6:07-CV-1788-ORL-28-KRS <br> 6:07-CV-1788-ORL-28-GJK |

## RENEWED MOTION FOR SUBSTITUTION

Pursuant to Local Rules, Nexia Strategy Corporation ("Nexia"), J. Russell Campbell, Allen M. Estes and Balch & Bingham LLP (collectively "Balch & Bingham") file this Renewed Motion for Substitution of counsel stating as follows.

1. On November 4, 2009, Broad & Cassel – current attorneys for Mirabilis Ventures Incorporated ("MVI") and Nexia (collectively "Plaintiffs") – filed an Unopposed Motion to Substitute as counsel for Plaintiffs requesting "Balch & Bingham, LLP shall be relieved of any further responsibility for representation of the Plaintiffs." (Dkt. #167).[1]

---

[1] That motion was deemed moot by a second motion to substitute counsel (Dkt. # 168) filed the next day related to a second law firm. In actuality, the motions were complimentary: MVI and Nexia intended for Broad & Cassel to replace both firms.

2. On March 9, 2010, Plaintiffs filed a Motion for Substitution of Counsel again requesting that the Court substitute Broad & Cassel for Balch & Bingham as counsel for Plaintiffs and relieve Balch & Bingham "of any further responsibility for representation of the Plaintiffs in this District Court proceeding." (Dkt. #209).

3. On March 11, 2010, defendants Edith Curry ("Curry") and Frank Hailstones ("Hailstones") filed a response to the Motion for Substitution, including a request that the Court retain jurisdiction over Balch & Bingham. (Dkt. #215). "Curry and Hailstones did not provide any factual or legal support for their argument that the Court should retain jurisdiction over Balch." (Court Order dated September 22, 2010, Dkt. #309, p. 2).

4. On March 18, 2010, defendant Terence Chu ("Chu") filed a response in opposition to the Motion for Substitution. (Dkt. #220). Chu also "failed to establish a basis for the Court to retain jurisdiction over [Balch & Bingham]." (Dkt. #309, p. 3).

5. On March 29, 2010, the United States (the "Government") filed an objection to the Motion for Substitution as to Nexia. (Dkt. #225). The Government asserted that Nexia was the property of the Government and that Broad & Cassel, therefore, had "no authority to represent the interest of Nexia in this case," and that MVI had no authority to represent the interest of Nexia in this litigation. (*Id.* at 2). Notably, the Government's objection was not premised on a desire to keep Balch & Bingham as counsel of record.

6. On April 29, 2010, the Court granted the Motion for Substitution in regard to MVI, but denied it as to Nexia due to the dispute over whether MVI or the United States was entitled to control Nexia's claims. (Dkt. #236). The Court directed Nexia to "retain substitute counsel and have substitute counsel file a notice of appearance on behalf of Nexia within fourteen (14) days." (*Id.*) The Court further ordered that "[a]fter the expiration of fourteen days

2

or after substitute counsel makes an appearance, [Respondents] will be permitted to renew their motion to withdraw as counsel of record for Nexia." (*Id.*)

7. On May 10, 2010, Curry and Hailstones filed a Motion for Reconsideration of Order Granting in Part and Denying In Part Balch & Bingham's Motion to Substitute Counsel. (Dkt. #243).

8. On May 13, 2010, Balch & Bingham notified the Court that it would renew its Motion for Substitution as to Nexia "upon an affirmative determination by the Bankruptcy Court regarding the ownership rights to the claims held by Nexia in this federal litigation." (Dkt. #246).

9. On June 2, 2010, the Bankruptcy Court determined MVI to be the owner of Nexia and the proper party to assert Nexia's claims in this case.[2]

10. On June 16, 2010, the Government appealed the Bankruptcy Court's Order to the United States District Court for the Middle District of Florida.[3]

11. On June 28, 2010, Broad & Cassel filed a Notice of Appearance as Lead Trial Counsel for Nexia. (Dkt. #263).

12. On August 25, 2010, the Government filed a Motion for Voluntary Dismissal of Appeal regarding its appeal of the Bankruptcy Court's order finding that MVI may litigate the interests of Nexia in this case.[4]

13. On August 26, 2010, the District Court entered an order dismissing the Government's appeal.[5]

---

[2] *See In re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-4327-KSJ, Doc. Nos. 562 and 563 (June 2, 2010).

