**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION,<br><br>　　　　　Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>　　　　　Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>　　　　　Counterclaim and<br>　　　　　Third Party<br>　　　　　Defendants. | Case No.: 6:07-CV-1788-ORL-28-GJK<br><br><br><br><br><br><br><br><br><br><br><br><br>**JOINDER OF DEFENDANTS EDIE CURRY, FRANK HAILSTONES, PALAXAR GROUP, LLC AND PALAXAR HOLDINGS LLC IN DEFENDANT TERENCE CHU'S OPPOSITION OF TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL** |

　　　Defendants Edith Curry, Frank Hailstones, Palaxar Holdings, LLC and Palaxar Group, LLC (collectively "Palaxar Defendants") respectfully join in the Opposition of Defendant Terence Chu (Doc. 312, including Exhibits ("Chu Opposition") to Plaintiffs' Motion to Substitute Counsel (Doc. 311), to the extent said Motion would permit the withdrawal of the Law Firm of Balch & Bingham and Plaintiffs' Counsel J. Russell Campbell And Allen M. Estes, individually, from the representation of Plaintiff Nexia Strategy Corporation in the above-captioned matter.

In addition to the reasons set forth in the Chu Opposition, the Palaxar Defendants incorporate by reference the facts and arguments set forth in their Motion for Reconsideration of the Court's Order Granting In Part And Denying In Part Balch & Bingham's Motion To Substitute Counsel and Incorporated Memorandum Of Law (Doc. 243).

| | |
|---|---|
| Date: October 8, 2010 | Respectfully submitted, |
| MARTIN R. RASKIN<br>Florida Bar No. 315206<br>JANE SERENE RASKIN<br>Florida Bar No. 848689<br>RASKIN & RASKIN, P.A.<br>866 South Dixie Highway<br>Coral Gables, Florida 33146<br>Telephone: (305) 444-3400<br>Facsimile: (305) 445-0266<br>mraskin@raskinlaw.com<br><br>Attorneys for Defendants Curry, Palaxar Group, LLC and Palaxar Holdings, LLC | /s/ Kathleen B. Havener<br>KATHLEEN B. HAVENER<br>THE HAVENER LAW FIRM, LLC<br>15511 Russell Road<br>Chagrin Falls, OH 44022<br>hone: 440-893-0188<br>Cell: 216-288-6009<br>Fax: 440-893-9326<br>kbhavener@havenerlaw.com<br><br>Attorney for Defendants Curry, Hailstones, Palaxar Group, LLC and Palaxar Holdings, LLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2010, I electronically filed the foregoing Joint Petition of Defendants Edith Curry, Frank Hailstones, Palaxar Group, LLC, Palaxar Holdings. LLC for Attorneys' Fees with the Clerk of Court using the CM/ECF system and have sent a copy of the document to the *pro se* parties and/or counsel who are not registered with the CM/ECF system as follows:

Terence Chu (via email)

Yaniv Amar (via email)

Adam Loewy (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctiona; Complex – Low
P.O. Box 1031
Coleman, FL 33521

/s/ Kathleen B. Havener
KATHLEEN B. HAVENER