# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION, | ) ) ) | Case No.:  6:07-CV-1788-ORL-28-GJK |
| Plaintiffs, | ) ) | |
| -vs.- | ) ) | |
| PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and TERENCE CHU, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| vs. | ) ) | |
| MIRABILIS VENTURES, INC., et al. | ) ) | |
| Counterclaim and Third Party Defendants. | ) ) ) | |

## STIPULATION OF DISMISSAL OF COUNTERCLAIM BY COUNTERCLAIM PLAINTIFF EDITH CURRY  AND COUNTERCLAIM DEFENDANT JAMES V SADRIANNA PURSUANT TO RULE 41(1)(a)(II)

Counterclaim Plaintiff Edith Curry ("Ms. Curry") and Counterclaim Defendant James V. Sadrianna ("Mr. Sadrianna"), who are the only parties affected by this stipulation, respectfully stipulate that Ms. Curry's counterclaim against Mr. Sadrianna in the above-referenced action is dismissed with prejudice.

Date:  October 11, 2010

Respectfully submitted,

/s/ James V. Sadrianna_____
JAMES V. SADRIANNA
10025 Chatham Oaks Court
Orlando, FL 32836
Phone: 407-810-8595
Fax:    407-351-1407
Email: jsadrianna@cfl.rr.com

Pro Se

/s/ Kathleen B. Havener_____
KATHLEEN B. HAVENER
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Counterclaim Plaintiff Curry

MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
866 South Dixie Highway
Coral Gables, Florida 33146
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Defendants Curry

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2010, I electronically filed the foregoing Joint Stipulation of Dismissal of Counterclaim of Counterclaim Plaintiff Edith Curry vs. Counterclaim Defendant James Sadrianna with the Clerk of Court using the CM/ECF system and have sent a copy of the document to the *pro se* parties and/or counsel who are not registered with the CM/ECF system.

Terence Chu (via email)

Yaniv Amar (via email)

Adam Loewy (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctiona; Complex – Low
P.O. Box 1031
Coleman, FL 33521

/s/ Kathleen B. Havener
KATHLEEN B. HAVENER