IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                              CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    Defendants,

v.

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    **Third-Party Defendants.**
_____

## RESPONSE IN OPPOSITION TO MOTION TO EXCEED PAGE LIMIT

COMES NOW, Matthew S. Mokwa ("Mokwa") and Aaron C. Bates ("Bates") (sometimes collectively referred to hereinafter as "Third-Party Defendants"), by and through their undersigned counsel and for their Response in Opposition to Third-Party Plaintiffs' Motion for Leave to Exceed Page Limit in Motion for Attorneys' Fees and Sanctions (Dkt. No. 310) (the "Motion for Leave") state as follows:

This Court's Standing Scheduling Order States:

> No party shall file a motion and supporting memorandum in excess of twenty-five pages … *Motions for relief from page limitations are*

> *disfavored and will not be granted without a specific showing of Good Cause*.

Amended Case Management and Scheduling Order, Dkt. No. 190, Sec. II.G.6 (*emphasis added*).

In their Motion for Leave, Edith Curry, Frank Hailstones, Palaxar Holdings, LLC and Palaxar Group, LLC (collectively the "Palaxar Defendants") have failed to make the requisite showing of good cause. The Palaxar Defendants sole argument for the requested relief is summarized in the Motion for Leave as follows "[t]o convey the level and magnitude of some of the misconduct requires more space than anticipated." Dkt. No. 310. This does not constitute good cause.

To date, the Palaxar Defendants, including co-defendant Terence Chu, have dedicated several hundred pages to their efforts to disparage the attorneys for Mirabilis, both past and present. See, e.g., Dkt. Nos. 242, 243, 259, 296, and 305. Moreover, Third-Party Defendants note that there are three hundred and fourteen (314) docket entries in this matter. A majority of these docket entries arise from the Palaxar Defendants' voluminous filings and the responses required thereto. Third-Party Defendants respectfully urge this Court to deny the Palaxar Defendants' Motion for Leave and to require the Palaxar Defendants to file a concise and articulate motion that complies with the Local Rules and the Standing Scheduling Order.

Respectfully submitted this 12th day of October, 2010.

s/ Kathleen S. Davies
Kathleen Davies, Esq.
The Davies Law Firm, LLC
126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 540-1010
Fax: (407) 649-3038
kdavies@thedavieslawfirm.com
*Counsel for Aaron Bates and Matthew Mokwa*

| | |
|---|---|
| ADAM J. LOEWY | ATHESEUS R. LOCKHART |
| Texas Bar No. 24041353 | Florida Bar No. 659134 |
| BARRY & LOEWY, LLP | MEIR, BONNER, MUSZYNSKI, |
| The Frost Tower | O'DELL & HARVEY, P.A. |
| 401 Congress Avenue | 260 Wekiva Springs, Road |
| Suite 1540 | Suite 2000 |
| Austin, TX 78701 | Longwood, FL 32779 |
| Ph.: (512) 852-4322 | Ph.: (407) 872-7774 |
| Fax: (512) 687-3441 | Fax: (407) 872-7997 |
| aloewy@barryloewy.com | arl@fltrialteam.com |
| *Counsel for Matthew Mokwa* | *Counsel for Aaron Bates* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Kathleen S. Davies<br>
Kathleen Davies

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Terence Chu<br>5637 Country Hills Lane L<br>Glen Allen, Virginia 23059.5424<br>**Defendant**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant** |