

# MIRABILIS

200 SOUTH ORANGE AVENUE, SUITE 2800
ORLANDO, FLORIDA 32801
PH: 407.517.7779 / FX: 407.454.5102

March 8, 2007

**VIA E-MAIL: rkubier@paychex.com**
**VIA U.S. MAIL**

Attn: Rob Kubier
Paychex, Inc.
1001 Heathrow Park Lane
Suite 2001
Lake Mary, FL 32746

Jonathan J. Judge, President & CEO
Paychex, Inc.
Corporate Headquarters
911 Panorama Trail South
Rochester, NY 14625

**RE: Paychex Update; Solicitation Notice.**

Dear Mr. Kubier:

I am Associate General Counsel for Mirabilis Ventures, Inc. ("Mirabilis"), and I am responding on behalf of Mirabilis. Mirabilis has received your advertisement, which was sent out earlier this week in the guise of a so-called "Paychex Update" (or company information update), and which obviously establishes your real intent of solicitation to whoever receives the notice.

Although you cite certain quotes from the Orlando Sentinel, and make certain inferences therefrom, you have a duty to investigate, research, and evaluate the veracity of such comments before trying to use such information to your company's advantage.

Mirabilis is not currently, nor has it ever been, the owner of Presidion Solutions or any of its subsidiaries and affiliates. This is a false statement which was stated in your solicitation notice. It is also false that Mirabilis, or Mirabilis HR, owes any payroll taxes to the government. In fact, as of the date of this letter Mirabilis and Mirabilis HR are current on all payroll taxes. Mirabilis and Mirabilis HR are not under a federal grand jury investigation, but instead other companies with which Mirabilis has had dealings, but to which it is not affiliated, are the subject of the grand jury investigations.

It is evident that your reckless disregard for the truth, and your use of false information for your own advantage, was intentionally done to the detriment of Mirabilis and its subsidiaries.

This letter shall put you on notice that you are referencing misinformation and inaccurate statements in your attempts to solicit clients away from Mirabilis HR. Mirabilis does hereby demand that you stop any and all publication and distribution of your "Paychex Update" solicitation notice that is in question. Mirabilis demands an immediate retraction of your notice, and that such retraction notice shall be sent to all those in receipt of your "Paychex Update," immediately. Furthermore, Mirabilis demands that you provide it with a list of everyone you have sent the "Paychex Update" solicitation notice within five (5) days after your receipt of this letter.

Should you fail to take the appropriate actions as set forth herein, Mirabilis shall have no choice but to pursue any and all legal rights and remedies it may have against you and your company.

**Please govern yourself accordingly.**

Very truly yours,

Scott M. Goldberg
Associate General Counsel
Mirabilis Ventures, Inc.