## Frisch, Andrew J.

**From:** Shirley Brown [sbrown@mirabilisventures.com]
**Sent:** Tuesday, February 13, 2007 10:26 AM
**To:** Frisch, Andrew J.
**Cc:** Mark Bernet
**Subject:** Letter of February 7, 2007

The following represents a copy of the above-referenced letter: I will overnight one that is executed by Mr. Bernet to you again.

Jaz

Shirley Brown, Paralegal to:
Mark Bernet, General Counsel
200 S. Orange Avenue, 28th Floor
Orlando, FL 32801
sbrown@mirabilisventures.com
407/454-6734
407/454-5102 (fax)

3/8/2007

February 7, 2007

**Via Facsimile (212) 430-8061**

Andrew J. Frisch, Esquire
LeClair Ryan PC
830 3rd Avenue, 5th Floor
New York, NY 10022

      **Re: Edie Curry/Mirabilis Ventures, Inc.**

Dear Andy:

      From our telephone conversation of February 5, 2007, and your letter of February 7, 2007, I understand that your firm has been asked to represent a former Mirabilis employee, Edie Curry, who has been subpoenaed to testify before a grand jury in Orlando. Your firm also has represented and is representing Mirabilis in some transactional matters, which you have fully disclosed in your letter of February 7. Under the circumstances, you and I agreed that there is a potential that your firm's representation of Ms. Curry could place it in a position of conflict, and you have requested that Mirabilis agree to waive the potential conflict.

      Upon consideration, Mirabilis agrees that it will waive the potential conflict of interest so long as Ms. Curry, does not actually become adverse to Mirabilis. Should the circumstance arise whereby Ms. Curry becomes adverse to Mirabilis, please contact me so that we can further analyze the situation.

      Please call me to discuss this matter in further detail. I look forward to hearing from you.

                                  Very truly yours,

                                  Mark J. Bernet

MJB:sb
cc:    Mr. William Walsh



Mark Bernet, General Counsel
Mirabilis Ventures, Inc.
200 S. Orange Avenue, 28th Floor
Orlando, FL 32801
407/454-5101
407/454-5102 (fax)

March 8, 2007

**Via Facsimile (212) 430-8061**

Andrew J. Frisch, Esquire
LeClair Ryan PC
830 3rd Avenue, 5th Floor
New York, NY 10022

  **Re: Edie Curry/Mirabilis Ventures, Inc.**

Dear Andy:

  From our telephone conversation of February 5, 2007, and your letter of February 7, 2007, I understand that your firm has been asked to represent a former Mirabilis employee, Edie Curry, who has been subpoenaed to testify before a grand jury in Orlando. Your firm also has represented and is representing Mirabilis in some transactional matters, which you have fully disclosed in your letter of February 7. Under the circumstances, you and I agreed that there is a potential that your firm's representation of Ms. Curry could place it in a position of conflict, and you have requested that Mirabilis agree to waive the potential conflict.

  Upon consideration, Mirabilis agrees that it will waive the potential conflict of interest so long as Ms. Curry does not actually become adverse to Mirabilis. Should the circumstance arise whereby Ms. Curry becomes adverse to Mirabilis, please contact me so that we can further analyze the situation.

  Please call me to discuss this matter in further detail. I look forward to hearing from you.

                 Very truly yours,

                 Mark J. Bernet

MJB:sb