**From:** Richard E. Berman
**Sent:** Tuesday, November 14, 2006 5:00 PM
**To:** Frank Hailstones (M); Diana Kristona
**Cc:** Matthew Mokwa; Shane Cobb
**Subject:** RE: Edith Curry

We can re-sign on nice paper but the fact is that all parties already signed the agreement and I believe would be bound to it anyway.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd.; Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** Tuesday, November 14, 2006 4:54 PM
**To:** Diana Kristona
**Cc:** Matthew Mokwa; Shane Cobb; Richard E. Berman
**Subject:** RE: Edith Curry

Diana

I have already covered this with 2 or 3 people in CPC over the last couple of weeks, but for certainty, clarity and completeness, Edie resigned wef October 31.

The Letter you refer to was finalized, initially in draft so we had an agreed position, but I understand was not formalized further, but is now being put on headed notepaper to be re-signed

So, she should have been paid utl 31 October agreed with Melinda as correct on 5 November payroll which is cut-off 5 days prior

Frank

Exhibit "E"

## Richard E. Berman

**From:** Matthew Mokwa [mmokwa@nexiastrategy.com]
**Sent:** Tuesday, November 14, 2006 10:58 AM
**To:** Richard E. Berman
**Subject:** Edie

**Attachments:** Edie Settlement.pdf



Edie Settlement.pdf
(210 KB)

Richard:

The final settlement letter I was forwarded regarding Edie states: DRAFT OF LETTER OF INTENT TO EDIE CURRY. Is there another version or should we re-execute the attached letter without the draft language? Or is it ok as is? (A copy of the letter is attached).

Matt

Matthew S. Mokwa, Esq.

Mirabilis Ventures, Inc.

111 N. Orange Ave., 20th Floor

Orlando, FL 32801

Phone: 407.517.7731

Mobile: 512.297.5571

Fax: 407.426.9191

This e-mail contains **PRIVILEGED AND CONFIDENTIAL** information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records. Thank you for your cooperation.

## Richard E. Berman

| | |
|---|---|
| **From:** | Richard E. Berman |
| **Sent:** | Monday, October 16, 2006 7:23 PM |
| **To:** | Frank Hailstones (M) |
| **Cc:** | lholtz@rachlin.com |
| **Subject:** | RE: Nexia Richmond |
| **Attachments:** | image001.jpg |



Image001.jpg (4 KB)

We need releases and consideration is not an issue. It can be handled by the agreement. We can remove the restrictive covenants in so far as it permits them to be in the business of consulting on the Nexia Certification program, but if we give it all up then they could contact clients and freely compete with knowledge and information gained through their affiliation with Mirabilis. Thus, I would recommend limited relief with a reaffirmation of their duties to comply with the restrictive covenants. You need to tell me what they need to be able to do to be successful in the consulting business that you believe that they intend to pursue. If they say they will do things jointly with Newco B, does that mean they have to do that? Can they just say they will go forward on this basis to get us to do the deal and then do something different? Can they do the consulting with some entity other than Newco B and thus deprive Newco B of anticipated revenues? How far do I go. I need your assistance in making this determination.

I don't want to use any pre-existing forms for these deal. Lets be thorough. There is plenty of consideration and a mere recitation of consideration coupled with this new deal is quite sufficient. I would like to see whatever "forms" Matt is using.

Continuing coverage is called COBRA. The former employee pays for it.

A exchange of releases is also sufficient consideration. Tell me the real issues that are sticking points and I will hammer out a document in short order.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Frank Hailstones (M) [mailto:fhailstones@nexiastrategy.com]
**Sent:** Monday, October 16, 2006 6:05 PM
**To:** Richard E. Berman
**Cc:** lholtz@rachlin.com
**Subject:** FW: Nexia Richmond

Richard

These are the results of the discussions with the Richmond team. It gets us a complete clean break with Richmond and gives Edie a good kick start with these guys for a month which would be in our interest

. Alternative is they hang around until tyhey find alternative employment which could cost more. Also, it releases us from any potential issues if we go down this route

Thoughts?

Thanks again

Frank

---

**From:** Shane Cobb
**Sent:** Monday, October 16, 2006 6:01 PM
**To:** Frank Hailstones (M)
**Subject:** Nexia Richmond

Frank

I am following up on our discussion concerning the four (4) employees at Nexia Richmond. Please review, consult with Richard, F1, etc, and let me know how you want to proceed.

1)   All four (4) separations will be treated as 'position elimination'

2)   We can lump-sum the severance on 11/5. On 10/20, they will receive regular pay for the pay period ending 10/15

3)   You indicated a desire to waive the non-compete.

a.   In this case, a limited waiver to allow them to consult (and sell the service) makes sense. We will need a document that spells out the waiver.

b.   Since their contracts stipulate one month severance, we have no consideration for which to request a release. I am a big fan of releases for departing employees. Please discuss with Richard the value of waiving the non-compete, perhaps as consideration in exchange for executing our general release (Matt Mokwa has the form).

4)   Santillo requested that we continue his benefit coverage for two (2) months.

a.  We could continue his coverage in exchange for a release.

b.  The other three (3) did not elect medical.

c.  Currently, he pays $500, I believe we accrue $650 to cover our portion. If we continue, our added cost is our portion; he can still pay his (from his severance check).

Shane Cobb

Chief Operating Officer

20 North Orange Avenue, Suite 1400, Orlando, FL 32801

Phone: 407-517-7852 | Fax: 407-872-3122

scobb@commonpaymaster.com

## Richard E. Berman

| | |
|---|---|
| **From:** | Richard E. Berman |
| **Sent:** | Monday, October 16, 2006 9:46 AM |
| **To:** | Frank Hailstones (M); lholtz@rachlin.com |
| **Subject:** | RE: E Curry |

Also, the "tenured status" could become a problem down the road because of the rights associated with same, assuming she has this status, of which I am not certain.

