## MEMORANDUM

TO: Aaron Bates

CC: J. Russ Campbell; Eric B. Langley

FROM: Frank Amodeo

DATE: July 24, 2007

RE: *Causes of Action*

---

Dear Sirs:

The causes of action have been divided into three areas: Collection, Professional and D & O.

### Collection

The collection actions involve companies which have received deposits, investments or loans and have refused to account for or repay the money.

Our belief is that all these companies but National Paymaster and Lowder are collectable for actual amounts, plus consequential damages and costs.

Further, certain of the companies which have tortious activities particularly Atlantic American, Roberts and Kelly, Palaxar, Paysource and Lighthouse are able to afford substantially greater damage claims.

| Collection | Minimum Amount in Controversy (*in millions*) |
|---|---|
| 1. Atlantic American | 10.8 |
| 2. Palaxar Group | 5.0 |
| 3. R. Roberts; D. Kelly | 5.8 |
| 4. Stratis Authority | 5.0 |
| 5. Secure Solutions | 5.2 |
| 6. R. Leib; M. O'Sullivan | 1.0 |
| 7. D. Robinson; M. Moore | 1.0 |
| 8. N. Gugliuzza | 1.0 |
| 9. Lowder | 0.5 |
| 10. Southwest Doctors; JC Svs | 1.0 |
| 11. E. Files | 0.5 |
| 12. Lake Town Wharf | 0.5 |
| 13. Tireflys; Barber | 1.0 |
| 14. Withrow Block | 0.2 |
| 15. I-3 Media/Growing Bolder | 0.5 |
| 16. Tranmere Rovers | 0.3 |
| 17. Hancock Group | 0.5 |

1

| | |
|---|---|
| 18. Alliance; M. Mapes | 3.0 |
| 19. Jeff Reichel | 0.2 |
| 20. BCA; E. Coleman | 0.3 |
| 21. Paysource; R. Sacco | 2.0 |
| 22. National Paymaster | 1.0 |
| 23. Progressive | 1.0 |
| 24. Lighthouse; SUA Ins. Co. | 7.0 |
| 25. Lake Suites | 2.0 |
| **Total** | **56.3** |

## Professional

The following professional firms were engaged to perform audit (James Moore & Co.), provide advice on PEO licences, PEO structure and PEO regulatory compliance (Foley, Jackson, Nugent and Miller) and review corporate governance and corporate compliance (Berger).

Also, First Southern Bank performed a complete financial review for the Patriot Act and money laundering; however, the Bank seems to have been persuaded by the bank's (and Mirabilis') general counsel to soften or not reveal the finding.

We believe the PEO losses are in the range of $104 million, which is the difference between the value of the company in July 2005 by appraisal, and the ultimate selling price in May 2007. In addition, the failure to identify the risk of utilizing proceeds from the PEO's created further damages of at least $52,828,251.00.

| Professional | |
|---|---|
| 1. James Moore & Co. | Auditor |
| 2. Berger Singerman | Attorney |
| 3. Foley Lardner | Attorney |
| 4. Jackson Lewis | Attorney |
| 5. The Nugent Law Firm | Attorney |
| 6. Kunkel Miller & Hament | Attorney |
| 7. First Southern Bank | Bank |

## Directors & Officers

The directors and officers actions are for negligent operation of investment funds and PEO subsidiaries, as well as self-dealing, plus conversion. The directors and officers have $35 million of corporate error and omission insurance coverage, plus several have personal policies and several have significant net worth.

| D & O |
|---|
| 1. Mirabilis directors and officers |
| 2. AEM directors and officers |

2