**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                                 CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,**

    Defendants,

v.

**AQMI STRATEGY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA,**

    Third-Party Defendants.
_____

### MOTION FOR LEAVE TO FILE REPLY TO THIRD-PARTY PLAINTIFFS' RESPONSE IN OPPOSITION TO THIRD-PARTY DEFENDANTS' MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

COMES NOW, Third-Party Defendants Matthew S. Mokwa ("Mokwa"); and Aaron C. Bates ("Bates") (sometimes collectively referred to hereinafter as "Third-Party Defendants"), by and through their undersigned counsel, and for their Motion for Leave to File a Reply to Third-Party Plaintiffs' Response in Opposition to Third-Party

1

Defendants' Motion to Dismiss Amended Third-Party Complaint for Lack of Subject Matter Jurisdiction (see Dkt. No. 317), state as follows:

1. On or about October 18, 2010, Third-Party Defendants' filed their Motion to Dismiss the Amended Third-Party Complaint for Lack of Subject Matter Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). See Dkt. No. 316.

2. On or about October 20, 2010, Third-Party Plaintiffs filed their Response in opposition to the aforesaid motion. See Dkt. No. 317.

3. Pursuant to Local Rule 3.01(c), "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in [Local Rule 3.01] (a) and (b) unless the Court grants leave."

4. A reply is sought for the following reasons:

   a. Third-Party Plaintiffs' misstate that the proper legal standard for addressing the instant motion is the *Red Cab. Co.*[1] "legal certainty" test. The caselaw is unequivocally clear that when a complaint does not allege an amount in controversy or seeks indeterminate damages, both of which are true in this matter, the "legal certainty" test gives way to the preponderance of the evidence standard. See State Farm Mut. Auto. Ins. Co. v. Greater Chiropractic Ctr. Corp., 393 F. Supp. 2d 1317, 1323 (M.D. Fla. 2005); Federated Mut. Ins. Co. v. Mckinnon Motors, LLC 329 F.3d 805, 807 (11th Cir. 2003); and Diversified Mortg. Inc. v. Merscorp, Inc. 2010 U.S. LEXIS 55020, *4 (M.D. Fla. 2010).

---

[1] St. Paul Mercury Indem. Co. v. Red Cab Co., 303 U.S. 283, 288 (1938).

  b. Third-Party Plaintiffs' Response is based entirely on conclusory allegations and disparagements that lack any evidentiary support.

5. Third-Party Defendants seek to file a short reply in order to address the aforementioned errors.

6. The proposed reply shall not exceed five (5) pages and shall be filed within five (5) business days of being granted leave to do so.

### LOCAL RULE 3.01(G) CERTIFICATION

The undersigned certify that, with respect to the foregoing motion, they have conferred with counsel for Third-Party Plaintiffs who oppose the relief sought herein.

**WHEREFORE**, Third-Party Defendants, Matthew Mokwa and Aaron Bates, request that this Court grant their Motion for Leave to File a Reply to Third-Party Plaintiffs' Response in Opposition to Third-Party Defendants' Motion to Dismiss Amended Third-Party Complaint for Lack of Subject Matter Jurisdiction.

Respectfully submitted this 20th day of October, 2010.

| | |
|---|---|
| s/ Adam J. Loewy | s/ Atheseus R. Lockhart |
| ADAM J. LOEWY | ATHESEUS R. LOCKHART |
| Texas Bar No. 24041353 | Florida Bar No. 659134 |
| BARRY & LOEWY, LLP | MEIR, BONNER, MUSZYNSKI, |
| The Frost Tower | O'DELL & HARVEY, P.A. |
| 401 Congress Avenue | 260 Wekiva Springs, Road |
| Suite 1540 | Suite 2000 |
| Austin, TX 78701 | Longwood, FL 32779 |
| Ph.: (512) 852-4322 | Ph.: (407) 872-7774 |
| Fax: (512) 687-3441 | Fax: (407) 872-7997 |
| aloewy@barryloewy.com | arl@fltrialteam.com |
| *Counsel for Matthew S. Mokwa, Esq.* | *Counsel for Aaron C. Bates, Esq.* |

Kathleen Davies, Esq.
The Davies Law Firm, LLC

126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 540-1010
Fax: (407) 649-3038
kdavies@thedavieslawfirm.com
*Counsel for Aaron Bates and*
*Matthew Mokwa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Adam J. Loewy
Adam J. Loewy, Esq.

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida  33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant** |