**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,**

          **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,**

          **Defendants.**
_____

## NOTICE OF HEARING

**TAKE NOTICE** that a telephonic hearing on Plaintiffs' Motion for Reconsideration (Doc. 303) will be held before the Honorable John Antoon, United States District Judge, on **MONDAY**, **NOVEMBER 15, 2010** at **1:30 P.M.** in Courtroom #6B, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.

The parties shall provide the telephone number they are each to be called on to the Courtroom Deputy Clerk, Ms. Darley, at 407-835-4304, no later than noon on Friday, November 12, 2010.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on this 3rd day of November, 2010.

Copies furnished to:
Counsel of Record
Any Unrepresented Party

JOHN ANTOON II
United States District Judge