**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                        CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    Defendants,

v.

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    Third-Party Defendants.
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**DISPOSITIVE MOTIONS FROM NOVEMBER 4, 2010 TO NOVEMBER 8, 2010**

COMES NOW Third-Party Defendants Matthew S. Mokwa ("Mokwa"), Aaron C. Bates ("Bates"), and Yaniv Amar ("Amar") (sometimes collectively referred to hereinafter as "Third-Party Defendants"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for their unopposed motion for an extension of time to file their dispositive motions from November 4, 2010 until November 8, 2010, state as follows:

1. On August 27, 2010, this Court extended the dispositive motion deadline until November 4, 2010 due to Mr. Hailstones' inability to travel for medical reasons.

2. No party will be prejudiced by the granting of this Motion because it merely postpones the dispositive motion deadline for a brief period of 2 business days.

3. The extension of time sought herein is due to no fault of Third-Party Defendants, but rather the result of unforeseen circumstances and problems with the court reporter's computer. Particularly, there were significant delays in receiving the principal deposition transcripts necessary to complete the Motion for Summary Judgment. For example:

   a. Despite ordering Ms. Curry's deposition transcript on August 11, 2010, Third-Party Defendants did not receive the transcript until approximately October 11, 2010, three weeks before the dispositive motion deadline.

   b. Third-Party Defendants didn't receive Mr. Hailstones' deposition until October 11, 2010.

   c. Amar's deposition was not received until October 20, 2010, two weeks before the dispositive motion deadline.

   d. James Sadrianna's deposition was not received until October 20, 2010, two weeks before the dispositive motion deadline.

   e. Additionally, these deposition transcripts are hundreds of pages a piece and require significant review.

   f. Mr. Lockhart (counsel for Bates) was out of town all of last week and, because of resulting schedule conflicts this week, is vigorously playing catch-up.

4. While extensions of dispositive motion deadlines are disfavored, no other deadlines in this case will be disturbed by the requested extension and the requested extension is 2 business days.

5. A district court is entitled to broad discretion in managing pretrial discovery matters. <u>Klay v. All Defendants</u>, 425 F. 3d 977, 981 (11th. Cir 2005).

6. Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with counsel for Third-Party Plaintiffs and they do not oppose the relief sought herein.

WHEREFORE, Third-Party Defendants Matthew S. Mokwa, Aaron C. Bates, and Yaniv Amar respectfully request this honorable Court enter an Order enlarging the time to file their dispositive motions from November 4, 2010 until November 8, 2010.

Respectfully submitted this 3rd day of November, 2010.

| | |
|---|---|
| s/ Adam J. Loewy<br>ADAM J. LOEWY<br>Texas Bar No. 24041353<br>BARRY & LOEWY, LLP<br>The Frost Tower<br>401 Congress Avenue<br>Suite 1540<br>Austin, TX 78701<br>Ph.: (512) 852-4322<br>Fax: (512) 687-3441<br>aloewy@barryloewy.com<br>*Counsel for Matthew S. Mokwa, Esq.* | s/ Atheseus R. Lockhart<br>ATHESEUS R. LOCKHART<br>Florida Bar No. 659134<br>MEIR, BONNER, MUSZYNSKI,<br>O'DELL & HARVEY, P.A.<br>260 Wekiva Springs, Road<br>Suite 2000<br>Longwood, FL 32779<br>Ph.: (407) 872-7774<br>Fax: (407) 872-7997<br>arl@fltrialteam.com<br>*Counsel for Aaron C. Bates, Esq.* |
| Kathleen Davies, Esq.<br>The Davies Law Firm, LLC<br>126 East Jefferson Street<br>Orlando, FL 32801<br>Ph.: (407) 540-1010<br>Fax: (407) 649-3038<br>kdavies@thedavieslawfirm.com<br>*Counsel for Aaron Bates and Matthew Mokwa* | s/ Yaniv Amar<br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>*Pro Se Third-Party Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3rd, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Adam J. Loewy
Adam J. Loewy, Esq.

## SERVICE LIST

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida  33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant** |