IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

v.                                        **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    **Defendants,**

v.

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    **Third-Party Defendants.**
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME OF ONE DAY TO FILE**
**DISPOSITIVE MOTION FROM NOVEMBER 8, 2010 TO NOVEMBER 9, 2010**

COMES NOW Third-Party Defendant Aaron C. Bates ("Bates"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for his <u>unopposed</u> motion for an extension of time of one (1) day to file his dispositive motion from November 8, 2010 until November 9, 2010, state as follows:

    1.    On August 27, 2010, this Court extended the dispositive motion deadline until November 4, 2010 due to Mr. Hailstones' inability to travel for medical reasons.

1

2. On November 3, 2010, this Court extended the dispositive motion deadline until November 8, 2010 due to problems with the court reporter's computer. Particularly, there were significant delays in receiving the principal deposition transcripts necessary to complete the Motion for Summary Judgment.

3. No party will be prejudiced by the granting of this Motion because it merely postpones the dispositive motion deadline for a brief period of 2 business days.

3. The extension of time sought herein is due to no fault of Bates, but rather the result of health-related computer issues of Bates. Particularly, his right hand which he drives with, is locking up, making it difficult to type. This happens occasionally and is normally resolved in short manner. Bates does not anticipate that this will result in a delay beyond this evening.

5. A district court is entitled to broad discretion in managing pretrial discovery matters. <u>Klay v. All Defendants</u>, 425 F. 3d 977, 981 (11th. Cir 2005).

6. Pursuant to Local Rule 3.01(g), Third Party Plaintiffs have been conferred with regarding the relief sought herein and they have no opposition.

WHEREFORE, Third-Party Defendant, Aaron C. Bates, respectfully request this honorable Court enter an Order enlarging the time to file his dispositive motions by one (1) day from November 8, 2010 until November 9, 2010.

Respectfully submitted this 8th day of November, 2010.


s/ Atheseus R. Lockhart_____
ATHESEUS R. LOCKHART
Florida Bar No. 659134
MEIR, BONNER, MUSZYNSKI, O'DELL
& HARVEY, P.A.
260 Wekiva Springs, Road
Suite 2000
Longwood, FL 32779

2

Ph.: (407) 872-7774
Fax: (407) 872-7997
arl@fltrialteam.com
*Counsel for Aaron C. Bates, Esq.*

Kathleen Davies, Esq.
The Davies Law Firm, LLC
126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 540-1010
Fax: (407) 649-3038
kdavies@thedavieslawfirm.com
*Counsel for Aaron Bates and*
*Matthew Mokwa*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

        s/ Atheseus R. Lockhart_____
        ATHESEUS R. LOCKHART.

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant** |