## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>    Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>    Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>    Counterclaim and Third<br>    Party Defendants. | Case No.:  6:07-CV-1788-ORL-28-GJK<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF WITHDRAWAL OF**<br>**DR. CHARLOTTE WENZEL AS A**<br>**WITNESS ON BEHALF OF EDITH**<br>**CURRY** |

   When Adam Loewy, counsel for Third Party Defendant Matt Mokwa, deposed Third Party Plaintiff Edith Curry on August 11, 2010, he inquired into Ms. Curry's treatment by a psychologist, whose name Ms. Curry provided in response to Mr. Loewy's questioning.  As Mr. Loewy's inquiries into Ms. Curry's counseling were substantive, counsel thought it appropriate to make supplemental disclosure of her name and contact information to all parties.  Today, three months after obtaining the identity of Dr. Wenzel, Third Party Defendants moved to exclude Dr. Wenzel as a witness or to extend all deadlines.  Rather than extending all deadlines, Third Party Plaintiffs hereby simply withdraw Dr. Wenzel's name from their witness list, with the understanding that, if necessary, she may be called as a rebuttal witness.

|  | Respectfully submitted, |
|---|---|
| Date: November 5, 2010 |  |
| MARTIN R. RASKIN | /s/ Kathleen B. Havener |
| Florida Bar No. 315206 | KATHLEEN B. HAVENER |
| JANE SERENE RASKIN | THE HAVENER LAW FIRM, LLC |
| Florida Bar No. 848689 | 15511 Russell Road |
| RASKIN & RASKIN, P.A. | Chagrin Falls, OH 44022 |
| 866 South Dixie Highway | Phone: 440-893-0188 |
| Coral Gables, Florida 33146 | Cell: 216-288-6009 |
| Telephone: (305) 444-3400 | Fax: 440-893-9326 |
| Facsimile: (305) 445-0266 | kbhavener@havenerlaw.com |
| mraskin@raskinlaw.com |  |
|  | Attorney for Defendants Curry, Hailstones, |
| Attorneys for Defendants Curry, | Palaxar Group, LLC and Palaxar Holdings, LLC |
| Palaxar Group, LLC and Palaxar Holdings, LLC |  |

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2010, I electronically filed the foregoing Notice of Withdrawal of Charlotte Wenzel as a Potential Witness with the Clerk of Court using the CM/ECF system and have sent a copy of the document to the *pro se* parties and/or counsel who are not registered with the CM/ECF system.

Terence Chu (via email)

Yaniv Amar (via email)

Adam Loewy (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctiona; Complex – Low
P.O. Box 1031
Coleman, FL 33521

                                              /s/ Kathleen B. Havener_____
                                              KATHLEEN B. HAVENER