IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                           Case No. 6:07-CV-1788-Orl-28KRS

**PALAXAR GROUP, LLC;**               Appendix of Exhibits in Support of
**PALAXAR HOLDINGS, LLC;**         Matthew S. Mokwa's Motion for
**FRANK HAILSTONES; EDITH CURRY**   Summary Judgment
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    Defendants,

v.

**MIRABILIS VENTURES, INC.,**
**NEXIA STRATEGY CORPORATION,**
**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, and JAMES SADRIANNA,**

    Third-Party Defendants.

_____

## APPENDIX OF EXHIBITS TO MATTHEW S. MOKWA'S MOTION FOR SUMMARY JUDGMENT

| Def. Ex. No. | Description |
|---|---|
| 1 | Oct. Deposition of Frank Hailstones |
| 2 | Deposition of Matthew Mokwa |
| 3 | Deposition of Yaniv Amar |
| 4 | Deposition of Aaron C. Bates |
| 5 | 58th Annual Directors & Managers Symposium |

| | |
|---|---|
| | Brochure; Scottsdale, AZ – Oct. 14-17, 2007 |
| 6 | Aug. Deposition of Edith Curry |
| 7 | Handwritten Notes of Edith Curry |
| 8 | Affidavit of Thomas Zollers |
| 9 | Affidavit of Clinton Groomes, Jr |
| 10 | Affidavit of Joel Kramer |
| 11 | Affidavits of Eric Sork, Sargon Youmara, David Benami, Todd Stewart, Sandy O'Connor, Ken Conway, Bill Jackson, Cecily Fink, Erica Kartak, Matthew Raudenbush, Larry Davis, Robert W. Rudloff, Jr., John Winters, Rebecca Lai and Timothy Wardlow. |
| 12 | October 13, 2010, Orlando Sentinel Article; Mirabilis Lost at least $220M |
| 13 | 58th Annual Directors & Managers Symposium Participant List; Scottsdale, AZ – Oct. 15-17, 2007 |
| 14 | Edith Curry and Frank Hailtones' Responses to Interrogatories |
| 15 | July 17, 2010 Letter from Kathleen Havener, Esq. |
| 16 | MIS Training Institute Antifraud Speaking Engagements (2007-2011) |
| 17 | Jan. Deposition of Frank Hailstones |
| 18 | Jan. Deposition of Edith Curry |