# EXHIBIT 1

See (Doc. 316-5)