EXHIBIT 5



**MIS**
EXECUTIVE
SERIES™

# 58th Audit Directors & Managers

# *Symposium*

**Scottsdale, AZ**
**October 15-17, 2007**

**Optional Workshops**
**October 14 & 18**

*Symposium Chairperson*



Joel F. Kramer, CPA
*Managing Director,*
*Internal Audit Division*



**TRAINING**
**INSTITUTE**
The International Leader
in Audit & Information
Security Training

- Positioning Internal Audit to face new risk-based business and compliance challenges in 2008

- Audit's role in partnering with the audit committee and executive management

- Creating an efficient, risk-based audit process

- Aggressively developing an effective anti-fraud strategy

**Sponsors**

PRICEWATERHOUSECOOPERS 🅑        Control**Solutions**.

*www.misti.com*  E-Z Access 0AM500

TRAINING AUDIT AND INFORMATION SECURITY PROFESSIONALS FOR OVER 29 YEARS

## Sunday  October 14, 2007

**9:00 am - 4:30 pm**

### OPTIONAL WORKSHOP

### W1 Dealing with a Likely Fraud Situation: Audit Management's Responsibilities

*Edith L. Curry, JD, Founding Member, Palaxar, LLC; Frank Hailstones, CA, Founding Member, Palaxar, LLC*

In this intensive one-day workshop you will examine in-depth Audit's roles and responsibilities as a major player in your organization's defense against fraud. You will learn how to enhance your existing audit programs to help uncover fraud and master proven techniques for conducting effective fraud investigations. You will cover key fraud evidence requirements and gain an understanding of the complex organizational, civil, and criminal factors you must consider to guide your company to the best possible outcome.

* Understanding your organization's fraud risk tolerance
* Clarifying what triggers a fraud investigation
* Ensuring your policies and practices are up to date and reflect the organization's fraud risk tolerance
* Gaining management's support for your policies
* Validating your findings
* Internal vs. external resources: when to use them
* "Proof" and how to find it
* Identifying the different (and sometimes conflicting) standards of proof
* Satisfying your audit director, risk committee, board of directors, insurance carrier, shareholders...and the list goes on

**5:30 pm - 6:30 pm**

### Welcome Reception for Symposium Participants and Spouses

## Monday, October 15, 2007

**9:00 am - 9:45 am**

SESSION A

### Introduction and Welcome - World-Class Auditing Rebalanced

*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*

**9:45 am - 10:00 am**

### Refreshments

**10:00 am - 12:30 pm**

SESSION B

### Positioning IA for the Challenges of 2008 and Beyond

* Adding risk-based value to the organization
* Balancing enterprise risk audits, S-OX, requirements, compliance issues, and operational audits while minimizing fraud exposures
* Playing a proactive role in ethics and governance
* Creating an effective ongoing S-OX strategy

**12:30 pm - 1:45 pm**

### Lunch

**1:45 pm - 3:15 pm**

SESSION C

### Marketing IA in a Post-S-OX, ERM-Driven Organization

* Reeducating the organization about how IA adds value in an ERM environment
* Getting credit for promoting the benefits of your ongoing S-OX efforts to the organization
* Keeping the audit committee and executive management abreast of significant internal audit achievements
* Making audit staff aware that everyone in the department contributes to the organization's perception of IA

SESSION D

### Getting Big Results from a Small Audit Department

* Ten big things small audit departments do wrong
* Using fewer resources smarter
* Critical components of successful smaller departments
* Stretching the smaller budget
* Addressing the need for IT audit coverage
* Strategies for expansion
* Hiring the right people for smaller departments
* When it pays to specialize, outsource, cosource, or insource
* Working through S-OX compliance

**3:15 pm - 3:30 pm**

### Refreshments - Sponsored by Control Solutions International

**3:30 pm - 5:00 pm**

SESSION E

### Internal Audit's Critical Role in Enterprise Risk Assessment

* Integrating risk assessment with the organization's ERA
* Continually incorporating new risks
* Ensuring ERA includes S-OX, governance, assurance, fraud, and IT
* Managing the organization's risk appetite
* Partnering with the Chief Risk Officer, Chief Ethics Officer, and Chief Controls Officer
* Reconciling the organization's ERA to the annual audit plan
* Assuring every risk has a process

## Tuesday, October 16, 2007

**8:30 am - 10:00 am**

SESSION F

### People! People! People

* Keeping the right people
* Managing department turnover
* Minimizing the probability of a bad hire
* Innovative ways to find new full-time staff
* Creative ways to use internal and external personnel

