# EXHIBIT 6

See (Doc. 316-6)