EXHIBIT 7

8.20 AM    15 Oct 07

Frank Hailstones and I were walking from our
rooms to the Scottsdale Renaissance Conference
Center. We approached the Conference Center
just as 3 former Mirabilis and/or Mirabilis HK
employees approached. In the middle of the street Matt Mowkap, Aaron
Bates and Yaniv Amar were with a 4th person
who approached Frank & me saying he was
a process server. He gave us the filings
and I noticed Aaron Bates either video or
audio taping the event. I then recognized
Yaniv and said "Yaniv, is that you?" (neither him nor hello)
He spoke and said "I can't believe this"
I asked if he was part of Mirabilis and
he replied he was here only as a witness.
He said loudly enough to attract attention
from the approximately 30 conference attendees
"You and Frank were officers of a company
where 230 Million is missing and now you
have the nerve to market an anti fraud
product." I said there are 3 agreements which
will resolve this. He cut me off & said
again very loudly — look you were on the
front page of Saturdays Orlando Sentinel
and Matt held up a copy to show all
conference attendees
  I exclaimed, "We were on the front page?
Great!"

Yanis made another comment about the
$20m missing and I said "I'll let Randy
Gold sort that out."

I instead said, "We'll see you later."
and went into the conference

→ Yanis said to Frank "I guess you'll
have to leave to go back to the UK now."
I asked Frank why he'd have to go back
to the UK.