# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.                                  CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants,

v.

AQMI STRATEGY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA,

    Third-Party Defendants.

_____

## DECLARATION OF CLINTON L. GROOMES, JR.

1. My name is Clinton L. Groomes, Jr. I am a resident of Orange County, Florida. I am over the age of 21 and of sound mind.

2. The facts set forth in this declaration are based on my personal knowledge.

3. On the morning of October 15, 2007, I accompanied Matthew Mokwa ("Mokwa"), Aaron Bates ("Bates"), and Yaniv Amar ("Amar") to the Renaissance Scottsdale Resort in Scottsdale, AZ.

4. I witnessed Mokwa, Bates, and Amar have a conversation with an unidentified man and woman in the parking lot of the Renaissance Scottsdale Resort. I was informed

944727.1                                                                                      1

afterwards by Bates that the two individuals were Frank Hailstones ("Hailstones") and Edith Curry ("Curry"). The only individuals party to the conversation were Curry, Hailstones, Bates, Mokwa, and Amar. Their conversation appeared to be cordial. In fact, I witnessed Curry hug Amar.

    5.    I was several feet away and could not hear the substance of their conversation.

    6.    Their conversation did not appear to be within earshot of anyone else.

    7.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge.

*[signature]*
Clinton L. Groomes, Jr.

Date: 3/27/08