# EXHIBIT 10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>Counterclaim and Third<br>Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-KRS |

## AFFIDAVIT OF JOEL KRAMER

I, JOEL KRAMER, having been duly sworn according to law, hereby depose and say:

1. I am over the age of 21 and fully competent to testify to these proceedings.

2. I testify to the facts herein from my personal knowledge.

3. I have been the Managing Director, Internal Audit Division of the MIS Training Institute for 28 years whereby part of my duties are the scheduling and conducting of various training symposiums and conferences throughout the United States and Europe.

4. I had requested Frank Hailstones and Edith Curry to conduct an October 14, 2007 training workshop entitled "Dealing with a Likely Fraud Situation: Audit Management's Responsibilities" as part of the 58th Audit Directors & Managers Symposium held in Scottsdale, Arizona from October 14 - 18, 2007.

5. The MIS training brochures are generally prepared for publication approximately 12-14 of weeks in advance of the event and available on the MIS web site www.MISTI.org.

6. I am clearly listed on the 58th Audit Directors & Managers Symposium Brochure as the Managing Director, with my contact information available.

7. I arrived at the Scottsdale Renaissance Resort on or about Sunday, October 14, 2007. As the Director, the Renaissance Scottsdale Resort had all of available contact information should anyone have any questions regarding any aspect of the Symposium, the schedule or the speakers.

8. I was not contacted by anyone with any questions regarding Mr. Hailstones or Ms. Curry's attendance at or presentation to the Symposium prior to the event.

9. The workshop "Dealing with a Likely Fraud Situation: Audit Management's Responsibilities" conducted by Mr. Hailstones and Ms. Curry was neither compensated nor a marketing effort for any product or company (Palaxar or otherwise), nor did it involve what is being called "Nexia Certification."

10. On the first day of the full Symposium, early on the morning *after* their workshop, at approximately 8:15 a.m., I observed two gentlemen approach Ms. Curry

and Mr. Hailstones in the street just outside the conference registration area, where a buffet breakfast and conference registration was set up.

11. I observed a gentleman waving a newspaper in front of Ms. Curry and Mr. Hailstones and he and the other taller, gentlemen were in a very intense and animated conversation with Ms. Curry and Mr. Hailstones.

12. While I could hear that the people confronting Ms. Curry and Mr. Hailstones were speaking in forceful voices, I did not hear what was being said.

13. I observed approximately (conservatively) 10 - 15 people within approximately 20 feet who, given how forcefully they were talking, could have heard the conversation.

14. Given the time of the event - during morning check-in and breakfast, it was highly likely there were other conference attendees who may have been within 20 feet as well, but because of where I was standing at the time of the event, my view was partially obstructed by a building and a wall.

15. At the conclusion of the conversation, Ms. Curry and Mr. Hailstones walked away and into the conference area.

16. Ms. Curry and Mr. Hailstones were clearly taken aback by the confrontation and as a result were out of sorts.

17. I approached Mr. Hailstones and Ms. Curry inquiring about the confrontation and Mr. Hailstones responded "Joel, they came all the way from Orlando to confront me with this," and he showed me the October 13, 2007 Orlando Sentinel newspaper with the headlines, "Mirabilis Lost at least $220M."

FURTHER AFFIANT SAYETH NAUGHT I affirm that the foregoing representations are true to the best of my information, knowledge and belief and that the statements contained in the foregoing Responses are true and correct to the best of my knowledge.

_____
JOEL KRAMER

COMMONWEALTH OF MASSACHUSETTS  )
COUNTY OF MIDDLESEX  )

SWORN AND SUBSCRIBED BEFORE ME, the undersigned authority, on this 15 day of July, 2010, personally appeared JOEL KRAMER who first being duly sworn, under oath, deposes and says that he has verified the foregoing AFFIDAVIT. He is personally known to me, or has produced Mass Drivers License identification.

(SEAL)

_____
NOTARY PUBLIC COMMONWEALTH OF MASSACHUSETTS

_____
Notary Public Signature

MARIANNA S. RIEMER
Notary Public Printed Name

Marianna S. Riemer
Notary Public
Commonwealth of Massachusetts
My Commission expires 10/01/2015