EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

     Plaintiffs,

v.                         CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

     Defendants,

v.

MIRABILIS VENTURES, INC., et al.

     Counterclaim and
     Third-Party Defendants.

---

## DECLARATION OF ERIC SORK

1.    My name is Eric Sork.  I am over the age of 21 and of sound mind.

2.    The facts set forth in this declaration are based on my personal knowledge.

3.    I attended the MIS Training Institute Audit Directors & Managers

Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

4.    I was present the morning of October 15, 2007 and did not see any

individual served with a lawsuit.

5.    I did not witness any commotion or overhear accusation of thievery or

dishonesty.

1

6.      I do not know who Edith Curry is.

7.      I do not know who Frank Hailstones is.

8.      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge and executed the

date set forth below.

*Eric Sork* (signature)

Eric Sork

*November 4, 2010* (handwritten)

Date

2

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.                             CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.

      Counterclaim and
      Third-Party Defendants.

---

## DECLARATION OF SARGON YOUMARA

1.     My name is Sargon Youmara. I am over the age of 21 and of sound mind.

2.     The facts set forth in this declaration are based on my personal knowledge.

3.     I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

4.     I was present the morning of October 15, 2007 and did not see Edith Curry or Frank Hailstones served with a lawsuit.

5.     I did not witness any commotion or overhear anyone accuse Edith Curry or Frank Hailstones of thievery or dishonesty.

1

6.      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge and executed the date set forth below.

_____
Sargon Younara

_____
Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.                  CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants,

v.

MIRABILIS VENTURES, INC., et al.

    Counterclaim and
    Third-Party Defendants.

## DECLARATION OF DAVID BENAMI

1.    My name is David Benami. I am over the age of 21 and of sound mind.

2.    The facts set forth in this declaration are based on my personal knowledge.

3.    I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 14, 2007 through October 18, 2007.

4.    I was present the morning of October 15, 2007 and did not witness any individual get served with a lawsuit.

5.    I did not witness any commotion or overhear accusation of thievery or dishonesty.

1

6.    I do not know who Edith Curry is.

7.    I do not know who Frank Hailstones is.

8.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge and executed the date set forth below.

David Benami

10/29/10
Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.                                                       CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.

      Counterclaim and
      Third-Party Defendants.

---

## DECLARATION OF TODD STEWART

1.      My name is Todd Stewart.  I am over the age of 21 and of sound mind.

2.      The facts set forth in this declaration are based on my personal knowledge.

3.      I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

4.      At the conference, I did not witness any commotion or overhear any accusation of thievery or dishonesty.

5.      I do not know who Edith Curry is.

6.      I do not know who Frank Hailstones is.

1

8.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge.

_____
Todd Stewart

_____11 - 3 - 10_____
Date

2

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.

                                   CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.

      Counterclaim and
      Third-Party Defendants.

---

## DECLARATION OF SANDY O'CONNOR

1.    My name is Sandy O'Connor. I am over the age of 21 and of sound mind.

2.    The facts set forth in this declaration are based on my personal knowledge.

3.    I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

4.    I was present the morning of October 15, 2007 and did not see any individual served with a lawsuit.

5.    I did not witness any commotion or overhear any accusation of thievery or dishonesty.

1

6.     I do not know who Edith Curry is.

7.     I do not know who Frank Hailstones is.

8.     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge.

Sandy O'Connor

10/29/10
Date

2

*To: Matt Mokua    Fax 407-425-7958*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

     Plaintiffs,

v.                                               CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

     Defendants,

v.

MIRABILIS VENTURES, INC., et al.

     Counterclaim and
     Third-Party Defendants.

---

## DECLARATION OF KEN CONWAY

1.     My name is Ken Conway. I am over the age of 21 and of sound mind.

2.     The facts set forth in this declaration are based on my personal knowledge.

3.     I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

4.     I was present the morning of October 15, 2007 and did not see any individual served with a lawsuit.

5.     I did not witness any commotion or overhear any accusation of thievery or dishonesty.

1

6.    I do not know who Edith Curry is.

7.    I do not know who Frank Hailstones is.

8.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge.

_____
Ken Conway

_____
11/2/10

Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.                            CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.

      Counterclaim and
      Third-Party Defendants.

---

## DECLARATION OF BILL JACKSON

1.     My name is Bill Jackson. I am over the age of 21 and of sound mind.

2.     The facts set forth in this declaration are based on my personal knowledge.

3.     I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

4.     I was present the morning of October 15, 2007 and did not see any individual served with a lawsuit.

5.     I did not witness any commotion or overhear any accusation of thievery or dishonesty.

1

6.    I do not know who Edith Curry is.

7.    I do not know who Frank Hailstones is.

8.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the
facts set forth in this declaration are true to the best of my knowledge.

_____
Bill Jackson

_____
Date

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.

                           CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.,

      Counterclaim and
      Third-Party Defendants.

---

## DECLARATION OF CECILY FINK

1.     My name is Cecily Fink. I am over the age of 21 and of sound mind.

2.     The facts set forth in this declaration are based on my personal knowledge.

3.     I attended the MIS Training Institute Audit Directors & Managers

Symposium in Scottsdale, Arizona on October 14, 2007 through October 18, 2007.

4.     I was present the morning of October 15, 2007 and did not see any

individual served with a lawsuit.

5.     I did not witness any commotion or overhear any accusation of thievery or

dishonesty.

1

6.    I do not know who Edith Curry is.

7.    I do not know who Frank Hailstones is.

8.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge.

