# EXHIBIT 13



Wed, Oct 10, 2007

# Participant List
## Audit Directors & Managers Symposium

Mon, Oct 15, 2007 - Wed, Oct 17, 2007
Scottsdale AZ

Robert Baker
Internal Audit Director
Baltimore Housing Authority
Baltimore, MD
(410) 396-3286
robert.baker@habc.org

Kurt Barton
Director Internal Audit
Tractor Supply
Brentwood, TN
(615) 366-4842
kbarton@tractorsupply.com

Leslie Bauer
Global Director Internal Audit
Watson Wyatt Worldwide
Arlington, VA
(703) 258-7629
leslie.bauer@watsonwyatt.com

David Benami
Director
Costco Wholesale
Issaquah, WA
(425) 427-7079
dbenami@costco.com

Chris Cheesman
SVP/Director Internal Audit
AllianceBernstein LP
New York, NY
(212) 823-3212
chris.cheesman@alliancebernstein.com

Gloria Chen
VP Internal Controls Audit Mgr
Central Pacific Bank
Honolulu, HI
(808) 535-3814
gloria.chen@centralpacificbank.com

Robin Chinchiolo
Chief Auditor
Fremont Bank
Hayward, CA
(510) 723-5563
robin.chinchiolo@fremontbank.com

Lisa Choate
Co-Founder/Partner
Ultimate Health Resources
Dallas, TX
(214) 850-4944
Lisa.choate@yourultimatehealthresource.com

Ken Conlin
Sr Audit Manager
Tesoro Companies Inc
San Antontio, TX
(210) 626-7824
kconlin@tsocorp.com

Ken Conway
Director
Protiviti
Phoenix, AZ
(602) 683-4134
ken.conway@protiviti.com

| | |
|---|---|
| Elizabeth Crews<br>Sr Vice President<br>Mizuho Corporate Bank<br>Jersey City, NJ<br>(201) 626-9314<br>elizabeth.crews@mizuhocbus.com | Larry Davis<br>Sr VP Director Audit Svcs<br>Stewart Title Guaranty Co<br>Houston, TX<br>(713) 625-8110<br>ldavis@stewart.com |
| Simon Dealy<br>Project Manager<br>Control Solutions International<br>San Diego, CA<br>(858) 847-9818<br>sdealy@controlsolutions.com | Nicole Dean<br>VP Internal Audit<br>Belk Stores Services Inc<br>Charlotte, NC<br>(704) 426-8310<br>nicole_dean@belk.com |
| Marilyn Dobis<br>Associate<br>Resources Global Professionals<br>Parsippany, NJ<br>(973) 361-7053<br>madobis@earthlink.net | Dawn Eber<br>Corporate Audit Director<br>Sears Holding Corp<br>Hoffman Estates, IL<br>(847) 286-0440<br>deber1@searshc.com |
| Dana Elliott<br>Sr Audit Manager<br>GlobalSantaFe Corp<br>Houston, TX<br>(281) 925-6201<br>dana.elliott@globalsantafe.com | Cecily Fink<br>Director Internal Audit<br>Level 3 Communications<br>Broomfield, CO<br>(720) 888-8288<br>cecily.fink@level3.com |
| Karen Francis<br>Dir Financial & Operational Audit<br>Waste Management<br>Houston, TX<br>(713) 265-1511<br>kfrancis@wm.com | Philip Gordon<br>VP Internal Audit<br>The Mosaic Co<br>Plymouth, MN<br>(763) 577-2875<br>phil.gordon@mosaicco.com |
| Jennifer Haggard<br>Audit Director<br>Wells Fargo Bank<br>Phoenix, AZ<br>(602) 378-1018<br>Jennifer.haggard@wellsfargo.com | Frank Hailstones<br>EMEA<br>Palaxar<br>Richmond, VA<br>(804) 335-1000<br>frank.hailstones@palaxar.com |
| Mark Hart<br>Internal Audit Director<br>Norwegian Cruise Lines<br>Miami, FL<br>(305) 436-4910<br>mhart@ncl.com | Elizabeth Hartsock<br>IT Audit Coordinator<br>Mayo Foundation<br>Rochester, MN<br>(507) 284-9078<br>hartsock.maria@mayo.edu |

