# EXHIBIT 14

See (Doc. 316-1)