# EXHIBIT 15

See (Doc. 316-4)