# EXHIBIT 16

**MIS TRAINING**

Europe's Premier
Annual Conference for Auditors

Cocktail Sponsor:


### Ten Reasons to Attend
1. Be inspired by dynamic keynote speakers - motivate you & your team for positive action
2. Focus on your own interest areas via streamed sessions - packed with real-world approaches & clever learning points
3. New strategies for decreasing your costs & maximising your risk coverage & audit efficiency
4. Hear first-hand how to achieve early measurable successes with Enterprise Risk Management
5. Test yourself at the Ethics & Sustainability Auditors' Roundtable & via further lively debates
6. Enjoy a congenial setting & make new contacts with audit peers from across the world
7. Share experiences on how to add true value to your team & to the business
8. Dedicated networking functions & activities in the attractive city of Dublin
9. The ultimate benchmarking experience at fully interactive Audit Directors' Roundtable: you will be asked for input into the agenda beforehand
10. Uncover the dynamics, characteristics, & indicators of management corruption & fraud at the dedicated Fraud & Corruption Summit plus, test your detective skills by "spotting the liar"

**Fraud & Corruption Summit**
22nd October 2007

**Audit & Governance SuperStrategies 2007**
23rd - 24th October 2007

**Audit Directors' Roundtable**
25th October 2007

**Focuses** - Audit Strategy; Compliance; Risk Management; Ethics & Governance

# Audit & Governance
## SuperStrategies 2007

22nd - 25th October 2007, Dublin, Clontarf Castle

Balancing Governance, Risk & Compliance to Add True Business Value

### Keynotes by
 Nick Leeson, Barings Bank Rogue Trader - "Meet the only man in the world ever to write a cheque and make the bank bounce!"

 Gerry Cox, Chairman of the Board, IIA Global & Head of Internal Audit Partnership, South West Audit Partnership

 Michael J. Comer, Managing Director, Cobasco

### Chaired by
 Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute

### International Case Studies by Thought-Leaders
AXA Group, Chief Audit Executive (CAE), Claude B. Cargou
Cadbury Schweppes, Global Risk Audit Manager, Louisa Burns
Citigroup, Chief Auditor for Europe, Africa & the Middle East, Robert N. Breeden
EDS, Executive Audit Manager, EMEA & Asia-Pacific, Koen Albers
Metropolitan Police Authority Director of Internal Audit, Peter Tickner
Nestlé, Head of Audit - UK & Ireland, Ewan Briggs
Raytheon Company, Director Internal Audit - West Region, Yosief Ghirmai
SEB, Head of Internal Audit - Merchant Banking, Neil Lockhart
Swedish Red Cross, Head of Internal Audit, Anna Gabrielson
The Bank of Butterfield, Bermuda, Senior Vice President, Head of Group Internal Audit, Fred Tesch
The Hartford Financial Services Group, Inc., Senior Vice President, General Auditor & Chief Information Security Officer, Howard L. Mosbacher
XL Services UK Ltd, Vice President, Internal Audit, Europe, Isobel O'Shaughnessy



**Special Early Gift Offer**
Register for the conference by 13th August 2007 & Receive a Creative Zen MP3 Player with Colour Screen AND Nick Leeson's book, Rogue Trader for FREE!

Web: www.mistieurope.com/auditSS   Email: mis@mistieurope.com

Association Supporters:

IIA Lebanon, Bulgaria, Russia, Turkey

 ISACA Slovak Republic, Russia, France, London, Scotland, Ireland

 cia

 audit

Media Supporters:



Bates and Mokwa 001266

# Audit & Governance SuperStrategies 2007
## 22nd – 25th October 2007, Dublin, Clontarf Castle

Dear Colleague,

MIS Training is delighted to invite you join the annual flagship conference for auditors, Audit & Governance SuperStrategies 2007, & the adjoining Fraud & Corruption Summit & Audit Directors' Roundtable. The programme will assist you to keep pace with your Board's growing demands & ensure that IA provides the right assurance messages.

Go beyond the norm – this is the only event where you can meet & question in the course of a day: the new Chairman of the IIA Global, Gerry Cox; the quintessential "fraudster" of the twentieth century, Nick Leeson, Barings Bank's Rogue Trader; renowned professional fraud investigator, Michael J Comer, & various chief auditors – among them one who has a global staff of 360 internal auditors across the 65 countries!

Plus, here are just four of the innovative case studies you'll be privy to

1. Gain insights into the successes & challenges of implementing a risk-based Internal Audit programme - hear how Cadbury Schweppes have approached this
2. How do you balance the roles of internal audit & the control framework? Nestlé's recent challenges for an Internal Audit Manager. Hear about this transition.
3. As markets rapidly develop, many controls need to develop quickly & audit techniques must be innovative in recognition of the unique risks of hyper-growth environments – hear from Citigroup's Chief Auditor for Europe, Africa & the Middle East, Robert N. Breeden, the skills auditors need to operate effectively in hyper-growth environments
4. AXA Group's Claude B. Cargou leads a team of 360 internal auditors across the 65 countries & directs AXA's global SOX compliance efforts. He will share how he has built AXA's audit plan, prioritising all risks that could prevent the Group from achieving its strategic objectives

The benefits of joining your peers at this well-established, unique event are clear, but to sum up the top 10 reasons you should really attend:

