**SOLD OUT IN 2007!**
**REGISTER TODAY TO RESERVE YOUR SEAT**

# SuperStrategies 2008

## The Audit Best-Practices Conference

April 14 - 16, 2008
LAS VEGAS JW Marriott Resort

**For Practitioners... By Practitioners**

Wells Fargo Audit and Security
PricewaterhouseCoopers
Protiviti
Coca Cola Enterprises
MGM MIRAGE
Washington Mutual
KPMG
Raytheon
ACL Services
FedEx
Wal-Mart Stores
Time Warner
Sprint Nextel
Wachovia
Deloitte & Touche
Safeway
Continental Airlines
Accenture
US Navy
Avaya
SunTrust Bank
AXA Equitable
Northrup Grumman
EDS
FirstEnergy
TVA
TD Ameritrade Holding
OppenheimerFunds
Ingram Micro
MicroStrategy
Temple-Inland
UK Department for Transport
Sears Holdings
Biogen Idec
HCA - Hospital Corporation of America
Brinker International
Bon Secours Health System
Kohler
Belk
Tesoro Companies
Mirant
Belo
Paisley
General Growth Properties
RLI Insurance
Friends University
SMART Business Advisory and Consulting
NJ TRANSIT
Leap Wireless International

## *Fast-Track Your Way to Becoming a Better Auditor!*

68 Focused Sessions, 8 Targeted Tracks, 7 In-Depth Workshops... One Incredible Learning Experience!

### *Featured Speakers*



***Cynthia Cooper***
*CFE, CISA, President, Cynthia Cooper Consulting; Author, Extraordinary Circumstances: The Journey of a Corporate Whistleblower*



***Ben Mezrich***
*Author, Bringing Down the House: The True Story of Six MIT Kids Who Took Vegas for Millions*



***Kevin McCabe***
*Executive Vice President and Chief Auditor, Wells Fargo & Co.*



***Eric D. Shaw**, PhD*
*Consulting & Clinical Psychology, Ltd. & Visiting Scientist, Insider Threat Team, Software Engineering Institute, Carnegie Mellon University*

### *Co-Located*

**The Fraud Summit** April 13, 2008

**If your company had fraud, would you know?**

Attend this important, one-day summit to find out how you can protect your organization.




PLATINUM SPONSORS

PRICEWATERHOUSECOOPERS

protiviti

MEDIA SPONSORS

AuditNet®

CRO

**www.misti.com/superstrategies**

# Learn from the Best in the Business
# How to Become a Risk-Centric Organization

NOTE FROM THE CHAIR



*Joel F. Kramer, CPA*
*Conference Chair,*
*Managing Director,*
*Internal Audit Division*
*MIS Training Institute*

It's a brave new world for internal audit, one that presents new opportunities and new risks. Audit professionals need to make sure they are compliant with all regulations, implement ERMs, prevent and detect fraud, initiate and manage the audit committee relationship, keep up with the latest tools... all while adding value to their organization.

Join us for our 19th annual SuperStrategies - the audit best practices conference. Experience our stellar line-up of high-level audit professionals from leading organizations as they share their insights on how to deal with the most current challenges facing the audit industry. Last year SuperStrategies sold out, so register early to ensure your spot at 2008's premiere event for the audit industry.

I look forward to seeing you in Las Vegas in April!



Joel F. Kramer, CPA

**EARN 18+ CPEs BY ATTENDING**

All conference participants are eligible to receive 18 hours of Continuing Education Credits which may be applied towards professional certification requirements. Workshop and The Fraud Summit participants receive 7 Continuing Education Credits for the full-day sessions and 3 for the half-day.

**"Excellent opportunity to network with great IA professionals and learn from the experiences of leaders in our profession."**

Paul Marshall, Managing Director, Protiviti

## *Stretch Your Training Budget by Taking Advantage of Our Money-Saving Packages!*

### SuperPass

Take advantage of ALL the top-notch learning available at SuperStrategies at a substantially reduced rate! With the SuperPass, you have the freedom to attend The Fraud Summit and as many optional workshops as you can fit into your schedule, and of course all the Super-Strategies sessions and keynotes... all for one price! It's an offer too good to pass up! *(Only one workshop or The Fraud Summit per time slot. You will only receive the workshop/summit materials for the specific session you attend.)*

### Group Discounts

When two people from your organization attend SuperStrategies, a third person can attend at half price! The discounted registration must be of equal or lesser value. All registrations must be made and paid for at the same time, cannot be combined with any other discount offer and cannot be used on previous registrations.

### Conference & Fraud Summit Package

If you want to attend the SuperStrategies Conference and The Fraud Summit only, register for this package and save $100!

# Keynote Presentations

## Monday, April 14, 2008

8:30 AM – 10:00 AM

**World-Class Auditing: How Wells Fargo Audit Services Adds Value**
***Kevin McCabe,** Executive Vice President and Chief Auditor, Wells Fargo & Co.*

As Chief Auditor, Kevin McCabe is faced with the challenge of maintaining a global, business-aligned audit organization and implementing risk-based audit processes to cover all of the company's diverse products and functions. In this keynote address, he'll tell you the steps he takes to ensure a high-performance work environment. You'll explore innovations on the audit horizon, new approaches to auditing staffing and development, and ways to take internal audit interactions with business managers and the Audit Committee to the next level.

12:00 PM – 1:15 PM

**Insider Fraud and Sabotage: How to Detect and Deter Crimes**
***Eric D. Shaw,** PhD Consulting & Clinical Psychology, Ltd. & Visiting Scientist, Insider Threat Team, Software Engineering Institute, Carnegie Mellon University*

Who commits fraud and sabotage? Dr. Shaw will share his insights based on his research at Carnegie Mellon and years of consulting on insider threats for major corporations and the government. He will reveal the critical patterns subjects follow as they become motivated to commit these acts, and plan and execute their crimes. He will also discuss new ways to detect and deter crimes from being committed, and offer actual cases that illustrate how fraud and other inside acts happen and what you can learn from others.

## Tuesday, April 15, 2008

12:00 PM – 1:15 PM

**Building and Sustaining the Ethical Organization**
***Cynthia Cooper,** CFE, CISA, President, Cynthia Cooper Consulting; Author, <u>Extraordinary Circumstances: The Journey of a Corporate Whistleblower</u>*

What set the stage for many of the corporate failures and what did they have in common? Cynthia Cooper learned first-hand what happens when corporate leaders fail to establish the right ethical tone-at-the-top of an organization. After discovering that her boss and peers were cooking the books at WorldCom, she reported the fraud to the Audit Committee Chair. In this dynamic keynote, Ms. Cooper will discuss what has led so many companies to become embroiled in scandals and financial restatements. You'll hear what your organization can do to lay a strong ethical foundation, and how to spot potential warning signs of erosion in values. As importantly, you'll leave with practical advice, based on real fraud cases, on what your organization can do to minimize fraud, and detect it more quickly when it occurs.

## Wednesday, April 16, 2008

8:30 AM – 9:15 AM



**Risk, Reward and Being on the Winning Side: Making Sure Your House Isn't Brought Down by Ivy League Cowboys**
***Ben Mezrich,** Author, <u>Bringing Down the House: The True Story of Six MIT Kids Who Took Vegas for Millions</u> (recently made into the soon to be released featured film, "21" starring Kevin Spacey)*

In the midst of the go-go eighties and nineties, a group of overachieving, anarchistic MIT students joined an underground blackjack club dedicated to counting cards and beating the system at major casinos around the world, earning more than $3 million and making them targets of revenge. In this dynamic keynote, master storyteller Ben Mezrich takes you from the ivory towers of academia into the seedy underworld of corporate Vegas — deep into the realm of back room security, ever-present video cameras, private investigators and the threat and tactics of pit bosses and violent heavies. Mr. Mezrich will reveal how this group of young card counters brought Vegas to its knees — until it all collapsed one fateful day — and how to protect your own company from getting fleeced by internal and external threats.

