

# MIS 500 Executive Series™

## A Program for the Times...

## 4th Annual Audit Directors & Managers
# Symposium on Fraud

**Chicago, IL**
**September 23-24, 2008**

**Optional Workshops**
**September 22 & 25**

- Learn the most current fraud prevention and detection strategies and find out how industry practitioners are addressing fraud risk audits

- Discover how to use data for early detection of fraud schemes

- Get proven tips on developing audit policies and procedures that are enforceable and get the job done

- Find out what works and what doesn't when communicating with the audit committee and executive management

- And much more



**MIS TRAINING INSTITUTE**
The International Leader
in Audit & Information
Security Training

www.misti.com
E-Z Access 0AF500

**Event Sponsors**

PRICEWATERHOUSECOOPERS    ACL

**CELEBRATING 30 YEARS OF TRAINING EXCELLENCE**



## WELCOME

Dear Colleague,

The *4th Annual Audit Directors and Managers Symposium on Fraud* delivers two intensive days of proven tools, tactics, and techniques for proactively defending your organization from internal and external fraud. Top subject-matter experts and hands-on audit professionals will share their real-world experience and hard-won expertise as they take you through the essential aspects of fraud and how to combat it. You will benefit from approaches and applications that are being used in some of today's top organizations and gain proven strategies for putting them to work in your shop.

Make your plans now to join us for this vital and very exciting program. I promise you an invaluable learning experience.

Sincerely,

Joel F. Kramer, CPA
Managing Director, Internal Audit Division

## Tuesday, September 23, 2008

**9:00 am - 9:30 am**
### Welcome and Opening Remarks
*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*

**9:30 am - 10:30 am**
SESSION A
### Keynote Address
### Risk Areas Beyond Sarbanes-Oxley Financial Controls
*Ted Hawkins, Partner, PwC Advisory Services, Dispute Analysis and Investigations*

In his keynote address, Mr. Hawkins will examine the shift in focus of IA's approach to risk management.
- Fraud and corruption risks
- Information security breaches
- Risks associated with changes in business strategies, including outsourcing, mergers/acquisitions, and global expansion
- Views on IA's role in enterprise risk management

**10:30 am - 10:45 am - Refreshments**

**10:45 am - 12:00 pm**
SESSION B
### Using Data Analytics to Prevent and Detect Fraud
*John Verver, Vice President, Professional Services, ACL Services, Ltd.*
- Moving from cyclical to continuous and risk-focused fraud prevention methods
- Identifying and assessing areas of risk
- Designing/implementing analytics tests to detect fraud indicators
- Establishing an analytical approach to fraud detection that leads to fraud prevention
- Case study: how audit analytics helped uncover fraudulent activity and lapses in controls

SESSION C
### Revenue Recognition: Ripe for Fraud
*Leonard Vona, CPA, CFE, Chief Executive Officer, Fraud Auditing, Inc.; Author, Fraud Risk Assessment: Building a Fraud Audit Program*
- Proper period recognition
- The relationship between improper recognition and compensation
- Key controls needed to ensure that residual risk is within your level of risk tolerance
- Most commonly used revenue recognition fraud schemes

**12:00 pm - 1:00 pm - Luncheon -** *Sponsored by ACL*

**1:00 pm - 2:15 pm**
SESSION D
### Conducting a Successful Fraud Investigation
*Leonard Vona, CPA, CFE, Chief Executive Officer, Fraud Auditing, Inc.; Author, Fraud Risk Assessment: Building a Fraud Audit Program*
- Jumpstarting your investigation: getting the first critical steps right
- Ensuring your staff has the needed skills for conducting effective fraud investigations
- Partnering with your legal and security departments
- Communicating throughout the process: a critical component

SESSION E
### Resolved: It Is Management's Responsibility to Mitigate Fraud
*Joe Dutcher, CIA, CPA, FLMI, Director, Internal Audit, Unitrin Internal Audit Services, Inc.*
- Putting an end to over-reliance on the IA department to prevent fraud
- Redefining Internal Audit's role
- Ensuring that business process owners update controls as new risks emerge
- Continuously monitoring management's validation of key anti-fraud controls
- How efforts such as these uncovered a $1+ million ongoing fraud

**2:15 pm - 2:30 pm - Refreshments**

**2:30 pm - 3:45 pm**
SESSION F
### Preventing and Detecting Fraud in Purchase Card Management
*Steve Casazza, CIA, CISA, Director, Nestle Business Assurance—Nestle USA*
- Establishing and verifying sound governance programs for procurement practices before an audit
- Assessing purchase card program risk areas
- Focusing audit testing through sound analytical procedures
- Recognizing the red flags of purchase card fraud
- Using continuous auditing and data mining for go-forward monitoring of purchase card programs
- Helping the company after a fraud

SESSION G
### Integrating Fraud and Data Analytics Throughout the Audit Process
*Angela Saferite, CPA, Senior Manager, Anheuser-Busch Companies; Laurie Watson, CIA, CISA, Team Leader, Anheuser-Busch Companies*
- Establishing a framework for data analysis and fraud
- Integrating data analytics and fraud into audit planning and projects
- Piloting new approaches

- Introducing continuous monitoring and continuous auditing to your department and your customers
- Capitalizing on tools to enable your framework success

**3:45 pm - 5:00 pm**
SESSION H
### Practitioner's Panel: How the Best Audit Departments Integrate Fraud into Their Strategies
*Steve Casazza, CIA, CISA, Director, Nestle Business Assurance—Nestle USA; Joe Dutcher, CIA, CPA, FLMI, Director, Internal Audit, Unitrin Internal Audit Services, Inc.; Tracy Jackson, CPA, CIA, CISA, Vice President, Internal Audit, Tesoro Companies, Inc.; Angela Saferite, CPA, Senior Manager, Anheuser-Busch Companies*
- Staying on top of new fraud risks
- Updating the audit committee on fraud prevention/detection
- Incorporating fraud into the audit process

**5:00 pm - 6:00 pm**
### Cocktail Reception – *Sponsored by PricewaterhouseCoopers LLP*

## Wednesday, September 24, 2008

**9:00 am - 9:15 am**
### Welcoming Remarks
*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*

**9:15 am - 10:15 am**
SESSION I
### Keynote Address: Implementing a Successful Anti-Fraud Program - A Case Study
*Robert Rudloff, CIA, CFE, Vice President, MGM MIRAGE*
- Concentrating anti-fraud controls in high-risk areas
- Obtaining ongoing support from the audit committee and executive management
- Ensuring continual employee education
- Maintaining a positive tone at the top and a strong willingness to prosecute

**10:15 am - 10:30 am - Refreshments**

**10:30 am - 11:45 am**
SESSION J
### IA and Legal Joining Forces to Fight Fraud: A Case Study
*Richard Leach, CIA, CFE, Auditor General, US Navy; Greg Sinditico, CPA, CIA, Assistant Auditor General, US Navy*
- Fraud in the Department of the Navy (DON) makes the headlines
- Why DON's fraud prevention and detection methodology had to change
- Increasing contract dollars, decreasing oversight controls
- New collaborative effort between IA and legal
- Key fraud-related internal controls and red flags

SESSION K
### High-Payback Vendor Audits
*Tracy Jackson, CPA, CIA, CISA, Vice President, Internal Audit, Tesoro Companies, Inc.*
- Identifying suspect vendors
- Steps to conducting vendor fraud audits
- Incorporating recurring fraud procedures into the audit process
- Recovering misused funds
- Establishing a vendor awareness program

**11:45 am - 12:45 pm - Luncheon**

**12:45 pm - 2:00 pm**
SESSION L
### The Foreign Corrupt Practices Act: Are You Addressing It?
*Sulaksh R. Shah, CPA, CFE, CA, Director, Investigations and Forensic Services, PricewaterhouseCoopers, LLP*
- What every auditor needs to know about the FCPA
- The recent surge of interest in foreign trade by the Department of Justice and Securities and Exchange Commission, and a review of the most recent cases
- What happens inside the government when it begins an FCPA investigation of your organization
- Key steps every organization should take to implement an effective FCPA compliance program

SESSION M
### Brainstorming Potential Fraud Schemes with Management to Increase Fraud Awareness: A Proven Method
*John Brandeberry, CPA, CFE, Senior Auditor, E. & J. Gallo Winery*
- Adding value by applying fraud schemes and scenarios to current projects/audits
- Brainstorming and documenting scenarios of fraud risk with management using a one-page, easy-to-use template
- How the template can be used to link fraud risks/indicators to existing controls to prevent potential fraud or to develop a new control in the absence of effective fraud monitoring
- Successful applications of the template using fraud examples from participants

**2:00 pm - 2:15 pm - Refreshments**

**2:15 pm - 3:30 pm**
SESSION N
### Auditing Your People Controls: Minimizing the Risk of Fraud
*Edith L. Curry, JD, Founding Member, Brookmeade Group, LLC; Frank Hailstones, CA, Independent Consultant*
- Determining if your existing policies and controls prevent and detect when employees do not follow procedures or override controls
- Developing strong controls and policies for selecting staff
- Reaffirming the need for strong override controls
- Implementing the right policies and processes to follow the money

**3:30 pm - 4:30 pm**
SESSION O
### Best Practices in Fraud Prevention and Detection
*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute; Frank Hailstones, CA, Independent Consultant*
Faculty and attendees will come together to build on topics covered in the symposium, past symposiums, and their own experience, and to identify best practices.

