

*The annual gathering for SOX owners and users to improve their strategies and benefit from an open exchange of ideas*

# The Sarbanes-Oxley Strategic Symposium

*Maximizing Your SOX Efforts While Reducing Your Compliance Costs*

March 23-24, 2009
Orlando, FL
*Hard Rock Hotel at Universal Orlando Resort*

Optional Workshops
March 22 & 25, 2009

Symposium Chair



Joel F. Kramer, CPA
*Managing Director, Internal Audit Division
MIS Training Institute*

### Invaluable Case Studies from Industry-Leading Organizations...

- How **SunTrust Bank's** winning compliance strategy can apply to your organization

- Best practices from **UPS** on how to keep the Audit Committee and executive management committed to SOX

- **XL Capital's** integrated audit approach to 404 testing, the external audit plan and the internal audit annual plan

### Other Presenting Organizations Include:
Blockbuster; Avaya Inc.; Unitrin Internal Audit Services, Inc.; IIA; Huron Consulting Group; ExpertGRC LLC; Palaxar; The Ernesto Group LLC; Centex and ICG, Inc.

Sponsor



www.misti.com
E-Z Access OAP500



The International Leader in Audit & Information Security Training

**TRAINING AUDIT AND INFORMATION SECURITY PROFESSIONALS FOR OVER 30 YEARS**



## WELCOME

Dear Colleague,

Six years after the introduction of SOX, auditors are still spending countless hours and billions of dollars complying with the law. This year's symposium delivers proven strategies for overcoming the frustrations of SOX while cost-effectively capitalizing on the rewards of compliance. In the company of your peers, you will benefit from best practices used in organizations around the country and participate in open discussions of how you can get the most out of your SOX efforts and reduce your compliance costs.

I look forward to seeing you at this very exciting and rewarding event.

*Joel F. Kramer*

Joel F. Kramer, CPA
Managing Director, Internal Audit Division
MIS Training Institute

## Monday, March 23

**9:00 am – 9:30 am  Introduction and Welcome**
### SOX: Year Six
*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*

**9:30 am – 10:30 am**
SESSION 1
### SunTrust Bank's Strategy for SOX Compliance
*Martha Keith, CISA, PMP, Director, SunTrust Audit Services, SunTrust Banks, Inc.*
- Critical compliance issues SunTrust is currently addressing
- Integrating SOX compliance and internal audit activities
- Keeping management committed to SOX
- Addressing IFRS

**10:30 am – 10:45 am  Refreshments**

**10:45 am – 12:00 pm**
SESSION 2
### SOX: Where We Are and Where We Are Going
*Sue Mills, CPA, Director of Corporate Governance, Huron Consulting Group; Chair, Atlanta SOX/Internal Audit Council*
- Conclusions from the Atlanta/SOX Internal Audit Council of 180 members representing 90 organizations
- Members' ongoing SOX successes: key elements that made the difference
- IFRS and other major challenges facing Council members
- Unintended control benefits members realized from their SOX compliance efforts

**12:00 pm – 1:00 pm  Luncheon  Sponsored by Huron Consulting Group**

**1:00 pm – 2:15 pm**
SESSION 3
### IT SOX Compliance: The CAE's Perspective on Addressing Critical Risks
*Lynn Fountain, CPA, Founder, President, ExpertGRC LLC*
- IT controls and their application to ICFR
- AS5 requirements: re-defining the breadth and depth of application testing
- AS5's impact on validating key IT control activities
- Working closely with business areas

SESSION 4
### Assuming Responsibility for 100% of SOX Testing for Optimum Control
*Joe Dutcher, CIA, CPA, FLMI, Director, Internal Audit, Unitrin Internal Audit Services, Inc.*
- Ensuring management assumes process ownership and signs off on sections 302 and 404
- Meeting management's expectations...and exceeding them
- Retaining IA independence
- Re-balancing the management of IA
- Changing risks = changing fieldwork strategies

**2:15 pm – 2:30 pm  Refreshments**

**2:30 pm – 3:45 pm**
SESSION 5
### SOX and Its Ongoing Impact on the Internal Audit Profession
*David A. Richards, CIA, CPA, President, The Institute of Internal Auditors*
- The SOX issues all internal audit departments should continually address
- What's on the horizon: the most critical SOX challenges world-class departments will face
- How the SOX experience can be translated into other key control assessments
- Risk and control assessment as per the January 1, 2009 IIA Standards: Internal Audit's role

**3:45 pm – 5:00 pm**
SESSION 6  Panel Discussion
### SOX: Its Rewards and Its Frustrations
*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute; Sue Mills, CPA, Director of Corporate Governance, Huron Consulting Group; Chair, Atlanta SOX/Internal Audit Council; Martha Keith, CISA, PMP, Director, SunTrust Audit Services, SunTrust Banks, Inc.; Joe Dutcher, CIA, CPA, FLMI, Director, Internal Audit, Unitrin Internal Audit Services, Inc.; David. A. Richards, CIA, CPA, President, The Institute of Internal Auditors*

**5:15 pm – 6:15 pm  Reception**

## Tuesday, March 24

**9:00 am – 10:15 am**
SESSION 7
### Is Your Anti-Fraud Strategy Strong Enough To Be SOX Compliant?
*Edith Curry, JD, CEO, Palaxar*
- Differentiating fraud from greed: what it looks like and how to find it

- Need for strong controls over basic compensation, bonuses, and commissions: does your compensation plan encourage self-serving behaviors?
- Reconciling your fraud risks to your SOX controls: when does a mistake become fraud?
- Ensuring your audit committee is always aware of the SOX exposure to fraudulent financial transactions: how to present audit findings so your audit and risk committees fully understand them

SESSION 8
### Developing an Integrated Approach to 404 Testing, the External Audit, and the Internal Audit Annual Plan
*Steven Piferi, FLMI, Manager, Internal Audit, XL Capital; Tim Strong, BSc, ACA, Director, Internal Audit, XL Capital*
- Eliminating duplicate testing
- Seeking different perspectives on risk to the organization
- Speaking a common language: ensuring everyone is on the same page
- Coordinating communication with the audit committee and process owners

10:15 am – 10:30 am  Refreshments

10:30 am – 11:45 am
SESSION 9
### Partnering with Your Project Management Office
*Sanjiv Divatia, Senior Manager, Internal Audit, Avaya Inc.*
- Achieving a significant reduction in IA's involvement in SOX testing
- Building a Direct Assistance model with the external auditors and gaining buy-in from the PMO
- Leveraging the self-assessment process
- Integrating the PMO into the audit closing conference
- Joining with the PMO to report test results to the audit committee

SESSION 10
### Spreadsheet Controls: Preventing a SOX Blow-Up
*Glyn Smith, CPA, CIA, Senior Director of Internal Auditing and Internal Controls, Blockbuster, Inc.*
- Developing an inventory of significant spreadsheets
- Identifying and assessing the risks
- Developing appropriate controls and procedures, including prioritization based on levels of risk
- Documenting and establishing good testing processes
- Training employees on processes and procedures
- Selling senior management on the benefits of spreadsheet controls

11:45 am – 12:45 pm  Luncheon

12:45 pm – 2:00 pm
SESSION 11
### Keeping the Audit Committee and Executive Management Committed to SOX: A Case Study
*Mohammed Azam, CPA, Group Manager, United Parcel Service; Will Jacques, CMA, CIA, Sarbanes-Oxley Project Manager, United Parcel Service*

- Identifying the roles and responsibilities of the audit committee and executive management as per SEC and PCAOB guidance
- Developing approaches for keeping the audit committee and management aware of SOX compliance issues
- How UPS' certified self-assessment process helped create a sustainable compliance and monitoring function
- Establishing a rigorous remediation process

SESSION 12
### Lessons Learned: How Smaller Organizations Can Comply with SOX More Efficiently
*Howard Dean, Principal, The Ernesto Group LLC*
- SOX compliance: the rules are the same, regardless of size
- Building an efficient repository as early as possible
- Keeping the audit committee and senior management committed to compliance
- Instilling ongoing aggressiveness on AS5 and emerging risks

2:00 pm – 2:15 pm  Refreshments

2:15 pm – 3:30 pm
SESSION 13
### Successfully Transitioning IT Testing to the IT Organization
*Eric Moriak, CIA, CISA, CISSP, CGEIT, CISM, Director IT Audit, Centex*
- Recognizing that ultimate testing responsibility rests with the user organization
- The importance of IT testing and subsequent attestation by IT
- Streamlining the testing process to make it less of a burden
- Aggressively interpreting AS5 so that IT can concentrate on key IT risks
- Ensuring that key participants, including external audit, the user organization, and internal audit all agree on the process

SESSION 14
### Insourcing SOX Testing
*Brad Zolkoske, Internal Audit Director, ICG, Inc.*
- Insourcing for cost savings
- Coordinating SOX testing and business process responsibilities
- Establishing Internal Audit as the primary tester
- Maintaining flexibility to reduce key control testing
- Taking advantage of AS5 and SEC Guidance

3:30 pm – 4:30 pm
SESSION 15
### SOX Best Practices
*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*
- Achieving compliance...quicker and cheaper
- Making SOX a seamless part of the control environment
- Merging SOX into your ERM process
- Using SOX data to detect potential fraud

**To Register**
Mail: the form and payment to MIS Training Institute,
498 Concord Street, Framingham, MA 01702-2357
Call: (508) 879-7999  Fax: (508) 872-1153
E-mail: mis@misti.com
Web: www.misti.com  E-Z Access OAP500
IMPORTANT: Please refer to the Registration Code on the mailing panel when you register.

Times: The symposium registration desk at the Hard Rock Hotel' at Universal Orlando' Resort will be open Sunday, March 22, from 8:00-9:00 am and on Monday, March 23, at 8:00 am.

Symposium Tuition: $1695; after March 16, $1795
Symposium and one workshop: Add $495
Symposium and two workshops: Add $795

Tuition must be paid in advance. Tuition covers the symposium materials, refreshments, continental breakfasts, lunch on Monday and Tuesday, and receptions. Workshop tuition includes lunch and materials.

MIS Cancellation Policy: A full refund less a $100 administrative fee will be given for cancellations received 15 days or more before the event. Tuition is non-refundable for cancellations made 14 days or less before the event. You may, however, transfer your tuition to another MIS Training Institute event, less a $195 administrative fee. Transfers are valid for 12 months from the time of initial cancellation. Substitutions are welcome at any time. Those who do not cancel before the event date and who do not attend are responsible for the full non-refundable, non-transferable tuition. To cancel, call customer service at 508-879-7999.

Receptions: Participants will be welcomed with a Wine and Cheese Reception on Sunday evening between 4:30 and 5:30 pm. Participants are also invited to the reception that takes place on Monday evening from 5:15 pm to 6:15 pm.

CPE Credits: 15 CPEs for the symposium, and 7 for each optional one-day workshop.

Accommodations: A block of rooms has been reserved on a space-available basis at the Hard Rock Hotel at a rate of $259 per night until March 5, 2009. After that date, reservations may be made on a space-available, regular-rate basis. To book your reservations, contact the Hard Rock Hotel, 5800 Universal Blvd., Orlando, FL 32819, or call 407-503-2000.

