MIS Training Institute Presents...

# Governance, Risk and Compliance 2009

## Key Strategies for the Risk-Based Practitioner

October 13-14, 2009 ■ Hilton Disney World Resort, Orlando, FL ■ Optional Workshops October 12 & 15

- Risk Authority Guidelines: Embedding Your Risk Appetite into Decision-Making
- Integrating Risk Management and Compliance into Your Daily Operations
- Maintaining Corporate Governance in Difficult Economic Times
- Rating Your IT Risk in Governance and Compliance

### KEYNOTE SPEAKERS



**John Hagerty**
Vice President and Research Fellow, **AMR Research**



**Billi Lee**
Author, Columnist and Motivational Speaker



**Donald B. Robitaille**
CPA, CISA, CIA, CCP,
Senior Vice President & General Auditor, **MassMutual Financial Group**

### Presenting Thought-Leaders From:

Reynolds American Inc.
The Travelers Companies, Inc.
Wal-Mart Stores, Inc.
AMR Research
Estee Lauder Companies Inc.
Astellas US LLC
Palaxar, LLC
Expert GRC, LLC
MassMutual Financial Group
DePaul University

**Co-Located** with MIS Training Institute's Annual Conference
**IT Audit and Controls 2009** ■ October 13-15, 2009, Optional Workshops: October 12 & 15, 16

For more information, go to www.misti.com/annual


MIS TRAINING INSTITUTE

www.misti.com/grc

MIS Training Institute Presents...

# Governance, Risk and Compliance 2009

## Note From The Chair

With a growing number of government regulations, tension from financial markets and intensifying requirements from stakeholders, there is no escaping the importance of Governance, Risk and Compliance (GRC). Due to these pressures and demands, organizations no longer manage these disciplines in silos by different departments. Instead, they are developing unified GRC strategies to help control costs, standardize processes, and integrate technology to solidify GRC at every level within an organization. The most successful organizations are those that effectively comply with regulations, minimize their risk and implement a good governance structure.

The 2009 GRC Summit is designed to assist you in embedding risk analysis into your decision-making processes and daily operations, measuring the effectiveness of your GRC program, and maintaining corporate governance in tough economic conditions.

Learn from a stellar line-up of high-level audit professionals from leading organizations as they share their insights on how to deal with your biggest concerns.

Joel F. Kramer, *CPA, Conference Chair*
*Managing Director, Internal Audit Division,* MIS Training Institute

## Optional Workshops

### MONDAY, OCTOBER 12
9:00 AM – 4:30 PM

#### W1 Optimizing Audit's Investment in IT GRC

*Christopher Daugherty, CISSP, CISM, CPA, Principal Solutions Architect Director,* **Computer Associates**

Those tasked with managing risk and compliance within their organizations have never been busier, more accountable for GRC or asked to do more with less. Under these forces, GRC oversight functions have multiplied, costs have spiraled and transparency has become vital to survival. In this fast-paced workshop, you will learn what constitutes the IT side of GRC, how it integrates with GRC in general, and the best approaches for tackling IT risk within the context of GRC.

*This workshop will cover:*

- Governance, risk, and compliance defined
- The IT GRC components and how they relate to one another
- Understanding the language of GRC
- Common IT oversight techniques
- Approaches to addressing IT risk
- Different views of compliance
- The role of frameworks in GRC
- Testing IT controls
- Technology solutions for GRC
- Moving from frameworks to reality
- How and where to begin

### THURSDAY, OCTOBER 15
9:00 AM – 4:30 PM

#### W2 Dealing with Likely GRC Situations: Audit and Management Responsibilities

*Frank Hailstones, CA, Founding Member,* **Palaxar, LLC**; *Joel F. Kramer, CPA, Managing Director, Internal Audit Division,* **MIS Training Institute**

In this intensive one-day workshop, you will examine Audit's roles and responsibilities as a major player in your organization's strategy for addressing critical GRC issues. You will learn how to enhance your existing audit programs to uncover significant GRC situations. You will cover key GRC requirements and gain an understanding of the complex factors you must consider to guide your company to the best possible outcome.

*This workshop will cover:*

- Understanding your organization's GRC risk tolerance
- Clarifying what triggers a GRC investigation
- Ensuring your policies and practices are up-to-date and reflect the organization's GRC risk tolerance
- Gaining management's support for your policies
- Validating your findings
- Internal vs. external resources and when to use them
- "Proof" and how to find it
- Identifying the different (and sometimes conflicting) standards of proof
- Satisfying your audit director, risk committee, board of directors, insurance carrier, shareholders...and the list goes on

### Exhibitor/Sponsorship Opportunities

For exhibitor or sponsorship opportunities, contact Adam Lennon:
Phone: 212-223-2295  Email: alennon@misti.com

MOTIVA 001274

# Agenda

## TUESDAY, OCTOBER 13

**9:00 AM – 9:30 AM**
### WELCOME AND OPENING REMARKS
*Joel F. Kramer*, CPA, Managing Director, Internal Audit Division, **MIS Training Institute**

