# EXHIBIT 17

See (Doc. 200-1)