# EXHIBIT 18

See (Doc. 199-1 and 199-2)