IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

v.                                                         **CASE NO.: 6:07-CV-1788-ORL-28-KRS**

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    **Defendants,**

v.

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    **Third-Party Defendants.**
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**DISPOSITIVE MOTION FROM NOVEMBER 9, 2010 TO NOVEMBER 12, 2010**

      COMES NOW Third-Party Defendant Aaron C. Bates ("Bates"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for his second unopposed motion for an extension of time to file his dispositive motion from November 9, 2010 until November 12, 2010, state as follows:

      1.    On August 27, 2010, this Court extended the dispositive motion deadline until November 4, 2010 due to Third-Party Plaintiff Mr. Hailstones' inability to travel for medical reasons.

2. On November 3, 2010, this Court extended the dispositive motion deadline until November 8, 2010 due to problems with the court reporter's computer. Particularly, there were significant delays in receiving the principal deposition transcripts necessary to complete the Motion for Summary Judgment. See Dkt. # 326.

3. On November 8th, this Court extended the dispositive motion deadline until November 9th, as a result of health-related computer issues of Bates. Particularly, his right hand which he drives with, is locking up, making it difficult to type. This happens occasionally and is normally resolved in short manner.

4. This morning, Bates attended an appointment with a physician concerning the aforementioned matter. Bates was prescribed medication to resolve the problem and administered a shot to currently mitigate the hand muscle contractions. Bates was informed that the medication should resolve the problem within 24 hours.

5. In the event the problem is not resolved, Bates has ordered dictation software in order to complete his dispositive motion prior to the requested extension.

6. Bates is mindful of the importance of the Court's Scheduling Order, particularly the dispositive motion deadline. Absent extraordinary circumstances, Bates will not be seeking another short extension of this deadline.

7. No party will be prejudiced by the granting of this Motion because it merely postpones the dispositive motion deadline for a brief period.

8. As mentioned previously, the extension of time sought herein is due to no fault of Bates, but rather the result of his unforeseen health issues.

9. A district court is entitled to broad discretion in managing pretrial discovery matters. Klay v. All Defendants, 425 F. 3d 977, 981 (11th. Cir 2005).

10. Pursuant to Local Rule 3.01(g), Third-Party Plaintiffs have been conferred

with regarding the relief sought herein and they have no opposition.

WHEREFORE, Third-Party Defendant, Aaron C. Bates, respectfully request this honorable Court enter an Order enlarging the time to file his dispositive motion from November 9, 2010 until November 12, 2010.

Respectfully submitted this 9th day of November, 2010.

| | |
|---|---|
| s/ Kathleen Davies_____ | ATHESEUS R. LOCKHART |
| Kathleen Davies, Esq. | Florida Bar No. 659134 |
| The Davies Law Firm, LLC | MEIR, BONNER, MUSZYNSKI, |
| 126 East Jefferson Street | O'DELL & HARVEY, P.A. |
| Orlando, FL 32801 | 260 Wekiva Springs, Road |
| Ph.: (407) 540-1010 | Suite 2000 |
| Fax: (407) 649-3038 | Longwood, FL 32779 |
| kdavies@thedavieslawfirm.com | Ph.: (407) 872-7774 |
| *Counsel for Aaron Bates and* | Fax: (407) 872-7997 |
| *Matthew Mokwa* | arl@fltrialteam.com |
| | *Counsel for Aaron C. Bates, Esq.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                         s/ Kathleen Davies_____
                                         Kathleen Davies, Esq.

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida  33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant** |