IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC.** and                CASE NO.:     6:07-CV-1788-ORL-28-KRS
**NEXIA STRATEGY CORPORATION,**

    **Plaintiff,**

v.

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERRANCE CHU,**

    **Defendants.**

v.

**MIRABILIS VENTURES, INC.** and
**NEXIA STRATEGY CORPORATION,**

**And**

**THIRD PARTY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA.**

    **Third Party Defendants.**
_____/

## NOTICE OF FILING DEPOSITION TRANSCRIPT

    Plaintiff, **MIRABILIS VENTURES, INC.**, by and through undersigned counsel, gives notice of filing the original deposition of Yaniv Amar scheduled and taken by Defendants' counsel, including deposition exhibits, dated October 5, 2010. Plaintiff respectfully calls the attention of the Court to the testimony on Page 62:

        "Q.    Did you believe, during the time that you were associated with either Mirabilis or AEM, that Mr. – that the Board was in control of what happened?

-1-

A. Yes.

Q. Was it never your understanding that Mr. Amodeo was in control?

A. No, I believe that Frank had some influence. I don't believe that he was in control. That wasn't what I was told, and that's my –"

This testimony was elicited by questions asked by counsel for Palaxar, at a deposition set by Palaxar subsequent to the filing of Plaintiff's Motion for Reconsideration (D.E. #303), filed September 3, 2010. Counsel for Palaxar took this discovery of a motion on rehearing while that motion was pending before this Honorable Court.

**BROAD AND CASSEL**
Attorneys for Plaintiff
390 North Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377

By: /s/ Todd K. Norman
Todd K. Norman
Florida Bar No.: 62154
tnorman@broadandcassel.com
Nicolette C. Vilmos, Esquire
Florida Bar No.: 0469051
nvilmos@broadandcassel.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this 9th day of November, 2010 via U. S. Mail to: Kathleen B. Havener, Esquire, The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, Ohio 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, Florida 33521-1031; Terrance Chu, 5637 Country Hills Lane, Glen Allen, Virginia 23059; Martin R. Raskin, Esquire and Jane Serene Raskin, Esquire, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 East Jefferson Street, Orlando, Florida 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, Florida 32836, James Robert Lussier, Mateer & Harbert, PA, 225 East Robinson Street, Suite 600, Orlando, Florida 32802-2854; James Everett Shepherd, Esquire, Pohl & Short, PA, 280 West Canton Avenue, Suite 410, Winter Park, Florida 32790; John Edwin Fisher, Esquire, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 North Orange Avenue, Suite 1500, Orlando, Florida 32802-0712; and the US Attorney's Office, Suite 300, 501 West Church Street, Orlando, Florida 32805.

                                                                        By:       */s/ Todd K. Norman*
                                                                        Todd K. Norman
                                                                        Florida Bar No.: 62154
                                                                        tnorman@broadandcassel.com
                                                                        Nicolette C. Vilmos, Esquire
                                                                        Florida Bar No.: 0469051
                                                                        nvilmos@broadandcassel.com