> *   If large checks are written and I do need to transfer funds to
cover this will effect funds available  as originally presented on my
daily cash report.
> *   As a signer on all AEM accounts, Yaniv has the authority to move
funds out of the regular accounts to fund the stand alone.  If not done
with approval this could jeopardize the integrity of the other bank
accounts
> *   Need to assure proper support for each check to be accounted for
in the general ledger accurately
> *   Yaniv has requested that the bank statement go to Miami, that is
inconsistent with the fact that we do the bank reconciliations from this
office.  Is something changing here?
>
>          I understand and respect Yaniv's position, however my
concern is with the delicate balance and control required to maintain
proper and accurate cash reporting.
>
>          Please let me know if you have any questions.
>
>          Sue

## ASSIGNMENT AND ACCEPTANCE

**ASSIGNOR:**    Mirabilis Ventures, Inc., a Nevada corporation

**ASSIGNEE:**    Laurie Andrea, an Individual

    For good and valuable consideration, the receipt of which is hereby acknowledged, and in consideration of the covenants contained herein, Assignor does hereby agree to assign, transfer and convey all rights, title and interests in and to fifty-one percent (51%) of Assignor's total controlling interest in AEM, INC., a Florida corporation (the "Interest"), to Assignee upon the following terms and conditions:

    1.    Assignor hereby assigns the Interest for a Term of sixty (60) days from the date of this Assignment and Acceptance Agreement, or until the Florida Department of Business and Professional Regulations has approved Assignor's purchase of one hundred percent (100%) controlling interest in AEM, INC., whichever is sooner.

    2.    Upon the occurrence of either event set forth in number 1 hereinabove, all rights title and interests in and to the Interest, assigned pursuant to this Assignment and Acceptance Agreement, shall automatically and immediately revert back to Assignor. If for any reason such reversion rights are held invalid or unenforceable, Assignee does hereby agree that Assignee will execute and deliver such further instruments and do such further acts and things as may be reasonably required to carry out the intent and purpose of this Assignment and Acceptance Agreement.

    3.    This Assignment will be effective when signed by all parties.

    **IN WITNESS WHEREOF,** the parties have executed this assignment on this the 6th day of July, 2005.

**ASSIGNOR:**                           **ASSIGNEE:**

**MIRABILIS VENTURES, INC.**           **LAURIE ANDREA**

By: _____        By: _____

Name: _YANIV AMAR_____

Its: _Chairman_____

**PLAINTIFF'S EXHIBIT**
453
10-510JB

## MINUTES OF THE ANNUAL MEETING
## OF THE SHAREHOLDERS OF
## MIRABILIS VENTURES, INC.

The meeting of the Shareholders of Mirabilis Ventures, Inc. convened at 4:00 p.m. on January 25, 2006.

Present at the meeting was Yaniv Amar, sole Class A shareholder, and several Class B shareholder candidates. Also present was Philip S. Kaprow. Yaniv Amar was elected chairman, and Philip S. Kaprow was asked to serve as acting secretary.

The Chairman called the meeting to order and stated that a quorum of the Shareholders were present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, it was:

RESOLVED, to adopt the Bylaws of Mirabilis Ventures, Inc. executed by James V. Sadrianna on October 1, 2005.

BE IT FURTHER RESOLVED, to increase, pursuant to Section 3.11 of the Mirabilis Ventures, Inc. bylaws the maximum number of directors from five (5) to nine (9).

BE IT FURTHER RESOLVED, that the following individuals to serve as the Board of Directors until the next annual meeting of the Shareholders or until removed from office:

> Bruce Walko
> James V. Sadrianna
> Robert W. Pollack, MD
> Jason Carlson
> Edie Curry
> Frank Hailstones

BE IT FURTHER RESOLVED, that the Board of Directors are hereby recommended to create five Committees:

> Audit/Risk Committee
> Compensation/Hiring Committee
> Investment Committee
> Executive Committee
> Global Development Committee



PLAINTIFF'S
EXHIBIT
454

and to appoint as chairpersons and members to those committees, individuals which in the Board's judgment, will best serve the needs and interests of the Company.

BE IT FURTHER RESOLVED, that the Board of Directors are hereby recommended to appoint the following slate of officers for the Company:

Frank Hailstones, President & CEO
Fernando Simo, COO
Paul Glover, CFO
Richard Berman, EVP &Corporate Secretary

**BE IT FURTHER RESOLVED**, that the shareholders hereby ratify and approve each action taken by the Board of Directors and Officers for all actions taken through January 25, 2006.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned at 7:15 p.m.

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

**From:** Dan Myers
**Sent:** Wednesday, November 02, 2005 6:42 PM
**To:** 'yaniva@hotmail.com'
**Subject:** FW: Amar info

Here you go.

Dan Myers
EVP - Finance
111 North Orange Avenue
20th Floor
Orlando, FL  32801
407-318-8000 office
407-426-9191 fax



PLAINTIFF'S
EXHIBIT
455
D-570 JB

Statement of Net Worth
November 2, 2005

## ASSETS

| | | |
|---|---|---|
| Current Assets: | | |
| Cash in Bank | $ 250,000 | |
| Total Current Assets | | $ 250,000 |
| | | |
| Fixed Assets: | | |
| Autos and Trucks | $ 40,000 | |
| Primary Residence | 750,000 | |
| Total Fixed Assets | | 790,000 |
| | | |
| Other Assets: | | |
| Mirabilis Ventures B | $ 4,750,000 | |
| Total Other Assets | | 4,750,000 |
| | | |
| TOTAL ASSETS | | $ 5,790,000 |

## LIABILITIES

| | | |
|---|---|---|
| Current Liabilities: | | |
| Loans Payable | $ 170,000 | |
| Total Current Liabilities | | $ 170,000 |
| | | |
| TOTAL LIABILITIES | | 170,000 |

## NET WORTH

| | | |
|---|---|---|
| Net Worth | | 5,620,000 |
| | | |
| TOTAL LIABILITIES AND NET WORTH | | $ 5,790,000 |

**2004 Individual Income Tax Return**
prepared by:

**Titanium Consulting, Inc.**
3648 Crescent Park Blvd.
Orlando, FL 32812

**Yaniv Amar**
3475 Mystic Pointe Drive, Apt. 10
Aventura, FL 33180

**Form 1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2004** (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2004, or other tax year beginning _____ , 2004, ending _____ , 20 ____   OMB No. 1545-0074

**Label** (See instructions.)

Your first name MI Last name: Yaniv    Amar

**Your social security number**

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name MI Last name

**Spouse's social security number**

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.
3475 Mystic Pointe Drive    10

City, town or post office. If you have a foreign address, see instructions.   State ZIP code
Aventura    FL  33180

▲ **Important!** ▲
You **must** enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ........ ▶

| | You | | Spouse | |
|---|---|---|---|---|
| Yes | X No | Yes | No |

**Filing Status**

Check only one box.

