**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                     CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    Defendants,

v.

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    Third-Party Defendants.
_____

## NOTICE CONCERNING DATE OF FILING OF THIRD-PARTY DEFENDANT AARON C. BATES' MOTION FOR SUMMARY JUDGMENT

On November 9, 2010, the Court granted Third-Party Defendant Aaron C. Bates' ("Bates") Unopposed Motion for Extension of Time to file his dispositive motion until November 12, 2010. See Dkt. #331. After review and electronic signature, the undersigned counsel, Atheseus R. Lockhart, began the process of electronically filing Bates' Motion for Summary Judgment at approximately 11:45 p.m. on November 12, 2010. However, despite counsel's diligence, due to unforeseeable and unexpected circumstances, the ECF file stamp for the Motion is dated November 13, 2010 at 12:03

1

a.m. In particular, undersigned counsel experienced internet connectivity issues and problems entering the correct ECF password.[1]

While the opposing party was not prejudiced by the Motion being electronically entered three (3) minutes late, undersigned counsel hereby files this Notice out of an abundance of caution so as to notify the Court that while the Motion was finalized and electronically signed on November 12, 2010 (with the Motion's Certificate of Service reflecting the same), the Middle District Notice of Electronic Filing states that the Motion was actually entered and filed on November 13, 2010 at 12:03 a.m.

Respectfully submitted this 13th day of November, 2010.

s/ Atheseus R. Lockhart<br>
Counsel for Third-Party Defendant<br>
Aaron C. Bates, Esq.

**COUNSEL:**

Atheseus R. Lockhart
Florida Bar No. 659134
MEIER, BONNER, MUSZYNSKI, O'DELL & HARVEY, P.A.
260 Wekiva Springs Road, Suite 2000
Longwood, Florida 32779
Telephone: (407) 872-7774
Facsimile: (407) 872-7997
arl@fltrialteam.com

---

[1] Undersigned counsel has personally used the federal ECF system on less than five (5) occasions.

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 13th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                                       s/ Atheseus R. Lockhart_____
                                                       ATHESEUS R. LOCKHART

4

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Attorney at Law, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant** |

4