# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

Plaintiffs,

-vs-   Case No. 6:07-cv-1788-Orl-28KRS

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

Defendants.

---

## ORDER

On November 15, 2010, this Court held a telephonic hearing on Plaintiffs' Motion for Reconsideration of this Court's August 6, 2010 Order (Doc. 285) granting Defendants Palaxar Group, LLC, Palaxar Holdings, LLC, Edith Curry, and Frank Hailstones' ("Defendants") Motion for Summary Judgment (Doc. 189). At the hearing, Plaintiffs' made an *Ore Tenus* motion to voluntarily dismiss their claims against Defendants with prejudice. (Doc. 337). This Order confirms the Oral Order made at the hearing **GRANTING** Plaintiffs' Motion to Dismiss their claims against Defendants with prejudice. Plaintiffs' claims against Defendants Palaxar Group, LLC, Palaxar Holdings, LLC, Edith Curry and Frank Hailstones, are dismissed with prejudice.

Based on Plaintiffs' voluntary dismissal with prejudice, the Order entered at docket entry 285, is hereby **VACATED**.

The Court retains jurisdiction on the issue of attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17___ day of November, 2010.

                                                                                                         _____
                                                                                                         JOHN ANTOON II
                                                                                                         United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party