UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

Plaintiffs,

-vs- Case No. 6:07-cv-1788-Orl-28KRS

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

Defendants.

## ORDER

This cause is before the Court on the following: 1) Third Party Defendant James Sadrianna's Amended Motion for Clarification (Doc. 264); 2) Plaintiffs Mirabilis Ventures, Inc. and Nexia Strategy Corporation's Motion to Suspend The Current Deadlines Set Forth In The Amended Case Management Order [D.E. #190] (Doc. 266); and 3) Stipulation of Dismissal of Counterclaim By Counterclaim Plaintiff Edith Curry and Counterclaim Defendant James Sadrianna Pursuant to Rule 41(1)(a)(II) (Doc. 314) ("Stipulation").

The Stipulation dismisses with prejudice the only claim against Third Party Defendant, James Sadrianna. Accordingly, Third Party Defendant James Sadrianna only, is dismissed from this case with prejudice and his Amended Motion for Clarification (Doc. 264) is **DENIED as moot**.

Plaintiffs' Motion to Suspend Deadlines is based on an appeal by the United States of America ("USA") of the bankruptcy court's granting of Mirabilis' Motion to Confirm Property of the Estate Under the Court Approved Compromise. The USA voluntarily dismissed its appeal on August 25, 2010 (Doc. 7, Case No. 6:10-cv-1189-GAP). Plaintiffs' Motion to Suspend Deadlines (Doc. 266) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24 day of November, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party