**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

**-vs-**                                                            **Case No.  6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY a/k/a EDITH BROADHEAD, and TERENCE CHU,**

    **Defendants/Third-Party Plaintiffs,**

**-vs-**

**FRANK AMODEO, et al.,**

    **Third-Party Defendants.**

_____

# ORDER

This cause is before the Court on the Motion for Reconsideration (Doc. 299) filed by Frank Amodeo.  In his motion, Amodeo maintains that he has never received a copy of the Motion to Dismiss Amended Counterclaims (Doc. 221) filed by Third-Party Counterclaim Defendants Frank Hailstones, Edith Curry, Palaxar Holdings, LLC and Palaxar Group, LLC.  That motion was granted as unopposed on August 2, 2010.  (Doc. 279).  Amodeo asks that the Order granting the motion be vacated and that he be given an opportunity to respond to the motion so that the Court can address the motion on its merits.

Upon consideration, Amodeo's motion (Doc. 299) is **GRANTED** insofar as it requests

an opportunity to respond to the motion to dismiss (Doc. 221).  The Clerk is directed to send a copy of the Motion to Dismiss Amended Counterclaims (Doc. 221) to Amodeo along with a copy of this Order.  Amodeo shall submit his response to the motion to dismiss **on or before Monday, December 20, 2010**.

**DONE** and **ORDERED** in Orlando, Florida this 29th day of November, 2010.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party