**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

**-vs-**                                         **Case No.  6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and TERENCE CHU,**

    **Defendants,**

**-vs-**

**MIRABILIS VENTURES, INC., et al.,**

    **Counterclaim and**
    **Third-Party Defendants.**

_____

# ORDER

This cause is before the Court on the Joint Motion for Clarification (Doc. 347) filed by Third-Party Plaintiffs Edith Curry and Frank Hailstones and Third-Party Defendant Matthew S. Mokwa ("Mokwa").

On November 29, 2010, the Court granted the Motion to Dismiss (Doc. 316) filed by Third-Party Defendants Aaron Bates ("Bates") and Mokwa; granted Third-Party Plaintiffs leave to file a second amended Third-Party Complaint; and denied Bates's motion for summary judgment as moot. (Order, Doc. 345). Although Mokwa also had filed a motion for summary judgment (Doc. 328), the Court did not deny Mokwa's motion for summary

judgment as moot or address it in any way; the parties now seek clarification of the status of that motion.

The Joint Motion for Clarification (Doc. 347) is **GRANTED**, and the Motion for Summary Judgment (Doc. 328) filed by Mokwa with regard to the third-party claims that have since been dismissed is hereby **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida this 1st day of December, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party