**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

        **Plaintiffs,**

**-vs-**                                              **Case No. 6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and TERENCE CHU,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion for Entry of Final Judgment (Doc. 304) filed by Defendant Terence Chu ("Chu"). Plaintiffs have filed an Opposition (Doc. 307) to the motion.

Federal Rule of Civil Procedure 54(b) provides in part that "[w]hen an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Chu seeks entry of judgment in his favor following disposition of the claim against him. However, this case remains ongoing as to other parties and claims.

The Court declines to direct entry of judgment as to only Defendant Chu at this time. See Ebrahimi v. City of Huntsville Bd. of Educ., 114 F.3d 162, 166 (11th Cir. 1997) (noting

that "Rule 54(b) certifications 'must be reserved for the unusual case in which the costs and risks of multiplying the number of proceedings and of overcrowding the appellate docket are outbalanced by pressing needs of the litigants for an early and separate judgment as to some claims or parties'" and that district courts are "to exercise the limited discretion afforded by Rule 54(b) conservatively." (quoting Morrison-Knudson Co. v. Archer, 655 F.2d 962, 965 (9th Cir. 1981)).  The Motion for Entry of Final Judgment (Doc. 304) filed by Defendant Chu is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida this 2nd day of December, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party