IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and            Case No. 6:07-CV-1788-ORL-28-KRS
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

    Third Party Defendants.

**DEBTOR, MIRABILIS VENTURES, INC.'S, MOTION AND SUPPORTING MEMORANDUM TO STRIKE THE SECOND AMENDED COUNTERCLAIM AND THIRD PARTY CLAIMS OF DEFENDANTS EDITH CURRY AND FRANK HAILSTONES OR IN THE ALTERNATIVE MOTION REQUESTING AN EXTENSION OF TIME TO DETERMINE WHETHER MIRABILIS HAS THE AUTHORITY OR THE OBLIGATION TO RESPOND TO SECOND AMENDED COUNTERCLAIM AND THIRD PARTY CLAIMS OF DEFENDANTS EDITH CURRY AND FRANK HAILSTONES (D.E. 346)**

Debtor, MIRABILIS VENTURES, INC., ("Mirabilis") by and through the undersigned attorneys, files this *Motion and Supporting Memorandum To Strike Second Amended*

*Counterclaim And Third Party Claims Of Defendants Edith Curry And Frank Hailstones Or In The Alternative Motion Requesting Extension Of Time To Determine Whether Mirabilis Has The Authority Or The Obligation To Respond To Second Amended Counterclaim And Third Party Claims Of Defendants Edith Curry And Frank Hailstones* (D.E. 346) and states as follows:

### I. Curry and Hailstone's Second Amended Counterclaim Against Nexia Should Be Stricken

On February 2, 2010, this Court entered an Amended Case Management and Scheduling Order, D.E. 190) which ordered a March 12, 2010 deadline to amend pleadings.  On November 29, 2010, the Court entered an Order, D.E. 345, allowing Third Party Plaintiffs leave to file a "Second Amended Third Party Complaint" if they were able to remedy the jurisdictional deficiencies associated with the Third Party Complaint.  On December 2, 2010, outside the Court's Amended Case Management Order and November 29, 2010 Order, Edith Curry ("Curry") and Frank Hailstones ("Hailstones") filed a Second Amended Counterclaim against Nexia.  (D.E. 346).  Curry and Hailstone did not obtain leave of this Court to file a Second Amended Counterclaim against Nexia.  Moreover, the deadline to file amended pleadings has expired on March 12, 2010.  As such, the Second Amended Counterclaim against Nexia should be stricken.

### II. In The Alternative Motion For Extension of Time

If the Court should determine that the Second Amended Counterclaim against Nexia should be allowed, Mirabilis seeks an extension of time to allow it to seek guidance from the Bankruptcy Court for the Middle District of Florida, regarding whether Mirabilis has the authority or obligation to defend causes of action asserted against Nexia.

On June 2, 2010, the Bankruptcy Court determined that "the debtor retains control over Nexia's claims in the Palaxar Litigation."  (Bankruptcy Court D.E. 563).  The Bankruptcy Court

4832-3227-0088.1
43582/0007

entered its June 2, 2010 Order in response to a dispute between Mirabilis and the United States of America regarding Mirabilis' **assets** and whether Nexia's claims in the Palaxar Litigation were assets that the debtor's estate would retain.[1] Counterclaims asserted against Nexia would not be considered assets of the estate. Moreover, if the Court ultimately did enter a judgment against Nexia, the United State of American owns the defunct Nexia corporation, and would be responsible for any collection efforts made against Nexia, not Mirabilis. As such, in an abundance of caution, should the Court allow Curry and Hailstones to maintain their Second Amended Counterclaim against Nexia, Mirabilis requests that this Court grant an extension of time for Mirabilis to seek Bankruptcy Court guidance as to its authority and obligations as it relates to Curry and Hailstone's counterclaims against Nexia.

WHEREFORE, Mirabilis respectfully requests that this Court 1) strike Curry and Hailstone's Second Amended Counterclaim against Nexia; or 2) in the alternative, should the Court allow Curry and Hailstone's to proceed with the Second Amended Counterclaim against Nexia, grant Mirabilis an extension of time to seek Bankruptcy Court guidance as to Mirabilis' authority and obligations with respect to the counterclaims asserted against Nexia.

---

[1] The Bankruptcy Court framed the issue in its *Memorandum Opinion Granting Debtor's Motion to Confirm Property of The Estate Under the Court Approved Compromise With the United States of America* as follows "the settlement agreement is ambiguous, however, as to who retains control over one specific **asset**—the claims of Nexia Strategy Corporation a wholly owned subsidiary of the debtor, asserted in litigation pending against Palaxar Group, LLC (the Palaxar litigation). (Bankruptcy Court D.E. 562).

4832-3227-0088.1
43582/0007

## LOCAL RULE CERTIFICATION OF GOOD FAITH CONFERRAL

The undersigned hereby certifies that undersigned has conferred with the Counsel for Ms. Curry and Mr. Hailstones in a good faith effort to resolve the disputes raised herein. However, Counsel for Ms. Curry and Mr. Hailstones oppose the relief requested herein.

/s/ Nicolette Corso Vilmos
Todd K. Norman
Florida Bar No.: 62154
Nicolette Corso Vilmos, Esquire
Florida Bar No,: 0469051
**BROAD AND CASSEL**
390 N. Orange Ave., Suite 1400
Orlando, FL 32801
Phone: 407-839-4200
Fax: 407-425-8377

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 10th day of December, 2010 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836, James Robert Lussier, Mateer & Harbert, PA, 225 E Robinson St., Ste 600, Orlando, FL 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 W Canton Ave., Ste 410, Winter Park, FL 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 N Orange Ave., Ste 1500, Orlando, FL 32802-0712; and US Attorney's Office, Suite 300, 501 W Church Street, Orlando, FL 32805..

/s/ Nicolette Corso Vilmos
Nicolette Corso Vilmos
Florida Bar No: 0469051