# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and <br> NEXIA STRATEGY CORPORATION, <br> <br> Plaintiffs, <br> -vs.- <br> <br> PALAXAR GROUP, LLC; <br> PALAXAR HOLDINGS, LLC; <br> FRANK HAILSTONES; EDITH CURRY <br> a/k/a EDITH BROADHEAD; and <br> TERENCE CHU, <br> <br> Defendants, <br> <br> vs. <br> <br> MIRABILIS VENTURES, INC., et al. <br> <br> Counterclaim and Third <br> Party Defendants. | Case No.:  6:07-CV-1788-ORL-28-JA-GJK |

## JOINT MOTION FOR ORDER CANCELLING OR POSTPONING PRETRIAL DEADLINES AND FOR STATUS CONFERENCE

The Counterclaim/Third Party Claimants Edith Curry and Frank Hailstones and Third Party Defendants Matthew S. Mokwa and Aaron C. Bates respectfully request the Court for an Order cancelling or postponing the in-person conference currently scheduled for December 22, 2010, and other deadlines issued in Dkt. 301, as said dates were in regard to pretrial matters are no longer in keeping with the current status of the case.

In addition, the above parties respectfully re quest  that  the  Court  schedule  a  status conference to be held in the month of January or as early in the New Year as otherwise possible to discuss the current status of the case and to arrange dates for a new case management order.

Counsel for Counterclaim/Third Party Plaintiffs can be available for a status conference at any time upon 24 hours notice in the New Year.  Counsel for Third Party Defendant Aaron C.

1

Bates is available for a status conference on January 17, 20, and 21, 2011. Mr. Mokwa's counsel Mr. Loewy and Ms. Davies were unable to provide specific available dates in time for the filing of this motion.

### LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Counterclaim/Third Party Plaintiffs, by her signature below, certifies that she conferred with counsel for Third Party Defendants Nexia, who agreed in principle with the relief requested, although said conversation preceded MVI's Motion to Strike. Counsel for Nexia have not responded to later requests for confirmation that Nexia is not opposed.

Respectfully submitted,

Date: December 17, 2010

| | |
|---|---|
| MARTIN R. RASKIN | /s/ Kathleen B. Havener____ |
| Florida Bar No. 315206 | KATHLEEN B. HAVENER |
| JANE SERENE RASKIN | THE HAVENER LAW FIRM, LLC |
| Florida Bar No. 848689 | 15511 Russell Road |
| RASKIN & RASKIN, P.A. | Chagrin Falls, OH 44022 |
| 866 South Dixie Highway | Phone: 440-893-0188 |
| Coral Gables, Florida 33146 | Cell: 216-288-6009 |
| Telephone: (305) 444-3400 | Fax: 440-893-9326 |
| Facsimile: (305) 445-0266 | kbhavener@havenerlaw.com |
| mraskin@raskinlaw.com | |
| | Counsel for Third Party Plaintiffs |
| Counsel for Third Party Claimant Curry | Curry and Hailstones |
| | |
| s/ Atheseus R. Lockhart_____ | /s/ Kathleen Davies_____ |
| ATHESEUS R. LOCKHART | KATHLEEN DAVIES |
| Florida Bar No. 659134 | The Davies Law Firm, LLC |
| MEIR, BONNER, MUSZYNSKI, et al., P.A. | 126 East Jefferson Street |
| 260 Wekiva Springs Road / Suite 2000 | Orlando, FL 32801 |
| Longwood, FL 32779 | Ph.: (407) 540-1010 |
| Ph.: (407) 872-7774 | Fax: (407) 649-3038 |
| Fax: (407) 872-7997 | kdavies@thedavieslawfirm.com |
| arl@fltrialteam.com | |
| | Counsel for Third Party Defendants |
| Counsel for Aaron C. Bates, Esq | Aaron Bates and Matthew Mokwa |

/s/ Adam J. Loewy
ADAM J. LOEWY
Texas Bar No. 24041353
BARRY & LOEWY, LLP
The Frost Tower
401 Congress Avenue
Suite 1540
Austin, TX 78701
Ph.: (512) 852-4322
Fax: (512) 687-3441
aloewy@barryloewy.com

Counsel for Third Party Defendant
Matthew Mokwa

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 17, 2008, I electronically filed the foregoing Joint Motion for Order Cancelling or Postponing Pretrial Deadlines and For Status Conference with the Clerk of Court using the CM/ECF system, which will send a notice of electric filing to all registrants in that system.  I further certify that I have caused the foregoing to be served by the means indicated upon the following:

  Terence Chu (via email)

Yaniv Amar (via email)

Adam Loewy (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctional Complex – Low
P.O. Box 1031
Coleman, FL 33521


            /s/ Kathleen B. Havener
            KATHLEEN B. HAVENER