**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION,<br><br>    Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>    Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>    Counterclaim and Third<br>    Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-JA-GJK |

**AGREED (IN PART) MOTION FOR EXTENSION OF TIME**

COME NOW Third Party Plaintiffs Edith Curry ("CURRY") and Frank Hailstones ("HAILSTONES"), by and through their undersigned counsel, and file, their Agreed (in Part) Motion for Extension of Time. In support thereof, CURRY and HAILSTONES) state as follows:

1. On November 30, 2010 and pursuant this Court's Order (Doc. 345), Third Party Plaintiffs filed their Second Amended Counterclaims and Third-Party Complaint (Doc. 346) against Nexia Strategy Corporation ("Nexia"), Aaron Bates ("Bates"), Matthew Mokwa ("Mokwa"), Yaniv Amar ("Amar"), and Frank Amodeo ("Amodeo").

2. On December 15, 2010, Third Party Plaintiffs Bates and Mokwa filed their *Motion to Dismiss* (Doc. 353), *"Debtor"* (non-party to Third Party Plaintiff's counterclaims), Mirabilis Ventures, Inc. ("MVI") filed a *Motion to Strike* (Doc. 352), Third Party Defendants Amar, *pro se*, filed his *Answer* on December 17, 2010 (Doc. 354), and Amodeo, *pro se*, filed his "preliminary" Answer on December 27, 2010 (Doc. 362.)

3. To date, nothing has been filed on behalf of Third Party Defendant Nexia Strategy Corporation ("Nexia").

4. On December 22, 2010, Counsel for Curry and Hailstones, pursuant to Local Rule 3.01(g), conferred with counsel for Counterclaim Defendant Nexia, Third Party Defendants, (*pro se*), and counsel for Third Party Defendants, informing them of a long-planned family trip and seeking agreement to an extension of time until January 5, 2011, to respond to Bates and Mokwa's *Motion to Dismiss* (Doc. 353) and MVI's *Motion to Strike* (Doc. 352). Counsel for MVI (and now Nexia) has no objection to said relief, while none of Bates or Mokwa's **three** counsel responded to Counterclaim and Third Party Plaintiffs' counsel's request, which was conveyed via both email and telephonic messages.

5. In the meantime, Counsel for Curry and Hailstones has been informed of a family emergency which will require counsel's attention at least until January 10, 2011. Pursuant to Local Rule 3.01(g), Counsel for Curry and Hailstones again conferred with counsel for Counterclaim Defendant Nexia, Third Party Defendants, (*pro se*), and counsel for Third Party Defendants, informing all of them of the emergency situation and seeking their agreement to an extension of time until January 12, 2011 to respond to Bates and Mokwa's *Motion to Dismiss* (Doc. 353) and MVI's *Motion to Strike* (Doc. 352). Again, counsel for MVI has no objection to said relief, while none of Bates or Mokwa's three counsel has bothered to respond to

Counterclaim and Third Party Plaintiffs' counsel's request—despite email, telephone, and facsimile requests for their agreement or—at the very least—the courtesy of a response.

## **CONCLUSION**

Accordingly, for reasons beyond the control of either Defendant Hailstones or Curry, their counsel seeks an extension of time until January 14, 2011 to respond to the Motion to Strike of (non-party) MVI and the Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of Third Party Defendants Bates and Mokwa.

                                            Respectfully submitted,

Date: December 28, 2010

| | |
|---|---|
| MARTIN R. RASKIN<br>Florida Bar No. 315206<br>JANE SERENE RASKIN<br>Florida Bar No. 848689<br>RASKIN & RASKIN, P.A.<br>866 South Dixie Highway<br>Coral Gables, Florida 33146<br>Telephone: (305) 444-3400<br>Facsimile: (305) 445-0266<br>mraskin@raskinlaw.com<br><br>Attorneys for Defendants Curry,<br>Palaxar Group, LLC and Palaxar Holdings, LLC | /s/ Kathleen B. Havener____<br>KATHLEEN B. HAVENER<br>THE HAVENER LAW FIRM, LLC<br>15511 Russell Road<br>Chagrin Falls, OH 44022<br>Phone: 440-893-0188<br>Cell: 216-288-6009<br>Fax: 440-893-9326<br>kbhavener@havenerlaw.com<br><br>Attorney for Defendants Curry, Hailstones,<br>Palaxar Group, LLC and Palaxar Holdings, LLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2010, I electronically filed the foregoing *Motion for an Extension* with the Clerk of Court using the CM/ECF system and have sent a copy of the document to the *pro se* parties and/or counsel who are not registered with the CM/ECF system.

Terence Chu (via email)

Yaniv Amar (via email)

Adam Loewy (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctiona; Complex – Low
P.O. Box 1031
Coleman, FL 33521

/s/ Kathleen B. Havener_____
KATHLEEN B. HAVENER