# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and**
**NEXIA STRATEGY CORPORATION,**

        **Plaintiffs,**

-vs-                                            **Case No. 6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC, PALAXAR**
**HOLDINGS, LLC, FRANK HAILSTONES,**
**EDITH CURRY, and FICTITIOUS**
**DEFENDANTS 1 THROUGH 8,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO EXTEND TIME TO FILE ANSWER (Doc. No. 363)**
>
> **FILED:**     **December 27, 2010**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED.**

On December 1, 2010, Edith Curry ("Curry") and Frank Hailstones ("Hailstones") (collectively, the "Defendants") filed a Second Amended Counterclaims and Third-Party Claims. Doc. No. 346. On December 27, 2010, Frank L. Amodeo ("Amodeo"), a third-party defendant, filed a "Preliminary Answer of [Amodeo] to Second Amended Counterclaim and Third Party Claims" (the "Preliminary Answer"). Doc. No. 362. On that same day, Amodeo filed a Motion to Extend Time

to File Answer (the "Motion") wherein Amodeo requests until February 10, 2011 to file "a detailed and verified answer." Doc. No. 363. Amodeo states that he is requesting an extension of time to file a more detailed answer because of "the physical limitations on . . . Amodeo, because of the incarceration." Doc. No. 363 at 3. Mr. Amodeo states that his present incarceration hinders his ability to "fully and completely" answer the Second Amended Counterclaims and Third-Party Claims in the "standard period of time." *Id*. Because Amodeo has already filed an answer to the Second Amended Counterclaims and Third Party Claims (*see* Doc. No. 362), the Court construes the Motion as a motion to file an amended answer.

On January 6, 2011, the Defendants filed an opposition (the "Response") to the Motion arguing that the Court should deny the Motion because Amodeo failed to comply with Local Rule 3.01(g) prior to filing it, and because Amodeo "needs no use of [the prison] law library to compile an answer ," and he "obviously had the necessary access to either a computer or other typographic machine since he succeeded in filing both the instant [M]otion and his preliminary answer." Doc. No. 363 at 1-2. The Court finds that good cause has been demonstrated for Amodeo to file an amended answer. Accordingly, it is ORDERED that:

1. The Motion (Doc. No. 363) is **GRANTED** to the extent Amodeo may file an amended answer or or before February 10, 2011;

2. Amodeo shall title the document "AMENDED ANSWER";

3. Absent exceptional circumstances, no further extensions of time will be permitted; and

4. In all future proceedings, Amodeo shall comply with Local Rule 3.01(g)

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties