**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

        **Plaintiffs,**

-vs-                                                  **Case No. 6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and TERENCE CHU,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Defendant Terence Chu's Motion for Sanctions (Doc. No. 242) filed May 6, 2010 and Defendant Terence Chu's Motion for Leave to File Supplemental Motion for Sanctions and Permission to Exceed Page Limits (Doc. No. 305) filed September 7, 2010. The United States Magistrate Judge has submitted a report recommending that both motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objections to the Report and Recommendation ("R&R") filed by Defendant Chu (Doc. No. 361),[1] and the Response to Defendant Chu's objections filed by Bates Mokwa, PLLC,

---

[1] Defendant Chu filed at Doc. No. 361 a document titled "Pro Se Defendant Terence Chu's Motion for Reconsideration" evidently seeking a reconsideration of the R&R. The Court interprets the document as an objection to the R&R. The R&R recommends, *inter alia*, that Defendant Chu's request to supplement his Motion for Sanctions be denied as he failed to state or explain what new, material evidence existed to demonstrate good cause to allow him to supplement his motion. The R&R mentions that Defendant Chu's proposed supplemental motion is not attached to his motion to leave although the motion says it is. The

Matthew S. Mokwa and Aaron C. Bates (Doc. No. 367), the objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the R&R filed December 15, 2010 (Doc. No. 351) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Terence Chu's Motion for Sanctions (Doc. No. 242) is **DENIED**.

3. Defendant Terence Chu's Motion for Leave to File Supplemental Motion for Sanctions and Permission to Exceed Page Limits (Doc. No. 305) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14th day of January, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge

---

recommendation to deny the motion to supplement is not made on this basis; rather it is mentioned in passing. A review of the docket reveals that in fact Defendant Chu's proposed supplemental motion was submitted with his motion for leave to file it, but not docketed (see Local Rule 3.01(d) ("[a] motion requesting leave to file . . .a motion in excess of twenty-five (25) pages, . . .shall not include, as an attachment or otherwise, the proposed motion . . .")). Defendant Chu's objection is that the R&R should not be adopted because he did submit a copy of his proposed motion and that it should be considered on its merits. This objection is overruled. The *proposed* motion was not to be attached, much less considered. The United States Magistrate Judge considered the Motion filed, that is, Defendant Chu's Motion for Leave to File Supplemental Motion for Sanctions and Permission to Exceed Page Limits (305) and found insufficient good cause to allow the supplement.