# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1788-Orl-28KRS**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

        **Defendants.**

_____

# ORDER

This case is before the Court on the Opposed Motion for Sanctions Against Broad & Cassell and R.W. Cuthill for Bad Faith Mediation (Doc. No. 296) filed August 19, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.　That the Report and Recommendation filed December 20, 2010 (Doc. No. 356) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Opposed Motion for Sanctions Against Broad & Cassell and R.W. Cuthill for Bad Faith Mediation (Doc. No. 296) is **DENIED**. Plaintiffs' request for an award of attorneys' fees and costs associated with responding to the Motion for Sanctions is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14th day of January, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party