IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and       Case No. 6:07-CV-1788-ORL-28-KRS
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.

    Third Party Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Debtor/Plainitff, MIRABILIS VENTURES, INC., by and through its undersigned counsel, hereby files its Unopposed Motion for Extension of Time to Respond to *Motion of Defendants Palaxar Holdings, LLC, Palaxar Group, LLC, Edith Curry and Frank Hailstones for Attorneys' Fees and Incorporated Memorandum of Law* (Doc. 372) and states as follows:

    1.    On January 13, 2011, Defendants Palaxar Holdings, LLC, Palaxar Group, LLC, Edith Curry and Frank Hailstones filed their *Motion of Defendants Palaxar Holdings, LLC,*

*Palaxar Group, LLC, Edith Curry and Frank Hailstones for Attorneys' Fees and Incorporated Memorandum of Law ("Motion").*

2. Plaintiff's deadline to file a response to the *Motion* is January 27, 2011. The undersigned requests an extension to file a response to the *Motion*. The undersigned requests that its response be served on or before February 10, 2011. The undersigned represents to the Court that the motion raises numerous issues which warrant this slightly expanded response time. The Plaintiff represents that the granting of this motion would not affect any other deadlines in this matter.

3. Plaintiff has contacted counsel for the moving Defendants, Palaxar Holdings, LLC, Palaxar Group, LLC, Edith Curry and Frank Hailstones, regarding this motion and counsel has courteously authorized the undersigned to represent that the moving Defendants have no objection to this motion.

## CONCLUSION

4. Based upon the foregoing, we respectfully request an extension of time for serving a response in opposition to the *Motion* on or before February 10, 2011.

> BROAD AND CASSEL
> Counsel for Mirabilis Ventures, Inc.
> 390 North Orange Avenue
> Suite 1400
> Orlando, Florida 32801
> P.O. Box 4961
> Orlando, Florida 32802
> Phone: (407) 839-4200
> Fax: (407) 650-0927
>
> */s/ Todd K. Norman*
> _____
> Todd K. Norman
> Florida Bar No. 62154
> tnorman@broadandcassel.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 20th day of January, 2011 to Kathleen B. Havener, Esq., The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, OH 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, FL 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, VA 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 E Jefferson St, Orlando, FL 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, FL 32836, James Robert Lussier, Mateer & Harbert, PA, 225 E Robinson St., Ste 600, Orlando, FL 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 W Canton Ave., Ste 410, Winter Park, FL 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 N Orange Ave., Ste 1500, Orlando, FL 32802-0712; and US Attorney's Office, Suite 300, 501 W Church Street, Orlando, FL 32805..

                                                /s/TODD K. NORMAN
                                                TODD K. NORMAN