# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

v.                                                                                  CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    **Defendants,**

v.

**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, JAMES SADRIANNA,**

    **Third-Party Defendants.**

_____

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### RESPOND TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES

Bates Mokwa, PLLC ("Bates Mokwa"), Matthew S. Mokwa ("Mokwa"), and Aaron C. Bates ("Bates") (sometimes collectively referred to hereinafter as "Bates Mokwa"), hereby file the following unopposed motion for extension of time to respond to Defendants' Motion for Attorneys' Fees (Dkt. No. 372) and in support thereof, state as follows:

    1.    On January 13, 2011, Defendants Edith Curry, Frank Hailstones, Palaxar Group, LLC, and Palaxar Holdings, LLC filed their Motion for Attorneys' Fees against

1

Plaintiffs and Plaintiffs' three law firms. See Dkt. No. 372. Bates Mokwa's response is due on or before January 27, 2011.

2. A "court may, for good cause, extend the time" for responding to a pleading. Fed. R. Civ. P. 6(b).

3. Bates Mokwa request a brief extension of time to respond to Defendants' Motion, as it raises a myriad of issues of law and new issues of fact.

4. Specifically, Bates Mokwa seek an extension of fourteen (14) days from January 27, 2011 until February 10, 2011 to respond to Defendants' Motion.

5. Bates Mokwa's request for an extension of time will not unnecessarily delay the proceedings or prejudice Defendants in any way.

### LOCAL RULE 3.01(G) CERTIFICATION

The undersigned certify that, with respect to the foregoing motion, they conferred with counsel for Defendants who do not oppose the relief sought herein.

**WHEREFORE**, Aaron C. Bates, Matthew S. Mokwa, and the law firm of Bates Mokwa, PLLC, respectfully request that this Court enter an order extending their time to respond to Defendants' Motion for Attorneys' Fees from January 27, 2011 until February 10, 2011.

Respectfully submitted this 20th day of January, 2011.

s/ Aaron C. Bates
Aaron C. Bates, Esq.
Matthew S. Mokwa, Esq.
Bates Mokwa, PLLC
126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 893-3776
Fax: (407) 893-3779
abates@batesmokwa.com

mmokwa@batesmokwa.com
*Individually and on behalf of the Firm*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                                  s/ Aaron C. Bates
                                                  Aaron C. Bates, Esq.

## SERVICE LIST

| | |
|---|---|
| Kathleen Havener<br>Havener Law Firm, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH No. 10<br>Aventura, FL 33180<br>**Third-Party Defendant**<br><br>Terence Chu<br>5637 Country Hills Lane<br>Glen Allen, VA 23059 |