**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

           **Plaintiffs,**

-vs-                                                                                 Case No. 6:07-cv-1788-Orl-28KRS

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC,**
**FRANK HAILSTONES, EDITH CURRY,**              **Kathleen B. Havener**
**AARON BATES, MATTHEW MOKWA**               **Kathleen S. Davies**
**YANIV AMAR**                                              **Pro Se**

           **Defendants.**

| JUDGE: | John Antoon II<br>U.S. District Judge | DATE: | January 21, 2011 |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | COURT REPORTER: | Amie First |
| COUNSEL FOR PLTF.(S): | Roy Scott Kobert | COUNSEL FOR DEFT.(S): | See Above for Counsel |

**CIVIL CLERK'S MINUTES**
**STATUS CONFERENCE**

8:50-9:10 a.m.      Plaintiff announces that Mirabilis is no longer a party to this action and that Nexia Strategy Corp. is now owned by the United States government as part of a criminal forfeiture. Nexia Strategy Corp. was also dismissed with prejudice in this action. Parties discuss scheduling case for trial - Kathleen S. Davies/counsel for Aaron Bates and Matthew Mokwa suggests new scheduling order deadlines - All parties agree on the following deadlines:      Dispositive motion deadline: March 4, 2011
                                                     Responses due:      May 2, 2011
                                                       Pretrial conference:      September 28, 2011
                                                       Jury trial:      October 3, 2011
               Court to issue an amended scheduling order.
               Parties to advise the Court when the Bankruptcy Court makes a ruling.

9:10 a.m.                Court adjourned.