IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION**, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| **PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; TERENCE CHU, et al.,** | ) Case No. 6:07-CV-1788-ORL-28-KRS<br>)        6:07-CV-1788-ORL-28-GJK<br>)<br>)<br>) |
| Defendants. | ) |

### RESPONSE TO MOTION FOR ATTORNEYS' FEES

To the extent a response from former counsel to plaintiffs is necessary, expected or helpful, J. Russell Campbell, Allen M. Estes and Balch & Bingham LLP (collectively "Balch & Bingham") hereby respond to the Motion of Defendants Palaxar Holdings, LLC, Palaxar Group, LLC, Edith Curry and Frank Hailstones (the "Palaxar Defendants") for Attorneys' Fees and Incorporated Memorandum of Law ("Motion") as follows:

1.   On December 20, 2010, this Court granted Nexia's Renewed Motion for Substitution of Counsel removing Balch & Bingham as counsel of record in this matter. (Dkt. #357). Balch & Bingham is no longer counsel to any party in this proceeding. In fact, Mr. Estes no longer receives electronic notices and both Mr. Campbell and Mr. Estes are listed as "terminated" on the Civil Docket Case Action Summary Sheet for this matter.

2. On January 13, 2011, the Palaxar Defendants filed their Motion seeking sanctions, attorneys' fees and costs against numerous entities and individuals, including Balch & Bingham. (Dkt. #372).

3. The Palaxar Defendants repeat the same arguments which they and/or Terence Chu (Palaxar's founding member and General Counsel) previously have made in numerous, voluminous oppositions to the substitution of Balch & Bingham as Counsel and prior motions for sanctions.

4. Balch & Bingham has previously responded to these unfounded allegations. (Dkt. #255, 252).

5. This Court has denied the prior objections and attempts to sanction Balch & Bingham (and others) based on these same allegations. (Dkt. #375, 351, 309, 236).

6. Balch & Bingham adopts and incorporates its prior responses as if fully set forth herein.

7. The Palaxar Defendants have failed to demonstrate any grounds or legal support whatsoever for assessing sanctions, attorneys' fees or costs against Balch & Bingham.

WHEREFORE, PREMISES CONSIDERED, Balch & Bingham respectfully requests that the Court DENY the Palaxar Defendants' Motion for Fees.

> *s/ J. Russell Campbell*
>
> J. Russell Campbell
> Florida Bar No. 901423
> rcampbell@balch.com
> BALCH & BINGHAM LLP
> P. O. Box 306
> Birmingham, AL  35201-0306
> Telephone:  (205) 251-80100
> Fax:  (205) 226-8798

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on January 27, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and have sent a copy of the document to the *pro se* parties and/or counsel who are not registered with the CM/ECF system:

Terence Chu
5637 Country Hills Lane L
Glen Allen, Virginia  23059-5424

Yaniv Amar
3475 Mystic Point Drive, TH #10
Aventura, Florida 33180

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctional Complex – Low
P.O. Box 1031
Coleman, FL 33521

                 *s/ J. Russell Campbell*
                 Of Counsel