**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>Counterclaim and Third<br>Party Defendants. | Case No.: 6:07-CV-1788-ORL-28-JA-GJK<br><br>**STATUS REPORT OF DEFENDANTS' COUNSEL - JANUARY 28, 2011** |

Counsel for Defendants Palaxar Holdings LLC, Palaxar Group, LLC, Edith Curry, and Frank Hailstones, ("Defendants"), pursuant to this Court's instruction at the January 21, 2011 Status Conference, hereby files the following Status Report.

1. On December 15, 2010, Counsel for Mirabilis Ventures, Inc., and Nexia Strategy Corporation ("Plaintiffs") (D.E. 263) requested permission from this Court to seek guidance from the Bankruptcy Court as ownership of Nexia Strategy Corporation's counterclaims. (D.E. 352).

2. On January 21, 2011, from the bench, this Court granted Plaintiffs' request (D.E. 384) and instructed Counsel for Defendants to keep the Court apprised of the activity in the Bankruptcy Court.
3. As of 1:45 p.m. today, January 28, 2011, Plaintiffs have filed nothing with the Bankruptcy Court.
4. In addition, on January 24, 2011, via telephone, Counsel for Defendants notified this Court of the error contained in D.E. 384—the notation: "Nexia Strategy Corp. was also dismissed with prejudice in this action" should read "Nexia Strategy Corp. also dismissed with prejudice all claims against Defendants in this action" (D.E. 339). Third Party Plaintiffs have not dismissed their claims against Nexia Strategy Corporation. As of 1:45 p.m. today, that error has not been corrected.

Date: January 28, 2011

Respectfully submitted,

/s/ Kathleen B. Havener____
KATHLEEN B. HAVENER
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Counterclaim/Third Party
Plaintiffs Curry and Hailstones

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2011, I electronically filed the foregoing Status Report with the Clerk of Court using the CM/ECF system, which will send a notice of electric filing to all registrants in that system. I further certify that I have caused the foregoing to be served by the means indicated upon the following:

Terence Chu (via email)
Yaniv Amar (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctional Complex – Low
P.O. Box 1031
Coleman, FL 33521

/s/ Kathleen B. Havener_______
KATHLEEN B. HAVENER