IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

    Plaintiffs,

v.                                      CASE NO.: 6:07-CV-1788-ORL-28-KRS

**PALAXAR GROUP, LLC;**
**PALAXAR HOLDINGS, LLC;**
**FRANK HAILSTONES; EDITH CURRY**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

    Defendants,

v.

**MIRABILIS VENTURES, INC.;**
**NEXIA STRATEGY CORPORATION;**
**AQMI STRATEGY CORPORATION;**
**WELLINGTON CAPITAL GROUP, INC.;**
**YANIV AMAR; FRANK AMODEO;**
**AARON BATES; MATTHEW MOKWA;**
**ROBERT POLLACK; and JAMES SADRIANNA,**

    Third-Party Defendants.
_____

**UNOPPOSED MOTION FOR EXTENSION OF**
**DISPOSITIVE MOTION DEADLINE**

    COMES NOW Third-Party Defendants Matthew S. Mokwa ("Mokwa") and Aaron C. Bates ("Bates") (sometimes collectively referred to hereinafter as "Third-Party Defendants"), by and through their undersigned attorneys, and for their unopposed motion for extension of the dispositive motion deadline, state as follows:

1

1. On or about January 21, 2011, the Court held a status conference in the above referenced matter. At the status conference, the parties and the Court agreed to amend the current Case Management Order and set the dispositive motion deadline for March 4, 2011. See Dkt. No. 384.

2. Third-Party Defendants currently have a motion to dismiss pending before this Court and have not filed an answer and affirmative defenses to Third-Party Plaintiffs' Second Amended Complaint. See Dkt. No. 353. Accordingly, Third-Party Defendants maintain that it would be procedurally improper to move for summary judgment prior to a ruling on the motion to dismiss and/or prior to the filing of an answer.

3. Third-Party Defendants therefore seek an extension of the dispositive motion deadline from March 4, 2011 until ten (10) days after Third-Party Defendants have filed their answer and affirmative defenses to the Second Amended Complaint.

4. Good cause exists for the aforementioned request because Third-Party Defendants' motion for summary judgment is not ripe for review. Third-Party Defendants' request for an extension of time is made in good faith and is not being sought to unnecessarily delay the proceedings. The extension of time will not result in prejudice to either party.

5. District Courts enjoy broad discretion in deciding how best to manage the cases before them. Chudasama v. Mazda Motor Corp., 123 F. 3d 1353, 1366 (11th Cir. 1997); Klay v. All Defendants, 425 F. 3d 977, 981 (11th. Cir 2005).

6. Pursuant to L.R. 3.01(g), undersigned counsel has conferred with counsel for Third-Party Plaintiffs who do not oppose the relief sought herein.

**WHEREFORE**, Third-Party Defendants Matthew S. Mokwa and Aaron C. Bates respectfully request this Court enter an Order extending the dispositive motion deadline from March 4, 2011 until ten (10) days after the filing of an answer to the third-party claims, and granting such further relief as the Court deems just and proper.

Respectfully submitted this 15th day of February, 2011.

| | |
|---|---|
| s/ Kathleen Davies | ATHESEUS R. LOCKHART |
| Kathleen Davies, Esq. | Florida Bar No. 659134 |
| The Davies Law Firm, LLC | MEIR, BONNER, MUSZYNSKI, |
| 126 East Jefferson Street | O'DELL & HARVEY, P.A. |
| Orlando, FL 32801 | 260 Wekiva Springs, Road |
| Ph.: (407) 540-1010 | Suite 2000 |
| Fax: (407) 649-3038 | Longwood, FL 32779 |
| kdavies@thedavieslawfirm.com | Ph.: (407) 872-7774 |
| *Counsel for Aaron Bates and* | Fax: (407) 872-7997 |
| *Matthew Mokwa* | arl@fltrialteam.com |
| | *Counsel for Aaron C. Bates, Esq.* |
| | |
| | ADAM J. LOEWY |
| | Texas Bar No. 24041353 |
| | BARRY & LOEWY, LLP |
| | The Frost Tower |
| | 401 Congress Avenue |
| | Suite 1540 |
| | Austin, TX 78701 |
| | Ph.: (512) 852-4322 |
| | Fax: (512) 687-3441 |
| | aloewy@barryloewy.com |
| | *Counsel for Matthew S. Mokwa, Esq.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Kathleen Davies
Kathleen Davies, Esq.

## **SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Havener Law Firm, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>and<br>Martin R. Raskin<br>Jane Serene Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** | Todd K. Norman<br>Nicolette C. Vilmos<br>Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801<br>tnorman@broadandcassel.com<br>nvilmos@broadcassel.com<br>**Attorneys for Mirabilis Ventures, Inc. and claims of Nexia Strategy Corp.**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH No. 10<br>Aventura, FL 33180<br>**Third-Party Defendant** |