# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

        **Plaintiffs,**

-vs-                                                              Case No.  6:07-cv-1788-Orl-28KRS

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the following motion:

> **MOTION:** UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE (Doc. No. 399)
>
> **FILED:** February 15, 2011
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The dispositive motion deadline is extended from March 4, 2011 to ten (10) days after the filing of an answer to the Third-Party Plaintiffs' Second Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23rd__ day of February, 2011.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge