UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                      Case No.: 6:08-cr-231-Orl-28KRS

AEM, INC.
HOTH HOLDINGS, INC.
MIRABILIS VENTURES, INC.

_____/

Declaration of Frank L. Amodeo
Regarding Mirabilis Ventures, Inc. Culpability

Comes Now, Frank L. Amodeo, and provides the following declaration under penalty of perjury.

I am currently above eighteen years of age and although colorably incompetent, I have been considered functionally competent enough to assist individuals on direct appeal, certiorari before the United States Supreme Court, on issues of certificate of appealabilities in the reopening of a twenty year old case and in some cases this in lieu of licensed counsel.

Further, I am the individual most familiar with the facts of this case, because I was present during the events, had the most direct contact with the individuals involved and subsequent to the events I have studied the tapes and records, far and away, more than any other individual and quite possibly more than all government agents and attorneys combined.

I state unequivocally: No person at Mirabilis Ventures, Inc. or AEM, Inc. knew that the faliure to make tax payments by AEM, Inc. (2006) or Professional Benefit Solutions, Inc. was a violation of the law.

As no agent was aware of participating in unlawful conduct, no corporate principal including Mirabilis Ventures, Inc. could be criminally culpable of either the substantive predicate offense or of a related fraud or conspiracy charge.

As I will set forth in a supporting memorandum of law accepting or allowing a guilty plea by Mirabilis Ventures, Inc. is beyond the jurisdiciton of any court.

Even an Alford plea is not viable in the situation of a corporate defendant, where no agent has admitted knowledge or willfulness.

This declaration is made pursuant to 28 U.S.C. §1746. On this ___10th___ day of June, 2010.

So declared under penalty of perjury by the below declarant.

_/s/ Frank L. Amodeo_
Frank L. Amodeo

### Certificate of Service

I have mailed by First Class U.S. Mail a copy of this declaration to AEM, Inc., Hoth Holdings, Inc., Mirabilis Ventures, Inc. and the United States of America, via their counsel of record and cross-noticed this declaration in the criminal case against Mirabilis Ventures, Inc., this ___10th___ day of June, 2010.

_/s/ Frank L. Amodeo_
Frank L. Amodeo