UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.                                             Case No. 6:07-CV-1788-ORL-28-KRS

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    Defendants.

v.

AQMI STRATEGY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA,

    Third-Party Defendants.
_____/

## ORDER

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Third Party Defendants Aaron C. Bates and Matthew S. Mokwa (collectively "Third Party Defendants") have filed a Motion to Dismiss the Second Amended Third Party Complaint (Doc. 346) filed by Third Party Plaintiffs Edith Curry and Frank Hailstones (collectively "Third Party Plaintiffs").

The first basis of the Motion is that Third Party Plaintiffs have failed to establish that damages in excess of $75,000 are in controversy. This court finds that Third Party Plaintiffs have claimed a sufficient sum in good faith, therefore the amount in controversy exceeds the jurisdictional threshold. Federated Mut. Ins. Co. v. McKinnon Motors, 329 F.3d 805, 807 (11th Cir. 2003).

The second basis of the Motion is that the alleged defamatory statements attributed to Bates and Mokwa were related to litigation and are therefore not actionable, pursuant to the litigation immunity privilege. Although it may be difficult to establish that the privilege applies under the facts of this case, it is a robust doctrine in Florida. Echevarria, McCalla, Raymer, Barrett & Frappier v. Cole, 950 So. 2d 380, 383 (Fla. 2007). In any event, the litigation immunity privilege is an affirmative defense and is to be raised as such. Am. Nat'l Title & Escrow of Fla., Inc. v. Guar. Title & Trust Co., 810 So. 2d 996, 998 (Fla. 4th DCA 2002). Accordingly, the Motion to Dismiss is denied.

In accordance with the foregoing, it is hereby **ORDERED** and **ADJUDGED** as follows:

Defendants' Motion to Dismiss (Doc. 353) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2 day of March, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party