# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION,<br><br>        Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>        Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>        Counterclaim and Third<br>        Party Defendants. | Case No.:  6:07-CV-1788-ORL-28-JA-GJK<br><br><br><br><br><br><br><br><br><br><br><br><u>**STATUS REPORT- MARCH 8, 2011**</u> |

Defendants Palaxar Holdings LLC, Palaxar Group, LLC, Edith Curry and Frank Hailstones, ("Defendants") pursuant to this Court's instruction at the January 21, 2011 Status Conference file the following Status Report.

## PROCEDURAL HISTORY

1. On February 10, 2011, Debtor filed a *Motion to Confirm that Debtor is not Authorized to Defend Counterclaim Asserted Against Nexia in the Palaxar Litigation* before the Honorable Judge Karen Jennemann [Case No: 6:08-bk-04327-KSJ  D.E. 648].

2. On February 25, 2011, an Evidentiary Hearing was held and D.E. 654 reflects:

.….Debtor's *Motion to Confirm That the Debtor is Not Authorized to Defend the Counterclaim Asserted Against Nexia in the Palaxar Litigation.* Filed by Roy S. Kobert on behalf of Debtor Mirabilis Ventures, Inc. (Doc. 642) - Granted. Order by Vilmos. Proposed Orders should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). (Chap, Dkt).

3. To date, no proposed order has been submitted to the docket of the Bankruptcy Court to reflect the Court's granting from the bench of Mirabilis' *Motion to Confirm That the Debtor is Not Authorized to Defend the Counterclaim Asserted Against Nexia in the Palaxar Litigation.*

Date: March 8, 2011

Respectfully submitted,

MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
866 South Dixie Highway
Coral Gables, Florida 33146
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Counterclaim/Third Party
Plaintiff Curry

/s/ Kathleen B. Havener
KATHLEEN B. HAVENER
THE HAVENER LAW FIRM, LLC
Ohio Bar No. 0068906
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Counterclaim/Third Party
Plaintiffs Curry and Hailstones

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 8, 2011, I electronically filed the foregoing Notice of Status Report with the Clerk of Court using the CM/ECF system, which will send a notice of electric filing to all registrants in that system. I further certify that I have caused the foregoing to be served by the means indicated upon the following:

Terence Chu (via email)
Yaniv Amar (via email)


Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctional; Complex – Low
P.O. Box 1031
Coleman, FL 33521

                                                            /s/ Kathleen B. Havener
                                                            KATHLEEN B. HAVENER