UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2011 MAR 17 PM 12:35

Mirabilis Ventures, Inc.,
    Plaintiff,

-vs-

Palaxar Group, LLC, etc.,
    Defendants

-vs-

Mirabilis Ventures, Inc, et. al.,
    Counterclaim
    and Third Parties.

Case No.
6:07-cv-1788-Orl.-28-GJK

Motion for Extension of Time

    Comes Now Frank L. Amodeo and moves the court for an extension of time to file the response to the motion to dismiss. The circumstances at Coleman-Low have been previously described and are adopted by reference into this motion.

    Further Mr. Amodeo rather than inundate the court with more voluminous documents will just adopt into the response, the response to the prior motion to dismiss and the declaration already on file in this case. Mr. Amodeo would emphasize, that to date these appear to be the only sworn pleadings in the case, further in reviewing the motion to dismiss the tendency of the Third Party's Counterclaim Defendants (Palaxar Executives) to make conclusory or speculative statements requires a bit more time to respond to without emotional overtones. Accordingly, Mr. Amodeo is striving to make the response, succinct and focused on the factual disputes identified by the Palaxar Executives in the most recent pleading

and the legal theories supporting the claims at this stage in the proceedings. The Palaxar Executives all but ignore the constructive principles governing a motion to dismiss and attempt to impose inferences upon the factual allegations, rather than recognize any meritorious inference requires continuation of the proceedings. See Christopher v. Harbury, 536 U.S. 403 (2002); Hill v. White, 321 F.3d 1334, 1335 (11th Cir. 2003); see also Conley v. Gibson, 355 U.S. 41, 45-46 (1957); Martinez v. American Airlines, Inc., 74 F.3d 247, 248 (11th Cir. 1996). In light of the facilities limitations (typewriters) and the complexity of the issues (requiring simplification of the issues), Mr. Amodeo respectfully requests an additional fourteen days to file a response to the motion to dismiss.

Wherefore Frank L. Amodeo requests an extension of time to respond to the motion to dismiss and such other relief as the court deems appropriate or fair.

Respectfully submitted this 10th day of March 2011 by:

/s/ Frank L. Amodeo

Frank L. Amodeo
Reg No. 48883-019
Unit B3
Federal Correction Complex
(Low) P.O. Box 1031
Coleman, Fla 33521

### CERTIFICATE OF SERVICE

A copy of this motion has been served upon the other parties in the action by first class mail, via the attorneys of record contemporaneously with filing.

/s/ Frank L. Amodeo