# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**
        **Plaintiffs,**

**-vs-**                                **Case No. 6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**
        **Defendants.**

_____

## ORDER TO SHOW CAUSE

On February 11, 2011, this Court entered an Order (Doc. 397) requiring that all communications from counsel to the Court be in writing. As explained in the text of that Order, that directive was necessitated by the conduct of Kathleen Havener, counsel for Defendants Edith Curry and Frank Hailstones.

Despite the February 11 Order, Ms. Havener telephoned the Court's chambers at approximately noon on Friday, March 18, 2011, stating that she had an emergency matter that needed to be heard by the undersigned that afternoon. She was advised by a member of chambers staff that all motions must be filed in writing. In response to these instructions, Ms. Havener repeated that the matter was an emergency and offered to explain over the telephone the nature of the emergency; again, she was told that she all motions must be made in writing and would not be discussed over the telephone.

Upon learning that an emergency motion was to be filed, this Court alerted its staff and the magistrate judge assigned to this case to be prepared to receive an emergency motion. As of 5:00 p.m., Friday March 18, 2011, Ms. Havener had not filed a motion, nor has she done so as of the time of entry of this Order on Monday, March 21, 2011.

It is therefore **ORDERED** as follows:

1. Ms. Havener shall, **on or before Monday, March 28, 2011**, show cause why sanctions should not be imposed against her for violating the February 11 Order (Doc. 397).

2. Ms. Havener shall provide her clients in this case with written copies of this Order and the February 11 Order (Doc. 397) and certify that she has done so in her response to this Order.

3. Ms. Havener shall certify in her response to this Order that she has read and understands Local Rule 3.01(e) of the Middle District of Florida and Rule 7(b)(1) of the Federal Rules of Civil Procedure.

4. Ms. Havener shall not telephone any member of this Court's staff, including the courtroom deputy clerk.

5. All future filings in this case on behalf of Defendants Edith Curry and Frank Hailstones shall be signed by local counsel, Martin R. Raskin.

**DONE** and **ORDERED** in Orlando, Florida this 21st day of March, 2011.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge

-2-