-1-

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**        CASE NO.:    6:07-CV-1788-ORL-28-KRS
**NEXIA STRATEGY CORPORATION,**

    **Plaintiffs,**

v.

PALAXAR GROUP, LLC.;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BROADHEAD; and
TERENCE CHU,

    **Defendants.**

v.

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,

And THIRD PARTY CORPORATION,
WELLINGTON CAPITAL GROUP, INC.,
YANIV AMAR, FRANK AMODEO,
AARON BATES, MATTHEW MOKWA,
ROBERT POLLACK, JAMES SADRIANNA.
_____/

## NOTICE OF FILING OF ORDER CONFIRMING THAT THE DEBTOR IS NOT AUTHORIZED TO DEFEND THE COUNTERCLAIM ASSERTED AGAINST NEXIA IN THE PALAXAR LITIGATION

    Plaintiff, **MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION**, by and through its undersigned counsel, hereby gives notice that on March 21, 2011, the United States Bankruptcy Court, Middle District of Florida, Orlando Division, entered the attached *Order Confirming That The Debtor is Not Authorized to Defend the Counterclaim Asserted Against Nexia in the Palaxar Litigation*.

-1-

**DATED** this 23rd day of March, 2011.

                                          **BROAD AND CASSEL**
Attorneys for Mirabilis Ventures, Inc.
390 North Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 839-4200
Facsimile: (407) 650-0927

By: */s/ Nicolette C. Vilmos*
      Todd K. Norman, Esquire
      Florida Bar No. 0062154
      tnorman@broadandcassel.com
      Nicolette C. Vilmos, Esquire
      Florida Bar No. 0469051
      nvilmos@broadandcassel.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by either CM/ECF notice or U.S. Mail this 23rd day of March, 2011 to: Kathleen B. Havener, Esquire, The Havener Law Firm, LLC, 15511 Russell Road, Chagrin Falls, Ohio 44022; Frank Amodeo, FCC-Low, B3, P.O. Box 1031, Coleman, Florida 33521-1031; Terence Chu, 5637 Country Hills Lane, Glen Allen, Virginia 23059; Martin R. Raskin and Jane Serene Raskin, Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 725, Miami, Florida 33133; Kathleen S. Davies, The Davies Law Firm, 126 East Jefferson Street, Orlando, Florida 32801; James Vincent Sadrianna, 10025 Chatham Oaks Court, Orlando, Florida 32836, James Robert Lussier, Mateer & Harbert, PA, 225 East Robinson Street, Suite 600, Orlando, Florida 32802-2854; James Everett Shepherd, Pohl & Short, PA, 280 West Canton Avenue, Suite 410, Winter Park, Florida 32790; John Edwin Fisher, Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, PA, 20 North Orange Avenue, Suite 1500, Orlando, Florida 32802-0712; and US Attorney's Office, Suite 300, 501 West Church Street, Orlando, Florida 32805.

By: */s/ Nicolette C. Vilmos*
      Todd K. Norman, Esquire
      Florida Bar No. 0062154
      tnorman@broadandcassel.com
      Nicolette C. Vilmos, Esquire
      Florida Bar No. 0469051
      nvilmos@broadandcassel.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                          CASE NO.:     6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**

     Debtor.

_____/

### ORDER CONFIRMING THAT THE DEBTOR IS NOT AUTHORIZED TO DEFEND THE COUNTERCLAIM ASSERTED AGAINST NEXIA IN THE PALAXAR LITIGATION

This matter came before the Court on Friday, February 25, 2011 on Debtor's *Motion to Confirm that the Debtor is Not Authorized to Defend the Counterclaim Asserted Against Nexia in the Palaxar Litigation* (D.E. #648). Upon consideration and review of the case file, it is hereby

**ORDERED, ADJUDGED, AND DECREED**:

1. That Debtor's Motion to Confirm that the Debtor is Not Authorized to Defend the Counterclaim Asserted Against Nexia in the Palaxar Litigation (D.E. #648) is hereby **GRANTED**.

DONE AND ORDERED on March 21, 2011.

                                                  KAREN S. JENNEMANN
                                                  United States Bankruptcy Judge

**Copies To:**

Roy S. Kobert, Esquire, Broad and Cassel, 390 North Orange Avenue, Suite 1400, Orlando, Florida 32801

Scott Park, Assistant United States Attorney, U.S. Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805

All Parties Receiving CM/ECF Service