UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
oOo

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,
      Plaintiffs,

-v-

Case No. 6:07-cv-1788-Orl-28-GJK

PALAXAR GROUP, LLC;
PALAXAR HOLDINGS, LLC;
FRANK HAILSTONES; EDITH CURRY
a/k/a EDITH BORADHEAD; and
TERENCE CHU,
      Defendants,

-v-

MIRABILIS VENTURES, INC., et.al.
      Counterclaim and Third
      Party Defendants.
_____/

STATE OF FLORIDA )
COUNTY OF SUMTER ) <u>DECLARATION BY FRANK L. AMODEO REGARDING GUILTY PLEA</u>
_____ )

     I, Frank L. Amodeo, state and depose, under the penalty of perjury pursuant to Title 28 U.S.C. § 1746, that:

     1. My name is Frank L. Amodeo, I am over the age of twenty-one and have personal knowledge of facts articulated in this declaration.

     2. At the time of this Declaration my current address is as follows: Frank L. Amodeo #43888-019; Federal Correctional Complex Low; P.O. Box 1031; Coleman, Florida 33521-1031; Unit B-3.

     3. The day I plead guilty, I was instructed to take a Seroquel capsule, after already taking a full dosage of Geodon, Depakote and the blood pressure medicine Labitol.

     4. The instruction was from Mr. Slaughter with consultation from Dr. Danzinger.

     5. The express purpose was to sedate me, so I did not say anything "crazy". Further, it would keep me calm so I could answer the questions as rehearsed, thus not keeping the magistrate from accepting the deal.

6. The factual basis for the guilty plea had been carefully crafted to ensure I was not admitting I knew I had a duty to pay the taxes, or that I knew any person was violating the law. I had refused to sign any statement including such representations.

7. I was told my crime was being deliberately ignorant of having read the 2006 tax memorandum.

8. The memorandum purportedly informed me, that I as a nonofficer, nondirector, nonshareholder, and noncontrolling person had a legal duty to ensure the corporate taxpayers paid their taxes.

9. At the time, of the guilty plea, I had not read the memorandum and relied on the representation of counsel as to the memorandum's content.

10. Later, just prior to sentencing, when Kenton Sands read the memorandum, apparently the only attorney of mine or the government who actually read it, it was discovered the memorandum did not contain the instructions about the duty or the law.

11. The memo does not mention anything about a nonofficer's duty and contains no direct references to anybody's duty; further the memorandum indicates the non-payment of taxes is not criminal.

12. Actually, if read literally, the plain language advises the conduct (deferred or nonpayment of taxes) is legal absent express IRS prohibition.

13. If I had been properly advised about the contents of the 2006 memorandum or the legal consequences of applying the relevant law to the memorandum I would not have pled guilty.

14. I have consistently maintained I was aware of the unpaid taxes, but I was not aware of having a personal duty to make the payments or ensure the payments were made.

15. I only became aware of the criminal nature of the conduct in December 2006, when Mr. Slaughter told me and only believed it (because no other attorney had thought so for two years) after it was confirmed by Yaniv Amar on AskLaw.com the next day.

16. I now understand this lack of knowledge negates the element of intent and that deliberate ignorance of the 2006 tax memorandum (referred to in the plea agreement and during the plea colloquy) is insufficient both factually and legally to form the basis of a guilty plea.

17. I have not admitted to facts which constitutes a crime.

18. I did not steal the taxes of any of the Presidion subsidiaries, professional employer organizations or of AEM, Inc. also known as Mirabilis HR or any other company.

I, Frank L. Amodeo the undersigned Declarant hereby swear under the penalties of perjury, pursuant to title 28 U.S.C. §1746, the information contained in this Declaration are true and correct.

Executed on this 18th day of March, 2011.

_____
Frank L. Amodeo, Declarant

## Certificate of Service

A copy of this second Declaration of March 2011 will be served upon the other parties in this case by first class mail via their attorneys of record on or about March 22, 2011. (Declaration on Guilty Plea)

Frank L. Amodeo

