## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,**

**Plaintiffs,**

**-vs-**                                                              **Case No.  6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,**

**Defendants.**

## ORDER

This cause is before the Court on a review of the Response to Order to Show Cause Why Sanctions Should Not be Imposed on Kathleen B. Havener (Doc. 411). The Response, filed by Martin R. Raskin, states at paragraph 33 that Defendant Hailstones is only represented by Ms. Havener.

Ms. Havener was admitted *pro hac vice* on January 24, 2008 (Doc. 44), in response to her motion to be admitted *pro hac vice* filed January 22, 2008 (Doc. 34), as to Defendants Palaxar Group, LLC, Palaxar Holdings, LLC and Edith Curry.  Her admission was allowed "provided that local counsel Martin R. Raskin, Esq., as indicated in the motion, fully assumes all responsibilities set forth in Local Rule 2.02(a)(1), including responsibility for trial in default of the non-resident attorney." (Doc. 44).

On February 5, 2008, Donald Christopher and Christine Ho sought leave to withdraw as counsel for Defendant Frank Hailstones and to substitute Ms. Havener as counsel for Defendant Hailstones (Doc. 51). On February 8, 2008, Mr. Christopher and Ms. Ho were allowed to withdraw as counsel for Defendant Hailstones and Ms. Havener was substituted as lead counsel. (Doc. 52).

Ms. Havener shall advise the Court in writing no later than March 31, 2011, who is local counsel for Defendant Hailstones.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this $24$ day of March, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

-2-