## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MIRABILIS VENTURES, INC. and**
**NEXIA STRATEGY CORPORATION,**

      **Plaintiffs,**

**v.**                                                     **Case No. 6:07-CV-1788-Orl-28-KRS**

**PALAXAR GROUP, LLC;**                    **Appendix of Exhibits in Support of**
**PALAXAR HOLDINGS, LLC;**               **Matthew S. Mokwa's Motion for**
**FRANK HAILSTONES; EDITH CURRY**   **Summary Judgment**
**a/k/a EDITH BROADHEAD; and**
**TERENCE CHU,**

      **Defendants,**

**v.**

**MIRABILIS VENTURES, INC.,**
**NEXIA STRATEGY CORPORATION,**
**AQMI STRATEGY CORPORATION,**
**WELLINGTON CAPITAL GROUP, INC.,**
**YANIV AMAR, FRANK AMODEO,**
**AARON BATES, MATTHEW MOKWA,**
**ROBERT POLLACK, and JAMES SADRIANNA,**

      **Third-Party Defendants.**

_____

## APPENDIX OF EXHIBITS TO MATTHEW S. MOKWA'S
## MOTION FOR SUMMARY JUDGMENT

| Def. Ex. No. | Description |
| --- | --- |
| 1 | Affidavit of Matthew S. Mokwa |
| 2 | Affidavit of Yaniv Amar |
| 3 | Affidavit of Aaron C. Bates |

4                        Oct. Deposition of Frank Hailstones

5                        Aug. Deposition of Edith Curry

6                        Contemporaneous Recollection of Edith Curry

7                        Affidavit of Thomas Zollers

8                        Affidavit of Clinton Groomes, Jr

9                        Affidavits of Eric Sork, Sargon Youmara, David
                         Benami, Todd Stewart, Sandy O'Connor, Ken
                         Conway, Bill Jackson, Cecily Fink, Erica Kartak,
                         Matthew Raudenbush, Larry Davis, Robert W.
                         Rudloff, Jr., John Winters, Rebecca Lai, Timothy
                         Wardlow, and James Montgomery

10                       Affidavit of Joel Kramer

11                       October 13, 2007, Orlando Sentinel Article:
                         *Mirabilis Lost at least $220M*

12                       58th Annual Directors & Managers Symposium
                         Participant List; Scottsdale, AZ – Oct. 15-17, 2007

13                       News paper articles covering Mirabilis

14                       Email exchange between Edith Curry and Orlando
                         Sentinel reporter Jim Leusner

15                       February 16, 2008, Orlando Sentinel Article, *2
                         Mirabilis officers countersue, saying firm
                         slandered them when it accused them of not
                         noticing a $220M loss* and October 7, 2010,
                         Orlando Sentinel Article; *Ex-Mirabilis insiders say
                         trade-secrets ruling vindicates them*

16                       May 27, 2009, Bloomberg Article, *Mirabilis
                         Founder Amodeo's Fraud Draws 22 ½ Years in
                         Prison*

17                       Edith Curry and Frank Hailtones' Responses to
                         Bates' Interrogatories

| 18 | Edith Curry and Frank Hailtones' Responses to Mokwa's Interrogatories |
|----|----|
| 19 | July 17, 2010 Letter from Kathleen Havener, Esq. |
| 20 | Jan. Deposition of Frank Hailstones |
| 21 | Jan. Deposition of Edith Curry |

Respectfully submitted this 27th day of March, 2011.

s/ Adam J. Loewy
ADAM J. LOEWY
Texas Bar No. 24041353
BARRY & LOEWY, LLP
The Frost Tower
401 Congress Avenue
Suite 1540
Austin, TX 78701
Ph.: (512) 852-4322
Fax: (512) 687-3441
aloewy@barryloewy.com
*Counsel for Matthew Mokwa*

KATHLEEN DAVIES
The Davies Law Firm, LLC
126 East Jefferson Street
Orlando, FL 32801
Ph.: (407) 540-1010
Fax: (407) 649-3038
kdavies@thedavieslawfirm.com
*Counsel for Aaron Bates and Matthew Mokwa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Adam J. Loewy
Adam J. Loewy

**SERVICE LIST**

| | |
|---|---|
| Kathleen Havener<br>Havener Law Firm, LLC<br>15511 Russell Road<br>Chagrin Falls, Ohio 44022<br>**Attorney for Edith Curry, Frank Hailstones, Palaxar Group LLC, and Palaxar Holdings LLC**<br><br>Martin R. Raskin<br>Jane S. Raskin<br>RASKIN & RASKIN, P.A.<br>2601 South Bayshore Drive<br>Suite 725<br>Miami, Florida 33133<br>mraskin@raskinlaw.com<br>**Attorneys for Edith Curry, Palaxar Group LLC, and Palaxar Holdings LLC** | Scott H. Park<br>Assistant U.S. Attorney<br>501 W. Church St.<br>Suite 300<br>Orlando, FL 32805<br>**Attorney for Nexia Strategy Corporation**<br><br>Yaniv Amar<br>3475 Mystic Point Drive, TH #10<br>Aventura, FL 33180<br>**Third-Party Defendant**<br><br>Frank Amodeo<br>FCC - Low, B3<br>P.O. Box 1031<br>Coleman, FL 33521-1031<br>**Third-Party Defendant** |