# EXHIBIT 14

**Edie Curry**

From: Leusner, Jim [JLeusner@OrlandoSentinel.com]
Sent: Friday, October 19, 2007 12:06 PM
To: edie.curry@palaxar.com
Subject: RE: FW: Press Releases

i'm sure the press releases are approved by amodeo and his lawyers....

---

From: edie.curry@palaxar.com [mailto:ediecurry@comcast.net]
Sent: Friday, October 19, 2007 11:42 AM
To: Leusner, Jim
Subject: RE: FW: Press Releases

I suppose this makes Frank Amodeo an agent for the IRS being that he's now in the collection mode, to do the "right thing." Wonder if the IRS knows that?

--

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any use, review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original message.

---------- Original message ----------
From: "Leusner, Jim" <JLeusner@OrlandoSentinel.com>

> I'll ask.
>
> Mirabilis sued Hendricks today for $230 million involving Paradyme and
> Presidion Solutions unpaid payroll taxes.
>
> Check the mirabilisventures.blogspot.com for the press release...
>
> -----Original Message-----
> From: Edie Curry [mailto:ediecurry@comcast.net]
> Sent: Friday, October 19, 2007 9:28 AM
> To: Leusner, Jim
> Subject: FW: FW: Press Releases
>
> Jim:
>
> I wonder if F1 is still in charge of approving all press releases.
> Interesting question, huh?
>

1/7/2008

DEFENDANTS 000948

```
>
> -----Original Message-----
> From: Jay Stollenwerk
> Sent: Tuesday, May 09, 2006 11:30 AM
> To: Woody Johnson
> Cc: Edie Curry
> Subject: RE: FW: Press Releases
>
> Woody,
> Per Frank, please clear your schedule until the releases are finished.
> Please provide the public releases for Frank's approval prior to sending
> out. He would like no delays with the releases. This is not just
> today, but permanently.
> Thanks,
> Jay
>
> -----Original Message-----
> From: Woody Johnson
> Sent: Tuesday, May 09, 2006 10:18 AM
> To: Jay Stollenwerk
> Subject: RE: FW: Press Releases
>
> Jay
>
> These were sent to Edie last night with a request for her to provide
> missing information. I guess this is what has launched her tyraid. You
> might want to mention to Frank that he can tell her to cool her jets.
> Also, I should mention to Edie that she can prepare such materials
> herself - I just need to approve them.
>
> Thanks,
>
> Woody
>
>
> -----Original Message-----
> From: Jay Stollenwerk
> Sent: Tue May 09 08:04:39 2006
> To: Woody Johnson
> Cc: Edie Curry
> Subject: FW: Press Releases
>
> Good morning Woody,
>
> Frank asked if you would please provide Edie with the final releases
> based upon these drafts.
>
> Thanks Woody,
>
> Jay
>
```

DEFENDANTS 006949

>
>
>
> _____
>
> From: Edie Curry
> Sent: Tuesday, May 09, 2006 6:40 AM
> To: Jay Stollenwerk
> Subject: FW: Press Releases
>
>
>
> Jay::
>
>
>
> :
>
> Please print these and get them to Frank Amodeo.
>
>
>
> 1. THIS is what it took 8 weeks (and six phone calls) to get released
> here
> in Virginia?
>
>
>
> 2. So, bottom line, I have to draft them which I will do, of course,
> in my
> spare time in addition to preparing the presentation for the meeting
> with the state yesterday, the meeting with the senator Friday, the
> meeting with the broker for Lloyds of London today, the whiteboard
> session with DoD in two weeks, the meeting with the news reporter today,
> the meetings with Cushing later this week, the outline for the regulated
> industries due to Gary LeClair, managing the review process being done
> by the new hires, the review of the patent information, the constant
> barrage of phone calls from Ava Doppelt's office, coordinating the
> insurance issues, patching together those relationships because of how
> it was handled in the first place.
>
>
>
> It would have been easier to just do them myself when I needed them 8
> weeks ago rather than wait until they are so past due, they're close to > useless.
>
>
>
> -----Original Message-----
> From: Woody Johnson
> Sent: Monday, May 08, 2006 8:36 PM
> To: Edie Curry

DEFENDANTS 000950