# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC., and NEXIA STRATEGY CORPORATION,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1788-Orl-28GJK**

**PALAXAR GROUP, LLC, PALAXAR HOLDINGS, LLC, FRANK HAILSTONES, EDITH CURRY, and FICTITIOUS DEFENDANTS 1 THROUGH 8,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the following motion:

> **MOTION:** THIRD-PARTY DEFENDANT MATTHEW S. MOKWA'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION BY FOUR PAGES ON MOTION FOR SUMMARY JUDGMENT (Doc. No. 409)
>
> **FILED:** March 22, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___30th___ day of March, 2011.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge