# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC.,**
**and NEXIA STRATEGY CORPORATION,**

**Plaintiffs,**

-vs-                                                    Case No.  6:07-cv-1788-Orl-28GJK

**PALAXAR GROUP, LLC, PALAXAR**
**HOLDINGS, LLC, FRANK HAILSTONES,**
**EDITH CURRY, and FICTITIOUS**
**DEFENDANTS 1 THROUGH 8,**

**Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR EXTENSION OF TIME (Doc. No. 405)** |
| **FILED:** | **March 17, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. Mr. Amodeo
shall have fourteen (14) days from the date of this order to file response to the
Motion to Dismiss (Doc. No. 401).  Absent exceptional circumstances, no
further extensions of time will be permitted.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties