IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

MIRABILIS VENTURES, INC, and )    Case No.: 6:07-CV-1788-ORL-28-JA-GJK
NEXIA STRATEGY CORPORATION, )
       )
Plaintiffs, )
       )
       )
-vs.- )
       )
       )
PALAXAR GROUP, LLC; )
PALAXAR HOLDINGS, LLC; )
FRANK HAILSTONES; )
EDITH CURRY a/k/a EDITH )
BROADHEAD; AND TERENCE CHU, )
       )
Defendants, )
       )
-vs.- )
       )
MIRABILIS VENTURES, INC., et al. )
       )
       Counterclaim and )
       Third Party Defendants )
_____)

## NOTICE OF MEDIATION DATE

       Martin R. Raskin, counsel for Palaxar Group, LLC, Palaxar Holdings, LLC, and Edith

Curry, hereby files a Notice of Mediation Date as follows:

       Pursuant to the Court's Second Amended Case Management and Scheduling Order,

mediation has been scheduled for May 11, 2011 at 9:00 a.m. at the offices of Richard P.

Reinhart, Upchurch Watson White & Max, 1060 Maitland Center Commons, Suite 440,

Maitland, Fl.  32751.

Respectfully submitted,

/s/ Martin R. Raskin_____
MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
866 South Dixie Highway
Coral Gables, FL 33146
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Defendants Curry, Palaxar Group,
LLC and Palaxar Holdings, LLC


Kathleen B. Havener (0068906)
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Tel: 440-893-0188
Dir: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Defendants Hailstones, Curry,
Palaxar Group, LLC and Palaxar Holdings, LLC

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 5, 2011, I electronically filed the foregoing Notice of Mediation Date with the Clerk of Court using the CM/ECF system and have sent a notice of electric filing to the pro se parties.

Yaniv Amar (via email)

Frank L. Amodeo B-3 (via Federal Express)
48883-019
Federal Correctional Complex – Low
P.O. Box 1031
Coleman, FL 33521

Respectfully submitted,

/s/ Martin R. Raskin_____
MARTIN R. RASKIN