UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIRABILIS VENTURES, INC. and<br>NEXIA STRATEGY CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>-vs.-<br><br>PALAXAR GROUP, LLC;<br>PALAXAR HOLDINGS, LLC;<br>FRANK HAILSTONES; EDITH CURRY<br>a/k/a EDITH BROADHEAD; and<br>TERENCE CHU,<br><br>　　　　　Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>　　　　　Counterclaim and Third<br>　　　　　Party Defendants. | Case No.:  6:07-CV-1788-ORL-28-JA-GJK |

**COUNTERCLAIM AND THIRD PART PLAINTIFFS'**
**AGREED (IN PART) MOTION TO EXTEND TIME**

Counterclaim/Third Party Claimants Edith Curry and Frank Hailstones respectfully move the Court for an Order Extending the Time for them to respond Counterclaims Defendants' Motions for Summary Judgment, and in support of this Motion, state as follows:

1. On March 24, 2011, Third Party Defendant Yaniv Amar filed a Motion for Summary Judgment (DE 416).

2. On March 27, 2011, Counsel for Third Party Defendant Matthew S. Mokwa filed a Motion for Summary Judgment (DE 418).

3. On March 28, 2011, Counsel for Third Party Defendant Aaron Bates filed a Motion for Summary Judgment (DE 420).

1

4. On April 14, 2011, Dr. J. Edward Balthrop, Jr., the father of Kathleen Havener, co-counsel for Ms. Curry and counsel for Mr. Hailstones, the Counterclaim Plaintiffs, passed away. The funeral Mass for Dr. Balthrop is to be celebrated on April 28, 2011 in Pensacola, Florida.

5. According to the new Case Management Order (DE 408), responses to the Motions for Summary Judgment are due May 2, 2011.

6. Due to the death of and funeral services for Ms. Havener's father, Counterclaim Plaintiffs respectfully request an extension of two weeks, until May 16, 2011, to respond to the Counterclaim Defendants' three Motions for Summary Judgment.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Counterclaim/Third Party Plaintiffs, by his signature below, certifies that Ms. Havener has conferred with counsel for Counterclaim Defendants Matthew S. Mokwa and Aaron C. Bates and they have no objection to the requested extension of time. Ms. Havener has been unable, despite repeated attempts, to reach Mr. Amar, who is unavailable to confer until April 25th due to the Passover holiday.

Respectfully submitted,

Date: April 20, 2011

KATHLEEN B. HAVENER
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Phone: 440-893-0188
Cell: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Counsel for Third Party Plaintiffs
Curry and Hailstones

s/ Martin R. Raskin
MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
866 South Dixie Highway
Coral Gables, Florida 33146
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Counsel for Third Party Claimant Curry

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2011, I electronically filed the foregoing Counterclaim And Third Part Plaintiffs' Agreed (In Part) Motion To Extend Time with the Clerk of Court using the CM/ECF system, which will send a notice of electric filing to all registrants in that system. I further certify that I have caused the foregoing to be served by the means indicated upon the following:

Yaniv Amar (via email)

Adam Loewy (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctional Complex – Low
P.O. Box 1031
Coleman, FL 33521

/s/ Martin R. Raskin_____
MARTIN R. RASKIN