UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
oOo

MIRABILIS VENTURES, INC., AND
NEXIA STRATEGY CORPORATION,
    Plaintiffs,

-v-

PALAXAR GROUP, LLC., PALAXAR
HOLDINGS, LLC., FRANK HAILSTONES,
EDITH CURRY, AND FICTITIOUS
DEFENDANTS 1 THRU 8,
    Defendants,

-v-

ARRON BATES, AND
MATTHEW MOKWA, et. al.
    Third Party
    Defendants.

Case No.
6:07-cv-1788-Orl-28KRS

Notice To The Court

COMES NOW, Frank L. Amodeo and provides Notice to the Court, that the Order establishing April 20, 2011, as the deadline for filing a motion to dismiss was received on Wednesday on April 13, 2011; even though the order was signed on April 5, 2011, and postmarked on April 5, 2011.

Mr. Amodeo believes Mr. Amodeo will still be able to comply with the deadline but felt it prudent to notify the court of the delay and again alert the court to the 7 to 12 days lag time in receiving mail at Coleman-Low Prison.

Respectfully submitted on this 14 day of April 2011, by:

Frank Amodeo #48883-019
Federal Correctional Complex
P.O. Box 1031 (Low) Unit B-3
Coleman, Florida 33521-1031

Certificate of Service

A copy of this notice has been served upon the other parties to this action by first class mail at the time of execution.

_____
/Frank Amodeo, pro se.