UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC. and
NEXIA STRATEGY CORPORATION,
        Plaintiffs,

-v-                  Case No. 6:07-cv-1788-Orl-28-GJK

PLAXAR GROUP, LLC;
PALAXAR HOLDING, LLC;
FRANK HAILSTONES: EDITH CURRY
a/k/a EDITH BORADHEAD: and
TERENCE CHU,
        Defendants,

-v-

MIRABILIS VENTURES, INC., et.al.
        Counterclaim and Third
        Party Defendants.
_____/

## Certificate of Service

Come Now Frank L. Amodeo and files this certificate of service with regards to the response Mr. Amodeo filed on April 19, 2011 to the counterclaim defendants' motion to dismiss. A copy of the response was served upon the counterclaim defendant's counsel on April 20, 2011. At which time Mr. Amodeo discovered the copy lacked Mr. Amodeo's standardized certification; thus out of an abundance of caution, in case the original response, also, lacked a certification of service Mr. Amodeo files this notice of service as a replacement. All parties or their counsel will be served a copy by Friday April 22, 2011.

Respectfully submitted this 20th day of April 2011 by:

Frank L. Amodeo #43888-019
Federal Correctional Complex-Low
P.O. Box 1031
Coleman, Florida 33521-1031