UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and
NEXIA STRATEGY CORPORATION,

    Plaintiffs,

v.

PALAXAR GROUP, LLC; et al.,

    Defendants,

v.

MIRABILIS VENTURES, INC., et al.,

    Third Party Defendants,
_____/

Case No. 6:07-cv-01788-Orl-28GJK

### NEXIA'S ANSWER TO SECOND AMENDED COUNTERCLAIMS AND THIRD PARTY CLAIMS

The United States of America, on behalf of Nexia Strategy Corp., through undersigned counsel, files this Answer to the Second Amended Counterclaims and Third Party Claims of Curry and Hailstones (Doc. 346).

### Parties

1. Admit.

2. Admit.

3. Nexia is no longer an active corporation under the laws of the State of Florida.

4. Admit.

5. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, those allegations are denied.

6. Admit.

7. Admit.

8. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, those allegations are denied.

### Jurisdiction

9. Denied.

### Common Allegations

10. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, those allegations are denied.

11. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, those allegations are denied.

12. Admit.

13. The section of the referenced document speaks for itself and is the best evidence of its contents.

### Count 1

14. Defendant Nexia incorporates its response to paragraphs 1 to 13 above.

15-29. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis, those allegations are denied.

## Count 2

30. Defendant Nexia incorporates its response to paragraphs 1 to 29 above.

31-39. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis, those allegations are denied.

## Count 3

40-75. These paragraphs do not appear to contain allegations against defendant Nexia, and, as such, no response is necessary. To the extent these paragraphs contain allegations against Nexia, defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis, those allegations are denied.

## Count 4

76. Defendant Nexia incorporates its response to paragraphs 1 to 75 above.

77-86. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis, those allegations are denied.

## Count 5

87. Defendant Nexia incorporates its response to paragraphs 1 to 86 above.

88-97. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis, those allegations are denied.

**Count 6**

98. Defendant Nexia incorporates its response to paragraphs 1 to 97 above.

99-104. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis, those allegations are denied.

**Count 7**

105. Defendant Nexia incorporates its response to paragraphs 1 to 104 above.

106-111. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis, those allegations are denied.

**Count 8**

112. Defendant Nexia incorporates its response to paragraphs 1 to 111 above.

113. The sections of the referenced documents speak for themselves and are the best evidence of their contents.

114-115. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis, those allegations are denied.

**Count 9**

116. Defendant Nexia incorporates its response to paragraphs 1 to 115 above.

117-123. Defendant Nexia lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and, on that basis,

those allegations are denied.

The remaining paragraphs in the Second Amended Counterclaims and Third Party Claims are Counter-claimants' prayer for relief, to which no response is necessary. Nexia denies any other allegations in the Second Amended Counterclaims and Third Party Claims not otherwise admitted or denied herein.

In further answer to the Second Amended Counterclaims and Third Party Claims, and as separate affirmative defenses, Nexia alleges:

1. The claims alleged in the Second Amended Counterclaims and Third Party Claims against Nexia cannot be maintained against the United States as there has been no waiver of sovereign immunity for such claims.

Wherefore, Nexia prays the Second Amended Counterclaims and Third Party Claims be dismissed.

Dated: May 2, 2011 Respectfully submitted,

Robert E. O'Neill
United States Attorney

By: /s/ Scott H. Park
Scott H. Park
Assistant U. S. Attorney
Identifying No. USA084
501 W. Church Street, Suite 300
Orlando, Florida 32805
Telephone: 407/648-7500
Facsimile: 407/648-7643
E-Mail: scott.park@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and sent a copy by regular U.S. mail, postage paid, to the following non-CM/ECF participants:

Yaniv Amar
3475 Mystic Point Dr.
TH # 10
Aventura, FL 33180

Frank Amodeo
48883-019
B-3
FCC-Low
P.O. Box 1031
Coleman, FL 33521-1031

                                                         /s/ Scott H. Park
                                                         Assistant United States Attorney