**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| MIRABILIS VENTURES, INC. and NEXIA STRATEGY CORPORATION,<br><br>Plaintiffs,<br>-vs.-<br><br>PALAXAR GROUP, LLC; PALAXAR HOLDINGS, LLC; FRANK HAILSTONES; EDITH CURRY a/k/a EDITH BROADHEAD; and TERENCE CHU,<br><br>Defendants,<br><br>vs.<br><br>MIRABILIS VENTURES, INC., et al.<br><br>Counterclaim and Third Party Defendant | ) | Case No.: 6:07-CV-1788-ORL-28-JA-GJK<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN EDITH CURRY AND FRANK HAILSTONES, COUNTERCLAIM PLAINTIFFS, AND NEXIA STRATEGY CORPORATION, COUNTERCLAIM DEFENDANT** |

This NOTICE is filed to inform the Court that the Counterclaim Plaintiffs Curry and Hailstones have reached a settlement in principle with the Counterclaim Defendant Nexia Strategy Corporation. The formal resolution of the claims will be submitted to the Court within the next ten business days.

Respectfully submitted,

Kathleen B. Havener (0068906)
THE HAVENER LAW FIRM, LLC
15511 Russell Road
Chagrin Falls, OH 44022
Tel: 440-893-0188
Dir: 216-288-6009
Fax: 440-893-9326
kbhavener@havenerlaw.com

Attorney for Counterclaim/Third Party Plaintiffs Curry and Hailstones

/s/ Martin R. Raskin__________
MARTIN R. RASKIN
Florida Bar No. 315206
JANE SERENE RASKIN
Florida Bar No. 848689
RASKIN & RASKIN, P.A.
866 South Dixie Highway
Coral Gables, FL 33146
Telephone: (305) 444-3400
Facsimile: (305) 445-0266
mraskin@raskinlaw.com

Attorneys for Counterclaim Plaintiff Curry

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2011, I electronically filed the foregoing Notice of Settlement in Principle between Counterclaim Plaintiffs Curry and Hailstones and Counterclaim Defendant Nexia Strategy Corporation with the Clerk of Court using the CM/ECF system and have sent a copy of the document to the *pro se* parties and/or counsel who are not registered with the CM/ECF system.

Terence Chu (via email)

Yaniv Amar (via email)

Adam Loewy (via email)

Frank L. Amodeo B-3 (via Priority Mail)
48883-019
Federal Correctional; Complex – Low
P.O. Box 1031
Coleman, FL 33521