UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC., and NEXIA
STRATEGY CORPORATION,

Plaintiffs,

-vs- Case No. 6:07-cv-1788-Orl-28GJK

PALAXAR GROUP, LLC, PALAXAR
HOLDINGS, LLC, FRANK HAILSTONES,
EDITH CURRY, and FICTITIOUS
DEFENDANTS 1 THROUGH 8,

Defendants.

## ORDER

This case is before the Court on the Motion of Defendants Palaxar Holdings, LLC, Palaxar Group, LLC, Edith Curry and Frank Hailstones for Attorneys' Fees (Doc. No. 372) filed January 13, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the Objection to the Report and Recommendation filed by Edith Curry, Frank Hailstones, Palaxar Group, LLC and Palaxar Holdings, LLC ("Objection") (Doc. No. 446) and the responses to the Objection filed by Mirabilis Ventures, Inc., R.W. Cuthill, Nicolette Vilmos, Todd Norman, and Broad and Cassel (Doc. No. 449) and Bates Mokwa, PLLC, Matthew S. Mokwa, and Aaron C. Bates (Doc. No. 450), the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 18, 2011 (Doc. No. 445) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Attorneys' Fees (Doc. No. 372) is **DENIED**.

3. The Motion to Bifurcate (Doc. No. 387) is **DENIED as moot**.

4. The Motion to Extend Time to File Objections to the Magistrate's Report and Recommendation filed by Frank Amodeo (Doc. 448) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party