[3] *Id.* at Doc. No. 569.

[4] *See In re Mirabilis Ventures, Inc.*, Case No. 6:10-cv-1189-GAP, Doc. No. 7 (M.D. Fla. Aug. 25, 2010).

14.     On September 22, 2010, this Court denied Curry and Hailstone's Motion for Reconsideration. (Dkt. #309). The Court noted that in their original response to the Motion for Substitution, "Curry and Hailstones did not provide any facts or law in support of their request that the Court retain jurisdiction over Estes, Campbell and Balch" and held that the "allegations and arguments Curry and Hailstones have now presented could have been presented earlier." (*Id.* at 9).

15.     Now that the dispute over control of Nexia has been resolved and Nexia is represented by Broad & Cassel, this Renewed Motion for Substitution is filed per the Court's instructions in the Order dated September 22, 2010. (Dkt. #309).

16.     Pursuant to Local Rule 3.01(g), opposing counsel has been conferred with and opposing counsel opposes this renewed motion.

WHEREFORE, PREMISES CONSIDERED, Nexia and Balch & Bingham hereby move this Court to GRANT the Renewed Motion for Substitution.

*s/ J. Russell Campbell*

J. Russell Campbell
Florida Bar No. 901423
Allen M. Estes (admitted *pro hac vice*)
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL  35201-0306
Telephone:  (205) 251-80100
Facsimile:  (205) 226-8798
rcampbell@balch.com
aestes@balch.com

---

⁵     *Id.* at Doc. No. 8.

Case 6:07-cv-01788-JA-GJK   Document 311   Filed 09/28/10   Page 5 of 6

5

*s/ Todd K. Norman*

Todd K. Norman
Florida Bar No.:  62154
tnorman@broadandcassel.com
Nicolette Vilmos
Florida Bar No.: 0469051
nvilmos@broadandcassel.com
BROAD AND CASSEL
Attorneys for MVI and Nexia
390 N. Orange Ave., Ste 1400 Orlando, FL  32801
Phone: 407-839-4200
Fax: 407-425-8377

5

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on September 28, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically. Service is also being provided via email and U.S Mail, postage prepaid, to *pro se* defendant Terrence Chu.

Martin R. Raskin
Jane Serene Raskin
Raskin & Raskin, PA
mraskin@raskinlaw.com
JRASKIN@RASKINLAW.COM

Frank Amodeo
FCC - Low, B3
P.O. Box 1031
Coleman, FL 33521-1031

James R. Lussier
Mateer & Harbert, P.A.
jlussier@mateerharbert.com

Todd K. Norman
Nicolette C. Vilmos
Broad and Cassel
tkn@stumplaw.com
nvilmos@broadandcassel.com

I. Randall Gold
Randy.gold@usdoj.gov

Roy Scott Kobert
Broad and Cassel
orlandobankruptcy@broadandcassel.com

Darryl M. Bloodworth
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA dbloodworth@deanmead.com

Scott H. Park
scott.park@usdoj.gov

Kathleen B. Havener
The Havener Law Firm, LLC
kbhavener@gmail.com

Craig S. Warkol
BRACEWELL & GIULIANI LLP
CRAIG.WARKOL@BGLLP.COM

Terence Chu
5637 Country Hills Lane L
Glen Allen, Virginia 23059-5424

Yaniv Amar
3475 Mystic Point Drive, TH #10
Aventura, Florida 33180

James Vincent Sadrianna
jsadrianna@cfl.rr.com

Elizabeth A. Green
Baker Hostetler
egreen@bakerlaw.com
orlbakerdocket@bakerlaw.com

Kathleen S. Davies
The Davies Law Firm
KDavies@TheDaviesLawFirm.com

L. Reed Bloodworth
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA
rbloodworth@deanmead.com

1105600.1