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
**Supreme Court Certified Mediator**
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

This e-mail contains **PRIVILEGED AND CONFIDENTIAL** information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records. Thank you for your cooperation.

## Richard E. Berman

| | |
|---|---|
| From: | Frank Hailstones (M) [fhailstones@nexiastrategy.com] |
| Sent: | Tuesday, November 14, 2006 11:46 AM |
| To: | Richard E. Berman |
| Cc: | Matthew Mokwa |
| Subject: | RE: Edie |

Update:

1. We signed the 'draft' because of time constraints to get an agreed position. That's final so far as we are concerned. If you want to remove "draft" I will get Edie to re-sign it
2. Newco – Edie is still setting it up. I will call her today for progress check
3. We need to draft the Note in readiness for her Newco incorporation. Richard, you and I exchanged emails on this a couple of weeks back. Is it ready to go to her as a draft?
4. Newco B (one I am setting up ) I responded to you Richard week past Friday with some thoughts. Ready to discuss when you are and get it up and running

I am in today if you want to call and go over

Thanks

Frank

---

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** Tuesday, November 14, 2006 11:04 AM
**To:** Matthew Mokwa; Frank Hailstones (M)
**Cc:** Angel Armas
**Subject:** RE: Edie

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** 04 October 2006 19:12
**To:** Frank Hailstones (M); lholtz@rachlin.com
**Subject:** FW: Edie

Richard E. Berman, Esq.

Berman, Kean & Riguera, P.A.

2101 W. Commercial Blvd., Ste. 2800

Fort Lauderdale, FL 33309

(954) 735-3636   Fax: (954) 735-3636

---

**From:** Phil Kaprow [mailto:pkaprow@aqmistrategy.com]
**Sent:** Tuesday, October 03, 2006 11:08 AM
**To:** Shane Cobb
**Cc:** Shane Williams; Jay Stollenwerk; Richard E. Berman
**Subject:** RE: Edie

The following individuals are authorized to receive (but have not taken possession of) Class B stock:

Edie Curry

Mike Dement

Terry Carney

Tom Broadhead

Hope this helps.

Phil

---

**From:** Shane Cobb
**Sent:** Monday, October 02, 2006 2:52 PM
**To:** Phil Kaprow
**Cc:** Shane Williams; Jay Stollenwerk; 'Richard E. Berman'
**Subject:** RE: Edie

Phil:

The employees below are listed as being assigned to the Nexia Richmond Office. Have any been issued stock:

Edie Curry

| |
|---|
| Jacqueline Poliquin |
| Lori Eberhardt |
| Mark Wickersham |
| Mike Dement |
| Scott Hannah |
| Terry Carney |
| Tom Broadhead |
| Tony Santillo |

---

**From:** Jay Stollenwerk
**Sent:** Monday, October 02, 2006 2:47 PM
**To:** 'Richard E. Berman'; Shane Cobb
**Cc:** Shane Williams
**Subject:** RE: Edie

I also have no knowledge of promises or other factors regarding the VA group outside of their CPM agreements.

S2, if you want to provide a name of the individuals under consideration to Phil Kaprow, he can confirm any stock issuance.

Jay

---

**From:** Shane Cobb
**Sent:** Monday, October 02, 2006 11:55 AM
**To:** Richard E. Berman
**Cc:** Shane Williams; Jay Stollenwerk
**Subject:** RE: Edie

By 10am, we will deliver:

1) contract

2) pay summary

3) notation of anything unusual in the file (and confirmation of the usual – like handbook acknowledgement).

I have no knowledge of other promises, stock arrangements, etc that may exist and look to S1 and JS to get you that info.

---

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** Monday, October 02, 2006 11:51 AM
**To:** Shane Cobb
**Cc:** Shane Williams; Jay Stollenwerk
**Subject:** RE: Edie

Please make sure that I have all agreements, letters, demands, promises and all sums or other items paid and/or promised orally or in writing since the inception of the employment of each Richmond person. Thanks.

Richard E. Berman, Esq.

Berman, Kean & Riguera, P.A.

2101 W. Commercial Blvd., Ste 2800

Fort Lauderdale, FL 33309

**Supreme Court Certified Mediator**

(954) 735-0000   Fax: (954) 735-3636

REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

---

**From:** Shane Cobb [mailto:scobb@nexiastrategy.com]
**Sent:** Monday, October 02, 2006 11:46 AM
**To:** Richard E. Berman
**Subject:** RE: Hannah

We'll pull them all and bring to 28 on Tuesday.

**From:** Richard E. Berman [mailto:reb@bermankean.com]
**Sent:** Monday, October 02, 2006 11:26 AM
**To:** Shane Cobb
**Subject:** RE: Hannah

Other than the exceptions letters, which I assume were executed, do any of the agreements have special modifications from the standard agreement?

Richard E. Berman, Esq.

Berman, Kean & Riguera, P.A.

2101 W. Commercial Blvd., Ste 2800

Fort Lauderdale, FL 33309

**Supreme Court Certified Mediator**

(954) 735-0000   Fax: (954) 735-3636

REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Shane Cobb [mailto:scobb@nexiastrategy.com]
**Sent:** Friday, September 29, 2006 12:04 PM
**To:** Richard E. Berman
**Subject:** Hannah
**Importance:** High

We have executed copies of the contracts. As you know, the security paper makes them hard to read when scanned. For review purposes, the electronic versions may work.

Shane Cobb
Chief Operating Officer
20 North Orange Avenue, Suite 1400, Orlando, FL  32801
Phone: 407-517-7852 | Fax: 407-872-3122
scobb@commonpaymaster.com