SESSION G

### Building a Risk-Based Audit Department

* Ensuring that your staff is onboard with a risk-based approach and has the right skills

- Gaining executive management and audit committee support
- Developing risk-based strategies/a sound approach to testing
- Implementing measures for calculating department productivity
- Understanding where your organization is going

**10:00 am - 10:15 am Refreshments**

**10:15 am - 11:45 am**
SESSION H

## Establishing an Effective Anti-Fraud Program
- Key components of an effective an anti-fraud program
- Implementing and conducting an organizationwide fraud risk assessment
- Auditing the tone at the top
- Conducting ongoing fraud awareness training
- Managing the hotline
- Introducing "how-can-we-get-burned" questions into the audit process

**11:45 am - 2:30 pm**
## Synergy Time

**2:30 pm**
## Refreshments - Sponsored by Control Solutions International

**2:30 pm - 4:15 pm**
SESSION I

## Eliminating Inefficiencies in the Audit Process
- Minimizing inherent inefficiencies in the traditional audit process
- Planning in advance of fieldwork
- Utilizing the client's knowledge
- Maximizing the manager's role earlier in the process
- Testing earlier in the planning process
- Taking a risk-based approach
- Thinking report from day one
- Reducing the time invested in report writing
- Creating and implementing a compliance strategy
- Including fraud as a part of the planning process

**4:15 pm - 5:30 pm**
SESSION J

## Industry-Specific Risks, Strategies, and Opportunities
Take advantage of this unique chance to learn what your colleagues are doing to assess the significant risks in their organizations. This is the ideal forum to put your strategies for addressing risks to the test.

**6:30 pm - 8:00 pm**
## Reception (*Spouses invited*) - Sponsored by PricewaterhouseCoopers

## Wednesday, October 17, 2007

**8:30 am - 9:15 am**
SESSION K

## Developing a Wellness Program for You and Your Department
- Addressing the inherent stress in internal auditing
- How stress impacts department productivity
- 25 wellness tips for every IA department

**9:15 am - 9:30 am**
## Refreshments

**9:30 am – 11:00 am**
SESSION L

## Optimizing the Value of IA to the Audit Committee and Executive Management
- Positioning IA as the go-to department
- Becoming a valued counselor to the audit committee
- Attributes of savvy audit committees
- Keeping the audit committee and executive management informed about key risks and exposures
- Auditing the audit committee
- Educating existing and new members of the audit committee
- Good ways to deliver bad news
- Differentiating involvement from micromanagement
- Partnering with the financial experts

**11:00 am - 11:15 am Refreshments**

**11:15 am - 12:00 pm**
SESSION M

## Today's Best Practices in Internal Auditing
- Adding measurable value
- Performing audits and having a role in compliance
- Combining best practices and emerging trends
- Recognizing best practices for your organization's culture
- Implementing best practices in audit management
- Balancing consulting and independence

## Thursday, October 18, 2007

**8:00 am - 2:00 pm**

## OPTIONAL WORKSHOP
## W2 Audit Director's Roundtable: Meeting the Complex Challenges of the Day
*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*
- Becoming risk-based in a compliance-focused world
- Non-traditional ways to find and retain people
- Balancing Sarbanes-Oxley and traditional audit values
- Audit committee communication in times of crisis
- Managing and controlling multiple cosourced relationships
- Doing much more with less
- Responsibilities and allocation of the Audit Director's time
- Maximizing the director's productivity
- Inventive ways to stretch your budget
- Innovative methods for staying current
- Controlling the external auditor relationship

## Symposium Faculty

**Leslie Bauer, CPA,** is the Chief Audit Executive for the Washington Post Company, where she is responsible for enterprisewide audit activity for all company operations, and where she led the company's efforts to address S-OX requirements in its first year of compliance. Prior to assuming her current position, she was Director of Corporate Accounting. Previously, Ms. Bauer was the controller for Fleet Street Publishing and Vice President of Finance for a home healthcare organization. She was with Marriott Corporation, holding positions in Corporate Accounting, the Architecture and Construction Division, and Roy Rogers Division.

**Lisa G. Choate, CIA, CBA,** is co-founder and partner in Ultimate Health Resources, a wellness and disease prevention company. Ultimate Health Resources' primary objective is to contain rising health care costs for organizations while providing health education to employees. The former CAE of Southwest Airlines, Ms. Choate was responsible for coordinating and delivering risk-based and process-driven reviews and advisory services specific to internal controls and risk management throughout the company.