_Cecily Fink_
Cecily Fink

_11/2/2010_
Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

     Plaintiffs,

v.

                          CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

     Defendants,

v.

MIRABILIS VENTURES, INC., et al.

     Counterclaim and
     Third-Party Defendants.

---

## DECLARATION OF ERICA KARTAK

1.     My name is Erica Kartak. I am over the age of 21 and of sound mind.

2.     The facts set forth in this declaration are based on my personal knowledge.

3.     I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

4.     I was present the morning of October 15, 2007 and did not see any individual served with a lawsuit.

5.     I did not witness any commotion or overhear any accusation of thievery or dishonesty.

6.    I do not know who Edith Curry is.

7.    I do not know who Frank Hailstones is.

8.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge.

_____
Erica Kartak

11/2/2010
_____
Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

     Plaintiffs,

v.                         CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

     Defendants,

v.

MIRABILIS VENTURES, INC., et al.

     Counterclaim and
     Third-Party Defendants.

---

### DECLARATION OF MATTHEW RAUDENBUSH

    1.     My name is Matthew Raudenbush. I am over the age of 21 and of sound mind.

    2.     The facts set forth in this declaration are based on my personal knowledge.

    3.     I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 14, 2007 through October 18, 2007.

    4.     I was present the morning of October 15, 2007 and recall eating breakfast outside of the conference center. I did not see any individual served with a lawsuit.

1

5.    I did not witness any commotion or overhear any accusation of thievery or

dishonesty.

6.    I do not know who Edith Curry is.

7.    I do not know who Frank Hailstones is.

8.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge.

_____
Matthew Raudenbush

_____
Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.                            **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.

      Counterclaim and
      Third-Party Defendants.

---

## DECLARATION OF LARRY DAVIS

1.    My name is Larry Davis. I am over the age of 21 and of sound mind.

2.    The facts set forth in this declaration are based on my personal knowledge.

3.    I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 14, 2007 through October 18, 2007.

4.    I was present the morning of October 15, 2007 and did not see any individual served with a lawsuit.

5.    I did not witness any commotion or overhear any accusation of thievery or dishonesty.

1

6.     I do not know who Edith Curry is.

7.     I do not know who Frank Hailstones is.

8.     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge and executed the date set forth below.

_____
Larry Davis

11 / 5 / 10
_____
Date

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.                            CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.

      Counterclaim and
      Third-Party Defendants.

## DECLARATION OF ROBERT W. RUDLOFF, JR.

    1.     My name is Robert W. Rudloff, Jr. I am over the age of 21 and of sound mind.

    2.     The facts set forth in this declaration are based on my personal knowledge.

    3.     I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through approximately noon on October 17, 2007.

1

4.      I was present at the Audit Directors & Managers Symposium on the morning of October 15, 2007 and did not see Edith Curry or Frank Hailstones get served with a lawsuit.

5.      On the morning of October 15, 2007, I did not witness a commotion at the Audit Directors & Managers Symposium concerning Edith Curry or Frank Hailstones. I did not overhear anyone accuse Edith Curry or Frank Hailstones with thievery or dishonesty.

6.      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge.

_____
Robert W. Rudloff, Jr.

11·3·10
_____
Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.                                **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.

      Counterclaim and
      Third-Party Defendants.

---

## DECLARATION OF JOHN WINTERS

1.     My name is John Winters. I am over the age of 21 and of sound mind.

2.     The facts set forth in this declaration are based on my personal knowledge.

3.     I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

4.     I was not present the morning of October 15, 2007 and did not see any individual served with a lawsuit.

5.     I did not witness any commotion or overhear any accusation of thievery or dishonesty.

1

6.      I do not know who Edith Curry is.

7.      I do not know who Frank Hailstones is.

8.      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge.

_____
John Winters

_11/1/10_____
Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants,

v.

MIRABILIS VENTURES, INC., et al.

    Counterclaim and
    Third-Party Defendants.

CASE NO.: 6:07-CV-1788-ORL-28-KRS

## DECLARATION OF REBECCA LAI

1.     My name is Rebecca Lai. I am over the age of 21 and of sound mind.

2.     The facts set forth in this declaration are based on my personal knowledge.

3.     I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 14, 2007 through October 18, 2007.

4.     I was present the morning of October 15, 2007 and did not see any individual served with a lawsuit.

5.     I did not witness any commotion or overhear any accusation of thievery or dishonesty.

1

6.   I do not know who Edith Curry is.

7.   I do not know who Frank Hailstones is.

8.   Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge.

_R. Lai_
Rebecca Lai

_November 8, 2010._
Date

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

      Plaintiffs,

v.                        CASE NO.: 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

      Defendants,

v.

MIRABILIS VENTURES, INC., et al.

      Counterclaim and
      Third-Party Defendants.

_____

## DECLARATION OF TIMOTHY WARDLOW

    1.    My name is Timothy Wardlow.  I am over the age of 21 and of sound mind.

    2.    The facts set forth in this declaration are based on my personal knowledge.

    3.    I attended the MIS Training Institute Audit Directors & Managers Symposium in Scottsdale, Arizona on October 15, 2007 through October 18, 2007.

    4.    I was present the morning of October 15, 2007 and did not see any individual served with a lawsuit.

1

5.      I did not witness any commotion or overhear anyone accuse Edith Curry

or Frank Hailstones of thievery or dishonesty.

6.      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the

facts set forth in this declaration are true to the best of my knowledge.

_____

Timothy Wardlow

_____

Date   11/8/10