| | |
|---|---|
| Bill Jackson<br>Internal Audit Manager<br>Tractor Supply<br>Brentwood, TN<br>(615) 366-4849<br>bjackson@tractorsupply.com | Princy Jain<br>Director<br>PricewaterhouseCoopers LLP<br>San Jose, CA<br>(408) 817-3700<br>princy.jain@us.pwc.com |
| Reuben Judd<br>Audit Projects Manager<br>Salt River Project<br>Phoenix, AZ<br>(602) 236-6998<br>rtjudd@srpnet.com | Jim Kaiser<br>Director of Internal Audit<br>Bunzl USA<br>Saint Louis, MO<br>(314) 997-5959<br>jim.kaiser@bunzlusa.com |
| Katie Kapadia<br>VP Internal Audit<br>Elan Pharmaceuticals<br>King Of Prussia, PA<br>(610) 313-7049<br>katie.kapadia@elan.com | Erica Kartak<br>Sr Mgr, Global Compliance<br>Starwood Hotels & Resorts<br>Phoenix, AZ<br>(602) 808-3698<br>erica.kartak@starwoodhotels.com |
| Kevin Keith<br>Audit Director<br>Trinity Industries<br>Dallas, TX<br>(214) 589-7435<br>kevin.keith@trin.net | Erika Knips<br>Sr Director Audit<br>Carlson Companies<br>Minneapolis, MN<br>(763) 212-3899<br>eknips@carlson.com |
| Joel Kramer<br>Managing Director<br>MIS Training Institute<br>Framingham, MA<br>(508) 879-7999<br>jkramer@misti.com | Rebecca Lai<br>Sr Manager Systems Audit<br>Royal Bank of Canada<br>Toronto, ON<br>(416) 955-3627<br>rebecca.lai@rbc.com |
| Catherine Lo<br>Sr Audit Mgr Audit Strategy<br>TD Bank Financial Group<br>Toronto, ON<br>(416) 983-6281<br>catherine.lo@td.com | Christopher Mahoney<br>Auditor<br>Lockheed Martin Corp<br>San Jose, CA<br>(408) 473-5866<br>chris.t.mahoney@lmco.com |
| Anthony Minor<br>Director of Internal Audit<br>American Woodmark<br>Winchester, VA<br>(540) 665-9158<br>aminor@woodmark.com | James Montgomery<br>Director Internal Audit<br>LabCorp<br>Burlington, NC<br>(336) 436-4145<br>jpmount1@netpath.net |

Dudley Moore
Sr VP/Director Internal Audit
BankPlus
Ridgeland, MS
(601) 898-8307
martymoore@bankplus.net

Patrick Mulaire
Manager Internal Audit
Wawanesa Mutual Insurance Co
Winnipeg, MB
(204) 985-3993
pmulaire@wawanesa.com

Sean Murphy
VP Internal Audit
eFunds Corp
Scottsdale, AZ
(480) 629-7725
sean.murphy@efunds.com

Dana Nagaishi
Audit Manager
American Savings Bank
Honolulu, HI
(808) 527-4233
dnagaishi@asbhawaii.com

Kelly Novak
Audit Director
Dow Jones Training Services
Monmouth Junction, NJ
(609) 520-5201
kelly.novak@dowjones.com

Sandy O'Connor
Audit Manager
Port of San Diego
San Diego, CA
(619) 686-6366
soconnor@portofsandiego.org

Tunji Olanipekun
Chief Inspector
Zenith Bank PLC
Victoria Island, Lagos, NG
(234) 127-8195
tunji.olanipekun@zenithbank.com

Jeffrey Pickens
Manager Audit Operations
Lockheed Martin
Cherry Hill, NJ
(856) 486-5850
jeffrey.r.pickens@lmco.com

Grace Piercy
Dir Internal Control Assurance
Sidley Austin Brown & Wood
Chicago, IL
(312) 456-4259
gstephen@sidley.com

David Randall
Director Internal Audit
Southwest Gas Co
Las Vegas, NV
(702) 364-3789
david.randall@swgas.com

Matthew Raudenbush
Sr Staff Auditor
Lockheed Martin
King of Prussia, PA
(610) 354-2449
matthew.s.raudenbush@lmco.com

Tammie Riddle
Manager Internal Audit Services
PricewaterhouseCoopers LLP
Phoenix, AZ
(602) 364-8052
tammie.riddle@us.pwc.com

Karl Riem
Audit Director
Wells Fargo Bank
Minneapolis, MN
(612) 667-3429
karl.f.riem@wellsfargo.com

Joseph Rosselli
Associate Director
KPMG LLP
Montvale, NJ
(201) 307-8111
jrosselli@kpmg.com

Robert Rudloff
Internal Audit VP
MGM Mirage
Las Vegas, NV
(702) 891-1563
robert_rudloff@mgmmirage.com

Kathy Sanborn
Audit Director
Downey Savings & Loan
Newport Beach, CA
(949) 509-4100
katherinesanborn@downeysavings.com

David Schmoeller
Internal Audit Director
Compass Minerals
Overland Park, KS
(913) 944-9239
schmoeller@compassminerals.com

Eric Sork
Internal Audit Manager
Schnitzer Steel Products
Portland, OR
(503) 220-5281
esork@schn.com

John Springer
Director Internal Audit Compliance
Cadence Design Systems Inc
Sandy, UT
(801) 561-6400
springer@cadence.com

JP Springsted
Audit Manager
Alliance Data Systems
Dallas, TX
(972) 348-4132
jp.springsted@alliancedata.com

Todd Stewart
Director Internal Audit
University of Iowa
Iowa City, IA
(319) 335-0677
todd-stewart@uiowa.edu

Peter Stokinger
Director Internal Audit
Eaton Vance Corp
Boston, MA
(617) 598-8514
pstokinger@eatonvance.com

Walter Vance
Sr Manager
AIG American General Life Ins Co
Nashville, TN
(615) 749-1128
walter_vance@aigag.com

Timothy Wardlow
Director Internal Audit
ADESA Inc
Carmel, IN
(317) 249-4222
tim.wardlow@adesa.com

Katrina Wasscher
Business Development Manager
Control Solutions International
Minneapolis, MN
(763) 475-4006
kwasscher@controlsolutions.com

John Winters
Director Internal Audit
Bass Pro Shops
Springfield, MO
(417) 873-5577
jewinters@basspro.com

Tony Wooten
Audit Manager
Hunt Oil Co
Dallas, TX
(214) 978-8844
twooten@huntoil.com

Sargon Youmara
Partner
Vonya Global
Chicago, IL
syoumara@vonyaglobal.com