1. Programme focus on emerging issues & how to assist management focus on only the most important priorities
2. Speakers are top audit practitioners from leading organisations eager to share what works & what doesn't to assist you & your team
3. Dynamic industry keynote speakers will inspire you & refresh your way of thinking
4. Lively panel debates will ensure you get to ask those questions you always wanted to
5. Discussion on "Integrating Risk Compliance & Governance" will probe into crucial upcoming issues & offer advice on how to prepare for the years ahead
6. Unrivalled networking opportunities with peers & pros from around the world over dinner, drinks & dedicated networking time
7. Benchmark proven audit strategies with peers at the Audit Directors' Roundtable
8. Put your detective skills into practice at the Fraud & Corruption Summit. Don't miss the interactive session led by Michael J. Comer, who will plant a "liar" in the audience for you to discover!
9. Test yourself at the Ethics & Sustainability Auditors' Roundtable
10. Finally, meet & openly question the main participant in arguably the largest banking scandal that the world has witnessed – Mr. Nick Leeson

## About the Venue:

Dublin, Ireland's 1000-year-old capital, is a truly cosmopolitan city with a rich history. Inspiration for literary greats such as Joyce, Wilde, Swift & Beckett, Dublin is the birthplace of Guinness stout & Jameson's whiskey. Dublin is also a fertile breeding ground for the creative seed of many of the world's most talented musicians & dancers. Famous sights of Dublin include: The Custom House The G.P.O.; The Four Courts; Dublin Castle; St. Patrick's Cathedral; Christ Church Cathedral; Ha'penny Bridge; St. Stephens Green; Trinity College; The Dublin Spire; The Guinness Storehouse. The image on the front cover of the brochure shows the Lady of Justice mounted above the Gate at Dublin castle.

Located in Dublin's leafy Northside suburbs, the conference venue, Clontarf Castle Hotel, is part of a privately owned Irish collection of hotels & is a stone's throw from a city bursting with life, energy & vitality, history & history in the making. With turrets, tapestries & an ancient history, the thick Castle walls conceal a hotel interior that would not be out of place in Manhattan or Miami. A 10 million makeover has seen this Dublin Castle willingly leap from the 19th Century & land two feet firmly in the 21st. The ancient Castle walls hold firm the traditions of Ireland - a welcome as warm & grand as the Great Hall itself, its private grounds ensure a peaceful nights sleep.



## New Business Opportunities at Audit & Governance SuperStrategies 2007

Meet audit managers & directors from across Europe, Africa & the Middle East for unrivalled networking in a congenial setting. This audience is looking to benchmark & network with colleagues & industry experts to find solutions & advice. Delegates typically represent 98% practitioners (rather than vendors & consultants), from across industry sectors & government. In addition to full participation in MIS marketing campaign, logo profiling, maximum onsite exposure, entry in the sponsors' prize draw, all sponsorship options include:

- 2 free places for personnel to man the stand & network with delegates
- A number of free client places (worth £1,795 each)
- Unlimited further 15% discounts to prospects
- A table top exhibition
- Delegate list

For more information please contact: Sara Hook,
shook@mistieurope.com, Tel: +44 (0)20 7779 7200.

### The Author, Nick Leeson, will be onsite to sign your free copy!

Sign up for the conference by 13th August & you will receive a free copy of this book.
Nick Leeson's - Rogue Trader



Starting with the cover-up of a colleague's small error, & resulting in the crash of Britain's oldest bank, this best-seller is Nick Leeson's own account of his role in the ruin of Barings. Leeson shows how an escalating addiction to reckless speculation led to more cover-ups & finally his own arrest...

# Audit & Governance SuperStrategies 2007
## FRAUD & CORRUPTION SUMMIT - Monday 22nd October 2007, Dublin, Clontarf Castle

## The Auditors' Role in the Fight against Fraud & Corruption

Facilitated by: Edith L. Curry, Co-Founder, Palaxar / Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global / Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute / John Verver, Vice President of Alliances & Product Strategy, ACL Services / Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EDS / Michael J. Comer, Managing Director, Cobasco / Peter Tickner, Director of Internal Audit, Metropolitan Police Authority / Yosief Ghirmai, Director Internal Audit - West Region, Raytheon Company

**08:30 Coffee & Registration**

**09:00** Chairman's Opening

**09:05** Raising Senior Management Awareness of Fraud & Corruption
- Company values & code of conduct
- Ethics and compliance office
- Educate managers & employees
- Tone at the top & engagement from the CEO
- Communicate the message
- Cultural aspects

Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EMEA, EDS
*[CASE STUDY]*

**09:45** Who is the Corporate Champion in the Fight against Fraud & Corruption

Looks at the related disciplines that are now join up closely with today's role of Audit Director - risk managers, certain Heads of Legal, Corporate Security Director & even HR Managers. This open group discussion will look at various organisational structures and cultures to establish what can be learned from different schools of thought & the most effective structures.

- Should audit take the lead role in fraud prevention & anti-corruption?
- What happens when corporate security functions take the lead & become the voice that management relies on?
- Which path is the most effective & who is the best person to "rock the boat"?
- What are the most effective reporting lines for security?

Facilitated by: Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global
Panellists: Edith L. Curry, Co-Founder, Palaxar / John Verver, Director, ACL / Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EDS
*[OPEN DISCUSSION]*

**10:35 Coffee & Networking Break**

**10:55** Answers to Two Simple Questions Can Protect Your Organisation From Internal Fraud

All fraud begins with people making bad choices, & it always starts small. Can you (legally) identify those trusted employees who are beginning to take those incremental steps toward committing fraud? YES!

- Is all fraud situational?
- What are the common behaviours among all employees who commit fraud?
- When does the rationalisation being, & what does it look like?
- Is every employee capable of committing fraud?
- When co-workers, supervisors & managers turn a blind eye, what is the true cost?