## Tuesday, April 15, 2008

4:00 PM – 5:15 PM

KEYNOTE PANEL DISCUSSION

**Positioning Your Department to Add the Most Value**

*Moderator: **Joel F. Kramer,** CPA, Managing Director, IA Division, MIS Training Institute*
*Panelists: **Larry Harrington,** CPA, Vice President, Internal Audit, Raytheon Company; **Carolyn Sloan,** CPA, Vice President, Internal Audit, Temple-Inland; **Suzanne Williams,** CPA, Director, Corporate Audit Services, Sprint Nextel Corporation; **Andrew Dahle,** CPA, Partner, Internal Audit Services, PricewaterhouseCoopers LLP; **Robert B. Hirth, Jr.,** CPA, CA, Managing Director, Protiviti; **Kevin McCabe,** Executive Vice President and Chief Auditor, Wells Fargo & Co.*

*Discussion Topics:*

- Balancing compliance and enterprise risk
- Best practices in IA management
- Partnering with the Audit Committee
- Staying current in identifying and addressing risks

# Conference-at-a-Glance

## The Fraud Summit
**Sunday, April 13, 2008**
9:00 AM - 5:00 PM

## Pre-Conference Optional Workshops
**Sunday, April 13, 2008**
9:00 AM – 5:00 PM
**W1 Managing Internal Audit as a Business: How Can We Do Better?**
**W2 Influencing: The New Core Competency for World-Class Internal Audit Departments**
**W3 Auditing the Strategic Planning Process**

## Post-Conference Optional Workshops
**Wednesday, April 16, 2008**
1:30 PM – 5:00 PM
**W4 Auditing the ERM Process**
**W5 The Audit Director's Roundtable**

**Thursday, April 17, 2008**
8:30 AM – 4:30 PM
**W6 The Ten Most Critical Issues IT Audit Faces from 2008 to 2010**
**W7 Fraud in Key Financial Accounts: Strategies for High-Level Audit Executives**

"The conference was right on point, the speakers were very knowledgeable in their areas. I cannot wait to implement the things I have learned."
Garth Abiola, Audit Manager, Mirant Corporation

| Time | Audit Committee Relationship | Chief Audit Executive Issues | Enterprise-Wide Risk Assessment | Sarbanes-Oxley Strategies | Conducting High-Impact Audits | Governance, Ethics & Fraud | Great Internal Audit Tools | Managing Small Departments |
|---|---|---|---|---|---|---|---|---|
| **Sunday, April 13, 2008** | | | | | | | | |
| 5:00 PM - 6:00 PM *Welcome Reception* | | | | | | | | |
| **Monday, April 14, 2008** | | | | | | | | |
| 7:30 AM - 8:30 AM *Registration & Continental Breakfast* | | | | | | | | |
| 8:30 AM - 10:00 AM *Welcome Address & Keynote Address:* World-Class Auditing: How Wells Fargo Audit Services Adds Value *Kevin McCabe, Executive Vice President and Chief Auditor, Wells Fargo & Co.* | | | | | | | | |
| 10:30 AM - 12:00 PM | 1. Strengthening the Link Between the Audit Committee and IA Without Data Overload | 2. The CAE's Challenge: Increasing Stakeholders Value | 3. Opining on ERM CASE STUDY | 4. How MGM MIRAGE Complies with SOX CASE STUDY | 5. How Raytheon Benefited by Adopting Integrated Auditing in 2007-2008 CASE STUDY | 6. Anti-Money Laundering: A Risk-Based Approach | 7. Proven Ways to Get Your Audit Reports Out Faster | 8. Incorporating ERM into a Small Audit Department CASE STUDY |
| 12:00 PM *Luncheon Keynote Address:* Insider Fraud and Sabotage: How to Detect and Deter Crimes *Eric D. Shaw, PhD, Consulting & Clinical Psychology, Ltd.; Visiting Scientist, Carnegie Mellon University* | | | | | | | | |
| 1:15 PM - 2:45 PM | 9. Building and Maintaining Great Audit Committee Relationships | 10. Finding the Next Superstar... Recruiting and Retaining MVPs | 11. Assessing, Mitigating, and Detecting Fraud Risk | 12. A Robust Anti-Fraud Program CASE STUDY | 13. Auditing the Risks of Third-Party Agreements | 14. Minimizing Fraud by Auditing Your People Controls | 15. Retooling the Audit Process in an ERM Environment CASE STUDY | 16. Integrating FCPA Risks and Audit Procedures into International Audits |
| 2:45 PM *SuperStrategies Expo Opens* | | | | | | | | |
| 3:15 PM - 4:45 PM | 17. Strategic Positioning of IA in a Post-SOX World | 18. Corporate Responsibility and Sustainability: Opportunities for IA | 19. Eight Key Areas Each IT Audit Department Must Address | 20. How to Audit the Whistleblower Process | 21. Risk-Based Auditing of Marketing Activities | 22. Reviewing for Fraud More Efficiently Through Continuous Auditing | 23. Optimized Audit Analytics | 24. Ten Big Things Small Departments Do Wrong |
| 4:45 PM - 6:30 PM *SuperStrategies Reception in Expo* | | | | | | | | |
| **Tuesday, April 15, 2008** | | | | | | | | |
| 7:30 AM - 8:30 AM *Continental Breakfast* | | | | | | | | |
| 8:30 AM - 10:00 AM | 25. Conducting an Ongoing Annual Audit Plan Using Risk Assessment CASE STUDY | 26. The CAE's Evolving Roles and Responsibilities | 27. Auditing Privacy: MGM MIRAGE's Approach CASE STUDY | 28. Auditing Tone-at-the-Top | 29. Reducing Contract Administration Risk | 30. Wells Fargo's Top-Down Governance Strategy CASE STUDY | 31. Approach to Evaluating and Testing Entity-Wide Controls that Work – Part I INTERACTIVE PANEL DISCUSSION | 32. How to Obtain IT Audit Coverage Without an IA Auditor |
| 10:00 AM *SuperStrategies Expo Opens* | | | | | | | | |
| 10:30 AM - 12:00 PM | 33. Improving Audit Committee Oversight of IT Risks | 34. New CAE Year One: Re-Energizing IA Post-SOX CASE STUDY | 35. Monitoring Risk Ownership in Individual Business Processes | 36. Diagnosing Spreadsheet Controls in End-User Applications | 37. Auditing the Global Sourcing Process: A Work in Progress CASE STUDY | 38. IA and Legal: Joining Forces to Fight Fraud CASE STUDY | 39. Approach to Evaluating and Testing Entity-Wide Controls that Work – Part 2 INTERACTIVE PANEL DISCUSSION | 40. Benefiting from a Strong Follow-Up Process |
| 12:00 PM *Luncheon Keynote Address:* Building and Sustaining the Ethical Organization *Cynthia Cooper, CFE, CISA, President, Cynthia Cooper Consulting; Author, Extraordinary Circumstances: The Journey of a Corporate Whistleblower* | | | | | | | | |
| 2:00 PM - 3:30 PM | 41. Committing IA to Continuous Improvement CASE STUDY | 42. Why CAEs Should Partner with a University IA Program | 43. Lessons Learned from Implementing an Effective Enterprise Risk Management Program | 44. Ongoing Benefits of SOX for Non-Filers | 45. Auditing a Multi-Billion Dollar Construction Program CASE STUDY | 46. How Reducing Key Payroll Controls Can Result in a Significant Fraud CASE STUDY | 47. Addressing the People Shortage: Benefiting from a Rotational Program CASE STUDY | 48. Risk Assessment and Audit Planning for the Small Audit Department |
| 4:00 PM - 5:15 PM *Keynote Panel Discussion:* Positioning Your Department to Add the Most Value *Moderator: Joel Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute* | | | | | | | | |
| **Wednesday, April 16, 2008** | | | | | | | | |
| 7:30 AM - 8:30 AM *Continental Breakfast* | | | | | | | | |
| 8:30 AM - 9:15 AM *Keynote Address:* Risk, Reward and Being on the Winning Side: Making Sure Your House Isn't Brought Down by Ivy League Cowboys *Ben Mezrich, Author, Bringing Down the House* | | | | | | | | |
| 9:30 AM - 11:00 AM | 49. The FCPA: Are You Addressing It? | 50. How to Take IA to the Next Level CASE STUDY | 51. Linking IA's Enterprise-Wide Risk Assessment to Northrop Grumman's Key Corporate Initiatives CASE STUDY | 52. Wachovia's Guide to Auditing the IT Governance Process CASE STUDY | 53. Using Risk to Build Individual Audit Programs | 54. Integrating IT Into Your Fraud Risk Assessment CASE STUDY | 55. Changing Perception by Marketing and Selling IA to the Organization | 56. Tactical Steps to Implementing Continuous Auditing |
| 11:15 AM - 12:45 PM | 57. Keeping the Customer Satisfied: Key Relationships the New Chief Audit Executive Needs to Build and Maintain | 58. Maximizing IA Performance Through Effective Implementation of the IIA Standards | 59. Integrating Data Mining into Your ERM Process | 60. Integrating SOX Responsibilities and Value-Added Auditing | 61. Auditing the Emerging Risk of Gift Cards | 62. Adding Transactional Analytics to IA's Core Competencies | 63. Developing a Wellness Program that Reduces Stress | 64. Implementing an ERM Without Investing Significant Resources CASE STUDY |

# SuperStrategies Agenda

Audit Committee Relationship | Chief Audit Executive Issues | Enterprise-Wide Risk Assessment | Sarbanes-Oxley Strategies | Conducting High-Impact Audits | Governance, Ethics & Fraud | Great Internal Audit Tools | Managing Small Departments

## Monday, April 14, 2008

10:30 AM – 12:00 PM

### 1. Strengthening the Link Between the Audit Committee and IA Without Data Overload

***Tom Woods**, CPA, CIA, CFSA, CCSA, FLMI, Vice President, Internal Audit, AXA Equitable*

- Reducing the volume of information IA provides
- How to filter data depending on the significance of the report or issue
- Professional staffing needed to cover risk
- Managing the COSO cube
- Coordinating with the external auditors including the joint audit plan