## OPTIONAL ONE-DAY PROGRAMS

### Monday, September 22, 2008

**9:00 am - 4:30 pm**

### The Audit Director's and Manager's Guide to Addressing Fraud Risk

*Leonard Vona, CPA, CFE, Chief Executive Officer, Fraud Auditing, Inc.; Author, Fraud Risk Assessment: Building a Fraud Audit Program*

In this high-impact workshop, Leonard Vona will take you through the essential need-to-knows of ensuring your department is effectively and efficiently addressing fraud risk. You will cover proven steps for including a fraud response in your audit plan and get tips on creating a strong fraud audit team. You will examine your role in keeping the audit committee and executive committee informed, and benefit from analysis of recent fraud situations and their control breakdowns.

- The fraud triangle: opportunity, rationalization and pressure
- Incorporating a fraud response into your audit plan
- Conducting an enterprisewide fraud risk assessment
- Resources needed for the fraud audit team
- Creating policies and procedures that address fraud...and have teeth
- Ensuring your staff is aware of and understands fraud risk
- Communicating fraud risks and controls to the audit committee and executive management
- Incorporating a fraud audit matrix
- Analyzing recent high-profile fraud situations and the corresponding breakdown of controls

Workshop attendees will receive a copy of Mr. Vona's book, *Fraud Risk Assessment: Building a Fraud Audit Program*.

**4:30 pm – 5:30 pm**

### Wine and Cheese Reception for Symposium Participants and Spouses

### Thursday, September 25, 2008

**8:00 am – 2:00 pm**

### W2 Audit Director's Roundtable: Meeting Today's Fraud Challenges

*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute; Frank Hailstones, CA, Independent Consultant*

- Assuming a proactive role in detecting and preventing fraud
- Communicating fraud issues to the audit committee
- Embedding fraud in the audit process
- The critical role of data mining
- Developing a fraud core competency in the audit department
- Being SOX and PCAOB fraud-compliant
- Fraud accountability and responsibility

*This optional workshop is a productive way to cap off the symposium and to gain more CPEs for your travel dollars. You'll begin early, meet throughout a working lunch, and finish up at 2:00...in time to enjoy the afternoon in Chicago or catch a flight home.*

## 10 Reasons to Attend

**At this Symposium You Will:**

1. Gain proven guidelines for conducting an effective fraud risk assessment
2. Investigate how you can use data analytics to detect and prevent fraud
3. Learn the steps you must take to conduct a successful fraud investigation
4. Discover ways to ensure that business process owners update controls as new fraud risks emerge
5. Cover what you must do to implement a FCPA compliance program
6. Find out how brainstorming potential fraud schemes with management increases fraud awareness
7. Identify the red flags of purchase card fraud
8. Examine the most commonly used revenue recognition fraud schemes
9. Benefit from a case study of how IA and legal joined forces to successfully detect and prevent fraud
10. Get tips on introducing continuous auditing and continuous monitoring to your department and your customers

## SYMPOSIUM FACULTY

**John Brandeberry, CPA, CFE,** *Senior Auditor, E. & J. Gallo Winery*

**Steve Casazza, CIA, CISA,** *Director, Nestle Business Assurance–Nestle USA*

**Edith L. Curry, JD,** *Founding Member, Brookmeade Group, LLC*

**Joe Dutcher, CIA, CPA, FLMI,** *Director, Internal Audit, Unitrin Internal Audit Services, Inc.*

**Frank Hailstones, CA,** *Independent Consultant*

**Ted Hawkins,** *Partner, PwC Advisory Services, Dispute Analysis and Investigations*

**Tracy Jackson, CPA, CIA, CISA,** *Vice President, Internal Audit, Tesoro Companies, Inc.*

**Joel F. Kramer, CPA,** *Managing Director, Internal Audit Division, MIS Training Institute*

**Richard Leach, CIA, CFE,** *Auditor General, US Navy*

**Robert Rudloff, CIA, CFE,** *Vice President, MGM MIRAGE*

**Angela Saferite, CPA,** *Senior Manager, Anheuser-Busch Companies*

**Sulaksh R. Shah, CPA, CFE, CA,** *Director, Investigations and Forensic Services, PricewaterhouseCoopers, LLP*

**Greg Sinditico, CPA, CIA,** *Assistant Auditor General, US Navy*

**Leonard Vona, CPA, CFE,** *Chief Executive Officer, Fraud Auditing, Inc.; Author, Fraud Risk Assessment: Building a Fraud Audit Program*

**John Verver,** *Vice President, Professional Services, ACL Services, Ltd.*

**Laurie Watson, CIA, CISA,** *Team Leader, Anheuser-Busch Companies*

## To Register

Mail: the form and payment to MIS Training Institute,
498 Concord Street, Framingham, MA 01702-2357
Call: (508) 879-7999
Fax: (508) 872-1153
E-mail: mis@misti.com
Web: www.misti.com   E-Z Access OAF500

Times: The symposium registration desk at the Allerton Hotel will be open Monday, September 22, 2008, from 8:00-9:00 am and on Tuesday, September 23, 2008, at 8:00 am.

Symposium Tuition: $1495; after September 15, $1595
Symposium and one Workshop: Add $400
Symposium and two Workshops: Add $700

Tuition must be paid in advance. Tuition covers the symposium materials, refreshments, continental breakfasts, lunch on Tuesday and Wednesday, and all receptions. Workshop tuition includes lunch and materials.

MIS Cancellation Policy: A full refund less a $100 administrative fee will be given for cancellations received 15 days or more before the event. Tuition is non-refundable for cancellations made 14 days or less before the event. You may, however, transfer your tuition to another MIS Training Institute event, less a $195 administrative fee. Transfers are valid for 12 months from the time of initial cancellation. Substitutions are welcome at any time. Those who do not cancel before the event date and who do not attend are responsible for the full non-refundable, non-transferable tuition. To cancel, call customer service at 508-879-7999.

Receptions: Participants and spouses will be welcomed with a Wine and Cheese Reception on Monday evening between 4:30 and 5:30 pm. Spouses are also invited to the reception that takes place on Tuesday evening from 5:00 pm to 6:00 pm.

CPE Credits: 15 CPEs for the symposium, and 7 for each optional workshop. Extended absences from the program may result in reduced CPE credits earned.

Accommodations: A block of rooms has been reserved on a space-available basis at the Allerton Hotel at a rate of $229 per night until August 29, 2008. After that date, reservations may be made on a space-available, regular-rate basis. To book your reservations, contact the Allerton Hotel, 701 N. Michigan Ave., Chicago, IL 60611, or call 312-440-1500.

Schedule Changes: MIS may occasionally find it necessary to reschedule, relocate or cancel sessions and will give registrants advance notice of such changes. MIS will not be responsible for penalties incurred as a result of non-refundable airfare purchases or hotel reservations.

### The Allerton Hotel

The Allerton Hotel offers all the amenities you'll need, including a state-of-the-art fitness center, room service, and a complete business center. Guestrooms feature coffee makers, refreshment centers, irons, safes, dual-line telephones, high-speed Internet access, and more. Located in the heart of the Magnificent Mile, the hotel gives you easy access to world-class shopping, top restaurants, and entertainment, including Navy Pier, the Chicago Theatre, Wrigley Field, Soldier Field, and Comiskey Park.

# 4th Annual Audit Directors & Managers Symposium on Fraud

SEPTEMBER 23-24, 2008, CHICAGO, IL
OPTIONAL WORKSHOPS: SEPTEMBER 22 & 25

Name ___ Mr. ___ Ms. ___ Mrs. ___ Dr. ___ Prof.*  for Name Tag

Registration Code # (from your mailing label): ...........................

Job Title .................................................  No. of Employees in Company .......

Organization/Company ...........................  Industry ...........................

E-mail Address (Required) ...........................

Address ...........................  Mail Stop/Floor ...........................