### Hard Rock Hotel® at Universal Orlando® Resort



Located just a short walk, complimentary water taxi or shuttle away from the Universal CityWalk' entertainment complex and both Universal Orlando theme parks, the Hard Rock Hotel features five restaurants and lounges, including the famed Palm Restaurant; a 12,000-square-foot pool with beach sand, underwater stereo, and a 260-foot pool slide; a fitness center; and complimentary transportation to nearby SeaWorld', Discovery Cove', and the Wet 'n Wild' water park. Guest rooms include a 32" flat panel TV and integrated entertainment center, coffee maker and coffee, hair dryer and make-up mirror, and afford views of the hotel's scenic grounds.

Hard Rock Hotel ® Hard Rock Cafe International (USA), Inc. Universal elements and all related indicia TM & © 2007 Universal Studios. © 2007 Universal Orlando. All rights reserved.

# The Sarbanes-Oxley Strategic Symposium
MARCH 23-24, 2009, ORLANDO, FL
OPTIONAL WORKSHOPS - MARCH 22 & 25

Name  Mr.  Ms.  Mrs.  Dr.  Prof.  for Name Tag

Registration Code # (from your mailing label): _____

Job Title _____  No. of Employees in Company _____

Organization/Company _____  Industry _____

E-mail Address (Required) _____

Address _____  Mail Stop/Floor _____

City _____  State/Province _____  Zip+4/Mail Code _____  Country _____

Phone _____  Fax _____

## Session Choices (please circle one):
Monday, March 23:  3 or 4
Tuesday, March 24:  7 or 8   9 or 10   11 or 12   13 or 14

## Workshop Choices
Sunday, March 22: Optional Workshop W1
Wednesday, March 25: Optional Workshop W2

## Amount Due:
○ $1695 (Symposium only)
○ $2190 (Symposium and one optional workshop)
○ $2490 (Symposium and two optional workshops)
 *(Add $100 after March 16)*

## Payment Options:
Pay by check: ○ Please enclose check payable to MIS Training Institute
○ PERC # _____

Pay by credit card: Please call MIS Training Institute's Customer Service Department at (508) 879-7999 and have your credit card information ready.

○ Please correct my mailing label as indicated above.

## Please send information on:
○ FREE *TransMISsion Online Newsletter - Audit Edition*
○ FREE *MIS Course Catalog*
○ *SuperStrategies 2009*
○ In-House Seminars
○ Web-Based Training

The information you provide will be safeguarded by MIS Training Institute LLC, a part of the Euromoney Institutional Investor PLC Group, whose subsidiaries may use it to keep you informed of relevant products and services. As an international group, we may transfer your data on a global basis for the purposes indicated above. If you object to contact by: telephone  fax  email, please check the appropriate box. We occasionally allow reputable companies outside the Euromoney Institutional Investor PLC group to contact you with details of products and services that may be of interest to you. If you do not want us to share your information with other reputable companies, please check this box.

**www.misti.com** E-Z Access **OAP500**
MIS Training Institute, 498 Concord Street,
Framingham, MA 01702-2357
(508) 879-7999  Fax (508) 872-1153
E-mail: mis@misti.com



## OPTIONAL WORKSHOPS

### Sunday, March 22

9:00 am – 4:30 pm

### W1 Improving IT Audit's Role in SOX and Risk Management

*Richard H. Tarr, CIA, CISA, Senior Consultant, MIS Training Institute*

IT Auditors have a unique opportunity to proactively help IT management and the CIO understand, identify, assess, and test IT controls that manage significant risks, including those associated with financial reporting and regulatory compliance. To be sure, if key IT controls are not properly identified and assessed, organizations run the risk of documenting and testing controls that are not critical or integral to ensuring an effective risk management process is in place.

In this intensive workshop you will take an up-close look at the guidance that has been provided by the Information Systems Audit and Control Association (ISACA) regarding SOX controls assessment within IT organizations. You will also cover the Institute of Internal Auditors (IIA) and PCAOB guidance for identifying key controls at the business level. You will get tips on helping IT management develop a consistent, repeatable control assessment framework that can be relied upon to effectively manage, not only SOX compliance risks, but other risks as well. Attend this timely workshop to find out how you can make IT Audit the go-to department for helping IT meet SOX compliance requirements and manage other compliance and operational risks.

- The impact of PCAOB AS5
- COSO, COBIT, GAIT, and other sources of IT control guidance
- Addressing IT compliance within a common control framework
- Developing an IT risk assessment that addresses SOX and other compliance requirements
- Establishing IT management process ownership
- Remediating IT weaknesses and deficiencies in a timely manner
- Addressing key risks related to privacy, data protection, security, and intellectual property
- Approaches for addressing information security risk
- Ensuring that critical controls over applications, enhancements, and transactions are in compliance

4:30 pm – 5:30 pm

**Wine and Cheese Reception for Symposium Participants**

---

### The MIS High-Yield/No-Risk Guarantee

Attend this symposium and receive tools and techniques that will help you do your job better. If you do not, simply tell us why on your official company letterhead within 30 days of attending the event and we will give you a full credit toward another program.

---

### Wednesday, March 25

8:00 am – 2:00 pm

### W2 SOX Strategic Roundtable: Identifying and Overcoming Critical Challenges

*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute; Brad Zolkoske, Internal Audit Director, ICG, Inc.*

- The importance of integrating a SOX risk assessment into your ERM
- Strategizing IFRS
- Embedding SOX in the organization's control environment
- Ongoing communication with the audit committee and executive management to gain SOX commitment
- Coordinating SOX responsibilities between IA and compliance functions, and external audit
- Maximizing IA's role in SOX compliance
- Ensuring you include the external auditor in your SOX strategies
- Reacting to high-profile events
- Reporting material weaknesses and significant deficiencies
- Insourcing vs. outsourcing SOX testing

## SYMPOSIUM FACULTY

Mohammed Azam, CPA, *Group Manager,* United Parcel Service

Edith Curry, JD, *CEO,* Palaxar

Howard Dean, *Principal,* The Ernesto Group LLC

Sanjiv Divatia, *Senior Manager, Internal Audit,* Avaya Inc.

Joe Dutcher, CIA, CPA, FLMI, *Director, Internal Audit,* Unitrin Internal Audit Services, Inc.

Lynn Fountain, CPA, *Founder, President,* ExpertGRC LLC

Martha Keith, CISA, PMP, *Director, SunTrust Audit Services,* SunTrust Banks, Inc.

Joel F. Kramer, CPA, *Managing Director, Internal Audit Division,* MIS Training Institute

Will Jacques, CMA, CIA, *Sarbanes-Oxley Project Manager,* United Parcel Service

Sue Mills, CPA, *Director of Corporate Governance,* Huron Consulting Group; *Chair,* Atlanta SOX/Internal Audit Council

Eric Moriak, CIA, CISA, CISSP, CGEIT, CISM, *Director IT Audit,* Centex

Steven Piferi, FLMI, *Manager, Internal Audit,* XL Capital

David A. Richards, CIA, CPA, *President,* The Institute of Internal Auditors

Glyn Smith, CPA, CIA, *Senior Director of Internal Auditing and Internal Controls,* Blockbuster, Inc.

Tim Strong, BSc, ACA, *Director, Internal Audit,* XL Capital

Brad Zolkoske, *Internal Audit Director,* ICG, Inc.

# The Sarbanes-Oxley Strategic Symposium

*Maximizing Your SOX Efforts While Reducing Your Compliance Costs*

**Earn up to 29 CPEs by Attending!**

March 23-24, 2009
Orlando, FL

Optional Workshops
March 22 & 25

www.misti.com
E-Z Access **OAP500**

PRSRT STD
U.S. POSTAGE
**PAID**
HUDSON, MA
PERMIT #6

IMPORTANT: Please refer to the Registration Code below when you register.

Registration Code: OAP500A/ PDF

# The Sarbanes-Oxley Strategic Symposium

*Maximizing Your SOX Efforts While Reducing Your Compliance Costs*

March 23-24, 2009,
Orlando, FL
Optional Workshops
March 22 & 25, 2009

## Invaluable Case Studies from Industry-Leading Organizations...

- How **SunTrust Bank's** winning compliance strategy can apply to your organization

- Best practices from **UPS** on how to keep the Audit Committee and executive management committed to SOX

- **XL Capital's** integrated audit approach to 404 testing, the external audit plan and the internal audit annual plan

- And much more!

## Optional Workshops

*Improving IT Audit's Role in SOX and Risk Management* March 22

*SOX Strategic Roundtable: Identifying and Overcoming Critical Challenges* March 25



**MIS TRAINING INSTITUTE**
The International Leader in Audit & Information Security Training

Contents of this brochure copyright © 2009 MIS Training Institute, Inc. All rights reserved. Printed in U.S.A.

**Africa's Premier Event for Audit Directors, Risk Managers, Anti-Corruption Pioneers & Government Leaders**

### A Unique, Interactive Learning Format Includes

| | |
|---|---|
| 20th July | Enterprise Risk Management – Intensive Workshop |
| 21st July | Fraud & Corruption Summit 2009 |
| 22nd & 23rd July | Audit, Risk & Governance Africa Conference 2009 |
| | - Lining Up Assurance: Audit & Governance Today |
| | - Best Practice Audit, Ethics & Corporate Social Responsibility |
| | - Quality & Risk Assurance Audit to Fight the Latest Threats |
| 24th July | Audit of Information Security & Technology Summit 2009 |

**MIS TRAINING INSTITUTE**
The International Leader in Audit Training

## 4th Annual
# Audit, Risk & Governance Africa Conference 2009
### Accountability, Transparency & Strong Governance Across Business & Government

## 20th – 24th July 2009
Speke Resort & Conference Centre, Munyonyo, Shore of Lake Victoria, Uganda

### Opened by
- Honourable Ms. Syda N.M. Bbumba, Minister of Finance, Ministry of Finance, Planning & Economic Development, Uganda

### Chaired by
- Graham Joscelyne, Director, Joscelyne + Associates, Inc. & Chairman, Audit Committee for the UN World Food Programme, Former Auditor General, World Bank, U.S.