**9:30 AM – 10:30 AM** GENERAL SESSION
### Risk Authority Guidelines: Embedding Your Risk Appetite into Decision-Making
*Borgia Walker*, CPA, Director, Enterprise Risk Management & Assurance, **Reynolds American Inc.**
- Embedding risk analysis into decision-making
- Step-by-step risk authority guidelines
- Examples of risk-embedded decisions
- Escalation procedures from staff to risk committee
- A detailed roll-out plan to operating companies and business units

**10:30 AM – 10:45 AM** *Refreshment Break*

**10:45 AM – 12:00 PM** Session 1
### Rating Your IT Risk in Governance and Compliance
*Paul Konopaske*, Vice President, Technology Audit, **The Travelers Companies, Inc.**
- Having CIOs rate their own IT GRC risk
- Understanding the impact of IT risk
- Reconciling IA and IT risk ratings
- Communicating with executive management on risk exposure and understanding an organization's risk appetite

**10:45 AM – 12:00 PM** Session 2
### IA's Proactive Role in the GRC Universe
*Gigi Ross*, CIA, CISA, CCSA, Director, Global Internal Audit Services, **Wal-Mart Stores, Inc.**
- Selling the need for controls in low probability/high impact areas
- Best practices and lessons learned for partnering with management
- Demonstrating value-add in a proactive consulting approach
- Using control self-assessments to teach the business

**12:00 PM**
### LUNCHEON KEYNOTE



### Why Risk Management Really Is the "New" Compliance
*John Hagerty*, Vice President and Research Fellow, **AMR Research**

For years organizations have marshaled whatever resources they needed to make sure they were compliant with myriad regulations that spanned many disciplines and multiple geographies. Starting in 2008, companies reported that they were spending $32 billion on GRC initiatives and that risk management had taken on a much higher profile. As they look to tackle their broader GRC initiatives, organizations recognize the ability to manage and mitigate IT risk as a critical element to success.

In this keynote, Mr. Hagerty, who has written extensively on GRC, performance management, and the impact of technology on these key business initiatives, will explore the reasons why this shift has occurred and how it will impact your day-to-day activities. He will also argue that risk management is not the silver bullet as many think. Companies are shifting their focus away from compliance and toward better operational and financial risk management.

**1:30 PM – 2:45 PM** Session 3
### Maximizing the Role of the Chief Compliance Officer
*Domenick Claudio*, Executive Director, SOX & Financial Controls, **Estee Lauder Companies Inc.**
- Defining the roles of the Chief Compliance Officer
- Understanding the corporate culture and environment
- Ensuring all aspects of compliance are covered
- Embedding SOX compliance into other regulatory requirements
- Communicating compliance issues to the audit committee
- Integrating your compliance and IA processes/goals/objectives
- Creating a sustainable compliance and monitoring function

**1:30 PM – 2:45 PM** Session 4
### Integrating Risk Management and Compliance into Your Daily Operations
*David M. Atkinson*, CPA, CISA, CFE, Assistant Director, Financial Controls and Governance, **Astellas US LLC**
- Getting all process owners to understand their GRC responsibilities
- Developing a seamless integrated GRC approach between Internal Audit, external audit and financial management
- Proactive GRC co-sourcing to achieve compliance
- An integrated approach to remediation and audit committee communications

**2:45 PM – 3:15 PM** *Refreshment Break with Exhibitors*

**3:15 PM – 4:15 PM** GENERAL SESSION
### Measuring the Effectiveness of Your GRC and IA's Role in This Process
*Carole Stern Switzer*, Esq., President, **Open Compliance and Ethics Group**
- Measuring the efficiency and effectiveness of GRC in your organization
- The GRC Capability Model – detailed practices for integrating and improving governance, risk management, compliance and internal control
- The OCEG Burgundy Book – your audit guide for evaluating the GRC system design and obtaining program certification
- The evolving role of Internal Audit in GRC and the movement toward Principled Performance'
- Tips on how to help your organization do more with less

**4:15 PM – 5:15 PM** PANEL DISCUSSION
### GRC in Practice: Lessons Learned at Major Corporations
Moderator: *Joel F. Kramer*, CPA, Managing Director, Internal Audit Division, **MIS Training Institute**
*Domenick Claudio*, Executive Director, SOX and Financial Controls, Financial Compliance Department, **The Estee Lauder Companies Inc.**; *Gigi Ross*, CIA, CISA, CCSA, Director, Global Internal Audit Services, **Wal-Mart Stores, Inc.**; *Frank Hailstones*, CA, Founding Member, **Palaxar, LLC**; *Lynn Fountain*, CPA, President & Founder, **Expert GRC, LLC**; *Carole Stern Switzer*, Esq., President, **Open Compliance and Ethics Group**

In this session you will hear what it takes to create a successful GRC strategy. You will benefit from the audience's real-time responses to questions that will be instantly analyzed by the voting technology of Sharpe Decisions Inc. Panelists will comment on the voting results and reveal how they have tackled GRC challenges.