1  [X] Single
2  [ ] Married filing jointly (even if only one had income)
3  [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4  [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5  [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a  [X] **Yourself.** If someone can claim you as a dependent, do **not** check box 6a ...........
b  [ ] Spouse ...................................................

**Boxes checked on 6a and 6b** .. 1

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

**No. of children on 6c who:**
• lived with you .....
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above

If more than four dependents, see instructions.

Add numbers on lines above ..... ▶

d Total number of exemptions claimed .................................................   1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........................... | 7 |
| 8a | Taxable interest. Attach Schedule B if required ......................... | 8a |
| b | Tax-exempt interest. **Do not** include on line 8a ............ 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required ...................... | 9a |
| b | Qualfd divs (see instrs) ..................... 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .......... | 10 |
| 11 | Alimony received ................................................... | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ...................... | 12 |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ................ ▶ [ ] | 13 |
| 14 | Other gains or (losses). Attach Form 4797 ................................ | 14 |
| 15a | IRA distributions ............ 15a | b Taxable amount (see instrs) .. 15b |
| 16a | Pensions and annuities .... 16a | b Taxable amount (see instrs) .. 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 |
| 18 | Farm income or (loss). Attach Schedule F ................................ | 18 |
| 19 | Unemployment compensation ........................................... | 19 |
| 20a | Social security benefits ........ 20a | b Taxable amount (see instrs) .. 20b |
| 21 | Other income NET OPERATING LOSS | 21 | -12,649. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -12,649. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses (see instructions) ..................... 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ..................... 24 | |
| 25 | IRA deduction (see instructions) ......................... 25 | |
| 26 | Student loan interest deduction (see instructions) ........... 26 | |
| 27 | Tuition and fees deduction (see instructions) ............... 27 | |
| 28 | Health savings account deduction. Attach Form 8889 ........ 28 | |
| 29 | Moving expenses. Attach Form 3903 ..................... 29 | |
| 30 | One-half of self-employment tax. Attach Schedule SE ....... 30 | |
| 31 | Self-employed health insurance deduction (see instrs) ....... 31 | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans ........... 32 | |
| 33 | Penalty on early withdrawal of savings ................... 33 | |
| 34a | Alimony paid b Recipient's SSN .... ▶ _____ 34a | |
| 35 | Add lines 23 through 34a ................................ | 35 |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ................ | 36 | -12,649. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  11/10/04   Form **1040** (2004)

Form 1040 (2004)  Yaniv Amar                                                                 Page 2

## Tax and Credits

**Standard Deduction for —**
- People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

| | | |
|---|---|---|
| 37 Amount from line 36 (adjusted gross income) | 37 | -12,649. |
| 38a Check ☐ You were born before January 2, 1940, ☐ Blind. Total boxes<br>if: ☐ Spouse was born before January 2, 1940, ☐ Blind. checked ► 38a | | |
| b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ► 38b ☐ | | |
| 39 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 39 | 4,850. |
| 40 Subtract line 39 from line 37 | 40 | -17,499. |
| 41 If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | 41 | 3,100. |
| 42 Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 0. |
| 43 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 43 | 0. |
| 44 Alternative minimum tax (see instructions). Attach Form 6251 | 44 | |
| 45 Add lines 43 and 44 ► | 45 | 0. |
| 46 Foreign tax credit. Attach Form 1116 if required | 46 | |
| 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| 49 Education credits. Attach Form 8863 | 49 | |
| 50 Retirement savings contributions credit. Attach Form 8880 | 50 | |
| 51 Child tax credit (see instructions) | 51 | |
| 52 Adoption credit. Attach Form 8839 | 52 | |
| 53 Credits from: a ☐ Form 8396 b ☐ Form 8859 | 53 | |
| 54 Other credits. Check applicable box(es): a ☐ Form 3800<br>b ☐ Form 8801 c ☐ Specify | 54 | |
| 55 Add lines 46 through 54. These are your total credits | 55 | |
| 56 Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ► | 56 | 0. |

## Other Taxes

| | | |
|---|---|---|
| 57 Self-employment tax. Attach Schedule SE | 57 | |
| 58 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60 Advance earned income credit payments from Form(s) W-2 | 60 | |
| 61 Household employment taxes. Attach Schedule H | 61 | |
| 62 Add lines 56-61. This is your total tax ► | 62 | 0. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| | | |
|---|---|---|
| 63 Federal income tax withheld from Forms W-2 and 1099 | 63 | |
| 64 2004 estimated tax payments and amount applied from 2003 return | 64 | |
| 65a Earned income credit (EIC) | 65a | |
| b Nontaxable combat pay election ► 65b | | |
| 66 Excess social security and tier 1 RRTA tax withheld (see instructions) | 66 | |
| 67 Additional child tax credit. Attach Form 8812 | 67 | |
| 68 Amount paid with request for extension to file (see instructions) | 68 | |
| 69 Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 69 | |
| 70 Add lines 63, 64, 65a, and 66 through 69. These are your total payments ► | 70 | |

## Refund

Direct deposit? See instructions and fill in 72b, 72c, and 72d.

| | | |
|---|---|---|
| 71 If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | 71 | |
| 72a Amount of line 71 you want refunded to you ► | 72a | |
| ► b Routing number ► c Type: ☐ Checking ☐ Savings | | |
| ► d Account number | | |
| 73 Amount of line 71 you want applied to your 2005 estimated tax ► 73 | | |

## Amount You Owe

| | | |
|---|---|---|
| 74 Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions ► | 74 | 0. |
| 75 Estimated tax penalty (see instructions) 75 | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No

Designee's name ►   Phone no. ►   Personal identification number (PIN) ►

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: Business Owner | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature ► Dan Myers, CPA | Date 11/02/2005 | Check if self-employed ☐ | Preparer's SSN or PTIN P00367900

Firm's name (or yours if self-employed), address, and ZIP code ► Titanium Consulting, Inc.
3648 Crescent Park Blvd.
Orlando    FL  32812 | EIN 59-3581920 | Phone no. (407) 582-0703

FDIA0112  11/10/04

Form **1040** (2004)

Schedule E (Form ~~1040~~)     **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on Page 1. | Your social security number

Yaniv Amar

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II   Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column **(e)** on line 28 and attach **Form 6198.** See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? .... ☐ Yes   ☒ No

    If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | Professional Sales Force, Inc. | S | | 59-3744272 | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

29 a   Totals ...............

    b   Totals ...............

| 30 | Add columns (g) and (j) of line 29a ............................................................... | 30 | |
| 31 | Add columns (f), (h), and (i) of line 29b .......................................................... | 31 | |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below .......................... | 32 | |