**Edith L. Curry, JD,** a founding member of Palaxar, LLC, possesses both international and Fortune 100 Company experience. In addition to diverse finance and legal experience spanning more than 20 years, Ms. Curry's background includes management, and accounting. As President of Brookmeade Group, LLC, she provided both financial and legal guidance to mid-sized and large corporations. At Capital One Services, Inc., she structured a team of legal, procurement and contract management specialists. Previously, she served as Assistant Treasurer and Director of Accounting for Nestle Frozen Food, and held management positions at a division of Hughes Aircraft, Inc. and USAir, Inc.

**Frank Hailstones, CA,** a founding member of Palaxar, LLC, was CEO and founder of Axena. A seasoned professional with extensive audit and consulting experience in all aspects of governance, Mr. Hailstones led the development of Axena's governance solutions to design and implement real-world processes that support S-OX compliance. Previously, Mr. Hailstones was with PricewaterhouseCoopers, where he led the government practice in the UK as well as the EMEA internal audit practice. He is a member of the IIA, the IOD in the UK, the CPFA, and the ACA.

**Robert A. King, CPA, CISA, CFE,** is Director of Internal Audit for Federal Express Corporation, where he is responsible for auditing all of the operating companies within the FedEx family. During his tenure at FedEx, Mr. King has held various positions in financial, operational, international and information systems audit and presently is responsible for the financial, information systems and international audit activities for worldwide operations. He is a member of the American Institute of Certified Public Accountants, ISACA, the ACFE, and the IIA.

**Joel F. Kramer, CPA,** is the Managing Director of MIS Training Institute's Internal Audit Division. Prior to joining MIS, Mr. Kramer was on the audit staff of The Gillette Company, then served as Director of Internal Audit for Instrumentation Laboratory, Inc. Previously, Mr. Kramer spent five years with Coopers & Lybrand. A frequent speaker at audit conferences, he has conducted many on-site training programs for major organizations worldwide. Mr. Kramer has written articles on productivity and project management for *Internal Auditing Magazine* and *The Internal Auditor.*

**Karl Riem, CPA,** is Senior Vice President and Senior Audit Director at Wells Fargo & Co., where he directs a team of 70 professionals who provide audit coverage to several of the organization's businesses. Mr. Reim's team also provides audit coverage for corporate functions such as accounting/finance, properties and human resources, as well as to any merger/acquisition activity across the enterprise.

**Robert Rudloff, CIA, CFE,** is Vice President of Internal Audit for MGM MIRAGE, where he is responsible for audits of all MGM MIRAGE properties around the world. Previously, Mr. Rudloff was with PricewaterhouseCoopers as Director of Internal Audit Services, and Corporate Director of Internal Audit for the Trump Hotels and Casino Resorts. A recognized leader in the internal auditing profession, he is a past Vice Chairman of the Board for the IIA, and has published several articles on internal auditing and fraud.

## 25 Reasons to Attend

### At this Symposium You Will:

1. Learn how to strategically position and rebalance IA in 2008

2. Discover new ways to market IA to the rest of the organization

3. Re-examine and redefine the attributes of a world-class audit department

4. Hear how different approaches, styles, and solutions are used successfully by other audit managers and directors

5. Explore the key components to building an effective risk-based audit department

6. Come away with proven strategies for implementing an anti-fraud program

7. Get pointers on building and keeping a staff of the best and the brightest

8. Get proven tactics for implementing an enterprisewide risk assessment program

9. Walk away with tested tips for becoming the audit committee's go-to department

10. Examine ways to make fraud risk a part of your enterprisewide risk assessment

11. Uncover ways to deal with a shortage in qualified staff

12. Gain tips on communicating effectively with the audit committee and senior management

13. Find out how to review and improve the balance between compliance and proactive auditing

14. Discover new ways to motivate the best people

15. Learn innovative ways to improve audit process productivity

16. Find out how you can blend cosourcing, consulting, insourcing, and full-time staff core competencies

17. Discover new ways to boost productivity in small audit departments

18. Match your best practices with that of others in the industry

19. Find out why government and not-for-profit organizations are electing to comply with Sarbanes-Oxley

20. Redefine the ideal audit committee relationship

21. Focus on how to continually address new risks

22. Investigate ways to manage department turnover

23. Discover strategies for minimizing department turnover

24. Hear how your peers are keeping the audit committee informed...but out of the details

25. Uncover the 10 big things small audit departments do wrong

### Bring an MIS Seminar to Your Location

If you have several people who need training, MIS will bring any of its other seminars directly to your organization. In-house seminars let you tailor a program to your specific needs and cost-effectively train your team at your convenience. For more information call Mimi Hatch at (410) 692-2465.