Edith L. Curry, Co-Founder, Palaxar

**11:35** Experience of Using Whistleblower Lines

A facilitated group discussion whereby the audience share views & experiences on the use of whistle-blowing policies & strategy, what works & what lessons can be learned.

- Are whistleblower lines an overused panacea?
- What constitutes a 'best practice' whistle-blowing policy?

Facilitated by: John Verver, Vice President of Alliances & Product Strategy, ACL Services
Panellists: Edith L. Curry, Co-Founder, Palaxar / Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global / Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EMEA, EDS / Peter Tickner, Director of Internal Audit, Metropolitan Police Authority / Yosief Ghirmai, Director Internal Audit - West Region, Raytheon Company
*[OPEN DISCUSSION]*

**12:45 Lunch**

**14:00** Prevention or Cure?
- Who is involved in the battle against fraud & corruption?
- Cost vs. benefit – are we striking the right balance?
- Punishment considerations
- What happens when senior management is involved?
- What are companies doing about monitoring for fraud & corruption?
- Prevention or cure? What comes first?
- Managing fraud risks in the tender process & procurement
- Investigating senior management fraud – what are the key points to consider?

Facilitated by: Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute
Panellists: Edith L. Curry, Co-Founder, Palaxar / Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global / John Verver, Vice President of Alliances & Product Strategy, ACL Services / Koen Albers, Executive Audit Manager, EMEA & Asia-Pacific, EDS / Peter Tickner, Director of Internal Audit, Metropolitan Police Authority / Yosief Ghirmai, Director Internal Audit - West Region, Raytheon Company
*[PANEL]*

**15:00 Afternoon Tea Break**

**15:15** Detection @ Work

This interactive session will cover the taxonomy of deception, linking Mr. Comer's 40 years' experience as a fraud investigator with the most recent developments on brain mechanics, magnetic resonance imaging & the psychology of deception. The symptoms of deception, from consciously controlled actions such as the content of both achievement & exculpatory lies, to unconscious clues such as syntax incongruencies, para-linguistics, body language & other non-verbal communications are identified. You will be provided with a fail-safe methodology for dealing with lies, and auditors will leave far more confident in dealing with deception.

- About lies & basic psychology – recognising the liar's objectives
- Generic truth finds techniques – developing your own style
- Interview stages- getting to the deep truth – putting the monkeys on backs
- Dealing with HR problems – releasing the monkeys & avoiding industrial tribunals
- Signs of deception – intended & unintended clues
- Understanding critical responses
- Dealing with whistle-blowers – gaining good intelligence

- Fraud & false claims investigations: planning & resource management; getting vital background; maximising evidence; getting to the deep truth

Put Your Detection Skills into Practice - Cobasco will plant an actor as a delegate in the main conference, who will use a false identity & will lie to every other delegate he or she meets, during breaks & at the cocktail party at the end of day one. Delegates will be issued with a self adhesive label with their name & address on it. If they spot the "liar" at the cocktail party they may stick their label anywhere on his or her body. There will be two prizes. The first is for everyone who successfully spots the "liar" & the other for the innocent person who as been marked with the most labels.

Michael J. Comer, Managing Director, Cobasco

Mike Comer is widely regarded as a world authority on the prevention, detection & investigation of fraud, in which he had specialised for the past 40 years. He is the author of eight text books, a reformed Professor & at heart a practitioner. Most of his life is spent dealing with crooks & their victims. Mike Comer is acknowledged as the founder of automated fraud detection & profile auditing from 1974 while Security Coordinator for Esso Petroleum Company. Since then his techniques have detected cases running into hundreds of millions of pounds. He has also learned from his mistakes. He has also successfully installed many effective fraud reporting programs.
*[SPECIAL ROUNDTABLE]*

**16:45 Close of Day**

# Audit & Governance SuperStrategies 2007
## CONFERENCE DAY ONE – Tuesday 23rd October 2007, Dublin, Clontarf Castle

**08:30 Coffee & Registration**

**09:00 Chairman's Opening**
Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute

**09:10 Priorities for Providing Assurance** *(KEYNOTE)*
Gerry Cox, Chairman of the Board, IIA Global & Head of Internal Audit Partnership, South West Audit Partnership

Gerry has more than 25 years internal audit experience, most of which has been in the public sector. Since 2005, he has led the Internal Audit Partnership for South West Audit Partners, an organisation that provides internal audit services to a growing number of local authorities in the southwest of England. Prior to coming to his current position in 2005, Gerry served as group manager of Business Support for South Somerset Council in the UK. His background also includes information systems management. Cox has worked to advance the internal audit profession for many years & has served on various IIA international committees. In July, he will take his post as 2007-2008 chairman of The IIA's Board. He is past president of IIA-UK & Ireland & past president of the European Confederation of Institutes of Internal Auditing (ECIIA).

**09:50 Auditing in Hyper-Growth Economies** *(KEYNOTE)*

The business activities in many transition economies are challenged with aggressive growth plans that will often out pace the control infrastructure. As markets rapidly develop, many companies are seizing market opportunities to move to the cutting edge of product development & delivery. In this dynamic environment, controls need to develop quickly & audit techniques must be innovative in recognition of the unique risks of hyper-growth environments. Robert will discuss best practices employed to address these challenges, including risk assessments, frequency of audits, & ongoing monitoring of business activities. He will also discuss special areas of focus in emerging economies such as Islamic Finance, business practices & governance, & the knowledge & skills auditors need to operate effectively in hyper-growth environments.