10:30 AM – 12:00 PM

### 2. The CAE's Challenge: Increasing Stakeholders Value

***Richard F. Chambers**, CIA, CFE, CGAP, CGFM, Managing Director, PricewaterhouseCoopers LLP; **Andrew Dahle**, CPA, CIA, CFE, CISA, Partner, Internal Audit Services, PricewaterhouseCoopers LLP*

- How to identify key stakeholders
- Determining the value proposition for each stakeholder
- Linking stakeholder value to PwC's 2008 State of the Internal Audit Profession Study
- Continuously monitoring the changing stakeholder values
- Recognizing that stakeholders want more than control assurance for IA

10:30 AM – 12:00 PM CASE STUDY

### 3. Opining on ERM

***Grant Carlson**, CBA, Vice President and Audit Director, Wells Fargo Audit and Security; **Karl Riem**, CPA, CISA, Senior Vice President and Senior Audit Director, Wells Fargo Audit and Security*

- The role of IA in Wells Fargo & Co.'s ERM framework
- Why IA decided to opine on the controls over nine key risks
- The process which allows IA to opine with confidence over the nine risks
- Lessons learned creating and implementing this approach
- Benefits to this approach and the impact on the annual audit plan

10:30 AM – 12:00 PM CASE STUDY

### 4. How MGM MIRAGE Complies with SOX

***Tricia Wilton**, CIA, Director, Corporate Strategy, MGM MIRAGE*

- MGM MIRAGE's SOX strategy
- How to integrate IT into the SOX process
- How the compliance team interfaces with IA
- Compliance issues MGM MIRAGE faces in 2008 and beyond

10:30 AM – 12:00 PM CASE STUDY

### 5. How Raytheon Benefited by Adopting Integrated Auditing in 2007-2008

***John Lazarine**, CIA, CISA, Director, Internal Audit, Raytheon Company*

- How integrated audits differ from joint audits
- Developing a comprehensive two-way training program
- Linking internal audit core competencies to business risks
- Effectively communicating with multiple clients

10:30 AM – 12:00 PM

### 6. Anti-Money Laundering: A Risk-Based Approach

***Dr. Herman Murdock**, CIA, Senior Consultant, MIS Training Institute*

- The most recent regulations and how they affect your AML practices
- Determining your need for employee awareness and building effective training programs
- Conducting an AML risk assessment and internal testing procedures
- Overview of money-laundering schemes
- The importance of linking your AML initiatives to COSO ERM
- Testing for adherence to key AML controls

10:30 AM – 12:00 PM

### 7. Proven Ways to Get Your Audit Reports Out Faster

***Ann M. Butera**, CRP, President, The Whole Person Project, Inc.*

- Why beginning with the report in mind is critical when planning audits
- Three ways to accelerate report writing without compromising your message
- The five critical elements that must be documented in the audit concern
- An easy way to develop audit concerns based on test results
- Why the report formats matter and which ones are the easiest to use
- How to streamline the review process without sacrificing quality

10:30 AM – 12:00 PM CASE STUDY

### 8. Incorporating ERM into a Small Audit Department

***Nicole Dean**, CPA, Vice President, Internal Audit, Belk, Inc.*

- How a small IA function can be proactive in risk management
- Expanding the traditional definition of IA's risk universe and scope of services
- Balancing independence, objectivity and adding value
- Educating the Audit Committee and senior management

1:15 PM – 2:45 PM

### 9. Building and Maintaining Great Audit Committee Relationships

***Robert A. King**, CPA, CISA, CFE, Vice President, FedEx Corporation*

- Audit Committee roles and responsibilities
- Continuous communications and training
- Developing and managing relationships
- Monitoring ERM, the control environment and corporate governance
- Evaluating inherent and residual risk
- Keeping abreast of new challenges
- Marketing and selling IA

1:15 PM – 2:45 PM

### 10. Finding the Next Superstar ... Recruiting and Retaining MVPs

***Steve Goepfert**, CIA, CPA, Staff Vice President, Internal Audit, Continental Airlines, Inc.*

- Continental's new approach to securing top candidates
- Effective strategies for attracting and retaining key talent
- The C3 Formula – culture, compensation and cooperation
- Continental's aggressive strategy to foster a positive work environment

1:15 PM – 2:45 PM

### 11. Assessing, Mitigating, and Detecting Fraud Risk

***Chris Palermo**, Vice President, Corporate Audit, Covidien*

- How to perform a fraud risk assessment to identify key areas of risk
- Building fraud detection into your audit process
- Partnering with legal on investigations
- Setting expectations with employees
- Managing disciplinary decisions
- Continually recognizing new risks

1:15 PM – 2:45 PM CASE STUDY

### 12. A Robust Anti-Fraud Program

***Richard W. Moore**, JD, Inspector General, Office of the Inspector General, TVA*

- The ongoing fraud risk assessment process
- A re-enactment video depicting real fraud scenarios
- Combining the skills of auditors and criminal investigators
- The value of a hotline and $10,000 reward program
- Implementing continual employee education

1:15 PM – 2:45 PM

### 13. Auditing the Risk of Third-Party Agreements

***Nancy Luquette**, CPA, Vice President and General Auditor, Avaya*

- Ensuring contract completeness
- Documented accountability and auditability
- Implementing strong anti-fraud education
- How Avaya assured strong compliance with laws and regulations
- Proper continuous monitoring

1:15 PM – 2:45 PM

### 14. Minimizing Fraud by Auditing Your People Controls

***Edith L. Curry**, JD, Founding Member, Palaxar, LLC; **Frank Hailstones**, CA, Founding Member, Palaxar, LLC*

- Existing policies and controls: do they prevent and detect when people do not follow procedures or override policies?
- Developing strong controls and policies for selecting people
- The override controls
- The right policies and processes to follow the missing money

1:15 PM – 2:45 PM CASE STUDY

### 15. Retooling the Audit Process in an ERM Environment

***Alvin Brown**, CPA, Director, Internal Audit Methodology, Coca Cola Enterprises, Inc.*

- Defining the department's strategy
- Aligning departmental goals with company objectives
- Optimizing audit processes through standardization, integration and risk assessment
- Encouraging and monitoring quality

1:15 PM – 2:45 PM

### 16. Integrating FCPA Risks and Audit Procedures into International Audits

***Jeffrey Gibbs**, CPA, Vice President, Internal Audit, Biogen Idec*

- The current reinforced environment
- Identifying high risk areas
- Developing and incorporating audit procedures into individual international audits
- Red flags
- Communicating potential issues
- An overview of the Foreign Corrupt Practices Act

3:15 PM – 4:45 PM

### 17. Strategic Positioning of IA in a Post-SOX World

***Larry Harrington**, CPA, Vice President, Internal Audit, Raytheon Company*

- How IA can be visionary
- The role IA should play in ERM
- Providing assurance on the compliance ring of COSO, in light of the focus on FCPA issues by the Justice Department
- How IA gives assurances on IT security and business continuity issues
- Selecting areas within the operations ring of COSO that help turn IA into a profit center
- How recent events stress the importance of an aggressive ERM and IA's role

3:15 PM – 4:45 PM

### 18. Corporate Responsibility and Sustainability: Opportunities for IA

***Eric Hespenheide**, CPA, Global Leader of Internal Audit and ERS Corporate Responsibility and Sustainability Services, Deloitte & Touche LLP*

- Establishing strategies for responsible and sustainable business
- Assisting management with responsibility and sustainability initiatives
- Contributing business value by examining the alignment of social, environmental and financial performance goals
- Embedding sustainable business practices

# SuperStrategies Agenda

Audit Committee Relationship | Chief Audit Executive Issues | Enterprise-Wide Risk Assessment | Sarbanes-Oxley Strategies | Conducting High Impact Audits | Governance, Ethics & Fraud | Great Internal Audit Tools | Managing Small Departments

3:15 PM – 4:45 PM

**19. Eight Key Areas Each IT Audit Department Must Address**

*Edward Hill, CPA, CIA, Managing Director, Protiviti*

- Identifying your key IT auditable areas
- Prioritizing these areas by your industry, your organization and your culture
- Evaluating your available IT human resources
- How to identify what is outside your competencies and obtaining necessary resources
- Communicating to the Audit Committee what you will and will not address

3:15 PM – 4:45 PM

**20. How to Audit the Whistleblower Process**

*Dr. Herman Murdock, CIA, Senior Consultant, MIS Training Institute*

- Effectively designing and implementing a whistleblowing program
- Strategies to get the most value from your current or planned whistleblowing program
- Assessing the effectiveness of your whistleblowing program
- Leveraging your whistleblowing program as a key component of your ethics program
- Common mistakes and key success factors

3:15 PM – 4:45 PM

**21. Risk-Based Auditing of Marketing Activities**

*Jeanette E. Hughes, VP, Internal Audit, Ingram Micro; Ramon Ramos, Director, Internal Audit, North America, Ingram Micro*