City ........  State/Province ........  Zip+4/Mail Code ........  Country ........

Phone ...........................  Fax ...........................

## Session Choices (please circle one):

Tuesday, September 23:  10:45 am – 12:00 pm    B or C
                        1:00 pm – 2:15 pm      D or E
                        2:30 pm – 3:45 pm      F or G

Wednesday, September 24:  10:30 am – 11:45 am   J or K
                          12:45 pm – 2:00 pm    L or M

## Workshop Choices

Monday, September 22: Optional Workshop 1
Thursday, September 25: Optional Workshop 2

## Amount Due:

○ $1495 (Symposium only)
○ $1895 (Symposium and one workshop)
○ $2195 (Symposium and two workshops)
*(Add $100 after September 15)*

## Payment Options:

○ Check enclosed (payable to MIS Training Institute)
○ PERC # ...........................
○ Charge to my ○ VISA ○ MasterCard ○ AMEX ○ Diners Club ○ Discover

Account # ...........................  Exp. Date ...........................

Signature ........  Cardowner's Name ........  Zip Code ........

Credit Card Billing Address ...........................

City ........  State/Province ........  Zip+4/Mail Code ........  Country ........

○ Please correct my mailing label as indicated above.

## Please send information on:

○ FREE *TransMISsion* Online Newsletter - Audit Edition
○ The 28th Annual Conference on IT Audit and Control
○ FREE MIS Course Catalog
○ On-Site Seminars

The information you provide will be safeguarded by MIS Training Institute LLC, a part of the Euromoney Institutional Investor PLC Group, whose subsidiaries may use it to keep you informed of relevant products and services. As an international group, we may transfer your data on a global basis for the purposes indicated above. If you object to contact by telephone, fax, email, please check the appropriate box. We occasionally allow reputable companies outside the Euromoney Institutional Investor PLC group to contact you with details of products and services that may be of interest to you. If you do not want us to share your information with other reputable companies, please check this box.

**www.misti.com   E-Z Access OAF500**
MIS Training Institute, 498 Concord Street,
Framingham, MA 01702-2357
(508) 879-7999   Fax (508) 872-1153
E-mail: mis@misti.com



*A Program for the Times...*

# 4th Annual Audit Directors & Managers Symposium on Fraud




MIS
498 Concord Street
Framingham, MA 01702-2357

**Chicago, IL**
**September 23-24, 2008**

**Optional Workshops**
**September 22 & 25**

PRSRT STD
U.S. POSTAGE
**PAID**
HUDSON, MA
PERMIT #6

*Please refer to your Registration Code below.*
Registration Code: OAF500F/ PDF

www.misti.com
E-Z Access OAF500

---

## Audit Directors & Managers Symposium on Fraud
September 23-24, 2008, Chicago, IL
Optional Workshops September 22 & 25

### Raves from Past Symposium Attendees...

"Well run program. Highly professional content, very up to date and relevant topics."
**Nestor Felix, Director, Global Internal Audit Latin America, Procter & Gamble**

"Very good. Got lots of valuable and useful information."
**Wesley Williams, Audit Project Manager, Naval Audit Service**

"First time MIS training...very pleased. Excellent presenters with good background and experience."
**Brian Conover, Manager, Internal Audit, Equity Office Properties**

"A very professionally run and interactive program."
**Tracy Wilson, Senior Manager, Vanguard Group**

"Excellent presentation of timely and relevant subject matter."
**Christopher M. Huntley, Director of Internal Control and Compliance, Snap-On Inc.**

"Great...the networking, speakers, and topics were excellent."
**Mike Langston, IT Audit Manager, Southern Company**

"Excellent. Topics were all relevant, interesting, and the speakers were great."
**Tim Sharp, Senior Auditor, Texas Instruments**

"Getting together with my peers to discuss common problems, especially in the Sarbanes-Oxley driven environment, has proven to be extremely beneficial in my job efficiencies."
**Carl Zaar, Corporate Internal Audit Manager, The Marcus Corporation**

"Obtained a 'ton' of information in two days."
**James Busick, Internal Auditor, Illinois Secretary of State**

"Excellent. I got something out of each session."
**Carmela Schmitz, Vice President – Audit Officer, Associate Banc Corp.**

"A must for all audit directors and audit managers."
**Pat Persing, Vice President/Director, Internal Audit, Arvest Bank Group**

"Excellent topics and content. Exceeded my expectations."
**Michael Foster, Executive Director, Internal Audit, Canadian Blood Services**

"The symposium made me rethink some of our IA department tests and follow-up when dealing with findings associated with management overrides and the additional testing to be performed to uncover potential frauds."
**Mark Knapp, Supervising Senior Auditor, Old Republic National Title Insurance Co.**

"Great ideas; excellent, timely topics. Provided a good base to build upon for future years."
**Thomas Martinez, Internal Audit Director, Jefferson Wells**

"First time attending a symposium and I was very much impressed with the materials and speakers."
**Joseph F. Kapsiak, Vice President & Auditor, First Niagara Bank**

"This program was long overdue...keep up the good work."
**John Mohler, Audit Director, Kaiser Permanente**

"This was an excellent experience. The information obtained here will be applied to my situation."
**Bob Monson, Senior Auditor, Port of San Diego**

Contents of this brochure copyright © 2008 MIS Training Institute, Inc. All rights reserved. Printed in U.S.A.

The international leader in internal audit training: **THE UNIQUE EVENT FOR AUDIT MANAGERS & DIRECTORS**



MIS TRAINING INSTITUTE

A focused format, timely topics, surrounded by like-minded audit peers...
Day 1 Keynotes & Case Studies from Proven Value-Added & Sustainable Audit Functions
Day 2 Workshop-Style Roundtables
A – Practical Initiatives to Fight Fraud & Corruption
B – Audit's Role in Making Risk Management More Robust
Day 3 Keynotes, Panel Debates & Real Life Audits from Across the Risk Universe

# Annual Audit, Risk & Governance Conference 2008

★★★★★ Radisson SAS Royal Hotel,
"Wonderful" Copenhagen - Denmark
29th - 31st October 2008




Providing Assurance to:
- Protect, Support & Challenge the Business
- Identify, Manage & Control Risks
- Maintain Absolute Integrity & Accountability

Take Away Tangible Objectives Set By a Leading Panel of Audit Directors, Including...

**Book by 27th August 2008 & Save £200**

- Alan Day, Senior Audit & Investigations Manager - Fraud & Security, Transport For London (UK)
- Bent Poulsen, Chief IS Auditor, VP Securities Services (DENMARK)
- Dr. Cheryl Hennell, Head of IT Security and Information Assurance, Openreach
- Christine Copestake, Head of Audit Services and Business Conduct - Europe and Asia, Coors Brewers (UK)
- Dave Pope, Head of Information Security, DVLA (UK)
- David Boye, Executive Director, Chief Security Officer, Corporate Security & Operational Risk, Saxo Bank A/S (DENMARK)
- Fintan Byrne, Head of Compliance, Zurich Bank (IRELAND)
- Frank Hailstones, Independent Consultant, Palaxar (USA)
- Helene May Vibholt, Strategic Adviser, DONG Energy A/S (DENMARK)
- Karen Dignan, Technical Director, Deutsche Bank (UK)
- Keith Labbett, Head of Audit, British Waterways (UK)
- Koen Albers, Executive Audit Manager - Asia-Pacific & EMEA Region, EDS (BELGIUM)
- Liz Sandwith, Head of Internal Audit, Channel Five (UK)
- Marcus McCaffrey, Head of Investigations and Assurance, The Risk Advisory Group plc. (UK)
- Neil Lockhart, Head of Internal Audit - Merchant Banking and Wealth Management, SEB
- Michael Sparreskog, Head of Internal Audit - Group Operations, SEB
- Nigel Iyer & Alan McDonagh, Directors, Hibis (Scandinavia & UK)
- Peter Seyderhelm, Group Head of Risk & Assurance, UK Department for Transport (UK)
- Saleem A. Chowdhery, Head of Risk and Internal Audit, Wm Morrisons Supermarkets PLC (UK)
- Philip Ratcliffe, President, The Institute of Internal Auditors - UK and Ireland Ltd
- Simon Davis RRP, Risk Adviser, Heddlu Dyfed-Powys Police
- Vibeke Aggerholm, Vice President, Internal Audit, Carlsberg Breweries A/S
- Marcel Smit, Senior Audit Manager - Specialist Audit Services - Corporate Audit Services, TNT Head Office (NETHERLANDS)