### Keynotes by
- Mr. José Luis Lopes da Mota, President, Eurojust
- Eddie R. Ouko, Auditor General, African Development Bank
- Andrew Jennings, Investigative Reporter & Author Specialising in Corruption in the Sports World (FIFA)
- Gert van der Linde, Lead Financial Management Specialist, World Bank
- George N. Ghines, Founder and Allied Partner, Allied Expertise FZE
- Mrs. Mary C. Nkosi, Deputy Governor, Reserve Bank of Malawi

### The International Speaker Panel Includes
- Andrew Smuts, Director, Standard Bank Africa Audit, Group Internal Audit, Standard Bank
- Christine Copestake, Head of Audit Services and Business Conduct - Europe & Asia, Molson Coors
- Crawford Robinson, Head of Global Compliance Investigations, AstraZeneca
- Dick Murianki, Head of Internal Audit, Kenya Airways Ltd.
- Dr. Eduardo Gelbstein, Adjunct Professor, Webster University (Geneva), Former advisor to the UN Board of Auditors and Former Director, UN International Computing Centre
- G.O. Lujwero Bwoch, Accountant General, Uganda
- Graham Ayre, Head of UK Audit, Lincoln Financial
- Henrik Frössling, Global Financial Risk Manager and Head of Internal Control, Volvo 3P
- Johan Hartman, Director of Fraud Management – Citi Security and Investigative Services, Citi
- Jona Owitti, Head of IS Audit, Chevron, Kenya
- Lady Olga Maitland, CEO, Money Transfer International
- Mark Carawan, Group Internal Audit Director, Barclays Bank
- Mrs. Keto Nyapendi Kayemba, Assistant Auditor General, Office of the Auditor General, Uganda
- Mrs. Mary Mugyenyi Rutamwebwa, Honourable Minister of Parliament, Nyabushozi County, Kiruhura District & Member, Member, Committee on Government Assurances & Committee on Foreign Affairs, Member Committee on Legal and Parliamentary Affairs
- Michael Musasizi, Senior Information Systems Auditor & Samuel Ome, Information Systems Security Manager, MTN Uganda
- Nadine Rix, Head of Internal Audit, Finatrade, Ghana
- Richard Hollis, CEO, Orthus Ltd.
- Alex Mugizi Bigirwa Twesigye, President, IIA Uganda
- Therese Draper, Senior Anti-Fraud Manager EMEA & Asia, Procter & Gamble

### Top Reasons To Attend!
- Spend dedicated time building trust-based relations & exchange experiences with like-minded peers from over 25 different countries
- Expand your contact base with keynote speakers from across the inter-governmental & governmental community – the African Development Bank, the World Bank, National Audit Offices, Central Banks & Ministries of Finance from across Africa...
- NEW for 2009 - Enterprise Risk Management (ERM) - intensive workshop!
- NEW - Roundtable on managing internal & external investigations & case studies to quash fraud & corruption
- Identify & respond to new business risks to turn your department into a major value adding unit
- Special Brief "The Media – Your Friends, Not Your Enemies" – learn tricks of the trade on how to benefit from good relations with the media
- Cutting-edge IT audit, security & control measures from the experts
- Breakfast clinic on audit committees & effective reporting lines – how to deal with ineffective management!
- Interactive roundtable on incorporating ethics into the workplace – led by Molson Coors
- Develop professionally through Continued Education Points - A total of 37 CPE credits are available over the full 5-days! Plus certificates & action points provided to facilitate your follow up reports!

**New Keynote speakers added**

"This international conference was both enriching & beneficial. The presentations were of the highest quality. I wish to thank MIS for the conference, which in addition has afforded me the opportunity to interact with colleagues from other nations & peers as well as accomplished practitioners in the private & public accountability business." - Anti-Corruption Directorate, Ministry of Finance Nigeria-Kano State, Public Complaints & Anti-Corruption Directorate Kano State, Office of the Auditor General, Nigeria – on attending the 3rd Audit, Risk & Governance Africa Conference 2008, Accra

Supporting Partner   Supporting Associations    Media Partners  

Register now at **www.mistieurope.com/auditafrica**
Email **mis@mistieurope.com**  Phone + 44 (0)20 7779 8202

26(a) Bates and Mokwa 001250

# 4th Annual AUDIT, RISK & GOVERNANCE AFRICA CONFERENCE 2009

20th – 24th July 2009, Speke Resort & Conference Centre, Munyonyo, Shore of Lake Victoria, Uganda

Accountability, Transparency & Strong Governance Across Business & Government

Dear Colleague,

Official Invitation:

MIS Training Institute EMEA is delighted to invite you & representatives from your organisation to attend this unique international conference, 4th Annual Audit, Risk & Governance Africa Conference 2009. The conference will take place from 20th – 24th July 2009 at the beautiful Speke Resort & Conference Centre, Munyonyo, on the shores of Lake Victoria, Uganda.

Traditionally opened by the Honourable Minister for Finance of the hosting country, this event is now well-established as Africa's premier event for chief audit executives, finance directors, fraud prevention & anti-corruption professionals to exchange dialogue with auditor generals, ministers of finance, business leaders & the inter-governmental community from across Africa.

Key discussions will focus around a practical & interactive learning format:

| | |
|---|---|
| 20th July | Enterprise Risk Management – New Workshop! |
| 21st July | Fraud & Corruption Summit 2009 |
| 22nd & 23rd July | Audit, Risk & Governance Africa Conference 2009 |
| | - Lining Up Assurance: Audit & Governance Today |
| | - Best Practice Audit, Ethics & Corporate Social Responsibility |
| | - Quality/Value For Money & Risk Assurance Audit |
| 24th July | Audit Of Information Security & Technology Summit 2009 |

Now in the fourth year, the 2009 conference will provide the ultimate forum to;

- develop 'best practice' audit capacity & strengthen governance frameworks to combat corruption & achieve full accountability across business & government
- turn audit, risk & governance professionals towards progressing national development by developing professional skills, ethics & frameworks in this area

### What's New For The 2009 Programme?

- Enterprise Risk Management (ERM) - intensive workshop! – optional extra day to understand ERM, how to implement it & learn how to fully assess the risk management capability & maturity of your business!
- "Managing Internal & External Investigations Roundtable" & case studies to quash fraud & corruption – led by multi-national organisations: Volvo; Citi; Procter & Gamble; AstraZeneca…
- Identify & respond to new business risks to turn your department into a major value adding unit – case study approaches by Standard Bank; Kenya Airways Ltd; Lincoln Financial; Barclays Bank; Finatrade Ghana..
- Special Roundtable! "The Media – Your Friends, Not Your Enemies" –learn tricks of the trade from an investigative journalist directly on how to benefit from good relations with the media for positive results on your anti-corruption strategy!
- Cutting-edge IT audit, security & control measures from the experts at Chevron; MTN Uganda; Orthus Ltd…
- Breakfast clinic on audit committees & effective reporting lines – rise & shine early & learn how to deal with ineffective management!
- "Incorporating Ethics Into the Work Place" – New interactive roundtable - led by Molson Coors
- Expand your contact base; meet keynote speakers from across the inter-governmental & governmental community – supported by the African Development Bank, the World Bank, National Audit Offices, Central Banks & Ministries of Finance from across Africa…
- Spend dedicated time building trust-based relations & share honest insights with peers internationally at various roundtables, panel discussions & workshops
- Develop your career through Continued Education Points - A total of 37 CPE credits are available over the full 5-days! Plus certificates, group photos & NEW for 2009 - summary of conference action points provided to facilitate your follow up reports!

### Spend dedicated time building trust-based relations with peers during a dedicated networking schedule

Please note these activities are subject to change. Full details will soon be announced.

Monday 20th July
Get acquainted at the pre-event Enterprise Risk Management (ERM) Workshop

Tuesday 21st July
Welcome drinks cruise across Lake Victoria on the 'Sun-Downer Boat',



Wednesday 22nd July
BBQ dinner in the poolside garden with traditional dancing & music

Thursday 23rd July
Breakfast clinic in join discussions on Audit Committees & reporting lines

Saturday 25th July
Optional day trip to Jinja markets & tour of local sights (extra costs apply)



Exciting New Business Opportunities with Senior Business & Government Leaders in Africa! Exhibition & Sponsorship at the 4th Annual Audit, Risk & Government Africa Conference 2009

At a time of great pressure to improve control & governance processes through realising the full potential of the audit function, this conference presents an excellent opportunity to promote your organisation's services & products to generate more business. If you are interested in meeting business leaders & audit executives from across Africa, Europe & beyond, then why not place your organisation's expertise on a platform - options range from exhibiting through to sponsoring a networking boat cruise or making your mark as a keynote speaker!

To become part of this event now & demonstrate your market leadership at this event, please contact:
Email: shook@mistieurope.com
Tel: +44 (0)20 7779 7200    Fax: + 44 (0)20 7779 8293

### Supporting Partner



Vicatel

Victoria Computers & Telecoms (VICATEL) - Our vision - To be a leader for the provision of business assurance & technology risk solutions in Tanzania, East Africa & the subregion. Our mission - To empower organisations and individuals to achieve greater success through the provision of superior business assurance & technology risk solutions; & in tandem to create job opportunities & wealth for national development. Our values - We value being: a results-oriented institution; a superior quality institution; a dynamic learning institution; accountable & a responsible corporate citizen. www.vicatel.com

### Supporting Associations

| | |
|---|---|
| The Institute of Internal Auditors (IIA) – Uganda & Nigeria www.theiia.org | Eastern Central & Southern African Federation of Accountants (ECSAFA) - www.ecsafa.org |
| Information Systems Audit and Control Association (ISACA) – Uganda, Tanzania, Kenya, Nigeria & Ghana - www.isaca.org | Association of Certified Fraud Examiners (ACFE) Nigeria - www.acfe.com |
| Institute of Certified Public Accountants of Uganda (ICPAU) www.icpau.co.ug | The Uganda Institute of Bankers (UIB) |

### Media Partners

 Re-Connect Africa - www.reconnectafrica.com

 African Banker - www.africasia.com/africanbanker

Africa Business - www.africasia.com/africanbusiness



To Register Call + 44 (0)20 7779 8202    Fax + 44 (0)20 7779 8293
Email mis@mistieurope.com    or Visit www.mistieurope.com/auditafrica

26(a) Bates and Mokwa 001251

# 4th Annual AUDIT, RISK & GOVERNANCE AFRICA CONFERENCE 2009

20th – 24th July 2009 Speke Resort & Conference Centre, Munyonyo, Shore of Lake Victoria, Uganda

Accountability, Transparency & Strong Governance Across Business & Government

## MONDAY 20TH JULY 2009
## Pre-Event Workshop – Enterprise Risk Management (ERM) – New!
### How to Build a 'Best Practice' ERM Plan: Practical Insights for Internal Auditors & Risk Managers

Registration 10:00, Coffee Break 11:15, Lunch 13:00, Tea Break 15:00, Close 16:30

Enterprise Risk Management (ERM) in business includes the methods & processes used by organisations to manage risks & take advantage of business opportunities related to the achievement of their objectives. ERM provides a framework for risk management. By identifying & proactively addressing risks & opportunities, business enterprises protect & create value for their stakeholders & enhance governance. However on occasions risk management is only a taken as a hollow gesture to appease without real commitment from the board or senior management.