5:15 PM – 6:15 PM *Networking Reception with Exhibitors*

## WEDNESDAY, OCTOBER 14

8:15 AM – 9:00 AM  PANEL DISCUSSION
### GRC Products and Services: Can They Really Save You Time and Money?
Moderator: *Joel F. Kramer*, CPA, Managing Director, Internal Audit Division, **MIS Training Institute**

- Using GRC products and services to add value in difficult economic times
- Innovations we should all incorporate into our GRC strategy
- Using products and services to identify and address risks earlier in the process
- Under-utilization of technology and services: what we do wrong

9:15 AM – 10:15 AM
### KEYNOTE ADDRESS



### Building a Strong GRC Environment and the Role of IT
*Donald B. Robitaille*, CPA, CISA, CIA, CCP, Senior Vice President & General Auditor, **MassMutual Financial Group**

With experience as a chief audit executive in two Fortune 100 companies, Mr. Robitaille will offer an overview of the GRC environment, as well as discuss critical elements of governance, risk management and compliance including specific examples of best practices in each area. He will also elaborate on the coordination between the various control functions in a company such as SOX, Internal Audit, ERM, etc. While Mr. Robitaille's presentation will not cover the electronic GRC platforms in the marketplace, he will discuss his experience with a Web-based control monitoring platform that one of his teams designed and implemented in a Fortune 100 company and discuss the primary GRC elements in the IT world.

10:15 AM – 10:45 AM *Refreshment Break with Exhibitors*

10:45 AM – 12:00 PM  Session 5
### Maintaining Corporate Governance in Difficult Economic Times
*Domenick Claudio*, Executive Director, SOX & Financial Controls, **Estee Lauder Companies Inc.**

- Leveraging AS5 to consolidate management's top-down, risk-based approach
- Consolidating SOX processes among process owners
- Continually educating SOX process owners about their roles, responsibilities and accountability
- Minimizing duplication of testing
- Networking with other key departments to achieve efficiency and effectiveness in the GRC process

10:45 AM – 12:00 PM  Session 6
### Building a Robust GRC Program
*Lynn Fountain*, CPA, President & Founder, **Expert GRC, LLC**

- Integration of audit, legal, IT and compliance roles
- Getting the board's and audit committees support for the program
- Properly prioritizing resources with appropriate timelines
- Right-sizing GRC to your company
- Ensuring a sustainable program
- Identifying a path for the future

12:00 PM
### LUNCHEON KEYNOTE



### Wake Up and Get Savvy!
*Billi Lee*, Author, Columnist and Motivational Speaker

This keynote will make you laugh, reflect, and wonder where Billi Lee has been all your life! Called by CNN "the best-kept underground career secret," Billi Lee will take you on an entertaining and thought-provoking journey that leads to new discoveries about your work, your business relationships, and yourself.

With the art of a gifted story teller, Billi explores the dilemmas that individuals, organizations and governments have faced throughout time. When does the care of people take precedence over the accomplishment of a task? When do you need to exert control, and when is it time to step back? When should you be personal and when is it best to depersonalize a situation? Billi uses her natural entrepreneurial abilities and supreme people skills to answer these questions. Her pragmatism and enthusiasm are sorely needed in these challenging times.

1:30 PM – 2:00 PM *Coffee and Dessert with Exhibitors*

2:00 PM – 3:15 PM
### Applying Your ERM Process to GRC: A Proactive Role for Internal Audit
*Frank Hailstones*, CA, Founding Member, **Palaxar, LLC**

- How audit can influence risk strategy while pursuing its strategic and operational goals
- Integrating GRC into the audit process
- Identifying and addressing your top GRC risks
- Remediating GRC exceptions in a timely fashion

3:15 PM – 3:30 PM *Refreshment Break*

3:30 PM – 4:30 PM
### GRC's Increasing Impact on the Internal Audit Profession
*Richard Anderson*, CPA, Clinical Professor, The Center for Strategy, Execution and Valuation, **DePaul University**

- The need for Internal Audit to be GRC proactive
- The challenges all IA departments need to continually address
- A strategic GRC risk-based framework: how GRC can compliment other key ERM areas
- What's on the horizon: the most critical GRC challenges world-class departments will face

4:30 PM – 5:00 PM
### Ten Questions Everyone Should Ask Their Board of Directors About GRC
*Joel F. Kramer*, CPA, Managing Director, Internal Audit Division, **MIS Training Institute**

- Is GRC properly prioritized within ERM?
- Does Internal Audit have the right GRC tools?
- Is Internal Audit returning GRC value?

## Registration Information

### Five Easy Ways to Register
**Mail:** Send the enclosed registration form with payment to MIS Training Institute, 498 Concord Street, Framingham, MA 01702-2357
**Phone:** (508) 879-7999  **Fax:** (508) 872-1153
**E-mail:** mis@misti.com
**Online:** www.misti.com/grc
IMPORTANT: Have your registration code, found on the mailing panel of this brochure, available when registering.

### Team Discount
Register 2 and the 3rd Goes at 50%!
This discount applies to the registration of lowest value, cannot be combined with any other discount offer, and does not apply to previous registrations. Team registrations must be made and paid for at the same time.

### Fees
All fees must be paid in advance in US dollars. The conference fee includes admission to sessions, all conference materials (excluding optional workshops), continental breakfasts, refreshments, lunch on Tuesday and Wednesday, and receptions. Workshop fees include lunch and materials for the workshop you attend.

### Cancellations, Transfers, and Substitutions
A full refund less a $100 administrative fee will be given for cancellations received 15 days or more before the event. Tuition is non-refundable for cancellations made 14 days or less before the event. You may, however, transfer your tuition to another MIS Training Institute course, less a $195 administrative fee. Transfers are valid for 12 months from the time of initial cancellation. Substitutions are welcome at any time. Those who do not cancel before the class date and who do not attend are responsible for the full non-refundable, non-transferable tuition. To cancel, call customer service at 508-879-7999.