## Part III   Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |

34 a   Totals ...................................

    b   Totals ...................................

| 35 | Add columns (d) and (f) of line 34a ............................................................... | 35 | |
| 36 | Add columns (c) and (e) of line 34b ............................................................... | 36 | |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below .......................... | 37 | |

## Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ........... | 39 | |

## Part V   Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ........................... | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ........................................................ ▶ | 41 | |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code N; and Schedule K-1 (Form 1041), line 14 (see instructions) ..................... | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules ................... | 43 | |

BAA              FDIZ2302   05/12/04             Schedule E (Form 1040) 2004

| Form 1040<br>Line 21 | **Other Income Statement** | **2004**<br>Statement ____ |
|---|---|---|

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Yaniv Amar | |

| | | (a)<br>Taxpayer | (b)<br>Spouse |
|---|---|---|---|
| 1 | Child's investment income, from Form 8814 ..................... | | |
| 2 | Gambling winnings: | | |
| a | From Form W-2G ................................................. | | |
| b | Not reported on Form W-2G ..................................... | | |
| 3 | Taxable income from Form 1099-MISC: | | |
| a | Substitute payments in lieu of interest or dividends ............. | | |
| b | Other income, prizes, awards, etc. .............................. | | |
| c | Alaska Permanent Fund ........................................ | | |
| 4 | Taxable qualified tuition program distributions from<br>Form 1099-Q ..................................................... | | |
| 5 | Taxable Grants from Form 1099-G ............................... | | |
| 6 | Taxable Coverdell ESA distributions from Form 1099-Q ......... | | |
| 7 | Foreign earned income and housing exclusion, from Form 2555 | | |
| 8 | Net operating loss carryover from a prior year .......SEE.STMT | -12,649. | |
| 9 | Other income, from Schedule(s) K-1 ............................ | | |
| 10 | Taxable distribution from: | | |
| a | Archer Medical Savings Accounts, and Long-Term Care<br>Insurance Contracts, from Form 8853 .......................... | | |
| b | Health Savings Accounts, from Form 8889 ...................... | | |
| 11 | Refunds or reimbursements of deductions claimed<br>in a prior year: | | |
| a | Reimbursement for deducted medical expenses ................. | | |
| b | Refunds of deducted taxes (other than state or local inc. taxes)<br>(enter type of tax) .............. _____ | | |
| c | Recapture of deducted moving expenses ........................ | | |
| d | Reimbursement for deducted casualty or theft loss .............. | | |
| e | Reimbursement for deducted employee business expenses ..... | | |
| f | Other refunds or reimbursements ................................ | | |
| 12 | Recoveries of bad debts deducted in a prior year ............... | | |
| 13 | Jury duty pay .................................................... | | |
| 14 | Bartering income not reported elsewhere ........................ | | |
| 15 | Income from the rental of personal property ..................... | | |
| 16 | Income from the Cancellation of Debt: | | |
| a | From Form 1099-C, Amount of debt canceled (see Tax Help) ... | | |
| b | From Schedule(s) K-1 (see Tax Help) ........................... | | |
| 17 | Other taxable income: | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |
| 18 | **Total.** Add lines 1 through 17.  Enter here and on Form<br>1040, line 21 ................................................... | -12,649. | |

Yaniv Amar ████████████ 1

Explanation Statement

Form/Line:   Form 1040 Line 21, Other Income Statement   8
Explanation of:   Net Operating Loss Carryforward

NOL carryforward from prior years.

**2003 Individual Income Tax Return**
prepared by:

**Titanium Consulting, Inc.**
3648 Crescent Park Blvd.
Orlando, FL 32812

**Yaniv Amar**
3475 Mystic Pointe Drive, Apt. 10
Aventura, FL 33180

**Form 1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return 2003**  (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2003, or other tax year beginning _____ , 2003, ending _____ , 20 ___

OMB No. 1545-0074

**Label** (See instructions.)

Your first name: Yaniv   MI   Last name: Amar

Your social security number: ████████████

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name   MI   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.

3475 Mystic Pointe Drive   10

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code

Aventura   FL   33180

**▲ Important!** You **must** enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? .......... ▶

|  | You | Spouse |
|---|---|---|
|  | ☐ Yes ☐ No | ☐ Yes ☐ No |

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here .. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child. (See instructions.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not check box 6a** ............

b ☐ **Spouse** ............

No. of boxes checked on 6a and 6b ... **1**

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than five dependents, see instructions.

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above

Add numbers on lines above ... **1**

d Total number of exemptions claimed .................. **1**

**Income**

**Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............... | 7 | 300,000. |
| 8a Taxable interest. Attach Schedule B if required ............... | 8a | 27,119. |
| b Tax-exempt interest. **Do not** include on line 8a ......... 8b | | |
| 9a Ordinary dividends. Attach Schedule B if required ............... | 9a | |
| b Qualfd divs (see instrs) ......... 9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ............... | 10 | |
| 11 Alimony received ............... | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ ............... | 12 | |
| 13a Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ......... ▶ ☐ | 13a | |
| b If box on 13a is checked, enter post-May 5 capital gain distributions ......... 13b | | |
| 14 Other gains or (losses). Attach Form 4797 ............... | 14 | |
| 15a IRA distributions .......... 15a | b Taxable amount (see instrs) .. | 15b | |
| 16a Pensions and annuities .... 16a | b Taxable amount (see instrs) .. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | -335,018. |
| 18 Farm income or (loss). Attach Schedule F ............... | 18 | |
| 19 Unemployment compensation ............... | 19 | |
| 20a Social security benefits ... 20a | b Taxable amount (see instrs) .. | 20b | |
| 21 Other income ............... | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -7,899. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) ...................... | 23 | |
| 24 IRA deduction (see instructions) ...................... | 24 | |
| 25 Student loan interest deduction (see instructions) .......... | 25 | |
| 26 Tuition and fees deduction (see instructions) .......... | 26 | |
| 27 Moving expenses. Attach Form 3903 ...................... | 27 | |
| 28 One-half of self-employment tax. Attach Schedule SE ....... | 28 | |
| 29 Self-employed health insurance deduction (see instrs) ....... | 29 | |
| 30 Self-employed SEP, SIMPLE, and qualified plans .......... | 30 | |
| 31 Penalty on early withdrawal of savings ...................... | 31 | |
| 32a Alimony paid  b Recipient's SSN ... ▶ | 32a | |
| 33 Add lines 23 through 32a | 33 | |
| 34 Subtract line 33 from line 22. This is your **adjusted gross income** ............... ▶ | 34 | -7,899. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112   01/16/04   Form 1040 (2003)