## To Register

Mail: the form and payment to MIS Training Institute,
498 Concord Street, Framingham, MA 01702-2357
Call: (508) 879-7999
Fax: (508) 872-1153
E-mail: mis@misti.com
Web: www.misti.com   E-Z Access 0AM500

Times: The symposium registration desk at the Renaissance
Scottsdale Resort will be open Sunday, October 14, 2007, from
8:00-9:00 am and from 5:30-6:30 pm; and on Monday,
October 15, 2007, at 8:00 am.

Tuition: Symposium: $1595; after October 8, 2007, $1695
Symposium and one workshop: add $400
Symposium and two workshops: add $650

Tuition must be paid in advance. Tuition covers symposium
materials, refreshments, continental breakfasts, lunch on Monday,
and receptions. The workshop tuition includes lunch and workshop
materials.

MIS Cancellation Policy: A full refund less a $100 administrative
fee will be given for cancellations received 15 days or more before
the event. Tuition is non-refundable for cancellations made 14 days
or less before the event. You may, however, transfer your tuition
to another MIS Training Institute event, less a $195 administrative
fee. Transfers are valid for 12 months from the time of initial
cancellation. Substitutions are welcome at any time. Those who
do not cancel before the event date and who do not attend are
responsible for the full non-refundable, non-transferable tuition. To
cancel, call customer service at 508-879-7999.

Receptions: Participants and spouses will be welcomed with a
reception on Sunday evening between 5:30 and 6:30 pm. Spouses are
also invited to the reception that takes place on Tuesday evening from
6:30 to 8:00 pm.

CPE Credits: 18 CPEs for the symposium, and 7 for each optional
workshop.

Accommodations: A block of rooms has been reserved on a
space-available basis at the Renaissance Scottsdale Resort until
September 21, 2007 at a rate of $179 per night. After that date,
reservations may be made on a space-available, regular-rate basis.
To book your reservations, contact the Renaissance Scottsdale Resort,
6160 N. Scottsdale Road, Scottsdale, AZ 85253, or call 480-991-1414.

Schedule Changes: MIS may occasionally find it necessary to
reschedule, relocate, or cancel sessions and will give registrants
advance notice of such changes. MIS will not be responsible for
penalties incurred as a result of non-refundable airfare purchases
or hotel reservations.

### The Renaissance Scottsdale Resort

The Renaissance Scottsdale Resort's casita-style rooms feature
an outdoor patio, lavish amenities, and complimentary daily
newspaper. For recreation, you can enjoy the hotel's putting
green, two swimming pools, and four tennis courts. Hotel dining
choices include the Mediterranean flavors of the award-winning
Moriah Restaurant and Lounge or the "small plates" menu of the
Courtyard Tapas. Surrounded by the famous Borgata Shopping
Village, this luxurious Scottsdale hotel is also just minutes from
Old Town Scottsdale and the Arts and Entertainment district.

# 58th Audit Directors & Managers Symposium

OCTOBER 15-17, 2007
OPTIONAL WORKSHOPS OCTOBER 14 & 18, SCOTTSDALE, AZ

Name ☐ Mr. ☐ Ms. ☐ Mrs. ☐ Dr. ☐ Prof.        for Name Tag

Registration Code # (from your mailing label):...........................

Job Title                                         No. of Employees in Company

Organization/Company                              Industry

E-mail Address (Required)

Address                                           Mail Stop/Floor

City            State/Province    Zip+4/Mail Code    Country

Phone                             Fax

## Session Choices (please circle one):
Monday, October 15: C or D
Tuesday, October 16: F or G

## Workshop Choices
Sunday: Optional Workshop 1
Thursday: Optional Workshop 2

## Amount Due:
☐ $1595 (Symposium only)
☐ $1995 (Symposium and one optional workshop)
☐ $2245 (Symposium and two optional workshops)
*(Add $100 after October 8)*

## Payment Options:
☐ Check enclosed (payable to MIS Training Institute)
☐ PERC #................................................................
☐ Charge my ☐ VISA ☐ MasterCard ☐ AMEX ☐ Diners Club ☐ Discover

Account #                Exp. Date              CVV2#

Signature                Cardowner's Name       Zip Code

Credit Card Billing Address

City               State      Zip/Mail Code      Country

☐ Please correct my mailing label as indicated above.