Robert N. Breeden, Chief Auditor for Europe, Africa & the Middle East, Citigroup

Bob was appointed Chief Auditor of Europe for Audit & Risk Review in November 2005. The role covers the Citigroup audit activities in the European, Middle Eastern & African countries. Additionally, he is the liaison with the Country Corporate Officers, Chief Executive Officers & various Audit & Governance Committees, external auditors & key regulators. Bob is a 'controlled person' (CF-15) for all regulated vehicles in the UK. His current responsibilities also include management of the risk-based audit program for the Citigroup Consumer Group operating in 27 EMEA countries. Bob has been in banking for 30 years with the last 26 years at Citigroup. During his career he has had roles in corporate finance, private banking, regional/country credit, business & relationship management, & compliance & control. Geographically, Bob started with Citigroup in the US, & then in 1987 moved to Australia, followed by job assignments in Singapore, Belgium & Switzerland before moving to London in 2003. Bob attended the American Graduate School of International Management ('Thunderbird') & Southern Methodist University where he received his MBA.

**10:30 Successfully Detecting Fraud** *(KEYNOTE)*

It is a damning condemnation of organisations, managers & auditors that most frauds are detected by accident, by anonymous tip offs or financial collapse. This is especially obnoxious given four facts. The first is that most audit departments have invested in software such as IDEA or ACL, which are not used effectively. The second is that, unsurprisingly, most "whistle blowing" processes do not work. The third is that in 90% of serious frauds innocent people know & do not speak out. The fourth is that most frauds can be predicted & proactively detected. It is a question of knowing where to look, what tools to use, tests to make & how to motivate good people to assist. Mike Comer is acknowledged as the founder of automated fraud detection & profile auditing from 1974 while Security Coordinator for Esso Petroleum Company. Since then his techniques have detected cases running into hundreds of millions of pounds. He has also learned from his mistakes. He has successfully installed many effective fraud reporting programs. This session explains the essentials which will enable delegates to successfully detect fraud & to go beyond normal S-Ox process testing by digging deep into data sets & by motivating honest people.

- Fraud Profiles & the importance of context
- Exposed processes
- The fallacies of whistle blowing & how to make reporting procedures truly effective
- The essentials & genesis of Critical Point Auditing
- Separating form from substance
- Cosmetic testing vs. digging deep
- Avoiding false positives
- Case studies & examples

Michael J. Comer, Managing Director, Cobasco

**11:10 Open Q&A Panel With Keynote Speakers**
Gerry Cox, Head of Internal Audit Partnership, South West Audit Partnership & Chairman of the Board, IIA Global
Michael J. Comer, Managing Director, Cobasco
Robert N. Breeden, Chief Auditor for Europe, Africa & the Middle East, Citigroup

**11:20 Morning Tea Break**

**11:35 Group Splits into Breakout Streams**

### Strategic Risk Management for Audit

**11:40 How Internal Audit is Helping Raytheon to Build an ERM Platform** *(CASE STUDY)*
- Factors that drove the need for formal ERM assessment
- Role & responsibility of the ERM Steering Committee
- Selection criteria for the IA project manager & the project team
- Overview of the project plan
- Achieving early measurable successes
- Building a framework for monitoring, enhancing, & responding to the risk environment
- Establishing a common risk language throughout the organisation
- Auditing the ERM process
- Lessons learned

Yosief Ghirmai, Director Internal Audit - West Region, Raytheon Company

### Auditing Financial Services

**11:40 Assuring the Audit Committee of Internal Audit's Quality Through Quality Assessment Reviews (QARs)** *(CASE STUDY)*

In an environment of increased fiduciary responsibility & potential liability, the Audit Committee has significantly increased its reliance on Internal Audit & must be assured of its Quality. Quality Assessment Reviews are a critical component of providing this assurance.

- Internal versus External QARs
- Rating your audit services using a Self Assessment Rating System
- The A to Z of designing & implementing a Self Assessment Rating System
- The dilemma of the External QAR
- Self-Assessment with Independent Validation, an alternative to the External QAR
- Reporting on Quality to the Audit Committee

Fred H. Tesch, Senior Vice President, Head of Group Internal Auditor, Butterfield Bank, Bermuda

**12:35 Lunch**

# Audit & Governance SuperStrategies 2007
## CONFERENCE DAY ONE - Tuesday 23rd October 2007, Dublin, Clontarf Castle

**13:45 Balancing the Roles of Internal Audit & Control Framework**

With the implementation of Nestle's SAP-based GLOBE system, the responsibility of ensuring the Internal Control Solution across markets was given to Internal Audit. Managing this transition brings very specific challenges for an Internal Audit Manager.

- Background to Nestle's GLOBE system
- Delivering the Internal Controls Solution across a complex business environment
- Managing the different skill-sets of Internal Auditors and Controls experts
- Leveraging experiences on a global project
- The conflict in auditing the controls that your department has implemented
- Key learnings & challenges ahead

Ewan Briggs, Head of Audit - UK & Ireland, Nestle

Ewan has managed Nestle's Internal Audit Department in the UK & Ireland since moving from Altria in 2005. Working in Altria, & previously for Deloitte's in Milan, he gained considerable experience in internal & external audit working in all of the major countries in Europe. A Scottish Chartered Accountant, he also has experience in corporate finance, due diligence and SAP implementations.

*CASE STUDY*

**13:45 The Challenges of Implementing Contemporary Methodology within a Global Internal Audit Department**

Has your internal audit function kept pace with the changes in methodology used by peer group internal audit functions and the profession in general? This presentation covers the challenges faced by an internal audit department within a significant Northern European financial services company operating in a complex & fast moving business environment. It starts with the formation of the strategy to be one of the leading internal audit functions & how the management team decided upon the steps in methodology development that needed to be taken to go from a good function to great one.