- Ensuring marketing funds controls are in place to limit risks related to money laundering, embezzlement, and improper or personal use
- Managing the marketing risks related to the various funding sources (cash, credit notes, discounts on future purchases, internal funding)
- Managing balance sheet and operational risk by understanding how marketing funding and timing of pass-throughs can impact the financial statements, cash flow and working capital
- Mitigating risks by understanding the complete vendor position instead of evaluating marketing funds and activities in a silo
- Understanding how marketing activities can be a profit enhancer as opposed to an expense

3:15 PM – 4:45 PM

**22. Reviewing for Fraud More Efficiently Through Continuous Auditing**

*Seth Davis, CIA, CPCU, Vice President, Internal Audit, RLI Insurance; Pat Ferrell, CPCU, Audit Manager, RLI Insurance*

- A strategic approach to efficient auditing of fraud by embedding continuous auditing in the audit plan
- Moving from project to process in continuous auditing efforts
- Searching for conflicts of interest and disclosure issues
- Establishing a process to identify specific fraud schemes

3:15 PM – 4:45 PM

**23. Optimized Audit Analytics**

*Peter Millar, Director, Product Marketing, ACL Services Ltd.*

- Managing access, security and large volumes of data
- Ensuring quality and control of audit analytics processes
- Making processes efficient and repeatable
- Optimizing resources for maximum ROI
- Integrating technologies for an overall audit analytics solution

3:15 PM – 4:45 PM

**24. Ten Big Things Small Departments Do Wrong**

*Joel F. Kramer, CPA, Managing Director, IA Division, MIS Training Institute*

- Specific instances of how IA can add value with limited resources
- Being a partner in ERM
- How to invest limited control resources when the risks are greater
- The importance of having a proactive audit plan
- Adding identifiable value in 2008

## Tuesday, April 15, 2008

8:30 AM – 10:00 AM CASE STUDY

**25. Conducting an Ongoing Annual Audit Plan Using Risk Assessment**

*Suzanne Williams, CPA, Director, Corporate Audit Services, Sprint Nextel Corporation*

- Partnering with ERM
- Recognizing deficiencies in traditional audit plan development
- Identifying key risk categories using surveys, interviews and data analytics
- Achieving management team consensus in risk area prioritization
- Developing the initial plan
- Ensuring the plan is updated

8:30 AM – 10:00 AM

**26. The CAE's Evolving Roles and Responsibilities**

*Lisa Daniels, CPA, Lead Partner, Internal Audit & Regulatory Compliance Services, KPMG LLP*

- What is IA's strategic and consultative role in managing risk across the enterprise?
- When to best leverage preventative and detective, technology-based assessments of processes, transactions and controls (data analytics and continuous auditing)
- How can IA partner in strategic planning, operational growth initiatives, enhancement of corporate culture and tone-at-the-top, mergers and acquisitions, and raising capital?

8:30 AM – 10:00 AM CASE STUDY

**27. Auditing Privacy: MGM MIRAGE's Approach**

*Robert W. Rudloff, Jr., CIA, CFE, Vice President, Internal Audit, MGM MIRAGE*

- Ensuring customer privacy programs are in place
- Assessing the adequacy of the privacy program
- Compliance with regulations in the US and abroad
- Collection, retention and use of sensitive customer information
- Extending privacy policies to vendors, tenants and other third-parties

8:30 AM – 10:00 AM

**28. Auditing Tone-at-the-Top**

*Glenn Sumners, CIA, CPA, CFE, DBA, Director, Louisiana State University Center for Internal Auditing*

- Developing a proactive, continuous plan for alerting senior executives to fraud
- Handling questions and exceptions
- Verifying that disclosures for executive perks are complete and proper
- Auditing the proxy statement for executive compensation
- Communicating results to the Audit Committee
- Defining positive tone-at-the-top

8:30 AM – 10:00 AM

**29. Reducing Contract Administration Risk**

*Joe Keating, CPA, CFE, CISA, Senior Executive Director, Internal Audit, Accenture, LLP Chicago*

- Being involved early in the process and knowing all the parties
- Contracting environments and their impact on the audit process
- Reviewing common contract administration practices
- Attending to details including privacy and intellectual property protection
- The importance of clearly defined and documented contracting procedures
- Evaluating risks from poor contract administration practices
- Practical risk mitigation strategies

8:30 AM – 10:00 AM CASE STUDY

**30. Wells Fargo's Top-Down Governance Strategy**

*Karl Riem, CPA, CISA, Senior Vice President and Senior Audit Director, Wells Fargo Audit and Security*

- The evolution of governance at Wells Fargo & Co.
- The current governance framework and its benefits and challenges
- Staying compliant as laws change
- Integrating audit, governance, risk and compliance strategies
- How IA reports and informs the Board of Directors of key risks and activities

8:30 AM – 10:00 AM

INTERACTIVE PANEL DISCUSSION

**31. Approach to Evaluating and Testing Entity-Wide Controls that Work – Part I**

*Tom Andreesen, CISA, Managing Director, Protiviti; Michael Head, CPA, CIA, CISA, CMA, Managing Director, Corporate Audit, TD Ameritrade Holding Corporation; Kurt Reding, PhD, CPA, CIA, CMA, Professor of Accounting, Division of Business and Information Technology, Friends University; Paul Sobel, CPA, CIA, Vice President, Internal Audit, Mirant Corporation*

- Providing a proven framework for evaluating entity-wide controls
- Presenting a top-down, cascading approach to testing controls at different levels in an organization
- A case study for evaluating and testing controls relating to integrity and ethical values

*This session will use voting technology to determine participants' perceptions surrounding entity-wide controls.*

8:30 AM – 10:00 AM

**32. How to Obtain IT Audit Coverage Without an IA Auditor**

*John McLaughlin, CPA, Senior Managing Director, and Enterprise Risk Services Leader, SMART Business Advisory and Consulting LLC*

- Developing an integrated strategic audit plan based upon risks
- Addressing IT related risks for Executive Management and Board without in-house technical resources
- How leveraging process controls work to address IT related risks
- Knowing when and how to utilize outside resources
- Identifying and communicating inherent and residual risks

10:30 AM – 12:00 PM

**33. Improving Audit Committee Oversight of IT Risks**

*Thierry Dessange, CISA, Director, IT Audit, Safeway Inc.*

- Keeping the Audit Committee informed of emerging IT risks and issues associated with evolving technology
- Using ERM to link IT risks to enterprise and business risks
- Leveraging Audit Committee support to drive IT governance
- Educating the Audit Committee on compliance and regulatory trends and their impact on the business
- Proactively addressing IT risk through systems development and project audits
- Engaging the Audit Committee with the IT audit plan and IT audit results

**"As always (this is my fifth conference) a plethora of relevant and timely material presented and fabulous networking opportunity."**

Martha Jane Gagnon, Assistant Director of Audit, MIT

# SuperStrategies Agenda

Audit Committee Relationship | Chief Audit Executive Issues | Enterprise-Wide Risk Assessment | Sarbanes-Oxley Strategies | Conducting High-Impact Audits | Governance, Ethics & Fraud | Great Internal Audit Tools | Managing Small Departments

10:30 AM – 12:00 PM CASE STUDY

### 34. New CAE Year One: Re-Energizing IA Post-SOX

***Tracy D. Jackson**, CPA, CIA, CISA, Vice President, Internal Audit, Tesoro Companies, Inc.*

- How internal audit shops are emerging from significant SOX commitments
- Renewing relationships throughout the company in a post-SOX world
- New challenges, including combating the loss of IA core competencies
- Decreasing turnover and attracting resources and talent back into IA
- Restructuring to balance audit and compliance to address high-risk, non-SOX areas of the business
- Updating all infrastructure documents such as the charters and mission statement, as well as policies and audit manuals

10:30 AM – 12:00 PM

### 35. Monitoring Risk Ownership in Individual Business Processes

***Carolyn Sloan**, CPA, Vice-President, Internal Audit, Temple-Inland*

- Business Process Management (BPM)
- How ERM and BPM relate to each other
- Benefits of BPM in sustaining ERM
- The available tools and how to use them

10:30 AM – 12:00 PM

### 36. Diagnosing Spreadsheet Controls in End-User Applications

***LouEllen Kirkendall**, CIA, Manager, Internal Audit, FirstEnergy Corp.; **Thomas J. Kovach**, MBA, Advanced Auditor, FirstEnergy Corp.*

- Creating the spreadsheet team and establishing their roles and responsibilities
- Identifying spreadsheet candidates (not all spreadsheets meet SOX criteria)
- The "Top 10" spreadsheet attributes to be tested
- Step-by-step spreadsheet analysis and results using examples from FirstEnergy's review
- Common findings, lessons learned and next steps

10:30 AM – 12:00 PM CASE STUDY

### 37. Auditing the Global Sourcing Process: A Work in Progress

***Dawn Eber**, CPA, CIA, Corporate Audit Director, Sears Holdings Corp.*

- Understanding and documenting the enormity of the process
- Ensuring risks are identified and owned
- Recognizing the impact of multi-cultures
- Isolating key entity-level controls