**10 Reasons to Attend:**

1. Be inspired by proven success stories from real life audits from across the risk universe
2. Know what your role is in avoiding a massive control failure! Are your key bases really covered?
3. Top tips on how to position audit as an innovator during the harder economic times
4. Information security, data retention & data leakage: hear the realities straight from security experts
5. Take away practical measures to know when you are really delivering true business value & assurance
6. Share the facts on how to integrate corporate governance, ethics, standards & trust into your strategy
7. Panel debate on recruiting, retaining, developing & motivating tomorrow's auditors
8. Question your peers on what assurance stakeholders are actually receiving from internal audit
9. Focused workshop sessions on: How to pull out the red flags to fight fraud & corruption; How to prioritise & respond to key risks to create a more robust risk structure
10. Enjoy dedicated socialising time in Copenhagen to expand your professional reach

Register now at www.mistieurope.com/audit or email mis@mistieurope.com

Exhibition Sponsor: MAZARS | Official Airline: SAS | Publication Partner: Gower | Association Partners: ISACA, IIA | Media Sponsors: AuditNet, cia, audit, EUROMONEY




Bates and Mokwa 001258

# Audit, Risk & Governance Conference 2008
### Radisson SAS Royal Hotel, "Wonderful" Copenhagen - Denmark 29th - 31st October 2008
**MIS TRAINING INSTITUTE** — THE UNIQUE EVENT FOR AUDIT MANAGERS & DIRECTORS

## Day One: Wednesday 29th October 2008

**08:30 Registration**
08:45 Chairman's Introduction

### Building a Strategic & Value-Added Audit Function

09:00 Is your Department Ready to be Evaluated by your Audit Committee? Assurance on Internal Audit Opinions
- What is the Audit Committee looking for?
- What is the assurance that stakeholders are receiving from internal audit?
- Does management really understand internal audit's opinion?

Karen Dignan, Technical Director, Deutsche Bank (UK)

09:30 How Do You Know When You Are Delivering Business Value? Top Tips on Meeting Management Challenges
- Identifying effective KPIs to demonstrate value
- Can you communicate improvement?
- Understanding exactly what the board wants from you
- Knowing your end to end processes to maximise revenue & spot savings

Koen Albers, Executive Audit Manager - Asia-Pacific & EMEA Region, EDS (BELGIUM)

Koen has responsibility for risk assessments, S-Ox compliance testing & risk-based auditing across both regions. Albers is based in Belgium where he joined EDS in 1994 as a Systems Engineer & worked as a system analyst and project manager on several application maintenance & development projects in Belgium and Norway supporting customers in the finance industry. In 1997, he joined the EDS Corporate Audit Department, was appointed to team leader in 2000 & to EMEA audit manager in 2004.

10:10 Recruiting, Retaining, Developing & Motivating Tomorrow's Auditors

Finding & keeping a team of auditors with the right level of experience, knowledge & skills can be a challenge. This session will look at where you might find the best audit skills & how to cope with a lack of internal resource.
- Getting & retaining the right people
- Does senior management understand the priority requirements for audit frameworks & staffing
- How to stay relevant & effective in an ever changing environment
- How do you recognise when you need to change approach?
- Making audit more attractive
- Are there transferable skills & approaches you can use to address new challenges?
- Managing in a downturn (or how to keep what you've got)
- Has the profile of staff changed?

Chaired by:
Peter Seyderhelm, Group Head of Risk & Assurance, UK Department for Transport (UK)
Panellists:
Bent Poulsen, Chief IS Auditor, VP Securities Services (DENMARK)
Fintan Byrne, Head of Compliance, Zurich Bank (IRELAND)
Koen Albers, Executive Audit Manager - Asia-Pacific & EMEA Region, EDS (BELGIUM)
Michael Sparreskog, Head of Internal Audit - Group Operations, SEB (SWEDEN)

**10:50 Morning Coffee Break**

11:10 Auditing Governance in a Complex Global Financial Services Business

The presentation will contain useful tips & experiences from recent work undertaken covering:
- Strategies for approaching the scoping, planning & execution of key audits of the Governance of Investment Banking, Risk Control & Credit functions
- Building a global team that can examine the different geographic aspects of Governance in a multitude of regulatory environments
- Sharing ideas regarding the presentation of key findings & delivery of quality reports that gets Management's attention & paves the way for positive change.

Neil Lockhart, Head of Internal Audit - Merchant Banking and Wealth Management, SEB

Neil started his career with RBS & qualified as a Banker working in the UK, US, Europe & the Far East & subsequently trained to become an auditor. He later moved on to join a Scandinavian Banking consortium & then to SEB in Sweden. He has specialised on working with Investment & Merchant Banking, Financial Products and Treasury, Trading & Capital Markets.

Michael Sparreskog, Head of Internal Audit - Group Operations, SEB (SWEDEN)

Michael has been working in the Investment Banking industry for 15 years within the EMEA region. He started his international career at CSFB in London, followed on with ABN Amro in Amsterdam & is now with SEB in Stockholm. He has experience from the vast majority of Investment banking products & is specialised in Audit, Risk Management, SOXA implementations & heading cross border teams.

12:35 Information Security, Data Retention & Disclosure: Data Security Lessons for Audit Today

David Boye, Executive Director, Chief Security Officer, Corporate Security & Operational Risk, Saxo Bank A/S (UK)

David's day to day responsibilities include responsibility for documenting security policies & ensuring the organisations adherence to these. Furthermore he is responsible for the defining the top level global security strategy for the Bank, liaising with external IT auditors & regulators, managing the security department, managing of security projects, advising senior management & the Board, & defining & maintaining security risk management processes

**13:10 Lunch**

### Governance, Ethics & Sustainability for Audit

14:10 Can We Audit Ethics & Culture?
- Measuring the temperature - are ethics & values hot topics in the business?
- Leading by example
- Compliance transparency & accountability

Christine Copestake, Head of Audit Services and Business Conduct - Europe and Asia, Coors Brewers (UK)

Christine has 21 years of experience in senior management in the brewing industry. She started out as a Master Brewer and has worked in various roles in production, logistics, procurement, customer services, finance & Internal Audit. She took on the role of Head of Internal Audit & Business Conduct Europe in 2002 for the Coors Brewing Company (now Molson Coors) and took on the responsibility for Asia in 2004. She led the project to get the company ready for successful Sarbanes Oxley section 404 compliance & certification in 2004.

14:50 The Role of Audit Committees in Fostering Good Governance
- Independent assurance: what does an AC need?
- Audit Committees - What it must do?
- Disclosure & good governance: how an AC adds value?
- Ten stepping stones

Fintan Byrne, Head of Compliance, Zurich Bank (IRELAND)

15:30 Corporate Governance – Ethics, Standards & Trust

This topic will be explored from a Broadcasters perspective in light of recent fines, the approach in relation to viewer trust & the tales of fakery across the industry
- Scenario setting e.g. the regulatory framework within the UK in relation to broadcasters
- Identifying & reporting ethics issues (the theoretical perspective)
- Is ethical behaviour only an internal issue for the business?
- Does legislation help or hinder ethical behaviour?
- The role for internal audit in helping the business build standards of behaviour & ethics into its relationship with suppliers
- The role of the Board
- Who can we trust?
- What can internal audit do behind the scenes?

Liz Sandwith, Head of Internal Audit, Channel Five (UK)

For the last 11 years, Liz has delivered internal audit for Channel 5 Broadcasting (Five) a national broadcaster within the UK. Five is owned by RTL. RTL is a publicly quoted company that is 90% owned by Bertelsmann the German Media Company. Internal Audit therefore has to work with UK centric Executive Board & a European shareholder, meeting their different requirements in terms of reporting, information & approach. Liz fulfil the role of HIA reporting to the chair of the Audit Committee & the CEO. Liz is also involved in working with & auditing the compliance function to ensure that five complies with its OfCom quotas & obligations. She has been involved extensively over the last 12 months with the ICSTIS review of the premium rate telephony service (PRTS), within five to ensure compliance. Liz held positions of: Director Institute of Internal Auditors – UK and Ireland (2000), Elected President of the IIA-UK and Ireland (2001-2002), ECIIA Member of the European Confederation of IIA's (2002-2004).