The objective of this one day workshop is to arm internal auditors & risk managers with practical insights to ensure they leave the day confident in their skills to embed an effective enterprise-wide risk management process. You will tackle the key question of how audit can influence risk strategy to help gain management confidence in the organisation's ability to manage its risks in a fast changing environment. How can audit do this while pursuing its strategic & operational goals? Plus:

- Integrated risk management & the role of internal audit
- Thoughts on deepening the ERM process & avoiding over reliance on ERM
- Identifying your top audit risks
- Implementing a risk based audit approach that balances compliance issues
- What constitutes "good practice" in the different areas of risk
- How to build the ERM plan
- Key considerations in designing & integrating an ERM framework
- Determining objectives, scope & outcomes of your ERM framework
- Aligning ERM with your operating environment; one size does not fit all
- Capabilities & competencies: who should be responsible & accountable
- Designing & developing the ERM framework; why a pilot is good practice

### Attend This Workshop To

- Understand how to assess the risk management capability & maturity of your business & how to implement ERM
- Learn how to stimulate improvement at each stage of the risk management process
- Assess & prioritise risks to determine the contribution of each risk to the aggregate risk profile
- Discover how to raise risk awareness & embed risk management thinking & practice
- Understand 'risk appetite' & how to communicate it
- Balance both threats & opportunities to maximise value to the business
- Apply your ERM Process to GRC: a proactive role for internal audit
- Understand new & emerging risks – & how you can contribute
- Monitor & review the continual measurement & monitoring of the risk environment & the performance of the risk management strategies
- Gain insights into current best practice in risk management
- Treat & exploit risks including the development of strategies for controlling & exploiting the various risks

### Sessions Include

**Introducing Enterprise Risk Management (ERM)**
- Concepts behind risk management
- Taking stock of risk management
- Assessing the value of ERM
- What is a sound ERM framework?
- A common language – definitions & terminology
- Risk governance (structure, policies, supervision)
- Risk culture (philosophy, appetite, limits)
- Risk management process (identification, assessment, monitoring, reporting)

**Risk Management & Internal Audit**
- The risk management process: key steps
- Defining risk appetite
- ERM levels & reporting structures
- Risk assessment
- The board & risk leadership; audit & risk committees;
- How does senior management fit in?
- Employees
- Key business partners
- What is internal audit's role in ERM?

**Building The ERM Plan & Implementation Challenges**
- Risk management benchmarking – a starting point
- ERM design principles (accountability, transparency, etc.)
- Determining the objectives, scope & outcomes of ERM
- Aligning ERM to the operating environment
- Implementation: issues & challenges
- Awareness & education
- Capabilities & competencies
- Design, development, pilot
- Communicating the benefits
- New & emerging risk management challenges
- Embedding risk management throughout the organisation & culture
- Measuring & reporting your own performance

**Applying The Erm Process To Governance Risk Compliance (GRC): A Proactive Role For Internal Audit**
- A Framework for measuring & evaluating GRC capability
- Aligning GRC management processes & activities
- How to determine whether GRC initiatives deliver business value & optimise business performance
- What does GRC mean to us?
- GRC can achieve improved business results
- How to measure the true value & cost of compliance
- Regulatory requirements: Basel II and looming Solvency II; organization must be able to demonstrate that it is "in control"

**Led by: Frank Hailstones, Independent Consultant**

Frank, a seasoned professional with extensive audit & consulting experience in all aspects of governance, led the development of Axena's governance solutions to design & implement real-world processes that support Sarbanes-Oxley compliance. Prior to co-founding Axena, Hailstones spent 18 years with PricewaterhouseCoopers (PwC), the last 10 as a senior partner. He ran the PwC Internal Audit Practice, building the Europe, Middle East & Africa (EMEA) teams & network in 12 countries. He has led numerous outsourced internal audit appointments & conducted performance reviews of internal audit in diverse industries worldwide. Frank was the head of the PwC Global Team that developed the PwC Internal Audit Methodology & supporting technologies before moving into Business Risk Management where he led the firm's Business Risk Assessment approach. Frank is an internationally recognized speaker & author on a wide range of business governance issues. He is a member of the Institute of Internal Auditors (IIA) International Board & the Institute of Directors (IOD) in the U.K. He is a CA (Chartered Accountant -Scotland) and a member of the CPFA (Chartered Institute of Public Finance Accountancy) & the ACA (Association of Chartered Accountants- England & Wales).

26(b) Balas and Moluwa 001252

# 4th Annual AUDIT, RISK & GOVERNANCE AFRICA CONFERENCE 2009

20th – 24th July 2009 Speke Resort & Conference Centre, Munyonyo, Shore of Lake Victoria, Uganda
Accountability, Transparency & Strong Governance Across Business & Government

## TUESDAY 21ST JULY 2009
## Fraud & Corruption Summit 2009

**08:00 COFFEE & REGISTRATION**

**08:30 CHAIRMAN'S OPENING** Graham Ayre, Head of UK Audit, Lincoln Financial, UK

**KEYNOTE**

**08:40 HOW TO ASSESS THE MATURITY OF YOUR ETHICAL PROGRAMME**
Graham Joscelyne, Director, Joscelyne + Associates, Inc. & Chairman, Audit Committee for the UN World Food Programme, Former Auditor General, World Bank, U.S.

Leadership experience in governance & each of the key underpinning assurance functions: risk management, internal auditing, & compliance. His clients range from multilateral organizations, through the public sector, to large private sector financial services companies. He is involved in executive facilitation, strategy-setting, quality reviews, & compliance monitoring; He is knowledgeable about fraud & corruption, anti-money laundering, & ethical issues. He is Managing Director of Joscelyne + Associates, Inc & was the Auditor General of the World Bank Group. Currently he is a member of the Audit Committee of the UN Population Fund & Chairs the Audit Committee of the World Food Programme. He is active in the Institute of Internal Auditors, & leads & participates in quality assurance reviews.

**KEYNOTE**

**09:20 DEALING WITH FRAUD & CORRUPTION IN WORLD BANK FUNDED PROJECTS: FRAUD & CORRUPTION VS. POVERTY REDUCTION**
The World Bank funds a large number of development projects all over the world. Most of these are executed by Governments & their implementing entities, which are often exposed to high fraud & corruption risks. The speaker will elaborate the details & challenges in the World Bank's approach to deal with the risks of fraud & corruption in development projects. Participants will also develop an appreciation for international efforts by the development community to address the risks of weak governance, fraud & corruption, in the interest of poverty reduction.
Gert van der Linde, Lead Financial Management Specialist, World Bank

Located in the Pretoria office, Mr. van der Linde is a qualified Chartered Accountant in South Africa and has worked before as Accountant-general for South Africa (1995-2000) during which time significant Public Finance Management reform was designed and undertaken. He then worked for about three years as Head of Internal Audit for Absa Bank, one of the four largest commercial banks in South Africa. His current responsibilities include : (i) contributing to the development of the World Bank Africa Region overall financial management strategy, policy and work program and managing its implementation; (ii) knowledge management and capacity development, specifically on Financial Management Systems, Public Finance Management and Internal Audit; (iii) assisting Project teams and Country Directors with project or program design, negotiations, implementation and supervision, (iv) ensuring quality of the financial management work, and (v) developing and building client and donor partner relations at senior levels and playing a promotional role in generating new business for the Bank. He believes in God and aims to deliver impact through excellence and honesty.

**KEY CASE STUDY**

**10:00 THE AFRICAN DEVELOPMENT BANK'S APPROACH TO COMBATTING THE THREAT WITHIN**
Eddie R. Ouko, Auditor General, African Development Bank

Mr. Ouko has over 25 years of extensive experience in the auditing & accounting fields within the African Development Bank and in the Public & Private Sectors before joining the Bank. His experience has been acquired internationally in one of the Big Four firms of accounting in London & Nairobi. He has been involved in close networking with the other Heads of the Multilateral Development Banks (MDBs) & the UN Agencies for over 8 years & has participated in many important MDBs & UN Conferences on Corruption & Fraud Investigation. He is an Elected Member of the Audit Committee of the Food and Agricultural Organisation (FAO) & the United Nations Relief and Works Agency for the Palestine Refugees in the Near East (UNRWA).

**11:00 MORNING COFFEE BREAK**

**CASE STUDY**

**11:20 INTEGRITY IN BUSINESS RELATIONSHIPS: A CREATIVE APPROACH**
- An effective code of conduct – with teeth
- Conflicts of interest
- Business gifts & relationships
- Modelling ethical behaviour
- Policies & compliance

Christine Copestake, Head of Audit Services and Business Conduct – Europe & Asia, Molson Coors

Christine has 21 years of experience in senior management in the brewing industry. She started out as a Master Brewer & has worked in various roles in production, logistics, procurement, customer services, finance & Internal Audit. She took on the role of Head of Internal Audit and Business Conduct Europe in 2002 for the Coors Brewing Company (now Molson Coors) and took on the responsibility for Asia in 2004. She led the project to get the company ready for successful Sarbanes-Oxley section 404 compliance & certification in 2004.

**PANEL**

**12:00 WHEN CORRUPTION RULES: HOW CAN GOVERNMENTS & BUSINESSES AVOID THE SITUATION WHEREBY THE POLITICAL BITE IS NOT FULLY ACCOMPLISHED FOR FEAR OF LOSING BUSINESS OR GOVERNMENT REPUTATION?**
Looking at recent case studies of where political influence has had a negative impact on governance, i.e. peddling into organisational issues of financial mismanagement of public funds & when the culprits are protected by the state. How can governments & multi-national businesses best manage corruption threats?
- Transparency governing how contracts for the delivery of goods & public services are awarded
- Instilling ethics into government & business
- Making laws effective: The Foreign Corrupt Practices Act (FCPA) – what are the realities?
- Tips for managing compliance on a global scale
- Impeaching Ministers
- Practicing due diligence & influence peddling on accountability of public funds
- Who is to blame in this case?
- Monitoring of politically exposed persons (PEPs)
- When will the benefits of doing business ethically become of more value than the lure of hard cash?
- How has the recent uncovering of high profile frauds impacted your approach?

Chaired by: Eddie R. Ouko, Auditor General, African Development Bank
Panellists: G.O. Lujwero Bwoch, Accountant General, Uganda
Mrs. Mary Mugyenyi Rutamwebwa, Honourable Minister of Parliament, Nyabushozi, County, Kiruhura District, & Member, Member, Committee on Government Assurances & Committee on Foreign Affairs; Member, Committee on Legal and Parliamentary Affairs

**12:40 LUNCH**

**CASE STUDY**

**13:40 FRAUD MANAGEMENT IN PRACTICE – A LOOK AT HOW A MULTINATIONAL BANK MANAGES THE RISK OF FRAUD**
The speaker will discuss fraud management for financial institutions using examples from his own experience to turn theory into practice.
- Framework, policy & governance
- A fraud awareness training program
- Fraud risk assessment in practice
- Fraud management information

Johan Hartman, Director of Fraud Management – Citi Security and Investigative Services, Citi

Johan Hartman has approximately 19 years of experience in the investigation and management of fraud. He started his career in Fraud Investigations as a detective in the South African Police Service in 1990. Prior to that he was a fingerprint expert and crime scene investigator. As detective he served with the Commercial Crime Unit of the South African Police in various roles, the last being that of Manager of Training and Development, holding the rank of captain. In 1998 he joined the Standard Bank of South Africa as Fraud Investigator in their Internal Audit Department and in 2001 he joined Citi Security and Investigative Services. He managed the function for the Sub-Sahara African Region until he relocated to London to manage the Fraud Management Program in the EMEA Region. Since 2007 he has global oversight of Citi Security and Investigative Services' fraud management programme.