### Continuing Education Credits
15 hours for Governance, Risk & Compliance 2009 and 7 hours for each one-day workshop.

 MIS Training Institute is registered with the National Association of State Boards of Accountancy (NASBA) as a sponsor of continuing professional education on the National Registry of CPE Sponsors. State boards of accountancy have final authority on the acceptance of individual courses for CPE credit. Complaints regarding registered sponsors may be addressed to the National Registry of CPE Sponsors, 150 Fourth Avenue North, Suite 700, Nashville, TN, 37219-2417. Web site: www.nasba.org

### Accommodations
Governance, Risk & Compliance 2009 will be held at the Hilton Disney World Resort in Orlando, FL. A block of discounted rooms have been reserved on a space-available basis at the room rate of $199 until Tuesday, September 22, 2009. After that date reservations may be made on a space-available, regular-rate basis. To book your room, call (407) 827-4000 or go to: www.misti.com/GRCHotel.

### Registration Desk Hours
The registration desk will open on Monday, October 12 at 8:00 AM for workshop registration, and Tuesday, October 13 at 8:00 AM for conference registration.

### Travel Tips and Discounts
We have negotiated a discounted rate on rental cars with Avis (Reference Number: J867473). You will receive information in your conference confirmation package once you register for this event.

### The MIS High-Yield/No-Risk Guarantee
Attend this event and receive tools and techniques that will help you do your job better. If you do not, simply tell us why on your official company letterhead within 30 days of attending the event and we will give you a full credit toward another program.

# Governance, Risk and Compliance 2009
October 13-14, 2009  ■ Optional Workshops October 12 & 15
Hilton Disney World Resorts, Orlando, FL

REGISTRATION CODE FROM MAILING PANEL ............................

**Please Reserve My Space!**

Name       Mr. ☐ Mrs. ☐ Ms. ☐ Dr. ☐ Prof.
............................................................................

For Name Tag
............................................................................

Job Title
............................................................................

E-Mail Address *(Required)*
............................................................................

Company/Organization
............................................................................

Industry                                               # of Employees
............................................................................

Address                                                Mail Stop/Floor
............................................................................

City                                                   State/Province
............................................................................

Zip + 4/Mail Code                                      Country
............................................................................

Phone                                                  Fax
............................................................................

Supervisor                                             Supervisor's Job Title

| PACKAGES | Before 7/31 | 7/31 – 10/2 | After 10/2 |
|---|---|---|---|
| | | Regular Price | |
| Main Conference | $1495 | $1695 | $1795 |
| Government Employees | $1346 | $1526 | $1616 |
| One-Day Workshop* | $695 ea | $695 ea | $695 ea |

*(If registering for workshop only, add $100)*

**Conference Session Selection:**
☐ Session 1 *or* ☐ Session 2      ☐ Session 5 *or* ☐ Session 6
☐ Session 3 *or* ☐ Session 4

**Optional Workshop Selection:**
☐ W1 ☐ W2

**TOTAL Amount Due:** ........................

**Payment Options:**
☐ Check enclosed *(payable to MIS Training Institute)*
☐ PERC # ........................

To pay by credit card, please register online or call Customer Service at 508-879-7999, ext. 501, and have your credit card information ready.

MIS Training Institute accepts the following credit cards:
VISA, MasterCard, AMEX, Diners Club and Discover.

**Register:**
*Call* (508) 879-7999    *Fax* (508) 872-1153
*E-Mail* mis@misti.com
*Online* www.misti.com/grc

☐ Please make indicated corrections to my mailing label.
*(Please return mailing label)*





**Confidentiality** The information you provide will be safeguarded by MIS Training Institute LLC, a part of the Euromoney Institutional Investor PLC Group, whose subsidiaries may use it to keep you informed of relevant products and services. As an international group, we may transfer your data on a global basis for the purposes indicated above. If you object to contact by: ☐ telephone ☐ fax ☐ email, please check the appropriate box. We occasionally allow reputable groups outside the Euromoney Institutional Investor PLC group to contact you with details of products and services that may be of interest to you. If you do not want us to share your information with other reputable companies, please check this box ☐.

# Governance, Risk and Compliance 2009
### Key Strategies for the Risk-Based Practitioner

October 13-14, 2009, ■ Optional Workshops October 12 & 15
Hilton Disney World Resort, Orlando, FL

www.misti.com/grc

MIS Training Institute
498 Concord Street
Framingham, MA 01702-2357

PRSRT STD
U.S. POSTAGE
**PAID**
HUDSON, MA
PERMIT #6

*IMPORTANT: Please have your registration code available when registering.*
Registration Code: CG09 / PDF



MIS Training Institute Presents...

# Governance, Risk & Compliance 2009
### Key Strategies for the Risk-Based Practitioner

October 13-14, 2009 ■ Hilton Disney World Resort, Orlando, FL ■ Optional Workshops October 12 & 15

- Risk Authority Guidelines: Embedding Your Risk Appetite into Decision-Making
- Integrating Risk Management and Compliance into Your Daily Operations
- Maintaining Corporate Governance in Difficult Economic Times
- Rating Your IT Risk in Governance and Compliance



Earn up to **29 CPEs** by Attending!