Form **1040** (2003)   Yaniv Amar                                                                                    Page **2**

| Tax and Credits | 35 | Amount from line 34 (adjusted gross income) | | 35 | -7,899. |
|---|---|---|---|---|---|

**Standard Deduction for —**
- **People who** checked any box on line 36a or 36b or who can be claimed as a dependent, see instructions.
- **All others:** Single or Married filing separately, $4,750

Married filing jointly or Qualifying widow(er), $9,500

Head of household, $7,000

| | | | | | |
|---|---|---|---|---|---|
| 36a | Check ☐ | **You** were born before January 2, 1939, ☐ Blind. | **Total boxes** | | |
| | | **Spouse** was born before January 2, 1939, ☐ Blind. | checked ► 36a ☐ | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ........ ► 36b ☐ | | | | |
| 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) ................... | | 37 | 4,750. |
| 38 | Subtract line 37 from line 35 ................................................ | | 38 | -12,649. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions ......... | | 39 | 3,050. |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- ...................................... | | 40 | 0. |
| 41 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ........ | | 41 | 0. |
| 42 | Alternative minimum tax (see instructions). Attach Form 6251 ................... | | 42 | |
| 43 | Add lines 41 and 42 .................................................... ► | | 43 | 0. |
| 44 | Foreign tax credit. Attach Form 1116 if required ...... | 44 | | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 ... | 45 | | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R .... | 46 | | |
| 47 | Education credits. Attach Form 8863 .................. | 47 | | |
| 48 | Retirement savings contributions credit. Attach Form 8880 ... | 48 | | |
| 49 | Child tax credit (see instructions) ..................... | 49 | | |
| 50 | Adoption credit. Attach Form 8839 ..................... | 50 | | |
| 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 .......... | 51 | | |
| 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 52 | | |
| 53 | Add lines 44 through 52. These are your **total credits** .................. | | 53 | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ........ ► | | 54 | 0. |

| Other Taxes | | | | | |
|---|---|---|---|---|---|
| | 55 | Self-employment tax. Attach Schedule SE .. | | 55 | |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ... | | 56 | |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required .......... | | 57 | |
| | 58 | Advance earned income credit payments from Form(s) W-2 .................... | | 58 | |
| | 59 | Household employment taxes. Attach Schedule H ......................... | | 59 | |
| | 60 | Add lines 54-59. This is your total tax .............................. ► | | 60 | 0. |

| Payments | | | | | |
|---|---|---|---|---|---|
| If you have a qualifying child, attach Schedule EIC. | 61 | Federal income tax withheld from Forms W-2 and 1099 ..... | 61 | 70,104. | |
| | 62 | 2003 estimated tax payments and amount applied from 2002 return ....... | 62 | | |
| | 63 | **Earned income credit (EIC)** ......................... No | 63 | | |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) ...... | 64 | | |
| | 65 | Additional child tax credit. Attach Form 8812 .............. | 65 | | |
| | 66 | Amount paid with request for extension to file (see instructions) ....... | 66 | | |
| | 67 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 67 | | |
| | 68 | Add lines 61 through 67. These are your total payments .............. ► | | 68 | 70,104. |

| Refund | | | | | |
|---|---|---|---|---|---|
| Direct deposit? See instructions and fill in 70b, 70c, and 70d. | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid ....... | | 69 | 70,104. |
| | 70a | Amount of line 69 you want **refunded to you** ..................... ► | | 70a | 70,104. |
| | ► b | Routing number ....... XXXXXXXX | ► c Type: ☐ Checking ☐ Savings | | |
| | ► d | Account number ...... XXXXXXXXXXXXXXXX | | | |
| | 71 | Amount of line 69 you want applied to your 2004 estimated tax ....... ► 71 | | | |

| Amount You Owe | 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions .............. | | 72 | |
|---|---|---|---|---|---|
| | 73 | Estimated tax penalty (see instructions) ... | 73 | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? | ☐ **Yes. Complete the following.** | ☒ **No** |
|---|---|---|---|
| | Designee's name ► | Phone no. ► | Personal identification number (PIN) |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| ► | | Business Owner | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| ► | | | |

| Paid Preparer's Use Only | Preparer's signature ► | Dan Myers, CPA | Date 11/02/2005 | Check if self-employed ☐ | Preparer's SSN or PTIN P00367900 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | Titanium Consulting, Inc. 3648 Crescent Park Blvd. Orlando          FL  32812 | | EIN 59-3581920 Phone no. (407) 582-0703 | |

FDIA0112  01/16/04                                                                              Form **1040** (2003)

Schedule A & B (Form 1040) 2003 | OMB No. 1545-0074 | Page 2

Name(s) shown on Form 1040. | Your social security number

Yaniv Amar

## Schedule B — Interest and Ordinary Dividends

**08**

| | | | Amount |
|---|---|---|---|
| **Part I**<br>**Interest**<br><br>(See instructions<br>for Form 1040,<br>line 8a.) | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address .................................. ▶ | |
| | | Professional Sales Force, Inc. | 27,119. |
| **Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | | 1 |
| | 2 | Add the amounts on line 1 ................................................ | 2 | 27,119. |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989.<br>Attach Form 8815 | 3 | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a .............. ▶ | 4 | 27,119. |

**Note.** If line 4 is over $1,500, you must complete Part III.

| | | | Amount |
|---|---|---|---|
| **Part II**<br>**Ordinary**<br>**Dividends**<br><br>(See instructions for Form 1040, line 9a.) | 5 | List name of payer ... ▶ | |
| **Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | | 5 |
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a .............. ▶ | 6 | |

**Note.** If line 6 is over $1,500, you must complete Part III.

| **Part III**<br>**Foreign**<br>**Accounts**<br>**and**<br>**Trusts**<br><br>(See instructions.) | You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | 7a At any time during 2003, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ................................ | | X |
| | b If 'Yes,' enter the name of the foreign country . ▶ | | |
| | 8 During 2003, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions | | X |

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions. | FDIA0401   10/16/03 | Schedule B (Form 1040) 2003

Schedule E (Form 1040) 2003     **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

Yaniv Amar

Your social security number

## Part II   Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column **(e)** on line 28 and attach Form 6198. See instructions.