## Please send information on:
☐ FREE*TransMISsion Online*
   Newsletter - Audit Edition
☐ FREE MIS Catalog of Audit
   and Security Seminars
☐ *The MIS Audit Leadership Institute*
☐ *SuperStrategies Audit
   Best-Practices Conference*
☐ In-House Seminars

The information you provide will be safeguarded by MIS Training Institute LLC, a part of the Euromoney Institutional Investor PLC Group, whose subsidiaries may use it to keep you informed of relevant products and services. As an international group, we may transfer your data on a global basis for the purposes indicated above. If you object to contact by ☐ telephone ☐ fax ☐ email, please check the appropriate box. We occasionally allow reputable companies outside the Euromoney Institutional Investor PLC group to contact you with details of products and services that may be of interest to you. If you do not want us to share your information with other reputable companies, please check this box ☐.

www.misti.com
E-Z Access 0AM500
MIS Training Institute, 498 Concord Street
Framingham, MA 01702-2357
(508) 879-7999   Fax (508) 872-1153
E-mail: mis@misti.com



MIS
TRAINING
INSTITUTE
The International Leader
in Audit & Information
Security Training

# 58th Audit Directors & Managers Symposium

 

498 Concord Street
Framingham, MA 01702-2357

PRSRT STD
U.S. POSTAGE
PAID
HUDSON, MA
PERMIT #6

Scottsdale, AZ
October 15-17, 2007

Optional Workshops
October 14 & 18

*IMPORTANT: Please have your Registration Code
available when you register.*

Registration Code: OAM500G/ PDF

E-Z Access OAM500
*www.misti.com*

---

# 58th Audit Directors & Managers Symposium

October 15-17, 2007
Optional Workshops  October 14 & 18
Scottsdale, AZ

## Raves from Past Symposium Attendees...

"My second symposium and it was better than the first. I like the program because the topics change as the profession changes. Stays ahead of the curve."
**Joe Wieczorek, Manager, Internal Audit, First Energy Inc.**

"Excellent. The interaction with peers from different industries was 'priceless.'"
**Jerry Diley, Senior IT Audit Manager,
Bon Secours Health System, Inc.**

"My compliments. Having multiple practitioners provide practical insights to industry issues is a great approach."
**Dawnella Johnson, Executive/Partner, Crowe Chizek & Co.**

"I truly enjoyed the opportunity to network and get an endless supply of new ideas."
**Alvia Brown, Director, Audit Methodology and Practices,
Coca-Cola Enterprises, Inc.**

"A great opportunity to discuss ideas and concepts, and meet like-minded individuals."
**Julie Woodward, Internal Audit Director, XL Capital Ltd.**

"Great opportunity to learn and share knowledge regarding strategies, audit topics, and issues."
**Dennis Cooper, Vice President, Corporate Audit Services,
Wisconsin Physicians Service Insurance Corporation**

"The symposium provided a vehicle to drive conversations of interest to CAEs. I would recommend to all CAEs, regardless of the size of their company or audit team."
**Michael Lewis, Director of Internal Audit, Skyworks**

"The availability for one-on-one solution identification was great."
**Nicole Dean, Vice President, Internal Audit,
Belk Stores Services, Inc.**

"Opportunities for a free-flowing exchange of ideas and approaches are built into the program design and not as an afterthought."
**John D. Hernandez, Director of Internal Audit,
Fred Hutchinson Cancer Research Center**

"Great because of the interaction and the speakers with great real-world experience."
**Kathy Crickman, Director of Internal Audit, Rent-A-Center**

"Great people! Great networking!"
**Cathy Hays, Vice President and Director of Internal Audit,
First Bank of Richmond, NA**

"Thank you for an excellent symposium. Great discussion and interchange of ideas."
**Michael Hourigan, Vice President/Assistant General Auditor,
NASD**

"I came back for my second symposium because the first I attended (last year) was so good. I'll be back again!"
**Mark Eddy, Vice President, Internal Audit, HCA Inc.**

"I really appreciate the opportunity to meet with peers and learn from industry leaders."
**Amy Olsen-Veatch, Manager, Internal Audit,
Premera Blue Cross**

"Very interactive. Good exchange of helpful ideas."
**Dave Smith, Deputy Director, US House of Representatives**

Contents of this brochure copyright © 2007 MIS Training Institute, Inc. All rights reserved. Printed in U.S.A.