- How to identify what is "cutting edge" internal audit methodology
- What steps need to be taken to ensure harmonisation & buy-in for the new methodology
- How the methodology will be "rolled out" effectively across many different geographic locations & cultures
- How to help ensure that the new techniques are successfully implemented & uniformly used
- When to inform key stakeholders about the changes

Neil Lockhart, Head of Internal Audit - Merchant Banking, SEB

Neil started his career with RBS & qualified as a Banker working both in the UK & the Far East & subsequently training to become an auditor. He later moved on to join a Scandinavian Banking consortium & then SEB in Sweden. He has specialised on working with Investment & Merchant Banking, particularly in the areas of Treasury, Trading & Capital Markets.

*CASE STUDY*

**14:25 Session Change**

**14:30 In-house Vs. Outsourced Audit**

- IT outsourcing lifecycle
- How outsourcing activities should be managed
- Defining a company-wide risk policy
- Controls, compliance, & governance framework
- Which works best?
- Anti-trust issues with technology supplier

Speaker to be Confirmed

*CASE STUDY*

**14:30 Continuous Monitoring of Key Controls for Governance, Risk & Compliance**

- Identifying key governance processes & controls
- Evaluating risk exposures
- Ensuring a process for compliance
- Embedding continuous testing of financial controls into core processes
- Promptly remediating issues before they impact stakeholder confidence

John Verver, Vice President of Alliances & Product Strategy, ACL Services

John has overall responsibility for ACL's global alliances & partnerships as well as the long-term strategy for ACL products. John is an acknowledged thought leader on continuous controls monitoring & audit analytics. Prior to joining ACL in 1991, John was a principal at Deloitte & Touche, with responsibility for computer audit & control services. John is a Chartered Accountant, Certified Management Consultant & Certified Information System Auditor.

**15:10 Afternoon Tea Break**

**15:30 Integrating Governance Risk & Compliance**

- How can partnering with the audit committee, executive management, external auditors, & the Chief Risk Officer result in optimal risk-based outcomes?
- What basic attributes are needed to build a highly effective risk-based audit program? Best practice & worst practice of how this is being applied
- How do you define an audit universe-level risk assessment?
- Capturing emerging risks & the key to minimising the potential of risk to the organisation's reputation
- Balancing compliance & enterprise risk
- Integrating governance risk & compliance frameworks - what does this involve?
- What upcoming regulation is impacting audit?

Chaired by: Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute

Panellists: Claude B. Cargou, Chief Audit Executive (CAE), AXA Group / Ewan Briggs, Head of Audit - UK & Ireland, Nestle
Frank Hailstones, Co-Founder, Palaxar / Howard Mosbacher, Senior Vice President, General Auditor & Chief Information Security Officer, The Hartford
Yosief Ghirmai, Director Internal Audit - West Region, Raytheon Company

*PANEL*

**16:20 Fighting the Fraud Within - Protecting the Police's Public Purse**

Peter Tickner, Director of Internal Audit, Metropolitan Police Authority

*KEYNOTE*

**17:05 The Break Down of Controls - Lessons for Audit Today**

The collapse of Barings in 1995, & Nick Leeson's role in it, is one of the most spectacular debacles in modern financial history. How could one trader bring down the banking empire that had funded the Napoleonic Wars? Nick Leeson, the young gambler who found himself sucked into a terrifying spiral of loss was a working-class boy who lived high in an upper-class world until his unchecked gambling caused the downfall of Barings Bank (personal bank to HM The Queen) & chaos in the Singaporean money market. Markets have always been cruel, but rarely have they been so cruel so swiftly – & on such a grand scale. Nick talks frankly about what happened with Barings, the lack of accounting safeguards, his capture & confinement for 9 months in a Frankfurt prison & being sentenced to 6 years by the Singapore court for forgery & cheating. In the aftermath of the AIB trading scandal in New York, & the collapse of Enron and Worldcom, Nick provides a fascinating insight into the continuing failures of senior & middle management at large corporations who still fail to protect shareholders & customers. You will have the unique opportunity to meet & question the main participant in arguably the largest banking scandal that the world has witnessed. The story also has a number of human interest aspects that will astound any audience so is not restricted to the world of suits & power lunches that he used to frequent.

Nick Leeson, Barings Bank Rogue Trader

Curiosity, intrigue & sympathy have been the various reactions to this man's incredible life story. Following Barings' collapse, Nick Leeson was sentenced to six & half years in a gang-ridden Singaporean jail, in conditions that defy belief, while at the same time, his wife left him & he was diagnosed with colon cancer. Against all odds, he survived & now fully recovered from cancer, lives happily in Ireland with second wife Leona & three children.

*SPECIAL KEYNOTE & OPEN Q&A*

**18:05 Close of Day One**

18:05 - 20:00 Cocktail Reception Kindly Sponsored by:



# Audit & Governance SuperStrategies 2007

## CONFERENCE DAY TWO – Wednesday 24th October 2007, Dublin, Clontarf Castle

**08:30 Coffee & Refreshments**

**09:00 Chairman's Re-opening**
Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute

**09:10 Strategically Positioning a Global Internal Audit Department in These Complex Times**
Directing an audit department for a multinational corporation has never been more challenging. Functions such as planning, audit execution, staffing, organisational structure & reporting take on a greater degree of complexity when dealing with multiple locations spread throughout the world. Howard will discuss how The Hartford has addressed these issues & how the audit department's objective of planning globally but executing locally has evolved over the past 15 years.
- Plan Globally; Execute Locally – While local audit groups must be responsive to local management & local risks it is essential that local audit plans fit into the overall enterprise wide audit plan
- Staffing – Do you employ a centralised or local staffing model?
- Management Reporting – Solid or dotted line into the general auditor
- Audit Reports & work papers – What language do you use?