10:30 AM – 12:00 PM CASE STUDY

### 38. IA and Legal: Joining Forces to Fight Fraud

***Richard Leach**, CIA, CFE, Auditor General, US Navy; **Mark Wilkoff**, JD, Acquisition Integrity Counsel, US Navy*

- Recent headlines of fraud in the Department of the Navy (DON)
- Why DON's fraud prevention and detection methodology had to change
- Increasing contract dollars, decreasing oversight controls
- New collaborative effort between legal and IA
- Key fraud-related internal controls and red flags

10:30 AM – 12:00 PM
INTERACTIVE PANEL DISCUSSION

### 39. Approach to Evaluating and Testing Entity-Wide Controls that Work – Part 2

***Tom Andreesen**, CISA, Managing Director, Protiviti; **Michael Head**, CPA, CIA, CISA, CMA, Managing Director, Corporate Audit, TD Ameritrade Holding Corporation; **Kurt Reding**, PhD, CPA, CIA, CMA, Professor of Accounting, Division of Business and Information Technology, Friends University; **Paul Sobel**, CPA, CIA, Vice President, Internal Audit, Mirant Corporation*

- Case studies on monitoring controls and IT general controls
- The evaluation and testing of approaches
- A top-down, risk-based approach
- Ideas on how to apply the case concepts to your organization

*Individuals who are unable to participate in Part 1 may still attend Part 2.*

10:30 AM – 12:00 PM

### 40. Benefiting from a Strong Follow-Up Process

***Anna Nicodemus**, CPA, CIA, CFE, Vice President, Internal Audit, Belo*

- Validation of IA report issues
- Assurance of accountability
- Documentation of executive-level overrides
- Confirmation of risk ownership

2:00 PM – 3:30 PM CASE STUDY

### 41. Committing IA to Continuous Improvement

***David G. Bilko**, CEBS, Senior Vice President, Chief Audit Executive, SunTrust Audit Services, SunTrust Bank*

- Defining specific audit department and individual performance expectations
- Continuous monitoring through quality assessments
- Establishing productivity benchmarks
- Using dashboard and balanced scorecard reporting
- Making specific improvement commitments to Executive Management and the Audit Committee

2:00 PM – 3:30 PM

### 42. Why CAEs Should Partner with a University IA Program

***Cynthia Cooper**, CFE, CISA, President, Cynthia Cooper Consulting; **Kurt Reding**, PhD, CPA, CIA, CMA, Professor of Accounting, Division of Business and Information Technology, Friends University; **Glenn Summers**, CIA, CPA, CFE, DBA, Director, Louisiana State University Center for Internal Auditing*

- How to to identify potential candidates earlier
- Sources of talent to aid in the audit process
- Substantial cost savings benefits
- Why IA should support university programs

2:00 PM – 3:30 PM

### 43. Lessons Learned from Implementing an Effective Enterprise Risk Management Program

***Rebecca Whitener**, EDS Fellow, Vice President and Chief Risk Officer, EDS*

- The emerging and changing role of the Chief Risk Officer
- How expectations from key stakeholders regarding ERM can be met
- The five most important characteristics of a successful CRO
- Avoiding a bureaucratic maze
- Partnering with IA
- How information from the executive-level to business units flows both ways

2:00 PM – 3:30 PM

### 44. Ongoing Benefits of SOX for Non-Filers

***David Kinkaid**, CPA, CIA, General Auditor, Vanguard Car Rental USA Inc*

- Ensuring strong top-down, risk-based controls
- How IA can add value by enabling compliance with less financial commitment
- Balancing entity-level, organization-wide and transaction-level controls
- Creating a blueprint for great governance

2:00 PM – 3:30 PM CASE STUDY

### 45. Auditing a Multi-Billion Dollar Construction Program

***John Covell**, CIA, FCA, Vice President, Corporate Audit, General Growth Properties; **Jerry Abbeduto**, Construction Audit Manager, General Growth Properties*

- GGP's business and types of construction contracts
- Conducting a construction risk assessment and developing an audit approach
- High-impact areas and follow-up steps
- Proactive training of construction managers
- Ongoing communication to management and the Audit Committee

2:00 PM – 3:30 PM CASE STUDY

### 46. How Reducing Key Payroll Controls Can Result in a Significant Fraud

***Jerry Diley**, CISA, CFE, Senior IS Audit Manager, Bon Secours Health System, Inc.; **Darlene FitzPatrick**, CIA, CFE, CCSA, Director Internal Audit Services, Bon Secours Health System, Inc.*

- Diverting funds meant for IRS and state tax authorities
- A real-life case study of a unique payroll fraud
- What can happen when controls are eliminated to reduce costs
- Practical steps for investigating a fraud and what pitfalls to avoid
- Continuous monitoring routines that can be used in any organization

2:00 PM – 3:30 PM CASE STUDY

### 47. Addressing the People Shortage: Benefiting from a Rotational Program

***Russell Charlton**, CIA, CPA, Vice President, Internal Audit, Time Warner*

- How to find qualified people in a tight market
- Moving people from the business to audit and audit to the business
- Monitoring and measuring your program
- Potential pitfalls

2:00 PM – 3:30 PM

### 48. Risk Assessment and Audit Planning for the Small Audit Department

***Scott Feltner**, CIA, CISA, Director, Internal Audit, Kohler Co.*

- Techniques to assess risk and prioritize audit resources
- How to leverage the risk assessment in order to answer the key question: What should I audit?
- Building a risk model and prioritizing audits based on business impact, financial significance, and control environment
- Incorporating objective and subjective data into your risk model
- Allocating scarce audit resources in order to address high-risk projects while having the flexibility to respond to management requests

## Wednesday, April 16, 2008

9:30 AM – 11:00 AM

### 49. The FCPA: Are You Addressing It?

***Richard N. Wiedis**, JD, Vice President, Risk Management & Corporate Counsel, MicroStrategy Incorporated; Former Senior Litigation Counsel, U.S. Department of Justice, Criminal Division, Fraud Section*

- What every auditor needs to know about the FCPA
- The recent surge of interest by Department of Justice and Securities & Exchange Commission and a review of the most recent cases
- What happens inside the government when it begins an FCPA investigation of your company
- Key steps every organization should take to implement an effective FCPA compliance program

9:30 AM – 11:00 AM CASE STUDY

### 50. How to Take IA to the Next Level

***Randy Melby**, CIA, Senior Vice President, General Auditor, Washington Mutual*

- Establishing a strategic plan and actionable goals that raise the bar to the next level
- Measuring performance — why you can't manage what you can't measure
- Building talent — attracting, developing and retaining the best
- Reinventing culture — how it feels versus what it is
- Identifying emerging risks — future focused risk assessments and what it takes to be a change agent
- Telling the "risk story" versus the "audit story"

# SuperStrategies Agenda

Audit Committee Relationship | Chief Audit Executive Issues | Enterprise-Wide Risk Assessment | Sarbanes-Oxley Strategies | Great Internal Audit Tools | Managing Small Departments

9:30 AM – 11:00 AM CASE STUDY

**51. Linking IA's Enterprise-Wide Risk Assessment to Northrup Grumman's Key Corporate Initiatives**

*Patricia L. Collins, CIA, Corporate Manager, Corporate Internal Audit, Northrup Grumman Corporation*

- Changing the process from bottom up to top down
- Obtaining knowledge of market factors and competitive influences
- Gaining concurrence on the risk assessment criteria
- Addressing inherent versus residual risks
- Identifying affected business processes and key personnel

9:30 AM – 11:00 AM CASE STUDY

**52. Wachovia's Guide to Auditing the IT Governance Process**

*Karen Holloman, CIA, Managing Director, IT Audit, Wachovia Corp.; Ted Wolff, CISA, Director, IT Audit, Wachovia Corp.*

- What we learned from the IT governance journey
- Planning and executing the IT governance audit
- Understanding the IT governance life cycle
- Application of CobiT, ITIL and other governance models
- Audit findings and lessons learned

9:30 AM – 11:00 AM

**53. Using Risk to Build Individual Audit Programs**

*Greg Duckert, CIA, CISA, CPA, CMA, Chief Executive Officer, Audit, Inc.; Senior Consultant, MIS Training Institute*

- Taking a business risk approach to auditing at the engagement level
- Key components of risk assessment and their importance
- Employing metrics to objectively assess risk
- Root cause determination of the ultimate audit outcome
- Logically determining the engagement level risks
- A step-by-step example for creating a customized risk-based audit program

9:30 AM – 11:00 AM CASE STUDY

**54. Integrating IT Into Your Fraud Risk Assessment**

*Joe Hagans, CIA, CISA, CISSP, CFE, Sr. Manager, IS Audit, Wal-Mart Stores, Inc.*

- The key processes and what technologies to use
- Implementing continuous risk assessment at the inherent and residual levels
- Evaluating adequacy of the controls environment
- Identifying and acting upon unacceptable fraud situations