**16:15 Afternoon Coffee Break**

16:35 Auditing Corporate Responsibility

BWs 2,000 mile growing network of waterways & navigable rivers is the link for an amazingly diverse & sustainable contribution to society. Its environmental & regeneration expertise, & responsibility for the water space combines with a dynamic commercial business which includes joint ventures in telecommunications, a national water grid, the development of property & land including the new string of waterside pubs. This case study will give insights into British Waterways' approach which has regard to the Global Reporting Initiative, UN Global Compact & the European Business Excellence Model. The session will cover:- CR definition- Links between GRI, UN Global Compact & EFQM model- Risks- Benefits- Measures- How BW delivers CR against the Model

Keith Labbett, Head of Audit, British Waterways (UK)

Qualified with Deloitte in London in 1976, Keith then headed the internal audit unit at Wessex Water in Bristol. He chairs the discussion group for Heads of Audit in the UK utilities sector. Posts held include: Technical Director, Institute of Internal Auditors UK; Chairman of the IIA South West District, & IIA Council Member; Member of the Internal Audit Committee of the Institute of Chartered Accountants. Keith is a Fellow of the Institute of Chartered Accountants, a Fellow of the Royal Society of Arts and a Fellow of the Institute of Internal Auditors. For 15 years was the Chief Examiner, Institute of Internal Auditors, responsible for the PIIA & MIIA professional qualifications & the QiCA computer audit qualification. Keith has been the Chief Assessor with the AAT for its two NVQ internal audit central assessments.

17:15 "Where Was the Audit!?" "We Told You So!" "It Could Never Happen to Us" - What Should Audit's Role Be in Avoiding Massive Control Failures?

Reactions are mixed as to where the blame lies after a major scandal happens involving the massive failure of controls, although it is clear that ultimately the management of controls lies firmly with the management of the business. Rightly or wrongly audit sometimes gets the blame - this is the auditor's worst nightmare.
- How can you avoiding the mentality of "it could never happen to us"?
- Is it too easy to blame the business when things go wrong?
- How can your audit team be prepared for such an incident?
- How should you respond?
- What are the basic measures to have in place?
- Is there a positive for audit?

Chaired by: Keith Labbett, Head of Audit, British Waterways (UK)
Panellists: Liz Sandwith, Head of Internal Audit, Channel Five (UK)
Alan Day, Senior Audit & Investigations Manager - Fraud & Security, Transport For London (UK), Christine Copestake, Head of Audit Services and Business Conduct - Europe and Asia, Coors Brewers (UK), Neil Lockhart, Head of Internal Audit - Merchant Banking and Wealth Management, SEB (SWEDEN), Karen Dignan, Technical Director, Deutsche Bank (UK)

**17:50 Close of Day One**
18:00 – 21:00    Networking Activity in Copenhagen

# Audit, Risk & Governance Conference 2008
Radisson SAS Royal Hotel, "Wonderful" Copenhagen - Denmark 29th - 31st October 2008
**MIS TRAINING INSTITUTE** — THE UNIQUE EVENT FOR AUDIT MANAGERS & DIRECTORS

## Day Two: Thursday 30th October 2008

### Focused Workshop-Style Roundtables

**08:45 Coffee**

**09:00 Chairman's Opening**
Frank Hailstones, Independent Consultant, Palaxar (USA)

**09:10 Using Intelligence Techniques to Manage the Fraud Risk in TfL** *(KEY CASE STUDY)*

Alan will be looking at how intelligence techniques can be used in the management of fraud risk. Can the "intelligence cycle" be adapted for use in fraud prevention, detection & investigation.
- What is TfL?
- TfL's approach to fraud: prevention, detection & investigation
- What is the "Intelligence Cycle" & how can it be adapted for use in fraud risk management.
- Examples of cases to illustrate its use

Alan Day, Senior Audit & Investigations Manager - Fraud & Security, Transport For London (UK)
Alan is the Senior Audit & Investigations Manager – Fraud & Security at Transport for London. He is responsible for the awareness, prevention, detection & investigation of serious fraud throughout the TfL organisation. Prior to joining TfL, Alan was a career soldier for 29 years. He has a BA (Hons) in Economics & Politics, & an MA in Security Management. Alan is currently on the Steering Group of the London Public Sector Counter Fraud Partnership & is the Chair of the London Fraud Forum.

**09:55 Experience of Using Whistleblower Lines** *(AUDIENCE Q&A)*

The word "whistleblower" brings to mind a number of images, not all of them positive. This animated open sharing session with the audience will give you the chance to exchange views on critical aspects to a successful whistle-blowing strategy.
Facilitated by: Nigel Iyer, Director, The Hibis Group

**10:15 Morning Coffee Break**

10:35 – 15:30   Please Select Your Preferred Stream for The Workshop-Style Roundtables.
Lunch will be served for both groups at 12:30.

### STREAM A

#### Practical Initiatives to Fight Fraud & Corruption
Led by:
Nigel Iyer, Director, Hibis (SCANDINAVIA)
Allan McDonagh, Director, Hibis (UK)

You will be faced with typical situations, handle realistic documents, & meet with some of the common characters from the world of corruption & fraud.
- The investigation into alleged fraud & corruption (some strong allegations come to light)
- How to pull out the red flags & evidence (& discover the iceberg beneath the tip...!)
- Using a strong anti fraud & corruption strategy to help turn around the company (you will play the role of the turnaround specialist)

During Stream A you will gain a better appreciation of:
- The motivation of the fraudster
- How to deal with fraud & corruption both proactively and reactively
- Which are the most cost-effectiveness measures to tackle fraud
- How to get the right balance between the different measures to achieve the maximum effect?

Allan McDonagh, Director, Hibis (UK)
Allan was commissioned in HM Customs and Excise in 1967, & in 1971 joined the Investigation Branch where he specialised in narcotics & tax investigations. Between 1985 & 1997 he was employed at Network Security Management Limited and became Deputy Managing Director. He created the highly successful Forensic Laboratories which were eventually acquired by Control Risks Group. Allan regularly lectures to Law Firms, the Institute of Chartered Accountants & other bodies & companies on all aspects of fraud. In 2001, Allan set up Hibis Europe Ltd, based in London, which focuses on frauds involving bribery, & the corruption of senior managers in purchasing & procurement. The Hibis Group has over 25 employees & offices in London, Manchester, Sydney, Oslo, Stockholm and Helsinki. In 2005, he also became a director of Fraud-I Ltd, which designs internet based fraud awareness training software.

Nigel Iyer, Director, Hibis (SCANDINAVIA)
Nigel is a Director & founder member of Hibis Scandinavia & a Director of Hibis Europe Ltd. Since working on his first fraud case at the age of 16 he developed a passion for all practical aspects of prevention & investigation of fraud and corruption. He is the author of two books & a management novel on fraud & corruption.

### STREAM B

#### Audit's Role in Making Risk Management More Robust
Led by:
Frank Hailstones, Independent Consultant, Palaxar (USA)
Peter Seyderhelm, Group Head of Risk & Assurance, UK Department for Transport (UK)

You will tackle the key question of how audit can influence risk strategy to help gain management management confidence in the organisation's ability to manage its risks in an ever-changing environment. How can audit do this while pursuing its strategic & operational goals? Plus:
- Thoughts on deepening the ERM process & avoiding over reliance on ERM
- Identifying your top audit risks
- Integrated risk management & the role of Internal Audit
- Implementing a risk based audit approach that balances compliance issues

Frank Hailstones, Independent Consultant, Palaxar (USA)
Frank, a seasoned professional with extensive audit & consulting experience in all aspects of governance, led the development of Axena's governance solutions to design & implement real-world processes that support Sarbanes-Oxley compliance. Prior to co-founding Axena, Hailstones spent 18 years with PricewaterhouseCoopers (PwC), the last 10 as a senior partner. He ran the PwC Internal Audit Practice, building the Europe, Middle East & Africa (EMEA) teams & network in 12 countries. He has led numerous outsourced internal audit appointments & conducted performance reviews of internal audit in diverse industries worldwide. Frank was the head of the PwC Global Team that developed the PwC Internal Audit Methodology & supporting technologies before moving into Business Risk Management where he led the firm's Business Risk Assessment approach. Frank is an internationally recognized speaker & author on a wide range of business governance issues.

Peter Seyderhelm, Group Head of Risk & Assurance, UK, Department for Transport (UK)
Prior to his current role with the Department of UK Transport, Peter was Project Director of Corporate Governance with AstraZeneca, where he joined in 2004 to lead a number of key initiatives in response to the increasingly demanding corporate governance environment in Europe & the United States. Peter developed a new framework that embeds good governance as part of "business as usual" within AstraZeneca. Multicultural enrichment has been an integral part of his business experience. Prior to joining AstraZeneca, Peter gained over 10 years' senior management internal audit experience with major US multinationals United Technologies, News Corporation, & Black & Decker. He started his career with Price Waterhouse in London & qualified as a chartered accountant.