**CASE STUDY**

**14:20 FRAUD RISK: DOES MIDDLE MANAGEMENT REALLY GET IT?**
- How to engage Senior Management
- Make people understand the "win/win" of fraud prevention
- Make it real for Middle Management
- Flexible approaches to increase awareness

Therese Draper, Senior Anti-Fraud Manager EMEA & Asia, Procter & Gamble

Therese has worked with Procter & Gamble for the last 25 years with a primary focus on developing countries. She has worked extensively in the Middle East & Africa as well as Central and Eastern Europe. She is part of Internal Audit and is responsible for the EMEA Fraud Investigation team as well as global development of the company's Fraud Prevention and Detection efforts.

**KEY CASE STUDY**

**15:00 PREVENTION OF FRAUD & CORRUPTION IN ACTION**
This session will give you a flavour of risk governance in practice & lessons learned.
- Why is it difficult to think outside the box
- Examples from experience
- Developing a strong & sustainable awareness program
- Pragmatic approach to take the next step forward

Henrik Frössling, Global Financial Risk Manager and Head of Internal Control, Volvo 3P

Henrik Frössling has a long experience of implementing robust processes supporting businesses & preventing fraud & corruption. This experience has been acquired through positions inside the Volvo Group and positions outside the group as CFO for companies in different businesses, & when consulting companies. He joined Volvo 3P in 2003 and was the project manager for the Sarbanes-Oxley Act programme (SOX) within Volvo 3P.Volvo 3P is responsible for the Product Development, Purchasing, Product Planning & Product Range Management for the Volvo Group Truck operations.

**15:45 AFTERNOON TEA BREAK**

**INTERACTIVE PRACTICAL ROUNDTABLES**

**16:00 MANAGING INVESTIGATIONS**
Facilitated by: Crawford Robinson, Head of Global Compliance Investigations, AstraZeneca
Johan Hartman, Director of Fraud Management – Citi Security and Investigative Services, Citi
Therese Draper, Senior Anti-Fraud Manager EMEA & Asia, Procter & Gamble

A. EXTERNAL FRAUD: INVESTIGATING INTERNATIONAL ORGANISED CRIME ORGANISATIONS, PRACTISING DUE DILIGENCE….
Invaluable insights into investigating international organised crime organisations committing fraud in Africa.
- How that happens & why fraudsters operate from certain countries
- How do we handle business partners such as distributors from a fraud point of view? Minimising corruption in procurement management
- Buying advantage with customers: How much diligence is enough?
- KYC – know your customer, employee & supply chain: how to avoid doing business & engaging with the wrong people

B. INTERNAL FRAUD… HOW CAN ORGANISATIONS ENSURE THAT MANAGERS HAVE THE BEST POSSIBLE CHANCE OF SPOTTING AN EMPLOYEE COMMITTING FRAUD: FIGHTING THE FRAUD WITHIN
- Dealing with difficult interviewees at a fraud investigation: what to do when senior management is involved
- How can whistle-blowing systems work best
- What are the common behaviors among all employees who commit fraud?
- How to increase awareness levels
- When co-workers, supervisors & managers turn a blind eye, what is the true cost?
- Developing the investigative audit approach
- How can whistle-blowing systems best work
- Recent areas of particular concern

**KEYNOTE**

**17:00 DETECTING & PREVENTING FRAUD FROM THE WHISTLEBLOWER'S PERSPECTIVE**
This session will give you a flavour of risk governance in practice & lessons learned.
- Identifying the fraud out of a normal-looking business practice
- Dealing with colleagues at all levels & handling of cultural issues
- How to create an encouraging environment as a measure to prevent fraud

George N. Ghines, Founder and Allied Partner, Allied Expertise FZE

**SPECIAL KEYNOTE**

**17:30 WHISTLEBLOWING & HOW TO CRACK ORGANISATIONS WITH MAJOR DISHONESTY PROBLEMS – BRIBES & TICKET RACKETS IN THE SPORTING WORLD & LESSONS FOR BUSINESS & THE WORLD CUP 2010**

In May 2006, British investigative reporter Andrew Jennings' book Foul[11] caused controversy within the football world by detailing an alleged international cash-for-contracts scandal following the collapse of FIFA's marketing partner ISL, & revealed how some football officials have been urged to secretly repay the sweeteners they received. The book also spoke of blatant vote-rigging that went on behind closed doors in the fight for the continued control of FIFA. An internal investigation within FIFA was halted by the President of FIFA, which was seen by many as proof of his guilt. Andrew works with journalists and wider civil society in Africa who are working hard to combat corruption. Especially interesting keynote as we run up the World Cup in the summer of 2010. The corruption inside South Africa is more than adequately matched by the corruption FIFA is bringing to the party. Allocation of contracts from construction to hospitality, ticketing and travel packages is already unacceptable. Andrew will talk about whistle-blowing and how he cracks organisations with major dishonesty problems. Over the last few decades this has included Scotland Yard's Flying Squad, CIA and Iran Contra, the Palermo Mafia and their UK operations and Central Asian heroin trafficking. He has munched caviar with the Chechen Mob in the Caucasus Mountains; got a suspended jail sentence from the International Olympic Committee (prior to the Salt Lake City bribes scandal) for alleging corruption and am banned from all their functions by FIFA. He encourages businesses & governments to think about their own relationships with media – & why they don't demand enough investigation & disclosure. He will also give some insights into corruption in football in Uganda and East Africa!
- Latest FIFA allegations
- Bribes, fixers & ticket rackets – potential for corruption at the World Cup 2010 South Africa
- 'How to Buy Gold Medals'
- Exposing corruption in the sporting world
- Current Investigations & cracking organisations with dishonesty problems

Andrew Jennings, Investigative Reporter & Author Specialising in Corruption in the Sports World (FIFA)

Andrew is an investigative reporter, writer & film maker, specialising in corruption in the sporting world, especially at FIFA & the role of Sepp Blatter. Andrew has been chasing bad men around the world for three decades. In the 1980s were spent pondering the curious relationship between London's top gangster & the city's top detective. He made a one-hour documentary for the BBC that will not show so he quit and, with Paul Greengrass (United 93), remade it for Granada TV's World in Action programme in 1986. That brought the first award. He graduated in organised crime by filming nose to nose with the Mob in Palermo as they exported tonnes of heroin to England & America. This was essential preparation for his next investigation the International Olympic Committee. Revealing the IOC's president was an unrepentant jack-booting, right-arm-waving Franco fascist got him a 5-day jail sentence in Lausanne, Switzerland. Blair-shirted Juan Antonio Samaranch donned the photographic evidence, lied in court & as his last act, super IOC members & officials nodded their heads supportively. Currently Andrew is the only reporter in the world banned from FIFA president Sepp Blatter's press conferences. He suspects the leader of the People's Game fears this reporter might stand up and wave embarrassing items from his unique archive of confidential FIFA documents. His new book about FIFA is in 12 languages, despite an attempt by Herr Blatter using FIFA funds in Switzerland to persuade a Zurich court to impose a global ban. After 20 years elsewhere Andrew was welcomed back into the bosom of the BBC & the accompanying Panorama programme was World Cup's Dirty Secrets – all of the facts which he, FIFA officials & directed at him.

**18:15 CLOSE OF DAY ONE & WELCOME DRINKS CRUISE ON LAKE VICTORIA ON THE 'SUN-DOWNER' BOAT**

# 4th Annual AUDIT, RISK & GOVERNANCE AFRICA CONFERENCE 2009

20th – 24th July 2009 Speke Resort & Conference Centre, Munyonyo, Shore of Lake Victoria, Uganda

Accountability, Transparency & Strong Governance Across Business & Government

## WEDNESDAY 22ND JULY 2009
## Audit, Risk & Governance Africa Conference 2009
### Lining Up Assurance: Audit & Governance Today

**08:30 COFFEE & REGISTRATION**

**08:45 CHAIRMAN'S OPENING & INTRODUCTION**
Graham Joscelyne, Director, Joscelyne – Associates, Inc. & Chairman, Audit Committee for the UN World Food Programme, Former Auditor General, World Bank, U.S.

**09:00 OFFICIAL OPENING CEREMONY**
Honourable Ms. Syda N.M. Bbumba, Minister of Finance, Ministry of Finance, Planning & Economic Development, Uganda

**09:30 AUDITING GOVERNMENT: WHAT ARE THE BIGGEST CHALLENGES FOR TODAY'S AUDITOR GENERAL?** *(KEYNOTE)*
- Seeing Internal Audit as a strategic tool
- Adopting professional standards
- What constitutes a "best-class" audit function?
- What is the progress on techniques for corruption audit? What are the expectations?
- Civil society engagement – who are we working for? Co-operation on governance in the international community
- Gaining support at ministerial level

Mrs. Keto Nyapendi Kayemba, Assistant Auditor General, Office of the Auditor General, Uganda
Mrs. Kayemba Keto MBA, ACCA, CISA, is the Assistant Auditor General of the Government of Uganda. Prior to her present appointment, she was the Acting Director of Audit, Central Government. She is also currently the Accounting Officer of the Office. She joined OAG as an Auditor in November 1985. In March 1992, she was promoted to Senior Auditor & deployed to head Jinja Regional Branch Office. She became Principal Auditor in January 1995. She was offered accelerated promotion to position of Assistant Director of Audit in June 2004. Mrs. Kayemba is a Chartered Certified Accountant & a Certified Information Systems Auditor (CISA). She also holds a B.com & MBA of Makerere University. She has undertaken extensive training in IT Audit, Management, Audit Instruction Techniques, & Performance Audit.

**10:00 HOW CAN THE AUDIT FUNCTION BEST ENHANCE YOUR BUSINESS OPERATIONS** *(KEY CASE STUDY)*
Mark Carawan, Group Internal Audit Director, Barclays Bank
Mark joined Barclays as Barclays Internal Audit Director (BIAD) in January 2003 with responsibility for undertaking major transformation of Barclays' Internal Audit. Reporting to the Group Chief Executive Officer & Group Audit Committee Chairman, Mark is responsible for BIA's delivery of audit assurance on governance, risk management & control across the Barclays Group globally to Executive Management & the Board. Prior to joining Barclays, Mark was Managing Partner responsible for Enterprise-wide Assurance to wholesale financial services institutions at Deloitte (UK), where he was engaged in various assignments involving risk management & internal control transformation, particularly as a result of regulatory requirements. Formerly, Mark was Managing Partner for Anderson's global Privatisation and Emerging Markets practice with responsibility for overseeing business activities in over fifty non-OECD countries while also being the lead partner on a number of financial sector restructuring and individual bank rehabilitation assignments around the world.

**11:00 MORNING COFFEE BREAK & GROUP PHOTO**

**11:20 BEEFING UP ASSURANCE & GOVERNANCE IN TURBULENT TIMES: ENHANCING ACCOUNTABILITY & STAKEHOLDER ENGAGEMENT** *(PANEL)*
Good governance is no longer an option. For the board, effective & value-adding oversight role has never been more important & a disciplined approach to the improvement of risk management, control & governance processes is required.
- What lessons can be learnt & how do difficult economic times impact the overall audit frameworks, approaches to be taken etc.
- What internal regulations monitor &, more importantly, ensure responsible behaviour?
- Protecting the credibility & stability of the central bank in a changing landscape
- Examining the role of regional economic commissions as financial watch dogs
- How policy makers & international aid organizations can make effective use of indicators for strategy planning
- Can public confidence & trust in organisations be recaptured?
- What do governors, the board & senior managers actually want from an internal audit function? Do their interests always align?
- How can the audit function enhance your business operations
- Developing frameworks for accountability & transparency
- What audit measures are in place to protect the credibility & stability of your organisation?