**Presenting Thought-Leaders From:**

| | | | |
|---|---|---|---|
| Reynolds American Inc. | AMR Research | MassMutual Financial Group | DePaul University |
| The Travelers Companies, Inc. | Estee Lauder Companies Inc. | Expert GRC, LLC | |
| Wal-Mart Stores, Inc. | Astellas US LLC | Palaxar, LLC | |

www.misti.com/grc

# MIS Training Institute's Landmark Event:
# Audit Directors' & Managers' Symposium

*Strategically Positioning Your Audit Department for 2011...and Beyond*



**Bonus Workshop
3 CPEs FREE!**
October 21, 2010
*(Details Inside)*

- Focusing on the organization's strategic risks
- Adding real value for multiple stakeholders
- Forging a strong partnership with the audit committee and executive management
- Establishing and maintaining a robust risk-based audit universe
- Eliminating waste and inefficiencies on a continual basis



**Earn up to 28 CPEs!**

PLUS, you will benefit from the hands-on experience of top audit practitioners from *FedEx Corporation; Wells Fargo Audit and Security; Sears Holdings Corporation;* and *OppenheimerFunds, Inc.*

SYMPOSIUM SPONSOR
PricewaterhouseCoopers

**Hilton Head, SC
October 19-21, 2010**

**Optional Workshop**
October 18, 2010

**Bonus Workshop**
October 21, 2010


MIS

www.misti.com  E-Z Access OAM500


TRAINING AUDIT & INFORMATION SECURITY PROFESSIONALS FOR OVER 30 YEARS



## Monday, October 18, 2010

9:00 am - 4:30 pm

### OPTIONAL WORKSHOP

### W1 Developing a Value-Added Anti-Fraud Strategy

*Instructor: Edith L. Curry, JD, Chief Executive Officer, PALAXAR, LLC*

- Defining fraud and differentiating it from theft
- Building a fraud risk assessment process that facilitates early detection of fraud
- Ensuring that your team is equipped to recognize the red flags of fraud when performing data analysis
- Avoiding 13 big fraud mistakes
- Ensuring your anti-fraud process eliminates common errors in fraud detection
- Communicating with executive management and the audit committee

5:00 pm - 6:00 pm

### Welcome Reception for Symposium Participants

## Tuesday, October 19, 2010

9:00 am - 9:45 am

SESSION A

### Introduction and Welcome - Meeting the Challenges of Today's Internal Audit Department

*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*

9:45 am - 10:00 am  Refreshments

10:00 am - 12:15 pm

SESSION B

### Building a 2011 Plan That Adds Strategic Value

- Recognizing auditable risks that could cause the most damage to your organization
- Identifying and aggressively addressing emerging risks
- Continually adding new, high-risk audits to the audit universe
- Ensuring exposures are within the organization's tolerance for risk
- Balancing assurance, compliance, operational audits, and consulting opportunities
- Validating key controls

12:15 pm - 2:00 pm

### Luncheon Address: Audit's Role During a Financial Collapse: Lessons Learned by a CAE

*Randy Melby, Former Senior Vice President and General Auditor, Washington Mutual; Executive Vice President and Chief Risk Officer, BankUnited*

2:00 pm - 3:30 pm  Concurrent Sessions

SESSION C

### Data Analytics as a New Core Competency

- Incorporating data analytics into your audit process
- How you can use data analytics to manage your department
- Data analytics as a tool for identifying emerging and changing risk
- Using data analytics to uncover fraud

SESSION D

### Marketing Internal Audit to Multiple Stakeholders

- Continually educating the organization about how IA adds value in an ERM environment
- Getting credit for your contributions to the organization
- Keeping the audit committee, executive management, and other stakeholders abreast of significant internal audit achievements
- Making audit staff aware that everyone in the department contributes to the organization's perception of IA
- Positioning IA as the "go-to" department
- 100+ tips for marketing IA

3:30 pm - 3:45 pm  Refreshments

3:45 pm - 5:00 pm

SESSION E

### People, People, People

- Finding qualified people in a saturated market
- Balancing full-time equivalent staff with co-sourced, in-sourced, interns, and part-time personnel
- Creating career paths when opportunities are limited
- Dealing with under-performers
- How to improve productivity without increasing salaries

## Wednesday, October 20, 2010

8:00 am - 8:45 am

### Wake-Up Session: Defining High-Performance Internal Audit in 2010

*Duaine D. Smith, CPA, Partner, PricewaterhouseCoopers LLP*

9:00 am - 10:15 am  Concurrent Sessions
SESSION F

### Successful Integrated Auditing: Overcoming the Challenge

- Including fraud in your integration strategy
- Recognizing the managerial difference between integrated and non-integrated audits
- Should IT auditors do financial/compliance audits
- Determining if the whole staff should be integrated auditors
- Problems and solutions of managing integrated audits

SESSION G

### Small Audit Departments: Doing More with Less

- Ten big things small audit departments do wrong
- Using fewer resources smarter to stretch the budget
- How to juggle the same responsibilities as larger departments with fewer resources
- Addressing the need for IT audit coverage
- Strategies for expansion
- When it pays to specialize, outsource, cosource, or insource