27   Are you reporting losses not allowed in prior years due to the at-risk or basis limitations, passive losses not reported on Form 8582, or unreimbursed partnership expenses? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · □ Yes   ☒ No

If you answered 'Yes,' see instructions before completing this section.
**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | Professional Sales Force, Inc. | S | | 59-3744272 | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | 335,018. | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | 335,018. | | |

30   Add columns (g) and (j) of line 29a · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **30** | |

31   Add columns (f), (h), and (i) of line 29b · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **31** | -335,018. |

32   **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below · · · · · · · · · · · · · · · · · · · · | **32** | -335,018. |

## Part III   Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35   Add columns (d) and (f) of line 34a · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **35** | |

36   Add columns (c) and (e) of line 34b · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **36** | |

37   **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below · · · · · · · · · · · · · · | **37** | |

## Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39   Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below · · · · · · · · · | **39** | |

## Part V   Summary

40   Net farm rental income or (loss) from Form 4835. Also, complete line 42 below · · · · · · · · · · · · · · · · · · · · · · | **40** | |

41   **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | **41** | -335,018. |

42   **Reconciliation of Farming and Fishing Income.** Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **42** | |

43   **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules · · · · · · · · · · · · · · · · · | **43** | |

BAA      FDIZ2302   06/11/03      Schedule E (Form 1040) 2003

-----Original Message-----
From: shane [mailto:shane@matrixnetwork.net]
Sent: Thursday, December 30, 2004 5:01 PM
To: 'YANIV AMAR'
Subject: FW: Berkowitz Fax 12-28-07.pdf

Yaniv,

The attachment was also mailed to Jerry Beavers.  We're copying it to you in
case he calls you to ask about it.

Happy New Year!

Shane



PLAINTIFF'S
EXHIBIT
456
10-5-10  JB



**TITANIUM**
**CONSULTING, INC.**

3648 Crescent Park Blvd.
Orlando, Florida 32812

O. 407.582.0703
F. 407.582.0704



| **To:** | M. Berkowitz | **From:** | Dan Myers |
|---|---|---|---|
| **Fax:** | 954-423-7409 | **Pages:** | 13 including cover |
| **Phone:** | 954-423-7093 | **Date:** | December 28, 2004 |
| **Re:** | Primary Bookkeeping, Inc. | **CC:** | |

Ms. Berkowitz,

I hope you had a happy holiday season.

I can't find a record of sending you the 941C for 09/30/03, the 941 for 12/31/03, or the 1120S for 2003. Additionally, attached is a letter with specific language from Mr. Amodeo. The original check I have is for the incorrect amount. I made a mathematical error. A new check should be waiting for me today (which I will confirm this morning).

Please let me know if you have any questions.

Dan Myers



**TITANIUM
CONSULTING, INC.**
3648 Crescent Park Blvd.
Orlando, Florida 32812
O. 407.582.0703
F. 407.582.0704

Ms. Berkowitz
Internal Revenue Service

December 28, 2004

Re: Primary Bookkeeping, Inc.

Dear Ms. Berkowitz,

Mr. Amodeo has asked his commercial accounting firm to review the following language in order to insure it meets the objectives of resolving "trust fund" liability and non-impairing collection action against other responsible parties for contribution if needed.

The firm reviewing language is Rachlin, Cohen & Holtz LLP; in particular, the principal assigned to Mr. Amodeo's tax matters: Jose Marrero. Mr. Marrero will return from a personal leave on 12/29/04. It is our belief this matter can be resolved on 1/3/04.

<u>Language</u>

Frank L. Amodeo tenders to Internal Revenue Service the amount of $253,362.71, which constitutes the "so-called" trust fund liability related to employment taxes that Primary Bookkeeping, Inc. was suppose to, but did not collect during 2003. This amount is payment-in-full but does not impair Amodeo's rights of contribution against other persons. Further, Service in cooperation with Primary Bookkeeping, Inc. shall attempt to collect obligations owed to Primary Bookkeeping, Inc. Any excess over remaining PBI tax liabilities shall be remitted to Amodeo.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Dan Myers
Certified Public Accountant