Howard L. Mosbacher, Senior Vice President, General Auditor & Chief Information Security Officer, The Hartford Financial Services Group, Inc.
Mr. Mosbacher joined the company in 1985 as an assistant general auditor for property and casualty operations in the company's home office. He was promoted to general auditor in 1989, to vice president in 1998, and was appointed to his present position in 2003. Mosbacher has corporate-wide responsibility for internal auditing, information security & internal fraud investigations. Prior to joining The Hartford, Mosbacher served as field audit manager at CNA Insurance in Chicago. He is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Connecticut Society of Certified Public Accountants.

**09:50 Maximising Audit Performance on a Global Scale**
Claude leads a team of 360 internal auditors across the 65 countries & directs AXA's global SOX compliance efforts. In building AXA's Group audit plan, he is responsible for reviewing & prioritising all risks that could prevent the Group from achieving its strategic objectives & makes recommendations to mitigate the most serious issues. Gain practical insights from his extensive experience.
- Leading audit teams globally
- Prioritising risks to meet strategic objectives
- Implementing Audit standards Group-wide
- Setting a development route for high calibre staff in Internal Audit
- Ongoing lessons from S-Ox compliance efforts

Claude B. Cargou, Chief Audit Executive (CAE), AXA Group & Chairman, IFACI, French Institute of Internal Auditors
Claude was appointed this role in 2002, working directly with the Group CEO, CFO & the Chairman of the Audit Committee. From 1990 to 2002, Claude was Executive Vice President & CIO in charge of IT & e-Business for AXA, & from 2000 to 2002 a member of the Group's 15-person Executive Committee. He was responsible for 10,000 IT professionals & an annual budget of Euro 2bn. Claude began his career at CII – Honeywell Bull in 1971. He joined Rockwell International in 1975, moving to the US to lead the development of the telecommunications network for a major French bank with over 2,000 branches. In 1979, Claude joined Banque Nationale de Paris. He was appointed Deputy CIO. From 1995 to 2000, Claude chaired CIGREF & was the principal adviser to the French Government & CEOs of major French enterprises on Y2K. In 2002, in recognition of his contribution to IT & to France's Y2K readiness, he was awarded the Legion of Honour, France's highest civilian Honour.

**10:30 Morning Coffee Break**

**10:50 Ethics & Sustainability Auditors' Roundtable**
This facilitated roundtable discussion will involve group case study scenarios & the audience will then present their findings back to the group – including discussions of possible solutions, & why? What might the consequences be? What should they have done differently?
- Ways to promote & access the ethical environment through audit
- How can you the auditor turn Corporate Social Responsibility to fight fraud & corruption?
- Asking the right questions to identify flaws in decision-making approaches that can lead to questionable practices
- Enhancing management's reputation through ethical leadership
- Honing a win-win situation for you company & the societies in which it operates
- Testing out your CSR skills on the issue of corruption.

**11:30 Group Splits Into Streams**

**Stream A**

**11:35 The Internal Auditor as a Consultant in Risk Management**
With a small internal audit team we are forced to seek the most efficient way to give benefit to our organisation. In a consultative role it is possible to reach a greater part of the departments & key functions, in spite of small resources. Better risk awareness in the organisation can help to prevent undesired costs & negative publicity.
- To audit humanity - Risk priorities for an NGO
- A small audit function in a complex Organisation
- How to teach "risk thinking" to the management
- Illustrations from our operations
- Conclusions about the consultative role

Anna Gabrielson, Head of Internal Audit, Swedish Red Cross
Anna has been an internal auditor with the Swedish Red Cross, Sweden for 7 years, & she has been in her current role since 2007. Prior to this, she spent 7 years as an auditor with KPMG in Stockholm & 4 years as controller for the Swedish Red Cross, Uppsala, Sweden. She is a CIA with 20 years experience of volunteering in different NGOs as auditor (e.g. Swedish Society for Nature Conservation, teacher in management & accounting for volunteers).

**Stream B**

**11:35 Decreasing Costs; Maximising Risk Coverage & Audit Efficiency**
- Working with the external auditors
- Impact of Sarbanes Oxley & AS5 rules on "using the work of others"
- Leveraging the work of "other" management assurance functions within the company
- Key factors for success
- Lessons learned

Isobel O'Shaughnessy, Vice President, Internal Audit & Tim Strong, Vice President, Internal Audit, XL Services UK Ltd
Isobel has worked in audit for 14 years, primarily focused on the insurance industry. Isobel qualified as a Chartered Accountant with Ernst & Young in London, spending 8 years in their Financial Services practice as an external auditor. For the last 6 of those she worked on a variety of insurance clients reaching the level of Senior Manager before leaving in 2001 for a role in Internal Audit in XL Capital. Tim has 13 years of experience in the auditing world, mainly concentrated on the insurance industry. Tim qualified as a Chartered Accountant whilst working as an external auditor with KPMG in London. In 1999 Tim transferred to KPMG Sydney for three years, where he transitioned to the Management Assurance Practice within KPMG providing outsourced Internal Audit services to clients.