9:30 AM – 11:00 AM

**55. Changing Perception by Marketing and Selling IA to the Organization**

*Kristina Olson, CPA, CIA, Vice President, Director of Internal Audit, OppenheimerFunds, Inc.*

- Recognizing the need to build better relationships
- Promoting 100% departmental buy-in
- How to establish effective communication on a regular basis
- Measuring the effectiveness of your marketing and selling program

9:30 AM – 11:00 AM

**56. Tactical Steps to Implementing Continuous Auditing**

*Lynn Fountain, Vice-President, Risk Assessment and Audit Services, Aquila Inc.*

- Defining a continuous auditing methodology
- Steps for implementing continuous auditing in a non-technical environment
- Real-life scenarios for testing various processes
- Integrating the process with your annual audit plan
- Techniques for synergizing required SOX testing

11:15 AM – 12:45 PM

**57. Keeping the Customer Satisfied: Key Relationships the New Chief Audit Executive Needs to Build and Maintain**

*Peter Seyderhelm, ACA, Group Head of Audit and Risk Assurance, UK Department for Transport*

- Managing the Audit Committee's expectations and helping it meet its responsibilities
- Developing the CAE's role as expert advisor to the Executive Board on risk management, controls and assurance
- Introducing management's new "best friend" who really does understand their business
- Earning the audit staff's trust, providing leadership and support, and developing talent
- Working with external partners, including auditors, for the benefit of your organization

11:15 AM – 12:45 PM

**58. Maximizing IA Performance Through Effective Implementation of the IIA Standards**

*Warren Hersh, CPA, CIA, CISA, CFE, CCSA, Auditor General, NJ TRANSIT*

- Why the standards matter
- Understanding and applying the Professional Practices Framework today and tomorrow
- Tips for successful implementation
- Assessment and awareness
- Common observations of external quality assessment reviews

11:15 AM – 12:45 PM

**59. Integrating Data Mining into Your ERM Process**

*Greg Duckert, CIA, CISA, CPA, CMA, Chief Executive Officer, Audit, Inc.; Senior Consultant, MIS Training Institute*

- Maximizing the effectiveness of ERM with data mining
- The keys to developing a highly effective metrics inventory
- Using data mining to identify indicators of risk
- Using data indicators to arrive at net risk positions and process failure points
- Automating the ERM structure: system-centric and data-centric tools
- Transitioning to continuous risk assessment

11:15 AM – 12:45 PM

**60. Integrating SOX Responsibilities and Value-Added Auditing**

*Brad Zolkoske, Internal Audit Director, ICG, Inc.*

- How a small department can add real value
- Coordinating SOX responsibilities and high-value audit assessments
- Designing your audit process to focus on high-priority issues
- How to align your risk-based audit plan with corporate strategies
- Building a risk-based audit plan and fulfilling your compliance responsibilities
- Tips for helping your company understand that SOX compliance is the beginning, not the end

11:15 AM – 12:45 PM

**61. Auditing the Emerging Risk of Gift Cards**

*Frank Califi, CPA, Vice President, Internal Audit, Brinker International*

- Building a risk-based process
- Effective reconciliation between marketing and finance
- Strong anti-fraud and forensic controls
- Reconciliation from inventory production to card activation to billing
- Enforcing third-party vendor controls

11:15 AM – 12:45 PM

**62. Adding Transactional Analytics to IA's Core Competencies**

*Chase Whitaker, CPA, CIA, Director, Internal Audit, HCA - Hospital Corporation of America; Lee Nelson, CFE, Director of Internal Audit IT Development, HCA - Hospital Corporation of America*

- Recognizing the need to better use data available from transactions
- Benefits such as greater fraud awareness, process improvements, isolation of inefficiencies and validation of key SOX controls
- Demonstrated examples for payroll, accounts payable and journal entries audits
- Why you can expect significant increases in audit cycle efficiencies
- Excellent marketing tools for business process owners

11:15 AM – 12:45 PM

**63. Developing a Wellness Program that Reduces Stress**

*Lisa G. Chonte, CIA, Wellness Coach, Certified Nutrition Specialist, Founder and President, Ultimate Health Matters*

- The impacts of stress on you, your department and the overall bottom line
- Stressors and techniques to manage stress
- How to stay, or get, healthy while traveling
- Wellness tips for a longer and higher quality of life

11:15 AM – 12:45 PM CASE STUDY

**64. Implementing an ERM Without Investing Significant Resources**

*Catherine Young, CPA, Director, Internal Audit, Leap Wireless International, Inc.*

- How to identify your risk
- Conducting the ERM
- Determining your risk appetite
- Implementing the monitoring plan
- Remediation
- Annually re-evaluating and adjusting the annual audit plan

## Media Sponsors

**CRO**

The CRO is the only membership media platform for Corporate Responsibility practitioners, and for the professional service providers and non-profit influencers that serve them. The CRO publishes the bi-monthly 'CRO' Magazine and TheCRO.com bi-weekly e-newsletters, and produces four annual CRO Conferences as well as regular webinars and video events. See the benefits of membership at www.thecro.com

**AuditNet®**

The best place on the Internet for auditors since 1994. The site, created by the 2007 recipient of the the IIA's Bradford Cadmus Award, contains audit documentation such as programs, questionnaires, checklists, audit guides, job listings, discussion forums, the Audit Process from A to Z and more. www.auditnet.org

# The Fraud Summit

## A One-Day Intensive Program to Fight Fraud Now!

Fraudsters keep learning and so should you! Make plans to attend this exclusive summit taking place at SuperStrategies 2008. Packed with relevant information, you will benefit from a strong line-up of expert speakers dedicated and motivated to help you win the fight against fraud. You will gain useful, real-world knowledge and an opportunity to compare strategies with others winning the battle within their organizations.

### Sunday, April 13, 2008

9:00 AM – 9:30 AM

**Welcoming Remarks: Fighting White-Collar Fraud Now**

***Frank Hailstones**, CA, Founding Member, Palaxar, LLC*

Internal audit is chasing fraudsters who have embraced technology, social engineering and old-fashioned techniques to scheme and steal assets. Mr. Hailstones, a well-respected fraud-prevention expert, will share his take on the biggest white-collar risks organizations face, offer his insights on fraud trends to expect in the months to come and set the agenda for the rest of this information-packed summit!

9:30 AM – 10:45 AM

KEYNOTE

**Reasons Why Auditors Fail to Detect Fraud**

***Dennis F. Dycus**, CPA, CFE, CGFM, Director, Division of Municipal Audit, Office of the Comptroller of the Treasury, State of Tennessee*

With fraud on the rise, internal auditors are being asked to assist their companies to detect fraud. To do so, good detection methodologies are a must. In this keynote, nationally known fraud expert Dennis Dycus will examine why auditors often fail to detect fraud. He will offer insightful tips on how to develop your skills for finding the fraudsters, and share kernels of practical wisdom gained through working for such diverse organizations as a national accounting firm, IBM and the IRS. You will leave this entertaining keynote with tested ways to thwart the fraudsters before they do serious harm to your organization.

10:45 AM – 11:00 AM

*Refreshment Break*

11:00 AM – 12:15 PM

**How to Perform a Fraud Risk Assessment for the Internal Auditor**

***Frank Hailstones**, CA, Founding Member, Palaxar, LLC*

- Conducting a comprehensive IT risk assessment
- Creating a balanced approach to managing your risk
- How to make your risk management responsive to change
- Importance of clarifying risk management goals and conducting a thorough root cause analysis
- Developing a balanced approach to managing risk that includes both preventive and detective, as well as technological and manual measures

12:15 PM

*Networking Luncheon*

1:00 PM – 2:00 PM

LUNCHEON KEYNOTE

**Acquisition Fraud: Battling Fraud in the Real-World**

***Richard Leach**, Auditor General, Department of the Navy, Department of Defense; **Greg Sinclitico**, Assistant Auditor General, Department of the Navy, Department of Defense*

Acquisition fraud is an expensive and common waste for both the private and public sector. In this special case study, you will learn how the Department of the Navy developed a case to expose the fraudsters and prevent funds and supplies from disappearing from those that need them most.