**15:30 Afternoon Tea Break**

**15:50 The Streamed Groups Reunite to Share Key Findings from the Roundtables** *(CASE STUDY)*

**16:30 What Impact Will the Credit Crunch Have on Governance, Risk & Control Practices? Audit as a Catalyst for Improvement** *(PANEL DISCUSSION)*
- How can audit position itself as an innovator during the harder times?
- What impact will the credit crunch have on governance, risk & control practices?
- How does internal audit need to adapt?
- Can internal audit become part of the corporate survival plan?
- Promoting the value of audit to management boards & audit committees
- Identifying cost savings
- Dealing with cost-oriented management style

Dr. Cheryl Hennell, Head of IT Security and Information Assurance, Openreach

**17:10 Close of Day Two**



### Why Copenhagen? About the Venue
Copenhagen, the world class metropolis capital of Denmark, is Scandinavia's most fantastic city & is part of the most dynamic region in Northern Europe, the Öresund Region. The city is one of Europe's oldest & most stunning capitals - with a royal touch. Within easy reach, Copenhagen is a first class city to establish business contacts & is the perfect opportunity to meet top executives from all over the world in a friendly yet international ambience. World famous attractions include: the "Little Mermaid", the amusement park Tivoli, the Royal Theater, the newly built Opera House, The Royal Castle Amalienborg with the Royal Guard, the Carlsberg Brewery & much more.

Nestled in the heart of Copenhagen, the five-star Radisson SAS Royal Copenhagen is one of the most exclusive designer hotels in the city. Close to Tivoli, the walking street & the main train station, the hotel has 260 rooms & suites, all featuring innovative Scandinavian design & free broadband. Relax in the sauna, work out in the gym or dine with your new conference friends at the Alberto K gourmet restaurant on the 20th floor. Visit www.royal.copenhagen.radissonsas.com

# Audit, Risk & Governance Conference 2008
## Radisson SAS Royal Hotel, "Wonderful" Copenhagen - Denmark 29th - 31st October 2008
### MIS TRAINING INSTITUTE — THE UNIQUE EVENT FOR AUDIT MANAGERS & DIRECTORS

## Day Three: Friday 31st October 2008

### Case Studies of Real Life Audit Examples from the Risk Universe

**09:00 Chairman's Re-Opening**

Peter Seyderhelm, Group Head of Risk & Assurance, UK Department for Transport (UK)

### Contributing to the Totality of the Risk Management & Internal Control Process

**09:05 Developing Risk Management & Internal Audit Capabilities – Lessons Learnt**

*CASE STUDY*

Establishing or developing ERM in any organisation can be a daunting activity. Creating from scratch, both an Internal Audit team & an ERM approach brings unique challenges, especially in a well established & already successful business. This session will provide practical insights & will address questions relevant to all those interested in audit, risk & governance.
- Convincing stakeholders of the need for change
- Deciding what comes first, ERM or internal audit
- Determining what resources are needed & where they can be found
- Where the pitfalls are & how they can be overcome

Saleem A. Chowdhery, Head of Risk and Internal Audit, Wm Morrisons Supermarkets Plc (UK)

Saleem joined Wm Morrisons in 2006 to establish an internal audit team & to develop the business's approach to risk management. He's held both finance & assurance roles for a number of companies including BAA plc, Inchcape plc, Sears Group & KPMG. Saleem is a member of the ICAEW & holds an MBA from London Business School.

**09:45 Risk Management, Internal Audit & Information Security - Lining Up the Assurance**

*CASE STUDY*

Dave Pope will run an interactive session of value to those who have audited risk frameworks, as well as those who have responsibility for them. In addition the session will cover how to identify your top information risks & will include a case study on DVLA, how the risk framework was introduced, the role of Internal Audit in this process & how to "keep it real".

Dave Pope, Head of Information Security DVLA (UK)

Dave is also a Member of the Institute of Internal Auditors, a Registered Risk Practitioner & Member of the Institute of Risk Management. Currently the Head of Information Security at DVLA, he is also the Network Accreditor. He has the responsibility for the security of one of the UK's biggest on line organisations, & has responsibility for ensuring compliance with the recent Cabinet Office data handling guidelines. Previously Dave was the Corporate Risk Manager at DVLA & won the award given by ALARM as UK Risk Manager of the year. Dave started his working life as an Internal Auditor & has worked in several public organisations including HM Treasury & Ordnance Survey, mainly in the IT field. He has managed IT infrastructures as well as audited them so has experience of seeing both sides of information handling. He lectures within the UK and internationally on Risk Management, and is an Associate Lecturer for the National School of Government. Dave also runs a small sheep farm in West Wales!

**10:25 Key Lessons for Building a Holistic Anti Fraud & Corruption Programme**

*CASE STUDY*

Helene works for DONG Energy, a leading energy company in Denmark with activities in Northern Europe. As a key figure in developing the company's Corporate Responsibility programme, she has been the project leader for "Good Business Conduct" - a very successful & holistic anti fraud & corruption programme. Unlike many "silo-based" organisations that approach fraud from within separate risk compliance functions, Helene & her team have put in place all the key aspects of prevention, detection & policy of fraud & corruption in the company – to combat fraud from a common front. Consider:
- Top tips for getting started
- How to create awareness & understanding of fraud & corruption risks in your organisation?
- How to identify potential risks & develop a policy?
- Engaging people across the organisation – how to win hearts & minds
- Implementing a company-wide risk awareness & management programme

Helene May Vibholt, Strategic Adviser, DONG Energy A/S (DENMARK)

As a strategic advisor on Corporate Responsibility Helene has been a key player in building a strategic & integrated approach to CR in DONG Energy. She holds a Master of Political Science from Aarhus University & a Master in Public Policy from Harvard Kennedy School where she was also an active member of the school's Corporate Social Responsibility Initiative.

**11:00 Morning Break & Exhibition**

**11:20 What is Internal Audit's Role in Ensuring the Integrity & Security of Critical Information? Prioritising & Responding to Your Key Risks**

*PANEL DISCUSSION*

- Management needs speedy, accurate access to critical information on which to base decisions.
- Are these sources of information in your audit plan?
- Is critical data secured?  •  How are you auditing data leakage threats?

Panellists: David Boye, Executive Director, Chief Security Officer, Corporate Security & Operational Risk, Saxo Bank A/S (DENMARK)
Dave Pope, Head of Information Security, DVLA (UK)
Helene May Vibholt, Strategic Adviser, DONG Energy A/S (DENMARK)
Alan Day, Senior Audit & Investigations Manager - Fraud & Security, Transport For London (UK)

**12:00 What it Takes to Be a Great Auditor**

*KEYNOTE*

Philip Ratcliffe's address as the President of the IIA will explore what it takes to be a great internal auditor. He will argue that qualifications, technical structures, experience & CPD must be seen as given by tomorrows IA professionals, in a world that not only demands expertise but passion, commitment & leadership to support the truly successful organisations of tomorrow.

Philip Ratcliffe, President, The Institute of Internal Auditors - UK and Ireland Ltd.

After leaving Oxford University, Mr. Ratcliffe ACMA, FIIA, started his life-long career in internal audit with Unilever, where he gained an accounting qualification & attended his first IIA conference. Philip later became head of internal audit at an international electronics & engineering plc. Thereafter he occupied the same role at Bund Plc, Georgia-Pacific Europe & Minorco (now Anglo-American). He is currently Head of Group Operational Audit at DS Smith Plc. A long-term member & fellow of the IIA (in the UK, Brazil, and Belgium) Philip became a member of the UK Council in 2006, progressing from Deputy President to President in September 2008.

**12:40 Lunch**

**13:40 Title to be Confirmed**

Marcel Smit, Senior Audit Manager - Specialist Audit Services - Corporate Audit Services, TNT Head Office (NETHERLANDS)

**14:20 Prioritising & Responding to an Internal Investigation**

*CASE STUDY*

During this presentation, Marcus McCaffrey will look at the role of an internal investigation, the key considerations for management on how to respond to fraud & some of the strategies that can be employed to mitigate risk. Drawing on recent case studies from procurement & mortgage fraud, international corruption & regulatory concerns, the session aims to define & communicate a set of principles for companies to follow during a crisis. Issues addressed will include:
- How to manage criminal & civil process concurrently
- The issue of regulators: managing the risk
- Evidence recovery & investigation methods
- Dealing with Police requests
- Interviewing & suspending employees
- Mitigation of risk strategies

Marcus McCaffrey, Head of Investigations and Assurance, The Risk Advisory Group plc. (UK)

Prior to his current role, Marcus was a senior consultant within the Group undertaking the management of the majority of the investigatory fieldwork, including surveillance, evidence gathering, oversight of computer forensics & forensic accounting. Previously Marcus was the litigation support consultant to some of the world's leading law firms & companies. He has investigated significant frauds from across many international jurisdictions, traced misappropriated assets & worked with law enforcement & other agencies across the globe. Additionally, he has successfully provided defamation support services to internationally know figures, including businessmen, politicians & renowned public figures where their reputations have been unfairly impugned.