Chaired by: G.O. Lujwero Bwoch, Accountant General, Uganda,
Graham Joscelyne, Director, Joscelyne – Associates, Inc. & Chairman, Audit Committee for the UN World Food Programme, Former Auditor General, World Bank, U.S.
Key Panellists: Mr. Lopes da Mota, President, Eurojust, Gert van der Linde, Lead Financial Management Specialist, World Bank, Eddie R. Ouko, Auditor General, African Development Bank, Mark Carawan, Group Internal Audit Director, Barclays Bank UK, Mrs. Mary C. Nkosi, Deputy Governor, Reserve Bank of Malawi

**12:00 COMMUNICATING WITH IMPACT & SUGGESTIONS FOR ENHANCED AUDIT COMMITTEE REPORTING** *(KEY CASE STUDY)*
Practical insights on how the presentation of the results of audit can play a significant role in achieving Internal Audit's objectives, as well as enhancing perceptions / relationships. The session will also include suggestions for improving Audit Committee reporting.
Andrew Smuts, Director, Standard Bank Africa Audit, Group Internal Audit, Standard Bank
Andrew has been with the Standard Bank Group for 18 years, the last 12 of which have been with the Group Internal Audit function (GIA). He has occupied various roles within GIA & has been responsible for the audit activities across a broad spectrum of the bank's operations. In his current position, Andrew is responsible for the audit coverage of the Group's subsidiary banking operations in the rest of Africa i.e. Standard Bank Africa. Standard Bank, also trading as Stanbic Bank, currently operates in 16 African countries outside South Africa. Audit teams are located in 13 of the countries. Andrew is based in Johannesburg, South Africa but travels regularly into the rest of Africa to meet with staff, management & key stakeholders.

**12:40 THE CHANGING FACE OF INTERNAL AUDIT (CASE OF KENYA AIRWAYS LTD)** *(CASE STUDY)*
- The shifting internal audit landscape- evolution of the current internal audit function
- Managing the clients' expectation gaps-stakeholders diverse demands on the internal audit function
- Capacity building within the internal audit function.
- The role of technology in the development of the I.A function
- Internal audit & risk management-the convergence
- Consultancy- a bridge between audit core or traditional role & the enterprise business plans

Dick Murianki, Head of Internal Audit, Kenya Airways Ltd.
Mr. Murianki has extensive auditing & consulting experience of over 15 years. He has led Kenya Airways Internal Audit team in changing the traditional face of an auditor to that of an internal consultant & partner. In his capacity as the Head of Internal Audit & Corporate Risk Assessment for the last 4 years, he has spearheaded the risk assessment process & delivery of internal consultancy services to Management on projects, specifically Information Systems. Prior to his current position, he held management positions in Finance and Commercial departments within Kenya Airways for about 4 years. He has previously worked at Ernst & Young gaining experience of over 8 years in the fields of accountancy, consultancy, taxation, & auditing. Mr. Murianki is currently leading a project aimed at embedding risk management & control awareness across the KQ business.

**13:00 LUNCH**

**14:15 AUDITING FINANCIAL TRANSPARENCY IN REMITTANCES & MICROFINANCE** *(KEY CASE STUDY)*
- Financial disclosure
- Auditing & reporting
- Standards & codes for the transfer of money
- Constraints accounting, audit & Financial Reporting
- Providing transparency & comparability enabling MFIs to be sustainable & reach scale
- Advancing financial transparency in African microfinance

Lady Olga Maitland, CEO, Money Transfer International
Prior to her current role as CEO of the Money Transfer International, Lady Olga was instrumental in 2005 with the establishment of IAMTN, the trade association for all forms of money transfers including money service businesses, prepaid cards, mobile telecom companies, banks & the utilities such as SWIFT & Earthport. In addition she was responsible for relations with the regulators including, FATF, OFAC, FINCEN, the FSA & Central Banks. Lady Olga is also CEO of the Defense & Security Forum. She is a regular speaker on the global perspective of money transfers & on anti-money laundering issues. Before her appointment to IAMTN Lady Olga was an international consultant. From 1992 to 1997 she was Conservative Member of Parliament. Prior to that she had been a leading journalist with the Sunday Express & other publications.

**15:00 AUDIT'S ROLE IN ADDRESSING REPORTING STANDARDS & DISCLOSURE IN THE BANKING SECTOR** *(PANEL)*
- Predicting & understanding risks & exposure
- How can regulation help in promoting sound financial systems? Improving quality of bank system supervision
- Adopting international financial reporting standards
- A call for disclosure: enhancing transparency of financial reports
- Ensuring the quality of reporting
- International Financial Reporting Standards (IFRS)
- Constraints to high standard audits, disclosure

Chaired by: Mark Carawan, Group Internal Audit Director, Barclays Bank (UK)
Panellists: Andrew Smuts, Director, Standard Bank Africa Audit, Group Internal Audit, Standard Bank, Lady Olga Maitland, CEO, Money Transfer International

**15:30 AFTERNOON TEA BREAK**

### Best Practice Audit, Ethics & Corporate Social Responsibility Strategy

**15:45 ANTI-BRIBERY / ANTI-CORRUPTION (ABAC) IN THE PHARMA SECTOR: AN INSIGHT INTO STRUCTURE, PROCESS & PRACTICALITIES OF COMPLIANCE** *(KEY CASE STUDY)*
- The compliance framework: a review of the compliance organisation, roles & responsibilities; centralisation vs. de-centralisation
- Company values vs. rules - is it an either / or? Does one size fit all?
- What are the influences & is there ever a right answer?
- Investigations - cause & effect
- Issues & risk profile; detection & reporting routes; ensuring a structured approach in investigations & maximising learning opportunities

Crawford Robinson, Director of Global Compliance Investigations, AstraZeneca
A qualified Biochemist, Crawford has an M.Sc. in Information Security, an MBA & is a graduate of the JFK School of Government. He joined AstraZeneca in 2007 from Kraft Foods where he was Security Director responsible for all operations outside North America, including investigations. Crawford previously spent 18 years in the police service with national & international assignments which included Boston Police Department, security advisor to the International Criminal Court at the Hague, & various UK government bodies.

**16:25 FACILITATED DISCUSSION ROUNDTABLES – PLEASE SELECT YOUR PREFERENCE:** *(FACILITATED DISCUSSION ROUNDTABLES)*

**A – INCORPORATING ETHICS INTO THE WORK PLACE-ROUNDTABLE**
- Ways to promote & access the ethical environment through audit
- How can you the auditor turn ethics & Corporate Social Responsibility to fight fraud & corruption?
- Asking the right questions to identify flaws in decision-making approaches that can lead to questionable practices
- Enhancing management's reputation through ethical leadership
- What are the key issues & risks?
- Honing a win-win situation for you company & the societies in which it operates
- Testing out your ethics skills on the issue of corruption

Led by: Christine Copestake, Head of Audit Services and Business Conduct -Europe & Asia, Coors Brewers (UK)

**B – IMPLEMENTING YOUR BUSINESS CONTINUITY PLAN – ROUNDTABLE**
Facilitated by: Speaker, ISACA KENYA
This session will assist participants in understanding the implementation & audit aspects of Business Continuity Planning, ensuring continuous business operation & survival in the face of disruption.

**17:00 THE MEDIA – YOUR FRIENDS, NOT YOUR ENEMIES NEW – SPECIAL BRIEFING!** *(SPECIAL BRIEFING)*
How to create & benefit from good relations with media, especially investigative reporters. If they are leaked truthful information about corruption it can yield positive benefits. Sources emerge with copies of documents thought long destroyed. The bad guys start to fall out and try for their own deals with the investigators. Public sentiment gets behind the auditors and the rest of the media has to follow. Professionals are right to be cautious – if not distrustful of many journalists – but there are good men and women out there and relationships can be built with them. Learn the tricks of the trade from an investigative journalist directly!
Andrew Jennings, Investigative Reporter & Author Specialising in Corruption in the Sports World (FIFA)

**18:00 CLOSE OF DAY TWO**

**18:15 RECEPTION & BBQ DINNER IN THE POOLSIDE GARDEN WITH DANCING & TRADITIONAL MUSIC**

# 4th Annual AUDIT, RISK & GOVERNANCE AFRICA CONFERENCE 2009

20th – 24th July 2009, Speke Resort & Conference Centre, Munyonyo, Shore of Lake Victoria, Uganda

Accountability, Transparency & Strong Governance Across Business & Government

## THURSDAY 23RD JULY 2009
### Audit, Risk & Governance Africa Conference 2009

**Optional Breakfast Clinic**

**07:00 HOW CAN THE INTERNAL AUDITOR SUPPORT & GUIDE AN AUDIT COMMITTEE TO GREATNESS?**
- Corporate governance - expectations & realities for audit committees
- Balance - director roles & management
- Relationships - boards, audit committees, management & other interested parties
- Attributes of a great audit committee
- How to deal with a weak Audit Committee

**EFFECTIVE REPORTING LINES: WHO TO REPORT TO, WHEN, HOW & THE ROLE OF NON-EXECUTIVE DIRECTORS**
- How can audit committees support the work of the internal auditor?
- How to address issues such as the engagement of external auditors
- Who should be the pioneer of the fight against fraud & corruption?
- What to do if senior management or the board level are involved in an incident
- Shareholder value: what is shareholder value & why is it important?
- Achieving true independence of Office from the Executive Arm
- How should Audit fit into the whole governance structure?
- How can audit gain buy-in from the Board & Audit Committee
- Reporting on your own reporting line
- Can public confidence & trust in organisations be recaptured?

**08:30 MORNING COFFEE**

**08:45 CHAIRMAN'S RE-OPENING**
Lady Olga Maitland, CEO, Money Transfer International

## Quality & Risk Assurance Audit to Fight the Latest Threats

**KEY CASE STUDY**

**09:00 BARCLAYS APPROACH TO FRAUD & CORRUPTION**
Mark Carawan, Group Internal Audit Director, Barclays Bank

Mark joined Barclays as Barclays Internal Audit Director (BIAD) in January 2003 with responsibility for undertaking major transformation of Barclays' Internal Audit. Reporting to the Group Chief Executive Officer & Group Audit Committee Chairman, Mark is responsible for BIA's delivery of audit assurance on governance, risk management & control across the Barclays Group globally to Executive Management & the Board. Prior to joining Barclays, Mark was Managing Partner responsible for Enterprise-wide Assurance to wholesale financial services institutions at Deloitte (UK), where he was engaged in various assignments involving risk management & internal control transformation, particularly as a result of regulatory requirements. Formerly, Mark was Managing Partner for Andersen's global Privatisation and Emerging Markets practice with responsibility for overseeing business activities in over fifty non-OECD countries while also being the lead partner on a number of financial sector restructuring and individual bank rehabilitation assignments around the world.