10:15 am - 10:30 am  Refreshments

10:30 am - 11:45 am
SESSION H

### Aggressively Addressing Organizational Risk

- Avoiding "big surprises"
- Taking a proactive approach to identifying new risks
- Reassessing high-risk/low-probability controls
- Determining the organization's true appetite for risk
- Reconciling the organization's ERA to IA's annual plan
- Fostering ongoing partnerships with the Chief Risk Officer, the Chief Compliance Officer, and the Chief Ethics Officer

11:45 am - 2:30 pm  Synergy Time

2:30 pm - 4:15 pm
SESSION I

### Increasing the Effectiveness and Efficiency of the Audit Process

- Minimizing inherent inefficiencies in the traditional audit process
- Relating every audit step to inherent or residual risk
- Building flexible audit programs
- Maximizing the manager's role throughout the process
- Testing earlier in the planning process
- Reducing the time invested in report writing
- Including fraud as a part of the planning process
- Auditing risk-based controls only
- Eliminating steps that do not add value

4:15 pm - 5:30 pm
SESSION J

### Industry Breakout: Risks, Strategies, and Opportunities

Take advantage of this unique chance to learn what your colleagues are doing to assess the significant risks in their organizations.

6:00 pm - 7:15 pm  Networking Reception

## Thursday, October 21, 2010

8:30 am - 10:30 am
SESSION K

### Cultivating a Great Working Relationship with the Audit Committee and Executive Management

- Becoming a valued counselor to the audit committee
- Keeping the audit committee and executive management informed about key strategic risks and exposures
- Helping the audit committee assess itself
- Educating existing and new members of the audit committee
- Good ways to deliver bad news
- Differentiating involvement from micromanagement
- When it's appropriate to "go against the grain"

10:30 am - 10:45 am  Refreshments

10:45 am - 12:00 pm
SESSION L

### Best Practices in Internal Auditing

- Adding measurable value
- Performing audits and having a role in compliance
- Combining best practices and emerging trends
- Recognizing best practices for your organization's culture
- Balancing consulting and independence
- 200 examples of best practices

## Thursday, October 21, 2010
1:00 pm - 4:00 pm

### FREE BONUS WORKSHOP

*Open to symposium attendees only, this three-hour bonus workshop delivers proven audit tactics and techniques...and 3 CPEs FREE!*

### W2 Audit Director's Roundtable

*Joel F. Kramer, CPA, Managing Director, Internal Audit Division, MIS Training Institute*

- Innovative ways to add value and stretch your budget
- Becoming risk-based in a compliance-focused world
- Non-traditional ways to find and retain talented people
- Addressing strategic risks
- Audit committee communication in times of crisis
- Managing and controlling multiple cosourced relationships
- Doing much more with less
- Responsibilities and allocation of the audit director's time
- Maximizing the director's productivity
- Controlling external relationships
- Ensuring your audit plan minimizes surprises
- Reacting quickly to management's needs

## To Register

Mail: the form and payment to MIS Training Institute,
498 Concord Street, Framingham, MA 01702-2357
Call: (508) 879-7999
Fax: (508) 872-1153
E-mail: mis@misti.com
Web: www.misti.com   E-Z Access OAM500

Times: The symposium registration desk at the Crowne Plaza Resort will be open Monday, October 18, 2010, from 8:00 am – 9:00 am and from 5:00 pm – 6:00 pm; and on Tuesday, October 19, 2010, at 8:00 am.

Tuition: Symposium: $1895; after October 11, 2010, $1995
Symposium and optional workshop: add $400

Tuition must be paid in advance. Tuition covers symposium materials, refreshments, continental breakfasts, lunch on Tuesday and Wednesday, and receptions. The workshop tuition includes lunch and workshop materials.

MIS Cancellation Policy: A full refund less a $100 administrative fee will be given for cancellations received 15 days or more before the event. Tuition is non-refundable for cancellations made 14 days or less before the event. You may, however, transfer your tuition to another MIS Training Institute event, less a $195 administrative fee. Transfers are valid for 12 months from the time of initial cancellation. Substitutions are welcome at any time. Those who do not cancel before the event date and who do not attend are responsible for the full non-refundable, non-transferable tuition. To cancel, call customer service at 508-879-7999.

Receptions: Participants will be welcomed with a reception on Monday evening between 5:00 pm and 6:00 pm. A reception will also take place Wednesday evening from 6:00 pm to 7:15 pm.

CPE Credits: 18 CPEs for the symposium, and 7 for the optional workshop and 3 for the bonus workshop. Please note: Extended



MIS Training Institute is registered with the National Association of State Boards of Accountancy (NASBA) as a sponsor of continuing professional education on the National Registry of CPE Sponsors. State boards of accountancy have final authority on the acceptance of individual courses for CPE credit. Complaints regarding registered sponsors may be addressed to the National Registry of CPE Sponsors, 150 Fourth Avenue North, Suite 700, Nashville, TN, 37219-2417. Web site: www.nasba.org.

absences from sessions may result in reduced CPE credits earned.

Accommodations: A block of rooms has been reserved on a space-available basis at the Crowne Plaza Resort until September 28, 2010 at a rate of $159 per night. After that date, reservations may be made on a space-available, regular-rate basis. To book your reservations, contact the Crown Plaza Resort, 136 Shipyard Drive, Hilton Head, SC 29928, or call 843-842-2400.