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0774
DEPT. ACCESS CODE     2000
CONNECTION TEL                  13053778331
CONNECTION ID         RACHLIN COHEN &
ST. TIME              01/25 14:10
USAGE T               01'41
PGS. SENT             3
RESULT                OK
```

## BERMAN, KEAN & RIGUERA, P.A.
### 2101 West Commercial Boulevard
### Suite 2800
### Fort Lauderdale, Florida 33309
### Telephone (954) 735-0000
### Telecopier (954) 735-3636

# FACSIMILE  TRANSMISSION

**DATE:**          January 25, 2005

**SEND TO:**       Laurie Holtz

**FAX NO.:**       (305) 377-8331

**FROM:**          Richard E. Berman, Esq.

**RE:**            Frank Amodeo/General Matters

**TOTAL PAGES, INCLUDING THIS COVER SHEET:**   3

**IF THERE ARE ANY PROBLEMS IN RECEIVING, PLEASE CALL:**   Julie, Lydia or Deanne

This facsimile contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s)named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender above by telephone (collect call if necessary) and return the original facsimile to us at the above address via the U.S. Mail. Thank you.

COMMENTS:



PLAINTIFF'S
EXHIBIT
45-7

*PAL/SADRIANNA 89*

# BERMAN, KEAN & RIGUERA, P.A.
### 2101 West Commercial Boulevard
### Suite 2800
### Fort Lauderdale, Florida 33309
### Telephone (954) 735-0000
### Telecopier (954) 735-3636

## FACSIMILE TRANSMISSION

DATE:            January 25, 2005

SEND TO:         Laurie Holtz

FAX NO.:         (305) 377-8331

FROM:            Richard E. Berman, Esq.

RE:              Frank Amodeo/General Matters

TOTAL PAGES, INCLUDING THIS COVER SHEET:    3

IF THERE ARE ANY PROBLEMS IN RECEIVING, PLEASE CALL:   Julie, Lydia or Deanne

This facsimile contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited.  If you have received this facsimile in error, please immediately notify the sender above by telephone (collect call if necessary) and return the original facsimile to us at the above address via the U.S. Mail.  Thank you.

COMMENTS:

    Please see attached correspondence.

F:\Amodeo, Frank\1310-007\Fax Cover Sheet (BK&R)\4764.wpd

*PAL/SADRIANNA 90*

**To:** Richard Berman, Esquire

**From:** Frank Amodeo

This memo is meant to clarify the ownership of certain companies within my influence. Also to provide a guideline to how the ownership will change and a baseline for future acquisitions.

Frank L. Amodeo

| | | |
|---|---|---|
| 100% AQMI Strategy Corporation | | C-Corp |
| 100% Wellington Capital Group, Inc. | | C-Corp |
| 100% Mirabilis Ventures, Inc. | | C-Corp |
| = 10% | 100 shares of Quantum Delta Enterprises | C-Corp |
| = 2% | 3,000,000 shares of Presidion Corporation | C-Corp |
| = 50% | FYI Enterprises Inc | C-Corp |

AQMI Strategy Corporation is a consulting firm and has retained only one equity investment: 100 shares of Quantum Delta Enterprises.

Wellington Capital Group, Inc. is the distressed entity acquisition; investment company and currently owns directly the five Sunshine Companies and indirectly Kingdom Vision Network (Chapter 11).

Mirabilis Ventures Inc. is the prinicipal investment company and whill have a multiplicity of ownership upon completion of certain subscriptions Mirabilis has a variety of su bsidiaries and investments.

25,000,000 shares of Presidion Preferred
= 28,000,000 shares of Presidion Common
Option on 40,000,000 shares of Presidion Common
$500,000 note from Presidion on Credit Line

$150,000 note from Professional Benefit solution

4,000 shares of Felker Construction Compnay (40%)

25% of Global Vision (Teknovation) LLC

350 shares of Quantum Delta Enterprise (35%)

$125,000 limited recourse note from Dan Myers

A Very Private Eye   (25%)

8000 shares Matrix Network Inc.   (80%)

1

*PAL/SADRIANNA 91*

403,000 shares Trafalgar Capital Group, Inc   (100%)

1,000 Shares Titanium Mining Corporation (100%)

Pending $500,000 investment in AE Concepts Inc.

Quantum Delta Enterprises owns certain intellectual property (patent pending ) and a
brokers agreement with Presidion.

Presidion is the public entity and distribution of shares has not yet occurred but is
anticipated for January 26, 2005.

FYI Enterprises Inc is my "partnership" with Yaniv Amar and does not have any current
projects or significant assets.

I am in the process of ordering and consolidating (marshaling) non network assets and
expect to have completely restructured by April, 2005.

Richard, please send this as counsel to the Rachlin, Cohen & Holtz list below so
information is privileged.

2

PAL/SADRIANNA 92

| Current Status | Company Name | Event | Date of Event | Address | Director | President | Secretary | Treasurer | Registered Agent | Registered Agent Address |
|---|---|---|---|---|---|---|---|---|---|---|
| INACTIVE | Paradigm Enterprises of Orlando, LLC | Formation | 01/06/99 | One Parilieu Place, Suite 130, Winter Park, FL | Corporation (the 1st Amodeo) | XAMI Partnership International | PDQ | | Larry Curran | 2203 Lake Debra Drive #114, Orlando FL |
| INACTIVE | Management Services | Formation | 02/02/99 | 2203 Lake Debra Drive #114, FL | All Electric Staffing, Inc | Julie Bruder | | | Jerry Beavers | 2203 Lake Debra Drive #114, Orlando FL |
| INACTIVE | Professional Services | Formation | 02/15/99 | 2203 Lake Debra Drive #114, Orlando | Julie Bruder | James Parker | Ray Blackman | Ray Blackman | Jerry Beavers | 2203 Lake Debra Drive #114, Orlando FL |
| INACTIVE | Employee Resources, Inc. | Formation | 09/13/99 | 6107 Newstead Ct. (Green Acres, FL) | Dean Amodeo (Brother of Frank Amodeo) | | | | Jerry Beavers | 6107 Newstead Ct. Green Acres, FL |
| INACTIVE | Quick Accounts Professional Sales Force | Formation | 05/21/01 | 6453 S. Orange Avenue, Orlando, FL | Frank Amodeo | Jerry Beavers | Jerry Beavers | | Jerry Beavers | 6107 Newstead Ct. Green Acres, FL |
| INACTIVE | Professional Sales Force SynEntre Services | Formation | 05/25/01 | 8000 South Orange Avenue, Orlando, FL | Frank Amodeo | Jerry Beavers | Jerry Beavers | | Philip Calandrino | 7232 Sand Lake Road #201 Orlando, FL |
| INACTIVE | Credix Corp. | Formation | 06/06/01 | 301 E. Pine Street #150, Orlando, FL | | Frank Amodeo | | | Philip Calandrino | 7232 Sand Lake Road #201 Orlando, FL |
| INACTIVE | AtOmega Corp. | Formation | 06/14/01 | 301 E. Pine Street #150, Orlando, FL | Frank Amodeo | Frank Amodeo | Frank Amodeo | Frank Amodeo | Philip Calandrino | 7232 Sand Lake Road #201 Orlando, FL |