**12:20 Lunch**

**13:30 Cadbury Schweppes: Adopting a Risk Based Approach**
- Introducing a risk based Internal Audit programme, including development of Global Function audits
- Pursuing a risk based Sarbanes Oxley compliance effort
- Embedding the concept of risk within the Cadbury management team

Louisa Burns, Global Risk Audit Manager, Cadbury Schweppes

**14:10 Identifying the Fundamental Challenges That Underpin the Value & Quality of Internal Audit**
- Knowledge of enterprise-wide risks
- Balancing governance, risk & compliance
- Imaginative strategies for finding people
- Continued knowledge of your core businesses

Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute

**14:50 How Leading Internal Audit Departments Add Value**
- Best practices in IA management
- Recruiting a top team
- Partnering with the audit committee
- Staying current in identifying & addressing risks

Chaired by: Joel Kramer, Managing Director, Internal Audit Division, MIS Training Institute
Panellists: Claude B. Cargou, Chief Audit Executive (CAE), AXA Group & Chairman, IFACI, French Institute of Internal Auditors / Howard L. Mosbacher, Senior Vice President, General Auditor & Chief Information Security Officer, The Hartford Financial Services Group, Inc. / John Verver, Vice President of Alliances & Product Strategy, ACL Services / Linda M. Duncan, Head of Governance Services, Hyman Capital Services Limited

**15:40 Close of Conference**

Case 6:07-cv-01788-JA-GJK  Document 328-19  Filed 11/08/10  Page 8 of 9

# Audit & Governance SuperStrategies 2007
## AUDIT DIRECTORS' ROUNDTABLE - Thursday 25th October 2007, Dublin, Clontarf Castle

## How Can Audit Add Value to the Business?

One of the event highlights, this facilitated roundtable briefing is for audit managers & directors to benchmark proven audit strategies & innovative approaches to add value to the team & ultimately to the business. Distinguished audit expert, Frank Hailstones, Co-Founder, Palaxar, will lead interactive discussions & streamed group work, supported by audit directors from across industry sectors who will each lead some of the sessions. These open exchanges will help you in directing your audit strategy, research, communication & policy efforts. Participants will have the opportunity to input into the specific discussion points for the agenda beforehand, via MIS Training, who will tune the agenda around audience priorities.

Chatham House Rule applies. No press permitted.

Areas of focus include:
- Audit interaction with the Chief Risk Officer, HR, Corporate Relations, CIO, CEO, & Legal
- Creative audit project management skills
- Awareness
- Handling difficult auditees
- How is compliance reshaping your audit strategy?
- Auditing the protection of your information
- What is the business value of audit? Can we measure it? Does it matter?
- Outsourcing audit
- Key non-financial controls
- Transparency in procurement
- Continuous control monitoring – the benefits
- Finding & keeping great people

Facilitated by: Frank Hailstones, Co-Founder, Palaxar

Frank, a founding member of Palaxar, Limited, was Chief Executive Officer & founder of Axena. Frank, a seasoned professional with extensive audit & consulting experience in all aspects of governance, led the development of Axena's governance solutions to design & implement real-world processes that support Sarbanes-Oxley compliance. Prior to co-founding Axena, Hailstones spent 18 years with PricewaterhouseCoopers (PwC), the last 10 as a senior partner. He ran the PwC Internal Audit Practice, building the Europe, Middle East & Africa (EMEA) teams & network in 12 countries. He has led numerous outsourced internal audit appointments & conducted performance reviews of internal audit in diverse industries worldwide. Hailstones was the head of the PwC Global Team that developed the PwC Internal Audit Methodology & supporting technologies before moving into Business Risk Management, where he led the firm's Business Risk Assessment approach. He is a member of the Institute of Internal Auditors, the International Board of the Institute of Directors (IOD) in the U.K. He is a CA (Chartered Accountant -Scotland) & a member of the CPFA (Chartered Institute of Public Finance Accountancy) & the ACA (Association of Chartered Accountants, England & Wales). He has also published numerous articles and whitepapers on governance & risk management topics.

### Cocktail Sponsor:

*ACL*

ACL Services Ltd. (www.acl.com) provides Business Assurance solutions to financial executives & audit professionals worldwide. Since 1987, ACL's proven solutions has enabled financial decision-makers to assure controls compliance, reduce risk, detect fraud, minimise losses, enhance profitability, & achieve fast payback - in a fraction of the time once required. ACL's international customer base includes 90 of the Fortune 100 & more than half of the Global 500, ACL delivers its solutions in more than 130 countries through a global network of ACL offices & channel partners, & are used in hundreds of national, state, & local governments &the 'Big Four' public accounting firms.

### Association Supporters:



*IIA* — Lebanon, Bulgaria, Russia Turkey

IIA - Established in 1941, The Institute of Internal Auditors (IIA) is an international professional association of more than 130,000 members with global headquarters in Altamonte Springs, Fla., United States. Throughout the world, The IIA is recognised as the internal audit profession's leader in certification, education, research, & technological guidance. For more information visit www.theiia.org or email iia@theiia.org

*ISACA* — Slovak Republic, Russia, France, London, Scotland, Ireland

ISACA's membership - more than 65,000 strong worldwide—is characterised by its diversity. Members live & work in more than 140 countries & cover a variety of professional IT-related positions—to name just a few, IS auditor, consultant, educator, IS security professional, regulator, chief information officer & internal auditor. ISACA has more than 170 chapters established in over 70 countries worldwide, & those chapters provide members education, resource sharing, advocacy, professional networking & a host of other benefits on a local level. Its Certified Information Systems Auditor (CISA) certification is recognised globally & has been earned by more than 50,000 professionals since inception. For more information e-mail the membership department at membership@isaca.org or visit www.isaca.org

### Media Supporters:



Governance - is the leading international monthly newsletter on corporate governance, shareholder activism, & boardroom performance. At this time of rapid change in the regulatory & best practice regimes, 'Governance' is an essential & authoritative resource of analysis & opinion for board directors, senior executives, investment professionals & advisers. Governance Publishing, Watchfield House, Watchfield, Highbridge, Somerset, TA9 4RD. Tel: 01278 793300, Fax: 01278 783750, e-mail: info@governance.co.uk www.governance.co.uk

*CiA (Careers in Audit)*

Careers in Audit - Careers in Audit (CiA) is the first & only pan-European job board for audit professionals. We advertise audit & audit related vacancies across the UK & Europe as well as providing access to a range of valuable resources, including regular analysis & commentary from financial journalists, surveys & a live news feed.