2:15 PM – 3:15 PM

**Fraud and the Current Legal Environment: What Audit Needs to Know**

***Randy V. Sabett**, CISSP, Sonnenschein Nath & Rosenthal LLP*

- Key terms in legal proceedings that matter to internal audit
- Understanding the civil court process, federal, criminal and civil procedure
- Federal rules of evidence and impact on the auditor
- Searching for electronic evidence and making sure it is valid in court
- Current fraud cases that may influence future regulation and law

3:15 PM – 3:30 PM

*Refreshment Break*

3:30 PM – 4:30 PM

**When Fraud Is Suspected: How to Conduct Informative and Admissible Fraud Interviews**

***Warren G. Kruse**, CISSP, CFCE, Vice President, Data Forensics and Analytics, Encore Legal Solutions; Co-Author, Computer Forensics: Incident Response Essentials*

- Understanding the purpose of the interview
- Important interview skills and methodology
- Consideration of types of witnesses
- Physical setting considerations
- The key do's and dont's of interviews
- Conducting the fact-gathering vs. the confession interview

4:30 PM – 5:00 PM

PANEL DISCUSSION

**Advanced Investigation Tips and Techniques**

*Moderator: **Frank Hailstones**, CA, Founding Member, Palaxar, LLC*

- Proof and evidence: how to search for hidden assets
- Tips for finding indirect methods of proof
- Key circumstantial evidence techniques
- Investigation techniques for auditors that work in the real-world

5:00 PM – 6:00 PM

*Networking Reception*

**"Excellent. Lots of things to take back to integrate into our audit plan."**
Michael Scarbrough, VP/IT Senior Audit Manager, Wells Fargo

# SuperStrategies Expo

Take advantage of an invaluable opportunity to meet one-on-one with representatives of today's top vendors of audit and security products.

**Current/Past Exhibitors Include:**

Pricewaterhouse Coopers LLP
Protiviti
ACL Services Ltd.
Audit Integrity
Jefferson Wells International
KPMG LLP
Paisley
Enterprise Financial Consulting
Resources Global Professionals
UHY Advisors
Accume Partners
Morgan Kai Group Inc.
Verizon Communications
Audit Assessment Group, Inc.
IDEA Data Analysis Software
Crowe Chizek and Company LLC
Pentana Inc.
Audit Leverage Software
Lander International LLC
RSM McGladrey
SMART Business Advisory and Consulting
Risner Consulting Group, Inc.
BDO Seidman, LLP
CDH Corporate RiskManagement, Inc.
Control Solutions International
D'Arcangelo Software Services
GR Group Consulting
Lumigent Technologies
Audimation Services, Inc.
National Hotline Services, Inc.
OpenPages
Axena Inc.
Accretive Solutions
AuditAnalytics
PRI Audit & Control
Project Control Companies, Inc.
The Institute of Internal Auditors
RIA, a Thomson Company

**Expo Hours**

Monday, April 14, 2008
2:45 PM - 6:30 PM

Tuesday, April 15, 2008
10:00 AM - 2:00 PM

**Interested in Exhibiting?**
Contact: Adam Lennon
*Vice President, Sponsorship & Exhibit Sales*
212-224-3478
alennon@misti.com

# Optional Workshops

## Sunday, April 13, 2008

9:00 AM – 5:00 PM

### W1 Managing Internal Audit as a Business: How Can We Do Better?

***Anthony O'Reilly**, Partner, PricewaterhouseCoopers LLP; **Richard F. Chambers**, CIA, CFE, CGAP, CGFM, Managing Director, PricewaterhouseCoopers LLP; **Michele Syner**, CIA, CISA, SVP, Deputy General Auditor, Washington Mutual; **Larry Harrington**, CPA, Vice President, Internal Audit, Raytheon Company; **Carolyn Sloan**, CPA, Vice President, Internal Audit, Temple-Inland; **Joel F. Kramer**, CPA, Managing Director, IA Division, MIS Training Institute*

The SOX era has created a higher profile for internal audit than ever before. And yet we continue to struggle for enough resources to handle growing technology risks and, once again, operational risks. As Boards and CEOs seek to rein in the cost of compliance, we face the question: "How can we sustain our new profile as internal auditors and at the same time deliver better results — including financial — for the organization?" This is not just about quantifying the dollars that the company can save at the end of each audit. To focus on this would be to miss our objective, which is to help the organization manage its inherent and residual risks. We must contribute to risk management, be globally aware, develop our people and get ahead of the technology curve. We must do all of this and constantly measure the impact we are having on the organization.

*In this workshop, you will hear from a group of professionals how to:*

- Apply lean principles to your audit department's operations
- Build a strategy for human capital development
- Develop the internal audit products that your stakeholders need
- Build a tactical plan to keep your business unit on track
- Measure performance

### W2 Influencing: The New Core Competency for World-Class Internal Audit Departments

***Ann M. Butera**, CRP, President, The Whole Person Project, Inc.*

Technical audit expertise is not enough in today's fast-paced, competitive, global environment. Savvy auditors understand how to influence others' points of view to reach agreements concerning residual risk and corrective action plans. As auditors, we need to influence others powerfully and meaningfully to act as change agents within our organizations. This workshop will sharpen your ability to influence a broad array of internal customers and be able to use a variety of influencing techniques and approaches.

*During this interactive one-day workshop, you will learn how to:*

- Assess your own preferred influencing style and its advantages and limitations
- Use an influencing approach to make sure you get the rewards, respect and action your work deserves
- Use the six laws of influencing when auditing
- Influence analytical as well as heuristic thinkers
- Communicate your messages more persuasively — without resorting to ultimatums — and increase others' acceptance of your audit concerns
- Influence others' points of view concerning risks and controls, and make powerful suggestions for corrective action
- Be the trusted advisor — the "go-to" person who's in demand for ideas and advice
- Use an array of influencing techniques and approaches
- Build others' trust in you by using a five-step model
- Use techniques and tools to get on the client's wavelength and enhance the perception of audit as the trusted advisor

### W3 Auditing the Strategic Planning Process

***Dr. Herman Murdock**, CIA, Senior Consultant, MIS Training Institute*

Management develops strategic plans to chart the organization's direction, provide guidance to employees and allocate resources appropriately. The result can be organizational success or costly financial and strategic blunders. While the strategic planning process involves senior management, internal auditors can add value by auditing this process to make sure strategic risks and opportunities are considered, assessed and managed. In this workshop, we will discuss ways to make sure you review this process effectively, the skills necessary to add real value, how to develop audit plans based on your organization's strategic plans, and the results of the risk assessment process.

*Topics covered will include:*

- Building internal audit plans based on the organization's strategic plan and risk assessment process
- Learning from and adapting to change
- Identifying the skills needed to carryout the audit plan
- Identifying and locating needed resources to execute the audit plan
- How to maximize internal audit resources to balance compliance and special projects
- Internal audit's role in the implementation and auditing of the COSO ERM process
- How to track progress, identify trends and deviations from expected results that affect the overall strategic plan

## Wednesday, April 16, 2008

1:30 PM – 5:00 PM

### W4 Auditing the ERM Process

***Greg Duckert**, CIA, CISA, CPA, CMA, Chief Executive Officer, Audit, Inc.; Senior Consultant, MIS Training Institute*

ERM is and will undoubtedly remain one of the key organizational strategic initiatives of the foreseeable future. It will define in many respects the ultimate success or failure of the organization in the competitive marketplace. It is key that we as internal auditors are in a position to evaluate the effectiveness of this environment, as well as establish a symbiotic relationship that works to the benefit of all concerned. When you leave this workshop, you will understand every significant issue relative to ERM and how to audit it efficiently and effectively.

*This workshop will cover:*

- Key ERM components and risk events: assessing risk, probability and impact and risk response
- Auditing the ERM structure
  - Auditing the risk infrastructure to ensure it identifies key risks and related controls
  - Auditing the information flow
- Developing an ERM audit methodology, increasing risk assessment, audit focus/scope and reporting
- Evaluating the effectiveness and impact of ERM
- Maintaining cutting-edge ERM

### W5 The Audit Director's Roundtable

***David G. Bilko**, CEBS, Senior Vice President, Chief Audit Executive, SunTrust Audit Services, SunTrust Bank; **Joel F. Kramer**, CPA, Managing Director, IA Division, MIS Training Institute*

Take advantage of this unique opportunity to spend an afternoon discussing today's challenges and practical issues. Designed to maximize attendee participation, this roundtable affords you the chance to talk openly with other high-level audit executives. You'll be able to share ideas, ask questions, debate best practices and more. You'll explore critical issues and get a handle on what you need to do to stay on top of your game. "Progress through sharing" is our profession's motto, and after this thought-provoking workshop, you'll appreciate the benefits of such collaboration.

*Topics covered will include:*

- Managing your human resource budget
- Balancing risk-based audits, governance and compliance
- Increasing IA value to the organization
- Managing key stakeholders
- Building an annual plan that addresses ERM
- Conducting high impact audits
- Ensuring processes for all risks

## Thursday, April 17, 2008

8:30 AM – 4:30 PM

### W6 The Ten Most Critical Issues IT Audit Faces from 2008 to 2010

***Fred Roth**, CISA, Vice President, MIS Training Institute, IT Audit Division*

IT auditors are working in increasingly complicated and multifaceted organizations, with new regulations, security threats and technology evolving at an alarming rate. IT Audit management and staff need to anticipate evolving areas of enterprise risk and be prepared to appropriately provide management with value-added recommendations, advice and counsel. This interactive workshop will highlight key areas that the IT Audit department needs to incorporate to effectively deal with significant risk areas for the remainder of this decade and beyond.