**15:00 Data Governance & Compliance Audit in Relation to Outsourced Activities**

*CASE STUDY*

- Outsourcing risk & controls
- Integrating regulatory into IT audit plans & programmes

Bent Poulsen, Chief IS Auditor, VP Securities Services (DENMARK)

**15:40 Afternoon Tea Break**

**16:00 Squaring the Circle**

*CASE STUDY*

A look at how risk management, business continuity, insurance & audit operate independently but also fit together to provide a single process.

Simon Davis RRP, Risk Adviser, Heddlu Dyfed-Powys Police

**16:40 An Audit Blueprint for the Next 5 Years**

*PANEL DISCUSSION*

- Where will the internal audit profession be in 5 years' time?
- What will the audit role look like?
- What will become the key challenges?
- What will the risk landscape look like?
- Will IA teams be required to encompass corporate responsibility in their audit plans?
- Environmental Risk Management: how do you identify & quantify your exposure?
- Is continuous auditing the future?

Chaired by:
Peter Seyderhelm, Group Head of Risk & Assurance, UK Department for Transport (UK)
Panellists:
Alan McDonagh, Director, Hibis (UK)
Keith Labbett, Head of Audit at British Waterways, British Waterways (UK)
Michael Sparreskog, Head of Internal Audit - Group Operations, SEB
Vibeke Aggerholm, Vice President, Internal Audit, Carlsberg Breweries A/S

**17:10 Close of Conference**

### Meet New Clients, Increase Your Company's Profile, Keep Up With Industry Demands...

If you have a product or service to sell, & you'd like exposure to the top people in the audit & risk governance & compliance field, this could be the event for you. MIS has some excellent business development opportunities available through various sponsorship levels – includes options from exhibition sponsorship to sponsoring a networking themed Fraud Mystery Dinner!

All sponsorships include: 2 free staff places, a number of free client places, exhibition & access to a 95% 'practitioner' audience given MIS Training's grassroots history in audit, security, fraud & control training.

Call +44(0)20 7779 8232
or email ballmand-smith@mistieurope.com for further information.

# Audit, Risk & Governance Conference 2008
## Radisson SAS Royal Hotel, "Wonderful" Copenhagen - Denmark 29th - 31st October 2008
### THE UNIQUE EVENT FOR AUDIT MANAGERS & DIRECTORS

MIS Training Institute's annual flagship event, Audit, Risk & Governance Conference 2008, 29th – 31st October 2008 is the ideal established forum for Audit Managers & Directors, & related risk compliance professionals auditors to meet from across the world.

Times of financial downturn or uncertainty are fertile breeding grounds for fraud & 'misdirection' as pressure & greed can create unsuspecting 'fraudsters', who only become so to cover their own tracks & to ease financial strain. How can audit avoid becoming the convenient 'scapegoat' when things do go wrong? How can audit position itself as an innovator during the harder times? What impact will the credit crunch have on governance, risk & control practices? Are you really sure that you have all your key controls & bases covered?

These will be some of the questions answered, as the programme will focus only on critical & current audit challenges via case studies on real life audit projects from the risk universe.

The unique interactive format will provide you with some assurance that you are facing similar challenges to your audit peers from around the world & give you ideas as to how to handle current challenges.

## Event at a Glance

| | |
|---|---|
| October 29th | Keynotes & Case Studies on: |
| | Building a Strategic & Value-Added Audit Function |
| | Governance, Ethics & Sustainability for Audit |
| October 30th | Workshop-Style Roundtables: |
| | STREAM A – Practical Initiatives to Fight Fraud & Corruption |
| | STREAM B – Audit's Role in Making a Risk Management More Robust |
| | Networking Activity in Copenhagen |
| October 31st | Keynotes & Practical Case Studies on Real Life Audits from Across the Risk Universe |

### What Did Your Peers Say About the 2007 Event?

- "Great examples of the risk universe were given & I was able to benchmark my Bank's audit function"– Head of Fraud Prevention & Detection Division, Eurobank

- "It was not surprising to me to find other people that struggle with the same issues that we have, but surprising to find that they have practised solutions that we did not have. Very useful!"- Internal Audit Manager, Lafarge Aslan Gimento

- "Once again MIS have provided an excellent conference on fraud, internal audit & governance issues with presentations by professional practitioners who gave attendees expert advice & tools to use to immediately help improve current methodologies" – SVP, Head of Group Internal Audit, Butterfield Bank of Bermuda

- "Greatly increased my awareness of useful best practices in audit" - Associate General Auditor, Saudi Aramco

## Why Attend?

Over 30+ expert speakers = real life case studies from proven audit projects
Over 100+ attendees = great networking with audit peers from around the world
Specialist interactive workshops = detailed insight into industry best practice & gain assurance on your audit strategy
Agenda full of proven audit project details = focus your learning on only the vital 'need to know' areas to re-invigorate your team
Receptions, Lunches, CPEs & Certificates, Full Documentation = the best networking & learning event in the audit industry

## Exhibition Sponsor


Mazars - is an international organisation specialising in audit, accounting, tax and advisory services. Mazars is a unique independent integrated partnership with global reach and local roots. We can rely on the skills of more than 8,000 professionals operating together in 47 countries, sharing the same values and sense of responsibility.
The present company of Mazars in Denmark traces its history back to 1945 and Mazars itself has been represented in Denmark since 1994. In 2007, the firm joined the international partnership of Mazars, integrating three partners: State Authorized Public Accountants Pia Lillebaek, Kurt Christensen and Jesper Pedersen. The Danish Mazars team of 20 employees has a long length of service and experience, includes a high percentage of certified accountants and maintains a high level of training. We are able to offer flexible, tailored solutions to our clients from international companies, small and medium entities (SMEs) as well as large organisations and associations. Mazars has proven expertise in all major sectors. With a set of values based on integrity, responsibility, independence, cultural diversity and respect for the individual, Mazars is a modern and professional audit company taking responsibility in the society in which we operate.

## Associations


IIA Denmark - IIA - Established in 1941, The Institute of Internal Auditors (IIA) is an international professional association of more than 130,000 members with global headquarters in Altamonte Springs, Fla., United States. Throughout the world, The IIA is recognised as the internal audit profession's leader in certification, education, research, & technological guidance. For more information visit www.theiia.org or email iia@theiia.org


ISACA Denmark - ISACA's membership - more than 65,000 strong worldwide—is characterised by its diversity. Members live & work in more than 140 countries & cover a variety of professional IT-related positions - to name just a few, IS auditor, consultant, educator, IS security professional, regulator, chief information officer & internal auditor. ISACA has more than 170 chapters established in over 70 countries worldwide, & those chapters provide members education, resource sharing, advocacy, professional networking & a host of other benefits on a local level. Its Certified Information Systems Auditor (CISA) certification is recognised globally & has been earned by more than 50,000 professionals since inception. For more information e-mail the membership department at membership@isaca.org or visit www.isaca.org


ACFE Poland - The ACFE established & administers the Certified Fraud Examiner (CFE) credential. Globally preferred by employers, the Certified Fraud Examiner (CFE) credential denotes proven expertise in fraud prevention, detection & deterrence. Members with the CFE credential gain a professional advantage & quickly position themselves as leaders in the global anti-fraud community. www.acfe.com

## Media Partners


Audit Net - AuditNet® (www.auditnet.org) is the premier Web portal for integrating the Internet into auditing. The site contains resources, tools & links including audit work programs, questionnaires, checklists, audit guides, audit topical index, job listings & more.


Careers in Audit - Careers in Audit (CiA) is the first & only pan-European job board for audit professionals. We advertise audit & audit related vacancies across the UK & Europe as well as providing access to a range of valuable resources, including regular analysis & commentary from financial journalists, surveys & a live news feed.

Audit Professionals is Europe's number one recruitment specialist, focusing solely on internal audit & business risk. From newly qualified accountants to board level appointments, we recruit the best people from across audit, risk, finance, & operations for roles in the world's leading finance, banking, industry & commerce organisations. For more information visit: www.auditprofessionals.com or call: Tel: –44 (0) 20 7845 4246

Gower is recognised as one of the world's leading publishers in current best practice in business & management, with a particular niche in books on fraud & corruption. The Gower publishing programme covers many of the main business processes & functions & it is continuously developing new titles.