**KEY NOTE**

**10:00 THE EUROPEAN UNION APPROACH TO CROSS-BORDER SERIOUS ORGANISED CRIME**
Mr. José Luis Lopes da Mota, President, Eurojust

**CASE STUDY**

**10:40 WORKING EFFECTIVELY WITH LIMITED RESOURCES**
Nadine Rix, Head of Internal Audit, Finatrade, Ghana

**11:20 MORNING TEA BREAK**

**PANEL**

**11:40 ADDING VALUE: HOW CAN AUDIT POSITION ITSELF AS A BUSINESS INNOVATOR?**
- Evaluating internal audit's performance
- How does internal audit need to adapt?
- How can internal audit become part of the corporate survival plan
- Identifying cost savings & dealing with cost-oriented management style
- Should audit be measured on savings?
- Who is looking at the indicators to see what is already going on?

Chaired by:
Jona A. Owitti, Regional IT Audit Manager – Africa, Middle East and Pakistan, Chevron Corporation & President, ISACA Kenya Chapter (KENYA)

Panellists:
Alex Mugizi Bigirwa Twesigye, President, IIA Uganda
Nadine Rix, Head of Internal Audit, Finatrade, Ghana
Frank Hailstones, Independent Consultant
Richard Hollis, CEO, Orthus Ltd

**GROUP EXERCISE**

**12:20 "THINK LIKE A THIEF" – SCENARIO PLANNING - WHAT WOULD YOU DO?**
The audience will be given a company profile & fraud scenario to plan fulfilling the following requirements that a) you gain more than $10,000 and b) that you don't get caught. Each table will then share their ideas & a small prize will be given to the most ingenious would be "fraudster" team.
Led by: Henrik Frössling, Global Financial Risk Manager and Head of Internal Control, Volvo 3P

Henrik Frössling has a long experience of implementing robust processes supporting businesses & preventing fraud & corruption. This experience has been acquired through positions inside the Volvo Group and positions outside the group as CFO for companies in different businesses & when consulting companies. He joined Volvo 3P in 2003 and was the project manager for the Sarbanes-Oxley Act programme (SOX) within Volvo 3P. Volvo 3P is responsible for the Product Development, Purchasing, Product Planning & Product Range Management for the Volvo Group Truck operations.

**13:10 LUNCH**

**14:10 RE-POSITIONING INTERNAL AUDIT: THE JOURNEY TO ACHIEVING WORLD CLASS STATUS: BEST PRACTICES TO MATCH THE CHALLENGES**
- Governance's call to perfection, internal audit's strive to action
- Changing business, are you in the right place?
- Is there anything to borrow from comparable organizations?
- What keeps top Management and the Board awake?
- The anchors, Manual and Charter; how appropriate are they?
- How suitable is the internal audit team?
- Support to execute strategies; what needs to be improved?
- Performance; are there adequate means for feedback?

Alex Mugizi Bigirwa Twesigye, President, IIA Uganda

Alex is a Director – Enterprise Risk Services at Deloitte & Touche, Uganda. He has been in internal audit for a number of years and some of his previous positions include Head of Internal Audit at both Uganda Communications Commission and Uganda Red Cross Society. Alex is currently the President, Institute of Internal Auditors (IIA) – Uganda and he is also a member for IIA-Uganda's Board of Trustees. Alex has a wide array of professional qualifications including: Certified Accountant (ACCA), Certified Internal Auditor (CIA), Certified Information Systems Auditor (CISA) and Certified Government Auditing Professional (CGAP).

**CASE STUDY**

**14:40 CAN INTERNAL AUDITORS GIVE STAKEHOLDERS WHAT THEY WANT?**
Graham Ayre, Head of UK Audit, Lincoln Financial

Graham has been in this role for about 10 years. Amongst his other responsibilities, he has worked for the past 7 years with a small team of staff responsible for implementing an enhanced risk assessment process throughout the companies, as well as determining how the companies could best satisfy the requirements of the regulatory regimes both in the UK (the FSA requirements) & the US (the Sarbanes-Oxley Act requirements). Prior to joining Lincoln, Graham qualified as a chartered accountant & worked for Ernst & Young for over 13 years, mainly as an external auditor. Apart from working for E&Y in the UK, he spent a year working overseas for Ernst & Young in Papua New Guinea & Australia.

**CASE STUDY**

**15:20 WHAT ATTRIBUTES ARE NEEDED TO BUILD A HIGHLY EFFECTIVE RISK-BASED AUDIT PROGRAMME?**
- How can partnering with the audit committee, executive management, external auditors, & the Chief Risk Officer result in optimal risk-based outcomes?
- Capturing emerging risks & the key to minimising the potential of risk to the organisation's reputation
- Balancing compliance & enterprise risk
- Integrating governance risk & compliance frameworks – what does this involve?
- Identifying key governance processes & controls
- Evaluating risk exposures

Nadine Rix, Head of Internal Audit, Finatrade, Ghana

Nadine started work with PwC as audit clerk in 2001. She then qualified as South African Chartered accountant. In 2004, she was management accountant for JSE listed company before becoming Head of Internal Audit MTN Nigeria in 2005. In 2008, she started as Head of Internal Audit Finatrade Limited in Ghana.

**16:00 AFTERNOON TEA BREAK**

**CASE STUDY**

**16:20 MOVING TOWARDS CONTINUOUS MONITORING & END TO END AUDIT - WHY IS THIS NECESSARY?**
- Identifying key governance processes & controls
- Evaluating risk exposures
- Ensuring a process for compliance
- Embedding continuous testing of financial controls into core processes
- Promptly remediating issues before they impact stakeholder confidence

Jona A. Owitti, Regional IT Audit Manager – Africa, Middle East and Pakistan, Chevron Corporation & President, ISACA Kenya Chapter (KENYA)

Jona has over 23 years of experience in the information technology & systems arena, of which the last 20 have been devoted primarily to Information Systems (IS) audit, risk, control, & IT governance. During the last 20 years, Mr. Owitti has conducted & supervised numerous IS audit, control & IT security-related assignments in some 30 countries spread across the globe (Africa, Asia, Europe, North America, and Oceania). Prior to joining Chevron Corporation's employment some 20 years ago, Mr. Owitti worked in various public & civil service departments of the Government of Kenya. Jona Owitti is a Certified Information Systems Auditor (CISA), holds a Master of Science degree in Computer Science from the University of Dundee, United Kingdom, and a Bachelor of Education (Science) degree in Mathematics from the University of Nairobi, Kenya. Mr. Owitti is currently the President (and founder member) of ISACA Kenya Chapter (2007 – 2009) & is a member of the Institute of Internal Auditors (IIA) & holds further leadership roles in other economic & socio-cultural organisations.

**17:00 INDUSTRIAL ESPIONAGE: WHO'S DOING IT, HOW TO IDENTIFY IT & HOW TO STOP IT**
Richard Hollis, CEO, Orthus Ltd.

Richard is a Certified Information Security Manager (CISM), Certified Protection Professional (CPP) and a Payment Card Industry (PCI) Qualified Security Assessor (QSA). Richard possesses extensive hands on skills & experience in designing, implementing & managing comprehensive information security programmes & architectures for technology driven companies. Over the course of his career Richard has served as Director of Security for Phillips, Paris, & Deputy Director of Security for the US Embassy Moscow Reconstruction Project as well as a variety of sensitive security positions within the US government & military. In addition to his work with Orthus, Richard serves on several security technology company boards & security industry advisory councils.

**17:40 CLOSE OF DAY THREE**

# 4th Annual AUDIT, RISK & GOVERNANCE AFRICA CONFERENCE 2009

20th – 24th July 2009 Speke Resort & Conference Centre, Munyonyo, Shore of Lake Victoria, Uganda

Accountability, Transparency & Strong Governance Across Business & Government

## FRIDAY 24TH JULY 2009
## Audit of Information Security & Technology Summit
### Protecting Key Information Assets & Customers

**08:30 COFFEE & REGISTRATION**

09:00 CHAIRMAN'S OPENING

09:05 IT GOVERNANCE: MAKING ISO 38500, COBIT & ValIT FIT IN THE REAL WORLD *(KEY CASE STUDY)*

Richard Hollis, Chief Executive Officer, Orthus Ltd

Richard is a Certified Information Security Manager (CISM), Certified Protection Professional (CPP) and a Payment Card Industry (PCI) Qualified Security Assessor (QSA). Richard possesses extensive hands on skills & experience in designing, implementing & managing comprehensive information security programmes & architectures for technology driven companies. Over the course of his career Richard has served as Director of Security for Phillips, Paris, & Deputy Director of Security for the US Embassy Moscow Reconstruction Project as well as a variety of sensitive security positions within the US government & military. In addition to his work with Orthus, Richard serves on several security technology company boards & security industry advisory councils.

10:00 USING DATA ANALYSIS TOOLS IN THE AUDIT PROCESS *(CASE STUDY)*

- Determining data needs
- Understanding different data formats
- The data analysis process
- Applications of data analysis tools
- Benefits of using data analysis tools in the audit process

Michael Musasizi, Senior Information Systems Auditor, MTN Uganda

Michael works with MTN Uganda as a Senior Information Systems Auditor. He is now the Acting Information Systems audit Manager. Prior to that, he worked at Uganda telecom for 1 Year as an IS Auditor & PricewaterhouseCoopers for 3 years in the Assurance and Business Advisory Department and Systems and Process Assurance department. He is a Telecoms Engineer & an Accountant by training. He is also a Certified Information Systems Auditor.

10:25 LAST MAN STANDING: HOW TO SURVIVE A PCI AUDIT

Richard Hollis, Chief Executive Officer, Orthus Ltd.

Richard is a Certified Information Security Manager (CISM), Certified Protection Professional (CPP) and a Payment Card Industry (PCI) Qualified Security Assessor (QSA). Richard possesses extensive hands on skills & experience in designing, implementing & managing comprehensive information security programmes & architectures for technology driven companies. Over the course of his career Richard has served as Director of Security for Phillips, Paris, & Deputy Director of Security for the US Embassy Moscow Reconstruction Project as well as a variety of sensitive security positions within the US government & military. In addition to his work with Orthus, Richard serves on several security technology company boards & security industry advisory councils.