Schedule Changes: MIS may occasionally find it necessary to reschedule, relocate, or cancel sessions and will give registrants advance notice of such changes. MIS will not be responsible for penalties incurred as a result of non-refundable airfare purchases or hotel reservations.

## The Crowne Plaza Resort

Located in one of America's leading resort areas, the Crowne Plaza Resort sprawls over 80 acres overlooking the Atlantic Ocean. Outstanding meeting facilities complemented by luxurious guest rooms, excellent restaurants and lounges, and a wide choice of recreational activities provide a comfortable and relaxed backdrop for this important event. Participants and spouses can enjoy swimming, golf, tennis, a health spa, or biking and jogging along thirteen miles of sandy beach or four miles of beautiful trails.

## Audit Directors' & Managers' Symposium

OCTOBER 19-21, 2010
OPTIONAL WORKSHOP: OCTOBER 18, 2010, HILTON HEAD, SC
BONUS WORKSHOP: OCTOBER 21, 2010

Name   Mr.   Ms.   Mrs.   Dr.   Prof.   for Name Tag

Registration Code # (from your mailing label):

Job Title                                    No. of Employees in Company

Organization/Company                         Industry

E-mail Address (Required)

Address                                      Mail Stop/Floor

City            State/Province    Zip+4/Mail Code    Country

Phone                             Fax

### Session Choices (please circle one):
Tuesday, October 19:  C  or  D
Wednesday, October 20:  F  or  G

### Workshop Choices
Monday, October 18:  W1
Thursday, October 21:  Bonus Workshop W2

### Amount Due:
◯ $1895 (Symposium only)
◯ $2295 (Symposium and optional workshop)
*(Add $100 after October 11, 2010)*

### Payment Options:
◯ Check enclosed *(payable to MIS Training Institute)*
◯ PERC #.........................................................

To pay by credit card, please register online or call Customer Service at 508-879-7999, ext. 501, and have your credit card information ready.

MIS Training Institute accepts the following credit cards:
VISA, MasterCard, AMEX, Diners Club and Discover.

◯ Please correct my mailing label as indicated above.

### Please send information on:
◯ FREE *TransMISsion Online* Newsletter - Audit Edition
◯ FREE MIS Catalog of Audit and Security Seminars
◯ *SuperStrategies 2011*
◯ *MIS Training Weeks*
◯ In-House Seminars

The information you provide will be safeguarded by MIS Training Institute LLC, a part of the Euromoney Institutional Investor PLC Group, whose subsidiaries may use it to keep you informed of relevant products and services. As an international group, we may transfer your data on a global basis for the purposes indicated above. If you object to contact by: ◯ telephone ◯ fax ◯ email, please check the appropriate box. We occasionally allow reputable companies outside the Euromoney Institutional Investor PLC group to contact you with details of products and services that may be of interest to you. If you do not want us to share your information with other reputable companies, please check this box ◯.

**www.misti.com**
**E-Z Access** OAM500
MIS Training Institute, 498 Concord Street
Framingham, MA 01702-2357
(508) 879-7999   Fax (508) 872-1153
E-mail: mis@misti.com



MIS TRAINING INSTITUTE
The International Leader in Audit & Information Security Training

## Symposium Faculty

### Symposium Chairperson



**Joel F. Kramer, CPA,** is the Managing Director of MIS Training Institute's Internal Audit Division. Prior to joining MIS, Mr. Kramer was on the audit staff of The Gillette Company, then served as Director of Internal Audit for Instrumentation Laboratory, Inc. Mr. Kramer also spent five years with Coopers & Lybrand. A frequent speaker at audit conferences, he has conducted many on-site training programs for major organizations worldwide. Mr. Kramer has written articles on productivity and project management for *Internal Auditing Magazine* and *The Internal Auditor*.

**Edith L. Curry, JD,** is a founding member of PALAXAR, LLC. In addition to diverse finance and legal experience spanning more than 20 years, Ms. Curry's background includes management, and accounting. As President of Brookmeade Group, LLC, she provided both financial and legal guidance to mid-sized and large corporations. At Capital One Services, Inc., she structured a team of legal, procurement and contract management specialists. Previously, she served as Assistant Treasurer and Director of Accounting for Nestlé Frozen Food; held management positions at a division of Hughes Aircraft, Inc. and USAir, Inc.; and spent four years with the Department of Defense as a member of the Defense Personnel Security Research and Education Center. She is a member of the Ohio Bar and the American Bar Associations.

**Dawn A. Eber, CPA,** is the Director of Internal Audit for Sears Holdings Corp., the parent company of Kmart Holding Corporation (Kmart) and Sears, Roebuck and Co. (Sears). Ms. Eber joined the internal audit department of Sears Holdings in June 2006 and leads a team of 30 auditors in the development and execution of the corporate audit plan covering operational, financial and compliance risks across the organization. Prior to her role in IA, Ms. Eber worked in various capacities in corporate finance where she was actively involved in managing the Company's offshore Captive Insurance Company and other risk management-related strategies. Ms. Eber began her career with KPMG, LLP, holding various positions in the Assurance Practice, including five years as an Assurance Senior Manager.