| INACTIVE | Professional Graphics Signature | Formation | 09/06/01 | 2625 Edgewater Drive, Orlando, FL | James Sadrianna | | | | Calandrino | 2625 Edgewater Drive, Orlando, FL |
| INACTIVE | Professional Sales Force Restaurant | Annual Report | 09/21/01 | 8000 South Orange Avenue, Orlando, FL | James Sadrianna | James Sadrianna | | | James Sadrianna | 8000 South Orange Avenue, Orlando, FL |
| INACTIVE | Genesis Corporation | Formation | 04/18/02 | 2 South Orange Avenue #101 | Brian Davis | Marty Flynn | | | Russell Bergin | 111 N. Orange Avenue #875, Orlando, FL |
| INACTIVE | HRM Enterprises Inc | Formation | 04/22/02 | 2813 S. Hiawassee Road, #201 Orlando, FL | Frank Amodeo | | | | James Sadrianna | 2625 Edgewater Drive, Orlando, FL |
| ACTIVE | Creative Insurance Companies | Formation | 08/21/02 | 635 45th Street Court West, Palmetto, FL | Denise Mazer | | | Andrew Alley | Cecilia Eaton | 635 45th Street Court West, Palmetto, FL |
| INACTIVE | HRM Enterprises, Inc | Formation | 04/22/02 | 6453 S. Orange Avenue, Orlando, FL | Frank Amodeo | Frank Amodeo | Frank Amodeo | Frank Amodeo | Frank Amodeo | Credix Corporation |
| INACTIVE | Professional Sales Force Inc | Resignation | 10/14/02 | 6453 S. Orange Avenue, Orlando, FL | | | | | | |
| INACTIVE | Professional Sales Force | Change Registered Agent | 09/18/02 | 6453 S. Orange Avenue, Orlando, FL | | | | | | |
| INACTIVE | Beverages, Inc | Formation | 02/12/03 | 14556 St. Georges Hill Drive Orlando, FL | Marty Flynn | | | | Matrix Network, Inc | 455 South Orange Avenue, #500, Orlando |
| ACTIVE | Creative Insurance Companies | Annual Report | 03/03/03 | 755 W. Big Beaver #700 Troy, MI | Denise Mazer | | James Baiers | Andrew Alley | Cecilia Eaton | 1322 6th Ave. W. Bradenton, FL |
| INACTIVE | Professional Sales Force Inc | Reinstatement | 04/08/03 | 3107 West Hallandale Beach Blvd #101, Pembrook Park, FL | | | | | Frank Amodeo | Credix Corporation |
| ACTIVE | Primary Brokerage Inc | Formation | 04/15/03 | 971 Briarwood Drive, West Palm Beach, FL | | Jerry Beavers | | | Marty Flynn | 455 South Orange Avenue, #500, Orlando, FL |
| INACTIVE | AtOmega Corp | Change Registered Agent | 07/21/03 | 2875 South Avenue #500 PMB 1810, Orlando, FL | | | | | Frank Amodeo | Credix Corporation |



PLAINTIFF'S EXHIBIT
45-8
10-5-10 VB

| Status | Company | Filing | Date | Address | Name | Name | Name | Address / Entity |
|---|---|---|---|---|---|---|---|---|
| INACTIVE | Credix Corp. | Change Registered Agent | 07/21/03 | 2875 S. Orange Ave., Orlando, FL | | Frank Amodeo | Frank Amodeo | Credix Corporation / Credix Corporation |
| INACTIVE | SynEntre Services | Change Registered Agent | 07/25/03 | 2875 S. Orange Ave., Orlando, FL | Frank Amodeo | Frank Amodeo | | Credix Corporation, 456 South Orange Avenue, #500, Orlando |
| ACTIVE | [illegible] | Resignation | 09/08/03 | | Marty Flynn | | Marty Flynn | 457 South Orange Avenue, #500, Orlando, FL |
| INACTIVE | Beverages, Inc | Change Registered Agent | 09/09/03 | 3107 West Hallandale Beach Blvd #101, Pembroke Park, FL | Marty Flynn | Marty Flynn | Marty Flynn | 3107 Hallandale Beach Blvd, #101B Hallandale, FL |
| INACTIVE | [illegible] | Formation | 10/09/03 | 3107 Hallandale Beach Blvd, Hallandale, FL | Marty Flynn | | | 3107 Hallandale Beach Blvd #101B Hallandale, FL |
| INACTIVE | Beverages, Inc | Formation | 12/02/03 | 715 Bloom Street, Suite A, Celebration, FL | Kelly McCarthy | John Emerson | John Emerson | 715 Bloom Street, Suite A, Celebration, FL |
| INACTIVE | Restaurant Resources, Inc | Change Registered Agent | 12/10/03 | 20 North Orange Street, 1400, Orlando, FL | Marty Flynn | Lawrence Haber | Lawrence Haber | 20 North Orange, #1400 Orlando, FL |
| INACTIVE | Restaurant Resources, Inc | Change Registered Agent | 04/22/04 | 20 North Orange Street, 1400, Orlando, FL | Marty Flynn | Brian Davis | Lawrence Haber | 20 North Orange, #1400 Orlando, FL |
| INACTIVE | Restaurant Resources, Inc | Annual Report | 04/22/04 | 1969 S. Alafaya Trail #236, Orlando, FL | Marty Flynn | Lawrence Haber | Lawrence Haber | 20 North Orange, #1400 Orlando, FL |
| ACTIVE | [illegible] | Change Registered Agent | 04/28/04 | 20 North Orange Street, 1400, Orlando, FL | John Murphy | Robert Davis | Dean Mead Services | 800 North Magnolia Ave, Suite 1500, Orlando, FL |
| INACTIVE | Professional Sales Force | Annual Report | 04/28/04 | 3107 West Hallandale Beach Blvd #101, Pembroke Park, FL | [illegible] | | James Sadrianna | 3648 Cresent Park Boulevard, Orlando, FL |
| ACTIVE | [illegible] | Formation | 05/11/04 | 3648 Cresent Park Boulevard, Orlando, FL | Daniel L. Myers | Daniel L. Myers | Daniel L. Myers | [illegible] |
| INACTIVE | Professional Sales Force | Change Registered Agent | 05/12/04 | 3107 West Hallandale Beach Blvd #101, 20 North Orange Street, 1400, Orlando, FL | [illegible] | Restaurant Resources, Inc | Restaurant Partners, Inc | Charles W. McBurney, 6320 St. Augustine Road #11 Jacksonville, FL |
| INACTIVE | Market Street Villages | Formation | 06/04/04 | 20 North Orange Street, 1400, Orlando, FL | Marty Flynn | | | 20 North Orange, #1400 Orlando, FL |
| ACTIVE | [illegible] | Annual Report | 06/07/04 | 755 W. Big Beaver #1700 Troy, MI | Denise Mazer | James Waldvogel | Nationscorp Registered Agents, Inc | 526 E. Park Avenue Tallahassee, FL |
| ACTIVE | [illegible] | Formation | 09/08/04 | 2875 South Orange Avenue #500 PMB 1810, Orlando, FL | Frank Amodeo | Frank Amodeo | James Waldvogel | 20 North Orange Avenue #1400 Orlando, FL |
| INACTIVE | Restaurant Resources, Inc | Amendment | 11/18/04 | 1969 S. Alafaya Trail #236, Orlando, FL | Gailie Hartman | Gailie Hartman | Lawrence Haber | Matrix Network, Orlando 800 Celebration Avenue #227 Celebration, FL |
| ACTIVE | [illegible] | Formation | 12/14/04 | 20 North Orange Street, 1400, Orlando, FL | Frank Amodeo | Frank Amodeo | Lawrence Haber | Nationscorp Registered Agents, Inc 526 E. Park Avenue Tallahassee, FL |
| ACTIVE | [illegible] | Resignation / Change | 01/31/05 | 1440 Indiantown Road Jupiter, FL | Chris O'Connor | James Waldvogel | Marty Flynn | 1969 S. Alafaya Trail #236 Orlando, FL |
| ACTIVE | [illegible] | Change | | | Frank Amodeo | Frank Amodeo | Charles W. St Augustine Road | 6550 St. Augustine Road |