*audit professionals*

Audit Professionals is Europe's number one recruitment specialist, focusing solely on internal audit and business risk. From newly qualified accountants to board level appointments, we recruit the best people from across audit, risk, finance, and operations for roles in the world's leading finance, banking, industry and commerce organisations. For more information visit: www.auditprofessionals.com or call: Tel: +44 (0) 20 7845 4246

*AuditNet*

Audit Net - AuditNet® (www.auditnet.org) is the premier Web portal for integrating the Internet into auditing. The site contains resources, tools & links including audit work programs, questionnaires, checklists, audit guides, audit topical index, job listings & more.



GOWER

Gower is recognised as one of the world's leading publishers in current best practice in business & management, with a particular niche in books on fraud & corruption. The Gower publishing programme covers many of the main business processes & functions & it is continuously developing new titles.

26(a) Bates and Mokwa 001270

# Audit & Governance SuperStrategies 2007
## 22nd - 25th October 2007, Dublin, Clontarf Castle

## 5 Easy Ways to Register

Tel: +44 (0)20 7779 8944    Email: mis@mistieurope.com
Fax: +44 (0)20 7779 8293    Web: www.mistieurope.com/auditSS
Mail: Guy Cooper, MIS Training, Nestor House, Playhouse Yard, London EC4V 5EX UK

## Customer Information

(please print or attach business card)

| Title  First name | Surname |
|---|---|
| Title/Position | Organisation |
| E-Mail Address (Required) | |
| Address | |
| | |
| Country | Postcode |
| Telephone | Fax |

The information you provide will be safeguarded by the Euromoney Institutional Investor Plc. group whose subsidiaries may use it to keep you informed of relevant products and services. We occasionally allow reputable companies outside the Euromoney Institutional Investor Plc. group to contact you with details of products that may be of interest to you. As an international group we may transfer your data on a global basis for the purposes indicated above. If you object to contact by telephone ▢, fax ▢, or email ▢ please tick the relevant box. If you do not want us to share your information with other reputable companies please tick this box ▢

When registering for this course please quote reference GE1



**Special Early Gift Offer**
Register for the conference by 13th August 2007 & Receive a Creative Zen MP3 Player with Colour Screen AND Nick Leeson's book, Rogue Trader for FREE!

## Registration Options

| Option (please tick) | Fee | Early Bird Gift | Savings |
|---|---|---|---|
| 2-Day Conference & Fraud Summit & Audit Directors' Roundtable (22nd - 25th Oct 2007) | €3,195 | ✓ | 430 |
| 2-Day Conference & Fraud Summit (22nd - 24th Oct 2007) | €2,375 | ✓ | 289 |
| 2-Day Conference & Audit Directors' Roundtable (23rd - 25th Oct 2007) | €2,375 | ✓ | 289 |
| 2-Day Conference Only (23rd - 24th Oct 2007) | €1,795 | ✓ | - |
| Fraud Summit Only (22nd Oct 2007) | €895 | ✗ | - |
| Audit Directors' Roundtable Only (25th Oct 2007) | €895 | ✗ | - |

* The Free Gift applies only to registrations for the two-day conference or more received before 13th August 2007.

Special Group Savings Scheme, please phone for Details.

## Registration Information

(fees must be paid in advance of the event)

The conference is taking place at:
Clontarf Castle, Castle Avenue, Clontarf, Dublin 3, Ireland

For further details & reduced accommodation rates please contact the hotel directly on:

Telephone: + 353 1 8332321   Fax: + 353 1 8330418
Email: www.clontarfcastle.ie  Web: info@clontarfcastle.ie

Cancellation Policy: Should a delegate be unable to attend, a substitute may attend in his or her place. A credit card or refund, minus 25% administration charge is available if written notification is received by 1st October 2007. Thereafter, no refunds will be given. MIS reserves the right to change or cancel this programme due to unforeseen circumstances.

## Payment Method

Pay Online at www.mistieurope.com
(all fees must be paid in advance of the event)

▢ Cheque enclosed     ▢ Please invoice my company PO#
   (payable to MIS Training)

Please debit my credit card ▢ AMEX ▢ VISA ▢ MasterCard

| Card Number | Expiry |
|---|---|
| Cardholders name | Verification Code |

Please include billing address if different from address given

Please note that in completing this booking you undertake to adhere to the cancellation and payment terms listed below

| Signature | Date |
|---|---|
| Approving Manager | Position |

## Please Send Me Information on:

▢ 2nd Annual Audit & Governance Conference Africa, 17 - 20 July 2007, Zamani Kempinski, Zanzibar

▢ The Chief Security Officer (CSO) Summit, 28 - 30 November 2007, Amsterdam

▢ Fraud & Corruption Summit, 26 - 28 March 2008, Stockholm