*Discussions will include:*

- Strategically positioning IT Audit
- Marketing IT Audit's value to senior management
- IT Audit's role in tomorrow's governance and compliance environment
- Balancing compliance requirements with traditional auditing
- Protecting critical enterprise information
- Getting and keeping great people
- Integrating IT into the internal audit process
- Implementing a continuous auditing strategy
- Staying current in a rapidly changing world
- Keeping track of what's on the horizon and planning for the continually changing IT environment

### W7 Fraud in Key Financial Accounts: Strategies for High-Level Audit Executives

***Doug S. Brown**, CPA, Professor of Accounting, Montana State University at Billings*

Almost weekly business fraud surfaces. From small businesses to large, billion-dollar corporations, and across the spectrum of industries, it is estimated that, fraud costs US businesses $4 billion annually. Many of these frauds are perpetrated by "cooking the books" to make the financial results and disclosures better than they really are. The risk of financial reporting fraud must be a major consideration for every organization. As an audit executive, you need to be aware of how, through the art and mastery of accrual accounting, talented fraudsters can mis-state the financial statements and distort disclosures. In this workshop you will learn what the major financial reporting fraud schemes are, how to identify key financial reporting fraud risks, and audit techniques to respond to and mitigate these risks. We will also discuss the most difficult aspect of financial reporting fraud, the human element, which can sabotage even the best anti-fraud programs and control systems.

*What you will learn includes:*

- Affected core account concepts
- Journal fraud schemes
- Management override fraud schemes
- Expenditure fraud schemes
- Liability fraud schemes

## General Information

**Five Easy Ways to Register**
**Mail** the registration form on the back cover to MIS Training Institute, 498 Concord Street, Framingham, MA 01702-2357
**Call** (508) 879-7999
**Fax** (508) 872-1153
**E-Mail** mis@misti.com
**Online www.misti.com/superstrategies**
IMPORTANT: PLEASE HAVE YOUR REGISTRATION CODE, FOUND ON THE MAILING PANEL OF THIS BROCHURE, READY WHEN REGISTERING.

**Fees**
Payment in US dollars is required before the start of the conference. The conference fee includes all conference session materials (excluding workshops), refreshments, continental breakfasts, lunch, and the reception on Monday. Workshop fee(s) includes lunch and materials for the workshop you attend.

**Cancellations, Transfers, and Substitutions**
A full refund less a $100 administrative fee will be given for cancellations received 15 days or more before the event. Tuition is non-refundable for cancellations made 14 days or less before the event. You may, however, transfer your tuition to another MIS Training Institute course, less a $195 administrative fee. Transfers are valid for 12 months from the time of initial cancellation. Substitutions are welcome at any time. Those who do not cancel before the class date and who do not attend are responsible for the full non-refundable, non-transferable tuition. To cancel, call customer service at 508-879-7999.

**Registration Desk Hours**
The conference registration desk will be open at the hotel on Sunday, April 13, at 7:30 AM for workshop/The Fraud Summit registration and Monday, April 14 at 7:30 AM for conference registration.

**Accommodations**
The conference will be held at the JW Marriott Resort, where a block of discounted rooms has been reserved on a space-available basis until March 23, 2008 at the rate of $239. After that date, rooms may be based on a space-available, regular-rate basis. Contact the JW Marriott Resort, 221 N Rampart Blvd., Las Vegas, NV 89145, (702) 869-8777 and mention MIS to get the special conference rate. Or visit:
**www.misti.com/superstrategieshotel**

**Travel Tips and Discounts**
**Avis Car Rental Discount**
We have negotiated a discounted rate on rental cars with Avis. Call 1-800-331-1600 and reference AWD #J867473.
**Airline Reservations**
American Airlines is the official airline for SuperStrategies 2008. Special discounted tickets are available if reservations are made through the American Airlines Meeting Services Desk. Call 800-433-1790 for reservations. The SuperStrategies discount code number is A4848AT.

**SuperStrategies Packages and Pricing**

| Package | Includes: | Until February 22 | February 23-April 6 | After April 6 | CPEs |
|---|---|---|---|---|---|
| SuperStrategies Conference | *Conference sessions, keynotes, luncheons, and Expo* | $1495 | $1695 | $1895 | 18 |
| SuperPass* | *Conference, Expo, and one workshop/summit per time slot* | $2390 | $2590 | $2790 | 35 |
| SuperStrategies Conference and Fraud Summit Package | *Conference, Expo, and Summit* | $2290 | $2490 | $2690 | 25 |
| Government Employees | *10% off total registration fee* | $1346 | $1526 | $1706 | 18 |
| IIA Members | *15% off total registration fee* | $1270 | $1440 | $1610 | 18 |
| Fraud Summit | *Summit sessions, luncheon, and reception* | $895 | $895 | $895 | 7 |
| One-Day Workshop** | *Workshop and lunch* | $695 | $695 | $695 | 7 |
| Half-Day Workshop** | *Workshop* | $450 | $450 | $450 | 3 |

**Savings cannot be combined with other discounts. **If registering for a workshop only, please add $100 to the workshop fee.*

**GROUP DISCOUNTS**
When two people from your organization attend SuperStrategies, a third person can attend at half price! The discounted registration must be of equal or lesser value. All registrations must be made and paid for at the same time, cannot be combined with any other discount offer and cannot be used on previous registrations.

## SuperStrategies 2008

April 14-16, 2008
LAS VEGAS
JW Marriott Resort

*Optional Workshops*
April 13, 16 & 17, 2008

*Expo*
April 14-15, 2008

THE FRAUD SUMMIT
April 13, 2008

**STEP 1: SIGN UP** *(Photocopy for additional registrations.)*

NAME
FOR NAME TAG
JOB TITLE
ORGANIZATION/COMPANY INDUSTRY
E-MAIL ADDRESS (REQUIRED)
ADDRESS MAIL STOP/FLOOR
CITY STATE/PROVINCE ZIP+4/MAIL CODE COUNTRY
PHONE FAX
APPROVING MANAGER TITLE

**STEP 2: ENTER REGISTRATION CODE FROM MAILING LABEL**

☐ Please make indicated changes to my mailing label.

**Confidentiality** [illegible]

**STEP 3: SELECT PAYMENT OPTIONS**

☐ Conference $________ ☐ Conference & Workshop/s $________
☐ Conference & The Fraud Summit $________ ☐ SuperPass $________
☐ Workshop/s Only $________ ☐ The Fraud Summit Only $________
Check enclosed *(payable to MIS Training Institute)* **TOTAL AMOUNT** $________
☐ Charge to my: ☐ VISA ☐ MasterCard ☐ ☐ ☐ Discover ☐ PERC #________

ACCOUNT NO. EXP. DATE
SIGNATURE CARDOWNER'S NAME/ZIP CODE
BILLING ADDRESS

**INFORMATION REQUEST:**
☐ On-Site Training
☐ FREE *TransMISsion Online* Newsletter *(Please provide e-mail address.)*
☐ FREE *2008 MIS Course Catalog*

**STEP 4: CHOOSE SESSIONS** *(Circle one in each time period to ensure your session choices.)*

**Optional Workshops**

| Sun, April 13 9:00-5:00 | | | Wed, April 16 1:30-5:00 | | Thurs, April 17 8:30-4:30 | |
|---|---|---|---|---|---|---|
| W1 | W2 | W3 | W4 | W5 | W6 | W7 |

| Track | Monday, April 14 10:30-12:00 | Monday, April 14 1:15-2:45 | Monday, April 14 3:15-4:45 | Tuesday, April 15 8:30-10:00 | Tuesday, April 15 10:30-12:00 | Tuesday, April 15 2:00-3:30 | Wednesday, April 16 9:30-11:00 | Wednesday, April 16 11:15-12:45 |
|---|---|---|---|---|---|---|---|---|
| Audit Committee Relationship | 1 | 9 | 17 | 25 | 33 | 41 | 49 | 57 |
| Chief Audit Executive Issues | 2 | 10 | 18 | 26 | 34 | 42 | 50 | 58 |
| Enterprise-Wide Risk Assesment | 3 | 11 | 19 | 27 | 35 | 43 | 51 | 59 |
| Sarbanes-Oxley Strategies | 4 | 12 | 20 | 28 | 36 | 44 | 52 | 60 |
| Conducting High-Impact Audits | 5 | 13 | 21 | 29 | 37 | 45 | 53 | 61 |
| Governance, Ethics & Fraud | 6 | 14 | 22 | 30 | 38 | 46 | 54 | 62 |
| Great Internal Audit Tools | 7 | 15 | 23 | 31 | 39 | 47 | 55 | 63 |
| Managing Small Departments | 8 | 16 | 24 | 32 | 40 | 48 | 56 | 64 |

**STEP 5: REGISTER** PLEASE HAVE YOUR REGISTRATION CODE, FOUND ON THE MAILING PANEL OF THIS BROCHURE, READY WHEN REGISTERING.
Phone (508) 879-7999 Fax (508) 872-1153 **Online www.misti.com/superstrategies**
E-Mail mis@misti.com Mail **MIS Training Institute** 498 Concord Street, Framingham, MA 01702-2357