Euromoney Yearbooks is a division of Euromoney Institutional Investor PLC, which specialises in providing publications based on incisive commentary & market-driven analysis. Each publication is targeted towards the relevant section of the Euromoney Institutional Investor PLC client-base, ensuring it is read by the people who genuinely make decisions affecting global markets. Euromoney Yearbooks has established itself as the primary source of research for leading investors, senior corporate executives & market intermediaries around the world. Internationally acclaimed as the standard reference books on their subjects, Euromoney Yearbooks provide an unrivalled source of information for all decision-makers. Leading titles published by Euromoney Yearbooks include: World Leasing Yearbook, Project Finance Yearbook, International Mergers & Acquisitions Review, Debt Capital Markets Handbook, Privatisation & Public Private Partnership Review & the Derivatives & Risk Management Handbook.


FREE Book to all participants at the Audit, Risk & Governance Conference 2008!
The International Corporate Governance Review, published by Euromoney Yearbooks brings together the thoughts of industry experts and regulators in today's market, making the review the essential reference tool for all market professionals. The Review contains a series of specialist articles focusing on major cross-border topics & developing global trends. The review also features regional & country-by-country reviews and a detailed statistical appendix listing companies & countries in order of their standard of corporate governance. Contributions from Arzinger & Partners, Dewey & Le Boeuf and Baker & McKenzie. RRP (£115)

## Official Airline


The SAS Group is the Official Airline for Audit Risk & Governance Conference 2008 and offers you a special discount. Simply quote event code DK0850 when calling your local SAS office & save up to 20 % on your ticket. SAS conference discounts are valid on flights operated by SAS, Blue1, airBaltic, Widerøe, Spanair, Estonian* and SAS/Lufthansa code share flights from Germany. In addition discounts are offered when using SAS codeshare connecting flights operated by Cimber Air, Skyways & United domestic USA in connection with SAS transatlantic flight. * exceptions apply for Estonian. SAS offers all participants to voluntarily offset their CO2 emission. Click here to calculate your total CO2 emission on your travel [illegible]
Telephone numbers for SAS call centres: Denmark 7010 3000; Norway 05400; Sweden 0770 727 727; Finland 06000-258 31; Europe +44 208 990 7270; Europe -49 69 2045 79999; USA 1-800 221 2350; Australia 1300 727 707; China 010 8527 6100; Japan 03-5400 2331; Singapore 6235 2488; Thailand 02 645 8200. Click here for more information www.flysas.com/delegates.

# Audit, Risk & Governance Conference 2008
## Radisson SAS Royal Hotel, "Wonderful" Copenhagen - Denmark 29th - 31st October 2008

**MIS TRAINING INSTITUTE** — THE UNIQUE EVENT FOR AUDIT MANAGERS & DIRECTORS

## 5 Easy Ways to Register

Tel:  +44 (0)20 7779 8202
Fax:  +44 (0)20 7779 8293
Email: mis@mistieurope.com
Web:  www.mistieurope.com/audit
Mail: Guy Cooper, MIS Training, Nestor House, Playhouse Yard, London EC4V 5EX UK

## Customer Information

(please print or attach business card)

Delegate 1 Name                              Position
Delegate 2 Name                              Position
Delegate 3 Name                              Position
Organisation
E-Mail Address (Required)
Address

Country                                       Postcode
Telephone                                     Fax

The information you provide will be safeguarded by the Euromoney Institutional Investor Plc. group whose subsidiaries may use it to keep you informed of relevant products and services. We occasionally allow reputable companies outside the Euromoney Institutional Investor Plc. group to contact you with details of products that may be of interest to you. As an international group we may transfer your data on a global basis for the purposes indicated above. If you object to contact by telephone ☐, fax ☐, or email ☐ please tick the relevant box. If you do not want us to share your information with other reputable companies please tick this box ☐

When registering for this conference please quote WEB

## Registration Options - Register Early, Save Money!

Book by 27th August 2008 & save £200 Quote BRO to benefit from the £200 saving

| Pricing (please tick): | Book By 27th August: | Book After 27th August: | SAVE |
|---|---|---|---|
| ☐ Audit, Risk & Governance Conference (29 - 31 Oct) | £1,795 | £1,995 | £200 |

Special group savings – please call for details.

## Registration Information

(fees must be paid in advance of the event)
About the Venue: The event is taking place at:
Radisson SAS Royal Hotel, Hammerichsgade 1, Copenhagen 1611, Denmark
Tel: +45 38 15 65 00 / Fax: +45 33 42 63 00
Reservations: Toll Free for Europe: 00800 3333 3333
Toll Free for USA: +800 333 3333 www.royal.copenhagen.radissonsas.com
MIS has negotiated a number of discounted rate rooms as follows:
- Standard Single Room: £201
- Standard Double Room: £211

These rates include 15% service charge, 25% VAT & Breakfast. Rooms will be allocated on a 'first come first serve basis' & MIS cannot guarantee these rates.
Nestled in the heart of Copenhagen, the five-star Radisson SAS Royal is one of the most exclusive designer hotels in the city.
- The entire hotel from the exterior facade through to the swan and egg chairs gracing the lobby have been designed by famous Danish architect, Arne Jacobsen.
- The hotel building is a landmark of the Jet Age as it was Copenhagen's first major skyscraper showing off a breakthrough in building design.
- Located in the heart of Copenhagen, close to Tivoli, the walking street and the main train station.
- All 260 rooms and suites feature innovative Scandinavian design.
- Free broadband
- The Alberto K gourmet restaurant is on the 20th floor, while the Café Royal serves excellent meals in cosy surroundings.
- At the end of a busy day, relax and spoil yourself at our 2000-sqm fitness centre, which features state of the art exercise equipment and personal trainers for your assistance. Enjoy the dry/steam sauna or book a massage after your workout.

About the Official Airline for the Audit Risk & Governance Conference 2008:
The SAS Group is the Official Airline for the event. Simply quote event code DK0850 when calling your local SAS office & save up to 20% on your ticket. SAS conference discounts are valid on flights operated by SAS, Blue1, airBaltic, Wideroe, Spanair, Estonian* & SAS/Lufthansa code share flights from Germany. In addition discounts are offered when using SAS codeshare connecting flights operated by Cimber Air, Skyways & United domestic USA in connection with SAS transatlantic flight. * exceptions apply for Estonian.
SAS offers all participants to voluntarily offset their CO2 emission. Click here to calculate your total CO2 emission on your travel to/from the event & compensate http://sasems.port.se. Click here for more information www.flysas.com/delegates
Telephone numbers for SAS call centers:
Denmark 7010 3000; Norway 05400; Sweden 0770 727 727; Finland 06000-258 31; Europe +44 208 990 7270 ; Europe +49 69 2045 7999; USA 1-800 221 2350; Australia 1300 727 707; China 010 8527 6100; Japan 03-5400 2331; Singapore 6235 2488; Thailand 02 645 8200.

## Payment Method

Pay Online at www.mistieurope.com
(all fees must be paid in advance of the event)

☐ Cheque enclosed (payable to MIS Training)   ☐ Please invoice my company PO#

Please debit my credit card         ☐ AMEX  ☐ VISA  ☐ MasterCard

Card Number                                   Expiry
Cardholders name                              Verification Code

Please include billing address if different from address given

Please note that in completing this booking you undertake to adhere to the cancellation and payment terms listed below.

Cancellation Policy:
Should a delegate be unable to attend, a substitute may attend instead. A credit card or refund, minus 10% administration charge, is available if written notification is received by 9th October 2008. Thereafter no refunds will be given. MIS reserves the right to change or cancel this programme due to unforeseen circumstances. In the unlikely case that the conference is cancelled, a full refund will be given or the option to transfer to another relevant event.

Signature                                     Date
Approving Manager                             Position

## Please Send Me Information on

- 3rd Annual Audit, Risk & Governance Africa Conference 2008, 22 - 25 July 2008, La Palm Royal Beach Resort, Accra - Ghana
- Corporate Security Africa Summit 26 - 28 November 2008, Protea Hotel Balalaika Sandton, Johannesburg - South Africa
- 2nd Annual Chief Security Officer (CSO) Summit 2008, 8 – 10 December 2008, Beau-Rivage Hotel, Geneva – Switzerland www.mistieurope.com/cso
- 3rd Annual Fraud & Corruption Summit 2009, 18 - 20 March 2009, Brussels - Belgium
- Conferencia Internacional Latinoamericana: Auditoría, Riesgo, y Gobierno Corporativo, 1 – 3 abril 2009, México
- 2nd Annual CISO Executive Summit Middle East 2009, 18 – 20 May 2009, Muscat - Sultanate of Oman
- 6th Annual CISO Executive Summit 2009, 10 - 12 June 2009, Lisbon - Portugal

To Register Call +44 (0) 20 779 8202, Fax +44 (0) 20 7779 8293, Email: mis@mistieurope.com
or Visit www.mistieurope.com/audit