**10:40 MORNING COFFEE BREAK**

11:00 INTEGRATING IT INTO ALL AUDIT ASSIGNMENTS & GETTING THE MOST FROM TECHNOLOGY & CONTROLS *(PANEL)*

- Auditing your exposure to cybercrime
- Controlling e-fraud practices
- Rolling out the latest web-based audit tools
- Auditing intellectual property
- Integrating it into all audit assignments

Chaired by:
Jona A. Owitti, Regional IT Audit Manager – Africa, Middle East and Pakistan, Chevron Corporation & President, ISACA Kenya Chapter (KENYA)

Panellists:
Michael Musasizi, Senior Information Systems Auditor & Samuel Gitta, Information Systems Security Manager, MTN Uganda
Speaker, ISACA KENYA
Richard Hollis, CEO, Orthus Ltd.
Samuel Gitta, Information Systems Security Manager, MTN Uganda

11:50 SECURING DATA & PREVENTING DATA LEAKAGE *(CASE STUDY)*

- Who is most likely to remove sensitive data from your organisation?
- What technology is available to address the problem
- When is it most likely to be removed
- Where will the leak occur
- Why is it happening
- How will it most likely be removed
- What can you do to stop it

Speaker, ISACA KENYA

**12:30 LUNCH**

13:45 PROTECTION OF KEY INFORMATION ASSETS

- Why is information security management (ISM) critical?
- Why would inadequate logical access controls render ISM foundation ineffective?
- Why is Network Infrastructure Security a challenge in the protection Information Assets' process?

Jona A. Owitti, Regional IT Audit Manager – Africa, Middle East and Pakistan, Chevron Corporation & President, ISACA Kenya Chapter (KENYA)

Jona has over 23 years of experience in the information technology & systems arena, of which the last 20 have been devoted primarily to Information Systems (IS) audit, risk, control, & IT governance. During the last 20 years, Mr. Owitti has conducted & supervised numerous IS audit, control & IT security-related assignments in some 30 countries spread across the globe (Africa, Asia, Europe, North America, and Oceania). Prior to joining Chevron Corporation's employment some 20 years ago, Mr. Owitti worked in various public & civil service departments of the Government of Kenya. Jona Owitti is a Certified Information Systems Auditor (CISA), holds a Master of Science degree in Computer Science from the University of Dundee, United Kingdom; and a Bachelor of Education (Science) degree in Mathematics from the University of Nairobi, Kenya. Mr. Owitti is currently the President (and founder member) of ISACA Kenya Chapter (2007 – 2009) & is a member of the Institute of Internal Auditors (IIA) & holds further leadership roles in other economic & socio-cultural organisations.

14:40 CHALLENGES IN ENFORCING AN EFFECTIVE INFORMATION SECURITY FRAMEWORK IN HIGHLY DYNAMIC ENVIRONMENTS *(CASE STUDY)*

Samuel Gitta, Information Systems Security Manager, MTN Uganda

Samuel Gitta is a key member of MTN Uganda's Business Risk Management department. He is currently actively involved in Information Systems security reviews, Pre-implementation reviews, Information System Audits, and information security risk assessments as the Information Systems Security Manager. Samuel's experience spans information security consultancy, information security risk assessment, benchmarking and Information Technology Management. Samuel has provided Information advisory services for management of a range of wired and wireless systems for individuals as well as corporate clients in East, West, South and Central Africa. Samuel was also involved in delivery and support of Ernst & Young's extreme Hacking course, an internationally recognized course. Before joining MTN Uganda, Samuel worked as a Manager in Ernst & Young Eastern Africa's Technology & Security Risk Advisory arm. Samuel passed his Certified Information Systems Auditor examinations and is currently awaiting certification.

**15:20 SUMMARY & EVENT CLOSE**

---

### Why Did Last Years' Delegates Attend the Audit, Risk & Governance Africa Conference?

- "broaden my understanding of risk & governance & also share experiences with professional groups"
- "keep au fait with audit trends from practitioners across the globe"
- "network & share experiences that could be used to enhance my contribution to the organisation"
- "improve my position as anti-corruption pioneer & technical auditor"
- "for exposure in the field of internal audit – how to add value to my company"

"This international conference was both enriching & beneficial. The presentations were of the highest quality. I wish to thank MIS for the conference, which in addition has afforded me the opportunity to interact with colleagues from other nations & peers as well as accomplished practitioners in the private & public accountability business."

Anti-Corruption Directorate, Ministry of Finance Nigeria-Kano State, Public Complaints & Anti-Corruption Directorate Kano State, Office of the Auditor General, Nigeria – on 3rd Audit, Risk & Governance Africa Conference 2008, Accra

26(a) Bates and Mokwa 001256

# 4th Annual AUDIT, RISK & GOVERNANCE AFRICA CONFERENCE 2009
## 20th – 24th July 2009 Speke Resort & Conference Centre, Munyonyo, Shore of Lake Victoria, Uganda
### Accountability, Transparency & Strong Governance Across Business & Government



## 5 Easy Ways to Register

Tel  +44 (0)20 7779 8202   Email  mis@mistieurope.com
Fax  +44 (0)20 7779 8293   Web  www.mistieurope.com/auditafrica
Mail  Sara Hook, MIS Training, Nestor House, Playhouse Yard, London EC4V 5EX UK

## Customer Information (please print or attach business card)

Title _____  First name _____
Surname _____
Position _____
Organisation _____
E-Mail Address (Required) _____
Address _____

Country _____  Postcode _____
Telephone _____  Fax _____

The information you provide will be safeguarded by the Euromoney Institutional Investor Plc. group whose subsidiaries may use it to keep you informed of relevant products and services. We occasionally allow reputable companies outside the Euromoney Institutional Investor Plc. group to contact you with details of products that may be of interest to you. As an international group we may transfer your data on a global basis for the purposes indicated above. If you object to contact by telephone ☐, fax ☐, or email ☐ please tick the relevant box. If you do not want us to share your information with other reputable companies please tick this box ☐

---

When registering for this event please quote reference WEB

## Conference Fees (fees must be paid in advance of the event)

- ☐ 4-Days (Audit, Risk & Governance Africa Conference + 2 Summits) £2,195 (21 – 24 July)
- ☐ 3-Days (Audit, Risk & Governance Africa Conference + 1 Summit) £1,795 (21 – 23 or 22 – 24 July) Indicate Day Choice _____
- ☐ 2 Days (Audit, Risk & Governance Africa Conference Only) £1,345 (22 – 23 July)
- ☐ 1 Day (1 Summit or Workshop Only) £795 (20, 21 or 24 July only) Indicate Day Choice _____
- ☐ Full 5-Day Option (Audit, Risk & Governance Africa Conference + 2 Summits + ERM Workshop) £2,595 (20 – 24 July) SAVE £390!

Included in the Fee Entry to 4-Day Event & Exhibition, All Lunches, Daily Refreshments, Official Networking Receptions, Certificates, CPE Points for Continued Education, Official Workbook, Post-Event Web-link to Updated Presentation Materials.

Cancellation Policy Should a delegate be unable to attend, a substitute may attend in his or her place. A credit or refund, minus 10% administration charge, is available if written notification is received by 23rd June 2009. Thereafter, no refunds will be given. MIS reserves the right to change or cancel this programme due to unforeseen circumstances.

## Summit Venue & Accommodation

The 4th Annual Audit, Risk & Governance Africa Conference 2009 will take place at:
Speke Resort & Conference Centre Munyonyo, Kampala, Uganda
General Line: +256 (0) 414 227 111 / 434  Fax: +256 (0)312 227 110
P.O. Box 446, Kampala, Uganda
Email: spekeresort@spekeresort.com Website: www.spekeresort.com
MIS Training Institute has negotiated the following special rates at the Speke Resort:
Single Deluxe Room, B&B: US $85.00 + 18% VAT + LHT US $2.00
Double Deluxe Room, B&B: US $117.00 + 18% VAT + LHT US $2.00

The above rates are per room per night and are valid for 20th-25th July 2009. When making your booking please quote 'MIS Training's 4th Annual Audit, Risk & Governance Africa Conference 2009'.
The Munyonyo Resort & Speke Resort are on the same grounds. The accommodation for this event will be at the Speke part of the resort. Quoted rates are for this part of the resort only. Rates at the Munyonyo Resort may be different.
Delegates are responsible for arranging their own accommodation. MIS Training is not liable or responsible for any hotel bookings, nor can we guarantee availability.



Speke Resort & Conference Centre Munyonyo near Kampala, situated in an idyllic setting at Munyonyo on the shore of Lake Victoria, Uganda, was built for the 2007 Commonwealth Heads of Government Meeting (CHOGM) & was used as the retreat where the visiting Presidents & Prime Ministers lived during the conference. It has now been converted to create five star bedrooms & suites offering the ultimate in luxury leisure & conference facilities in East Africa. Here guests can relax, work or hold private meetings in total privacy & absolute comfort. The resort offers the highest standards of accommodation & service with a wide choice of luxurious bedrooms, bars, restaurants, meeting facilities & public areas. Outside the new resort is surrounded by beautiful & imposing water gardens, an Olympic-sized pool & a new marina.

Main Airports Entebbe (EBB) is 40km (22 miles) southwest of Kampala (journey time – 30 minutes). The conference venue is a 30-minute drive from Entebbe airport. To/from the airport: There are bus services & taxis to Kampala. Most hotels in Kampala & Entebbe will arrange airport transfers. Facilities: Duty-free shops, restaurants, banks/bureaux de change, car hire & hotel reservations. Departure Tax: US$20 if leaving by air.

## Payment Method

(all fees must be paid in advance of the event)

Pay Online at www.mistieurope.com

☐ Cheque enclosed   ☐ Please invoice my company PO#
(payable to MIS Training)

Credit cards can be taken over the phone only. Please call +44 (0)20 7779 8944

Please include billing address if different from address given above

_____

Please note that in completing this booking you undertake to adhere to the cancellation policy and payment terms.

Signature _____   Date _____

Approving Manager _____   Position _____

## Please send me information on

- ☐ Effective Audit & Investigation for Improved Tax Compliance - Africa 2009
  11 - 14 May 2009, Abuja - Nigeria
- ☐ 6th Annual CISO Executive Summit 2009
  10 - 12 June 2009, Marriott Hotel, Lisbon - Portugal
- ☐ 3rd Annual Chief Security Officer (CSO) Summit 2009
  16 - 18 September 2009, Barcelona – Spain
- ☐ Audit, Risk & Governance Middle East 2009
  2 – 4 November 2009, Dubai – UAE
- ☐ 2nd Annual CISO Executive Summit - Middle East 2009
  9 – 11 November 2009, Shangri-La's Barr Al Jissah Resort, Muscat - Oman
- ☐ 2nd Annual Security Africa Summit 2009
  17 – 20 November 2009, Labadi Beach Hotel, Accra – Ghana
- ☐ 2nd Annual Digital Evidence Conference
  7 – 9 December 2009, Doha – Qatar
- ☐ Conferencia Latinoamericana: Gobernanza, Riesgo y Auditoria 2009
  23 – 26 marzo 2010 - location to be confirmed
- ☐ 4th Annual Fraud & Corruption Summit 2010
  18 – 20 March 2010, London – UK

### About MIS Training Institute

Founded in 1978, MIS Training Institute is the international leader in providing training & conferences to information security, audit, fraud & IT audit professionals. With offices in the USA, UK, & Asia, MIS is a division of Euromoney Institutional Investor Plc (FTSE250) and is part of the Daily Mail & General Trust (DMGT). www.mistieurope.com

26(a) Bates and Mokwa 001257

---

To Register Call +44 (0)20 7779 8202   Fax +44 (0)20 7779 8293
Email mis@mistieurope.com  or Visit www.mistieurope.com/auditafrica