**Robert A. King, CPA, CISA, CFE,** is Vice President of Internal Audit for FedEx Corporation, responsible for auditing all of the operating companies within the extensive FedEx family. His audit teams conduct business process reviews, information systems reviews, international entity reviews, and vendor audits. He also leads a team that ensures adequate controls are built into new systems through their participation in key systems development activities. Mr. King has been a leader in developing and promoting best practices as an integral part of the Internal Audit Department. He is a frequent speaker before various audiences on audit committees, fraud auditing, and best practices in Internal Audit. Mr. King is a member of the American Institute of Certified Public Accountants, ISACA, the ACFE, and The IIA.

**Kristina N. Olson, CPA, CIA,** is Senior Vice President and Director of Internal Audit for OppenheimerFunds, Inc. With over 20 years of audit and other related experience, Ms. Olson currently serves as the Chief Audit Executive for OppenheimerFunds, Inc. (OFI). Prior to joining OFI in 2002, she spent over a decade in public accounting with Deloitte & Touche, KPMG Peat Marwick, and Price Waterhouse. In between OFI and the Big Four, Ms. Olson spent more than two years in a variety of sales, consulting, accounting, and financial reporting positions. She is Series 7 licensed.

**Karl Riem, CPA, CISA,** is Executive Vice President and Deputy Chief Auditor at Wells Fargo Audit and Security. Mr. Riem has 26 years of financial auditing experience and leads a team of 230 professionals. His group's accountabilities include auditing the highest risk events of the Wachovia and Wells Fargo integration and providing audit coverage to the Wells Fargo Wealth, Brokerage, and Retirement Services businesses, as well to all corporate functions, including accounting/finance, tax, and human resources. In addition, Mr. Riem's group handles enterprise operational support of the Wells Fargo Ethics Line, fraud restitution processing, and employee account monitoring of transactions for possible fraud.

## 24 Reasons to Attend

### At this Symposium You Will:

1. Learn how to strategically position and rebalance IA in 2011 and beyond
2. Discover new ways to identify emerging risks
3. Re-examine and redefine the attributes of effective audit leadership
4. Hear how different approaches, styles, and solutions are used successfully by other audit managers and directors
5. Explore the key components of an effective risk-based audit department
6. Come away with proven strategies for incorporating data analytics into your audit process
7. Learn how to implement a successful integrated audit strategy
8. Get proven tactics for implementing an enterprisewide risk assessment program
9. Walk away with tested tips for becoming the audit committee's "go-to" department
10. Find out how your colleagues are aligning audit risk to the organization's strategic objectives
11. Develop a marketing plan that sells internal audit's value-added contributions
12. Gain tips on communicating effectively with the audit committee and senior management
13. Discover innovative ways to add value
14. Hear how CAEs are building annual audit plans that reconcile to the ERA
15. Learn innovative ways to improve audit process productivity
16. Examine the essential skill set of successful CAEs
17. Discover new ways to boost productivity in small audit departments
18. Match your best practices with that of others in the industry
19. Determine how to relate every audit step to inherent or residual risk
20. Redefine the ideal audit committee relationship
21. Focus on how to continually address new risks and identify new audits
22. Learn how to maximize your investment in your people
23. Hear how your peers are keeping the audit committee informed...but out of the details
24. Find out how CAIs are getting reports out faster

### Bring an MIS Seminar to Your Location

If you have several people who need training, MIS will bring any of its other seminars directly to your organization. In-house seminars let you tailor a program to your specific needs and cost-effectively train your team at your convenience. For more information call Mimi Hatch at (410) 692-2465.

MIS Training Institute's Landmark Event:

# Audit Directors' & Managers' Symposium

*Strategically Positioning Your Audit Department for 2011...and Beyond*

**Sessions Led by a Faculty of Hands-On Practitioners from:**

- FedEx Corporation
- Wells Fargo Audit and Security
- Sears Holdings Corporation
- OppenheimerFunds, Inc.

E-Z Access 0AM500
www.misti.com

MIS Training Institute
498 Concord Street
Framingham, MA 01702-2357

PRSRT STD
U.S. POSTAGE
PAID
AUGUSTA, ME
PERMIT NO. 121

*IMPORTANT: Please have your Registration Code available when you register.*
Registration Code: 0AM500G/ PDF

MIS Training Institute's Landmark Event:

# Audit Directors' & Managers' Symposium

*Strategically Positioning Your Audit Department for 2011...and Beyond*

October 19-21, 2010  ·  Hilton Head, SC  ·  Optional Workshop October 18, 2010  ·  Bonus Workshop October 21, 2010

- Developing specific strategies that add real value in changing times
- Forging a strong partnership with the audit committee and executive management
- Establishing and maintaining a robust risk-based audit universe
- Positioning IA as the go-to function

**Optional Workshop**
*Developing a Value-Added Anti-Fraud Strategy*

**Bonus Workshop**
*Audit Director's Roundtable*
3 CPEs FREE!
*(Open to symposium attendees only)*

**MIS TRAINING INSTITUTE**
The International Leader in Audit & Information Security Training

Earn up to 28 CPEs!

Contents of this brochure copyright © 2010 MIS Training Institute, Inc. All rights reserved. Printed in U.S.A.