| Status | Company | Document | Date | Address | Chris O'Connor | | | James Waldvogel | Jeffrey Rendel | Nationscorp Registered Agents, Inc. | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | Creative Insurance Concepts, Inc. | Annual Report | 07/11/05 | 755 W. Big Beaver #1700 Troy, MI | | | | | | Nationscorp Registered Agents, Inc | 528 E.Park Avenue Tallahassee, FL |
| ACTIVE | Wellington Capital Group | Annual Report | 07/11/05 | 2875 South Orange Avenue #500 PMB 1810, Orlando, FL | | | | | | Lawrence Haber | Matrix Network, Orlando 20 North Orange Avenue #1400, Orlando, FL |
| ACTIVE | The Human Resource Enterprises Corp | Formation | 09/15/05 | 111 N. Orange Avenue, 2000 Orlando, FL | Larry Haber | | | | | Berman Kean Riquera | 101 W. Commercial Blvd, #2800 Fort Lauderdale, FL |
| ACTIVE | Wellington Capital Group | Annual Report | 02/23/06 | 1969 S. Alafaya Trail #236 Orlando, FL | Frank Amodeo | Gallie Hartman | Gallie Hartman | Frank Amodeo | Gallie Hartman | Frank Cammarata | 11380 Prosperity Farms Road, #221 E Palm Beach, FL |
| ACTIVE | Wellington Capital Group | Annual Report | 04/06/06 | 111 N. Orange Avenue, 2000 Orlando, FL | Pete Anderson | David Rades | David Rades | Brian Fischer | Robert Konicki | Berman Kean Riquera | 101 W. Commercial Blvd, #2800 Fort Lauderdale, FL |
| ACTIVE | The Human Resource Enterprises Corp | Annual Report | 04/13/06 | 111 N. Orange Avenue, 2000 Orlando, FL | Larry Haber | | | | | Berman Kean Riquera | 101 W. Commercial Blvd, #2800 Fort Lauderdale, FL |
| ACTIVE | Brookhaven, Inc. | Reinstatement | 06/23/06 | 1881 North Federal Highway #133, Hollywood, FL | | | | | | Charles W. McBurney | 76 S. Laura Street #590 Jacksonville, FL |
| ACTIVE | Mirabilis Technologies, Inc. | Amendment | 02/26/07 | 200 South Orange Avenue, #2800, Orlando, Fl | Frank Amodeo | Jodi Jaiman | Jodi Jaiman | Shane Williams | Jay Stollenwerk | Stratis Authority | 200 South Orange, 27th Floor, Orlando, FL |
| ACTIVE | The Human Resource Enterprises Corp | Annual Report | 04/23/07 | 200 South Orange Avenue, 28th Floor, Orlando, FL | Larry Haber | Jodi Jaiman | Jodi Jaiman | Jodi Jaiman | Robert Konicki | Berman Kean Riquera | 101 W. Commercial Blvd, #2800 Fort Lauderdale, FL |
| ACTIVE | Creative Insurance Concepts, Inc. | Annual Report | 04/27/07 | 200 South Orange Avenue, #2700, Orlando, FL | Pete Anderson | David Rades | David Rades | Brian Fischer | Robert Konicki | Mark Bernet | 200 South Orange Avenue, #2800, Orlando, Fl |
| ACTIVE | Wellington Capital Group | Annual Report | 04/30/07 | 2875 South Orange Avenue #500 PMB 1810, Orlando, FL | Frank Amodeo | Frank Amodeo | Frank Amodeo | Frank Amodeo | Frank Amodeo | Frank Cammarata | 11380 Prosperity Farms Road, #221 E Palm Beach, FL |
| ACTIVE | Wellington Capital Group | Annual Report | 04/30/07 | 1969 S. Alafaya Trail #236 Orlando, FL | Frank Amodeo | Gallie Hartman | Gallie Hartman | Frank Amodeo | Gallie Hartman | Frank Cammarata | 11380 Prosperity Farms Road, #221 E Palm Beach, FL |
| ACTIVE | Creative Insurance Concepts, Inc. | Amendment | 07/05/07 | 655 Fulton Street, #10, Box 7 Sanford, FL | | Pete Anderson | | | Mark Bernet | | 200 South Orange Avenue, 28th floor, Orlando, Fl |
| ACTIVE | Wellington Capital Group | Amendment | 07/09/07 | 201 South Orange Avenue, #2700, Orlando, Fl | Pete Anderson | David Rades | Brian Fischer | Brian Fischer | Mary Carter Christie | Corporate Creations | 11380 Prosperity Farms Road, #221 E Palm Beach, FL |
| ACTIVE | Alauch Group IV | Formation | 09/10/07 | 655 Fulton Street, #10, Box 7 Sanford, FL | Pete Anderson | James Beesley | Valerie Hawk | | | Corporate Creations | 11380 Prosperity Farms Road, #221 E Palm Beach, FL |
| ACTIVE | Wellington Capital Group | Annual Report | 01/24/08 | 1969 S. Alafaya Trail #236 Orlando, FL | Frank Amodeo | Gallie Hartman | Gallie Hartman | Gallie Hartman | Gallie Hartman | Corporate Creations | 11380 Prosperity Farms Road, #221 E Palm Beach, FL |
| ACTIVE | Brookhaven, Inc. | Reinstatement | 02/07/08 | 2875 South Orange Avenue #500 PMB 1810, Orlando, FL | Frank Amodeo | Frank Amodeo | Frank Amodeo | Frank Amodeo | Frank Amodeo | Charles W. McBurney | 77 S. Laura Street #590 Jacksonville, FL |
| ACTIVE | Creative Insurance Concepts, Inc. | Annual Report | 04/10/08 | 500 N. Maitland Avenue #101 Maitland, FL | Pete Anderson | David Rades | David Rades | Brian Fischer | Mary Carter Christie | Corporate Creations | 11380 Prosperity Farms Road, #221 E Palm Beach, FL |
| ACTIVE | Mirabilis Technologies, Inc. | Resignation | 04/13/08 | 200 South Orange Avenue, #2800, Orlando, Fl | Frank Amodeo | | | | | | 200 South Orange Avenue, 27th Floor, Orlando, FL |

**From:** Kevin Leonard
**Sent:** Tuesday, August 22, 2006 12:13 PM
**To:** Dan Myers
**Subject:** Bank of Commerce

Dan,

I an unclear exactly the content of the confirmation needed by the auditors to make them happy regarding the 2004 Bank of Commerce $ 500,000,

Below is a draft of simple letter that Yaniv could sign to confirm the existence and use of the $ 500,000. I believe this is what the auditors required. Yaniv could address this to the auditors directly.

Let me know if you had something else in mind.

Kevin

"This letter will confirm that on February 10th, 2005, I withdrew from Mirabilis' Bank of Commerce account the amount of $ 500,000. I was the authorized signer for Mirabilis for this Bank of Commerce account.


The $ 500,000 was used to purchase the stock of Caribbean Data & PSF. In turn Caribbean Data was old to Wellington Capital for $ 1,000,000."

Signed,
Yaniv Amar

Kevin Leonard
Phone: 407 517 7779
Fax: 407 426 9191


PLAINTIFF'S EXHIBIT
45.9
10-5-10 JB

September 6, 2006


Mirabilis Ventures, Inc.
Attn: Board of Directors
111 North Orange Avenue, Suite 2000
Orlando, Florida 32801

RE:     *Funds for Caribbean Data Corporation.*


To Whom It May Concern:

   This letter is to provide you with written confirmation that I received $500,000.00 from Mirabilis Ventures, Inc. for the acquisition of Caribbean Data Corporation. This transaction occurred around the end of 2004. These funds were deposited into an account at the Bank of Commerce in December of 2004, of which I was the sole signatory. The funds were released to me personally in February of 2005.

   Please let me know if I can be of further assistance.


Respectfully yours,


Yaniv Amar